IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRIAN PATRICK HERLIHY,

      Petitioner,

v.                                      CASE NO. 1:09-cv-52-MMP-AK

WALTER MCNEIL,

      Respondent.

_____/

## O R D E R

      This habeas corpus matter is before the Court on Doc. 1, Petition for writ of habeas corpus. Petitioner has not, however, paid the filing fee or filed a motion for leave to proceed *in forma pauperis*. Consideration of the petition will be deferred until payment is received or IFP is granted.

      Accordingly, it is ORDERED:

      That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

      That Petitioner shall have until **March 26, 2009**, to either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee;

      **That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

      **DONE AND ORDERED** this 23rd day of February, 2009.

                     *S/A. Kornblum*
                     **ALLAN KORNBLUM**
                     **UNITED STATES MAGISTRATE JUDGE**