IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


BRIAN PATRICK HERLIHY,

      Petitioner,

v.                                                                                    CASE NO. 1:09-cv-52-MMP-AK

WALTER MCNEIL,

      Respondent.

_____/

## O R D E R

      This matter is before the Court on Doc. 6, notice of filing fee.  However, Petitioner has

overpaid the filing fee by $20.00, and he is entitled to a refund of the overpayment.

      Accordingly, it is **ORDERED**:

      That the Clerk shall immediately refund to Petitioner's inmate account the sum of $20.00.

      **DONE AND ORDERED** this __*7th*__ day of April, 2009.


          *s/ A. KORNBLUM*
          **ALLAN KORNBLUM**
          **UNITED STATES MAGISTRATE JUDGE**