# EXHIBIT
# PD-1

# 01 2000 CF 002753 A

| Date | Description | Images |
|------|-------------|--------|
| 08/10/2000 | CASE OPENED - ON VIEW ARREST | |
| 08/11/2000 | THE FILING OF A FINANCIAL AFFIDAVIT AND PAYMENT OF THE - | |
| 08/11/2000 | FIRST APPEARANCE ORDER// CURTIN | |
| 08/11/2000 | $40.00 APPLICATION WITHIN 7 DAYS (FS 27.52) | |
| 08/11/2000 | PHOTO IDENTIFICATION NOT FILED | |
| 08/11/2000 | BAIL SET AT 500000.00 | |
| 08/11/2000 | SA ASSIGNED: FERRERO, DENISE R | |
| 08/11/2000 | THE DEFENDANT BE RELEASED ON STANDARD CONDITIONS - | |
| 08/11/2000 | PD ASSIGNED: MOLLICA, SALVATORE D | |
| 08/11/2000 | (F.S. 903.047) AND THE FOLLOWING CONDITIONS: | |
| 08/11/2000 | BAIL SET IN THE AMOUNT OF $ 500,000.00 | |
| 08/11/2000 | THE COURT FINDS THE DEFENDANT IS ELIGIBLE - | |
| 08/11/2000 | FOR AND APPOINTS THE PUBLIC DEFENDER, PENDING | |
| 08/17/2000 | SA ASSIGNED: SINGER, JEANNE M | |
| 08/22/2000 | NOTICE OF APPEARANCE: G GROLAND (CURRENTLY REP BY PD) | |
| 08/25/2000 | STIPULATION FOR SUBSTITUTION OF COUNSEL | |
| 08/29/2000 | ORDER ALLOWING SUBSTITUTION OF COUNSEL / GORDON GROLAND | |
| 08/29/2000 | SUBSTITUTED AS COUNSEL // CHANCE | |
| 08/29/2000 | INDICTMENT FILED FOR FIRST DEGREE MURDER | |
| 08/29/2000 | ARRAIGNMENT SET FOR 09192000 | |
| 08/29/2000 | CAPIAS ISSUED | |
| 08/29/2000 | CAPIAS ORDERED | |
| 08/29/2000 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H | |
| 08/30/2000 | MOTION TO WITHDRAW | |
| 08/30/2000 | WRITTEN PLEA OF NOT GUILTY | |
| 08/30/2000 | DEMAND FOR DISCOVERY | |
| 08/30/2000 | AND DEMAND FOR JURY TRIAL | |
| 08/31/2000 | CAPIAS SERVED | |
| 08/31/2000 | CASE MANAGEMENT SET FOR 11222000 | |
| 08/31/2000 | DEFENDANT REARRESTED ON 08312000 | |
| 08/31/2000 | DEF NAME AT RARST HERLIHY, BRIAN PATRICK | |
| 08/31/2000 | FIRST APPEARANCE ORDER// CRENSHAW | |
| 08/31/2000 | DEFENDANT HELD WITHOUT BAIL | |
| 08/31/2000 | DEFENDANT WILL CONSULT PRIVATE COUNSEL | |
| 08/31/2000 | PHOTO IDENTIFICATION NOT FILED | |
| 08/31/2000 | ORDER GRANTING MOTION TO WITHDRAW / GORDON GROLAND | |
| 08/31/2000 | RETAINED AS PRIVATE COUNSEL // CHANCE | |
| 09/18/2000 | MOTION TO COMPEL DISCOVERY | |
| 09/18/2000 | STATE'S DISCOVERY EXHIBIT | |
| 09/18/2000 | DEMAND FOR RECIPROCAL DISCLOSURE | |
| 09/21/2000 | CASE MANAGEMENT SET FOR 11202000 | |
| 09/21/2000 | NOTICE ISSUED TO: DEFENDANT | |

09/21/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H
09/29/2000 MOTION TO SET BOND
10/02/2000 BOND HEARING SET FOR 10172000
10/02/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H
10/02/2000 NOTICE OF HEARING ON 103000 AT / 2:00PM /
10/13/2000 ORDER SETTING BOND / $50,000.00 CASH // CHANCE
10/13/2000 SPECIAL CONDITIONS:
10/13/2000 NO CONTACT WITH VICTIM'S FAMILY OR EXTENDED FAMILY
10/13/2000 NO CONTACT WITH CHILDREN UNDER THE AGE OF 16 YEARS
10/13/2000 MUST RESIDE IN BROWARD CO., FLORIDA WITH HIS PARENTS
10/13/2000 AT 19401 NW 10 ST, PEMBROKE PINES, FL UNTIL FURTHER
10/13/2000 ORDER OF THE COURT AND SHALL NOT LEAVE BROWARD CO.
10/13/2000 WITHOUT PERMISSION FROM THE COURT EXCEPT TO TRAVEL
10/13/2000 TO GAINESVILLE, FL TO MEET WITH HIS ATTORNEYS OR TO
10/13/2000 MAKE COURT APPEARANCES IN CONNECTION WITH THESE CASES
10/13/2000 IF DEFENDANT HAS A PASSPORT, SHALL SURRENDER TO THE
10/13/2000 STATE ATTORNEY'S OFFICE OR ANOTHER DESIGNATED AGENCY
10/13/2000 SHALL NOT BECOME EMPLOYED IN THE MEDICAL OR HEALTHCARE
10/13/2000 SECTOR DURING THE PENDENCY OF THIS CASE
10/13/2000 SHALL WITHIN 10 DAYS OF POSTING BOND BE REFERRED BY HIS
10/13/2000 FAMILY DOCTOR IN BROWARD CO. TO A PSYCHIATRIST FOR AN
10/13/2000 MEDICAL PROBLEM
10/13/2000 STIPULATION FOR BOND
10/13/2000 EVALUATION TO DETERMINE WHETHER OR NOT THE DEFENDANT
10/13/2000 SHOULD BE ON ANY MEDICATION FOR DEPRESSION OR OTHER
10/17/2000 BLANKET BOND BOND POSTED ON 10/16/2000
10/17/2000 BLANKET BOND POSTED FOR 2000-02660-CFA
10/17/2000 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY
10/17/2000 BLANKET BOND POSTED ON 2000-02660-CFA
10/17/2000 BOND SET AT 50000.00 POSTED BLANKET BOND
10/17/2000 STATUS OF BOND IS OPEN BOND #: 119603
10/20/2000 RTN MAIL 10182000/TO BRIAN HERLIHY/FOR CASE MANAGEMENT
10/20/2000 11202000/UNABLE TO FORWARD//CRC
11/09/2000 MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND
11/09/2000 MOTION TO EXCUSE THE DEFENDANT
11/15/2000 ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE AND
11/15/2000 EXCUSING DEFENDANT FROM CASE MANAGEMENT CONFERENCE
11/15/2000 ON 11202000 / CONTINUED TO 12182000 // CHANCE
11/15/2000 NOTICE OF TAKING DEPOSITIONS
11/15/2000 NOTICE OF TAKING DEPOSITIONS
11/16/2000 CASE MANAGEMENT SET FOR 12182000
11/16/2000 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY
11/16/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H
11/27/2000 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
12/18/2000 ORDER ON CASE MANAGEMENT CONFERENCE// CHANCE
12/18/2000 CASE MANAGEMENT SET FOR 01172001

12/21/2000 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY
12/27/2000 NOTICE OF HEARING ON 01032001 AT / 1:45 PM / CHANCE
12/27/2000 MOTION TO MODIFY A CONDITION OF RELEASE
01/03/2001 COURT MINUTES ON MOTION TO COMPEL - CANCELLED/
01/03/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
01/17/2001 ORDER ON CASE MANAGEMENT CONFERENCE// CHANCE
01/17/2001 CASE MANAGEMENT SET FOR 02192001
01/18/2001 NOTICE ISSUED TO: DEFENDANT
01/18/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY
01/18/2001 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H
01/22/2001 AMENDED NOTICE OF TAKING DEPOSITION
02/05/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
02/05/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
02/14/2001 NOTICE OF TAKING DEPOSITIONS
02/15/2001 NOTICE OF TAKING DEPOSITIONS
02/15/2001 NOTICE OF TAKING DEPOSITIONS
02/15/2001 NOTICE OF TAKING DEPOSITIONS
02/15/2001 NOTICE OF TAKING DEPOSITIONS
02/15/2001 NOTICE OF TAKING DEPOSITIONS
02/19/2001 CASE MANAGEMENT SET FOR 03192001
02/19/2001 DEFENDANT SIGNED NOTICE FOR 031901 CASE MANAGEMENT
02/20/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY
02/20/2001 AMENDED NOTICE OF TAKING DEPOSITION
02/21/2001 NOTICE OF CANCELLATION OF DEPOSITION AT THE STATE'S
02/21/2001 REQUEST
02/27/2001 NOTICE OF HEARING ON 03052001 AT / 11:00 AM / CHANCE
03/05/2001 COURT MINUTES ON MOTION TO MODIFY CONDITIONS OF
03/05/2001 RELEASE - MOTION DENIED / ORDER TO BE PREPARED
03/05/2001 BY STATE ATTORNEY /
03/16/2001 NOTICE OF TAKING DEPOSITIONS
03/19/2001 ORDER ON CASE MANAGEMENT CONFERENCE// LOTT
03/19/2001 PRE TRIAL CONFERENCE SET FOR 09262001
03/19/2001 JURY SELECTION SET FOR 10082001
03/20/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY
03/20/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY
03/23/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
03/27/2001 NOTICE OF TAKING DEPOSITIONS
03/27/2001 NOTICE OF TAKING DEPOSITIONS
03/27/2001 AMENDED NOTICE OF TAKING DEPOSITION
03/30/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
04/04/2001 AMENDED NOTICE OF TAKING DEPOSITION
04/24/2001 NOTICE OF CANCELLATION OF DEPOSITION
05/03/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
05/14/2001 MOTION TO REVOKE BOND
05/14/2001 ORDER REVOKING BOND AND DIRECTING CLERK TO ISSUE
05/14/2001 CAPIAS//LOTT

05/14/2001 CAPIAS ORDERED
05/15/2001 CAPIAS ISSUED
05/16/2001 STATUS OF BOND IS RELEASED BOND #: 119603
05/22/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
05/22/2001 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
05/22/2001 $ 50.75 // PAID
06/01/2001 NOTICE OF TAKING DEPOSITIONS
06/05/2001 CAPIAS SERVED
06/06/2001 DEFENDANT REARRESTED ON 06052001
06/06/2001 DEF NAME AT RARST HERLIHY, BRIAN PATRICK
06/06/2001 FIRST APPEARANCE ORDER// NILON
06/06/2001 THE DEFENDANT BE RELEASED ON STANDARD CONDITIONS -
06/06/2001 (F.S. 903.047) AND THE FOLLOWING CONDITIONS:
06/06/2001 BAIL SET IN THE AMOUNT OF $ 50,000.00 BLANKET WITH
06/06/2001 2000-2660-CFA
06/06/2001 DEFENDANT WILL CONSULT PRIVATE COUNSEL
06/06/2001 PHOTO IDENTIFICATION FILED IN CASE # 2000-2660-CFA
06/06/2001 AFFIDAVIT OF INDIGENCY-NOT APPOINTED//NILON
06/13/2001 BOND SET AT 50000.00 POSTED BLANKET BOND
06/13/2001 STATUS OF BOND IS OPEN BOND #: 00118713B
06/13/2001 BLANKET BOND BOND POSTED ON 06/11/2001
06/13/2001 BLANKET BOND POSTED FOR 2000-02660-CFA
06/13/2001 BLANKET BOND POSTED ON 2000-02660-CFA
06/19/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
06/19/2001 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF $
06/19/2001 $59.50
07/02/2001 NOTICE OF TAKING DEPOSITION
07/02/2001 NOTICE OF TAKING DEPOSITION
07/10/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
07/11/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
07/11/2001 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF $
07/11/2001 $59.50
07/20/2001 1:30 PM BEFORE JUDGE TURNER
07/20/2001 SECOND MOTION TO REVOKE BOND
07/20/2001 ORDER REVOKING CASH BOND AND DIRECTING THE ISSUANCE OF
07/20/2001 CAPIAS //TURNER
07/20/2001 CAPIAS ISSUED
07/20/2001 CAPIAS ORDERED
07/20/2001 SECOND MOTION TO REVOKE BOND HEARING / 07202001 AT
07/23/2001 STATUS OF BOND IS RELEASED BOND #: 00118713B
07/25/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
07/26/2001 MOTION TO CONTINUE
07/26/2001 NOTICE OF HEARING ON 08102001 AT / 11:00 AM / LOTT
07/31/2001 NOTICE OF CANCELLATION OF TAKING DEPOSITION
08/02/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
08/08/2001 NOTICE OF TAKING DEPOSITION OF JOHN QUIRELLO

08/08/2001 NOTICE OF TAKING DEPOSITION OF KIM BRAGG/BRANDY TAYLOR/
08/08/2001 AND DORIS BRIDWELL
08/10/2001 COURT MINUTES ON MOTION TO CONTINUE - ATTORNEY WAIVES
08/10/2001 SPEEDY TRIAL / MOTION GRANTED/PRETRIAL CONFERENCE
08/10/2001 CONTINUED TO JANUARY 2002/
08/10/2001 PRE TRIAL CONFERENCE SET FOR 01302002
08/13/2001 NOTICE ISSUED TO: DEFENDANT
08/13/2001 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H
08/20/2001 NOTICE OF CANCELLATION OF TAKING DEPOSITION
09/05/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
09/06/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
09/06/2001 CHARTONE, INC. IN THE AMOUNT OF $ 277.20 // PAID
09/07/2001 NOTICE OF TAKING DEPOSITIONS
09/07/2001 NOTICE OF TAKING DEPOSITIONS
09/07/2001 NOTICE OF TAKING DEPOSITIONS
09/21/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
09/21/2001 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
09/21/2001 $70.00
09/21/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
09/21/2001 LEBLANC COURT REPORTING IN THE AMOUNT OF $ 129.50
09/21/2001 NOTICE OF CANCELLATION OF TAKING DEPOSITION
09/21/2001 AMENDED NOTICE OF TAKING DEPOSITION AS TO TIME
10/10/2001 MOTION TO SET ASIDE BOND ESTREATURE
10/23/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
10/26/2001 COURT MINUTES ON MOTION TO SET ASISE BOND
10/26/2001 ESTREATURE - GRANTED/BOND MONEY TO BE RETURNED TO
10/26/2001 FAMILY/
10/26/2001 ORDER GRANTING MOTION TO SET ASIDE BOND ESTREATURE/LOTT
11/02/2001 RESTITUTION CHECK MAILED: $ 50,000.00 TO LOIS HERLIHY
11/06/2001 UNOPPOSED MOTION TO CONTINUE TRIAL
11/21/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
11/21/2001 CHARTONE INC. IN THE AMOUNT OF $ 277.20 // PAID
11/27/2001 NOTICE OF HEARING ON 113001 AT / 1:30PM / LOTT
11/30/2001 ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE -
11/30/2001 ORDERED AND ADJUDGED THAT THE DEFENDANT'S MOTION BE
11/30/2001 AND THE SAME IS HEREBY GRANTED AND THIS CASE IS
11/30/2001 RESCHEDULED FOR PRE-TRIAL CONFERENCE ON
11/30/2001 MARCH 20, 2002 AT 1:30PM WITH TRIAL TO BE SCHEDULED
11/30/2001 COMMENCING ON THE WEEK OF MAY 13, 2002 WITH MAY
11/30/2001 8TH TRIAL STATUS // LOTT
12/12/2001 NOTICE OF TAKING DEPOSITIONS
12/26/2001 NOTICE OF TAKING DEPOSTION - DR. ROHLING
12/26/2001 NOTICE OF TAKING DEPOSTION - BETH TALAGA
01/04/2002 NOTICE OF CANCELLATION OF TAKING DEPOSITION
01/14/2002 NOTICE OF TAKING DEPOSITIONS
01/14/2002 NOTICE OF TAKING DEPOSITIONS

01/16/2002 DEFENDANT'S WITNESS LIST
01/22/2002 MOTION FOR COURT ORDER ALLOWING DEFENDANT TO GET
01/22/2002 COPIES OF CHILD PROTECTION TEAM RECORDS
01/24/2002 PRE TRIAL CONFERENCE SET FOR 02202002
01/24/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H
02/01/2002 UNOPPOSED MOTION TO CONTINUE TRIAL
02/14/2002 NOTICE OF HEARING ON 030602 AT / 10:00AM / LOTT
02/25/2002 PRE TRIAL CONFERENCE SET FOR 03202002
02/25/2002 TRIAL STATUS CONF SET FOR 04032002
02/25/2002 JURY SELECTION SET FOR 04082002
02/25/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H
02/25/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H
02/25/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H
02/27/2002 NOTICE OF TAKING DEPOSITIONS
02/27/2002 NOTICE OF TAKING DEPOSITIONS
02/27/2002 NOTICE OF TAKING DEPOSITIONS
03/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H
03/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H
03/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H
03/11/2002 PRE TRIAL CONFERENCE SET FOR 07172002
03/11/2002 TRIAL STATUS CONF SET FOR 08072002
03/11/2002 JURY SELECTION SET FOR 08122002
03/14/2002 NOTICE OF CANCELLATION OF TAKING DEPOSITION
03/14/2002 AMENDED NOTICE OF TAKING DEPOSITION
03/14/2002 CAPIAS SERVED
03/15/2002 DEFENDANT REARRESTED ON 03142002
03/15/2002 DEF NAME AT RARST HERLIHY, BRIAN PATRICK
03/15/2002 FIRST APPEARANCE ORDER// CRENSHAW
03/15/2002 THE DEFENDANT BE RELEASED ON STANDARD CONDITIONS -
03/15/2002 (F.S. 903.047) AND THE FOLLOWING CONDITIONS:
03/15/2002 BAIL SET IN THE AMOUNT OF $ 100,000.00
03/15/2002 THE DEFENDANT REPRESENTS HE/SHE WILL CONSULT PRIVATE
03/15/2002 COUNSEL
03/15/2002 PHOTO IDENTIFICATION FILED IN CASE # 2000-2660-CFA
03/15/2002 AMENDED FIRST APPEARANCE ORDER AS TO BAIL
03/15/2002 $1,000,000.00 // CRENSHAW
03/27/2002 NOTICE OF HEARING ON 040302 AT / 9:00AM / LOTT
03/27/2002 MOTION TO REINSTATE PREVIOUS BOND
03/27/2002 NOTICE OF CANCELLATION OF TAKING DEPOSITION
04/03/2002 COURT MINUTES ON MOTION TO REINSTATE PREVIOUS
04/03/2002 BOND -
04/03/2002 -DENIED/ORDER TO BE PREPARED BY STATE ATTORNEY/
04/05/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
04/05/2002 NOTICE OF TAKING DEPOSITIONS
04/10/2002 NOTICE OF TAKING DEPOSITIONS
04/16/2002 MOTION FOR ORDER ALLOWING ISSUANCE OF SUBPOENAS DUCES

04/16/2002 TECUM FOR EMPLOYMENT AND EDUCATIONAL RECORDS OF
04/16/2002 DEFENDANT
04/22/2002 SUBPOENA DUCES TECUM HEARING / 04252002 AT 1:30 PM
04/22/2002 COURTROOM 3D BEFORE JUDGE LOTT
04/23/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
04/23/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
04/23/2002 $ 26.25 // PAID
05/06/2002 EMPLOYMENT RECORDS AND EDUCATIONAL RECORDS OF
05/06/2002 DEFENDANT - GRANTED AS TO EMPLOYMENT/GRANTED AS TO
05/06/2002 MONDAY, MAY 6, 2002 AT 1:30PM
05/06/2002 MILITARY AND EDUCATION WITH THE FOLLOWING PROVISION:
05/06/2002 MILITARY AND EDUCATIONAL RECORDS WILL BE DELIVERED TO
05/06/2002 THE CLERK'S OFFICE UNDER SEAL/ORDER TO BE PREPARED
05/06/2002 BY STATE ATTORNEY/
05/06/2002 AMENDED NOTICE FOR SUBPOENA DUCES TECUM HEARING -
05/06/2002 COURT MINUTES ON MOTION FOR SUBPOENAS DUCES TECUM FOR
05/22/2002 NOTICE OF TAKING DEPOSITION
05/22/2002 NOTICE OF TAKING DEPOSITIONS
05/24/2002 NOTICE OF TAKING DEPOSITION
06/04/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
06/04/2002 VANLANDINGHAM, DURSCHER &VANLANDINGHAM IN THE AMOUNT
06/04/2002 OF 120.90/PAID/
06/05/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
06/06/2002 NOTICE OF TAKING DEPOSITION(S)
06/06/2002 NOTICE OF CANCELLATION OF DEPOSITION
06/20/2002 DEPOSITION OF HELEN LEGALL
06/20/2002 RETURN OF SERVICE - UNSERVED
06/20/2002 RETURN OF SERVICE - SERVED
06/20/2002 RETURN OF SERVICE - SERVED
06/20/2002 RETURN OF SERVICE - SERVED
06/20/2002 RETURN OF SERVICE - SERVED
06/20/2002 RETURN OF SERVICE - SERVED
06/20/2002 RETURN OF SERVICE - SERVED
06/25/2002 NOTICE OF TAKING DEPOSITIONS
06/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
06/26/2002 VANLANDINGHAM, DURSCHER & VANLANDINGHAM IN THE AMOUNT
06/26/2002 OF $37.55 // PAID
06/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
06/26/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
06/26/2002 $129.50 // PAID
06/26/2002 MOTION TO CONTINUE CAUSE
06/26/2002 NOTICE OF HEARING ON 071102 AT / 8:45AM / LOTT
06/28/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
06/28/2002 ADDENDUM TO MOTION TO CONTINUE CASE
06/28/2002 NOTICE OF DEPOSITION
07/05/2002 RETURN OF SERVICE - SERVED

07/05/2002 RETURN OF SERVICE - SERVED
07/10/2002 RETURN OF SERVICE - SERVED AS TO ANGIE HARN
07/11/2002 TRIAL STATUS CONF SET FOR 09042002
07/11/2002 JURY SELECTION SET FOR 09092002
07/11/2002 MOTION TO CONTINUE CASE
07/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H
07/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H
07/12/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
07/12/2002 NOTICE OF TAKING DEPOSITIONS
07/12/2002 NOTICE OF TAKING DEPOSITIONS
07/12/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
07/12/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
07/15/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
07/16/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
07/17/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
07/17/2002 *SPECIAL CASE MGMT ON 080202 AT 9:00 A.M.*
07/17/2002 DEFENDANT SIGNED NOTICE FOR 080202 CASE MANAGEMENT
07/18/2002 AMENDED NOTICE OF DEPOSITION
07/18/2002 SUBPOENA DUCES TECUM
07/19/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
07/19/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
07/19/2002 NOTICE OF TAKING DEPOSITION(S)
07/22/2002 ORDER SCHEDULING SPECIAL CASE MANAGEMENT CONFERENCE -
07/22/2002 AUGUST 2, 2002 AT 9:00AM // LOTT
07/23/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
07/23/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
07/24/2002 RETURN OF SERVICE - SERVED
07/24/2002 RETURN OF SERVICE - SERVED
07/24/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
07/24/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
07/25/2002 CHARTONE, INC IN THE AMOUNT OF $ 26.29 / PAID
07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
07/25/2002 CHARTONE IN THE AMOUNT OF $ 448.85 / PAID
07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
07/25/2002 SHANDS HEALTH CARE IN THE AMOUNT OF $ 25.00
07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
07/25/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
07/25/2002 $223.55
07/25/2002 RETURN OF SERVICE - SERVED
07/26/2002 RETURN OF SERVICE - SERVED
07/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
07/30/2002 NOTICE OF TAKING DEPOSITION(S)
08/02/2002 COURT MINUTES - CASE MANAGEMENT ON CASE NUMBERS
08/02/2002 2000-2660CFA, 2000-2753CFA - RULING: REMAIN ON
08/02/2002 CURRENT COURT DATES

08/06/2002 NOTICE OF TAKING DEPOSITIONS
08/06/2002 NOTICE OF TAKING DEPOSITIONS
08/06/2002 AMENDED NOTICE OF TAKING DEPOSITION
08/06/2002 NOTICE OF TAKING DEPOSITIONS
08/08/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
08/08/2002 NOTICE OF TAKING DEPOSITIONS
08/08/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
08/09/2002 NOTICE OF TAKING DEPOSITION(S)
08/13/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
08/13/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
08/13/2002 RETURN OF SERVICE - SERVED
08/13/2002 RETURN OF SERVICE - SERVED
08/13/2002 RETURN OF SERVICE - SERVED
08/13/2002 RETURN OF SERVICE - SERVED
08/13/2002 RETURN OF SERVICE - SERVED
08/13/2002 RETURN OF SERVICE - SERVED
08/14/2002 RETURN OF SERVICE - SERVED
08/14/2002 RETURN OF SERVICE - SERVED
08/14/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
08/14/2002 RETURN OF SERVICE - SERVED
08/14/2002 RETURN OF SERVICE - SERVED
08/14/2002 RETURN OF SERVICE - SERVED
08/14/2002 RETURN OF SERVICE - SERVED
08/14/2002 RETURN OF SERVICE - SERVED
08/14/2002 RETURN OF SERVICE - UNSERVED
08/14/2002 NOTICE OF TAKING DEPOSITION(S)
08/14/2002 NOTICE OF TAKING DEPOSITION(S)
08/15/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
08/15/2002 RETURN OF SERVICE - SERVED
08/15/2002 RETURN OF SERVICE - SERVED
08/15/2002 AMENDED NOTICE OF TAKING DEPOSTITION(S)
08/15/2002 NOTICE OF TAKING DEPOSITIONS
08/16/2002 NOTICE OF TAKING DEPOSITION(S)
08/16/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
08/16/2002 NOTICE OF TAKING DEPOSITION
08/16/2002 AMENDED NOTICE OF TAKING DEPOSITION
08/20/2002 RETURN OF SERVICE - SERVED
08/20/2002 RETURN OF SERVICE - SERVED
08/22/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
08/22/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
08/22/2002 RETURN OF SERVICE - UNSERVED
08/23/2002 WITNESS SUBPOENA
08/23/2002 TRANSCRIPT OF DEPOSITION OF ANNE ELIZABETH DICKISON, MD
08/23/2002 TRANSCRIPT OF DEPOSITION OF KEVIN PUTANSU
08/23/2002 TRANSCRIPT OF DEPOSITION OF JOHN HELLRUNG, M.D.
08/26/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST

08/26/2002 ORDER GRANTING DEFENDANT'S MOTION FOR COURT ORDER
08/26/2002 RECORDS // LOTT
08/26/2002 ALLOWING CHILD PROTECTION TEAM TO TURN OVER COPIES OF
08/27/2002 TRANSCRIPT OF DEPOSITION HELD ON 08162002
08/27/2002 LETTER FROM DEFENSE ATTORNEY TO JUDGE LOTT
08/28/2002 SUBPOENA FOR TRIAL
08/28/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
08/28/2002 NOTICE OF TAKING DEPOSITIONS
08/29/2002 MOTION FOR ORDER IN LIMINE PRECLUDING REFERENCE TO
08/29/2002 DEFENDANT'S LACK OF PRIOR CONVICTIONS
08/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
08/29/2002 MOTION FOR ORDER IN LIMINE PRECLUDING ANY REFERENCE
08/29/2002 TO THE POSSIBLE SENTENCE THAT MAY BE IMPOSED UPON
08/29/2002 CONVICTION
08/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
08/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
08/29/2002 STATE'S PRE-TRIAL MOTION FOR RULING ON THE
08/29/2002 ADMISSIBILITY OF PHOTOGRAPHS
08/30/2002 MOTION FOR PERMISSION TO CALL MEDICAL WITNESS AT TIME
08/30/2002 CERTAIN
08/30/2002 MOTION FOR PERMISSION TO UTILIZE DEMONSTRATIVE AID
08/30/2002 MOTION FOR ORDER IN LIMINE PRECLUDING ANY REFERENCE TO
08/30/2002 THE POSSIBLE SENTENCE THAT MAY BE IMPOSED UPON
08/30/2002 CONVICTION HEARING / 090402 AT 9:00 AM
08/30/2002 STATE'S PRE-TRIAL MOTION FOR RULING ON THE
08/30/2002 ADMISSIBILITY OF PHOTOGRAPHS HEARING / 09042002 AT
08/30/2002 9:00 AM BEFORE JUDGE LOTT
08/30/2002 MOTION FOR ORDER IN LIMINE PRECLUDING REFERENCE TO
08/30/2002 DEFENDANT'S LACK OF PRIOR CONVICTIONS HEARING / 090402
08/30/2002 AT 9:00 AM
08/30/2002 MOTION FOR PERMISSION TO CALL MEDICAL WITNESS AT TIME
08/30/2002 CERTAIN HEARING / 09042002 AT 9:00 AM
08/30/2002 MOTION FOR PERMISSION TO UTILIZE DEMONSTRATIVE AID
08/30/2002 HEARING / 09042002 AT 9:00 AM
08/30/2002 AMENDED NOTICE OF TAKING DEPOSITION
08/30/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
08/30/2002 SUBPOENA FOR TRIAL
09/03/2002 MOTION TO ALLOW JURORS TO TAKE WRITTEN NOTES DURING
09/03/2002 TRIAL
09/03/2002 MOTION IN LIMINE TO PERMIT TESTIMONY CONCERNING
09/03/2002 LOCATION OF INTERACTION WITH DEFENDANT HEARING / 090402
09/03/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
09/03/2002 MOTION TO SUPPRESS STATEMENTS
09/03/2002 DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
09/03/2002 DEFENDANT'S MOTION IN LIMINE
09/03/2002 DEFENDANT'S MOTION TO STRIKE TESTIMONY ABOUT AND

09/03/2002 USE OF A COMPACT DISC PURPORTING TO SHOW HOW AN
09/03/2002 INCIDENT OF SHAKEN BABY SYNDROME OCCURS
09/03/2002 AT 9:00 AM BEFORE JUDGE LOTT
09/03/2002 MOTION TO ALLOW JURORS TO TAKE WRITTEN NOTES DURING
09/03/2002 TRIAL HEARING / 090402 AT 9:00 AM BEFORE JUDGE LOTT
09/03/2002 MOTION IN LIMINE TO PERMIT TESTIMONY CONCERNING
09/03/2002 LOCATION OF INTERACTION WITH DEFENDANT
09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO DISMISS
09/04/2002 INDICTMENT AND CHARGES OF FIRST DEGREE MURDER AND
09/04/2002 MEMORANDUM OF LAW IN SUPPORT THEREOF BECAUSE OF STATE'S
09/04/2002 DESTRUCTION OF EXCULPATORY EVIDENCE ON CASE NUMBERS
09/04/2002 2000-2660CFA, 2000-2753CFA - RULING: TO BE RESCHEDULED
09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
09/04/2002 ON CASE NUMBERS 2000-2753CFA, 2000-2660CFA - RULING:
09/04/2002 RESERVED UNTIL 090502
09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO SUPPRESS
09/04/2002 STATEMENTS ON CASE NUMBERS 2000-2660CFA, 2000-2753CFA -
09/04/2002 RULING: RESERVED UNTIL 090502
09/04/2002 REQUEST TO ADJOURN TRIAL AT OR NEAR 5:00 PM ON
09/04/2002 WEDNESDAY SEPTEMBER 11, 2002 AND WEDNESDAY SEPTEMBER
09/04/2002 18, 2002
09/04/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO CALL
09/04/2002 MEDICAL WITNESS AT TIME CERTAIN ON CASE NUMBERS
09/04/2002 DEFENDANT SIGNED NOTICE FOR 090902 JURY SELECTION
09/04/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
09/04/2002 STATE'S PROPOSED JURY INSTRUCTION REGARDING
09/04/2002 DEMONSTRATION EVIDENCE
09/04/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
09/04/2002 RETURN OF SERVICE - SERVED
09/04/2002 RETURN OF SERVICE - SERVED
09/04/2002 RETURN OF SERVICE - SERVED
09/04/2002 EVIDENCE CONTROL FORM
09/04/2002 SEVERAL EVIDENCE CONTROL FORMS
09/04/2002 PRECLUDING ANY REFERENCE TO THE POSSIBLE SENTENCE THAT
09/04/2002 MAY BE IMPOSED UPON CONVICTION ON CASE NUMBERS
09/04/2002 2000-2753CFA, 2000-2660CFA - RULING: TO BE RESCHEDULED
09/04/2002 COURT MINUTES - STATE'S MOTION TO ALLOW JURORS TO TAKE
09/04/2002 WRITTEN NOTES DURING TRIAL ON CASE NUMBERS 2000-2753CFA
09/04/2002 AND 2000-2660CFA - RULING: TO BE RESCHEDULED
09/04/2002 2000-2753CFA, 2000-2660CFA - RULING: TO BE RESCHEDULED
09/04/2002 COURT MINUTES - STATE'S MOTION FOR ORDER IN LIMINE
09/04/2002 PRECLUDING REFERENCE TO DEFENDANTS LACK OF PRIOR
09/04/2002 CONVICTIONS ON CASE NUMBERS 2000-2753CFA, 2000-2660CFA
09/04/2002 -RULING: TO BE RESCHEDULED
09/04/2002 COURT MINUTES: STATE'S MOTION FOR ORDER IN LIMINE
09/04/2002 COURT MINUTES - DEFENDANT'S MOTION IN LIMINE 1 THRU 9

09/04/2002 ON CASE NUMBERS 2000-2753CFA, 2000-2660CFA - RULING:
09/04/2002 TO BE RESCHEDULED
09/04/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
09/04/2002 UTILIZE DEMONSTRATIVE AID ON CASE NUMBERS 2000-2753CFA,
09/04/2002 2000-2660CFA - RULING: TO BE RESCHEDULED
09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO STRIKE TESTIMONY
09/04/2002 ABOUT AND USE OF A COMPACT DISC PURPORTING TO SHOW HOW
09/04/2002 AN INCIDENT OF SHAKEN BABY SYNDROME OCCURS ON CASE
09/04/2002 NUMBERS 2000-2753CFA, 2000-2660CFA - RULING: TO BE
09/04/2002 RESCHEDULED
09/04/2002 COURT MINUTES - STATE'S PRE-TRIAL MOTION FOR RULING ON
09/04/2002 THE ADMISSIBILITY OF PHOTOGRAPHS ON CASE NUMBERS
09/04/2002 2000-2753CFA, 2000-2660CFA - RULING: TO BE RESCHEDULED
09/04/2002 COURT MINUTES - STATE'S MOTION IN LIMINE TO PERMIT
09/04/2002 TESTIMONY CONCERNING LOCATION OF INTERACTION WITH
09/04/2002 DEFENDANT ON CASE NUMBERS 2000-2753CFA, 2000-2660CFA -
09/04/2002 RULING: TO BE RESCHEDULED
09/05/2002 STIPULATION ON ADMISSION OF MEDICAL RECORDS AND REPORTS
09/05/2002 MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO SUPPRESS
09/05/2002 STATEMENTS FILED BY DEFENDANT
09/05/2002 DEFENDANT ON CASE NUMBERS 012000CF2753A, 012000CF2660A
09/05/2002 COURT MINUTES - STATE'S MOTION TO ALLOW JURORS TO TAKE
09/05/2002 WRITTEN NOTES DURING TRIAL ON CASE NUMBERS
09/05/2002 012000CF2753A, 012000CF2660A - RULING: GRANTED - CLERK
09/05/2002 -RULING: GRANTED
09/05/2002 COURT MINUTES - STATE'S PRE-TRIAL MOTION FOR RULING ON
09/05/2002 THE ADMISSIBILITY OF PHOTOGRAPHS: 1) AUTOPSY
09/05/2002 2) DISSECTION OF THE SKULL 3) DEVELOPMENT OF CHILD
09/05/2002 4) PHOTOS OF RETINA ON CASE NUMBERS 012000CF2753A,
09/05/2002 012000CF2660A - RULING: 1) GRANTED 2) GRANTED
09/05/2002 COURT MINUTES - STATE'S MOTION FOR ORDER IN LIMINE
09/05/2002 PRECLUDING REFERENCE TO DEFENDANT'S LACK OF PRIOR
09/05/2002 CONVICTIONS ON CASE NUMBER 012000CF2753A, 012000CF2660A
09/05/2002 -RULING: GRANTED
09/05/2002 COURT MINUTES - DEFENDANT'S MOTION TO DISMISS
09/05/2002 INDICTMENT ON CASE NUMBERS 012000CF2753A, 012000CF2660A
09/05/2002 -RULING: DENIED
09/05/2002 3) GRANTED 4) GRANTED
09/05/2002 COURT MINUTES - STATE'S PRE-TRIAL MOTION FOR RULING ON
09/05/2002 THE ADMISSIBILITY OF PHOTOGRAPHS: 5) TAKEN BY ALAN
09/05/2002 UTILIZE DEMONSTRATIVE AID ON CASE NUMBERS 012000CF2753A
09/05/2002 AND 012000CF2660A - RULING: GRANTED
09/05/2002 COURT MINUTES - DEFENDANT'S MOTION IN LIMINE 1 THRU 9
09/05/2002 ON CASE NUMBERS 012000CF2753A, 012000CF2660A - RULING:
09/05/2002 1) GRANTED 2) GRANTED 3) GRANTED NO RECREATION OF THE
09/05/2002 DEMONSTRATION 4) STIPULATED 5) WITHDRAWN 6) DENIED

09/05/2002 SUBJECT TO DEFENSE OBJECTING 7) WITHDRAWN 8) GRANTED
09/05/2002 9) GRANTED SUBJECT TO REVIEW
09/05/2002 IS TO SECURE ENVELOPES EVERY NIGHT, ALL NOTES IN
09/05/2002 TRANSCRIPT - DEPOSITION OF OFFICER ORLANDO ALVAREZ
09/05/2002 TRANSCRIPT - DEPOSITION OF DR FRANK AGEE
09/05/2002 TRANSCRIPT - DEPOSITION OF OFFICER LARRY VINCENT SEAL
09/05/2002 TRANSCRIPT - DEPOSITION OF DETECTIVE DUANE DIEHL
09/05/2002 TRANSCRIPT - DEPOSITION OF HELEN LEGALL
09/05/2002 TRANSCRIPT - DEPOSITION OF RICHARD KREINEST, M.D.
09/05/2002 DIFFERENT ENVELOPE EVERY DAY
09/05/2002 COURT MINUTES - STATE'S MOTION FOR ORDER IN LIMINE
09/05/2002 PRECLUDING ANY REFERENCE TO THE POSSIBLE SENTENCE THAT
09/05/2002 MAYBE IMPOSED UPON CONVICTION ON CASE NUMBERS
09/05/2002 012000CF2753A, 012000CF2660A - STIPULATED
09/05/2002 TRANSCRIPT - DEPOSITION OF OFFICER DARYL WAYNE BROWN
09/05/2002 TRANSCRIPT - DEPOSITION OF ELIZABETH TALAGA
09/05/2002 TRANSCRIPT - DEPOSITION OF LAWRENCE LEVINE, M.D.
09/05/2002 TRANSCRIPT - DEPOSITION OF HOWARD LEE ROGERS, M.D.
09/05/2002 DEFENDANT SIGNED NOTICE FOR 090902 JURY SELECTION
09/05/2002 COURT MINUTES - STATE'S MOTION IN LIMINE TO PERMIT
09/05/2002 TESTIMONY CONCERNING LOCATION OF INTERACTION WITH
09/05/2002 TRANSCRIPT - TELEPHONIC DEPOSITION OF BERNARD MARIA, MD
09/05/2002 TRANSCRIPT - DEPOSITION OF JAMIE LYNN SNODGRASS
09/05/2002 TRANSCRIPT - DEPOSITION OF SERGEANT VALERIE DAWSON
09/05/2002 TRANSCRIPT - DEPOSITION OF WILLIAM FRANK HAMILTON, M.E.
09/05/2002 TRANSCRIPT - DEPOSITION OF DR RONALD QUISLING
09/05/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO CALL
09/05/2002 MEDICAL WITNESS AT TIME CERTAIN ON CASE NUMBERS
09/05/2002 012000CF2753A, 012000CF2660A - RULING: DENIED
09/05/2002 TRANSCRIPT - DEPOSITION OF WILLIAM FRANK HAMILTON, M.E.
09/05/2002 TRANSCRIPT - DEPOSITION OF ANNE ELIZABETH DICKISON, MD
09/05/2002 COLEMAN ON CASE NUMBERS 012000CF2753A, 012000CF2660A
09/05/2002 -RULING: 5) GRANTED
09/05/2002 COURT MINUTES - DEFENDANT'S MOTION TO STRIKE TESTIMONY
09/05/2002 ABOUT AND USE OF A COMPACT DISC PURPORTING TO SHOW HOW
09/05/2002 AN INCIDENT OF SHAKEN BABY SYNDROME OCCURS ON CASE
09/05/2002 NUMBER 012000CF2753A, 012000CF2660A - RULING: DENIED
09/05/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
09/05/2002 TRANSCRIPT - DEPOSITION OF FIREFIGHTER KENNETH A
09/05/2002 JOHNSON
09/05/2002 TRANSCRIPT - DEPOSITION OF FIREFIGHTER WILLIAM B
09/05/2002 BLAIR
09/05/2002 TRANSCRIPT - DEPOSITION OF FIREFIGHTER DENNIS MEREDITH
09/05/2002 TRANSCRIPT - DEPOSITION OF HARVEY G ROHLING JR, M.D.
09/05/2002 TRANSCRIPT - DEPOSITION OF SURENDER RAJASEKARAN, M.D.
09/05/2002 STIPULATION ON ADMISSION OF 911 CALL INTO EVIDENCE

09/06/2002 // PAID
09/06/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
09/06/2002 WITNESS SUBPOENA
09/06/2002 MOTION FOR RECONSIDERATION OF ADMISSIBILITY OF
09/06/2002 TESTIMONY OF DEPUTY CATHY LONG
09/06/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
09/06/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
09/06/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
09/06/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
09/06/2002 ANDERSON REPORTING SERVICES, INC. IN THE AMOUNT OF
09/06/2002 $ 87.45 /// PAID
09/06/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
09/06/2002 GAINESVILLE REPORTERS IN THE AMOUNT OF $ 335.50
09/06/2002 // PAID
09/06/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
09/06/2002 ESQUIRE DEPOSITION SERVICES IN THE AMOUNT OF $ 150.00
09/09/2002 SBS (SHAKEN BABY SYNDROME)
09/09/2002 QUISLING, M.D.
09/09/2002 ORDER DENYING MOTION FOR RECONSIDERATION OF
09/09/2002 ADMISSIBILITY OF TESTIMONY OF DEPUTY CATHY LONG // LOTT
09/09/2002 DECORUM ORDER AS TO MEDIA - MEDIA PERSONNEL SHALL
09/09/2002 REMAIN IN THE GALLERY SEATING DURING THE JURY SELECTION
09/09/2002 AND TRIAL
09/09/2002 SUBPOENA FOR TRIAL
09/09/2002 DEFENDANT'S MOTION FOR REHEARING AND A DEMAND FOR A
09/09/2002 RICHARDSON INQUIRY ON THE ISSUE OF THE ADMISSIBILITY OF
09/09/2002 A COMPACT DISC PURPORTING TO SHOW A DEMONSTRATION OF
09/09/2002 UNAUTHORIZED MEDIA WILL BE ALLOWED TO BRING A CAMERA
09/09/2002 INTO THE COURTROOM
09/09/2002 -ONLY ONE STILL CAMERA/OR ONE VIDEO CAMERA WILL BE
09/09/2002 ALLOWED IN THE COURTROOM. NO FLASHES WILL BE ALLOWED.
09/09/2002 THE STILL PHOTOGRAPHER AND/OR VIDEOGRAPHER MUST REMAIN
09/09/2002 IN THE GALLERY. NO PHOTOGRAPHS OR VIDEO OF THE JURY
09/09/2002 WILL BE ALLOWED. NO DISRUPTED MOVEMENT WILL BE
09/09/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
09/09/2002 -TV20 AND THE GAINESVILLE SUN IS/ARE THE ONLY MEDIA WHO
09/09/2002 HAS/HAVE REQUESTED AND HAS/HAVE BEEN AUTHORIZED TO
09/09/2002 BRING A STILL CAMERA AND/OR VIDEO CAMERA INTO THE
09/09/2002 COURTROOM FOR JURY SELECTION AND TRIAL. NO
09/09/2002 ALLOWED
09/09/2002 -NO INTERVIEWS WILL BE CONDUCTED INSIDE THE COURTHOUSE/
09/09/2002 //LOTT
09/09/2002 DEFENDANT'S RESPONSE IN OPPOSITION TO STATE'S MOTION
09/09/2002 FOR RECONSIDERATION OF ADMISSIBILITY OF TESTIMONY OF
09/09/2002 DEFENDANT SIGNED NOTICE FOR 090902 JURY SELECTION
09/09/2002 DEPUTY KATHY LONG

09/09/2002 WITNESS SUBPOENA
09/09/2002 MOTION TO TAKE CONTINUING DEPOSITION OF RONALD
09/09/2002 DAY CERTAIN TRIAL SET FOR 09092002
09/09/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
09/09/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
09/09/2002 MINUTES OF THE CLERK - JURY TRIAL
09/10/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
09/10/2002 TRANSCRIPT OF DEPOSITION OF DORIS MARIE BRIDWELL
09/10/2002 ORDER GRANTING MOTION FOR RELEASE OF EVIDENCE /
09/10/2002 THE FOLLOWING ARTICLES SHALL BE RELEASED FROM EVIDENCE
09/10/2002 BY THE CLERK OF THE COURT TO JEANNE M SINGER SAID
09/10/2002 TRANSCRIPT OF DEPOSITION OF OFFICER JAMES CHRISTOPHER
09/10/2002 TRANSCRIPT OF DEPOSITION OF STEPHEN NELSON, MD
09/10/2002 TRANSCRIPT OF DEPOSITION AS TO CRYSTAL QUIRELLO
09/10/2002 TRANSCRIPT OF DEPOSITION OF SERGEANT STEVEN WEAVER
09/10/2002 TRANSCRIPT OF DEPOSITION OF CORPORAL WHITNEY STOUT
09/10/2002 TRANSCRIPT OF DEPOSITION OF KATHLEEN MARIE MORRISTON
09/10/2002 TRANSCRIPT OF DEPOSITION OF CHRISTINA MILLARD
09/10/2002 TRANSCRIPT OF DEPOSITION OF HELEN LEGALL
09/10/2002 JACKSON
09/10/2002 TRANSCRIPT OF OFFICER ROBERT L KING, III
09/10/2002 TRANSCRIPT OF LIEUTENANT WILLIAM THOMAS HALVOSA
09/10/2002 TRANSCRIPT OF DEPOSITION OF RICHARD DAVIS,SR
09/10/2002 TRANSCRIPT OF DEPOSITION OF DETECTIVE ALAN COLEMAN
09/10/2002 TRANSCRIPT OF DEPOSITION OF DETECTIVE DAVID KEITH
09/10/2002 CANNON
09/10/2002 TRANSCRIPT OF DEPOSITION OF SERGEANT ROBERT BARTLEY
09/10/2002 EVIDENCE BEING PARTICULARLY DESCRIBED AS FOLLOWS: 24
09/10/2002 PAGES OF LEGAL CORRESPONDENCE WHICH WERE PART OF THE
09/10/2002 STATE'S EXHIBIT #5 IN EVIDENCE UPON JOINT STIPULATION
09/10/2002 OF STATE AND DEFENSE // LOTT
09/11/2002 RETURN OF SERVICE - UNSERVED
09/13/2002 TRANSCRIPT OF DEPOSITION OF SALVADOR CUMELLA
09/13/2002 TRANSCRIPT OF DEPOSITION OF DETECTIVE HELEN LEGALL
09/13/2002 TRANSCRIPT OF DEPOSITION OF DAVID SAMUEL ANDREW
09/13/2002 STEWART, MD
09/13/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
09/13/2002 ESQUIRE DEPOSITION SERVICES IN THE AMOUNT OF $ 200.50
09/13/2002 // PAID
09/13/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
09/13/2002 HARMON'S PHOTOS AR NICE IN THE AMOUNT OF $ 23.00
09/13/2002 // PAID
09/13/2002 TRANSCRIPT OF DEPOSITION OF MICHAEL BELL, MD
09/13/2002 TRANSCRIPT OF DEPOSITION OF JONATHAN L WILLIAMS, MD
09/16/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
09/16/2002 FEE TRAVEL AND PER DIEM ALLOWANCE

09/16/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
09/16/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
09/16/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
09/16/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
09/17/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
09/17/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
09/19/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
09/19/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
09/19/2002 LETTER TO JUDGE LOTT FROM JUROR #96
09/19/2002 LETTER FROM STEPHAN P MICKLE UNITED STATES DISTRICT
09/19/2002 JUDGE (FAX)
09/19/2002 LETTER TO JUDGE FROM JUROR #73
09/19/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
09/19/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
09/20/2002 STATE'S PROPOSED JURY INSTRUCTION REGARDING
09/20/2002 DEMONSTRATION EVIDENCE
09/20/2002 LETTER TO JUDGE FROM JURY
09/20/2002 LETTER TO JUDGE FROM JUROR #73
09/20/2002 INSTRUCTION TO JURY REGARDING WITNESS TESTIFYING OUT
09/20/2002 OF ORDER
09/20/2002 MOTION FOR REHEARING ON THE ISSUE OF WHETHER THE
09/20/2002 DEFENSE OR THE STATE OF FLORIDA OPENED THE DOOR SO AS
09/20/2002 TO CAUSE THE ADMISSIBILITY OF CERTAIN EVIDENCE
09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
09/24/2002 QUESTIONS FROM JURY
09/24/2002 QUESTIONS FROM JURY
09/24/2002 NOTES FROM TRIAL
09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
09/25/2002 *PLACED ON DIV I DISPOSITION DOCKET PER JUDGE*
09/25/2002 PSI ORDERED - PSI DUE 101802
09/25/2002 MOTION TO REOPEN DEFENDANT'S CASE AND ALLOW PREVIOUSLY
09/25/2002 LISTED STATE WITNESSES TO TESTIFY
09/25/2002 LETTER FROM JURORS
09/25/2002 DEFENDANT'S MOTION FOR SANCTIONS AGAINST STATE FOR
09/25/2002 WITHHOLDING CRITICAL TESTIMONY, DEMAND FOR RICHARDSON
09/25/2002 HEARING, AND MOTION FOR MISTRIAL
09/25/2002 MOTION FOR RE-HEARING ON ISSUE OF ADMISSIBILITY OF
09/25/2002 COMPACT DISC PRESENTATION
09/25/2002 JURY INSTRUCTIONS
09/25/2002 VERDICT -- GUILTY OF MANSLAUGHTER, A LESSER INCLUDED

09/25/2002 OFFENSE
09/25/2002 DEFENDANT SIGNED NOTICE FOR 102902 SENTENCING
09/25/2002 DISPOSITION SET FOR 10292002
09/26/2002 HARMON'S PHOTOS AR NICE IN THE AMOUNT OF $ 8.50
09/26/2002 // PAID
09/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
09/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
09/26/2002 HARMON'S PHOTOS AR NICE IN THE AMOUNT OF $ 85.40
09/26/2002 // PAID
09/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
09/26/2002 EXPERT DIGITAL SOLUTIONS, INC. IN THE AMOUNT OF
09/26/2002 $275.00 // PAID
09/27/2002 CONCERNING PAYMENT OF STATE WITNESS
09/27/2002 MOTION FOR PAYMENT FOR TRAVEL OF STATE WITNESS
09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVEL /
09/27/2002 / PAID // PIERCE
09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
09/27/2002 CONCERNING PAYMENT OF STATE WITNESS
09/27/2002 MOTION FOR PAYMENT FOR TRAVEL OF STATE WITNESS
09/27/2002 MOTION FOR PAYMENT OF LODGING FOR A STATE WITNESS
09/27/2002 / PAID // PIERCE
09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVEL /
09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
09/27/2002 CONCERNING PAYMENT OF COSTS
09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF LODGING FOR STATE
09/27/2002 WITNESS / PAID // PIERCE
09/27/2002 MOTION FOR PAYMENT OF STATE WITNESS
09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT -
09/27/2002 CONCERNING PAYMENT OF STATE WITNESS
09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVEL /
09/27/2002 /PAID // PIERCE
09/30/2002 RETURN OF SERVICE - SERVED
09/30/2002 RETURN OF SERVICE - SERVED
09/30/2002 RETURN OF SERVICE - SERVED
09/30/2002 RETURN OF SERVICE - UNSERVED
09/30/2002 RETURN OF SERVICE - SERVED
09/30/2002 RETURN OF SERVICE - SERVED
09/30/2002 RETURN OF SERVICE - UNSERVED
09/30/2002 RETURN OF SERVICE - SERVED
09/30/2002 RETURN OF SERVICE - SERVED
09/30/2002 RETURN OF SERVICE - SERVED
10/03/2002 MOTION FOR NEW TRIAL
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 $101.50//PAID

10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 $119.00//PAID
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 $105.00//PAID
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 $54.25//PAID
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 $175.00//PAID
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 $21.00//PAID
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 $77.00//PAID
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 $105.00//PAID
10/07/2002 $105.00//PAID
10/07/2002 $226.18//PAID
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 $177.00//PAID
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 $245.00//PAID
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 $50.40//PAID
10/07/2002 $178.00//PAID
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 $245.70//PAID
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 $76.27//PAID
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 $105.00//PAID

10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LIGHT-WORK LABS IN THE AMOUNT OF $ 20.00//PAID
10/07/2002 ORDER FOR PAYMENT OF EXPERT WITNESS FEE TO BERNARD L
10/07/2002 MARIA, M.D.M.B.A. IN THE AMOUNT OF $5500.00 // LOTT
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 $108.50//PAID
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 $84.00//PAID
10/07/2002 $134.75//PAID
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 $197.75//PAID
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 $56.00//PAID
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT OF
10/07/2002 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
10/07/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT CONCERNING
10/07/2002 PAYMENT OF EXPERT WITNESS
10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/07/2002 WRIGHT TRAVEL IN THE AMOUNT OF $ 572.50//PAID
10/08/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/08/2002 ESQUIRE DEPOSITION SERVICES IN THE AMOUNT OF $ 383.30
10/08/2002 // PAID
10/08/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/08/2002 HARMON'S PHOTOS AR NICE IN THE AMOUNT OF $ 126.50
10/08/2002 // PAID
10/08/2002 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
10/08/2002 ALACHUA CO. ATTORNEY'S ANNOUNCEMENT CONCERNING PAYMENT
10/08/2002 OF EXPERT WITNESS
10/08/2002 ORDER FOR PAYMENT OF EXPERT WITNESS FEE / $3300.00 TO
10/08/2002 GAINESVILLE PATHOLOGY GROUP // LOTT //////// PAID
10/15/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO
10/15/2002 BERNARD L. MARIA, MD., M.B.A. IN THE AMOUNT OF $
10/15/2002 OF $8,000.0 TO STEPHEN J. NELSON, MD., PA,//PIERCE
10/15/2002 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
10/15/2002 ALACHUA COUNTY ATTORNEY'S ANNOUCEMENT CONCERNING
10/15/2002 PAYMENT OF EXPERT WITNESS
10/15/2002 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE AMOUNT
10/15/2002 MOTION FOR PAYMENT OF STATE WITNESS
10/15/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT

10/15/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
10/15/2002 CONCERNING PAYMENT OF STATE WITNESS
10/15/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVEL /
10/15/2002 / PAID // LOTT
10/15/2002 CONCERNING PAYMENT OF STATE WITNESS
10/15/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVEL /
10/15/2002 / PAID // LOTT
10/15/2002 MOTION FOR PAYMENT OF STATE WITNESS
10/15/2002 $7955.49/PAID /
10/17/2002 LETTER TO JUDGE LOTT FROM PROBATION AND PAROLE
10/17/2002 ORDER SETTING DISPOSITION DATE / FRIDAY, 8 NOVEMBER
10/17/2002 2002 AT 9:00 AM // LOTT
10/29/2002 ORDER DENYING MOTION FOR NEW TRIAL // LOTT
10/30/2002 MOTION FOR JUDGEMENT FOR COSTS
10/30/2002 NOTICE OF HEARING ON 110802 AT / 9:00AM / LOTT
10/31/2002 WITNESS SUBPOENA PAID
11/01/2002 ADDENDUM TO MOTION FOR JUDGMENT FOR COSTS
11/07/2002 SECOND ADDENDUM TO MOTION FOR JUDGEMENT FOR COSTS
11/08/2002 TRANSCRIPT OF MOTION TO DISMISS INDICTMENT ON 090502
11/08/2002 BEFORE JUDGE LOTT
11/08/2002 PSI (ENVELOPE)
11/08/2002 DECORUM ORDER AS TO MEDIA;
11/08/2002 -MEDIA PERSONNEL SHALL REMAIN IN THE GALLERY SEATING
11/08/2002 DURING THE JURY SELECTION, TRIAL OR HEARING
11/08/2002 -GAINESVILLE SUN IS THE ONLY MEDIA WHO HAS REQUESTED
11/08/2002 VICTIM NOTIFICATION DATA SHEET
11/08/2002 RESTITUTION LIEN ORDER - EVIDENTIARY HEARING TO BE SET
11/08/2002 AND HAS BEEN AUTHORIZED TO BRING A STILL CAMERA INTO
11/08/2002 THE COURTROOM FOR JURY SELECTION, TRIAL OR HEARING.
11/08/2002 -ONLY ONE STILL CAMERA WILL BE ALLOWED IN COURTROOM
11/08/2002 -NO INTERVIEWS RELATED TO THIS TRIAL/HEARING WILL BE
11/08/2002 CONDUCTED INSIDE THE COURTHOUSE // LOTT
11/08/2002 AMENDED DECORUM ORDER AS TO MEDIA // LOTT
11/08/2002 PRESENT WITH ATTORNEY
11/08/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT -
11/08/2002 CONCERNING PAYMENT OF STATE WITNESS
11/08/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE WITNESS//
11/08/2002 //PAID
11/08/2002 PICTURE OF VICTIM
11/08/2002 DEFENDANT ASSESSED 314.00 AS TO CNT: : Seq #: 001
11/08/2002 DEF SENTENCED TO PRISON 15 y m d AS TO CNT: : Seq #: 001
11/08/2002 TRIAL TYPE/JURY AS TO CNT: : Seq #: 001
11/08/2002 DEF PLED NOT GLTY AS TO CNT: : Seq #: 001
11/08/2002 DEFENDANT FOUND GUILTY BY JURY AS TO CNT: : Seq #: 001
11/08/2002 ADJUDICATED GUILTY AS TO CNT: : Seq #: 001
11/08/2002 DEFENDANT SENTENCED AS TO CNT: : Seq #: 001

| | |
|---|---|
| 11/08/2002 | MOTION FOR ADVANCE PAYMENT OF STATE WITNESS / PAID |
| 11/08/2002 | DEF GIVEN CREDIT FOR TIME SRVD 0347 days ON CNT: : Seq #: 001 |
| 11/08/2002 | ORDER ESTABLISHING MONETARY SUMS - TOTAL SUMS ORDERED |
| 11/08/2002 | SHALL BE PAID THROUGH THE CLERK OF COURT IN FULL // |
| 11/08/2002 | //LOTT |
| 11/08/2002 | DEFENDANT DOES NOT WAIVE HIS PRESENCE |
| 11/08/2002 | COURT RESERVES AND RETAINS JURISDICTION AS TO |
| 11/08/2002 | RESTITUTION // LOTT |
| 11/08/2002 | SCORE SHEET//TOTAL 181.2 |
| 11/08/2002 | AMENDED JUDGEMENT AS TO CRIME // LOTT |
| 11/08/2002 | ORDER REQUIRING TRANSCRIPTION OF TRIAL TESTIMONY//LOTT |
| 11/08/2002 | CF/SANTA FE S/C ORIGINAL AMOUNT OWED: $0.15 BALANCE DUE AT CONVERSION: $0.15 |
| 11/08/2002 | CF TEEN CT S/C ORIGINAL AMOUNT OWED: $0.15 BALANCE DUE AT CONVERSION: $0.15 |
| 11/08/2002 | CF F-CJF S/C ORIGINAL AMOUNT OWED: $5.00 BALANCE DUE AT CONVERSION: $5.00 |
| 11/08/2002 | CF TEEN COURT ORIGINAL AMOUNT OWED: $2.85 BALANCE DUE AT CONVERSION: $2.85 |
| 11/08/2002 | CF $50 C.V. ORIGINAL AMOUNT OWED: $49.00 BALANCE DUE AT CONVERSION: $49.00 |
| 11/08/2002 | CF $200 F-CJF ORIGINAL AMOUNT OWED: $195.00 BALANCE DUE AT CONVERSION: $195.00 |
| 11/08/2002 | CF-STATE LEF ORIGINAL AMOUNT OWED: $3.00 BALANCE DUE AT CONVERSION: $3.00 |
| 11/08/2002 | CF FACI COST ORIGINAL AMOUNT OWED: $50.00 BALANCE DUE AT CONVERSION: $50.00 |
| 11/08/2002 | CF LOCAL LEF ORIGINAL AMOUNT OWED: $2.00 BALANCE DUE AT CONVERSION: $2.00 |
| 11/08/2002 | CF C.V. S/C ORIGINAL AMOUNT OWED: $1.00 BALANCE DUE AT CONVERSION: $1.00 |
| 11/08/2002 | CF JAC S/C ORIGINAL AMOUNT OWED: $0.15 BALANCE DUE AT CONVERSION: $0.15 |
| 11/08/2002 | CF JAC ORIGINAL AMOUNT OWED: $2.85 BALANCE DUE AT CONVERSION: $2.85 |
| 11/08/2002 | CF/SANTA FE CEN ORIGINAL AMOUNT OWED: $2.85 BALANCE DUE AT CONVERSION: $2.85 |
| 11/08/2002 | RESTITUTION ORIGINAL AMOUNT OWED: $17515.46 BALANCE DUE AT CONVERSION: $17515.46 |
| 11/14/2002 | DOC COMMITMENT PACKET SENT TO ASO 11-13-2002//BLB |
| 11/14/2002 | ADJUDICATORY JUDGMENT OF 110802 |
| 11/15/2002 | REOPENED CASE CLOSED 11082002 |
| 11/15/2002 | NOTICE OF HEARING ON 112202 AT / 9:00 AM / LOTT |
| 11/15/2002 | MOTION FOR SUPERSEDEAS BOND |
| 11/20/2002 | NOTICE OF FILING |
| 11/22/2002 | APPEAL FILED 11222002 |
| 11/22/2002 | SEARCH WARRANT/RETURN PLACED IN FILE FROM COMPANION CASE |
| 11/22/2002 | 2000-2660-CFA |
| 11/22/2002 | COURT MINUTES - MOTION FOR SUPERSEDEAS BOND ON CASE |
| 11/22/2002 | NUMBER 01-2000CF2753A, 01-2000CF2660A - RULING: DENIED |
| 11/22/2002 | P.D APPOINTED FOR APPEAL |
| 11/22/2002 | APPLICATION FOR APPOINTMENT OF PUBLIC DEFENDER AND - |
| 11/22/2002 | AFFIDAVIT OF INDIGENCY & PUBLIC DEFENDER APPOINTED // |
| 11/22/2002 | //LOTT |
| 11/22/2002 | NOTICE OF APPEAL REGARDING JUDGMENT/SENTENCE DIRECTIONS TO THE CLERK |

11/22/2002
11/22/2002 DESIGNATION TO REPORTER AND REPORTER'S ACKNOWLEDGMENT
11/22/2002 ***PUBLIC DEFENDER PUT ON AS SPECIAL PERSON***
11/22/2002 STATEMENT OF JUDICIAL ACTS TO BE REVIEWED
11/22/2002 DESIGNATION OF PUBLIC DEFENDER, SECOND JUDICIAL CIRCUIT,
11/22/2002 FOR THE HANDLING OF APPEAL/FILED BY GORDON GROLAND, ESQUIRE
11/22/2002 MAILED CERTIFIED COPY OF NOTICE OF APPEAL AND COPY OF
11/22/2002 JUDGMENT/SENTENCE TO FIRST DISTRICT COURT OF APPEAL/LETTER
11/22/2002 ONLY TO ATTORNEY GENERAL, ATTORNEY GROLAND, & NANCY DANIELS
11/22/2002 PUBLIC DEFENDER SECOND JUDICIAL CIRCUIT
11/22/2002 COPY OF SEALED APPLICATION & AFFIDAVIT FOR SEARCH WARRANT/
12/02/2002 FIRST DISTRICT COURT OF APPEAL DIRECTS APPELLANT TO FILE
12/02/2002 LETTER FROM JON S. WHEELER ASSIGNS FIRST DISTRICT COURT OF
12/02/2002 APPEAL #1D02-4788
12/02/2002 FIRST DISTRICT COURT OF APPEAL ORDER REQUIRES FILING FEE OR
12/02/2002 ORDER OF INSOLVENCY WITHIN 30 DAYS
12/02/2002 AMENDED NOTICE OF APPEAL WITH DATE OF RENDITION OF ORDER TO
12/02/2002 BE REVIEWED WITHIN 10 DAYS
12/04/2002 NOTICE OF HEARING ON 122002 AT / 9:00 AM / LOTT
12/04/2002 ORDER FINDING DEFENDANT INDIGENT AND APPOINTING PUBLIC
12/04/2002 DEFENDER OF THE EIGHTH JUDICIAL CIRCUIT FOR HANDLING
12/04/2002 OF APPEAL // LOTT
12/18/2002 AMENDED NOTICE OF RESTITUTION/COSTS HEARING - JANUARY
12/18/2002 8, 2003 AT 9:00AM
12/19/2002 THIRD ADDENDUM TO MOTION FOR JUDGEMENT FOR COSTS
12/26/2002 FIRST DISTRICT COURT OF APPEAL ORDERS APPELLANT TO SHOW
12/26/2002 CAUSE WITHIN 10 DAYS WHY APPEAL SHOULD NOT BE DISMISSED FOR
12/26/2002 FAILING TO COMPLY WITH COURT'S 11-27-02 ORDER REQUIRING
12/26/2002 AMENDED NOTICE OF APPEAL WHICH STATE'S DATE OF RENDITION OF
12/26/2002 ORDER TO BE REVIEWED
12/30/2002 AMENDED NOTICE OF APPEAL/FILED BY JOHN KEARNS, ASSISTANT
12/30/2002 PUBLIC DEFENDER
01/06/2003 NOTICE OF FILING RECORD OF EXPENSES DUE AS RESTITUTION
01/07/2003 NOTICE TO ADVERSE PARTY OF REQUEST TO TAKE JUDICIAL
01/07/2003 NOTICE
01/08/2003 COURT MINUTES - MOTION FOR JUDGEMENT OF COSTS AND
01/08/2003 RESTITUTION HEARING ON CASE NUMBER 01-2000CF2753A -
01/08/2003 RULING: GRANTED COSTS IN THE TOTAL AMOUNT OF
01/08/2003 CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT OF $ 432.00
01/08/2003 PAYABLE TO ALACHUA CO FIRE AND RESCUE // LOTT
01/08/2003 CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT OF $ 4511.00
01/08/2003 PAYABLE TO UNIVERSITY PHYSICIANS // LOTT
01/08/2003 CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT OF $ 8199.50
01/08/2003 TO GAINESVILLE POLICE DEPARTMENT IN THE AMOUNT OF
01/08/2003 $7224.60 // LOTT
01/08/2003 ORDER AWARDING COSTS OF INVESTIGATION AND PROSECUTION

01/08/2003 TO ALACHUA COUNTY COURTHOUSE IN THE AMOUNT OF
01/08/2003 $46,355.82//LOTT
01/08/2003 ORDER AWARDING COSTS OF INVESTIGATION AND PROSECUTION
01/08/2003 TO EIGHTH DISTRICT MEDICAL EXAMINER IN THE AMOUNT OF
01/08/2003 $895.00//LOTT
01/08/2003 ORDER AWARDING COSTS OF INVESTIGATION AND PROSECUTION
01/08/2003 $56,459.74 / COSTS ARE REDUCED TO CIVIL JUDGEMENT
01/08/2003 RESTITUTION ORDERED IN THE TOTAL AMOUNT $17,515.46
01/08/2003 RESTITUTION IS REDUCED TO CIVIL JUDGEMENT
01/08/2003 SUMMARY OF RESTITUTION
01/08/2003 SUMMARY OF COSTS
01/08/2003 DEF MUST PAY RESTITUTION OF 17515.46 AS TO CNT: : Seq #: 001
01/08/2003 CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT OF $ 4372.96
01/08/2003 PAYABLE TO JOHN QUIRELLO // LOTT
01/08/2003 PAYABLE TO SHANDS HOSPITAL AND CLINIC // LOTT
01/08/2003 ORDER AWARDING COSTS OF INVESTIGATION AND PROSECUTION
01/08/2003 ORDER DENYING MOTION FOR SUPERSEDEAS BOND // LOTT
01/08/2003 TO FLORIDA DEPT OF LAW ENFORCEMENT IN THE AMOUNT OF
01/08/2003 $1984.32//LOTT
01/08/2003 COST PROSECUTIO ORIGINAL AMOUNT OWED: $56459.74 BALANCE DUE AT CONVERSION: $56459.74
01/10/2003 MAILED VOLUME I - II RECORD ON APPEAL AND TWO ENVELOPES
01/10/2003 COPIES OF EVIDENCE TO FIRST DISTRICT COURT OF APPEAL /
01/10/2003 RECORD ONLY TO ATTORNEY GENERAL & PUBLIC DEFENDER
01/13/2003 FAXED RESPONSE TO REQUEST FOR UPDATE FROM DEPARTMENT OF
01/13/2003 CHILDREN AND FAMILIES, ATTENTION: JOANN STARK
01/29/2003 ORDER ON DESIGNATION TO REPORTER//LOTT
02/03/2003 ORDER ON DESIGNATION TO REPORTER//LOTT
02/03/2003 MOTION FOR PAYMENT OF STATE WITNESS
02/03/2003 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT CONCERNING
02/03/2003 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT CONCERNING
02/03/2003 PAYMENT OF EXPERT WITNESS
02/03/2003 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE AMOUNT
02/03/2003 PAYMENT OF EXPERT WITNESS
02/03/2003 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE
02/03/2003 OF $479.50 TO WRIGHT TRAVEL // LOTT // PAID
02/03/2003 AMOUNT OF $61.00 TO SHERATON GAINESVILLE HOTEL//LOTT//
02/03/2003 //PAID//
02/03/2003 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
02/03/2003 ALACHUA COUNTY ATTORNEY'S ANNOUCEMENT CONCERNING
02/03/2003 PAYMENT OF EXPERT WITNESS
02/03/2003 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE
02/03/2003 AMOUNT OF $2250.00 TO RONALD H. USCINSKI, MD//LOTT/PAID
02/03/2003 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
03/03/2003 FIRST DISTRICT COURT OF APPEAL ORDER GRANTS COURT REPORTER
03/03/2003 MOTION FOR EXTENSION TO FILE TRANSCRIPTS BY 5-1-03

04/21/2003 TRANSCRIPT OF MOTION FOR SUPERSEDEAS BOND BEFORE JUDGE LOTT
04/21/2003 COURT REPORTER LAURIE ANN CHAFFIN, ORIGINAL & 2 COPIES
05/01/2003 TRANSCRIPTS VOLUME I - XVII JURY TRIAL HELD BEFORE JUDGE
05/01/2003 LOTT ON 9-10-02 - 9-23-02, COURT REPORTERS STACEY BRYANT &
05/01/2003 CHERYL MCDONOUGH, ORIGINAL AND 2 COPIES
05/01/2003 TRANSCRIPT OF PRETRIAL MOTION HELD 9-4-02 BEFORE JUDGE LOTT
05/01/2003 TRANSCRIPT OF PRETRIAL MOTION HELD 9-5-02 BEFORE JUDGE LOTT
05/01/2003 COURT REPORTER STACEY BRYANT, ORIGINAL AND 2 COPIES
05/01/2003 COURT REPORTER STACEY BRYANT, ORIGINAL AND 2 COPIES
05/05/2003 TRANSCRIPT OF JURY TRIAL HELD 9-23-02 THROUGH 9-25-02
05/05/2003 VOLUMES XVIII-XX HELD BEFORE JUDGE LOTT, COURT REPORTER
05/05/2003 STACEY BRYANT, ORIGINAL AND 2 COPIES
05/06/2003 TRANSCRIPT OF SENTENCING HEARING HELD 11-8-02 BEFORE JUDGE
05/06/2003 LOTT, COURT REPORTER STACEY BRYANT, ORIGINAL & 2 COPIES
05/07/2003 MAILED SUPPLEMENTAL VOLUME III AND TRANSCRIPTS VOLUME IV -
05/07/2003 XXVII TO FIRST DISTRICT COURT OF APPEAL, ATTORNEY GENERAL
05/07/2003 AND PUBLIC DEFENDER
05/15/2003 DESIGNATION OF PUBLIC DEFENDER OF SECOND JUDICIAL CIRCUIT
05/15/2003 FOR HANDLING OF APPEAL
06/17/2003 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
06/17/2003 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT CONCERNING
06/17/2003 PAYMENT OF EXPERT WITNESS
06/17/2003 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE AMOUNT
06/17/2003 OF $9,710.00//PAID//LOTT
09/22/2003 FIRST DISTRICT COURT OF APPEAL ORDER GRANTS APPELLANT'S
09/22/2003 MOTION TO SUPPLEMENT RECORD ON APPEAL WITH JURY SELECTION
09/23/2003 SUPPLEMENTAL DIRECTIONS TO THE CLERK OF THE ABOVE-ENTITLED
09/23/2003 COURT
09/23/2003 MOTION FOR ORDER DIRECTING COURT REPORTER TO TRANSCRIBE
09/23/2003 NOTES
09/24/2003 ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOTES//LOTT
09/26/2003 COPY AFFIDAVIT FROM COURT REPORTER'S OFFICE
10/10/2003 SUPPLEMENTAL DIRECTIONS TO THE CLERK OF THE ABOVE-ENTITLED
10/10/2003 COURT
10/10/2003 MOTION FOR ORDER DIRECTING COURT REPORTER TO TRANSCRIBE
10/10/2003 NOTES
10/16/2003 ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOTES//TURNER
10/23/2003 AMENDED REQUEST FOR EXTENSION OF TIME TO PREPARE TRANSCRIPT
10/23/2003 ON APPEAL [COPY]
10/24/2003 REQUEST FOR DOCUMENTS 940.04/SENT
11/03/2003 AFFIDAVIT FROM COURT REPORTER'S OFFICE
11/05/2003 CORRECTED ORDER DIRECTING COURT REPORTER TO TRANSCRIBE
11/05/2003 NOTES//TURNER
11/10/2003 AMENDED MOTION FOR ORDER DIRECTING COURT REPORTER TO
11/10/2003 TRANSCRIBE NOTES
11/10/2003 LETTER TO COURT REPORTER BETTY SUE VINCENT FROM LEGAL

11/10/2003 ASSISTANT TO ASSISTANT PUBLIC DEFENDER NADA CAREY WITH
11/10/2003 ATTACHMENTS
11/10/2003 FIRST DISTRICT COURT OF APPEAL ORDER GRANTS APPELLANT'S
11/10/2003 MOTION TO SUPPLEMENT RECORD ON APPEAL WITHIN 30 DAYS
11/12/2003 SUPPLEMENTAL DIRECTIONS TO THE CLERK OF THE ABOVE-ENTITLED
11/12/2003 COURT
11/18/2003 TRANSCRIPT OF JURY SELECTION HELD 9-9-02, COURT REPORTER
11/18/2003 STACEY BRYANT, VOLUMES I & II, ORIGINAL + 2 COPIES
11/19/2003 MAILED SUPPLEMENTAL RECORD ON APPEAL VOLUME XXVIII AND
11/19/2003 TRANSCRIPTS VOLUMES XXIX-XXX TO FIRST DISTRICT COURT OF
11/19/2003 APPEAL, ATTORNEY GENERAL AND ASSISTANT PUBLIC DEFENDER
04/07/2004 MEMO FROM ATTORNEY GENERAL TO CLERK RE: CROSS-APPEAL
04/07/2004 NOTICE OF CROSS-APPEAL FILED BY ATTORNEY GENERAL
04/08/2004 LETTER TO FIRST DISTRICT COURT OF APPEAL WITH CERTIFIED
04/08/2004 COPY OF NOTICE OF CROSS-APPEAL, COPY OF LETTER TO
04/08/2004 ATTORNEY GENERAL AND PUBLIC DEFENDER
04/15/2004 AMENDED NOTICE OF CROSS-APPEAL FILED BY ATTORNEY GENERAL
04/15/2004 MAILED CERTIFIED COPY OF AMENDED NOTICE OF CROSS-APPEAL AND
04/15/2004 ATTACHMENTS TO FIRST DISTRICT COURT OF APPEAL/LETTER ONLY
04/15/2004 TO ATTORNEY GENERAL AND ASSISTANT PUBLIC DEFENDER CAREY
04/16/2004 MAILED VOLUME XXXI SUPPLEMENTAL RECORD ON APPEAL TO FIRST
04/16/2004 DISTRICT COURT OF APPEAL, ATTORNEY GENERAL AND ASSISTANT
04/16/2004 PUBLIC DEFENDER NADA CAREY
06/21/2004 REQUEST FOR EXHIBITS/EVIDENCE FROM DEFENDANT'S MOTHER
07/02/2004 CLERK'S RESPONSE TO REQUEST FOR EXHIBITS/EVIDENCE
07/19/2004 REQUEST FOR CRIMINAL DOCUMENTS
07/21/2004 RESPONSE TO REQUEST FOR DOCUMENTS
07/28/2004 LETTER FROM DEFENDANT REQUESTING COPIES OF EVIDENCE
08/02/2004 LETTER TO JUDGE LOTT FROM DEFENDANT
08/02/2004 LETTER TO DEFENDANT FROM JUDGE TURNER
08/26/2004 COPIES OF REQUESED EVIDENCE SENT
11/23/2004 MANDATE AND OPINION AFFIRMED
11/23/2004 MANDATE FILED 11232004
12/22/2004 RETURNED FROM FIRST DISTRICT COURT OF APPEAL RECORD ON
12/22/2004 APPEAL VOLUME I-III, TRANSCRIPT IV-XXVII, SUPPLEMENTAL
12/22/2004 XXVIII, TRANSCRIPT XXIX-XXX, SUPPLEMENTAL XXXI AND COPY OF
12/22/2004 EVIDENCE
01/07/2005 REPORTED AS CONVICTED FELON TO SUPERVISOR OF ELECTIONS
08/10/2005 MOTION TO VACATE SENTENCE AND CONVICTION PURSUANT TO
08/10/2005 -FLA.R.CR.P. 3.850 AND MEMORANDUM OF LAW
08/11/2005 CASE REOPENED 08102005 POST CONV RELIEF MOTION
08/17/2005 SA ASSIGNED: BROCKWAY, PAMELA K
09/30/2005 ORDER DENYING MOTION FOR POST-CONVICTION RELIEF//
09/30/2005 //JUDGE SIEG
10/03/2005 CERTIFICATE OF SERVICE - PCR ORDER TO DEFENDANT
10/03/2005 REOPENED CASE CLOSED 09302005

| | |
|---|---|
| 10/27/2005 APPEAL FILED 10272005 | |
| 10/27/2005 NOTICE OF APPEAL OF ORDER DENYING 3.850 MOTION | Q |
| 10/27/2005 DIRECTIONS TO THE CLERK | Q |
| 10/27/2005 STATEMENT OF JUDICIAL ACTS TO BE REVIEWED | Q |
| 10/27/2005 PAYMENT OF $50 FOR APPEAL FILING FEE | Q |
| 10/28/2005 NOTICE OF APPEAL, AMENDED | Q |
| 10/28/2005 STATEMENT OF JUDICIAL ACTS TO BE REVIEWED, AMENDED | Q |
| 10/28/2005 DIRECTIONS TO THE CLERK, AMENDED | Q |
| 10/28/2005 LETTER FORWARDING RECORD ON APPEAL, VOLUME I 3.850 RECORD, | Q |
| 10/28/2005 CERTIFIED COPY OF NOTICE OF APPEAL AND AMENDED NOTICE OF | |
| 10/28/2005 APPEAL AND COPY OF ORDER TO FIRST DISTRICT COURT OF APPEAL, | |
| 10/28/2005 RECORD ONLY TO ATTORNEY GENERAL AND ATTORNEY MENGERS | |
| 11/03/2005 LETTER FROM FIRST DISTRICT COURT OF APPEAL ASSIGNS FIRST | Q |
| 11/03/2005 APPEAL #1D05-5203 | |
| 11/10/2005 REFUND CHECK #50076513 IN THE AMOUNT OF $50.00 PAYABLE TO | Q |
| 11/15/2005 ATTORNEY MENGERS FOR REIMBURSMENT OF APPEAL FILING FEE | |
| 04/26/2006 ORDER FROM FIRST DISTRICT COURT OF APPEAL DENIES APPELLANT | Q |
| 04/26/2006 REQUEST FOR ORAL ARGUMENT | |
| 05/12/2006 MANDATE FILED 05122006 | |
| 05/12/2006 MANDATE FROM FIRST DISTRICT COURT OF APPEALS AND OPINION | Q |
| 05/12/2006 AFFIRMED | |
| 06/15/2006 APPEAL CLERK NOTES: ITEMS RETURNED FROM DCA VOLUME I 3.850 | Q |
| 06/15/2006 RECORD ON APPEAL | |
| 08/25/2006 CASE REOPENED 08252006 POST CONV RELIEF MOTION | |
| 08/25/2006 MOTION FOR POST CONVICTION RELIEF - PRO SE | Q |
| 08/25/2006 APPENDIX IN SUPPORT OF RULE 3.850 POST CONVICTION RELIE | Q |
| 08/25/2006 APPENDIX IN SUPPORT OF RULE 3.850 POST CONVICTION RELIE | Q |
| 08/25/2006 MOTION FOR POST CONVICTION RELIEF - PRO SE | Q |
| 08/31/2006 COLLATERAL RELIEF DETERMINATION MADE FOR MOTION FOR | |
| 08/31/2006 RELIEF FROM JUDGMENT-NEW TRIAL [3.850] | |
| 12/31/2006 CASE JUDGE REASSIGNED | |
| 02/06/2007 CASE LAW IN FILE | Q |
| 02/08/2007 ORDER DENYING, IN PART, MOTION FOR POST CONVICTION RELIEF, SCHEDULING AN EVIDENTIARY HEARING, IN PART, AND APPOINTING OFFICE OF THE PUBLIC DEFENDER 2/6/07 /MAL | Q |
| 02/13/2007 MOTION TO STRIKE, OR IN THE ALTERNATIVE, STATE'S RESPONSE TO DEFENDANT'S RULE 3.8540 MOTION FOR POST CONVICTION RELIEF FILED BY STATE OF FLORIDA | Q |
| 02/19/2007 ORDER DIRECTING STATE TO FILE A WRITTEN RESPONSE 2/13/07 /MAL | Q |
| 04/11/2007 NOTICE OF APPEARANCE FILED BY MARY ELIZABETH FITZGIBBONS, ESQ. | Q |
| 04/13/2007 LETTER FROM CLERK TO ATTORNEY FITZGIBBONS | Q |
| 04/25/2007 DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL | Q |
| 05/08/2007 ORDER GRANTING SUBSTITUTION OF COUNSEL (MARY FITZGIBBONS)//ROSIER | Q |
| 05/17/2007 DEFENDANT'S RESPONSE TO MOTION TO STRIKE, OR IN THE ALTERNATIVE, STATE'S RESPONSE TO DEFENDANT'S RULE 3.850 MOTION FOR POST CONVICTION RELIEF (COPY) DEFENDANT'S RESPONSE TO MOTION TO STRIKE, OR IN THE ALTERNATIVE, STATE'S RESPONSE TO DEFENDANT'S RULE 3.850 MOTION FOR POST CONVICTION | Q |

| | |
|---|---|
| 05/21/2007 | RELIEF |
| 06/20/2007 | STATE'S SUPPLEMENT TO MOTION TO STRIKE, OR IN THE ALTERNATIVE, STATE'S RESPONSE TO DEFENDANT'S RULE 3.850 MOTION FOR POST CONVICTION RELIEF, RESPONDING TO DEFENDANT'S RESPONSE OF MAY 16, 2007 |
| 06/21/2007 | NOTICE OF APPEARANCE OF CO-COUNSEL: JOSHUA SILVERMAN |
| 08/20/2007 | MEMO TO JUDICIAL ASST FROM CLERK (INCLUDES RESPONSE FROM JUDICIAL ASST.) |
| 08/20/2007 | ORDER SCHEDULING CASE MANAGEMENT CONFERENCE / 08302007 AT 1:30 PM // LOTT |
| 08/30/2007 | HEARING NOTES-RULING: NOV 1 AND 2 FOR POST CONVICTION HEARING 09282007 CASE MANAGMENT DEFENSE COUNSEL TO DO ORDER TO TRANSPORT |
| 09/07/2007 | ORDER SCHEDULING HEARINGS ON PENDING POST-CONVICTION RELIEF MATTERS//JUDGE LOTT |
| 09/14/2007 | NOTICE OF FILING - AFFIDAVIT OF DR. VIERA SCHEIBNER |
| 09/14/2007 | DEFENDANT'S RESPONSE TO STATE'S SUPPLEMENT TO MOTION TO STRIKE, OR IN THE ALTERNATIVE, STATE'S RESPONSE TO DEFENDANT'S RULE 3.850 MOTION FOR POST CONVICTION RELIEF, RESPONDING TO DEFENDANT'S RESPONSE OF MAY 16, 2007 |
| 09/24/2007 | NOTICE OF FILING - OATH PAGE |
| 09/26/2007 | NOTICE OF FILING - ATTACHED AFFIDAVITS |
| 09/28/2007 | HEARING NOTES |
| 09/28/2007 | DEFENDANT'S MOTION FOR LEAVE TO AMEND MOTION FOR POSTCONVICTION RELIEF WITH NOTICE OF FILING AND SUPPLEMENTAL AFFIDAVIT OF LOIS N. HERLIHY ATTACHED |
| 10/29/2007 | CASE CITATION |
| 10/29/2007 | FAXEDLETTER FROM J SILVERMAN TO M BECKER |
| 10/29/2007 | COPY OF NOTICE OF FILING |
| 10/29/2007 | ORDER GRANTING IN PART, THE STATE'S MOTION TO STRIKE AND DISMISSING GROUND ONE OF DEFENDANT'S MOTION FOR POST CONVICTION RELIEF /MAL |
| 10/29/2007 | CERTIFICATE OF SERVICE OF POST CONVICTION RELIEF ORDER |
| 10/30/2007 | XXXX |
| 11/28/2007 | NOTICE OF FILING SUPPORTING DOCUMENTS OF MOTION FOR POST CONVICTION RELIEF |
| 11/28/2007 | MOTION FOR LEAVE TO SUPPLEMENT DEFENDANT'S MOTION FOR POST-CONVICTION RELIEF |
| 11/28/2007 | MOTION FOR POST CONVICTION RELIEF |
| 11/28/2007 | OBTS POST-COURT ENTRY Count: 1 POST SENTENCE PHASE Date Reopened: 11/28/2007 Reason Reopened: Motion for Post Conviction Relief |
| 01/29/2008 | HEARING NOTES |
| 02/05/2008 | ORDER SCHEDULING STATUS CONFERENCE (02142008)// LOTT |
| 02/05/2008 | ORDER GRANTING MOTION FOR LEAVE TO SUPPLEMENT DEFENDANT'S MOTION FOR POST-CONVICTION RELIEF //LOTT |
| 02/14/2008 | HEARING NOTES |
| 03/03/2008 | NOTICE OF FILING |
| 03/03/2008 | AFFIDAVIT OF JENNIFER LEIGH SALTER |
| 03/04/2008 | NOTICE OF FILING |
| 03/04/2008 | FINAL ORDER DENYING MOTION FOR POST CONVICTION RELIEF //LOTT |
| 03/04/2008 | AFFIDAVIT OF LOIS HERLIHY |
| 03/05/2008 | CERTIFICATE OF SERVICE OF POST CONVICTION RELIEF ORDER |
| 03/05/2008 | XXXX |
| 04/02/2008 | ENVELOPE FROM INCOMING MAIL |

Case 1:09-cv-00052-MP-GRJ   Document 21-2   Filed 03/22/11   Page 29 of 29

04/02/2008 LETTER FORWARDING NOTICE OF APPEAL                                                    🔍

04/02/2008 NOTICE OF APPEAL                                                                       🔍

04/07/2008 LETTER FROM FIRST DCA TO CLERK ASSIGNING APPEAL NUMBER 1D08-1588                       🔍

04/24/2008 LETTER FORWARDING RECORD ON APPEAL, VOLUME I 3.850, TO FIRST DCA, AG AND               🔍
ATTORNEY FIZGIBBONS

06/11/2008 ORDER FROM FIRST DCA GRANTS APPELLANT'S MOTION TO SUPPLEMENT RECORD                    🔍
ON APPEAL

06/16/2008 LETTER FORWARDING RECORD ON APPEAL, SUPPLEMENTAL VOLUMES II - VII, TO                  🔍
FIRST DCA, AG AND ATTORNEY FITZGIBBONS

01/09/2009 MANDATE FROM FIRST DISTRICT COURT OF APPEALS AND OPINION AFFIRMED                      🔍

01/09/2009 XXXX

01/09/2009 OBTS POST-COURT ENTRY Count: 1 POST SENTENCE PHASE Notice of Appeal Date:
04/02/2008 Mandate Date: 01/09/2009

03/16/2009 APPEAL CLERK NOTES: ITEMS RETURNED FROM DCA                                            🔍

03/17/2009 XXXX