# EXHIBIT
# PD-2

 

**Florida State Courts** | Courts | Opinions | New Query | Help |

*Florida First District Court of Appeal Docket*

# Case Docket

### Case Number: 1D02-4788

### Final Criminal Judgment and Sentence Notice from Alachua County

### Brian Herlihy vs. State of Florida

### Lower Tribunal Case(s): 2000-2753-CFA

List of Abbreviations | Printer Friendly View

| Date Docketed | Description | Date Due | Filed By | Notes |
|---|---|---|---|---|
| 11/27/2002 | Notice of Appeal / Acknowledgement letter | | | |
| 11/27/2002 | Appeal - Pay Fee/Submit LT Ord of Insolv-112 | 01/11/2003 | | affiv. 30 days sc 10 days |
| 11/27/2002 | File And NOA Rendition Date-102A | 12/12/2002 | | 10 days file amended noa with date of order being appealed |
| 11/27/2002 | Notice of Appeal Filed | | Gordon Groland 0137259 | |
| 12/05/2002 | ORD-L.T. INSOLVENCY OR INDIGE. | | | appt. p.d. |
| 12/23/2002 | SC-Failure to Comply w/Order-Appeals-151 | 01/02/2003 | | failure to file an amended noa with proper rendition date of order |
| 01/02/2003 | Amended Notice of Appeal | | John J. Kearns 0151604 | filed by John J. Kearns, and change in body style |
| 01/02/2003 | RESPONSE | | John J. Kearns 0151604 | |
| 01/09/2003 | SC-File Docketing Statement-109 | 01/24/2003 | | 10 days sc ds |
| 01/13/2003 | Received Records | | | 2 volumes |
| 01/13/2003 | Received Exhibits | | | 2 brn env vault |
| 01/15/2003 | Docketing Statement | | | AA John J. Kearns, A.P.D. 0151604 |
| 02/19/2003 | Mot for Extension of Time to File Ct. Rpter Note | | Cheryl Mcdonough CR | |
| 02/27/2003 | Grant Ct Rptr Extension Record & Brief-26A | 05/01/2003 | | Time for filing trans ext to 5/1/03. W/i 20 dys after. Lt shall trans suppl rec and serv of AA brf ext 30 dys following trans of suppl rec. |
| 05/09/2003 | Supplemental Records | | | 25 vols in 2 boxes in vault |
| 05/19/2003 | Designation of 2nd Public Defender | | | |
| 06/12/2003 | Mot. for Extension of time to file Initial Brief | | Nada M. Carey, A.P.D. 0648825 | |
| 06/23/2003 | Grant Init Brf Ext-No Fur EOT Unless Extraord-1B | 08/18/2003 | | |
| 08/04/2003 | Mot. for Extension of time to file Initial Brief | | Nada M. Carey, A.P.D. 0648825 | |
| 08/15/2003 | Grant Initial Brief Extension-1A | 09/17/2003 | | |
| 09/16/2003 | Motion To File Supplemental Record | | Nada M. Carey, A.P.D. 0648825 | |
| 09/18/2003 | Grant Suppl Rcd-30 dys Transmit/30 dys brf-30A | 10/18/2003 | | Counsel for movant ensure suppl rec w/i 30 dys and serv of AA brf ext 30 dys after. |

| | | | | |
|---|---|---|---|---|
| 09/29/2003 | RESPONSE | | Betty Sue Vincent | NOTED JSW |
| 09/29/2003 | Affidavit | | | of court reporter RP Betty Sue Vincent |
| 09/30/2003 | Motion To File Supplemental Record | | Nada M. Carey, A.P.D. 0648825 | amended (not signed - called for amended motion) |
| 10/02/2003 | Motion To File Supplemental Record | | Nada M. Carey, A.P.D. 0648825 | amended |
| 10/07/2003 | Grant Suppl Rcd-30 dys Transmit/30 dys brf-30A | 11/06/2003 | | Counsel for movant ensure suppl rec w/i 30 dys and serv of AA brf ext 30 dys after. |
| 10/15/2003 | ORD-FROM CIRCUIT COURT/AGENCY | | | dir CR to trans notes |
| 10/17/2003 | Mot for Extension of Time to File Ct. Rpter Note | | Betty Sue Vincent | called re date. filing amended mo |
| 10/23/2003 | Mot for Extension of Time to File Ct. Rpter Note | | Betty Sue Vincent | amended |
| 10/31/2003 | Motion To File Supplemental Record | | Nada M. Carey, A.P.D. 0648825 | |
| 11/05/2003 | Affidavit | | | of court reporter RP Betty Sue Vincent |
| 11/06/2003 | Grant Suppl Rcd-30 dys Transmit/30 dys brf-30A | 12/06/2003 | | Counsel for movant ensure suppl rec w/i 30 dys and serv of AA brf ext 30 dys after/ |
| 11/14/2003 | Grant Ct Rptr Ext Record & Brief-Crim-26I | 11/17/2003 | | |
| 11/20/2003 | Supplemental Records | | | 3 volumes |
| 12/18/2003 | Mot. for Extension of time to file Initial Brief | | Nada M. Carey, A.P.D. 0648825 | |
| 01/06/2004 | Grant Init Brf Ext-No Fur EOT Unless Extraord-1B | 01/20/2004 | | |
| 01/20/2004 | Mot. for Extension of time to file Initial Brief | | Nada M. Carey, A.P.D. 0648825 | emergency |
| 01/30/2004 | Grant Init Brf Ext-No Fur EOT Unless Extraord-1B | 03/01/2004 | | |
| 03/01/2004 | Initial Brief on Merits | | Nada M. Carey, A.P.D. 0648825 | disc |
| 03/10/2004 | Miscellaneous Motion | | Charlie Mccoy, A.A.G. 0333646 | Mo to allow belated cross appeal and mo for ext of time |
| 03/30/2004 | Grant Miscellaneous Motion-79 | 04/09/2004 | | mot to allow belated cross appeal is granted and AE shall file notice of cross appeal w/i 10 dys. Serv of AE brf ext 30 dys. |
| 04/08/2004 | Notice of Cross Appeal | | Charlie Mccoy, A.A.G. 0333646 | State of Florida |
| 04/08/2004 | Notice | | Hon. Pamela Jo Bondi, A.G. 886440 | of filing cross-appeal |
| 04/13/2004 | Notice of Filing | | Charlie Mccoy, A.A.G. 0333646 | amended cross appeal |
| 04/19/2004 | Notice | | Charlie Mccoy, A.A.G. 0333646 | amended cross appeal |
| 04/19/2004 | Supplemental Records | | | 1 vol |
| 04/26/2004 | Mot. for Extension of time to file Answer Brief | | Charlie Mccoy, A.A.G. 0333646 | |
| 05/04/2004 | Grant Ans Brf Ext/No Fur EOT unless Extraord-3B | 06/28/2004 | | serv of AE brf ext to 6/28. |
| 06/01/2004 | Appellee's Answer Brief | | Charlie Mccoy, A.A.G. 0333646 | disc |
| 06/28/2004 | Mot. for Extension of Time to File Reply Brief | | Nada M. Carey, A.P.D. 0648825 | |
| 06/29/2004 | Appellant's Reply Brief | | Nada M. Carey, A.P.D. 0648825 | |
| 07/01/2004 | Appellee/Cross-Appellant's Reply Brief | | Charlie Mccoy, A.A.G. 0333646 | disc |
| 07/07/2004 | Grant Reply Brf Ext-Brf Accepted as Timely-5E | | | |
| 11/03/2004 | Affirmed - Per Curiam Affirmed | | | |
| 11/19/2004 | Circuit Court Mandate | | | |
| 11/19/2004 | Court / Agency Mandate Cover Letter | | | |
| 11/19/2004 | West Publishing | | | |

| 11/19/2004 | Case Closed | | | |
|---|---|---|---|---|
| 12/22/2004 | Case Permanent | | | |
| 12/22/2004 | Returned Records | | | 31 vol. 2 env by dhl |

List of Abbreviations      Printer Friendly View