# EXHIBIT PD-3

# Florida State Courts

Courts | Opinions | New Query | Help

*Florida First District Court of Appeal Docket*

# Case Docket

### Case Number: 1D05-5203

### Final Criminal 3.850 Notice from Alachua County

### Brian Herlihy vs. State of Florida

### Lower Tribunal Case(s): 00-2753-CF-A

[ List of Abbreviations ]  [ Printer Friendly View ]

| Date Docketed | Description | Date Due | Filed By | Notes |
|---|---|---|---|---|
| 10/31/2005 | order appealed | | | deny motion |
| 10/31/2005 | Notice of Appeal Filed | | David Mengers 0562394 | |
| 10/31/2005 | Amended Notice of Appeal | | David Mengers 0562394 | corrected lt number |
| 10/31/2005 | Received Records | | | 1 volume |
| 11/01/2005 | Notice of Appeal / Acknowledgement letter | | | |
| 11/14/2005 | Initial Brief on Merits | | David Mengers 0562394 | |
| 11/15/2005 | Docketing Statement | | | AA David Mengers 0562394 |
| 12/05/2005 | Notice of Filing No Answer Brief | | Trisha Meggs Pate, A.A.G. 0045489 | |
| 12/07/2005 | Motion For Oral Argument | | David Mengers 0562394 | |
| 04/24/2006 | Affirmed - Per Curiam Opinion | | | |
| 04/24/2006 | Deny Miscellaneous Motion-79A | | | mot for OA |
| 05/10/2006 | Circuit Court Mandate | | | |
| 05/10/2006 | Court / Agency Mandate Cover Letter | | | |
| 05/10/2006 | West Publishing | | | |
| 05/10/2006 | Case Closed | | | |
| 06/14/2006 | Returned Records | | | 1 vol via DHL |
| 06/14/2006 | Case Permanent | | | |

[ List of Abbreviations ]  [ Printer Friendly View ]