# EXHIBIT PD-4



# Florida State Courts

Courts | Opinions | New Query | Help

**Florida First District Court of Appeal Docket**

# Case Docket

## Case Number: 1D08-1588

### Final Criminal 3.850 Notice from Alachua County

### Brian Patrick Herlihy vs. State of Florida

Lower Tribunal Case(s): 01-2000-CF-002753-A

List of Abbreviations | Printer Friendly View

| Date Docketed | Description | Date Due | Filed By | Notes |
|---|---|---|---|---|
| 04/03/2008 | Notice of Appeal Filed | | Mary E. Fitzgibbons 0056480 | |
| 04/04/2008 | Notice of Appeal / Acknowledgement letter | | | |
| 04/16/2008 | Mot. for Extension of time to file Initial Brief | | Mary E. Fitzgibbons 0056480 | |
| 04/18/2008 | Docketing Statement | | | AA Mary E. Fitzgibbons 0056480 |
| 04/22/2008 | Moot/Criminal Case-No Rcd or Designation-2H | | | |
| 04/25/2008 | Mot. for Extension of time to file Initial Brief | | Mary E. Fitzgibbons 0056480 | |
| 04/25/2008 | Received Records | | | 1 volume |
| 05/07/2008 | Grant Initial Brief Extension-1A | 06/06/2008 | | |
| 06/05/2008 | Motion To File Supplemental Record | | Mary E. Fitzgibbons 0056480 | |
| 06/05/2008 | Mot. for Extension of time to file Initial Brief | | Mary E. Fitzgibbons 0056480 | |
| 06/09/2008 | Grant Suppl Rcd-30 dys Transmit/30 dys brf-30A | 07/09/2008 | | Appellant's motion filed June 5, 2008, seeking to supplement the record on appeal with the materials filed below on the dates set forth in paragraph 4 of the motion, is granted. Counsel for movant shall ensure preparation and transmittal of the supplemental record within 30 days of this date and the time for service of the initial brief is extended to 30 days thereafter. A copy of the motion to supplement the record on appeal is attached to the copy of this order provided to the clerk of the lower tribunal. Appellant's motion for extension of time, filed June 5, 2008, is denied as moot in light of the foregoing. |
| 06/17/2008 | Supplemental Records | | | 6 volumes in box in vault |
| 07/07/2008 | Initial Brief on Merits | | Mary E. Fitzgibbons 0056480 | |
| 07/08/2008 | Notice of Filing No Answer Brief | | Jennifer J. Moore, A.A.G. 495921 | |
| 12/22/2008 | Affirmed - Per Curiam Affirmed | | | |
| 01/07/2009 | Case Closed | | | |
| 01/07/2009 | West Publishing | | | |
| 01/07/2009 | Court / Agency Mandate | | | |

|            | Cover Letter |   |   |   |
|------------|--------------|---|---|---|
| 01/07/2009 | Circuit Court Mandate |   |   |   |
| 01/09/2009 | Motion SUGGEST T/CERT. CAUSE T/SC |   | Mary E. Fitzgibbons 0056480 | clarification and/or written opinion |
| 01/28/2009 | Deny Certification of Cause to Supreme Ct-60A |   |   | clarification and/or written opinion |
| 03/06/2009 | Returned Records |   |   | 7 vol via fedex |
| 03/06/2009 | Case Permanent |   |   |   |

[ List of Abbreviations ]  [ Printer Friendly View ]