# EXHIBIT

# A

202-1-17814
F

# In the District Court of Appeal
## FIRST DISTRICT
## of Florida

Docket
01-15-03
Cross Attorney
Comm'l

BRIAN PATRICK HERLIHY            }
              Appellant,         }
                                 }
                                 }          CASE NO.   2000-2753-CFA
                                 }
                                 }
                                 }
                                 }
v.                               }          APPEAL DOCKET 1D02-4788
                                 }          VOLUME  I
                                 }
                                 }
STATE OF FLORIDA                 }
              Appellee,          }

# RECORD

## HONORABLE MARTHA ANN LOTT
### TRIAL JUDGE

## APPEAL FROM THE CIRCUIT COURT
## 8th JUDICIAL CIRCUIT FOR
## ALACHUA COUNTY, FLORIDA

**FOR APPELLANT**
HONORABLE C. RICHARD PARKER
PUBLIC DEFENDER
POST OFFICE BOX 2820
GAINESVILLE, FLORIDA 32602

**FOR APPELLEE**
HONORABLE ROBERT A.
BUTTERWORTH
ATTORNEY GENERAL'S OFFICE
THE CAPITOL
DEPARTMENT OF LEGAL AFFAIRS
CRIMINAL APPEAL SECTION
TALLAHASSEE, FLORIDA 32399-1050

IN THE CIRCUIT COURT
OF THE EIGHTH
JUDICIAL CIRCUIT, IN
AND FOR ALACHUA
COUNTY, FLORIDA

BRIAN PATRICK HERLIHY

      Appellant

vs.

CASE NO.2000-2753-CFA

APPEAL NO. 1D02-4788

STATE OF FLORIDA
      Appellee

| INDEX INSTRUMENT | DATE FILED | PAGE NO. |
|---|---|---|
| DOCKET LINES | | |
| EVIDENCE LIST | | |
| **VOLUME I** | | |
| ARREST | 08-11-2000 | 1-3 |
| FIRST APPEARANCE ORDER | 08-11-2000 | 4 |
| SEALED ENVELOPE SAID TO CONTAIN COPIES OF APPLICATION & AFFIDAVIT FOR SEARCH WARRANT | 08-16-2000 | 5 |
| NOTICEOF APPEARANCE OF COUNSEL | 08-22-2000 | 6 |
| STIPULATION FOR SUBSTITUTION OF COUNSEL | 08-25-2000 | 7 |
| STATE OF FLORIDA IN THE CIRCUIT COURT EIGHTH JUDICIAL CIRCUIT INDICTMENT FOR FIRST DEGREE MURDER TRUE BILL | 08-29-2000 | 8-9 |

| | | |
|---|---|---|
| ORDER ALLOWING SUBSTITUTION OF COUNSEL | 08-29-2000 | 10 |
| MOTION TO WITHDRAW | 08-30-2000 | 11 |
| WRITTEN PLEA OF NOT GUILTY, DEMAND FOR DISCOVERY AND DEMAND FOR JURY TRIAL | 08-30-2000 | 12 |
| FIRST APPEARANCE ORDER | 08-21-2000 | 13 |
| ORDER GRANTING MOTION TO WITHDRAW | 08-31-2000 | 14 |
| MOTION TO SET BOND | 09-29-2000 | 15-18 |
| STIPULATION FOR BOND | 10-13-2000 | 19-20 |
| ORDER SETTING BOND | 10-13-2000 | 21-22 |
| CASH APPEARANCE BOND (SEE FRONT AND BACK) | 10-17-2000 | 23-24 |
| MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND MOTION TO EXCUSE THE DEFENDANT | 11-09-2000 | 25-26 |
| ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE AND EXCUSING DEFENDANT FROM CASE MANAGEMENT  CONFERENCE ON NOVEMBER 20,2000 | 11-15-2000 | 27 |
| MOTION TO REVOKE BOND | 05-14-2001 | 28-29 |
| COPIES OF COMPLAINT AFFIDAVIT  FROM BROWARD COUNTY | 05-13-2001 | 30-35 |
| ORDER REVOKING BOND AND DIRECTING CLERK TO ISSUE CAPIAS | 05-14-2001 | 36 |
| BOND INFORMATION | 05-16-2001 | 37 |
| FIRST APPEARANCE ORDER | 06-06-2001 | 38-41 |
| CASH APPEARANCE BOND | 06-13-2001 | 41A |
| COPIES OF COMPLAINT AFFIDAVIT  FROM BROWARD COUNTY, FLORIDA | 07-18-2001 | 42-58 |
| SECOND MOTION TO REVOKE BOND | 07-20-2001 | 59-61 |
| SECOND MOTION TO REVOKE BOND HEARING | 07-20-2001 | 62 |

| | | |
|---|---|---|
| ORDER REVOKING CASH BOND AND DIRECTING THE ISSUANCE OF CAPIAS | 07-20-2001 | 63 |
| MOTION TO CONTINUE | 07-26-2001 | 64-66 |
| MOTION TO SET ASIDE BOND ESTREATURE | 10-21-2001 | 67-68 |
| ORDER GRANTING MOTION TO SET ASIDE BOND ESTREATURE | 10-26-2001 | 69-70 |
| BOND INFORMATION | 10-29-2001 | 71 |
| COPY OF VOUCHER CHECK PAYABLE TO LOIS HERLIHY (BOND REIMBURSEMENT | 11-02-2001 | 72 |
| UNOPPOSED MOTION TO CONTINUE TRIAL | 11-06-2001 | 73-74 |
| ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE | 11-30-2001 | 75-76 |
| MOTION FOR COURT ORDER ALLOWING DEFENDANT TO GET COPIE S OF CHILD PROTECTION TEAM RECORDS | 01-22-2002 | 77 |
| UNOPPOSED MOTION TO CONTINUE TRIAL | 02-01-2002 | 78-79 |
| AMENDED FIRST APPEARANCE ORDER AS TO BAIL, WITH ATTACHED FIRST APPEARANCE ORDER AND ALACHUA COUNTY WARRANT/CAPIAS MITTIMUS | 03-15-2002 | 80-84 |
| MOTION TOREINSTATE PREVIOUS BOND | 03-27-2002 | 85-86 |
| MOTION FOR ORDER ALLOWING ISSUANCE OF SUBPOENAS DUCES TECUM FOR EMPLOYMENT AND EDUCATIONAL RECORDS OF DEFENDANT | 04-16-2002 | 87-88 |
| MOTION TO CONTINUE TRIAL TERM | 06-26-2002 | 89 |
| MOTION TO CONTINUE CAUSE | 06-26-2002 | 90 |
| ADDENDUM TO MOTION TO CONTINUE CAUSE | 06-28-2002 | 91 |
| ORDER GRANTING DEFENDANT'S MOTION FOR COURT ORDER ALLOWING CHILD PROTECTION TEAM TO TURN OVER COPIES OF RECORDS | 08-26-2002 | 92 |

DEFENDANT'S MOTION IN LIMINE                                    09-03-2002                93-97

STATE'S PROPOSED JURY INSTRUCTION REGARDING
DEMONSTRATION EVIDENCE                                         09-04-2002                98

REQUEST TO ADJOURN TRIAL AT OR NEAR 5:00 P.M.
ON WEDNESDAY, SEPTEMBER 11,2002 AND
WEDNESDAY, SEPTEMBER 18, 2002                                  09-04-2002                99

STIPULATION ON ADMISSION OF MEDICAL
RECORDS AND REPORTS                                           09-05-2002                100

STIPULATION ON ADMISSION OF 911 CALL
INTO EVIDENCE                                                 09-05-2002                101

MOTION FOR RECONSIDERATION OF ADMISSIBILITY
OF TESTIMONY OF DEPUTY CATHY LONG                             09-06-2002                102-130

ENVELOPE SAID TO CONTAIN JURORS' NOTES
FROM JURY SELECTION                                           09-09-2002                131

ENVELOPE SAID TO CONTAIN JURORS' NOTES
FROM JURY SELLECTION                                          09-09-2002                132

ENVELOPE SAID TO CONTAIN JURORS' NOTES
FROM JURY SELECTION                                           09-09-2002                133

DEFENDANT'S MOTION FOR REHEARING AND
A DEMAND FOR A RICH ARDSON INQUIRY ON THE
ISSUE OF THE ADMISSIBILITY OF A COMPACT DISC
PURPORTING TO SHOW A DEMONSTRATION OF
SBS (SHAKEN BABY SYNDROME)                                    09-09-2002                134-135

DECORUM ORDER AS TO MEDIA                                     09-09-2002                136

ORDER DENYING MOTION FOR RECONSIDERATION
OF ADMISSIBILITY OF TESTIMONY OF DEPUTY
CATHY LONG                                                    09-09-2002                137

DEFENDANT'S RESPONSE IN OPPOSITION TO STATE'S
MOTION FOR RECONSIDERATION OF ADMISSIBILITY
OF TESTIMONY OF DEPUTY CLERK KATHY LONG                       09-09-2002                138-143

ORDER GRANTING MOTION FOR RELEASE
OF EVIDENCE                                                   09-10-2002                144

STATE'S PROPOSED JURY INSTRUCTION
REGARDING DEMONSTRATION EVIDENCE                    09-10-2002                      145

MOTION FOR REHEARING ON THE ISSUE OF
WHETHER THE DEFENSE OR THE STATE OF
FLORIDA OPENED THE DOOR SO AS TO
CAUSE THE ADMISSIBILITY OF CERTAIN EVIDENCE   09-20-2002                      146-147

INSTRUCTION TO JURY REGARDING  WITNESS
TESTIFYING OUT OF ORDER                             09-20-2002                      148

2.02 (a) WHEN THERE ARE LESSER INCLUDED
CRIMES OR ATTEMPTS REGARDING EVIDENCE               09-24-2002                      149-151

JURY INSTRUCTIONS                                   09-25-2002                      152-169

VERDICT                                             09-25-2002                      170

MOTION FOR RE-HEARING ON ISSUE OF
ADMISSIBILITY OF COMPACT DISC PRESENTATION    09-25-2002                      171


**VOLUME 11**

DEFENDANT'S MOTION FOR SANCTIONS  AGAINST
STATE FOR WITHHOLDING CRITICAL  TESTIMONY,
DEMAND FOR RICHARDSON HEARING , AND
MOTION FOR MISTRIAL                                 09-25-2002                      172-218

MOTION TO REOPEN DEFENDANT'S CASE AND
ALLOW PREVIOUSLY LISTED  STATE  WITNESSES
TO TESTIFY                                          09-25-2002                      219-220

MOTION FOR NEW TRIAL                                10-03-2002                      221-222

ORDER DENYING MOTION FOR NEW TRIAL                  10-29-2002                      223

REALTIME TRANSCRIPT PROCEEDINGS:
MOTION TODISMISS INDICTMENT, HELD ON
09-05-2002                                          11-08-2002                      224-267

DECORUM ORDER AS TO MEDIA                           11-08-2002                      268-272

AMENDED DECORUM ORDER AS TO MEDIA                   11-08-2002                      273-275

SEALED ENVELOPE SAID TO CONTAIN
PSI REPORT                                          11-08-2002                      276

Created on 1/3/03

| | | |
|---|---|---|
| PHOTOGRAPH OF THE CHILD | 11-08-2002 | 277 |
| ORDER REQUIRING TRANSCRIPTION OF TRIAL TESTIMONY | 11-08-2002 | 278 |
| JUDGEMENT | 11-08-2002 | 279 |
| AMENDED JUDGEMENT AS TO CRIME | 11-08-2002 | 280 |
| SENTENCE AS TO COUNT 1 , AND OTHER PROVISIONS | 11-08-2002 | 282-282 |
| FINGERPRINTS OF DEFENDANT | 11-08-2002 | 283 |
| ORDER ESTABLISHING MONETARY SUMS | 11-08-2002 | 284-285 |
| CRIMINAL CODE SCORESHEET | 11-08-2002 | 286-287 |
| CIVIL RESTITUTION LIEN ORDER | 11-08-2002 | 288 |
| STATE OF FLORIDA UNIFORM COMMITMENT TO CUSTODY OF DEPARTMENT OF CORRECTIONS | 11-13-2002 | 289 |
| MOTION FOR SUPERSEDEAS BOND | 11-15-2002 | 290-293 |
| APPLICATION FOR APPOINTMENT OF PUBLIC DEFENDER/AFFIDAVIT OF INDIGENCY AND RELEASE OF FINANCIAL INFORMATION | 11-22-2002 | 294 |
| INFORMATION RECEIVED FROM COMMONWEALTH OF PENNSYLVANIA RE: DEFENDANT BRIAN PATRICK HERLIHY | 11-22-2002 | 295-299 |
| INFORMATION RECEIVED FROM COMMONWEALTH OF PENNSYLVANIA RE: DEFENDANT BRIAN PATRICK HERLIHY | 11-22-2002 | 300-304 |
| NOTICE OF APPEAL | 11-22-2002 | 305- |
| DESIGNATION TO REPORTER AND REPORTER'S ACKNOWLEDGEMENT | 11-22-2002 | 306-308 |
| DIRECTIONS TO THE CLERK | 11-22-2002 | 309 |
| STATEMENT OF JUDICIAL ACTS TO BE REVIEWED | 11-22-2002 | 310-312 |

DESIGNATION OF PUBLIC DEFENDER, SECOND
JUDICIAL CIRCUIT, FOR THE HANDLING OF
APPEAL                                                11-22-2002              313

ORDER FINDING DEFENDANT INDIGENT AND
APPOINTING PUBLIC DEFENDER OF THE
EIGHTH JUDICIAL CIRCUIT FOR HANDLING OF
APPEAL                                                12-04-2002              314-315

AMENDED NOTICE OF APPEAL                              12-30-2002              316

```
prgrm name*
  Date: 11/25/2002                                                  Page: 1
  Time: 11:43:54                                                    *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                        ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
ASE #: 2000-02753-CFA                                              PAGE: 1

-----------------------DEFENDANT NAME INFORMATION--------------------------

    TYPE --: 0
    NAME --: HERLIHY, BRIAN PATRICK               SUFFIX ----:
    ADDRESS: 19401 NW 10TH ST
    ADDRES2:
    CITY --: PEMBROOKE PINES        STATE: FL     ZIP -------: 33029
    ST ID#: 03796298                              DOB -------:
    PLACE OF BIR> USA (UNITED STATES OF AMERICA)
    CITIZENSHIP : 1            RACE ----: W        SEX -------: M   HGT: 510
    HAIR COLOR -: BRO          EYE COLOR: BRO      WEIGHT ----: 185
    DL/ST NO ---: FL H640075703710
    SOC SEC NO -:               DIST MRKS: SCAR OVER RT EYE
    DEF STATUS -:              STAT DATE:
    EMPLY/SCHL -: ALTERNATE PH #                  TEL # -----: 3056210420
    COMMENT ----: UPD 06-05-2001`LC
    FBI # ------:                                 DPT OF CORR:


---------------------------- CASE INFORMATION -----------------------------
    CASE NO: 200002753CFA  DATE FILE W/CLERK: 08102000  S.A. NO----:
    CASE CROSS REF NO:                            PUB DEF LIEN: GPDG

---------------------------- ARREST INFORMATION ---------------------------
    BK DATE-: 03152002        BK NO---: 200200003610  ARST AGCY> ASO
    OFF LOC->                                     ARST DT-: 0810200
    OFFCR NO:                 CUST LOC> DEPARTMENT OF THE JAIL

---------------------------- COURT INFORMATION ----------------------------
    NXT CRT DATE--: 09092002
    COURT TYPE----> DAY CERTAIN TRIAL             JUDGE> 1
    DEF TYP/CNSL--> 2/1069 GROLAND, GORDON H
    PROS ATTY-----> 0076   SINGER, JEANNE M
    SPDY TRIAL CMP: 02062001   PTI LGTH:    MTHS   DEFRD PROS LGTH:    MTHS

------------------------- POST SENTENCE INFORMATION -----------------------
    MSG TYPE-------: P    APPEAL FILED: 11222002   MANDATE DATE:
    REOPENED REASON: V    REOPENED DTE: 06052001   CLOSED DATE-: 11082002

---------------------------- FINE INFORMATION -----------------------------
    FINE ASSESSED:   314.00  FINE PD/ADJ:    .00  FINE BALANCE:    314.
    REST ASSESSED:      .00  REST PD/ADJ:    .00  REST BALANCE:      .
```

```
'prgrm name*
   Date: 11/25/2002                                                    Page: 2
   Time: 11:43:54                                                      *prgrm name*
                      J.K. "BUDDY" IRBY, CLERK OF THE COURT
                          ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 2000-02753-CFA                                                 PAGE: 2

  ** BOND **----------------------------------------------------------------
  NUMBER  ISEQ PSEQ TYPE   AMOUNT STAT  POSTED   RETURNED   JUDGMENT   SATISFCT'N
  ------------------------------------------------------------------------------
119603    000    BB  $50,000.00  RL 10/16/2000 05/16/2001
00118713B 000    BB  $50,000.00  RL 06/11/2001

  ** BENCH WARRANT / CAPIAS ** ---------------------------------------------
        B/C ORDERED     ISSUED      SERVED   RECALLED    STATUS      JUDGE
  ------------------------------------------------------------------------------
      CP 08/29/2000 08/29/2000 08/31/2000               EXECUTED    CATES, ROBER
      CP 05/14/2001 05/15/2001 06/05/2001               EXECUTED    LOTT, MARTHA
      CP 07/20/2001 07/20/2001 03/14/2002               EXECUTED    TURNER, LARR
  ** COURT EVENT HISTORY-------------------------------------------------------
    ISEQ PSEQ            TYPE              DATE    TIME  LOC      JUDGE
  ------------------------------------------------------------------------------
              BOND HEARING            10/17/2000 01:30   2E   CHANCE, CHESTER
              CASE MANAGEMENT         12/18/2000 01:30   3A   CHANCE, CHESTER
              CASE MANAGEMENT         01/17/2001 01:30   3A   CHANCE, CHESTER
              CASE MANAGEMENT         02/19/2001 01:30   3A   CHANCE, CHESTER
              CASE MANAGEMENT         03/19/2001 01:30   3A   LOTT, MARTHA AN
              PRE TRIAL CONFERENCE    02/20/2002 01:30   3D   LOTT, MARTHA AN
              PRE TRIAL CONFERENCE    07/17/2002 01:30   3D   LOTT, MARTHA AN
              TRIAL STATUS CONF       09/04/2002 02:00   3D   LOTT, MARTHA AN
              JURY SELECTION          09/09/2002 09:00   3D   LOTT, MARTHA AN
              DAY CERTAIN TRIAL       09/09/2002 09:00   4A   LOTT, MARTHA AN
```

Case 1:09-cv-00052-MP-GRJ Document 21-6 Filed 03/22/11 Page 12 of 121

```
prgrm name*
  Date: 11/25/2002                                                 Page: 3
  Time: 11:43:54                                                   *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                        ALACHUA COUNTY, FLORIDA
------------------------------------------------------------------------------
ASE #: 2000-02753-CFA                                             PAGE: 3
----------------------- INITIAL CHARGE INFORMATION -----------------------

     STATUS------> ARRESTED        CHRG SEQ NO-----: 001
     OBTS NO-----: 0102021473      CITATION NO-----:
     DATE OF OFF-: 08102000         OFFENSE CODE----> 2196
     NCIC CODE---: 0912             LEVEL/DEGREE----: F/C
     STATUTE NO--: 78204  1A        MURDER
     ACTIVITY---->                  GEN OFF CHAR----: N
     WEAPONS----->                  DRUG TYPE------->
     RANGE------->                  AMOUNT----------: 000000
     UNIT-------->                  WORTHLESS CK AMT: 00000000


----------------------- PROSECUTOR CHARGE INFORMATION -----------------------

     STATUS------> SAME             CHRG SEQ NO-----: 001
     OBTS NO-----: 0102021473       S. A. FILE DATE-: 08292000
     FNL DEC DATE: 08292000         FINAL ACTION----> FILED
     DATE OF OFF-: 08102000         OFFENSE CODE----> 2192
     NCIC CODE---: 0912             LEVEL/DEGREE----: F/C
     STATUTE NO--: 78204  1A        MURDER FIRST DEGREE
     ACTIVITY---->                  GEN OFF CHAR----: N
     WEAPONS----->                  DRUG TYPE------->
     RANGE------->                  AMOUNT----------: 000000
     UNIT-------->                  WORTHLESS CK AMT: 00000000


                                                               C SEQ: .001
----------------------- COURT CHARGE INFORMATION -----------------------

     MANSLAUGHTER
     STATUS-------> REDCD         DATE OF OFF----: 08102000 OBTS NO: 0102021473
     OFFENSE CODE-> 2198          NCIC CODE------: 0909   LEV/DEG: F/S
     STATUTE NO---: 78207
     ACTIVITY----->               GEN OFF CHAR---: N        WEAPONS>
     DRUG TYPE---->               RANGE---------->          AMOUNT-: 000000
     UNIT--------->               APPEARANCE-----> 03       CONT--->
     CRT DISP DATE: 11082002      CRT ACT TAKEN--> ADJUDICATED GUILTY
     TRIAL TYPE---: 2             FINAL PLEA-----> NOT GUILTY
     VERDICT------> GJ            REMANDED?------:
     PSI?---------:               PSI RETURN DATE: 00000000
     COMMENT------:
```

```
prgrm name*
  Date: 11/25/2002                                                 Page: 4
  Time: 11:43:54                                                   *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                       ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 2000-02753-CFA                                              PAGE: 4

----------------------- SENTENCE INFORMATION  CNT: 001 -----------------
      DEF TYP/CNSL> 2 1069     GROLAND, GORDON H
      PROS ATTY---> 0076       SINGER, JEANNE M
      JUDGE-------> MAL        LOTT, MARTHA ANN
      IMPOSED DTE-: 11082002   EFFECTIVE DATE-: 11082002 JURIS RET-:
      ASMT AMOUNT-> 00031400   ASMT BAL-:     314.00    GDLNS WVD--:
      REST AMOUNT-:            REST BAL-:        .00    REST D/DATE:
      CNTY OF SUPV> ALACHUA    SUPV RATE:                SUPV AMOUNT:
      CONF TYPE---> STATE PRISON CONF LGTH:   15 y  m  d  CONF SUSP:    y  m
      COM SRV HRS-:            COM CTL LGTH:   y  m  d  DRG CNF TRM: 000y00m00
      PROB TYPE--->            PROB LENGTH-:   y  m  d  PRB TRM DT:
      SENT TRM DTE:            DL SUSP/REV-: 00y00m00d  CR TIME SRV: 0347
      STATUS------>            REF CASE/SEQ NO:
      SENTENCE PROVISIONS---------->
      SPECIAL SENTENCE PROVISIONS-->
      ADD SENT/CMT:                                    SUPV BAL-:         .0


     * * C R I M I N A L   F I N E S   A S S E S S M E N T   D A T A * *

--- FINE ASSESSMENTS ----------------------------------------------------------

SEQ ST SEQ ST FILED PHASE  ASMT DATE  DUE DATE  ASMT AMT   TOTAL PTD    BALANCE
===============================================================================
001   001   08/29/2000 COURT  11/08/2002 11/08/2002   314.00      .00    314.0

---DIST-----ASSESSED----- P-T-D--           ---DIST-----ASSESSED-----P-T-D-
  ** NO DIST CONTROL XXX RECORD **

 ** NO PAYMENT RECORD **

 ** CRIMINAL ACTION DOCKET ------------------------------------------------
     DATE        DESCRIPTION                               DOC PG SEQ
-------------------------------------------------------------------------------
     08/10/2000 CASE OPENED - ON VIEW ARREST               00000
     08/11/2000 FIRST APPEARANCE ORDER// CURTIN
     08/11/2000 THE DEFENDANT BE RELEASED ON STANDARD CONDITIONS
     08/11/2000 (F.S. 903.047) AND THE FOLLOWING CONDITIONS:
     08/11/2000 BAIL SET IN THE AMOUNT OF $ 500,000.00
     08/11/2000 THE COURT FINDS THE DEFENDANT IS ELIGIBLE
     08/11/2000 FOR AND APPOINTS THE PUBLIC DEFENDER, PENDING
     08/11/2000 THE FILING OF A FINANCIAL AFFIDAVIT AND PAYMENT
     08/11/2000 $40.00 APPLICATION WITHIN 7 DAYS (FS 27.52)
     08/11/2000 PHOTO IDENTIFICATION NOT FILED
     08/11/2000 BAIL SET AT    500000.00                   00000  000
     08/11/2000 SA ASSIGNED:  FERRERO, DENISE R            00000
     08/11/2000 PD ASSIGNED:  MOLLICA, SALVATORE D         00000
```

```
prgrm name*
   Date: 11/25/2002                                                    Page: 5
   Time: 11:43:54                                                      *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
ASE #: 2000-02753-CFA                                                  PAGE: 5

** CRIMINAL ACTION DOCKET ------------------------------------------------------
     DATE        DESCRIPTION                                       DOC PG SEQ
-------------------------------------------------------------------------------
   08/17/2000 SA ASSIGNED:  SINGER, JEANNE M                       00000
   08/22/2000 NOTICE OF APPEARANCE: G GROLAND   (CURRENTLY REP
   08/25/2000 STIPULATION FOR SUBSTITUTION OF COUNSEL
   08/29/2000 ORDER ALLOWING SUBSTITUTION OF COUNSEL / GORDON
   08/29/2000 SUBSTITUTED AS COUNSEL // CHANCE
   08/29/2000 INDICTMENT FILED FOR FIRST DEGREE MURDER
   08/29/2000 ARRAIGNMENT          SET FOR 09192000               00000
   08/29/2000 CAPIAS      ISSUED                                  00000
   08/29/2000 CAPIAS      ORDERED                                 00000
   08/29/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H        00000
   08/30/2000 MOTION TO WITHDRAW
   08/30/2000 WRITTEN PLEA OF NOT GUILTY
   08/30/2000 DEMAND FOR DISCOVERY
   08/30/2000 AND DEMAND FOR JURY TRIAL
   08/31/2000 CAPIAS      SERVED                                  00000
   08/31/2000 CASE MANAGEMENT       SET FOR 11222000              00000
   08/31/2000 DEFENDANT REARRESTED ON    08312000                 00000
   08/31/2000 DEF NAME AT RARST HERLIHY, BRIAN PATRICK            00000
   08/31/2000 FIRST APPEARANCE ORDER// CRENSHAW
   08/31/2000 DEFENDANT HELD WITHOUT BAIL
   08/31/2000 DEFENDANT WILL CONSULT PRIVATE COUNSEL
   08/31/2000 PHOTO IDENTIFICATION NOT FILED
   08/31/2000 ORDER GRANTING MOTION TO WITHDRAW / GORDON GROLA
   08/31/2000 RETAINED AS PRIVATE COUNSEL // CHANCE
   09/18/2000 MOTION TO COMPEL DISCOVERY
   09/18/2000 STATE'S DISCOVERY EXHIBIT
   09/18/2000 DEMAND FOR RECIPROCAL DISCLOSURE
   09/21/2000 CASE MANAGEMENT       SET FOR 11202000              00000
   09/21/2000 NOTICE ISSUED TO: DEFENDANT                         00000
   09/21/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H        00000
   09/29/2000 MOTION TO SET BOND
   10/02/2000 BOND HEARING          SET FOR 10172000              00000
   10/02/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H        00000
   10/02/2000 NOTICE OF HEARING ON   103000  AT / 2:00PM  /
   10/13/2000 ORDER SETTING BOND / $50,000.00 CASH // CHANCE
   10/13/2000 SPECIAL CONDITIONS:
   10/13/2000 NO CONTACT WITH VICTIM'S FAMILY OR EXTENDED FAMI
   10/13/2000 NO CONTACT WITH CHILDREN UNDER THE AGE OF 16 YEA
   10/13/2000 MUST RESIDE IN BROWARD CO., FLORIDA WITH HIS PAR
   10/13/2000 AT 19401 NW 10 ST, PEMBROKE PINES, FL UNTIL FURT
   10/13/2000 ORDER OF THE COURT AND SHALL NOT LEAVE BROWARD C
   10/13/2000 WITHOUT PERMISSION FROM THE COURT EXCEPT TO TRAV
   10/13/2000 TO GAINESVILLE, FL TO MEET WITH HIS ATTORNEYS OR
   10/13/2000 MAKE COURT APPEARANCES IN CONNECTION WITH THESE
   10/13/2000 IF DEFENDANT HAS A PASSPORT, SHALL SURRENDER TO
```

```
prgrm name*
  Date: 11/25/2002                                                    Page: 6
  Time: 11:43:55                                                      *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
:ASE #: 2000-02753-CFA                                               PAGE: 6

 ** CRIMINAL ACTION DOCKET -------------------------------------------------
     DATE        DESCRIPTION                                        DOC PG SEQ
--------------------------------------------------------------------------------
     10/13/2000 STATE ATTORNEY'S OFFICE OR ANOTHER DESIGNATED AG
     10/13/2000 SHALL NOT BECOME EMPLOYED IN THE MEDICAL OR HEAL
     10/13/2000 SECTOR DURING THE PENDENCY OF THIS CASE
     10/13/2000 SHALL WITHIN 10 DAYS OF POSTING BOND BE REFERRED
     10/13/2000 FAMILY DOCTOR IN BROWARD CO. TO A PSYCHIATRIST F
     10/13/2000 EVALUATION TO DETERMINE WHETHER OR NOT THE DEFEN
     10/13/2000 SHOULD BE ON ANY MEDICATION FOR DEPRESSION OR OT
     10/13/2000 MEDICAL PROBLEM
     10/13/2000 STIPULATION FOR BOND
     10/17/2000 BLANKET BOND POSTED ON  2000-02660-CFA            00000
     10/17/2000 BOND SET AT    50000.00 POSTED BLANKET BOND       00000   000
     10/17/2000 STATUS OF BOND IS  OPEN              BOND #: 1    00000   000
     10/17/2000 BLANKET BOND      BOND POSTED ON 10/16/2000       00000   000
     10/17/2000 BLANKET BOND POSTED FOR 2000-02660-CFA            00000
     10/17/2000 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY           00000
     10/20/2000 RTN MAIL 10182000/TO BRIAN HERLIHY/FOR CASE MANA
     10/20/2000 11202000/UNABLE TO FORWARD//CRC
     11/09/2000 MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AN
     11/09/2000 MOTION TO EXCUSE THE DEFENDANT
     11/15/2000 ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANC
     11/15/2000 EXCUSING DEFENDANT FROM CASE MANAGEMENT CONFEREN
     11/15/2000 ON 11202000 / CONTINUED TO 12182000 // CHANCE
     11/15/2000 NOTICE OF TAKING DEPOSITIONS
     11/15/2000 NOTICE OF TAKING DEPOSITIONS
     11/16/2000 CASE MANAGEMENT        SET FOR 12182000           00000
     11/16/2000 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY           00000
     11/16/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H      00000
     11/27/2000 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     12/18/2000 ORDER ON CASE MANAGEMENT CONFERENCE// CHANCE
     12/18/2000 CASE MANAGEMENT        SET FOR 01172001           00000
     12/21/2000 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY           00000
     12/27/2000 NOTICE OF HEARING ON  01032001  AT / 1:45 PM  /
     12/27/2000 MOTION TO MODIFY A CONDITION OF RELEASE
     01/03/2001 COURT MINUTES ON MOTION TO COMPEL - CANCELLED/
     01/03/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     01/17/2001 ORDER ON CASE MANAGEMENT CONFERENCE// CHANCE
     01/17/2001 CASE MANAGEMENT        SET FOR 02192001           00000
     01/18/2001 NOTICE ISSUED TO: DEFENDANT                       00000
     01/18/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY           00000
     01/18/2001 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H      00000
     01/22/2001 AMENDED NOTICE OF TAKING DEPOSITION
     02/05/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     02/05/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     02/14/2001 NOTICE OF TAKING DEPOSITIONS
     02/15/2001 NOTICE OF TAKING DEPOSITIONS
```

```
prgrm name*
   Date: 11/25/2002                                              Page: 7
   Time: 11:43:55                                                *prgrm name*
                   J.K. "BUDDY" IRBY, CLERK OF THE COURT
                        ALACHUA COUNTY, FLORIDA
---------------------------------------------------------------------------
CASE #: 2000-02753-CFA                                          PAGE: 7

** CRIMINAL ACTION DOCKET -----------------------------------------------
     DATE        DESCRIPTION                               DOC PG SEQ
---------------------------------------------------------------------------
     02/15/2001 NOTICE OF TAKING DEPOSITIONS
     02/15/2001 NOTICE OF TAKING DEPOSITIONS
     02/15/2001 NOTICE OF TAKING DEPOSITIONS
     02/15/2001 NOTICE OF TAKING DEPOSITIONS
     02/19/2001 CASE MANAGEMENT      SET FOR 03192001       00000
     02/19/2001 DEFENDANT SIGNED NOTICE FOR  031901  CASE MANAGE
     02/20/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY     00000
     02/20/2001 AMENDED NOTICE OF TAKING DEPOSITION
     02/21/2001 NOTICE OF CANCELLATION OF DEPOSITION AT THE STAT
     02/21/2001 REQUEST
     02/27/2001 NOTICE OF HEARING ON  03052001  AT / 11:00 AM  /
     03/05/2001 COURT MINUTES ON MOTION TO MODIFY CONDITIONS OF
     03/05/2001 RELEASE - MOTION DENIED / ORDER TO BE PREPARED
     03/05/2001 BY STATE ATTORNEY /
     03/16/2001 NOTICE OF TAKING DEPOSITIONS
     03/19/2001 ORDER ON CASE MANAGEMENT CONFERENCE// LOTT
     03/19/2001 PRE TRIAL CONFERENCE SET FOR 09262001       00000
     03/19/2001 JURY SELECTION        SET FOR 10082001       00000
     03/20/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY     00000
     03/20/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY     00000
     03/23/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     03/27/2001 NOTICE OF TAKING DEPOSITIONS
     03/27/2001 NOTICE OF TAKING DEPOSITIONS
     03/27/2001 AMENDED NOTICE OF TAKING DEPOSITION
     03/30/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     04/04/2001 AMENDED NOTICE OF TAKING DEPOSITION
     04/24/2001 NOTICE OF CANCELLATION OF DEPOSITION
     05/03/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     05/14/2001 MOTION TO REVOKE BOND
     05/14/2001 ORDER REVOKING BOND AND DIRECTING CLERK TO ISSUE
     05/14/2001 CAPIAS//LOTT
     05/14/2001 CAPIAS      ORDERED                         00000
     05/15/2001 CAPIAS      ISSUED                          00000
     05/16/2001 STATUS OF BOND IS   RELEASED        BOND #: 1  00000   000
     05/22/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     05/22/2001  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     05/22/2001 $ 50.75 // PAID
     06/01/2001 NOTICE OF TAKING DEPOSITIONS
     06/05/2001 CAPIAS      SERVED                          00000
     06/06/2001 DEFENDANT REARRESTED ON   06052001          00000
     06/06/2001 DEF NAME AT RARST HERLIHY, BRIAN PATRICK    00000
     06/06/2001 FIRST APPEARANCE ORDER// NILON
     06/06/2001 THE DEFENDANT BE RELEASED ON STANDARD CONDITIONS
     06/06/2001 (F.S. 903.047) AND THE FOLLOWING CONDITIONS:
     06/06/2001 BAIL SET IN THE AMOUNT OF $ 50,000.00 BLANKET WI
```

```
prgrm name*
  Date: 11/25/2002                                              Page: 8
  Time: 11:43:55                                                *prgrm name*
                 J.K. "BUDDY" IRBY, CLERK OF THE COURT
                     ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
ASE #: 2000-02753-CFA                                           PAGE: 8

** CRIMINAL ACTION DOCKET ------------------------------------------------------
    DATE          DESCRIPTION                                   DOC PG SEQ
--------------------------------------------------------------------------------
    06/06/2001 2000-2660-CFA
    06/06/2001 DEFENDANT WILL CONSULT PRIVATE COUNSEL
    06/06/2001 PHOTO IDENTIFICATION FILED IN CASE # 2000-2660-C
    06/06/2001 AFFIDAVIT OF INDIGENCY-NOT APPOINTED//NILON
    06/13/2001 BOND SET AT    50000.00 POSTED BLANKET BOND      00000  000
    06/13/2001 STATUS OF BOND IS  OPEN          BOND #: 0       00000  000
    06/13/2001 BLANKET BOND   BOND POSTED ON 06/11/2001         00000  000
    06/13/2001 BLANKET BOND POSTED FOR 2000-02660-CFA           00000
    06/13/2001 BLANKET BOND POSTED ON  2000-02660-CFA           00000
    06/19/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    06/19/2001  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    06/19/2001 $59.50
    07/02/2001 NOTICE OF TAKING DEPOSITION
    07/02/2001 NOTICE OF TAKING DEPOSITION
    07/10/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    07/11/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    07/11/2001  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    07/11/2001 $59.50
    07/20/2001 ORDER REVOKING CASH BOND AND DIRECTING THE ISSUA
    07/20/2001 CAPIAS //TURNER
    07/20/2001 CAPIAS   .ISSUED                                 00000
    07/20/2001 CAPIAS    ORDERED                                00000
    07/20/2001 SECOND MOTION TO REVOKE BOND HEARING / 07202001
    07/20/2001 1:30 PM BEFORE JUDGE TURNER
    07/20/2001 SECOND MOTION TO REVOKE BOND
    07/23/2001 STATUS OF BOND IS  RELEASED       BOND #: 0 00000  000
    07/25/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    07/26/2001 MOTION TO CONTINUE
    07/26/2001 NOTICE OF HEARING ON  08102001  AT / 11:00 AM  /
    07/31/2001 NOTICE OF CANCELLATION OF TAKING DEPOSITION
    08/02/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/08/2001 NOTICE OF TAKING DEPOSITION OF JOHN QUIRELLO
    08/08/2001 NOTICE OF TAKING DEPOSITION OF KIM BRAGG/BRANDY
    08/08/2001 AND DORIS BRIDWELL
    08/10/2001 COURT MINUTES ON MOTION TO CONTINUE - ATTORNEY W
    08/10/2001 SPEEDY TRIAL / MOTION GRANTED/PRETRIAL CONFERENC
    08/10/2001 CONTINUED TO JANUARY 2002/
    08/10/2001 PRE TRIAL CONFERENCE SET FOR 01302002            00000
    08/13/2001 NOTICE ISSUED TO: DEFENDANT                      00000
    08/13/2001 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H     00000
    08/20/2001 NOTICE OF CANCELLATION OF TAKING DEPOSITION
    09/05/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    09/06/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/06/2001  CHARTONE, INC.  IN THE AMOUNT OF $ 277.20 // PA
    09/07/2001 NOTICE OF TAKING DEPOSITIONS
```

```
'prgrm name*
   Date: 11/25/2002                                             Page: 9
   Time: 11:43:55                                               *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------
CASE #: 2000-02753-CFA                                          PAGE: 9

 ** CRIMINAL ACTION DOCKET -----------------------------------------------
    DATE         DESCRIPTION                               DOC PG SEQ
-------------------------------------------------------------------------
    09/07/2001 NOTICE OF TAKING DEPOSITIONS
    09/07/2001 NOTICE OF TAKING DEPOSITIONS
    09/21/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/21/2001  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    09/21/2001 $70.00
    09/21/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/21/2001  LEBLANC COURT REPORTING  IN THE AMOUNT OF $ 129
    09/21/2001 NOTICE OF CANCELLATION OF TAKING DEPOSITION
    09/21/2001 AMENDED NOTICE OF TAKING DEPOSITION AS TO TIME
    10/10/2001 MOTION TO SET ASIDE BOND ESTREATURE
    10/23/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    10/26/2001 COURT MINUTES ON MOTION TO SET ASISE BOND
    10/26/2001 ESTREATURE - GRANTED/BOND MONEY TO BE RETURNED T
    10/26/2001 FAMILY/
    10/26/2001 ORDER GRANTING MOTION TO SET ASIDE BOND ESTREATU
    11/02/2001 RESTITUTION CHECK MAILED: $ 50,000.00  TO  LOIS
    11/06/2001 UNOPPOSED MOTION TO CONTINUE TRIAL
    11/21/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    11/21/2001  CHARTONE INC.  IN THE AMOUNT OF $ 277.20 // PAI
    11/27/2001 NOTICE OF HEARING ON  113001  AT / 1:30PM  / LOT
    11/30/2001 ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE -
    11/30/2001 ORDERED AND ADJUDGED THAT THE DEFENDANT'S MOTION
    11/30/2001 AND THE SAME IS HEREBY GRANTED AND THIS CASE IS
    11/30/2001 RESCHEDULED FOR PRE-TRIAL CONFERENCE ON
    11/30/2001 MARCH 20, 2002 AT 1:30PM WITH TRIAL TO BE SCHEDU
    11/30/2001 COMMENCING ON THE WEEK OF MAY 13, 2002 WITH MAY
    11/30/2001 8TH TRIAL STATUS // LOTT
    12/12/2001 NOTICE OF TAKING DEPOSITIONS
    12/26/2001 NOTICE OF TAKING DEPOSTION - DR. ROHLING
    12/26/2001 NOTICE OF TAKING DEPOSTION - BETH TALAGA
    01/04/2002 NOTICE OF CANCELLATION OF TAKING DEPOSITION
    01/14/2002 NOTICE OF TAKING DEPOSITIONS
    01/14/2002 NOTICE OF TAKING DEPOSITIONS
    01/16/2002 DEFENDANT'S WITNESS LIST
    01/22/2002 MOTION FOR COURT ORDER ALLOWING DEFENDANT TO GET
    01/22/2002 COPIES OF CHILD PROTECTION TEAM RECORDS
    01/24/2002 PRE TRIAL CONFERENCE SET FOR 02202002            00000
    01/24/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H      00000
    02/01/2002 UNOPPOSED MOTION TO CONTINUE TRIAL
    02/14/2002 NOTICE OF HEARING ON  030602  AT / 10:00AM  / LO
    02/25/2002 PRE TRIAL CONFERENCE SET FOR 03202002            00000
    02/25/2002 TRIAL STATUS CONF    SET FOR 04032002            00000
    02/25/2002 JURY SELECTION       SET FOR 04082002            00000
    02/25/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H      00000
    02/25/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H      00000
```

prgrm name*
```
  Date: 11/25/2002                                              Page: 10
  Time: 11:43:56                                                *prgrm name*
```

                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
:ASE #: 2000-02753-CFA                                          PAGE: 10

** CRIMINAL ACTION DOCKET -----------------------------------------------------
    DATE         DESCRIPTION                                    DOC PG SEQ
--------------------------------------------------------------------------------
    02/25/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H     00000
    02/27/2002 NOTICE OF TAKING DEPOSITIONS
    02/27/2002 NOTICE OF TAKING DEPOSITIONS
    02/27/2002 NOTICE OF TAKING DEPOSITIONS
    03/11/2002 PRE TRIAL CONFERENCE SET FOR 07172002            00000
    03/11/2002 TRIAL STATUS CONF     SET FOR 08072002           00000
    03/11/2002 JURY SELECTION        SET FOR 08122002           00000
    03/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H     00000
    03/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H     00000
    03/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H     00000
    03/14/2002 NOTICE OF CANCELLATION OF TAKING DEPOSITION
    03/14/2002 AMENDED NOTICE OF TAKING DEPOSITION
    03/14/2002 CAPIAS      SERVED                               00000
    03/15/2002 DEFENDANT REARRESTED ON   03142002               00000
    03/15/2002 DEF NAME AT RARST HERLIHY, BRIAN PATRICK         00000
    03/15/2002 FIRST APPEARANCE ORDER// CRENSHAW
    03/15/2002 THE DEFENDANT BE RELEASED ON STANDARD CONDITIONS
    03/15/2002 (F.S. 903.047) AND THE FOLLOWING CONDITIONS:
    03/15/2002 BAIL SET IN THE AMOUNT OF $ 100,000.00
    03/15/2002 THE DEFENDANT REPRESENTS HE/SHE WILL CONSULT PRI
    03/15/2002 COUNSEL
    03/15/2002 PHOTO IDENTIFICATION FILED IN CASE # 2000-2660-C
    03/15/2002 AMENDED FIRST APPEARANCE ORDER AS TO BAIL
    03/15/2002 $1,000,000.00 // CRENSHAW
    03/27/2002 NOTICE OF HEARING ON   040302  AT / 9:00AM  / LOT
    03/27/2002 MOTION TO REINSTATE PREVIOUS BOND
    03/27/2002 NOTICE OF CANCELLATION OF TAKING DEPOSITION
    04/03/2002 COURT MINUTES ON MOTION TO REINSTATE PREVIOUS
    04/03/2002 BOND -
    04/03/2002 -DENIED/ORDER TO BE PREPARED BY STATE ATTORNEY/
    04/05/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    04/05/2002 NOTICE OF TAKING DEPOSITIONS
    04/10/2002 NOTICE OF TAKING DEPOSITIONS
    04/16/2002 MOTION FOR ORDER ALLOWING ISSUANCE OF SUBPOENAS
    04/16/2002 TECUM FOR EMPLOYMENT AND EDUCATIONAL RECORDS OF
    04/16/2002 DEFENDANT
    04/22/2002 SUBPOENA DUCES TECUM HEARING / 04252002 AT 1:30
    04/22/2002 COURTROOM 3D BEFORE JUDGE LOTT
    04/23/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    04/23/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    04/23/2002 $ 26.25 // PAID
    05/06/2002 COURT MINUTES ON MOTION FOR SUBPOENAS DUCES TECU
    05/06/2002 EMPLOYMENT RECORDS AND EDUCATIONAL RECORDS OF
    05/06/2002 DEFENDANT - GRANTED AS TO EMPLOYMENT/GRANTED AS
    05/06/2002 MILITARY AND EDUCATION WITH THE FOLLOWING PROVIS
```

```
prgrm name*
  Date: 11/25/2002                                                    Page: 11
  Time: 11:43:56                                                      *prgrm name*
                      J.K. "BUDDY" IRBY, CLERK OF THE COURT
                          ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
ASE #: 2000-02753-CFA                                                PAGE: 11

** CRIMINAL ACTION DOCKET ------------------------------------------------------
     DATE          DESCRIPTION                                       DOC PG SEQ
--------------------------------------------------------------------------------
     05/06/2002 MILITARY AND EDUCATIONAL RECORDS WILL BE DELIVER
     05/06/2002 THE CLERK'S OFFICE UNDER SEAL/ORDER TO BE PREPAR
     05/06/2002 BY STATE ATTORNEY/
     05/06/2002 AMENDED NOTICE FOR SUBPOENA DUCES TECUM HEARING
     05/06/2002 MONDAY, MAY 6, 2002 AT 1:30PM
     05/22/2002 NOTICE OF TAKING DEPOSITION
     05/22/2002 NOTICE OF TAKING DEPOSITIONS
     05/24/2002 NOTICE OF TAKING DEPOSITION
     06/04/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     06/04/2002  VANLANDINGHAM, DURSCHER &VANLANDINGHAM  IN THE
     06/04/2002 OF 120.90/PAID/
     06/05/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
     06/06/2002 NOTICE OF TAKING DEPOSITION(S)
     06/06/2002 NOTICE OF CANCELLATION OF DEPOSITION
     06/20/2002 DEPOSITION OF HELEN LEGALL
     06/20/2002 RETURN OF SERVICE - UNSERVED
     06/20/2002 RETURN OF SERVICE - SERVED
     06/20/2002 RETURN OF SERVICE - SERVED
     06/20/2002 RETURN OF SERVICE - SERVED
     06/20/2002 RETURN OF SERVICE - SERVED
     06/20/2002 RETURN OF SERVICE - SERVED
     06/20/2002 RETURN OF SERVICE - SERVED
     06/25/2002 NOTICE OF TAKING DEPOSITIONS
     06/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     06/26/2002 VANLANDINGHAM, DURSCHER & VANLANDINGHAM IN THE A
     06/26/2002 OF $37.55 // PAID
     06/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     06/26/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT O
     06/26/2002 $129.50 // PAID
     06/26/2002 MOTION TO CONTINUE CAUSE
     06/26/2002 NOTICE OF HEARING ON  071102  AT / 8:45AM  / LOT
     06/28/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     06/28/2002 ADDENDUM TO MOTION TO CONTINUE CASE
     06/28/2002 NOTICE OF DEPOSITION
     07/05/2002 RETURN OF SERVICE - SERVED
     07/05/2002 RETURN OF SERVICE - SERVED
     07/10/2002 RETURN OF SERVICE - SERVED AS TO ANGIE HARN
     07/11/2002 TRIAL STATUS CONF    SET FOR 09042002            00000
     07/11/2002 JURY SELECTION       SET FOR 09092002            00000
     07/11/2002 MOTION TO CONTINUE CASE
     07/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H      00000
     07/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H      00000
     07/12/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     07/12/2002 NOTICE OF TAKING DEPOSITIONS
     07/12/2002 NOTICE OF TAKING DEPOSITIONS
```

```
prgrm name*
  Date: 11/25/2002                                                Page: 12
  Time: 11:43:56                                                  *prgrm name*
                  J.K. "BUDDY" IRBY, CLERK OF THE COURT
                       ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
:ASE #: 2000-02753-CFA                                           PAGE: 12

** CRIMINAL ACTION DOCKET ------------------------------------------------------
     DATE         DESCRIPTION                                    DOC PG SEQ
--------------------------------------------------------------------------------
     07/12/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
     07/12/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
     07/15/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
     07/16/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
     07/17/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     07/17/2002 *SPECIAL CASE MGMT ON 080202 AT 9:00 A.M.*
     07/17/2002 DEFENDANT SIGNED NOTICE FOR  080202  CASE MANAGE
     07/18/2002 AMENDED NOTICE OF DEPOSITION
     07/18/2002 SUBPOENA DUCES TECUM
     07/19/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     07/19/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     07/19/2002 NOTICE OF TAKING DEPOSITION(S)
     07/22/2002 ORDER SCHEDULING SPECIAL CASE MANAGEMENT CONFERE
     07/22/2002 AUGUST 2, 2002 AT 9:00AM // LOTT
     07/23/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
     07/23/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
     07/24/2002 RETURN OF SERVICE - SERVED
     07/24/2002 RETURN OF SERVICE - SERVED
     07/24/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
     07/24/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     07/25/2002 CHARTONE, INC  IN THE AMOUNT OF $ 26.29 / PAID
     07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     07/25/2002 CHARTONE  IN THE AMOUNT OF $ 448.85 / PAID
     07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     07/25/2002  SHANDS HEALTH CARE  IN THE AMOUNT OF $ 25.00
     07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     07/25/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     07/25/2002 $223.55
     07/25/2002 RETURN OF SERVICE - SERVED
     07/26/2002 RETURN OF SERVICE - SERVED
     07/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     07/30/2002 NOTICE OF TAKING DEPOSITION(S)
     08/02/2002 COURT MINUTES - CASE MANAGEMENT ON CASE NUMBERS
     08/02/2002 2000-2660CFA, 2000-2753CFA - RULING:  REMAIN ON
     08/02/2002 CURRENT COURT DATES
     08/06/2002 NOTICE OF TAKING DEPOSITIONS
     08/06/2002 NOTICE OF TAKING DEPOSITIONS
     08/06/2002 AMENDED NOTICE OF TAKING DEPOSITION
     08/06/2002 NOTICE OF TAKING DEPOSITIONS
     08/08/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     08/08/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     08/08/2002 NOTICE OF TAKING DEPOSITIONS
     08/09/2002 NOTICE OF TAKING DEPOSITION(S)
     08/13/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
```

```
prgrm name*
  Date: 11/25/2002                                                    Page: 13
  Time: 11:43:57                                                      *prgrm name*
               J.K. "BUDDY" IRBY, CLERK OF THE COURT
                     ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 2000-02753-CFA                                               PAGE: 13

 ** CRIMINAL ACTION DOCKET ---------------------------------------------------
      DATE        DESCRIPTION                                      DOC PG SEQ
--------------------------------------------------------------------------------
      08/13/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
      08/13/2002 RETURN OF SERVICE - SERVED
      08/13/2002 RETURN OF SERVICE - SERVED
      08/13/2002 RETURN OF SERVICE - SERVED
      08/13/2002 RETURN OF SERVICE - SERVED
      08/13/2002 RETURN OF SERVICE - SERVED
      08/13/2002 RETURN OF SERVICE - SERVED
      08/14/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
      08/14/2002 RETURN OF SERVICE - SERVED
      08/14/2002 RETURN OF SERVICE - SERVED
      08/14/2002 RETURN OF SERVICE - SERVED
      08/14/2002 RETURN OF SERVICE - SERVED
      08/14/2002 RETURN OF SERVICE - SERVED
      08/14/2002 RETURN OF SERVICE - SERVED
      08/14/2002 RETURN OF SERVICE - SERVED
      08/14/2002 RETURN OF SERVICE - UNSERVED
      08/14/2002 NOTICE OF TAKING DEPOSITION(S)
      08/14/2002 NOTICE OF TAKING DEPOSITION(S)
      08/15/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
      08/15/2002 RETURN OF SERVICE - SERVED
      08/15/2002 RETURN OF SERVICE - SERVED
      08/15/2002 AMENDED NOTICE OF TAKING DEPOSTITION(S)
      08/15/2002 NOTICE OF TAKING DEPOSITIONS
      08/16/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
      08/16/2002 NOTICE OF TAKING DEPOSITION(S)
      08/16/2002 NOTICE OF TAKING DEPOSITION
      08/16/2002 AMENDED NOTICE OF TAKING DEPOSITION
      08/20/2002 RETURN OF SERVICE - SERVED
      08/20/2002 RETURN OF SERVICE - SERVED
      08/22/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
      08/22/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
      08/22/2002 RETURN OF SERVICE - UNSERVED
      08/23/2002 WITNESS SUBPOENA
      08/23/2002 TRANSCRIPT OF DEPOSITION OF ANNE ELIZABETH DICKI
      08/23/2002 TRANSCRIPT OF DEPOSITION OF KEVIN PUTANSU
      08/23/2002 TRANSCRIPT OF DEPOSITION OF JOHN HELLRUNG, M.D.
      08/26/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
      08/26/2002 ORDER GRANTING DEFENDANT'S MOTION FOR COURT ORDE
      08/26/2002 ALLOWING CHILD PROTECTION TEAM TO TURN OVER COPI
      08/26/2002 RECORDS // LOTT
      08/27/2002 LETTER FROM DEFENSE ATTORNEY TO JUDGE LOTT
      08/27/2002 TRANSCRIPT OF DEPOSITION HELD ON 08162002
      08/28/2002 SUBPOENA FOR TRIAL
      08/28/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
      08/28/2002 NOTICE OF TAKING DEPOSITIONS
```

```
'prgrm name*
   Date: 11/25/2002                                              Page: 14
   Time: 11:43:57                                              *prgrm name*
                   J.K. "BUDDY" IRBY, CLERK OF THE COURT
                          ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
:ASE #: 2000-02753-CFA                                          PAGE: 14

 ** CRIMINAL ACTION DOCKET ------------------------------------------------------
      DATE        DESCRIPTION                                 DOC PG SEQ
--------------------------------------------------------------------------------
     08/29/2002 MOTION FOR ORDER IN LIMINE PRECLUDING REFERENCE
     08/29/2002 DEFENDANT'S LACK OF PRIOR CONVICTIONS
     08/29/2002 MOTION FOR ORDER IN LIMINE PRECLUDING ANY REFERE
     08/29/2002 TO THE POSSIBLE SENTENCE THAT MAY BE IMPOSED UPO
     08/29/2002 CONVICTION
     08/29/2002 STATE'S PRE-TRIAL MOTION FOR RULING ON THE
     08/29/2002 ADMISSIBILITY OF PHOTOGRAPHS
     08/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     08/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     08/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     08/30/2002 MOTION FOR PERMISSION TO CALL MEDICAL WITNESS AT
     08/30/2002 CERTAIN
     08/30/2002 MOTION FOR PERMISSION TO UTILIZE DEMONSTRATIVE A
     08/30/2002 MOTION FOR ORDER IN LIMINE PRECLUDING ANY REFERE
     08/30/2002 THE POSSIBLE SENTENCE THAT MAY BE IMPOSED UPON
     08/30/2002 CONVICTION HEARING / 090402 AT 9:00 AM
     08/30/2002 STATE'S PRE-TRIAL MOTION FOR RULING ON THE
     08/30/2002 ADMISSIBILITY OF PHOTOGRAPHS HEARING / 09042002
     08/30/2002 9:00 AM BEFORE JUDGE LOTT
     08/30/2002 MOTION FOR ORDER IN LIMINE PRECLUDING REFERENCE
     08/30/2002 DEFENDANT'S LACK OF PRIOR CONVICTIONS HEARING /
     08/30/2002 AT 9:00 AM
     08/30/2002 MOTION FOR PERMISSION TO CALL MEDICAL WITNESS AT
     08/30/2002 CERTAIN HEARING / 09042002 AT 9:00 AM
     08/30/2002 MOTION FOR PERMISSION TO UTILIZE DEMONSTRATIVE A
     08/30/2002 HEARING / 09042002 AT 9:00 AM
     08/30/2002 AMENDED NOTICE OF TAKING DEPOSITION
     08/30/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
     08/30/2002 SUBPOENA FOR TRIAL
     09/03/2002 MOTION TO ALLOW JURORS TO TAKE WRITTEN NOTES DUR
     09/03/2002 TRIAL
     09/03/2002 MOTION IN LIMINE TO PERMIT TESTIMONY CONCERNING
     09/03/2002 LOCATION OF INTERACTION WITH DEFENDANT HEARING /
     09/03/2002 AT 9:00 AM BEFORE JUDGE LOTT
     09/03/2002 MOTION TO ALLOW JURORS TO TAKE WRITTEN NOTES DUR
     09/03/2002 TRIAL HEARING / 090402 AT 9:00 AM BEFORE JUDGE L
     09/03/2002 MOTION IN LIMINE TO PERMIT TESTIMONY CONCERNING
     09/03/2002 LOCATION OF INTERACTION WITH DEFENDANT
     09/03/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     09/03/2002 MOTION TO SUPPRESS STATEMENTS
     09/03/2002 DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
     09/03/2002 DEFENDANT'S MOTION IN LIMINE
     09/03/2002 DEFENDANT'S MOTION TO STRIKE TESTIMONY ABOUT AND
     09/03/2002 USE OF A COMPACT DISC PURPORTING TO SHOW HOW AN
     09/03/2002 INCIDENT OF SHAKEN BABY SYNDROME OCCURS
```

prgrm name*
    Date: 11/25/2002                                                    Page: 15
    Time: 11:43:57                                                      *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                          ALACHUA COUNTY, FLORIDA
------------------------------------------------------------------------
ASE #: 2000-02753-CFA                                             PAGE: 15

** CRIMINAL ACTION DOCKET -----------------------------------------------
      DATE         DESCRIPTION                                    DOC PG SEQ
------------------------------------------------------------------------
    09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO DISMISS
    09/04/2002 INDICTMENT AND CHARGES OF FIRST DEGREE MURDER AN
    09/04/2002 MEMORANDUM OF LAW IN SUPPORT THEREOF BECAUSE OF
    09/04/2002 DESTRUCTION OF EXCULPATORY EVIDENCE ON CASE NUMB
    09/04/2002 2000-2660CFA, 2000-2753CFA - RULING:  TO BE RESC
    09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO SUPPRESS E
    09/04/2002 ON CASE NUMBERS 2000-2753CFA, 2000-2660CFA - RUL
    09/04/2002 RESERVED UNTIL 090502
    09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO SUPPRESS
    09/04/2002 STATEMENTS ON CASE NUMBERS 2000-2660CFA, 2000-27
    09/04/2002 RULING: RESERVED UNTIL 090502
    09/04/2002 REQUEST TO ADJOURN TRIAL AT OR NEAR 5:00 PM ON
    09/04/2002 WEDNESDAY SEPTEMBER 11, 2002 AND WEDNESDAY SEPTE
    09/04/2002 18, 2002
    09/04/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
    09/04/2002 MEDICAL WITNESS AT TIME CERTAIN ON CASE NUMBERS
    09/04/2002 2000-2753CFA, 2000-2660CFA - RULING:  TO BE RESC
    09/04/2002 COURT MINUTES - STATE'S MOTION FOR ORDER IN LIMI
    09/04/2002 PRECLUDING REFERENCE TO DEFENDANT'S LACK OF PRIO
    09/04/2002 CONVICTIONS ON CASE NUMBERS 2000-2753CFA, 2000-2
    09/04/2002 -RULING:  TO BE RESCHEDULED
    09/04/2002 COURT MINUTES:  STATE'S MOTION FOR ORDER IN LIMI
    09/04/2002 PRECLUDING ANY REFERENCE TO THE POSSIBLE SENTENC
    09/04/2002 MAY BE IMPOSED UPON CONVICTION ON CASE NUMBERS
    09/04/2002 2000-2753CFA, 2000-2660CFA - RULING:  TO BE RESC
    09/04/2002 COURT MINUTES - STATE'S MOTION TO ALLOW JURORS T
    09/04/2002 WRITTEN NOTES DURING TRIAL ON CASE NUMBERS 2000-
    09/04/2002 AND 2000-2660CFA - RULING:  TO BE RESCHEDULED
    09/04/2002 COURT MINUTES - DEFENDANT'S MOTION IN LIMINE 1 T
    09/04/2002 ON CASE NUMBERS 2000-2753CFA, 2000-2660CFA - RUL
    09/04/2002 TO BE RESCHEDULED
    09/04/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
    09/04/2002 UTILIZE DEMONSTRATIVE AID ON CASE NUMBERS 2000-2
    09/04/2002 2000-2660CFA - RULING:  TO BE RESCHEDULED
    09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO STRIKE TES
    09/04/2002 ABOUT AND USE OF A COMPACT DISC PURPORTING TO SH
    09/04/2002 AN INCIDENT OF SHAKEN BABY SYNDROME OCCURS ON CA
    09/04/2002 NUMBERS 2000-2753CFA, 2000-2660CFA - RULING:  TO
    09/04/2002 RESCHEDULED
    09/04/2002 COURT MINUTES - STATE'S PRE-TRIAL MOTION FOR RUL
    09/04/2002 THE ADMISSIBILITY OF PHOTOGRAPHS ON CASE NUMBERS
    09/04/2002 2000-2753CFA, 2000-2660CFA - RULING:  TO BE RESC
    09/04/2002 COURT MINUTES - STATE'S MOTION IN LIMINE TO PERM
    09/04/2002 TESTIMONY CONCERNING LOCATION OF INTERACTION WIT
    09/04/2002 DEFENDANT ON CASE NUMBERS 2000-2753CFA, 2000-266

```
·prgrm name*
  Date: 11/25/2002                                               Page: 16
  Time: 11:43:57                                                 *prgrm name*
                   J.K. "BUDDY" IRBY, CLERK OF THE COURT
                        ALACHUA COUNTY, FLORIDA
------------------------------------------------------------------------------
CASE #: 2000-02753-CFA                                          PAGE: 16

 ** CRIMINAL ACTION DOCKET -------------------------------------------------
    DATE          DESCRIPTION                                   DOC PG SEQ
------------------------------------------------------------------------------
    09/04/2002 RULING:  TO BE RESCHEDULED
    09/04/2002 DEFENDANT SIGNED NOTICE FOR  090902  JURY SELECT
    09/04/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    09/04/2002 STATE'S PROPOSED JURY INSTRUCTION REGARDING
    09/04/2002 DEMONSTRATION EVIDENCE
    09/04/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    09/04/2002 RETURN OF SERVICE - SERVED
    09/04/2002 RETURN OF SERVICE - SERVED
    09/04/2002 RETURN OF SERVICE - SERVED
    09/04/2002 EVIDENCE CONTROL FORM
    09/04/2002 SEVERAL EVIDENCE CONTROL FORMS
    09/05/2002 STIPULATION ON ADMISSION OF 911 CALL INTO EVIDEN
    09/05/2002 STIPULATION ON ADMISSION OF MEDICAL RECORDS AND
    09/05/2002 MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO SUP
    09/05/2002 STATEMENTS FILED BY DEFENDANT
    09/05/2002 DEFENDANT SIGNED NOTICE FOR  090902  JURY SELECT
    09/05/2002 COURT MINUTES - STATE'S MOTION IN LIMINE TO PERM
    09/05/2002 TESTIMONY CONCERNING LOCATION OF INTERACTION WIT
    09/05/2002 DEFENDANT ON CASE NUMBERS 012000CF2753A, 012000C
    09/05/2002 -RULING:  GRANTED
    09/05/2002 COURT MINUTES - STATE'S PRE-TRIAL MOTION FOR RUL
    09/05/2002 THE ADMISSIBILITY OF PHOTOGRAPHS:  1) AUTOPSY
    09/05/2002 2) DISSECTION OF THE SKULL 3) DEVELOPMENT OF CHI
    09/05/2002 4) PHOTOS OF RETINA ON CASE NUMBERS 012000CF2753
    09/05/2002 012000CF2660A - RULING:  1) GRANTED 2) GRANTED
    09/05/2002 3) GRANTED 4) GRANTED
    09/05/2002 COURT MINUTES - STATE'S PRE-TRIAL MOTION FOR RUL
    09/05/2002 THE ADMISSIBILITY OF PHOTOGRAPHS: 5) TAKEN BY AL
    09/05/2002 COLEMAN ON CASE NUMBERS 012000CF2753A, 012000CF2
    09/05/2002 -RULING:  5) GRANTED
    09/05/2002 COURT MINUTES - DEFENDANT'S MOTION TO STRIKE TES
    09/05/2002 ABOUT AND USE OF A COMPACT DISC PURPORTING TO SH
    09/05/2002 AN INCIDENT OF SHAKEN BABY SYNDROME OCCURS ON CA
    09/05/2002 NUMBER 012000CF2753A, 012000CF2660A - RULING:  D
    09/05/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
    09/05/2002 UTILIZE DEMONSTRATIVE AID ON CASE NUMBERS 012000
    09/05/2002 AND 012000CF2660A - RULING:  GRANTED
    09/05/2002 COURT MINUTES - DEFENDANT'S MOTION IN LIMINE 1 T
    09/05/2002 ON CASE NUMBERS 012000CF2753A, 012000CF2660A - R
    09/05/2002 1) GRANTED 2) GRANTED 3) GRANTED NO RECREATION O
    09/05/2002 DEMONSTRATION 4) STIPULATED 5) WITHDRAWN 6) DENI
    09/05/2002 SUBJECT TO DEFENSE OBJECTING 7) WITHDRAWN 8) GRA
    09/05/2002 9) GRANTED SUBJECT TO REVIEW
    09/05/2002 COURT MINUTES - STATE'S MOTION TO ALLOW JURORS T
    09/05/2002 WRITTEN NOTES DURING TRIAL ON CASE NUMBERS
```

```
prgrm name*
  Date: 11/25/2002                                              Page: 17
  Time: 11:43:57                                                *prgrm name*
                     J.K. "BUDDY" IRBY, CLERK OF THE COURT
                           ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 2000-02753-CFA                                          PAGE: 17

  ** CRIMINAL ACTION DOCKET -----------------------------------------------------
     DATE        DESCRIPTION                                    DOC PG SEQ
-------------------------------------------------------------------------------
     09/05/2002 012000CF2753A, 012000CF2660A - RULING:  GRANTED
     09/05/2002 IS TO SECURE ENVELOPES EVERY NIGHT, ALL NOTES IN
     09/05/2002 DIFFERENT ENVELOPE EVERY DAY
     09/05/2002 COURT MINUTES - STATE'S MOTION FOR ORDER IN LIMI
     09/05/2002 PRECLUDING ANY REFERENCE TO THE POSSIBLE SENTENC
     09/05/2002 MAYBE IMPOSED UPON CONVICTION ON CASE NUMBERS
     09/05/2002 012000CF2753A, 012000CF2660A - STIPULATED
     09/05/2002 COURT MINUTES - STATE'S MOTION FOR ORDER IN LIMI
     09/05/2002 PRECLUDING REFERENCE TO DEFENDANT'S LACK OF PRIO
     09/05/2002 CONVICTIONS ON CASE NUMBER 012000CF2753A, 012000
     09/05/2002 -RULING: GRANTED
     09/05/2002 COURT MINUTES - DEFENDANT'S MOTION TO DISMISS
     09/05/2002 INDICTMENT ON CASE NUMBERS 012000CF2753A, 012000
     09/05/2002 -RULING: DENIED
     09/05/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
     09/05/2002 MEDICAL WITNESS AT TIME CERTAIN ON CASE NUMBERS
     09/05/2002 012000CF2753A, 012000CF2660A - RULING:  DENIED
     09/05/2002 TRANSCRIPT - DEPOSITION OF WILLIAM FRANK HAMILTO
     09/05/2002 TRANSCRIPT - DEPOSITION OF ANNE ELIZABETH DICKIS
     09/05/2002 TRANSCRIPT - TELEPHONIC DEPOSITION OF BERNARD MA
     09/05/2002 TRANSCRIPT - DEPOSITION OF JAMIE LYNN SNODGRASS
     09/05/2002 TRANSCRIPT - DEPOSITION OF SERGEANT VALERIE DAWS
     09/05/2002 TRANSCRIPT - DEPOSITION OF WILLIAM FRANK HAMILTO
     09/05/2002 TRANSCRIPT - DEPOSITION OF DR RONALD QUISLING
     09/05/2002 TRANSCRIPT - DEPOSITION OF HARVEY G ROHLING JR,
     09/05/2002 TRANSCRIPT - DEPOSITION OF SURENDER RAJASEKARAN,
     09/05/2002 TRANSCRIPT - DEPOSITION OF OFFICER ORLANDO ALVAR
     09/05/2002 TRANSCRIPT - DEPOSITION OF DR FRANK AGEE
     09/05/2002 TRANSCRIPT - DEPOSITION OF OFFICER LARRY VINCENT
     09/05/2002 TRANSCRIPT - DEPOSITION OF DETECTIVE DUANE DIEHL
     09/05/2002 TRANSCRIPT - DEPOSITION OF HELEN LEGALL
     09/05/2002 TRANSCRIPT - DEPOSITION OF RICHARD KREINEST, M.D
     09/05/2002 TRANSCRIPT - DEPOSITION OF FIREFIGHTER KENNETH A
     09/05/2002 JOHNSON
     09/05/2002 TRANSCRIPT - DEPOSITION OF FIREFIGHTER WILLIAM B
     09/05/2002 BLAIR
     09/05/2002 TRANSCRIPT - DEPOSITION OF FIREFIGHTER DENNIS ME
     09/05/2002 TRANSCRIPT - DEPOSITION OF OFFICER DARYL WAYNE B
     09/05/2002 TRANSCRIPT - DEPOSITION OF ELIZABETH TALAGA
     09/05/2002 TRANSCRIPT - DEPOSITION OF LAWRENCE LEVINE, M.D.
     09/05/2002 TRANSCRIPT - DEPOSITION OF HOWARD LEE ROGERS, M.
     09/06/2002 MOTION FOR RECONSIDERATION OF ADMISSIBILITY OF
     09/06/2002 TESTIMONY OF DEPUTY CATHY LONG
     09/06/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     09/06/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
```

```
prgrm name*
   Date: 11/25/2002                                                  Page: 18
   Time: 11:43:57                                                    *prgrm name*
                     J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
------------------------------------------------------------------------------
ASE #: 2000-02753-CFA                                                PAGE: 18

 ** CRIMINAL ACTION DOCKET ---------------------------------------------------
      DATE         DESCRIPTION                                   DOC PG SEQ
------------------------------------------------------------------------------
    09/06/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    09/06/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/06/2002  ANDERSON REPORTING SERVICES, INC.  IN THE AMOUN
    09/06/2002 $ 87.45 /// PAID
    09/06/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/06/2002  GAINESVILLE REPORTERS  IN THE AMOUNT OF $ 335.5
    09/06/2002 // PAID
    09/06/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/06/2002  ESQUIRE DEPOSITION SERVICES  IN THE AMOUNT OF $
    09/06/2002 // PAID
    09/06/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
    09/06/2002 WITNESS SUBPOENA
    09/09/2002 SUBPOENA FOR TRIAL
    09/09/2002 DEFENDANT'S MOTION FOR REHEARING AND A DEMAND FO
    09/09/2002 RICHARDSON INQUIRY ON THE ISSUE OF THE ADMISSIBI
    09/09/2002 A COMPACT DISC PURPORTING TO SHOW A DEMONSTRATIO
    09/09/2002 SBS (SHAKEN BABY SYNDROME)
    09/09/2002 DEFENDANT'S RESPONSE IN OPPOSITION TO STATE'S MO
    09/09/2002 FOR RECONSIDERATION OF ADMISSIBILITY OF TESTIMON
    09/09/2002 DEPUTY KATHY LONG
    09/09/2002 WITNESS SUBPOENA
    09/09/2002 MOTION TO TAKE CONTINUING DEPOSITION OF RONALD
    09/09/2002 QUISLING, M.D.
    09/09/2002 ORDER DENYING MOTION FOR RECONSIDERATION OF
    09/09/2002 ADMISSIBILITY OF TESTIMONY OF DEPUTY CATHY LONG
    09/09/2002 DECORUM ORDER AS TO MEDIA - MEDIA PERSONNEL SHAL
    09/09/2002 REMAIN IN THE GALLERY SEATING DURING THE JURY SE
    09/09/2002 AND TRIAL
    09/09/2002 -TV20 AND THE GAINESVILLE SUN IS/ARE THE ONLY ME
    09/09/2002 HAS/HAVE REQUESTED AND HAS/HAVE BEEN AUTHORIZED
    09/09/2002 BRING A STILL CAMERA AND/OR VIDEO CAMERA INTO TH
    09/09/2002 COURTROOM FOR JURY SELECTION AND TRIAL.  NO
    09/09/2002 UNAUTHORIZED MEDIA WILL BE ALLOWED TO BRING A CA
    09/09/2002 INTO THE COURTROOM
    09/09/2002 -ONLY ONE STILL CAMERA/OR ONE VIDEO CAMERA WILL
    09/09/2002 ALLOWED IN THE COURTROOM.  NO FLASHES WILL BE AL
    09/09/2002 THE STILL PHOTOGRAPHER AND/OR VIDEOGRAPHER MUST
    09/09/2002 IN THE GALLERY.  NO PHOTOGRAPHS OR VIDEO OF THE
    09/09/2002 WILL BE ALLOWED.  NO DISRUPTED MOVEMENT WILL BE
    09/09/2002 ALLOWED
    09/09/2002 -NO INTERVIEWS WILL BE CONDUCTED INSIDE THE COUR
    09/09/2002 //LOTT
    09/09/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
    09/09/2002 DEFENDANT SIGNED NOTICE FOR  090902  JURY SELECT
    09/09/2002 DAY CERTAIN TRIAL    SET FOR 09092002             00000
```

```
'prgrm name*
   Date: 11/25/2002                                                Page: 19
   Time: 11:43:58                                                *prgrm name*
                   J.K. "BUDDY" IRBY, CLERK OF THE COURT
                       ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 2000-02753-CFA                                          PAGE: 19

** CRIMINAL ACTION DOCKET -----------------------------------------------------
    DATE         DESCRIPTION                                    DOC PG SEQ
-------------------------------------------------------------------------------
    09/09/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
    09/09/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    09/09/2002 MINUTES OF THE CLERK - JURY TRIAL
    09/10/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    09/10/2002 TRANSCRIPT OF DEPOSITION AS TO CRYSTAL QUIRELLO
    09/10/2002 TRANSCRIPT OF DEPOSITION OF SERGEANT STEVEN WEAV
    09/10/2002 TRANSCRIPT OF DEPOSITION OF CORPORAL WHITNEY STO
    09/10/2002 TRANSCRIPT OF DEPOSITION OF KATHLEEN MARIE MORRI
    09/10/2002 TRANSCRIPT OF DEPOSITION OF CHRISTINA MILLARD
    09/10/2002 TRANSCRIPT OF DEPOSITION OF HELEN LEGALL
    09/10/2002 TRANSCRIPT OF DEPOSITION OF OFFICER JAMES CHRIST
    09/10/2002 JACKSON
    09/10/2002 TRANSCRIPT OF OFFICER ROBERT L KING, III
    09/10/2002 TRANSCRIPT OF LIEUTENANT WILLIAM THOMAS HALVOSA
    09/10/2002 TRANSCRIPT OF DEPOSITION OF RICHARD DAVIS,SR
    09/10/2002 TRANSCRIPT OF DEPOSITION OF DETECTIVE ALAN COLEM
    09/10/2002 TRANSCRIPT OF DEPOSITION OF DETECTIVE DAVID KEIT
    09/10/2002 CANNON
    09/10/2002 TRANSCRIPT OF DEPOSITION OF STEPHEN NELSON, MD
    09/10/2002 TRANSCRIPT OF DEPOSITION OF SERGEANT ROBERT BART
    09/10/2002 TRANSCRIPT OF DEPOSITION OF DORIS MARIE BRIDWELL
    09/10/2002 ORDER GRANTING MOTION FOR RELEASE OF EVIDENCE /
    09/10/2002 THE FOLLOWING ARTICLES SHALL BE RELEASED FROM EV
    09/10/2002 BY THE CLERK OF THE COURT TO JEANNE M SINGER SAI
    09/10/2002 EVIDENCE BEING PARTICULARLY DESCRIBED AS FOLLOWS
    09/10/2002 PAGES OF LEGAL CORRESPONDENCE WHICH WERE PART OF
    09/10/2002 STATE'S EXHIBIT #5 IN EVIDENCE UPON JOINT STIPUL
    09/10/2002 OF STATE AND DEFENSE // LOTT
    09/11/2002 RETURN OF SERVICE - UNSERVED
    09/13/2002 TRANSCRIPT OF DEPOSITION OF SALVADOR CUMELLA
    09/13/2002 TRANSCRIPT OF DEPOSITION OF DETECTIVE HELEN LEGA
    09/13/2002 TRANSCRIPT OF DEPOSITION OF DAVID SAMUEL ANDREW
    09/13/2002 STEWART, MD
    09/13/2002 TRANSCRIPT OF DEPOSITION OF MICHAEL BELL, MD
    09/13/2002 TRANSCRIPT OF DEPOSITION OF JONATHAN L WILLIAMS,
    09/13/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/13/2002  ESQUIRE DEPOSITION SERVICES  IN THE AMOUNT OF $
    09/13/2002 // PAID
    09/13/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/13/2002  HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF $ 23.
    09/13/2002 // PAID
    09/19/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
    09/19/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
    09/19/2002 LETTER TO JUDGE LOTT FROM JUROR #96
    09/19/2002 LETTER FROM STEPHAN P MICKLE UNITED STATES DISTR
```

                       J.K. "BUDDY" IRBY, CLERK OF THE COURT
                           ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 2000-02753-CFA                                                PAGE: 20

  ** CRIMINAL ACTION DOCKET ----------------------------------------------------
       DATE         DESCRIPTION                                       DOC PG SEQ
--------------------------------------------------------------------------------
       09/19/2002 JUDGE (FAX)
       09/19/2002 LETTER TO JUDGE FROM JUROR #73
       09/20/2002 STATE'S PROPOSED JURY INSTRUCTION REGARDING
       09/20/2002 DEMONSTRATION EVIDENCE
       09/20/2002 LETTER TO JUDGE FROM JURY
       09/20/2002 LETTER TO JUDGE FROM JUROR #73
       09/20/2002 INSTRUCTION TO JURY REGARDING WITNESS TESTIFYING
       09/20/2002 OF ORDER
       09/20/2002 MOTION FOR REHEARING ON THE ISSUE OF WHETHER THE
       09/20/2002 DEFENSE OR THE STATE OF FLORIDA OPENED THE DOOR
       09/20/2002 TO CAUSE THE ADMISSIBILITY OF CERTAIN EVIDENCE
       09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
       09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
       09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
       09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
       09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
       09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
       09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
       09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
       09/24/2002 QUESTIONS FROM JURY
       09/24/2002 QUESTIONS FROM JURY
       09/24/2002 NOTES FROM TRIAL
       09/25/2002 MOTION TO REOPEN DEFENDANT'S CASE AND ALLOW PREV
       09/25/2002 LISTED STATE WITNESSES TO TESTIFY
       09/25/2002 LETTER FROM JURORS
       09/25/2002 DEFENDANT'S MOTION FOR SANCTIONS AGAINST STATE F
       09/25/2002 WITHHOLDING CRITICAL TESTIMONY, DEMAND FOR RICHA
       09/25/2002 HEARING, AND MOTION FOR MISTRIAL
       09/25/2002 MOTION FOR RE-HEARING ON ISSUE OF ADMISSIBILITY
       09/25/2002 COMPACT DISC PRESENTATION
       09/25/2002 JURY INSTRUCTIONS
       09/25/2002 VERDICT -- GUILTY OF MANSLAUGHTER, A LESSER INCL
       09/25/2002 OFFENSE
       09/25/2002 DEFENDANT SIGNED NOTICE FOR  102902  SENTENCING
       09/25/2002 DISPOSITION           SET FOR 10292002          00000
       09/25/2002 *PLACED ON DIV I DISPOSITION DOCKET PER JUDGE*
       09/25/2002 PSI ORDERED - PSI DUE 101802
       09/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
       09/26/2002  HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF $ 85.
       09/26/2002 // PAID
       09/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
       09/26/2002  EXPERT DIGITAL SOLUTIONS, INC.  IN THE AMOUNT O
       09/26/2002 $275.00 // PAID
       09/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
       09/26/2002  HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF $ 8.5

prgrm name*
  Date: 11/25/2002                                                    Page: 21
  Time: 11:43:58                                                      *prgrm name*

                      J.K. "BUDDY" IRBY, CLERK OF THE COURT
                           ALACHUA COUNTY, FLORIDA
---------------------------------------------------------------------------
CASE #: 2000-02753-CFA                                              PAGE: 21

** CRIMINAL ACTION DOCKET ------------------------------------------------
     DATE          DESCRIPTION                                   DOC PG SEQ
---------------------------------------------------------------------------
    09/26/2002 // PAID
    09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
    09/27/2002 / PAID // PIERCE
    09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
    09/27/2002 CONCERNING PAYMENT OF STATE WITNESS
    09/27/2002 MOTION FOR PAYMENT FOR TRAVEL OF STATE WITNESS
    09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
    09/27/2002 / PAID // PIERCE
    09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
    09/27/2002 CONCERNING PAYMENT OF STATE WITNESS
    09/27/2002 MOTION FOR PAYMENT FOR TRAVEL OF STATE WITNESS
    09/27/2002 MOTION FOR PAYMENT OF LODGING FOR A STATE WITNES
    09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
    09/27/2002 CONCERNING PAYMENT OF COSTS
    09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF LODGING FOR
    09/27/2002 WITNESS / PAID // PIERCE
    09/27/2002 MOTION FOR PAYMENT OF STATE WITNESS
    09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
    09/27/2002 CONCERNING PAYMENT OF STATE WITNESS
    09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
    09/27/2002 /PAID // PIERCE
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - UNSERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - UNSERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    10/03/2002 MOTION FOR NEW TRIAL
    10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    10/07/2002 $105.00//PAID
    10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    10/07/2002 $54.25//PAID
    10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    10/07/2002 $21.00//PAID
    10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    10/07/2002 $77.00//PAID
    10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND

```
prgrm name*
  Date: 11/25/2002                                                Page: 22
  Time: 11:43:58                                                  *prgrm name*
                      J.K. "BUDDY" IRBY, CLERK OF THE COURT
                             ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
:ASE #: 2000-02753-CFA                                           PAGE: 22

** CRIMINAL ACTION DOCKET -----------------------------------------------------
   DATE        DESCRIPTION                                       DOC PG SEQ
-------------------------------------------------------------------------------
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $105.00//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $175.00//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $105.00//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $56.00//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $226.18//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $177.00//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $245.00//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $101.50//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $119.00//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $178.00//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $245.70//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $50.40//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $108.50//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $84.00//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $134.75//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
```

```
prgrm name*
  Date: 11/25/2002                                              Page: 23
  Time: 11:43:58                                                *prgrm name*
                  J.K. "BUDDY" IRBY, CLERK OF THE COURT
                        ALACHUA COUNTY, FLORIDA
----------------------------------------------------------------------------
:ASE #: 2000-02753-CFA                           .                PAGE: 23

** CRIMINAL ACTION DOCKET -------------------------------------------------
      DATE         DESCRIPTION                              DOC PG SEQ
----------------------------------------------------------------------------
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $197.75//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $76.27//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002  LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT
   10/07/2002  $105.00//PAID
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002  LIGHT-WORK LABS   IN THE AMOUNT OF $ 20.00//PAID
   10/07/2002  ORDER FOR PAYMENT OF EXPERT WITNESS FEE TO BERNA
   10/07/2002  MARIA, M.D.M.B.A. IN THE AMOUNT OF $5500.00 // L
   10/07/2002  MOTION FOR PAYMENT OF EXPERT WITNESS FEE
   10/07/2002  ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT CONCERNIN
   10/07/2002  PAYMENT OF EXPERT WITNESS
   10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/07/2002   WRIGHT TRAVEL  IN THE AMOUNT OF $ 572.50//PAID
   10/08/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/08/2002  ESQUIRE DEPOSITION SERVICES  IN THE AMOUNT OF $
   10/08/2002  // PAID
   10/08/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/08/2002   HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF $ 126
   10/08/2002  // PAID
   10/08/2002  MOTION FOR PAYMENT OF EXPERT WITNESS FEE
   10/08/2002  ALACHUA CO. ATTORNEY'S ANNOUNCEMENT CONCERNING P
   10/08/2002  OF EXPERT WITNESS
   10/08/2002  ORDER FOR PAYMENT OF EXPERT WITNESS FEE / $3300.
   10/08/2002  GAINESVILLE PATHOLOGY GROUP // LOTT //////// PAI
   10/15/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   10/15/2002   BERNARD L. MARIA, MD., M.B.A.  IN THE AMOUNT OF
   10/15/2002  $7955.49/PAID /
   10/15/2002  MOTION FOR PAYMENT OF EXPERT WITNESS FEE
   10/15/2002  ALACHUA COUNTY ATTORNEY'S ANNOUECEMENT CONCERNING
   10/15/2002  PAYMENT OF EXPERT WITNESS
   10/15/2002  ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE A
   10/15/2002  OF $8,000.0 TO STEPHEN J. NELSON, MD., PA,//PIER
   10/15/2002  MOTION FOR PAYMENT OF STATE WITNESS
   10/15/2002  ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
   10/15/2002  CONCERNING PAYMENT OF STATE WITNESS
   10/15/2002  ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
   10/15/2002  / PAID // LOTT
   10/15/2002  MOTION FOR PAYMENT OF STATE WITNESS
   10/15/2002  ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
   10/15/2002  CONCERNING PAYMENT OF STATE WITNESS
   10/15/2002  ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
```

```
prgrm name*
   Date: 11/25/2002                                                    Page: 24
   Time: 11:43:58                                                      *prgrm name*

                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                          ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
ASE #: 2000-02753-CFA                                              PAGE: 24

** CRIMINAL ACTION DOCKET ------------------------------------------------------
     DATE         DESCRIPTION                                     DOC PG SEQ
--------------------------------------------------------------------------------
   10/15/2002 / PAID // LOTT
   10/17/2002 LETTER TO JUDGE LOTT FROM PROBATION AND PAROLE
   10/17/2002 ORDER SETTING DISPOSITION DATE / FRIDAY, 8 NOVEM
   10/17/2002 2002 AT 9:00 AM // LOTT
   10/29/2002 ORDER DENYING MOTION FOR NEW TRIAL // LOTT
   10/30/2002 MOTION FOR JUDGEMENT FOR COSTS
   10/30/2002 NOTICE OF HEARING ON  110802  AT / 9:00AM  / LOT
   11/01/2002 ADDENDUM TO MOTION FOR JUDGMENT FOR COSTS
   11/07/2002 SECOND ADDENDUM TO MOTION FOR JUDGEMENT FOR COST
   11/08/2002 MOTION FOR ADVANCE PAYMENT OF STATE WITNESS / PA
   11/08/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
   11/08/2002 CONCERNING PAYMENT OF STATE WITNESS
   11/08/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE WITNE
   11/08/2002 //PAID
   11/08/2002 PICTURE OF VICTIM
   11/08/2002 TRANSCRIPT OF MOTION TO DISMISS INDICTMENT ON 09
   11/08/2002 BEFORE JUDGE LOTT
   11/08/2002 PSI (ENVELOPE)
   11/08/2002 DECORUM ORDER AS TO MEDIA;
   11/08/2002 -MEDIA PERSONNEL SHALL REMAIN IN THE GALLERY SEA
   11/08/2002 DURING THE JURY SELECTION, TRIAL OR HEARING
   11/08/2002 -GAINESVILLE SUN IS THE ONLY MEDIA WHO HAS REQUE
   11/08/2002 AND HAS BEEN AUTHORIZED TO BRING A STILL CAMERA
   11/08/2002 THE COURTROOM FOR JURY SELECTION, TRIAL OR HEARI
   11/08/2002 -ONLY ONE STILL CAMERA WILL BE ALLOWED IN COURTR
   11/08/2002 -NO INTERVIEWS RELATED TO THIS TRIAL/HEARING WIL
   11/08/2002 CONDUCTED INSIDE THE COURTHOUSE // LOTT
   11/08/2002 AMENDED DECORUM ORDER AS TO MEDIA // LOTT
   11/08/2002 PRESENT WITH ATTORNEY                           00000
   11/08/2002 TRIAL TYPE/JURY AS TO CNT:                      00000   001
   11/08/2002 DEF PLED NOT GLTY AS TO CNT:                    00000   001
   11/08/2002 DEFENDANT FOUND GUILTY BY JURY AS TO CNT:       00000   001
   11/08/2002 ADJUDICATED GUILTY          AS TO CNT:          00000   001
   11/08/2002 DEFENDANT SENTENCED AS TO CNT:                  00000   001
   11/08/2002 DEFENDANT ASSESSED    314.00 AS TO CNT:         00000   001
   11/08/2002 DEF SENTENCED TO PRISON    15 y  m  d AS TO CNT: 00000  001
   11/08/2002 DEF GIVEN CREDIT FOR TIME SRVD  0347 days ON CNT 00000  001
   11/08/2002 ORDER ESTABLISHING MONETARY SUMS - TOTAL SUMS OR
   11/08/2002 SHALL BE PAID THROUGH THE CLERK OF COURT IN FULL
   11/08/2002 //LOTT
   11/08/2002 VICTIM NOTIFICATION DATA SHEET
   11/08/2002 RESTITUTION LIEN ORDER - EVIDENTIARY HEARING TO
   11/08/2002 DEFENDANT DOES NOT WAIVE HIS PRESENCE
   11/08/2002 COURT RESERVES AND RETAINS JURISDICTION AS TO
   11/08/2002 RESTITUTION // LOTT
```

```
prgrm name*
  Date: 11/25/2002                                                  Page: 25
  Time: 11:43:58                                                    *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                        ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
ASE #: 2000-02753-CFA                                              PAGE: 25

 ** CRIMINAL ACTION DOCKET ---------------------------------------------------
      DATE         DESCRIPTION                                  DOC PG SEQ
-------------------------------------------------------------------------------
     11/08/2002 SCORE SHEET//TOTAL  181.2
     11/08/2002 AMENDED JUDGEMENT AS TO CRIME // LOTT
                OR BOOK: 2552   OR PAGE: 1194
     11/08/2002 ORDER REQUIRING TRANSCRIPTION OF TRIAL TESTIMONY
     11/14/2002 DOC COMMITMENT PACKET SENT TO ASO   11-13-2002//B
     11/14/2002 ADJUDICATORY JUDGMENT OF  110802
                OR BOOK: 2552   OR PAGE: 1195
     11/15/2002 REOPENED CASE CLOSED 11082002                    00000C
     11/15/2002 NOTICE OF HEARING ON  112202  AT / 9:00 AM  / LO
     11/15/2002 MOTION FOR SUPERSEDEAS BOND
     11/20/2002 NOTICE OF FILING
     11/22/2002 APPEAL FILED 11222002                            00000
     11/22/2002 COURT MINUTES - MOTION FOR SUPERSEDEAS BOND ON C
     11/22/2002 NUMBER 01-2000CF2753A, 01-2000CF2660A - RULING:
     11/22/2002 P.D APPOINTED FOR APPEAL
     11/22/2002 APPLICATION FOR APPOINTMENT OF PUBLIC DEFENDER A
     11/22/2002 AFFIDAVIT OF INDIGENCY & PUBLIC DEFENDER APPOINT
     11/22/2002 //LOTT
     11/22/2002 NOTICE OF APPEAL REGARDING JUDGMENT/SENTENCE
     11/22/2002 DIRECTIONS TO THE CLERK
     11/22/2002 DESIGNATION TO REPORTER AND REPORTER'S ACKNOWLED
     11/22/2002 ***PUBLIC DEFENDER PUT ON AS SPECIAL PERSON***
     11/22/2002 STATEMENT OF JUDICIAL ACTS TO BE REVIEWED
     11/22/2002 DESIGNATION OF PUBLIC DEFENDER, SECOND JUDICIAL
     11/22/2002 FOR THE HANDLING OF APPEAL/FILED BY GORDON GROLA
     11/22/2002 MAILED CERTIFIED COPY OF NOTICE OF APPEAL AND CO
     11/22/2002 JUDGMENT/SENTENCE TO FIRST DISTRICT COURT OF APP
     11/22/2002 ONLY TO ATTORNEY GENERAL, ATTORNEY GROLAND, & NA
     11/22/2002 PUBLIC DEFENDER SECOND JUDICIAL CIRCUIT
     11/22/2002 COPY OF SEALED APPLICATION & AFFIDAVIT FOR SEARC
     11/22/2002 SEARCH WARRANT/RETURN PLACED IN FILE FROM COMPAN
     11/22/2002 2000-2660-CFA
```

## Evidence Inventory for  01-2000-CF-002753-A

## OF FLORIDA vs HERLIHY, BRIAN

### DEFENDANT HERLIHY, BRIAN

| D. A | DOCUMENTS | 2 page copy of a Diagram of Apartment and bed (MOVED TO VOLUME II IN TRIAL AS STATE'S 62 |
| 850542 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

### STATE OF FLORIDA

| S. 1 | DOCUMENTS | 1 page original titled "Consent to Search" dated 8/2/2000 for residence search ( (MOVED TO VOLUN STATE'S 72). |
| 850544 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| 2 | DOCUMENTS | 1 page original titled "Consent to Search" dated 8/2/2000 for vehicle search (NOT USED IN TRIAL). |
| 850545 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 3 | DOCUMENTS | 1 page original of a document titled "Waiver" Case Report No. 00-13656 dated 8/2/2000 for Brian He VOLUME II IN TRIAL AS STATE'S 71). |
| 850546 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

Page 1 of 1

## Evidence Inventory for  01-2000-CF-002753-A

## OF FLORIDA vs HERLIHY, BRIAN

### DEFENDANT HERLIHY, BRIAN

| D. 1 | PHOTOGRAPH | 1 4 by 6 color photo of a  white bear wearing white boxers with red hearts on it.  Attached to bear is a Thank You I just wanted to say thank you for everything. Crystal |
|---|---|---|
| 852202 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| D. 2 | PHOTOGRAPH | 1 4 by 6 color photo of a white bear on a table in front of a lamp. |
| 852204 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| D. 3 | DOCUMENTS | 7 pg. copy of a Curriculum Vitae of Dr. John Jerome Plunkett dated January 4, 2001. |
| 852803 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| D. 4 | DOCUMENTS | 2 pg. copy of a Curriculum Vitae of Ronald H. Uscinski, M.D., F.A.C.S. |
| 852802 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| D. 5 | DOCUMENTS | 13 pg. copy of Shands Hospital at AGH Medical Records for Quirello, Crystal dated 07/25/2000. |
| 851389 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| D. 6 | DOCUMENTS | 11 pg. copy of Shands Hospital at AGH Medical Records of Quirello, Crystal dated 07/13/2000. |
| 851390 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| D. A | PHOTOGRAPH | 1 4 by 6 color photo of a bed with various items on it. There is a radio in the bottom left hand corner f |
| 853998 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| D. B | PHOTOGRAPH | 1 4 by 6 color photo of a bed with various items on it and a ceiling fan above it. |
| 853999 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| D. C | PHOTOGRAPH | 1 4 by 6 color photo of a bed with a clear plastic bag near foot of bed with blankets in it. |
| 854000 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| D. F | PHOTOGRAPH | 1 enlarged color photo of a brain. ( Identical to Defense G) |
| 854001 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| D. G | PHOTOGRAPH | 1 enlarged color photo of a brain. ( Identical to Defense F) |
| 854002 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

### STATE OF FLORIDA

| S. D | DOCUMENTS | 1 pg. copy of a Shands Health Care Delivery Information Form. |
|---|---|---|
| 854003 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 1 | DOCUMENTS | 306 pg. copy of Shands Health Care Medical Records for Quirello, Robert. |
| 851391 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

Page 1 of 13

## Evidence Inventory for 01-2000-CF-002753-A

## OF FLORIDA vs HERLIHY, BRIAN

### STATE OF FLORIDA

| | | |
|---|---|---|
| S. 2A | PHOTOGRAPH | 1 4 by 6 color photo of a white male holding a baby. |
| 851393 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 2B | PHOTOGRAPH | 1 4 by 6 color photo of a baby wearing pajamas with airplanes on the design looking straight at came |
| 851394 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 2C | PHOTOGRAPH | 1 4 by 6 color photo of a baby wearing pajamas with airplanes on the design and looking at his hand. |
| 851395 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 2D | PHOTOGRAPH | 1 4 by 6 color photo of a baby looking at a mobile wearing blue and white striped shirt. |
| 851396 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 2E | PHOTOGRAPH | 1 4 by 6 color photo of a baby looking at a mobile wearing a white shirt with a fish design. |
| 851397 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 2F | PHOTOGRAPH | 1 4 by 6 color photo of a close up of a baby looking at a mobile wearing a white shirt with a fish desig |
| 851399 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 2G | PHOTOGRAPH | 1 4 by 6 color photo of a baby in a baby tub. |
| 851400 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 3 | DOCUMENTS | 1 pg. copy of Boys: Birth to 36 months physical growth NCHS Percentiles Name: Robert Quirello. |
| 851401 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 4 | DOCUMENTS | 1 pg. copy of Boys: Birth to 36 months physical Growth NCHS Percentiles Name: Querillo Record # |
| 851402 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 5 | DOCUMENTS | 1 Doctor's Chart #15773 Labeled 02 QU Quirello, Crystal containing 49 pages of medical records. |
| 851403 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 6 | DOCUMENTS | 1 Customer Copy of a Sales Slip from Duds N Suds for $6.90 customer name: Crystal D Quirello. |
| 851404 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 7 | DOCUMENTS | 1 Fast Pay Receipt from Sprint #3 2320 SW Archer Rd. Gainesville, FL. dated 08/02/00. |
| 851405 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 8 | DOCUMENTS | 1 dark blue ESPN baby's outfit. |
| 851407 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

Page 2 of 13

## Evidence Inventory for  01-2000-CF-002753-A

## OF FLORIDA vs HERLIHY, BRIAN

### STATE OF FLORIDA

| S. 9 | MAGNETIC MEDIUM | 1 white audio cassette tape labeled 1015 SW 9 St. A21 00-2753CFA 911 Brian Herlihy 00-13656. |
|---|---|---|
| 851438 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 10 | DOCUMENTS | 30 pg. copy of Curriculum Vitae of Dr. Anne Dickison, M.D. |
| 851626 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 11 | LABORATORY SAMPLES | 1 manilla envelope labeled 105200, 00-13656 BL-2, 119-I-16 Purple Top Blood From R. Quirello date |
| 851677 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 12 | LABORATORY SAMPLES | 1 white envelope labeled 105200, 00-13656, 388-I-2 dated 4/26/2001. |
| 851678 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 13 | LABORATORY SAMPLES | 1 white envelope labeled 105200, 00-13656, 388-I-3 dated 04/26/2001. |
| 851679 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 14 | LABORATORY SAMPLES | 1 white envelope labeled 105200, 00-13656, 388-I-4 dated 04/26/2001. |
| 851693 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 15 | FIBER/SAMPLES | 1carpet cut out grey in color labeled 200104028441, Ex 388-I-10, 10 DEC 01 NMP. |
| 851694 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 16A | HOUSWARES | 1 pillow case with design and black trim labeled 20010402844-001, Ex 388-I-11,  10 DEC 01. |
| 852175 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 16B | HOUSWARES | 1 white pillow labeled 20010402844, Ex 388-I-11, 10 DEC 01. |
| 852174 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 17A | HOUSWARES | 1 white pillow case labeled 20010402844-001, Ex 388-I-12, 10 DEC 01. |
| 852171 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 17B | HOUSWARES | 1 white pillow with flower design labeled 20010402844, Ex 388-I-12. |
| 852172 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 18A | HOUSWARES | 1 pillow case with design labeled 20010402844-001, Ex 388-I-13A, 10 DEC 01. |
| 851870 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 18B | HOUSWARES | 1 tan color pillow case labeled 20010402844-001, Ex 388-I-13B, 10 DEC 01. |
| 851869 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

## Evidence Inventory for 01-2000-CF-002753-A

## OF FLORIDA vs HERLIHY, BRIAN

### STATE OF FLORIDA

| | | |
|---|---|---|
| S. 18C | HOUSWARES | 1 white pillow labeled 20010402844-001, Ex 388-I-13C,10 DEC 01. |
| 851868 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 19A | HOUSWARES | 1 white pillow cover labeled 20010402844-001, Ex 388-I-15A, 10DEC 01. |
| 851861 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 19B | HOUSWARES | 1 pillow with flower design labeled 20010402844-001, Ex 388-I-15B, 10 DEC 01. |
| 851865 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 20 | HOUSWARES | 1 brown bag labeled 105200, 00-13656, 388-I-19 containing 1 throw pillow with design and black trim 20010402844-001, Ex 388-I-19, 10 DEC 01. |
| 852177 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 21A | CLOTHING/BELONGINGS | 1 brown bag labeled 20010402844-001, Ex 388-I-32 a-d, 10 DEC 01 containing 1 white under shirt la 20010402844-001, Ex 388-I-32A, 10 DEC 01. |
| 852194 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 21B | HOUSWARES | 1 brown bag labeled 20010402844-001, Ex 388-I-32 a-d, 10 DEC 01 containing 1 white towel labeled 388-I-32D, 10 DEC 01. |
| 852197 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 21C | HOUSWARES | 1 brown bag labeled 20010402844-001, Ex 388-I-32 a-d, 10 DEC 01 containing 1 white hand towel w labeled 20010402844-001, Ex 388-I-32b, 10 DEC 01. |
| 852198 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 21D | HOUSWARES | 1 brown bag labeled 20010402844-001, Ex 388-I-32 a-d, 10 DEC 01 containing 1 white hand towel w 20010402844-001, Ex 388-I-32C, 10 DEC 01. |
| 852196 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 21E | HOUSWARES | 1 brown bag labeled 20010402844-001, Ex 388-I-32 a-d, 10 DEC 01 containing 1 blue plastic Walma labeled 20010402844-001, Ex 388-I-32, 10 DEC 01. |
| 852199 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 22 | HOUSWARES | 1 brown bag labelded 105200, 00-13656, 388-I-33 containing 1bed comforter. |
| 851860 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 23A | HOUSWARES | 1 brown bag labeled 105200, 00-13656, 388-I-34 containing 1 white and red striped bed sheet. |
| 852179 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 23B | HOUSWARES | 1 brown bag labeled 105200, 00-13656, 388-I-34 containing 1 white and red striped bed sheet with e |
| 852178 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 24A | PHOTOGRAPH | 1 4 by 6 color photo of an apartment building A. |
| 851881 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

# Evidence Inventory for   01-2000-CF-002753-A

## OF FLORIDA vs HERLIHY, BRIAN

**STATE OF FLORIDA**

| S. 24B | PHOTOGRAPH | 1 4 by 6 color of a close up of a stair way. |
|---|---|---|
| 851882 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 24C | PHOTOGRAPH | 1 4 by 6 color of a close up of a balcony. |
|---|---|---|
| 851883 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 24D | PHOTOGRAPH | 1 4 by 6 color photo of a bed with a canopy. |
|---|---|---|
| 851884 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 24E | PHOTOGRAPH | 1 4 by 6 color photo of a bed with a pillow at the foot of the bed. |
|---|---|---|
| 851885 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 24F | PHOTOGRAPH | 1 4 by 6 color photo of close up of a dresser with a baby bottle on it. |
|---|---|---|
| 851886 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 24G | PHOTOGRAPH | 1 4 by 6 color photo of picture of a bed with several items on it. |
|---|---|---|
| 851887 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 24H | PHOTOGRAPH | 1 4 by 6 color photo of a bed with a closet door open. |
|---|---|---|
| 851888 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 24I | PHOTOGRAPH | 1 4 by 6 color photo of a white stain on grey carpet. |
|---|---|---|
| 851889 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 24J | PHOTOGRAPH | 1 4 by 6 color photo of a bed with comforter. |
|---|---|---|
| 851890 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 24K | PHOTOGRAPH | 1 4 by 6 color photo of an open bathroom door with sink visible. |
|---|---|---|
| 851891 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 24L | PHOTOGRAPH | 1 4 by 6 color photo of a shower with toilet to the left. |
|---|---|---|
| 851892 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 24M | PHOTOGRAPH | 1 4 by 6 color photo of close up of bathroom. |
|---|---|---|
| 851893 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 24N | PHOTOGRAPH | 1 4 by 6 color photo of a door way. |
|---|---|---|
| 851894 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

## Evidence Inventory for  01-2000-CF-002753-A

## OF FLORIDA vs HERLIHY, BRIAN

### STATE OF FLORIDA

| | | |
|---|---|---|
| S. 24O | PHOTOGRAPH | 1 4 by 6 color photo of a closet with various items inside. |
| 851895 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 24P | PHOTOGRAPH | 1 4 by 6 color photo of a blue baby bag. |
| 851896 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 25 | HOUSWARES | 1 small brown bag labeled 105200, 00-13656, 388-I-1 containing 1 clear baby bottle with fish on it cor |
| 852201 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 26A | PHOTOGRAPH | 1 color polaroid of the foot of a bed. Labeled 1 |
| 851872 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 26B | PHOTOGRAPH | 1 color polaroid of the head of a bed with a radio on it facing the camera. Labeled 2 |
| 851873 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 26C | PHOTOGRAPH | 1 color polaroid of a bed with a radio on it facing away from the camera. Labeled 3 |
| 851874 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 26D | PHOTOGRAPH | 1 color polaroid of a dresser with a baby bottle on the corner. Labeled 4 |
| 851875 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 26E | PHOTOGRAPH | 1 color polaroid of a pillow at the foot of a bed. Labeled 5 |
| 851876 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 26F | PHOTOGRAPH | 1 color polaroid of the railing at the foot of the bed. Labeled 6 |
| 851877 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 26G | PHOTOGRAPH | 1 color polaroid of grey carpet with a white stain. Labeled 7 |
| 851878 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 26H | PHOTOGRAPH | 1 color polaroid of a night stand with a baby bag on it. Labeled 8 |
| 851879 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 27 | PHOTOGRAPH | 1 TDK HG ultimate TC-30 VHS video tape labeled 00-13656. |
| 851928 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 28 A | PHOTOGRAPH | 1 4 by 6 color photo of an apartment building A. |
| 851929 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

## Evidence Inventory for   01-2000-CF-002753-A

## OF FLORIDA vs HERLIHY, BRIAN

### STATE OF FLORIDA

| | | |
|---|---|---|
| S. 28 B | PHOTOGRAPH | 1 4 by 6 color photo of bathroom sink and counter with black trash can on counter. |
| 851931 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 28 C | PHOTOGRAPH | 1 4 by 6 color photo of bathroom sink and counter with black trash can on counter. (identical to S. 28 |
| 851953 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 28 D | PHOTOGRAPH | 1 4 by 6 color photo of a shower with the curtain half closed. |
| 851932 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 28 E | PHOTOGRAPH | 1 4 by 6 color photo of a box of Pampers Baby Fresh wipes on counter with various other items. |
| 851933 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 28 F | PHOTOGRAPH | 1 4 by 6 color photo of a bed with a clear plastic bag at foot of bed containing blankets. |
| 851934 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 28 G | PHOTOGRAPH | 1 4 by 6 color photo of a night stand next to a bed with a blue baby bag on it. |
| 851935 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 28 H | PHOTOGRAPH | 1 4 by 6 color photo of close up of bed with various items on it. |
| 851936 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 28 I | PHOTOGRAPH | 1 4 by 6 color photo of a dresser with mirror attached |
| 851937 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 28 J | PHOTOGRAPH | 1 4 by 6 color photo of the railing at the foot of a bed with a white plasitc cup on the floor. |
| 851939 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 28 K | PHOTOGRAPH | 1 4 by 6 color photo of towel and a blue baby bag next to it. |
| 851938 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 28 L | PHOTOGRAPH | 1 4 by 6 color photo of a white towel with red strip on dresser. |
| 851940 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 28 M | PHOTOGRAPH | 1 4 by 6 color photo of grey carpet with a white stain on it. |
| 851941 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 28 N | PHOTOGRAPH | 1 4 by 6 color photo of a bed with close up of clear plastic bag containing blankets on the foot of a b |
| 851942 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

## Evidence Inventory for  01-2000-CF-002753-A

## OF FLORIDA vs HERLIHY, BRIAN

### STATE OF FLORIDA

| S. 28 O | PHOTOGRAPH | 1 4 by 6 color photo of a glass table with an answering machine on it, CD, and a pair of baby socks. |
| 851943 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 28 P | PHOTOGRAPH | 1 4 by 6 color photo of a bed with a brown cloth with black pok a dots on it on a bed. |
| '851944 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 28 Q | PHOTOGRAPH | 1 4 by 6 color photo of a bed with various items on it. |
| 851945 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 28 R | PHOTOGRAPH | 1 4 by 6 color photo of a close up of a brown cloth with black pock a dots and a wrench handle showir |
| 851946 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 28 S | PHOTOGRAPH | 1 4 by 6 color photo of grey carpet with a white stain on it. |
| 851947 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 28 T | PHOTOGRAPH | 1 4 by 6 color photo of a closet with a baby's outfit hanging in the center of the closet. |
| 851948 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 28 U | PHOTOGRAPH | 1 4 by 6 color photo of a blue plastic bag hanging in closet with clothing in it. |
| 851949 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 28 V | PHOTOGRAPH | 1 4 by 6 color photo of a striped baby's outfit on a bed. |
| 851950 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 28 W | PHOTOGRAPH | 1 4 by 6 color photo of white pad with blue trim laying on grey carpet. |
| 1951 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 28 X | PHOTOGRAPH | 1 4 by 6 color photo of a bed frame on grey carpet. |
| 851952 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 28 Y | PHOTOGRAPH | 1 4 by 6 color photo of a white stain on grey carpet. |
| 851956 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 28 Z | PHOTOGRAPH | 1 4 by 6 color photo of a bed frame with a white plastic cup under it. |
| 851957 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 28AA | PHOTOGRAPH | 1 4 by 6 color photo of bed frame with dresser in the back ground. |
| 851958 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

## Evidence Inventory for  01-2000-CF-002753-A

## OF FLORIDA vs HERLIHY, BRIAN

### STATE OF FLORIDA

| | | |
|---|---|---|
| S. 28BB<br>851959 | PHOTOGRAPH<br>@ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | 1 4 by 6 color photo of a room with a plastic white cup lying in the middle of the room. |
| S. 28CC<br>851960 | PHOTOGRAPH<br>@ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | 1 4 by 6 color photo of a dress with a mirror attached with two pillows on the dresser. |
| S. 28DD<br>851961 | PHOTOGRAPH<br>@ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | 1 4 by 6 color photo of grey carpet with a square section cut out. |
| S. 28EE<br>851962 | PHOTOGRAPH<br>@ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | 1 4 by 6 color photo of close up of a sqaure cut out of grey carpet. |
| S. 28FF<br>851963 | PHOTOGRAPH<br>@ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | 1 4 by 6 color photo of an open closet door. |
| S. 29<br>852169 | HOUSWARES<br>@ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | 1 white pillow inside of a red and white striped pillow case. (Identical to S. 30) |
| S. 30<br>852168 | HOUSWARES<br>@ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | 1 white pillow inside of a red and white striped pillow case. (Identical to S. 29) |
| S. 31<br>851900 | HOUSWARES<br>@ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | 1 brown bag labeled 105200, 00-13656, 388-I-17 containing a black throw pillow. |
| S. 32<br>851919 | CLOTHING/BELONGINGS<br>@ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | 1 brown bag labeled 105200, 00-13656, 388-I-18 containing 1 black throw pillow. |
| S. 33<br>851917 | CLOTHING/BELONGINGS<br>@ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | 1 brown bag labeled 105200, 00-13656, 388-I-20 containing one striped baby's outfit with a bear on i |
| S. 34<br>851902 | CLOTHING/BELONGINGS<br>@ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | 1 brown bag labeled 105200, 00-13656, 388-I-21 containing a white cloth which reads Daddy's Little |
| S. 35<br>851911 | CLOTHING/BELONGINGS<br>@ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | 1 small brown bag labeled 105200, 00-13656, 388-I-22 containing a pair of dark blue and red baby so |
| S. 36<br>851912 | CLOTHING/BELONGINGS<br>@ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | 1 small brown bag labeled 105200, 00-13656, 388-I-23 containing white and brown wash cloth. |

# Evidence Inventory for  01-2000-CF-002753-A

## OF FLORIDA vs HERLIHY, BRIAN

### STATE OF FLORIDA

S. 37   CLOTHING/BELONGINGS          1 small brown bag labeled 105200, 00-13656, 388-I-24 containing a white hand towel with two red st
851914   @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/

S. 38   CLOTHING/BELONGINGS          1 brown bag labeled 105200, 00-13656, 388-I-25 containing a baby blanket with stars, moons, and b
851908   @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/

S. 39   CLOTHING/BELONGINGS          1 brown bag labeled 00-13656, 388-I-26 containing a black wash cloth.
851906   @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/

S. 40   CLOTHING/BELONGINGS          1 brown bag labeled 105200, 00-13656, 388-I-27 containing one white pad with blue trim.
851916   @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/

S. 41   CLOTHING/BELONGINGS          1 brown bag labeled 105200, 00-13656, 388-I-28 containing a blue Winnie the Pooh baby bag.
851974   @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/

S. 42   HOUSWARES                    1 brown bag labeled 105200, 00-13656, 388-I-29 containing one Shands at AGH bag.
852193   @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/

S. 43   HOUSWARES                    1 brown bag labeled 105200, 00-13656, 388-I-30 containing 1 pink, green, and tan striped towel.
852180   @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/

S. 44   CLOTHING/BELONGINGS          1 brown bag labeled 105200, 00-13656, 388-I-31 containing one red baby shirt and overall outfit ma
                                     Company on a black plastic hanger.
852189   @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/

S. 45   HOUSWARES                    1 brown bag labeled 105200, 00-13656, 388-I-35 containing a dust ruffle.
851922   @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/

S. 46   CLOTHING/BELONGINGS          1 small brown bag labeled 105200, 00-13656, 388-I-36 containing a white and brown wash cloth.
851915   @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/

S. 47   CLOTHING/BELONGINGS          1 brown bag labeled 105200, 00-13656, 388-I-37 containing 1 box of Pampers Baby Fresh Baby Wi
851965   @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/

S. 48   CLOTHING/BELONGINGS          1 brown bag labeled 105200, 00-13656, 388-I-38 containing a pair of white K-Swiss baby shoes.
851903   @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/

S. 49   CLOTHING/BELONGINGS          1 brown bag labeled 105200, 00-13656, 388-I-39 containing 1 white Osh Kosh baby's oufit with she
851904   @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/

# Evidence Inventory for  01-2000-CF-002753-A

## OF FLORIDA vs HERLIHY, BRIAN

### STATE OF FLORIDA

| | | |
|---|---|---|
| S. 50 | CLOTHING/BELONGINGS | 1 brown bag labeled 105200, 00-13656, 388-I-40 containing 1 white plastic bag of Pampers Baby Fre unopened. |
| 852191 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 51 | CLOTHING/BELONGINGS | 1 brown bag labeled 105200, 00-13656, 388-I-41 containing 1 clear plastic baby bottle. |
| 851910 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 52 | CLOTHING/BELONGINGS | 1 brown bag labeled 32, 105200, 00-13656, 388-I-42 containing 1 Winnie the Pooh bowl,  packet of E Formula with Iron, a Winnie the Pooh Pacifier, and two white plastic tops. |
| 52186 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 53 | CLOTHING/BELONGINGS | 1 brown bag labeled 105200, 00-13656, 388-I-43 containing one Winnie the Pooh cup and spoon an baby's bottle with cap and lid. |
| 851921 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 54 | HOUSWARES | 1 small brown bag labeled 105200, 00-13656, 388-I-44 containing 2 jars of Heinz baby one Bananas Apple Dessert. |
| 851923 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 55 | CLOTHING/BELONGINGS | 1 small brown bag labeled 105200, 00-13656, 388-I-45 containing one Sylvester the Cat theething ri |
| 851905 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 56 | PHOTOGRAPH | 1 4 by 6 color photo of a couch and a lamp with a Navy Seal Team hat on it and a white Teddy Bear lamp. |
| 851975 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 57 | PHOTOGRAPH | 1 4 by 6 color photo of a deceased baby lying face up. |
| 851984 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| 58 | PHOTOGRAPH | 1 4 by 6 color photo of a deceased baby lying on it's stomach. |
| 851983 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 59 | PHOTOGRAPH | 1 4 by 6 color photo of a skull with the skull cap pulled back exposing the brain. |
| 851978 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 60 | PHOTOGRAPH | 1 4 by 6 color photo of a top view of a brain. |
| 851980 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 61 | PHOTOGRAPH | 1 4 by 6 color photo of a skull with the skull cap pulled back exposing the brain. |
| 851981 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 62 | DOCUMENTS | 2 pg. copy of a crime scene diagram dated 8/2 case # 00-13656. |
| 852491 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

## Evidence Inventory for  01-2000-CF-002753-A

## OF FLORIDA vs HERLIHY, BRIAN

### STATE OF FLORIDA

| | | |
|---|---|---|
| S. 63 | DOCUMENTS | 19 pg. copy of the Curriculum Vitae of Bernard L. Maria M.D., M.B.A. dated July 2001. |
| 852492 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 64 | DOCUMENTS | 4 pg. copy of a Curriculum Vitae of Dr. Lawerence M. Levine dated September 2002. |
| 852617 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 65 | PHOTOGRAPH | 1 enlarged photo of the inside of an eye. |
| 852618 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 66 | PHOTOGRAPH | 1 enlarged photo of the inside of an eye. |
| 852619 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 67 | PHOTOGRAPH | 1 enlarged photo of the inside of an eye. |
| 852620 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 68 | PHOTOGRAPH | 1 enlarged photo of the inside of an eye. |
| 852621 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 69 | PHOTOGRAPH | 1 enlarged photo of the inside of an eye with white trim lining the photo.. |
| 852622 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 70 | PHOTOGRAPH | 1 enlarged photo of the inside of an eye with white trim lining the photo.. |
| 852623 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 71 | DOCUMENTS | 1 pg. original Waiver case report # 00-13656 dated 8-2-00 for Brian Herlihy. |
| 852859 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 72 | DOCUMENTS | 1 pg. original Consent To Search Form CR# 00-13656 dated 8-2-00 for Brian Herlihy. |
| 852865 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 73 | MAGNETIC MEDIUM | 1 TDK D60 audio tape labeled 00-13656, 119-I5. (Same tape as State's 74) |
| 852870 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 74 | MAGNETIC MEDIUM | 1 TDK D60 audio tape labeled 00-13656, 119-15. ( Same tape as State's 73) |
| 852940 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |
| S. 75 | DOCUMENTS | 1 pg. original Waiver case report #00-13656 dated 8-3-00 for Brian Herlihy. |
| 852860 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

## Evidence Inventory for  01-2000-CF-002753-A

## OF FLORIDA vs HERLIHY, BRIAN

**STATE OF FLORIDA**

| S. 76A | HOUSWARES | 1 queen size box spring with flower design. |
| 853121 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 76B | HOUSWARES | 1 queen size matress with flower design. |
| 853122 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 76C | HOUSWARES | 1 black metal head board. |
| 853123 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 76D | HOUSWARES | 1 black metal foot board. |
| 853125 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 76E | HOUSWARES | 1 right side of a bed frame. |
| 853126 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 76F | HOUSWARES | 1 left side of a bed frame. |
| 853127 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 76G | HOUSWARES | 1 center peice of a bed frame. |
| 853128 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

| S. 77 | MISCELLANEOUS | 1 white anatomically correct doll. |
| 852871 | @ /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/ | |

☐ ARREST ☐ SWORN COMPLAINT ☐ HOLD

OBTS NUMBER: 0102021473

AGENCY CASE REPORT NUMBER: 00-13656

EIGHTH JUDICIAL CIRCUIT

AGENCY ORI/CASE NUMBER: 00-13656

**DEFENDANT**

NAME OF SUBJECT (LAST, FIRST, MI): HERLIHY BRIAN PATRICK
ALIAS/MAIDEN: OLD JO-8302 1645

911 HOME ADDRESS (STREET, APARTMENT NUMBER, ETC.): 1015 SW 9 St. #A21
CITY: Gainesville
STATE: FL
ZIP CODE: 32601
TELEPHONE NUMBER: (352) 2710466

BUSINESS/SCHOOL ADDRESS (STREET, APARTMENT NUMBER, PO BOX, ETC.): Walmart-Archer Rd.
CITY: Gainesville
STATE: FL
ZIP CODE: 32605
TELEPHONE NUMBER: (352) 3714438

MAILING ADDRESS (PO BOX, ETC. IF DIFFERENT THAN 911 ADDRESS):
SCARS, MARKS, TATTOOS, FACIAL HAIR, UNIQUE PHYSICAL FEATURES (LOCATION, TYPE, DESCRIPTION):

RACE: ☒ WHITE ☐ AMERICAN INDIAN ☐ BLACK ☐ ASIAN/ORIENTAL
SEX: M
DATE OF BIRTH:
HEIGHT: 5'8
WEIGHT: 170
HAIR COLOR: bro
EYE COLOR: bro
COMPLEXION: med
BUILD: med

DRIVERS LICENSE/STATE ID/ID:
SOCIAL SECURITY NUMBER:
PHOTO NUMBER:
PLACE OF BIRTH: Fayetteville NC
COUNTRY OF CITIZENSHIP: US

SUBJECT'S OCCUPATION: manager
SPN NUMBER: 1993000969
AGENCY ORI ID: FL0010100
SO ID/AGENCY ID/ID: 93-00345
BOOKING NUMBER: 00-10031

LOCATION OF ARREST: 3333 NE 3° Ave.
DATE OF ARREST: 8-10-00
TIME OF ARREST (MILITARY): 1640
DATE OF BOOKING: 8-10-00
TIME OF BOOKING (MILITARY): 1640

SUBJECT IDENTIFIED BY WHOM (VICTIM, WITNESS, LEO, ETC.): LEO
SUBJECT'S NAME VERIFIED BY (PHOTO ID, FAMILY MEMBER, KNOWN TO OFFICER, ETC.): ACDOJ records, LEO

**CO-DEF.**

#1 (NAME):
DATE OF BIRTH:
RACE:
SEX:
COURT NUMBER:
☐ ARRESTED ☐ SWORN COMPLAINT ☐ NTA
☐ FELONY ☐ MISDEMEANOR ☐ TRAFFIC CASE
JUVENILE: ☐ YES ☐ NO

#2 (NAME):
DATE OF BIRTH:
RACE:
SEX:
COURT NUMBER:
☐ ARRESTED ☐ SWORN COMPLAINT ☐ NTA
☐ FELONY ☐ MISDEMEANOR ☐ TRAFFIC CASE
JUVENILE: ☐ YES ☐ NO

**JUVENILE**

JUVENILE DISPOSITION: ☐ RELEASED TO JAC ☐ ISSUED NTA AND RELEASED
NAME OF PARENT/GUARDIAN (NOTIFIED ☐ YES ☐ NO):
WORK TELEPHONE NUMBER: ( )

PARENT/GUARDIAN HOME ADDRESS (STREET, APARTMENT #, PO BOX, ETC.):
CITY:
STATE:
ZIP CODE:
HOME TELEPHONE NUMBER: ( )

**WITNESS**

#1 (NAME):
ADDRESS:
TELEPHONE NUMBER: ( )

#2 (NAME):
ADDRESS:
TELEPHONE NUMBER: ( )

**CHARGE 1**

OFFENSE DESCRIPTION: Murder
☒ FELONY ☐ MISDEMEANOR ☐ TRAFFIC ☐ NTA
COMPLETE STATUTE/ORDINANCE NUMBER: 782.04
VICTIM NOTIFICATION: ARREST: ☐ YES ☐ NO RELEASE: ☐ YES ☐ NO

☐ WARRANT ☐ JUVENILE PU ORDER ☐ CIVIL ORDER ☐ CITATION ☐ CAPIAS
NUMBER: 00-2753 CFA
DATE OF OFFENSE: 0915-0935
TIME OF OFFENSE: 080200
BAIL AMOUNT:
VICTIM'S TELEPHONE NUMBER: ( )

VICTIM (NAME): (infant)
ADDRESS (STREET, APARTMENT NUMBER, PO BOX, ETC.):
CITY:
STATE:
ZIP CODE:

**CHARGE 2**

OFFENSE DESCRIPTION:
☐ FELONY ☐ MISDEMEANOR ☐ TRAFFIC ☐ NTA
COMPLETE STATUTE/ORDINANCE NUMBER:
VICTIM NOTIFICATION: ARREST: ☐ YES ☐ NO RELEASE: ☐ YES ☐ NO

☐ WARRANT ☐ JUVENILE PU ORDER ☐ CIVIL ORDER ☐ CITATION ☐ CAPIAS
NUMBER:
DATE OF OFFENSE:
TIME OF OFFENSE:
BAIL AMOUNT:
VICTIM'S TELEPHONE NUMBER: ( )

VICTIM (NAME):
ADDRESS (STREET, APARTMENT NUMBER, PO BOX, ETC.):
CITY:
STATE:
ZIP CODE:

**PROSECUTIVE SUMMARY**

THE FOLLOWING INCIDENT OCCURRED AT (ADDRESS/LOCATION): 1015 SW 9 St. #A21
CITY OF: Gainesville
COUNTY OF: Alachua
STATE OF: FLORIDA

During the above date and time the victim, ▨▨▨▨▨ a 4 month old infant, was left in the care of defendant Herlihy at his residence of 1015 SW 9 St. #A21, by the infant's mother ▨▨▨▨▨. Def called 911 at approx. 0935 hrs. and advised dispatch that infant ▨▨▨▨▨ was ▨▨▨▨▨ unresponsive and not breathing. Def. stated that he initiated CPR and neede

**NTA**

☐ MANDATORY APPEARANCE IN COURT AT:
DATE OF APPEARANCE:
TIME OF APPEARANCE: ☐ AM ☐ PM

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS NOTICE TO APPEAR. WILLFUL REFUSAL TO ACCEPT AND SIGN THIS NOTICE TO APPEAR MAY RESULT IN PHYSICAL ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF MY RIGHTS.
DEFENDANT (SIGNATURE):
DATE:

**JURAT**

SWORN TO AND SUBSCRIBED TO BEFORE ME THIS: 10 DAY OF Aug 2000
I SWEAR THE ABOVE, AND REVERSE AND ATTACHED PAGES AND STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGNATURE: Det Ray Barber 091
NAME (PRINT): Det. Helen Legall
SIGNATURE:

TITLE: LEO
AGENCY: GPD
LEO ID NUMBER: 119

Form Date (Revised 1/00)     White – Court     Yellow – State Attorney     2ⁿᵈ White – Agency     Golden – Defendant

0000001     PAGE 1 OF 3

☐ ARREST   ☐ SWORN COMPLAINT   ☐ HOLD   ☐ JUVENILE   ☐ NOTICE TO APPEAR

| OBTS NUMBER: 0103021473 | **SUPPLEMENT** | SPN NUMBER: 1993000969 |
|---|---|---|
| AGENCY ORI NUMBER: FL0010100 | **EIGHTH JUDICIAL CIRCUIT** | AGENCY CASE REPORT NUMBER: 00-13656 |

| NAME OF SUBJECT (LAST, FIRST, MI): HERLIHY   BRIAN   PATRICK | | ALIAS / MAIDEN: |
|---|---|---|

**DEF**

| RACE: ☑ WHITE  ☐ AMERICAN INDIAN  ☐ BLACK  ☐ ASIAN / ORIENTAL | SEX: M | DATE OF BIRTH: | HEIGHT: 5'8 | WEIGHT: 170 | JAIL NUMBER: | SO ID / AGENCY ID / NUMBER: 93-00345 |
|---|---|---|---|---|---|---|

**WITNESS**

| #3 (NAME): | ADDRESS: | TELEPHONE NUMBER: ( ) |
|---|---|---|
| #4 (NAME): | ADDRESS: | TELEPHONE NUMBER: ( ) |

**CHARGE 3**

| OFFENSE DESCRIPTION: | | ☐ FELONY ☐ MISDEMEANOR ☐ TRAFFIC ☐ NTA | COMPLETE STATUTE / ORDINANCE NUMBER: | VICTIM NOTIFICATION: ARREST: ☐ YES ☐ NO  RELEASE: ☐ YES ☐ NO |
|---|---|---|---|---|
| ☐ WARRANT ☐ JUVENILE PU ORDER ☐ CIVIL ORDER ☐ CITATION ☐ CAPIAS NUMBER: | DATE OF OFFENSE: | TIME OF OFFENSE: | BAIL AMOUNT: | VICTIM'S TELEPHONE NUMBER: ( ) |
| VICTIM (NAME): | ADDRESS (STREET, APARTMENT NUMBER, PO BOX, ETC.): | CITY: | STATE: | ZIP CODE: |

**CHARGE 4**

| OFFENSE DESCRIPTION: | | ☐ FELONY ☐ MISDEMEANOR ☐ TRAFFIC ☐ NTA | COMPLETE STATUTE / ORDINANCE NUMBER: | VICTIM NOTIFICATION: ARREST: ☐ YES ☐ NO  RELEASE: ☐ YES ☐ NO |
|---|---|---|---|---|
| ☐ WARRANT ☐ JUVENILE PU ORDER ☐ CIVIL ORDER ☐ CITATION ☐ CAPIAS NUMBER: | DATE OF OFFENSE: | TIME OF OFFENSE: | BAIL AMOUNT: | VICTIM'S TELEPHONE NUMBER: ( ) |
| VICTIM (NAME): | ADDRESS (STREET, APARTMENT NUMBER, PO BOX, ETC.): | CITY: | STATE: | ZIP CODE: |

**CHARGE 5**

| OFFENSE DESCRIPTION: | | ☐ FELONY ☐ MISDEMEANOR ☐ TRAFFIC ☐ NTA | COMPLETE STATUTE / ORDINANCE NUMBER: | VICTIM NOTIFICATION: ARREST: ☐ YES ☐ NO  RELEASE: ☐ YES ☐ NO |
|---|---|---|---|---|
| ☐ WARRANT ☐ JUVENILE PU ORDER ☐ CIVIL ORDER ☐ CITATION ☐ CAPIAS NUMBER: | DATE OF OFFENSE: | TIME OF OFFENSE: | BAIL AMOUNT: | VICTIM'S TELEPHONE NUMBER: ( ) |
| VICTIM (NAME): | ADDRESS (STREET, APARTMENT NUMBER, PO BOX, ETC.): | CITY: | STATE: | ZIP CODE: |

**CHARGE 6**

| OFFENSE DESCRIPTION: | | ☐ FELONY ☐ MISDEMEANOR ☐ TRAFFIC ☐ NTA | COMPLETE STATUTE / ORDINANCE NUMBER: | VICTIM NOTIFICATION: ARREST: ☐ YES ☐ NO  RELEASE: ☐ YES ☐ NO |
|---|---|---|---|---|
| ☐ WARRANT ☐ JUVENILE PU ORDER ☐ CIVIL ORDER ☐ CITATION ☐ CAPIAS NUMBER: | DATE OF OFFENSE: | TIME OF OFFENSE: | BAIL AMOUNT: | VICTIM'S TELEPHONE NUMBER: ( ) |
| VICTIM (NAME): | ADDRESS (STREET, APARTMENT NUMBER, PO BOX, ETC.): | CITY: | STATE: | ZIP CODE: |

**PROSECUTIVE SUMMARY - CONTINUED**

medical assistance to respond to his residence. Medical personnel arrived and transported infant ████████ to Shands ER. Def stated that he had laid the infant on his back on a pillow at the end of the bed (defendants) and that he had stuffed a separate pillow between the mattress and footboard of the bed to prevent the infant from falling through the opening. Def stated the infant was awake at the time and suffering from no medical problems. Def stated he went into his bathroom to use the facilities and exited the bathroom to check on the infant when he didn't hear any noises. He states it was between 5-10 minutes in time. Def states as he exited the bathroom and entered his bedroom he observed the infant wedged between the bed and footboard with his face facing out and his feet in the air. He stated he pulled the infant out and attempted to get the child to respond to him. He stated he thought the infant was deceased and tried to give him CPR. He stated at this point he called 911 and continued to give breaths to the infa Once at the hospital and examination was completed on the child that indica head and optical injuries to the child that were inconsistent with the

| ☐ ARREST   ☐ SWORN COMPLAINT | | | | ☐ JUVENILE | ☐ NOTICE TO APPEAR |
|---|---|---|---|---|---|

**SUPPLEMENT**

**EIGHTH JUDICIAL CIRCUIT**

OBTS NUMBER: 0102021473

SPN NUMBER: ~~BOXI3656~~ 1993000969

AGENCY ORI NUMBER: FL0010100

AGENCY CASE REPORT NUMBER: 00-13656

| DEF | NAME OF SUBJECT (LAST, FIRST, MI): HERLIHY   BRIAN   PATRICK | | ALIAS / MAIDEN: | |
|---|---|---|---|---|
| | RACE: ☒ WHITE  ☐ AMERICAN INDIAN  ☐ BLACK  ☐ ASIAN / ORIENTAL | SEX: M | DATE OF BIRTH: | HEIGHT: 58  WEIGHT: 170  JAIL NUMBER: |
| | | | SO ID / AGENCY ID / NUMBER: 93-00345 | |

| WITNESS | #3 (NAME): | ADDRESS: | TELEPHONE NUMBER: ( ) |
|---|---|---|---|
| | #4 (NAME): | ADDRESS: | TELEPHONE NUMBER: ( ) |

**PROSECUTIVE SUMMARY - CONTINUED**

above statements made by def Herlihy.  CPT Medical Director and Pediatrician

Dr. Howard Rogers and CPT ARNP Beth Talaga examined the child and medical

records and concluded that the infant ████ had suffered great bodily

harm and brain injury as a result of being shaken.  The infant ~~was~~ has been

in a coma and has suffered massive retinal hemorrhages that may result in

permanent disability or death.  I spoke with the director of Pediatric

Opthamology Dr. Lawrence Levine who advised he examined the child personally

and conducted a dialated eye exam.  He concluded that the infant has

extensive occular and retinal damage, that the blood was fresh and a new

injury and that the injury had to have occurred at the time the infant lost

consciousness.  He also stated the injury is a result of a violent shaking

of the head.  He stated this is consistent with Shaken Baby Syndrome.


****AMENDED****  On 08-10-00 at approx. 0100 hrs. ████████

died as a result of the injuries described above.  The charge against def

Herlihy has been upgraded.

0000003

STATE OF FLORIDA

   -vs-

HERLIHY, BRIAN PATRICK

        Defendant

Filed in Open Court

August 11, 2000

A. Xaules

Deputy Clerk

## FIRST APPEARANCE ORDER

Defendant was before the Court on this date for First Appearance and was fully advised as required by Florida Rules of Criminal Procedure 3.130(b). Having considered all available relevant information necessary to determine the conditions of Defendant's release, and finding probable cause except as indicated below, it is

ORDERED and ADJUDGED that:

( )   The State Attorney shall provide additional evidence to the Court within 72 hours to establish probable cause as to the following charges.

( )   The Defendant be held without bail.

(X)   The Defendant be released on standard conditions (F.S. 903.047) and the following conditions:

| CASE NUMBER | CHARGE | CIRCLE ONE | AMOUNT |
|---|---|---|---|
| 200002753CFA 001 | MURDER | ~~ROR~~ (BAIL) | $ 500,000 |

FIVE HUNDRED THOUSA

( )   To the supervision of Court Alternatives, Pretrial Services Program, and maintain contact as instructed.

( )   Screen for substance abuse and participate in treatment as indicated.

( )   To Court Alternatives, Maximum Supervision Program, participate as instructed.

( )   Have no contact with victim.

( )   Maintain alternate residence.

( )   Other Special Conditions: _____

_____

APPOINTMENT OF COUNSEL:

( )   The Court preliminarily finds the Defendant is eligible for and appoints the Office of the Public Defender, pending the filing of a financial affidavit and payment of the $40.00 application within seven (7) days of this order pursuant to F.S. 27.52.

( )   The Court finds the Defendant does NOT qualify for the Public Defender.

( )   The Court appoints the Office of the Public Defender for First Appearance only.

( )   The Defendant represents he/she will consult private counsel.

DONE AND ORDERED at Gainesville, Alachua County, Florida,
on August 11, 2000.

COUNTY/CIRCUIT JUDGE

**AYMER L. CURTIN**

X  I.D. Photo not received

___ Original I.D. Photo in Case No. _____

0000004

Companion Case
2000-2753-CFA

Brian Herlihy
Copy of
Application & Affidavit
for Search Warrant/Search
Warrant/Return Case 00-2660-CFA
Sealed per Order 8-16-00//
                          Judge Morris

**IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA**

STATE OF FLORIDA,                          **CASE NO.: 00-2753-CFA**
     Plaintiff,                                   **00-2660-CFA**

vs.

BRIAN HERLIHY,
     Defendant.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW** the Law Offices of Groland, Quirk & Salter, P.A., who by this pleading

enter this cause as attorney for said Defendant, **BRIAN HERLIHY**.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished **by US**

**MAIL/HAND DELIVERY** to the State Attorney's Office, Post Office Box 1437, Gainesville,

FL 32602 on this 22nd day of August, 2000.

**LAW OFFICES OF GROLAND, QUIRK & SALTER, P.A.**

FOR **Gordon H. Groland, Esquire**
     Florida Bar #137259
     Post Office Box 2848
     Gainesville, FL 32602
     Phone: (352) 373-4669
     Fax: (352) 373-2885

**IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA**

STATE OF FLORIDA,
      Plaintiff,

                            **CASE NO:**  **00-2753-CFA**
                                                **00-2660-CFA**

vs

BRIAN HERLIHY,
      Defendant.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

**COMES NOW**, the Office of the Public Defender, and The Offices of Groland, Quirk

& Salter, P.A. and the parties agree that the Defendant, **BRIAN HERLIHY,** has retained

private counsel in this cause, specifically The Law Offices of Groland, Quirk & Salter, P.A.

and the parties agree that new counsel should be allowed to enter this cause as Attorney

of Record for the Defendant.

DATED this 24th day of August, 2000.

Salvatore Mollica, Public Defender
Fla. Bar No: 269980
PO Box 2820
Gainesville, FL 32602
352/338-7370 - Phone
352/336-2400 - Fax

Gordon H. Groland, Esquire   FOR
Fla. Bar No: 137259
PO Box 2848
Gainesville, FL 32602
352/373-4669 - Phone
352/373-2885 - Fax

Brian Herlihy, Defendant

00 AUG 25 PM 4:33

0000007

CASE NO.:  2000-2753-CF-A

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IN THE CIRCUIT COURT**
**EIGHTH JUDICIAL CIRCUIT**
**STATE OF FLORIDA**

County of Alachua, Spring Term A.D. 2000

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF FLORIDA
vs.
BRIAN PATRICK HERLIHY
WHITE/MALE   DOB: 10-11-70   SSN: 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

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**INDICTMENT FOR**
**FIRST DEGREE MURDER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A TRUE BILL

_____
Foreman of the Grand Jury

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Filed in open court in presence of Grand Jury,

this  29  day of August, A.D. 2000

_____
Clerk Circuit Court

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ROD SMITH,
State Attorney

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF STATE ATTORNEY**

I, Jeanne M. Singer, Assistant State Attorney of the Eighth
Judicial Circuit of Florida, including Alachua County, do hereby
certify that as such Assistant State Attorney, and as authorized
and required by law, I have advised the grand jury in regard to
returning the within indictment.

This  29  day of August, 2000

_____
JEANNE M. SINGER
Assistant State Attorney for the
Eighth Judicial Circuit of Florida

0000008

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

In the Circuit Court of the Eighth Judicial Circuit of the State of Florida, for Alachua County, at the Spring Term thereof, 2000.

THE GRAND JURORS OF THE STATE OF FLORIDA, enquiring in and for the body of the County of Alachua, upon their oaths present that BRIAN PATRICK HERLIHY of the County of Alachua aforesaid, in the County and State aforesaid, on or about the 2nd day of August, 2000, did with a premeditated design to effect the death of ████████████, a human being, unlawfully kill the said ██████ ████████, an infant, by violently shaking the infant with his hands, from which ███████████████ did die on August 10, 2000, contrary to Florida Statutes, Section 782.04(1)(a).

JEANNE M. SINGER
Assistant State Attorney
for the Eighth Judicial Circuit
of the State of Florida.
Prosecuting in the name and by
the Authority of the State.

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,
      Plaintiff,

vs

BRIAN HERLIHY,
      Defendant.
_____/

CASE NO:   00-2753-CFA
                 00-2660-CFA

## ORDER ALLOWING SUBSTITUTION OF COUNSEL

THIS CAUSE having come on to be heard before me upon the Stipulation for Substitution of Counsel filed in this cause and this Court finds that it is the desire of the Defendant, **BRIAN HERLIHY,** to hire private counsel in this cause, it is therefore considered:

**ORDERED AND ADJUDGED that:**

Salvatore Mollica, Esq., Public Defender, is relieved of responsibility in this case and The Law Offices of Groland, Quirk & Salter, P.A. shall be substituted as Attorney of Record for the Defendant.

DONE AND ORDERED this _____ day of _____, 2000.

**Honorable Chester B. Chance**
Circuit Court Judge

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US Mail to: Salvatore Mollica, Assistant Public Defender, P.O. Box 2820, Gainesville, FL 32602, Groland, Quirk & Salter, P.A., PO Box 2848, Gainesville, FL 32602 and to the State Attorney's Office, PO Box 1437, Gainesville, FL 32602 this ____ day of August, 2000.

Judicial Assistant

00 AUG 29 AM 10: 30

0000010

IN THE CIRCUIT COURT OF THE
EIGHTH JUDICIAL CIRCUIT, IN
AND FOR ALACHUA COUNTY, FLORIDA.

STATE OF FLORIDA,

      Plaintiff,                 CASE NO.  2000-2753-CFA/2000-2660-CFA

-vs-                          DIVISION:  II

BRIAN HERLIHY,

      Defendant.

_____/

## MOTION TO WITHDRAW

      COMES NOW Salvatore D. Mollica, Assistant Public Defender for the Eighth Judicial Circuit, in and for Alachua County, Florida and respectfully requests this Honorable Court for its Order relieving the Office of the Public Defender of the Eighth Judicial Circuit from further responsibility in the above-captioned cause.

      AS GROUNDS for this Motion, your Petitioner states that the Defendant has retained Gordon Groland, a member in good standing of the Florida Bar, as private counsel in the above-styled cause.

      WHEREFORE, your Petitioner requests that his Motion to Withdraw be granted and that he be relieved from further responsibility in the above-styled cause.

      I HEREBY CERTIFY a true and correct copy of the foregoing has been furnished to Jeanne Singer, Assistant State Attorney, 120 W. University Avenue, Gainesville, Florida this 30 day of August , 2000 by hand delivery.

Respectfully submitted,

SALVATORE D. MOLLICA, #201359
Assistant Public Defender
P.O. Box 2820
Gainesville, FL  32602
(352) 338-7370

0000011

**IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA**

**STATE OF FLORIDA,**
    **Plaintiff,**

**CASE NO: 00-2753-CFA
00-2660-CFA**

vs.

**BRIAN HERLIHY,**
    **Defendant.**

_____/

## WRITTEN PLEA OF NOT GUILTY,
## DEMAND FOR DISCOVERY AND DEMAND FOR JURY TRIAL

**COMES NOW** the Defendant, **BRIAN HERLIHY**, by and through his undersigned

attorney, and files this written plea of not guilty to all charges brought against said

Defendant in the above referenced cause.

Defendant demands that the State of Florida provide to said attorney all information

required by Rule 3.220, R.Cr.P.

Defendant also demands a trial by jury on all charges brought against Defendant

in the above referenced cause.

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by US

Mail/Hand Delivery to the State Attorney's Office, PO Box 1437, Gainesville, FL 32602 on

this _30_ day of August, 2000.

**LAW OFFICES OF GROLAND, QUIRK & SALTER, P.A.**


**Gordon H. Groland, Esquire**
Florida Bar #137259
Post Office Box 2848
Gainesville, FL 32602
Phone: (352) 373-4669
Fax: (352) 373-2885

0000012

STATE OF FLORIDA                                    Filed in Open Court

    -vs-                                           August 31, 2000

HERLIHY, BRIAN PATRICK                             C. Bizjuuski

        Defendant                                   Deputy Clerk

### FIRST APPEARANCE ORDER

        Defendant was before the Court on this date for First Appearance and was
fully advised as required by Florida Rules of Criminal Procedure 3.130(b).
Having considered all available relevant information necessary to determine
the conditions of Defendant's release, and finding probable cause except as
indicated below, it is

ORDERED and ADJUDGED that:
(   )   The State Attorney shall provide additional evidence to the Court within
        72 hours to establish probable cause as to the following charges.
( ✓ )   The Defendant be held without bail.
(   )   The Defendant be released on standard conditions (F.S. 903.047) and the
        following conditions:

| CASE NUMBER | CHARGE | CIRCLE ONE | AMOUNT |
|---|---|---|---|
| 200002753CFA 001 MURDER FIRST DEGREE | | ~~ROR~~  (BAIL) $ | NO BOND |

(   )   To the supervision of Court Alternatives, Pretrial Services Program, and
        maintain contact as instructed.
(   )   Screen for substance abuse and participate in treatment as indicated.
(   )   To Court Alternatives, Maximum Supervision Program, participate as
        instructed.
(   )   Have no contact with victim.
(   )   Maintain alternate residence.
(   )   Other Special Conditions:_____
        _____

APPOINTMENT OF COUNSEL:
(   )   The Court preliminarily finds the Defendant is eligible for and appoints
        the Office of the Public Defender, pending the filing of a financial
        affidavit and payment of the $40.00 application within seven (7) days of
        this order pursuant to F.S. 27.52.
(   )   The Court finds the Defendant does NOT qualify for the Public Defender.
(   )   The Court appoints the Office of the Public Defender for First Appearance
        only.
( ✓ )   The Defendant represents he/she will consult private counsel.  Jennifer
                                                                        Suber -
        DONE AND ORDERED at Gainesville, Alachua County, Florida,       notify.
                on August 31, 2000.

                                            COUNTY/CIRCUIT JUDGE

                                            **JEANNE DAWES CRENSHAW**

✓  I.D. Photo not received
___ Original I.D. Photo in Case No. _____

                                                    0000013

IN THE CIRCUIT COURT OF THE
EIGHTH JUDICIAL CIRCUIT, IN
AND FOR ALACHUA COUNTY, FLORIDA.

STATE OF FLORIDA,

      Plaintiff,                        CASE NO.  2000-2753-CFA/2000-2660-CFA

·vs·                                  DIVISION:  II

BRIAN HERLIHY

      Defendant.

_____/

## ORDER GRANTING MOTION TO WITHDRAW

THE COURT having considered the written Motion by counsel for the Defendant to withdraw, and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. Gordon Groland, a member in good standing of the Florida Bar, has been retained as private counsel by the Defendant in the above-styled cause.

2. The Public Defender's Office for the Eighth Judicial Circuit is relieved of further responsibility in the above-styled cause.

DONE AND ORDERED in Chambers,  Gainesville, Alachua County, Florida this _3/_ day of August , 2000.

CHESTER B. CHANCE
Circuit Judge

Copies to:
Salvatore D. Mollica - Assistant Public Defender
Jeanne Singer - Assistant State Attorney
Gordon Groland - Private Counsel

0000014

IN THE CIRCUIT COURT OF THE EIGHTH  JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,                        CASE NO:   00-2753-CFA
    Plaintiff,                                      00-2660-CFA

vs

BRIAN HERLIHY,
    Defendant.
_____/

## MOTION TO SET BOND

    **COMES NOW**, the Defendant, **BRIAN HERLIHY**, by and through his undersigned

attorneys, and pursuant to Rule 3.131(a), Florida Rules of Criminal Procedure, files this

Motion to Set Bond in this cause, and the Defendant says as follows:

    1. On August 4, 2000, the Defendant, **BRIAN HERLIHY**, was arrested and charged

with aggravated child abuse.  The Defendant remained in jail and thereafter on August 10,

2000, the Defendant, **BRIAN HERLIHY**, was charged with the offense of murder.  On

August 29, 2000, the Alachua County Grand Jury indicted the named Defendant for first

degree murder and bond was set at no bond.

    2.  The State of Florida is alleging factually that on the date of August 2, 2000,

the Defendant, **BRIAN HERLIHY**, while watching his girlfriend's 4 month old infant child,

shook the child in such a way so as to cause serious brain trauma, which trauma, says the

State, contributed to or caused the infant/victim's later demise.

    3. According to the police reports that have been furnished to undersigned counsel,

the lead detective in this case, Helen Legall, from the Gainesville Police Department, took

statements from the Defendant, **BRIAN HERLIHY**, and in the Detective's synopsis of the

**Motion to Set Bond**
**State vs. Brian Herlihy**
**Page 2**

Defendant, **BRIAN HERLIHY**, explained that he found the baby wedged in between the
bed and the headboard, and as he was calling 911, and attempting to administer CPR to
the child, he shook the child while trying to revive the child from an unconscious state.

4. The police reports further indicate that the Defendant, **BRIAN HERLIHY**, had
been dating the victim's mother for several months. The victim's mother, Crystal ▮▮▮,
21 years of age, had expressed to the Defendant that she was in an unhappy marriage,
had just had a baby, and that she wanted a divorce because she felt threatened by her
husband, John ▮▮▮. In fact, there were instances of police intervention involving
Crystal ▮▮▮ and her husband, John ▮▮▮ prior to the incident in question on August
2, 2000, when the injured infant was taken to Shands Hospital.

5. Undersigned counsel, on behalf of the Defendant, **BRIAN HERLIHY**, will cause
a Subpoena Duces Tecum to be issued in this cause for the lead detective, Helen Legall,
of the Gainesville Police Department, directing that Detective Helen Legall appear at the
bond hearing to be set in this cause at which time she will be examined by undersigned
counsel relative to her investigation in this case.

6. During the examination of the Detective, this Honorable Court will hear, among
other things, that:

a. the infant's grandmother has made statements to the effect that she had
previous to August 2, 2000 seen signs of child abuse with regard to the infant/victim;

b. the grandfather of the victim/infant had also reported that physicians at
Shands Hospital told him that they found signs of an earlier brain injury to the child.

**Motion to Set Bond**
**State vs. Brian Herlihy**
**Page 3**

      c. the child's pediatrician, John Hellrung, M.D., has reported that prior to the incident in question he observed that this child had "underdeveloped neck muscles" and that was "of concern" to him.

      d. on the day in question, the victim's mother, Crystal████, after visiting with her husband, John ████, at work, and telling him that she was going to drive to Cedar Key by herself with the baby, instead drove directly to her boyfriend, Brian Herlihy's residence, dropped the baby off, and left in the Defendant's truck to "get gas in the truck" for her drive to Cedar Key.

      7. The Defendant's position is that after hearing testimony from the lead detective in this case, this Honorable Court will determine that "the proof is not evident nor is the presumption great" that the named Defendant committed the offense of first degree murder, and that the Defendant, **BRIAN HERLIHY**, is entitled to have a reasonable monetary bond set in this cause.

      8. The Defendant will, if he posts bond in this cause, reside with his mother and father in South Florida at 19401 NW 10th Street, Pembroke Pines, FL 33029-3214. The Defendant's mother, Lois Herlihy, is a registered nurse and the Defendant's father, John Herlihy, is the coordinator of Clinical Quality Management at Jackson Memorial Hospital in Miami, Florida. They assure this Honorable Court that the Defendant will attend all necessary court settings in this cause, and they will personally see to it that the Defendant appears in Gainesville for each required court appearance.

      9. The Defendant has no significant criminal record, has never to undersigned

000017

**Motion to Set Bond**
**State vs. Brian Herlihy**
**Page 4**

counsel's knowledge failed to appear for any court hearing, and has never in the past been

accused of either intentionally or negligently hurting any individual or child.

     **WHEREFORE,** the Defendant, **BRIAN HERLIHY**, respectfully moves this Honorable

Court to set this matter for a two-hour hearing and at hearing set a reasonable bond in this

cause.

## CERTIFICATE OF SERVICE

     I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been

delivered via Hand Delivery to Jeanne Singer, Esquire, State Attorney's Office, P.O. Box

1437, Gainesville, Florida 32602, on this $\underline{29}$, day of September, 2000.

                        **LAW OFFICES OF GROLAND, QUIRK & SALTER, P.A.**

                        **Gordon H. Groland, Esquire**
                        Florida Bar #137259
                        Post Office Box 2848
                        Gainesville, FL 32602
                        Phone: (352) 373-4669
                        Fax: (352) 373-2885



**IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT**
**IN AND FOR ALACHUA COUNTY, FLORIDA**

**STATE OF FLORIDA,**                                    **CASE NO:   00-2753-CFA**
**Plaintiff,**                                                                    **00-2660-CFA**

**vs**

**BRIAN HERLIHY,**
**Defendant.**
_____/

### STIPULATION FOR BOND

It is hereby agreed and stipulated to by and between the parties below that in case

numbers 00-2753-CFA and 00-2660-CFA a reasonable bond in these cases shall be a

$50,000.00 cash bond with the following conditions:

a. The Defendant, **BRIAN HERLIHY**, shall have no contact with the victim's family

or extended family.

b. The Defendant, **BRIAN HERLIHY**, shall have no contact with any children under

the age of 16 years.

c. The Defendant **BRIAN HERLIHY**, must reside in Broward County, Florida with

his parents, Mr. and Mrs. John Herlihy, at 19401 NW 10th Street, Pembroke Pines, FL

33029-3214, until further order of this Court, and shall not leave Broward County without

permission from this Court except to travel to Gainesville, Florida to meet with his

attorneys or to make Court appearances in connection with these cases.

d. The Defendant, **BRIAN HERLIHY,** if he has a passport, shall surrender it to the

State Attorney's Office or another designated agency.

e. The Defendant, **BRIAN HERLIHY,** shall not become employed in the medical or

healthcare sector during the pendency of this case.

**Stipulation for Bond**
**State vs. Brian Herlihy**
**Page Two**

   f. The Defendant, **BRIAN HERLIHY**, shall within ten days of posting a bond shall

be referred by his family doctor in Broward County, Florida to a psychiatrist for an

evaluation to determine whether or not the Defendant should be on any medication for

depression or other medical problem.

   **DATED** this 12th day of October, 2000.

**Jeanne Singer, Esquire**
Assistant State Attorney
Florida Bar # 0 2 4 3 6 0 4
P.O. Box 1437
Gainesville, FL 32602

**Gordon H. Groland, Esquire**
Florida Bar #137259
Post Office Box 2848
Gainesville, FL 32602
Phone: (352) 373-4669
Fax: (352) 373-2885

0000020

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

**STATE OF FLORIDA,**
      **Plaintiff,**

**CASE NO:   00-2753-CFA**
              **00-2660-CFA**

**vs**

**BRIAN HERLIHY,**
      **Defendant.**

_____/

## ORDER SETTING BOND

**THIS CAUSE** having come on to be heard before me upon the Stipulation of the

parties hereto and this Court having accepting said Stipulation sets bond in this cause at

$50,000.00 cash with the following special conditions:

a. The Defendant, **BRIAN HERLIHY**, shall have no contact with the victim's family

or extended family.

b. The Defendant, **BRIAN HERLIHY**, shall have no contact with any children under

the age of 16 years.

c. The Defendant **BRIAN HERLIHY**, must reside in Broward County, Florida with

his parents, Mr. and Mrs. John Herlihy, at 19401 NW 10$^{th}$ Street, Pembroke Pines, FL

33029-3214, until further order of this Court, and shall not leave Broward County without

permission from this Court except to travel to Gainesville, Florida to meet with his

attorneys or to make Court appearances in connection with these cases.

d. The Defendant, **BRIAN HERLIHY,** if he has a passport, shall surrender it to the

State Attorney's Office or another designated agency.

e. The Defendant, **BRIAN HERLIHY,** shall not become employed in the medical or

healthcare sector during the pendency of this case.

0000021

Order Setting Bond
State vs. Brian Herlihy
Page Two

    f. The Defendant, **BRIAN HERLIHY**, shall within ten days of posting a bond shall

be referred by his family doctor in Broward County, Florida to a psychiatrist for an

evaluation to determine whether or not the Defendant should be on any medication for

depression or other medical problem.

    **DONE AND ORDERED** in Chambers on this 5 day of October, 2000.

                     **Honorable Chester B. Chance**
                     Circuit Court Judge

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been
furnished by US Mail to: Alachua County Sheriff's Office, Department of the Jail 3333 NE
39th Avenue, Gainesville, Florida 32609, Groland, Quirk & Salter, P.A., PO Box 2848,
Gainesville, FL 32602 and to Jeanne Singer, State Attorney's Office, PO Box 1437,
Gainesville, FL 32602 this 5 day of October, 2000.

                     Judicial Assistant

| Post-It® Fax Note | 7671 | Date 10·13·2000 | # of pages ▶ 2 |
|---|---|---|---|
| To Scott Dupree | | From Records | |
| Co./Dept. | | Co. | |
| Phone # 2651 4444 | | Phone # | |
| Fax # | | Fax # | |

STATE OF FLORIDA, COUNTY OF _Alachua_

Defendant _Lois Herlihy Herlihy, Brian P._ Address: _1015 SW 9th St. Gainesville, FL 32601_

KNOW ALL MEN BY THESE PRESENTS THAT I,

_Gordon Groland / Lois Herlihy_ Depositor, Address: _19401 NW 10th St. Pembroke Pines, F_
_500 East University Gainesville, FL_

have deposited with the Sheriff of _Alachua_ County, Florida, the sum of _fifty thousand_

Dollars ($ _50,000_ ) as security for the appearance of the defendant upon the conditions hereinafter set forth. If the said

defendant shall appear before the _CIRCUIT OR COUNTY_ Court, in and for _Alachua_

County, _Gainesville_, Florida at _TBN_ M. on the ____ day of _TBN_

A.D. 19 _TBN_ to answer to (a) charge(s) of # 1 _AGG Child Abuse-00-2660CFA_ or such Bond $ _50,000_

# 2 _Murder 1st degree -00-2753CFA_ Bond $ _____ # 3 _____ Bond $ _____

other charges as may result therefrom.

Spin # 93-0969

and shall appear in said court from day to day and term to term and shall not depart the same without leave, said money so deposited shall be
returned to the undersigned depositor, else to be forfeited or estreated by order of the above court.

00000023

The above sum received and this bond taken and approved
by me this

_16_ day of _October_ _2000_

_Stephen Oelrich_ Sheriff

_Alachua_ County, Florida

By _Celeste Rutledge_ D.S.

Location where taken: _ASO DOJ_

X _Brian Herlihy_ Defendant

_Lois M Herlihy_ Depositor

SEE ~~attached~~ S/C~'S on Back

Section 939.17, Florida Statutes, authorizes the Clerk, under the
direction of the Court, to deduct any court fines and costs from
the Cash Bond.

) No contact with children under the age of 16 years

Must reside in Broward Co, Florida with his parents at 14401 NW 10 St. Pembroke Pines, FL until further order of the court and shall not leave Broward Co. Without permission from the court except to travel to Gainesville, FL to meet with his attorneys or to make court appearances in connection with these cases.

4) If defendant has a passport, shall surrender to the State attorneys office or another designated agency

5) Shall not become employed in the medical or healthcare sector during the pendency of this case.

6) Shall within 10 days of posting bond be referred by his family doctor in Broward Co. To a psychiatrist for an evaluation to determine whether or not the defendant should be on any medication for depression or other medical problem

0000024

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,                    CASE NO:   00-2753-CFA
    Plaintiff,                                    00-2660-CFA

vs

BRIAN HERLIHY,
    Defendant.

_____/

## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
## AND MOTION TO EXCUSE THE DEFENDANT

**COMES NOW**, the Defendant, **BRIAN HERLIHY**, by and through his undersigned

attorneys, and files this Motion requesting Court approval for the excusal of the

Defendant's in-person appearance at Case Management Conference set for November

20, 2000 and the Defendant says as follows:

1.    The Defendant has posted bond and with the approval of the Court and the

    Office of the State Attorney he resides in South Florida with his parents, Mr.

    and Mrs. John Herlihy at 19401 NW 10th Street, Pembroke Pines, FL 33029-

    3214. The Defendant has full-time employment in South Florida working in

    excess of forty hours per week.

2.    The State has listed some 100+ witnesses in connection with this case and

    although the discovery process has begun, undersigned counsel would

    request a three month continuance of the Case Management Conference.

3.    Furthermore, the Defendant, through counsel, respectfully requests that this

    Honorable Court excuse the Defendant's presence from the court

    appearance for Case Management Conference now set for November 20,

    2000 at 9:00 a.m.

4.     Undersigned attorney has contacted Assistant State Attorney Jeanne Singer,
       who poses no objection to this Motion.

5.     This Motion is made in good faith for the reasons stated herein above and
       the Defendant specifically waives his right to a speedy trial pursuant to Rule
       3.191, Florida Rules of Criminal Procedure.

**WHEREFORE,** the Defendant, **BRIAN HERLIHY**, respectfully moves this Honorable
Court to grant this Motion.

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been
delivered via Hand Delivery to Jeanne Singer, Esquire, State Attorney's Office, P.O. Box
1437, Gainesville, Florida 32602, on this $9^{th}$ day of November, 2000.

**LAW OFFICES OF GROLAND, QUIRK & SALTER, P.A.**

ᖴᑫ **Gordon H. Groland, Esquire**
Florida Bar #137259
Post Office Box 2848
Gainesville, FL 32602
Phone: (352) 373-4669
Fax: (352) 373-2885



IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,                    CASE NO:    00-2753-CFA
    Plaintiff,                                 00-2660-CFA

vs

BRIAN HERLIHY,
    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE AND EXCUSING DEFENDANT FROM CASE MANAGEMENT CONFERENCE ON NOVEMBER 20, 2000

**THIS CAUSE** having come on to be heard before me upon to be heard before me

on the Defendant's Motion for Continuance of the Case Management Conference court

date set on November 20, 2000 and to have the Defendant excused from the court

appearance on that date and after hearing argument of counsel and otherwise being fully

advised in the premises, it is considered

**ORDERED AND ADJUDGED** that the Defendant's Motion be and the same is

hereby granted and the Case Management court date is continued from November 20,

2000 to _Oecember 14_, 2000 at _2:00_ am/pm and the Defendant is

excused from having to appear in Court on November 20, 2000.

**DONE AND ORDERED** in Chambers on this _15_ day of November, 2000.

_____
Honorable Chester B. Chance
Circuit Court Judge

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been
furnished by US Mail to: Groland, Quirk & Salter, P.A., PO Box 2848, Gainesville, FL
32602 and to Jeanne Singer, State Attorney's Office, PO Box 1437, Gainesville, FL 32602
this _15_ day of October, 2000.

_____
Judicial Assistant

00 NOV 15 PH 4: 36

0000027

IN THE CIRCUIT COURT OF
THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY

STATE OF FLORIDA,
        Plaintiff,

                                    CASE NO:  00-2753-CFA
vs.                                          00-2660-CFA

BRIAN HERLIHY,

        Defendant.
_____/

## MOTION TO REVOKE BOND

        COMES NOW the State of Florida, by and through the
undersigned Assistant State Attorney, and moves this Honorable
Court to revoke the previously ordered bond set in the above-
numbered case and in support thereof states:

        1.  The defendant stands indicted for the first degree
murder of an infant.  He was released on a $50,000 cash bond.

        2.  This weekend, the defendant was arrested in Broward
County for stalking and disorderly conduct.  According to the
complaint affidavit (attached), the defendant repeatedly
harrassed the victim by telephone, drove through the parking lots
of both the victim's places of employment, and appeared at her
place of employment where he confronted her and placed her in
fear after having battered her the day before.  The defendant is
alleged to have given a sworn taped statement in which he
admitted the phone calls and "drive bys".

        3.  Moreover, while in the Broward County Jail, the
defendant is alleged to have again telephoned the victim and told

her he "hoped you're not planning on going through with this" and that he'd "pay $5,000 and be back out." The victim felt intimidated and remains in fear for her personal safety. The defendant was charged anew with additional counts of tampering with a witness and stalking. (See attached complaint affidavit).

4. The defendant has proved himself a danger to the community. He has been charged and arrested for committing acts of violence and intimidation while on bond in this case and from jail after having been rearrested. He has violated the most basic conditions of release.

WHEREFORE, the State prays its Motion to revoke bond will be granted and his bond estreated.

I HEREBY CERTIFY that a true copy of the foregoing was delivered by interoffice mail and facsimile this 14th day of May, 2001, to Gordon H. Groland, Esquire, P.O. Box 2848, Gainesville, Florida 32602.

Geoffrey C. Fleck
Assistant State Attorney
FL. Bar # BAR NO.199001
120 West University Avenue
Gainesville, Florida
(352)384-3161

**COMPLAINT AFFIDAVIT**

SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

BROWARD COUNTY

☒ ARREST FORM

| ARREST # | PP: 2001-0678 | | | | | | | 3819 # | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Filing Agency PEMBROKE PINES | | Offense Report 2001-038413 | | | Local ID # | | FTLS | | FBI | |
| Defendant's Last Name HERLIHY | First BRIAN | | Middle PATRICK | | SUF | | Alias/Street Name | | | Citizenship USA |
| Race M | Sex M | Hgt 5'11 | Eyes GRN | Hair BLK | Wgt 180 | Comp FAIR | Age 30 | DOB | Birthplace FT. BRAGG N.C. | Scars, marks TT R CALF R THIGH, CHEST |
| Permanent Address | | | | | | | | Local Address SAME | | |
| Residence Type: | (1) City | (2) County | (3) Florida | (4) Out of State | | | | Place of Employment UNEMPLOYED | | Length UNEMP |
| How long defendant in Broward County: 1 YR | | Breathalyzer by/CCN | | Reading | Place of arrest 11795 PINES BLVD | | Date/time arrested 5-13-01 / 1550 | | Arresting officer(s)/CCN DUTTON #30 | |
| Officer injured Y☐ N☒ | Unit 32 | Zone | Beat | Shift B | Trans. Unit | PMU Y☐ N☐ | Transporting officer/CCN | | Pick-up time: | Drug Type: N |
| | | | | | | | | Time arrived at BSO: | | |

| Count # | Offense Charged | Caption # if Applicable | FS or Copias/Warrant # |
|---|---|---|---|
| 1 | STALKING | | 784.048 |
| 1 | DISORDERLY CONDUCT | | 877.03 |
| | | | |
| | | | |

**Probable Cause Affidavit**

Before me this date personally appeared OFC. DUTTON who being first duly sworn (s)deposes and says that on 13 day of MAY (year) 2001 at 11795 PINES BLVD (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

The defendant willfully, maliciously and repeatedly harassed the Victim by telephone her at her place of employment, cell Phone. The defendant also drove through the parking lot of both her place of employments, (2) her Parent's residence and appeared at her Place of employment, confronting her and Placing her in fear. The defendant battered her at 05-12-01 in Sunrise and Is Presently out on Bond for

I swear the above statement is correct and true to the best of my knowledge and belief.

OFFICER'S/AFFIANT'S SIGNATURE — DUTTON 1580 OFFICER'S NAME/CCN — PATROL OFFICER'S DIVISION

STATE OF FLORIDA COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this 13 day of MAY (year) 2001 who is personally known

to me or who has produced identification and who ___ did or did not take an oath.

SEAL OR STAMP IF APPLICABLE

DEPUTY CLERK OF THE COURT/NOTARY PUBLIC OR ASSISTANT STATE ATTORNEY — TITLE OR RANK/CCN

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA

FIRST APPEARANCE/ARREST FORM

(SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION)

Distribution:
1st — Court
2nd — State Attorney
3rd — Filing Agency
4th — Arresting Agency

0000030

BROWARD COUNTY
ARREST NO. ☑ ℮℮℮ꞁ Ꝋ678

☑ COMPLAINT AFFIDAVIT
PROBABLE CAUSE AFFIDAVIT CONTINUATION

☑ ARREST FORM

OBTS NO

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF. | HGT | WGT. | RC | SEX | D.O.B. | OFFENSE REPORT | ARRESTING OFFICER (S)/CCN |
|---|---|---|---|---|---|---|---|---|---|---|
| HEALHY, | BRIAN | | | 511 | 190 | W | M | | 2001- 3841S | P. Dutton 538 080 |

NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) | ADDRESS

| COUNT NO | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S. # OR CAPIAS/WARRANT # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Before me this date personally appeared **Pamela Dutton** who being first duly sworn deposes and says that on **13** day of **May** **2001** at **11795 Pines Blvd** (at the location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

Willful Homicide/Premeditated murder of a child in Alachua County. When located and confronted in the Parking Lot of the Victim's place of business, The defendant became Hostile, Extremely Loud, yelling obscenities, Throwing his Identification Card at officer Mazone, drawing a crowd and disturbing the flow of traffic in the Parking Lot. The Victim gave this officer a sworn taped statement. The defendant Post Miranda gave a sworn taped statement admitting his Phone Calls and drive bys.

I swear the above statement is correct and true to the best of my knowledge and belief.

OFFICER/AFFIANT'S SIGNATURE

OFFICER'S NAME/CCN **Pamela Dutton 538 080**

OFFICER'S DIVISION **Patrol**

STATE OF **FL** COUNTY OF **Broward**

The foregoing instrument was acknowledged before me this **13** day of **May** **2001** who is personally known to me or who has produced (ID TYPE) _____ as identification and who ☐ did ☐ did not (DID OR DID NOT) take an oath.

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC OR ASSISTANT STATE ATTORNEY

TITLE OR RANK/CCN **Sgt S-272**

SEVENTEENTH JUDICIAL CIRCUIT

FIRST APPEARANCE/ARREST FORM

(SEAL OR STAMP)

1st - Court
2nd - State Atty
3rd - Filing Agency
4th - Arresting Agency

0000031

## COMPLAINT AFFIDAVIT
SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

☒ ARREST FORM

BROWARD COUNTY
ARREST # C 2001 - 681

| Filing Agency | Offense Report | Local ID # | FDLE | FBI | SS # |
|---|---|---|---|---|---|
| PEMBROKE PINES | 2001-03856 | | | | |

Defendant's Last Name: HERLIHY   First: BRIAN   Middle: PATRICK   SUF   Alias/Street Name   Citizenship: US

| Race | Sav | Hgt | Eyes | Hair | Wgt | Comp | Age | DOB | Birthplace | Scars, marks | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| W | M | 5 11 | BRN | BLK | 180 | FAIR | 30 | | FT. BRAGG, N.C. | R CALF, L THIGH | CHE II |

Permanent Address

Residence Type: (1) City (2) County (3) Florida (4) Out of State

Place of Employment: UNEMPLOYED   Length

How long defendant in Broward County: 1 YR   Breathalyzer by/CCN   Reading   Place of arrest: FT (CUSTODY)   Date/time arrested   Arresting officer(s) CCN: DANNER # 418

Officer injured: Y □ N ☒   Unit   Zone 23   Beat   Shift A   Trans. Unit   PMD Y □ N □   Transporting officer/CCN   Pick-up time:   Time arrived at BSO:   Drug Type:

| Count # | Offenses Charged | Citation # if Applicable | FS or Caplas/Warrant # |
|---|---|---|---|
| 1 | TAMPERING WITH A WITNESS/VICTIM | | 914.22 (1) |
| 2 | STALKING | | 784.048 |

Probable Cause Affidavit

Before me this date personally appeared OFC. DANNER who being first duly sworn deposes and says that on 13 day of MAY (year) 2001 at 11795 PINES BLVD (crime location, the above named) defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

THE DEFENDANT WILLFULLY MALICIOUSLY AND REPEATEDLY HARASSED THE VICTIM BY TELEPHONING HER ON HER CELL PHONE AT HER PLACE OF EMPLOYMENT. THE DEFENDANT DID SO FROM B.S.O. JAIL AFTER HAVING BEEN ARRESTED EARLIER IN THE DAY FOR SIMILARLY STALKING HER AND AFTER HAVING BEEN WARNED BY LAW ENFORCEMENT NOT TO DO SO, PLACING THE VICTIM IN FEAR. DURING THE TELEPHONE CALL THE DEFENDANT TOLD THE VICTIM THAT HE "HOPED YOU'RE NOT PLANNING ON GOING THROUGH WITH THIS" AND THAT HE'D "PAY $5000 AND BE BACK OUT", AND AS A RESULT

I swear the above statement is correct and true to the best of my knowledge and belief.

OFC DANNER /418   Officer/Affiant's Signature   OFFICER'S NAME/CCN   OFFICER'S DIVISION: PATROL

STATE OF FLORIDA   COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this 14 day of MAY (year) 2001, who is personally known to me or who has produced (ID type) ARDGS as identification and who DLP (did or did not) take an oath   (SEAL OR STAMP IF APPLICABLE)

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY   TITLE OR RANK/CCN

SEVENTEENTH JUDICIAL CIRCUIT   BROWARD COUNTY   STATE OF FLORIDA
FIRST APPEARANCE/ARREST FORM

(SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION.)

COURT COPY

BROWARD COUNTY
ARREST NO. 1 2 001 - 681

PROBABLE CAUSE AFFIDAVIT CONTINUATION

OBTS NO _____

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | BUI. | HGT | WGT | RC | SEX | D.O.B. | OFFENSE REPORT | ARRESTING OFFICER ID/CCN |
|---|---|---|---|---|---|---|---|---|---|---|
| HIRLIHY | BRIAN | | | 5 11 | 180 | W | m | 10-17-70 | 2001 - 038561 | DANNER #418 |

NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP)          ADDRESS          PHONE #

| COUNT NO. | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S. # OR CAPIAS/WARRANT # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Before me this date personally appeared _____ OFC __ DANNER _____ who being first duly sworn
deposes and says that on __ 13 __ day __ MAY __ 19 2001 at __ 11795 PINES BLVD __ (other location) the
above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

THE VICTIM FELT THE DEFENDANT WOULD DO HARM TO HERSELF OR HER FAMILY DUE
TO THE INTIMIDATION AND REPEATED STALKING THE VICTIM DEEPLY FEARS FOR
HER PERSONAL SAFETY WHICH WAS THE INTENT OF THE DEFENDANT IN ORDER
TO CAUSE THE VICTIM TO WITHHOLD TESTIMONY. THE DEFENDANT BATTERED HER
ON 05-12-01 IN SUNRISE AND IS PRESENTLY OUT ON BOND FOR WILLFUL
HOMICIDE / PREMEDITATED MURDER OF A CHILD IN ALACHUA COUNTY.
        THE VICTIM WILL PROSECUTE.
        THE DEFENDANT AND VICTIM HAS PREVIOUSLY RESIDED TOGETHER
AND THE BATTERY THAT TOOK PLACE IN SUNRISE WAS DOMESTIC VIOLENCE.

I swear the above statement is correct and true to the best of my knowledge and belief.

_____        DANNER / 418        PATROL
OFFICER/AFFIANT'S SIGNATURE        OFFICER'S NAME/CCN        OFFICER'S DIVISION

STATE OF FLORIDA   COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this __ 14 __ day of __ MAY __ 19 2001 who is personally
known to me or who has produced (ID Type) __ BMDD# __ as identification and who __ DID __ take an oath.
        (ID or CID No.)

_____        _____        (SEAL OR STAMP)
DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY        TITLE OR RANK/CCN
        FIRST APPEARANCE/ARREST FORM
SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY

0000033

PEMBROKE PINES POLICE DEPARTMENT

ARREST INFORMATION SHEET

CASE NUMBER: 2001-078501

ADULT ☒ JUVENILE ☐

ARREST NUMBER: 2001-681

DATE: 05-14-01 TIME: 0170 HR

NAME: Horlong, Brian

AKA: _____

ADDRESS: 19701 NW 105 ST _____ BUILDING/APT. # _____

CITY/STATE: Pembroke Pines / FL 33029 HOME PHONE # (954) 442-1826

SEX: M RACE: W DOB: 10-11-30 HEIGHT: 5'11 WEIGHT: 180 HAIR: BLK EYES: Brn

COMPLEXION: Light BUILD: Light POB, CITY/STATE: Ft. Bragg, NC

SCARS/MARKS/TATOOS/AMPUTATIONS: R Calf R Thigh Chest

OCCUPATION: Unemployed EMPLOYER/ADDRESS: _____

D.L. #/STATE: ▓▓▓▓ S.S. NUMBER: ▓▓▓▓

WHERE SUBJECT ARRESTED: In Custody

LIST OF CHARGES: 1. Stalking

2. Tampering with a witness/victim (Felony)

3. _____

4. _____

5. _____

6. _____

FLORIDA STATE STATUTE NO. 1. 784.048 2. 914.22(1)

3. _____ 4. _____ 5. _____

6. _____ 7. _____ 8. _____

WAS THE SUBJECT FINGERPRINTED AND PHOTOGRAPHED? YES ☒ NO ☒

IF "NO" EXPLAIN WHY NOT: In Custody

ARRESTING OFFICER'S SIGNATURE AND ID NUMBER: OFC _____ 418 / Darling

**************************************************************************

COMPLETE SECTION BELOW ON JUVENILES ONLY

MOTHER'S NAME: _____ HOME PHONE # ( ) _____

ADDRESS: _____ BUSINESS PHONE # ( ) _____

BUILDING/APT. # _____ CITY/STATE: _____

FATHER'S NAME: _____ HOME PHONE # ( ) _____

ADDRESS: _____ BUSINESS PHONE # ( ) _____

BUILDING/APT. # _____ CITY/STATE: _____

PARENT'S MARITAL STATUS: MARRIED ☐ SEPARATED ☐ DIVORCED ☐

EITHER PARENT DECEASED? YES ☐ NO ☐ IF "YES" WHICH PARENT? MOTHER ☐ FATHER ☐

DOES THE JUVENILE ATTEND SCHOOL? YES ☐ NO ☐

IF "YES" GIVE NAME OF SCHOOL/GRADE LEVEL: _____

NTA ISSUED YES ( ) NO ( ) NUMBER

BOND OUT YES ( ) NO ( ) ( ) BOND NUMBER

TRANSPORTED TO BSO YES ( ) NO ( )

ARREST INFO. SHEET
PPPD-47(497)

0000034

**PROPERTY REPORT**

Case Number _2001 - 638561_

Property Number _2001-1364_

## PEMBROKE PINES POLICE DEPARTMENT

Check one (1)

Confiscated ( )   Evidence ( X )   Found ( )   Recovered ( )   Safekeeping Only OK To Release ( )

Offense and/or Incident _Tampering With a Victim/witness_   Class/Statute _Arrest_

Found at - or Recovered From _2011 Pettigrew Dr_   Time and Date _0300 /01/01/01_

Owners Name & Address (If Known)

Suspect or Arrestee, Sex, Race, DOB _Hirsch, Brian w/m 10-1-70_

Reporting Officer _Cpl. Brunie # 418_   Finder Make Claim ( ) YES ( ) NO

Property Officer _____   Property Room _____   Bin _____   Locker _____

| Item No. | Quantity | Description |
|---|---|---|
| 1 | 1 | Microcassette Tape - Victim Statement (Elaine) |
| | | # To Be Transcribed " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
|---|---|---|
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| FINAL DISPOSITION | AUTHORITY | DATE AND TIME OF DISPOSITION |

By order of County Court Judge — This property is to be.

Destroyed ( )   Returned To Owner ( )   Used by Police ( )   Others ( )

Explain Others _____

Date _____   Judge _____

Property Returned To Owner By: _____

Authority Of _____   Time & Date _____

Owners Signature _____   Time & Date _____

Owners Address _____   Phone _____

Identification (D.L. - Credit Card - Etc.) _____

IN THE CIRCUIT COURT OF
THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY

STATE OF FLORIDA,

      Plaintiff,

                        CASE NO:    00-2753-CFA

vs.                                         00-2660-CFA

BRIAN HERLIHY,

      Defendant.

---

### ORDER REVOKING BOND AND DIRECTING CLERK TO ISSUE CAPIAS

    This cause having come before the Court on the State's Motion to Revoke Bond and the Court being fully advised in the premises, it being determined that the defendant has been arrested and that there is cause to believe he has engaged in criminal conduct and constitutes a danger to the community, it is hereby

    **ORDERED AND ADJUDGED**

1)    that the previously granted bond is cancelled and the defendant's bond is REVOKED and ESTREATED; and

2)    the Clerk is directed to issue a Capias in the amount of $ 50,000.00, ☐ Subject to adjustment or ☑ Not subject to adjustment.

**DONE AND ORDERED** in Alachua County, Florida, this 14th day of May, 2001.

MARTHA ANN LOTT
Circuit Judge

ACSO - Department of the Jail
Gordon H. Groland, Esq.
Geoffrey C. Fleck, Esq. ASA

0000036

**BOND INFORMATION**

May 16 2001

A check payable to the Depositor of Record will be mailed within seven business days (less any required fees or fines). YELLOW COPY TO FISCAL.

CASE NUMBER: 2000-2753-CFA

DEFENDANT: Brian Healthy

ORDERED BY THE COURT TO:

____ Pay $ _____ to the Clerk of Court.

✓ Release Bond to Depositor.

CHARGE: Agg. Child Abuse

BOND NUMBER: 119603

Lott
_____
Judge

Lynette Bazinet /SMP
_____
Deputy Clerk

0000037

TATE OF FLORIDA

  -vs-

IERLIHY, BRIAN PATRICK

         Defendant

Fi.. n Open Court

June 6, 2001

L. Miller

Deputy Clerk

FIRST APPEARANCE ORDER

        Defendant was before the Court on this date for First Appearance and was
fully advised as required by Florida Rules of Criminal Procedure 3.130(b).
Having considered all available relevant information necessary to determine
the conditions of Defendant's release, and finding probable cause except as
indicated below, it is


ORDERED and ADJUDGED that:
(  )   The State Attorney shall provide additional evidence to the Court within
       72 hours to establish probable cause as to the following charges.
(  )   The Defendant be held without bail.
( / )  The Defendant be released on standard conditions (F.S. 903.047) and the
       following conditions:


CASE NUMBER      CHARGE                              CIRCLE ONE     AMOUNT
200002660CFA 001 AGGRAVATED CHILD ABUSE              BOR (BAIL) $50,000 Blanket
CAPIAS/WARRANT REASON: Violation of Pre-Trial Release              Bond for

200002753CFA 001 MURDER FIRST DEGREE                 BOR (BAIL) $ 50,000 both
CAPIAS/WARRANT REASON: Violation of Pre-Trial Release             Cases
                                                     bond in Orando
(  )   To the supervision of Court Alternatives, Pretrial Services Program, and May
       maintain contact as instructed.                                        14 201
(  )   Screen for substance abuse and participate in treatment as indicated.
(  )   To Court Alternatives, Maximum Supervision Program, participate as
       instructed.
(  )   Screen for Day Reporting Program and release upon acceptance to
       participate as directed.
(  )   Have no contact with victim.
(  )   Maintain alternate residence.
(  )   Other Special Conditions:_____


Page   1 of 2

APPOINTMENT OF COUNSEL:

(  ) The Court preliminarily finds the Defendant is eligible for and appoints
the Office of the Public Defender, pending the filing of a financial
affidavit and payment of the $40.00 application within seven (7) days of
this order pursuant to F.S. 27.52.

(  ) The Court finds the Defendant does NOT qualify for the Public Defender.

(  ) The Court appoints the Office of the Public Defender for First Appearance
only.

(✓) The Defendant represents he/she will consult private counsel.

DONE AND ORDERED at Gainesville, Alachua County, Florida,
on June 06, 2001.

_____
COUNTY/CIRCUIT JUDGE

**James P. Nilon**

_____ I.D. Photo not received    √ Original I.D. Photo in Case No. 2000-26600f

Page   2 of  2

0000039

STATE OF FLORIDA

vs.

Name: Bernard Hearing

Address:

Phone Number:

Defendant

DOB: ▉▉▉▉▉

SSN: ▉▉▉▉▉

IN THE EIGHTH JUDICIAL CIRCUIT IN AND FOR
ALACHUA COUNTY, FLORIDA

CASE NUMBER: 00-2660CFA
00-2753FA

## APPLICATION FOR APPOINTMENT OF PUBLIC DEFENDER/ AFFIDAVIT OF INDIGENCY
### AND RELEASE OF FINANCIAL INFORMATION

***I understand that a public defender is not a free lawyer,*** and that a $40.00 application fee is to be paid to the clerk of the court, as ordered by the court and is due upon filing of this affidavit or within seven (7) days thereafter. If not paid within seven (7) days the application fee shall be assessed at sentencing or at the final disposition of this case, as directed by the court. I understand that a judgment & lien may be imposed against all of my real or personal property owned or after acquired, in favor of Alachua County, Florida, for an amount which shall constitute the reasonable minimum value of legal services and costs rendered on my behalf by the public defender. I also understand that if I am found to be not guilty or my case is dismissed that I will not be responsible for attorney fees.

### AFFIDAVIT OF INDIGENCY

***I, being first duly sworn, state under oath and penalty of perjury*** that the above and following statements regarding age, marital status, dependents, bail, financial status and release of information is true and correct. I hereby authorize Alachua County or the State of Florida to make inquiry to any employer, creditor, banking or financial institution, utility company and credit bureau (s) regarding my financial matters and further authorize the release of any information and documentation relating to same. I also agree to report any change in my financial status to the court or indigence examiner.

I AM PRESENTLY:          IN JAIL:  YES / NO    AMOUNT OF BAIL $ _____      ROR:  YES / NO

MARITAL STATUS: S    NUMBER OF DEPENDENTS: 0    EMPLOYED BY: A&B House Corp.

EMPLOYERS ADDRESS: _____  NET INCOME WEEKLY $ ____  BIWEEKLY $ ____  MONTHLY $ ____

PUBLIC ASSISTANCE: AFDC: $ ____  SSI $ ____  FOOD STAMPS $ ____  CASH OWNED: $ ____

BANK NAME: ____  REAL ESTATE (owned)Interest  In\expectancy of an interest) $ ____

VALUE OF PERSONAL PROPERTY: (cars, motorcycle, boat, stocks, bonds, notes, etc.) $ ____

MONTHLY LIABILITIES: (rent, utilities, loans, support payments, etc.) $ ____

I understand that the court will only make a preliminary determination of indigency pending the outcome of an investigation by the indigence examiner into my financial background.

_____
(Affiant)

Subscribed and sworn to me this _____ day of _____, ____. Affiant is personally known ( )

or has produced ( ) _____  as identification.

_____    _____    _____    _____
Judge       Deputy Clerk   Corrections Officer   Notary Public

### ORDER ADJUDGING INDIGENCY

The above named defendant now being before this court, having made application/affidavit to determine indigency, pursuant to Sec. 27.52, Florida Statutes and said application having been reviewed, it is therefore:

ORDERED ADJUDGED AND DECREED that this court makes a preliminary determination of;
( ) INDIGENCY        ( ) NOT INDIGENT

IT IS FURTHER ORDERED that the PUBLIC DEFENDER be ( ) APPOINTED  ( ✓ NOT) APPOINTED  Private Counsel retained

DONE AND ORDERED this 6 day of June 2001    _____
(Circuit/County Judge)

Copies furnished:  Clerk    Indigence Examiner    Public Defender    Defendant
James P. Nilon

FILED IN OPEN COURT
6-6-01
K Miller D.C.

ALACHUA COUNTY, FL
10 JUN 6 AM 8:09
CIRCUIT COURT
COUNTY COURT

ALACHUA COUNTY WARRANT/CAPIAS MITTIMUS

Hold for : _____

OBTS #: *OCO10126r5*          Eighth Judicial Circuit

2010
JI-5931

Name: HERLIHY, BRIAN PATRICK                    Suffix: _____
Address: 1015 SW 9TH STREET #A21
         GAINESVILLE          FL 32601
Birth Place: US Ft. Brass NC.          Citizenship: Yes US
Race: W  Sex: M  Height: 510  Weight: 185  Hair: BRO  Eyes: BRO  DOB: ████████
Driver License: ████████████          SSN: ████████████
Distinguishing Marks: SCAR OVER RT EYE
Bus. Address: At. Hose Cont.
SPN: 1993-000969   SO ID/AGNCY #:93-00345
Hm. Phone: (352)271-0466          Bus. Phone; (352)371-3171
Next of Kin: MOTER  Lois Herlihy   Same Addr.  As Def.
-----------------------------------------------------------------------
New/Updated Information : DEF. WAS TRANSPORTED TO ACSO by

STATE of Fla. Extradition Services

ACH   15401 NW. 10TH ST. Pembroke Pines Fl. 33025
-----------------------------------------------------------------------

| Juvenile Parents | Address | Phone | Notified |
|------------------|---------|-------|----------|
|                  |         |       |          |

-----------------------------------------------------------------------

| Arr. Date | Arr. Time | Arr. Location | Book Date | Book Time | Book Location |
|-----------|-----------|---------------|-----------|-----------|---------------|
| 06-05-01  | 7010      | ACSO JDT      | 06-05-01  | 7010      | ACSO JDT      |

Booking Number : _____
Capias Number : 200002660CFA              Issue Date 05/15/2001
001   AGGRAVATED CHILD ABUSE               01-7413

Bail Information:    $50,000.00          Issuance Note: DO NOT ADJUST
Reason : Violation of Pre-Trial Release    Judge:  MARTHA ANN LOTT
Release Option : Bond Amount / Not Subject to Adjustment Team: 052,199,068
-----------------------------------------------------------------------

Booking Number : _____
Capias Number : 200002753CFA              Issue Date 05/15/2001
001   MURDER FIRST DEGREE                  01-7414

Bail Information:    $50,000.00          Issuance Note: DO NOT ADJUST
Reason : Violation of Pre-Trial Release    Judge:  MARTHA ANN LOTT
Release Option : Bond Amount / Not Subject to Adjustment Team: 052,199,068
-----------------------------------------------------------------------

Prepared by: MEEKS, MEREDITH          Name : STEPHEN F. LYSON
I swear and affirm that to the best of
my knowledge and belief the defendant   Signed _____
named herein is the subject wanted for
the above listed Warrant(s)/Capias and have executed same by arresting
this defendant this date.

JAPDMIT     Page : 1 of __/__  Alachua County Sheriff Deputy ID #_____

COURT COPY **CASH APPEARANCE BOND**

No. 00118713

STATE OF FLORIDA, COUNTY OF Alachua PR-

Defendant Brian P. Herlihy , Address: 19401 NW 10th St. Pembrook Pines f
33026

KNOW ALL MEN BY THESE PRESENTS THAT I, PR- 954-442-1826

Lois Herlihy , Depositor, Address: 19401 NW 10th St. Pembrook Pines f

have deposited with the Sheriff of Alachua County, Florida, the sum of Thirty Five Thousand

Dollars ($ 35,000.00 D/B ) as security for the appearance of the defendant upon the conditions hereinafter set forth. If the said

defendant shall appear before the CIRCUIT OR COUNTY Court, in and for Alachua

County, @ Gainesville , Florida at TBN M. on the TBN day of TBN

A.D. 19 2001 to answer to (a) charge(s) of # 1 Murder- 1st Degree (CS#00-2753) Bond $ 25,000

# 2 Agg Child Abuse (CS#00-2110 CFA Bond $ 25,000 Bond $

SPN # 93-0969

and shall appear in said court from day to day and term to term and shall not depart the same without leave, said money so deposited shall be
returned to the undersigned depositor, else to be forfeited or estreated by order of the above court.

The above sum received and this bond taken and approved
by me this

11 day of June 2001

Stephen Delrich Sheriff

Alachua County, Florida

By F. Céspedes D.S.

Location where taken: ASD/DDJ

Defendant

Depositor

Section 939.17, Florida Statutes, authorizes the Clerk, under the
direction of the Court, to deduct any court fines and costs from the
Cash Bond.

4/A

BROWARD COUNTY ARREST NO.    ☒ COMPLAINT AFFIDAVIT    ☐ FORM    OBTS. NO.

| FILING AGENT | OFFENSE REPORT | LOCAL I.D. NO. | FCI | FBI | SS NO |
|---|---|---|---|---|---|
| Sunrise Police Department | 01-06-13244 | | | | |

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SJF | ALIAS/STREET NAME | CITIZENSHIP |
|---|---|---|---|---|---|
| HERLIHY | BRIAN | PATRICK | | | |

| RACE | SEX | HGT | EYES | HAIR | WGT. | COMP. | AGE | D.O.B. | BIRTHPLACE | SCARS, MARKS, TT |
|---|---|---|---|---|---|---|---|---|---|---|
| W | M | 5'11" | BROWN | BLACK | 180 | LT | 30 | | North Carolina | Tattoos both arms/chest/leg |

PERMANENT ADDRESS
19401 NW 10 Street,
Pembroke Pines, Florida 33029

LOCAL ADDRESS
same

PLACE OF EMPLOYMENT    LENGTH
unemployed

| RESIDENCE TYPE | 2 | CITY | (2) COUNTY | (3) FLORIDA | (4) OUT-OF-STATE |
|---|---|---|---|---|---|

HOW LONG DEFENDANT IN BROWARD COUNTY | BREATHALYZER BY/CCN | READING | PLACE OF ARREST | DATE/TIME ARRESTED | ARRESTING OFFICER/S: CCN

OFFICER INJURED | UNIT | ZONE | BEAT | SHIFT | UNIT TRANSPORTING PRISONER | TRANSPORTING OFFICER/CCN | PICK-UP TIME:
Y ☐ N ☐

TIME ARRIVED AT BSO

| TYPE | A-BARBITURATE | H-HALLUCINOGEN | P-PARAPHERNALIA | U-UNKNOWN | ACTIVITY | ACTIVITY | S-SELL | A-SMUGGLE | M-MANUFACTURE/ | K-OSPENSE/ | INDICATION OF | Y | N | UK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V-1 | C-COCAINE | M-MARIJUANA | EQUIPMENT | Z-OTHER | | A-N/T | B-BUY | D-DELIVER | PRODUCE/ | DISTRIBUTE | ALCOHOL INFLUENCE | | | |
| A-AMPHETAMINE | L-HEROIN | O-OPIUM | | S-SYNTHETIC | | P-POSSESS | T-TRAFFIC | R-USE | CULTIVATE | Z-OTHER | DRUG INFLUENCE | | | |

DEFENDANTS VEHICLE-MAKE _____ TYPE _____ YEAR _____ COLOR ___ VIN NO _____

ATTACH DEFENDANTS PHOTO

VEHICLE TOWED TO _____ TAG NO _____ OTHER IDENTIFIERS OR REMARKS _____

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) | ADDRESS | PHONE # |
|---|---|---|
| CYNTHIA LURDERS 3958 NW 87 AVE, SUNRISE FLORIDA 33351 | | |

| COUNT NO. | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S. # OR CAPIAS/WARRANT # |
|---|---|---|---|
| 1 | AGGRAVATED STALKING | | 784.048(4) |

## DOMESTIC VIOLENCE

### PROBABLE CAUSE AFFIDAVIT

Before me this date personally appeared _____ Det L. Randazzo _____ who being first duly sworn,
deposes and says that on ___dates___ day ___ June ___ 19 2001 at ___ 3958 NW 87 Ave, Sunrise Florida ___ (crime location) the
above named defendant committed the crime of offenses charged and the facts showing probable cause to believe same are as follows:
The defendant has committed the crime of Aggravated Stalking in that he has engaged in a course of conduct specifically directed at this
victim, which has caused substantial emotional distress to the victim. Furthermore, the defendant has engaged in this conduct after being
served with an Injunction for Protection Against Domestic Violence. The defendant was served with the Temporary Injunction on 5-17-01,
and was served with a Permanent Injunction on 5-31-01 in Open Court.
To Wit: On 6-13-01 the victim received an E-Mail from the defendant in violation of the Injunction.
To Wit: On 6-15-01 the victim received a two phone calls, at 1:50 & 1:51 AM, on her cell phone from the defendant. These calls were
observed on her caller ID by Officer Capuano on the date they were received.
To Wit: On 6-15-01 the defendant called the victims home phone number at 2:13 AM and left a recorded message, in direct violation of the
order. The defendant stated on this message that he knows he is not supposed to be calling. A copy of this recorded message was taken into
evidence.
To Wit: On 6-15-01 Officer Capuano called the suspects residence at number 442-1826 which is the suspects father's home phone; and asked
to speak with the suspect. The suspect admitted to the officer that he called the victim.    (SEE PAGE TWO)
I swear the above statement is correct and true to the best of my knowledge and belief.

| OFFICER/AFFIANT'S SIGNATURE | Randazzo 3457 | Detective |
|---|---|---|
| | OFFICER'S NAME/CCN | OFFICER'S DIVISION |

STATE OF FLORIDA    COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this 19 day of June 20 01 who is personally
known to me or who has produced (ID Type) POLICE as identification and who DID (DID OR DID NOT) take an oath.

(SEAL OR STAMP)

Det 3317

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY    TITLE OR RANK/CCN

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA
8COS6 #3 (Rev. 9/91)    FIRST APPEARANCE / ARREST FORM

Orig. Court
2nd State Any.
4th Arresting Agency
3rd Filing Agency

0000042    EXHIBIT # 1

PD 0699 ARREST NO _____   COMPLAINT AFFIDAVIT   PROBABLE CAUSE AFFIDAVIT CONTINUATION   OBTS NO _____   CRIMES NO _____

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | HGT. | WGT. | RC | SEX | D.O.B. | OFFENSE REPORT | ARRESTING OFFICER(S) /CCN |
|---|---|---|---|---|---|---|---|---|---|
| HERLIHY | BRIAN | P | 5'11" | 180 | W | M | ▇▇▇▇▇ 01-06-13244 | | |

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) | ADDRESS | PHONE # |
|---|---|---|
| CYNTHIA LURDERS | 3958 NW 87 AVE, SUNRISE FL | |

| COUNT NO | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S. # OR CAPIAS/WARRANT # |
|---|---|---|---|
| 1 | AGGRAVATED STALKING | | 784.048(4) |
| | | | |
| | | | |
| | | | |

Before me this date personally appeared _____ Det L. Randazzo _____ who being first duly sworn

deposes and says that on _Various Dates_ day __June__ 18 _01_ at _3958 NW 87 Ave. Sunrise, FL_ (crime location) the

above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

To Wit: On 6-15-01 the victim received another E-Mail from the defendant in violation of the Injunction.
It should be noted that this defendant was arrested on 5-13-01 in Pembroke Pines for Stalking this victim and was released on bail; and has
continued to Stalk this victim.
The victim has not been living in her own home because she is afraid that this defendant will find her.
It should also be noted that this defendant is out on bail for the charge of Homicide in Alachua County Florida.

I swear the above statement is correct and true to the best of my knowledge and belief.

_____        Randazzo #3457           Detective
OFFICER/AFFIANT'S SIGNATURE             OFFICER'S NAME/CCN        OFFICER'S DIVISION

STATE OF Florida        COUNTY OF Broward

The foregoing instrument was acknowledged before me this _19_ day of __June__ 19 _01_ who is personally

known to me or who has produced (if type) known   as identification and who   DID   take an oath.
                                                                       (DID OR DID NOT)

_____                          Det 3317                    (SEAL OR STAMP)
DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY   TITLE OR RANK/CCN

SEVENTEENTH JUDICIAL CIRCUIT                  FIRST APPEARANCE/ARREST FORM

Orig Court
2nd State Atty
3rd Filing Agency
4th Arresting Agency

TOTAL P.04

0000043

Case 1:09-cv-00052-MP-GRJ Document 21-6 Filed 03/22/11 Page 93 of 121

# OFFENSE INCIDENT REPORT

**Sunrise Police Department**

Agency ORI Number: 062700

| | | |
|---|---|---|
| Incident Type #1 | 3 | Simple Battery (Domestic) |

Incident Type #1: SCN 05 30 1700

3958 NW 87 AVE — Sunrise FL 3335 — Tueder's Residence — Beat /M143

Victim: W/F 10-18-68

Offender: Herthy, Brian — 3958 NW 87 AVE Sunrise FL 3335 — (954) 746-5961
Unemployed — Brown Shorts / White Shirt

W/M 01 70 58 94 Green Brown Short Short
MED Big

Zone — Patrol C90 5-30

Sgt Lowell 3495

0000044

## NARRATIVE CONTINUATION

Agency ORI Number FLO 062700    Agency Name Sunrise Police Department    Agency Report Number 01 - 05 - 10573

1. Offense / 1. Arrest   Juvenile   1. Original / 2. Supplement

Original Date Reported    Case Number

05130 Simple Battery (Domestic)

I responded to the police Department in reference to a Simple battery (domestic). Upon arrival I made contact with (V1) _____ who stated on 5-12-01 at the listed time her boyfriend (S1) Brian Herlihy got into a verbal altercation with her after she had asked him to move out of her apartment. Mr. Herlihy had been residing with her for the past four months and they have been dating for the past five months. _____ had told him to move out of the apartment on 5-12-01 because she no longer wanted to date him as a boyfriend, due to the fact that he has an anger management problem. _____ further stated that this verbal altercation turned physical when Mr. Herlihy grabbed her shirt with his hands then pulled her necklace in a downward motion causing lacerations to her neck. He then threw her to the ground causing injuries to both of her forearms and her right knee cap (Please see photographs of injuries for further details) before leaving the residence. _____ does wish to press charges regarding this matter and signed an affidavit of complaint stating this. Furthermore, _____ was given a domestic violence pamphlet regarding her rights and remedies. It should be noted, at this time Mr. Herlihy has been arrested by the Pembroke Pines Police Department on this date for Stalking and disorderly conduct. Their case number regarding that case is 2001-038418. Due to the fact Mr. Herlihy is already in custody, I was unable to make contact with him and ascertain any other information regarding

OFFICER AFFIDAVIT: SWORN AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____ 19 ____

TITLE _____   PRINT NAME _____   CCN _____

SIGNATURE _____

AFFIDAVIT OF COMPLAINT: I hereby swear that the above described acts were committed without my permission, against my will, as reported by me, by person or persons unknown/known to me as _____ and further that I DO _____ DO NOT _____ desire to prosecute.

Sworn and subscribed by me this _____   Victims Signature _____

day of _____ 19 ____   Victims Signature _____

Report Contains _____   Related Report Number(s) _____

Officer Initial/Reporting _____ Boone

Officer Reviewing (if Applicable) _____   I.D. Number _____   Routed To _____   Returned To _____   Assigned To 3365   By Patrol C901   Date 5-13-0

Case Status _____   Clearance Type 1. Arrest 2. Exceptional   3. Unfounded   1. Adult J. Juvenile   Other Charges _____   Arrest Number _____   Number Arrested _____
_____   1. Arrest w/ Felony   3. Death of Offender   1. Prosecution Declined   2. Juvenile like Custody   OBTS Number _____   Page 2 of 4

MAY-16-01 WED 15:18

## NARRATIVE CONTINUATION

Agency Name: **Sunrise Police Department**   Report Number: 01-05-10573

no. 082700   Simple Battery (Domestic)

the battery. It should be noted this agency has not
responded to the incident location for any other domestic calls
in the past. No other information is available at this
time.

✱ Note: I advised _____ to obtain a restraining order
against Mr. Herlihy. Regarding Pembroke Pines Police Case
number 2001-038418. Mr. Herlihy showed up at _____
Job (Pembroke Pines Ale House) and caused a disturbance
with _____. He was charged with stalking and
disorderly conduct. ✱

OFFICER AFFIDAVIT: SWORN AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____ 19 ___

TITLE _____ PRINT NAME _____ CCN _____

SIGNATURE _____

AFFIDAVIT OF COMPLAINT: I hereby swear that the above described acts were committed without my permission against my will, as reported
by me, by person or persons unknown/known to me as _____ and further

that I DO _____ DO NOT _____ desire to prosecute.

Sworn and subscribed by me this _____

day of _____ 19 ___   Victims Signature _____

Victims Signature _____

## NARRATIVE CONTINUATION

| 1. Offense | | Juvenile | | 1. Original | |
| 2. Arrest | | | | 2. Supplemental | |

| Agency ORI Number | Agency Name | Crime Report Number |
| No 062700 | Sunrise Police Department | CR-05-10573 |

**05.T.301 Simple Battery (Domestic)**

OFFICER AFFIDAVIT: SWORN AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____ 19___

TITLE _____ PRINT NAME _____ CCN _____

SIGNATURE _____

AFFIDAVIT OF COMPLAINT: I hereby swear that the above described acts were committed without my permission against my will, as reported by me, by person or persons unknown/known to me as **Brian Herlihy** and further

that I DO ___✓___ DO NOT _____ desire to prosecute.

Sworn and subscribed by me this **13**

day of **May** **(1)**

Victims Signature X **C. Clenders**

Victims Signature _____

| Report Contains | | | | | | Related Report Number(s) | |
| Officer Reporting **Borzone** | | ID. Number | Routed To | Referred To | Assigned To **2955** | By **Patrol C9ul 5.73** | Date |

| Case Status | Clearance Type 1. Arrest 2. Exceptional | 3. Unfounded | A-Adult J-Juvenile | Date Cleared | Arrest Number | Number Arrests |
| | | | | | | |

# ☒ COMPLAINT AFFIDAVIT
SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

☒ ARREST FORM

BROWARD COUNTY
ARREST # **PP. 2001-0678**

| Filing Agency | Offense Report | LOCAL ID # | FDLE | FBI | |
|---|---|---|---|---|---|
| PEMBROKE PINES | 2001-038413 | | | | |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| HERLIHY | BRIAN | PATRICK | | | USA |

| Race | Sex | Hgt | Eyes | Hair | Wgt | Comp | Age | DOB | Birthplace | Scars marks (T) |
|---|---|---|---|---|---|---|---|---|---|---|
| W | M | 5'11 | BRN | BLK | 180 | FAIR | 30 | 10-11-70 | FT. BRAGG N.C. | R CALF, R THIGH, CHEST |

Permanent Address: 19401 NW 10 ST
PEMBROKE PINES, FL 33029
Local Address: SAME

Residence Type: (11) City (2) County (3) Florida (4) Out of State
Place of Employment: UNEMPLOYED  Length: 1 WEEK

How long defendant in Broward County: 1 YR
Breathalyser by/CCN:  Reading:
Place of arrest: 11795 PINES BLVD
Date/time arrested: 5-13-01 / 1500
Arresting officer(s)/CCN: DUTTON #80

Officer injured: Y☐ N☒  Zone 32  Beat B  Shift  Trans. Unit  PMD Y☐ N☐  Transporting officer/CCN:  Time arrived at BSO:  Drug Type: N

| Count # | Offense Charged | Citation # if Applicable | FS or Capias/Warrant # |
|---|---|---|---|
| 1 | STALKING | | 784.048 |
| 1 | DISORDERLY CONDUCT | | 877.03 |

**Probable Cause Affidavit**

Before me the date personally appeared OFC. DUTTON who being first duly sworn (says he)
and says that on 13 day of MAY (year) 2001 at 11795 PINES BLVD (crime location) the above named
defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

The defendant willfully, maliciously and repeatedly harassed the victim by telephon her at her place of employment, cell Phone. The defendant also drove through the Parking lot of both her place of employments, (2) her Parent's residence and appeared at her Place of employment, confronting her and Placeing her in fear. The defendant battered her on 05-12-01 in Sunrise, and is Presently out on Bond for

OFFICER/AFFIANT'S SIGNATURE  OFFICER'S NAME/CCN DUTTON #080  OFFICER'S DIVISION PATROL

STATE OF FLORIDA  COUNTY OF BROWARD
The foregoing instrument was acknowledged before me this 13 day of MAY (year) 2001, who is personally known

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA

FIRST APPEARANCE/ARREST FORM
(SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION.)

BROWARD COUNTY
ARREST NO. **PP 0001 0678**

## COMPLAINT AFFIDAVIT
PROBABLE CAUSE AFFIDAVIT CONTINUATION

OBTS NO.

**ARREST FORM**

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF. | HGT | WGT | RC | SEX | D.O.B. | OFFENSE REPORT | ARRESTING OFFICER (S)/CCN |
|---|---|---|---|---|---|---|---|---|---|---|
| HEALHY, | BRIAN | | | 511 | 180 | W | M | 10-8-70 | 2001- 38415 | P. Dutton 338080 |

NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.)                    ADDRESS                    PHONE #

| COUNT NO. | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S. # OR CAPIAS/WARRANT # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Before me this date personally appeared **Pamela Dutton** who being duly sworn
deposes and says that on **13** day **May** at **1179 S Pines Blvd** (at the location) the
above named defendant committed the above offenses charges and the facts which establish cause to believe same are as follows:

Willful Homicide/Premeditated murder of a child in Alachua County. When located and confronted in the parking lot of the victim's place of business, The defendant became Hostile, Extremely loud, yelling obscenities, throwing his Identification card at officer Mazone, drawing a crowd and disturbing the flow of traffic in the parking lot. The Victim gave this officer a sworn taped statement. The defendant Post Miranda gave a sworn taped statement admitting his phone calls and drive bys.

I swear the above statement is correct and true to the best of my knowledge and belief

**Pamela Dutton 338080** **Patrol**

OFFICER/AFFIANT'S SIGNATURE          OFFICER'S NAME/CCN          OFFICER'S DIVISION

STATE OF **FL**          COUNTY OF **Broward**

2N1

The foregoing instrument was acknowledged before me this **13** day of **May** who is personally
known to me or who has produced (ID-Type) **FL** as identification and who (did or did not) take an oath

**(SEAL OR STAMP)**

DEPUTY CLERK OR THE COURT NOTARY PUBLIC OR ASSISTANT STATE ATTORNEY          TITLE OR RANK/CCN

FIRST APPEARANCE/ARREST FORM

SEVENTEENTH JUDICIAL CIRCUIT

Pembroke Pines Police De...

Crg - Court
2nd - State Atty
3rd - Filing Agency
4th - Arresting Agency

MAY 14 10:58

85/15/2001 17:31

| Related To: | Slam... | Damage Code | Type |
|---|---|---|---|

**VEHICLE**

| Veh. # | Year | Make | | Model | | Style | VIN/Hull Number |
|---|---|---|---|---|---|---|---|

| Tag Reg./Doc. # | Plate State | Plate Year | Reg. State | Reg. Year | Decal Number | Tag Type |
|---|---|---|---|---|---|---|

| Condition | Insurance Company | | Lien Holder | Estimated Value $ |
|---|---|---|---|---|

| Color | | Description (Identifying Characteristics Noticeable Damage, Interior Color, Etc.) |
|---|---|---|

| Vessel Name | Length | Hull Material | Propulsion | Boat Type |
|---|---|---|---|---|

| Recovery Loc. | | Recovery Code |
|---|---|---|

| Recovery Address/Geographic Indicator | Date Recovered | Value Recovered $ |
|---|---|---|

| Method of Theft | Original Reporting Agency |
|---|---|

| Report Number | Hold | Reason/Authority |
|---|---|---|

| Components Stripped |
|---|

| Towed By | Storage Location | FCIC/NCIC |
|---|---|---|

**WEAPON**

| Person Code | Item # | Damage Code | Type | Status |
|---|---|---|---|---|

| Quantity | Name | Brand | Make | Model |
|---|---|---|---|---|

| Serial Number | Owner Applied Number |
|---|---|

| Description (Size, Color, Caliber, Barrel Length, Etc.) |
|---|

| Value $ | Value Recovered $ | Date Recovered | FCIC/NCIC |
|---|---|---|---|

**PROPERTY**

| Related To: | Status | Type |
|---|---|---|

| Bank/Card Issuer | Account Number | Document/Serial Number |
|---|---|---|

| Printed Name | Payable To | Face Signature |
|---|---|---|

| Endorsement | Other Name(s) | Service/Property Received |
|---|---|---|

| ID. Type | ID. No. | Document Date | Amount $ |
|---|---|---|---|

| Physical Evidence: | Evidence Inventory Number: |
|---|---|

**NARRATIVE**

Title:

INVESTIGATION REVEALED THAT THE ARRESTEE (HERLIHY) WILLFULLY, MALICIOUSLY, AND REPEATEDLY HARASSED THE VICTIM (LUEDERS) BY TELEPHONING HER ON HER CELL PHONE AT HER PLACE OF EMPLOYMENT (PINES ALE HOUSE). THE CALLS WERE MADE FROM THE B.S.O. MAIN JAIL (#954-760-5950) AS HE HAD BEEN ARRESTED EARLIER BY THIS AGENCY (SEE CASE #2001-038413) FOR SIMILARLY STALKING THE VICTIM AND HAD BEEN WARNED NOT TO DO SO AGAIN.

DURING THE TELEPHONE CALLS, THE ARRESTEE TOLD THE VICTIM "I HOPE YOU'RE NOT PLANNING ON GOING THROUGH WITH THIS" REFERRING TO PROSECUTING HIM AND ALSO "I ONLY HAVE TO PAY $50.00 AND I'LL BE BACK OUT". AS A RESULT OF THESE CALLS, THE VICTIM FEARED THAT THE ARRESTEE WOULD DO FURTHER HARM TO HERSELF OR HER FAMILY.

DUE TO THE ARRESTEE'S CONTINUED INTIMIDATION AND REPEATED STALKING THE VICTIM IS DEEPLY CONCERNED FOR HER PERSONAL SAFETY. THIS WAS THE INTENT OF THE ARRESTEE IN ORDER TO CAUSE THE VICTIM TO WITHHOLD TESTIMONY.

IT SHOULD BE NOTED THAT THE ARRESTEE BATTERED THE VICTIM ONE DAY PRIOR TO THIS INCIDENT WHILE THEY WERE RESIDING TOGETHER (SEE SUNRISE PD CASE #01-05-10573) AND IS PRESENTLY OUT ON BOND FOR WILLFUL HOMICIDE/PREMEDITATED MURDER OF A CHILD IN ALACHUA COUNTY.

THE VICTIM GAVE A TAPED STATEMENT (SEE PROPERTY REPORT 2001-1369) AND WILL PROSECUTE.

THIS OFFICER WAS ADVISED BY B.S.O BOOKING (SGT. PIERCE) THAT THE EARLIEST THE ARRESTEE WILL FACE A JUDGE (DOMETIC VIOLENCE COURT) IS APPROXIMATELY 0700 HOURS ON TUESDAY, 05-15-2001. ALACHUA COUNTY SHOULD BE NOTIFIED PRIOR TO THIS APPEARANCE, AS THE ADDITIONAL FELONY CHARGES WILL MOST LIKELY RESULT IN REVOCATION OF BOND AND/OR ISSUANCE OF A WARRANT FOR THE ARRESTEE.

0000050

| Report Contains | | | | | | | |
|---|---|---|---|---|---|---|---|
| PROPERTY REPORT #2001-1369 | | | | | Related Report Number(s) #2001-038418, SUNRISE PD CASE #01-05-1057 | | |

| STATUS | Reporting Officer / ID | | Reporting Officer / ID DANNER, PAUL / 0416 | | Unit ALPHA 23 | | | Date 05/14/2001 |
|---|---|---|---|---|---|---|---|---|
| | Officer Reviewing (if Applicable) JOMANT, MICHAEL | ID. Number 0077 | Routed To | Referred To | | Assigned To | By | Date |
| | Case Status 3 CLOSED/CLEARED | Clearance Type 1 ARREST | | | Date Cleared 05/14/2001 | Number Arrested 1 | | |

000051

Original
X Supplement / Current

## OFFENSE-INCIDENT REPORT

| Agency ORI | FL0060600 | | Agency Report Number | 2001-038413 |
| --- | --- | --- | --- | --- |

Juvenile

### EVENT DATA

| Reported: Day | Date | Time (mil) | Time Dispatched (mil) | Time Arrived (mil) | Time Completed (mil) |
| --- | --- | --- | --- | --- | --- |
| Sunday | 05/13/2001 | 14:13:00 | | | |

| # Off. | # Victims | # Offenders | # Prem. Ent. | # Veh. Stolen | Incident From | Day | Date | Time (mil) | Day | Date | Time (mil) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | 2 | 2 | 2 | 0 | | Sunday | 05/13/2001 | 14:13:00 | | | |

| Incident Location | 11795 PINES BLVD | | PM PINES | | Geographic Indicator |
| --- | --- | --- | --- | --- | --- |

| Method of Operation | | Description of Incident  CIVIL MATTER/MI |
| --- | --- | --- |

| Location Type  25 PARKING LOT/GARAGE | Occupancy |
| --- | --- |

| Offense | Type | Description | Attempt/Complete | NCIC/UCR Code | Forced Entry |
| --- | --- | --- | --- | --- | --- |
| 1 | 3 MISDEMEANOR | Stalking (Domestic Violence Only) | Attempted | 18 | |

| Statute Violation Number : 784.048 | Weapon Code: NOT APPLICABLE |
| --- | --- |

| Offense Indicator | V/W Code  6 | V. Type | Juvenile | (tie) | Suffix |
| --- | --- | --- | --- | --- | --- |
| 1 #1 | V VICTIM | 3 ADULT | No | ......, CYNTHIA | |

| | | | TELE. | i Zip | Residence Phone |
| --- | --- | --- | --- | --- | --- |

### VICTIM/WITNESS

| Other Contact Info (Time Available, Interpreter) | Synopsis of Involvement | Business Phone |
| --- | --- | --- |

| Race | Sex | DOB | Age | Res Type | Res Status | Extent of Injury | Injury Type | Relationship |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| W WHITE | F FEMALE | | 32 | | | | 00 N/A | CO-HABITANT |

| Occupation | Employer/School | Address | SSN |
| --- | --- | --- | --- |

| Driver's License (State and Number) | Other ID (Type and Number) | Scars Marks Tattoos (Location and Description) | FOI/NCIC |
| --- | --- | --- | --- |

| Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style |
| --- | --- | --- | --- | --- | --- |

| Complexion | Build | Facial Hair | Teeth | Speech/Voice | Ethnicity |
| --- | --- | --- | --- | --- | --- |
| | | | | | N NON-HISPANIC |

| Special Identifiers | Immigration/Naturalization# |
| --- | --- |

### SUSPECT/MISSING PERSON

| Offense Indicator | Involvement Type | Juvenile | Name (Last, First Middle) | Suffix | Suspect Code |
| --- | --- | --- | --- | --- | --- |
| 3 BOTH | SUSPECT | No | HERLIHY, BRIAN PATRICK | | A ARRESTEE |

| Address (Street, Apartment Number) | City | State | Zip | Residence Phone |
| --- | --- | --- | --- | --- |
| 19401 NW 10 ST | PEMBROKE PINES | FL | 33028- | 954-442-1626 |

| Maiden Name | Nickname/Streetname | Place of Birth | Business Phone |
| --- | --- | --- | --- |
| | | FT. BRAGG, N.C. | |

| Race | Sex | DOB | Age | Clothing | Res Type | Res Status |
| --- | --- | --- | --- | --- | --- | --- |
| W WHITE | M MALE | 10/11/1970 | 30 | | | |

| Occupation | Employer/School | Address | SSN |
| --- | --- | --- | --- |
| 01 UNEMPLOYED | | | 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 |

| Driver's License (State and Number) | Other ID (Number and State) | Scars Marks Tattoos (Location and Description) | FOI/NCIC |
| --- | --- | --- | --- |
| FL H640-075-70-371 | | RIGHT CALF | Y YES |

| Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style |
| --- | --- | --- | --- | --- | --- |
| 511 | 180 | 2 BROWN | 1 BLACK | 3 SHORT | 03 STRAIGHT |

| Complexion | Build | Facial Hair | Teeth | Speech/Voice | Ethnicity |
| --- | --- | --- | --- | --- | --- |
| 1 LIGHT | 1 LIGHT | 12 UNKNOWN | | | N NON-HISPANIC |

| Special Identifiers | Immigration/Naturalization# |
| --- | --- |

### MISSING PERSON

| Incident Type | Foul Play? | Missing Before? | Fingerprints? | Photo Available? | Dental Record? | NCIC Form? |
| --- | --- | --- | --- | --- | --- | --- |

| Date Last Seen | Time Last Seen | Location Last Seen (Address, City, St.) |
| --- | --- | --- |

| Accompanied By |
| --- |

| Mental/Physical Condition | Medication Required/Type | Doctor/Dental (Name, Phone Number) |
| --- | --- | --- |

| Property Carried |
| --- |

| Recovery Information |
| --- |

### DRUGS

| Type | Description | Status | Quantity | Measure | Street Value |
| --- | --- | --- | --- | --- | --- |
| | | | | | $ |

| Activity 1 | Activity 2 | Activity 3 |
| --- | --- | --- |

Page # 1

0000652

| Related To: | | | | Code | | | | Damage Code | | | | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Veh. # | Year | Make | | | | Model | | | | | Style | | VIN/Hull Number |

| Tag Reg./Doc. # | | Plate State | Plate Year | | Reg. State | Reg. Year | | Decal Number | | | Tag Type |

| Condition | | Insurance Company | | | Lien. Holder | | | Estimated Value $ |

| Color | | Description (Identifying Characteristics Noticeable Damage, Interior Color, Etc.) |

| Vessel Name | | Length | | Hull Material | | Propulsion | | Boat Type |

| Recovery Loc. | | | Recovery Code | |

| Recovery Address/Geographic Indicator | | Date Recovered | | Value Recovered $ |

| Method of Theft | | Original Reporting Agency | |

| Report Number | | Hold | | Reason/Authority |

| Components Stripped |

| Towed By | | Storage Location | | FCIC/NCIC |

**VEHICLE**

| Person Code | Item # | Damage Code | | | Type | | | Status |
|---|---|---|---|---|---|---|---|---|
| A ARRESTEE | 1 | 0 N/A | | | | | | 2 RECOVERED |

| Quantity 2 | Name | | Brand | | Make | | Model |

| Serial Number | | Owner Applied Number | |

| Description (Size, Color, Caliber, Barrel Length, Etc.) |

| Value $5 | | Value Recovered $ | | Date Recovered | | FCIC/NCIC |

**WEAPON**

| Related To: | | Status | | Type |
| Bank/Card Issuer | | Account Number | | Document/Serial Number |

| Printed Name | | Payable To | | Face Signature |

| Endorsement | | Other Name(s) | | Service/Property Received |

| I.D. Type | | I.D. No. | | Document Date | | Amount $ |

| Physical Evidence: | | | Evidence Inventory Number: |

**PROPERTY**

**Title:**

**NARRATIVE**

UPON ARRIVAL AT THE PINES ALE HOUSE RESTAURANT, CONTACT WAS MADE WITH VICTIM WHO STATED THAT HER BOYFRIEND-SUSPECT HERLIHY HAD BATTERED HER AT HER RESIDENCE IN SUNRISE ON 5/12/01 AND THAT HE'S BEEN ATTEMPTING TO CALL HER ON HER CELL PHONE AND AT HER WORK PLACES NUMEROUS TIMES, ALONG WITH DRIVING THROUGH THE PARKING LOTS OF HER WORK PLACES AND AT HER FAMILIES HOUSE IN AN ATTEMPT TO LOCATE HER. THE VICTIM STATED THAT JUST PRIOR TO THIS OFFICER'S ARRIVAL, THE SUSPECT ENTERED HER WORK PLACE, PINES ALE HOUSE, AND HANDED HER THE KEYS TO HIS TRUCK, AND JUST WALKED OUT. THE VICTIM STATED THAT SHE IS IN FEAR OF THE SUSPECT DUE TO HIS BATTERING HER, AND HIS RECKLESS BEHAVIOR. THE VICTIM STATED THAT THE SUSPECT IS PRESENTLY OUT ON BOND FOR MURDER OF A CHILD IN GAINSVILLE, FL.
THIS OFFICER AND OFFICER MAZONE CHECKED THE AREA FOR THE SUSPECT AND WHILE CHECKING INSIDE HIS VEHICLE WHICH WAS LOCATED IN THE REAR PARKING LOT OF THE ALE HOUSE, THE SUSPECT APPEARED ON FOOT AND BEGAN YELLING ABOUT OUR ENTRY INTO HIS VEHICLE.
THE SUSPECT WAS YELLING AT THIS OFFICER ALONG WITH OFFICER MAZONE IN THE MIDDLE OF THE PARKING LOT, CAUSING A DELAY IN TRAFFIC FLOW. THE SUSPECT'S YELLING AND ACTIONS ALSO CAUSED A CROWD TO FORM AROUND HIM AND THESE OFFICERS.
WHEN THE SUSPECT WAS ASKED FOR IDENTIFICATION AND PROOF OF OWNERSHIP OF THE VEHICLE, HE THREW HIS FL DRIVER'S LICENSE AT OFFICER MAZONE WHILE STANDING IN THE MIDDLE OF THE PARKING LOT.
THE SUSPECT WAS IDENTIFIED AS BRIAN HERLIHY AND WAS PLACED UNDER ARREST FOR DOMESTIC VIOLENCE STALKING AND DISORDERLY CONDUCT.
THE VICTIM GAVE THIS OFFICER A SWORN TAPED STATEMENT AND THE SUSPECT'S VEHICLE WAS TOWED FROM THE PARKING LOT.
THE SUSPECT GAVE THIS OFFICER A SWORN TAPED STATEMENT POST MIRANDA STATING HE HAD BEEN CALLING AND SEARCHING FOR THE VICTIM SINCE 05/12/01.

THE VICTIM WAS SEEN WITH SCRATCHES ON HER NECK, FINGER BRUISING ON HER UPPER ARMS THAT SHE INDICATED WAS FROM THE BATTERY THE SUSPECT HAD COMMITTED ON 05/12/01. THIS OFFICER CONTACTED SUNRISE P.D. AND CONFIRMED THAT A POLICE REPORT WAS FILED BY THE VICTIM.

Page # 2

0000053

THE SUSPECT WAS ADVISED PRIOR TO BEING TRANSPORTED TO COUNTY JAIL THAT HE SHOULD HAVE NO CONTACT WITH THE VICTIM, DIRECTLY OR INDIRECTLY.
NOTE - THE SUSPECT IS CURRENTLY OUT ON A 500,000.00 BOND FOR FIRST DEGREE MURDER OF A CHILD CHARGED BY GAINSVILLE P.D.

## STATUS

| Report Contains COMPLAINT AFFIDAVIT, PROPERTY SHEET, ARREST INFORM | | | | Related Report Number(s) SUNRISE P.D. # 0105-10573 | |
|---|---|---|---|---|---|
| Reporting Officer / ID / | Reporting Officer / ID DUTTON, PAMELA / 0080 | | Unit BRAVO 23 | | Date 05/13/2001 |
| Officer Reviewing (If Applicable) ID. Number SPAULDING, TAMARA   0062 | Routed To | Referred To | Assigned To | By | Date |
| Case Status 5 CLOSED/CLEARED | Clearance Type 1 ARREST | | Date Cleared 05/13/2001 | Number Arrested 1 | |

## Incident Offense Report
## Additional Victims/Witnesses

Agency ORI FL0080800                    Agency Report Number 2001-038413

### VICTIM/WITNESS

| Offense Indicator 2 #2 | V/W Code # V VICTIM | V. Type 5 GOVERNMENT | | Juvenile No | Name (Last, First Middle) STATE OF FLORIDA | | Suffix |
|---|---|---|---|---|---|---|---|
| Address(Street Apartment Number) | | | City | State FL | Zip . | | Residence Phone |
| Other Contact Info(Time Available, Interpreter) | | | | Synopsis of Involvement | | | Business Phone . - |
| Race | Sex | DOB | Age | Res Type | Res Status | Extent of Injury | Injury Type 00 N/A | Relationship |
| Occupation | | Employer/School | | | Address | | SSN |
| Driver's License(State and Number) | | Other ID(Type and Number) | | Scars Marks Tattoos(Location and Description) | | | FCIC/NCIC |
| Height | Weight | Eye Color | Hair Color | | Hair Length | | Hair Style |
| Complexion | Build | Facial Hair | Teeth | | Speech/Voice | | Ethnicity |
| Special Identifiers | | | | | | | |

### VICTIM/WITNESS

| Offense Indicator | V/W Code # W WITNESS | V. Type | | Juvenile No | Name (Last, First Middle) MAZONE, BRANDON | | Suffix |
|---|---|---|---|---|---|---|---|
| Address(Street, Apartment Number) 9500 PINES BLVD | | | City | State FL | Zip | | Residence Phone . - |
| Other Contact Info(Time Available, Interpreter) | | | | Synopsis of Involvement | | | Business Phone 954-431-2200 |
| Race W WHITE | Sex M MALE | DOB | Age 28 | Res Type | Res Status | Extent of Injury | Injury Type | Relationship |
| Occupation | | Employer/School CITY OF PEMBROKE PINES | | | Address 9500 PINES BLVD | | SSN . - |
| Driver's License(State and Number) | | Other ID(Type and Number) | | Scars Marks Tattoos(Location and Description) | | | FCIC/NCIC |
| Height | Weight | Eye Color | Hair Color | | Hair Length | | Hair Style |
| Complexion | Build | Facial Hair | Teeth | | Speech/Voice | | Ethnicity N NON-HISPANIC |
| Special Identifiers | | | | | | | |

Page # 3

0030034

05/16/2001  17:11   5044060210
Case 1:09-cv-00052-MP-GRJ   Document 21-6   Filed 03/02/11   Page 104 of 121

Agency ORI FL0060800

**Incident Offense Report**
**Additional Offenses**

Agency Report Number 2001-038413

| Offense | Type | Description | Attempt/Complete | NCIC/UCR Code | Forced Entry |
|---------|------|-------------|------------------|---------------|--------------|
| 2 | 3 | Disorderly Conduct Laws | Attempted | 66 | |

Statute Violation Number : 877.03

Weapon Code: NOT APPLICABLE

0000055

☒ COMPLAINT AFFIDAVIT
SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

BROWARD COUNTY
ARREST # 2001 - 681

☒ ARREST FORM

OBTS #

| Filing Agency PEMBROKE PINES | Offense Report 2001- 038561 | Local ID # | | FDLE | FBI | |
|---|---|---|---|---|---|---|

| Defendant's Last Name HERLIHY | First BRIAN | Middle PATRICK | SUF | Alias/Street Name | | Citizenship US |
|---|---|---|---|---|---|---|

| Race W | Sex M | Hgt 5 11 | Eyes BRN | Hair BLK | Wgt 180 | Comp FAIR | Age 30 | DOB 10-11-70 | Birthplace FT. BRAGG, N.C. | Scars, marks, TT R CALF, R. THIGH, CHEST |
|---|---|---|---|---|---|---|---|---|---|---|

Permanent Address
19401 NW 105ST
PEMBROKE PINES, FL 33029

Local Address: Same

| Residence Type: | (1) City | (2) County | (3) Florida | (4) Out of State | Place of Employment UNEMPLOYED | Length 1 YEAR |
|---|---|---|---|---|---|---|

| How long defendant in Broward County: 1 YR | Breathalyser by/CCN | Reading | Place of arrest IN CUSTODY | Date/time arrested | Arresting officer(s) CCN DANNER #418 |
|---|---|---|---|---|---|

| Officer injured Y □ N ☒ | Unit | Zone 23 | Seat | Shift | Trans. Unit | PMD Y □ N □ | Transporting officer/CCN | Pick-up time: Time arrived at BSO: | Drug Type: N |
|---|---|---|---|---|---|---|---|---|---|

| Count # | Offenses Charged | Citation # if Applicable | FS or Caplas/Warrant # |
|---|---|---|---|
| 1 | TAMPERING WITH A WITNESS/VICTIM (Front) | | 914.22 (1) |
| 2 | STALKING | | 784.048 |

Probable Cause Affidavit

Before me this date personally appeared OFC. DANNER who being first duly sworn deposes and says that on 13 day of MAY, (year) 2001 at 11795 PINES BLVD (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

THE DEFENDANT WILLFULLY, MALICIOUSLY, AND REPEATEDLY HARASSED THE VICTIM BY TELEPHONING HER ON HER CELL PHONE AT HER PLACE OF EMPLOYMENT. THE DEFENDANT DID SO FROM B.S.O. JAIL AFTER HAVING BEEN ARRESTED EARLIER IN THE DAY FOR SIMILARLY STALKING HER AND AFTER HAVING BEEN WARNED BY LAW ENFORCEMENT NOT TO DO SO, PLACING THE VICTIM IN FEAR. DURING THE TELEPHONE CALL THE DEFENDANT TOLD THE VICTIM THAT HE "HOPED YOU'RE NOT PLANNING ON GOING THROUGH WITH THIS" AND THAT HE'D "PAY $5000 AND BE BACK OUT", AND AS A RESULT

I swear the above statement is correct and true to the best of my knowledge and belief.

OFC DANNER /418 PATROL

OFFICER/AFFIANT'S SIGNATURE    OFFICER'S NAME/CCN    OFFICER'S DIVISION

STATE OF FLORIDA    COUNTY OF BROWARD
The foregoing instrument was acknowledged before me this 14 day of MAY, (year) 2001, who is personally known to me or who has produced (ID type) BADGE as identification, and who DLP (did or did not) take an oath.    (SEAL OR STAMP IF APPLICABLE)

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY    TITLE OR RANK/CCN

SEVENTEENTH JUDICIAL CIRCUIT    FIRST APPEARANCE/ARREST FORM
BROWARD COUNTY
STATE OF FLORIDA    (SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION.)

0000056

COURT COPY

BROWARD COUNTY
ARREST NO. PL2001-681

PROBABLE CAUSE AFFIDAVIT CONTINUATION

OBTS NO.

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF. | HGT. | WGT. | RC | SEX | D.O.B. | OFFENSE REPORT | ARRESTING OFFICER (SY/CCN) |
|---|---|---|---|---|---|---|---|---|---|---|
| HIRLIHY | BRIAN | | | 5'11 | 180 | W | M | 10-1-70 | 2001-638561 | DANNER #418 |

NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP)          ADDRESS          PHONE #

| COUNT NO. | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S. # OR CAPIAS/WARRANT # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Before me this date personally appeared  OFC  DANNER  who being first duly sworn
deposes and says that on  13  day of  MAY , 19 2001 at  11795 PINES BLVD  (crime location) the
above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

THE VICTIM FELT THE DEFENDANT WOULD DO HARM TO HERSELF OR HER FAMILY, DUE
TO THE INTIMIDATION AND REPEATED STALKING THE VICTIM DEEPLY FEARS FOR
HER PERSONAL SAFETY WHICH WAS THE INTENT OF THE DEFENDANT IN ORDER
TO CAUSE THE VICTIM TO WITHHOLD TESTIMONY. THE DEFENDANT BATTERED HER
ON 05-12-01 IN SUNRISE AND IS PRESENTLY OUT ON BOND FOR WILLFUL
HOMICIDE / PREMEDITATED MURDER OF A CHILD IN ALACHUA COUNTY.
   THE VICTIM WILL PROSECUTE.
   THE DEFENDANT AND VICTIM HAD PREVIOUSLY RESIDED TOGETHER
AND THE BATTERY THAT TOOK PLACE IN SUNRISE WAS DOMESTIC VIOLENCE.

I swear the above statement is correct and true to the best of my knowledge and belief.

_____          DANNER /418          PATROL
OFFICER/AFFIANT'S SIGNATURE          OFFICER'S NAME/CCN          OFFICER'S DIVISION

STATE OF  FLORIDA  COUNTY OF  BROWARD

The foregoing instrument was acknowledged before me this  14  day of  MAY , 19 2001 who is personally
known to me or who has produced (ID Type)  BADGE  as identification and who  DID  take an oath.
                                                                    (DID OR DID NOT)

_____          _____          (SEAL OR STAMP)
DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY          TITLE OR RANK/CCN
SEVENTEENTH JUDICIAL CIRCUIT          FIRST APPEARANCE/ARREST FORM
BROWARD COUNTY

| | | |
|---|---|---|
| Odg | - | Court |
| 2nd | - | State Atty |
| 3rd | - | Filing Agency |
| 4th | - | Arresting Agency |

0000057

**OFFENSE INCIDENT REPORT**

Juvenile — Original — X Supplement / Current

| Agency ORI | | | | | |
|---|---|---|---|---|---|
| FL0060400 | | Agency Report Number | 2001-038561 | | |

**EVENT DATA**

| Reported: Day Monday | Date 05/14/2001 | Time (mil) 01:00:00 | Time Dispatched (mil) | Time Arrived (mil) | Time Completed (mil) |
|---|---|---|---|---|---|
| # Off. 2 | # Victms 1 | # Offenders 1 | # Prem. Ent. 2 | # Veh. Stolen 0 | Incident From | Day Sunday | Date 05/13/2001 | Time (mil) 22:34:00 | Day Sunday | Date 05/13/2001 | Time (mil) 22:34:00 |

Incident Location: 11795 PINES BLVD — PM PINES — Geographic Indicator

Method of Operation — Description of Incident

Location Type 08 BAR/NIGHTCLUB — Occupancy 1 OCCUPIED

| Offense 1 | Type 3 MISDEMEANOR | Description Stalking (Domestic Violence Only) | Attempt/Complete Committed | NCIC/UCR Code 18 | Forced Entry N/A |
|---|---|---|---|---|---|

Statute Violation Number: 784.048 — Weapon Code: NOT APPLICABLE

| Offense Indicator 3 BOTH | V/W Code # V VICTIM | V | Juvenile No | | Suffix |
|---|---|---|---|---|---|

**VICTIM/WITNESS**

| ...st Number) | | | Name | Zip | Phone |
|---|---|---|---|---|---|

Other Contact Info (Time Available, Interpreter) — Synopsis of Involvement V-1 — Business Phone

| Race W WHITE | Sex F FEMALE | DOB | Age | Res Type | Res Status | Extent of Injury | Injury Type 00 N/A | Relationship BOY / GIRL FRIEND |
|---|---|---|---|---|---|---|---|---|

Occupation — Employer — Address — SSN

| Driver's License (State and Number) | Other ID (Type and Number) | Scars Marks Tattoos (Location and Description) | FCIC/NCIC N NO |
|---|---|---|---|

| Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style |
|---|---|---|---|---|---|

| Complexion | Build | Facial Hair | Teeth | Speech/Voice | Ethnicity N NON-HISPANIC |
|---|---|---|---|---|---|

Special Identifiers — Immigration/Naturalization#

**SUSPECT/MISSING PERSON**

| Offense Indicator 3 BOTH | Involvement Type SUSPECT | Juvenile No | Name (Last, First Middle) HERLIHY, BRIAN PATRICK | Suffix | Suspect Code A ARRESTEE |
|---|---|---|---|---|---|

| Address (Street, Apartment Number) 19401 NW 10 ST | City PEMBROKE PINES | State FL | Zip 33029- | Residence Phone 954-442-1826 |
|---|---|---|---|---|

| Maiden Name | Nickname/Streetname | Place of Birth FT. BRAGG, N.C. | Business Phone |
|---|---|---|---|

| Race W WHITE | Sex M MALE | DOB 10/11/1970 | Age 30 | Clothing UK | Res Type | Res Status |
|---|---|---|---|---|---|---|

| Occupation 01 UNEMPLOYED | Employer/School | Address | SSN 589-4C-4436 |
|---|---|---|---|

| Driver's License (State and Number) FL H840-075-70-371 | Other ID (Number and State) | Scars Marks Tattoos (Location and Description) RIGHT CALF | FCIC/NCIC Y YES |
|---|---|---|---|

| Height 511 | Weight 180 | Eye Color 2 BROWN | Hair Color 1 BLACK | Hair Length 3 SHORT | Hair Style 03 STRAIGHT |
|---|---|---|---|---|---|

| Complexion 1 LIGHT | Build 1 LIGHT | Facial Hair 12 UNKNOWN | Teeth 10 NORMAL | Speech/Voice 01 NORMAL | Ethnicity N NON-HISPANIC |
|---|---|---|---|---|---|

Special Identifiers — Immigration/Naturalization#

**MISSING PERSON**

| Incident Type | Foul Play? | Missing Before? | Fingerprints? | Photo Available? | Dental Record? | MCIC Form? |
|---|---|---|---|---|---|---|

| Date Last Seen | Time Last Seen | Location Last Seen (Address, City, St.) |
|---|---|---|

Accompanied By

Mental/Physical Condition — Medication Required/Type — Doctor/Dentist (Name, Phone Number)

Property Carried

Recovery Information

**DRUGS**

| Type | Description | Status | Quantity | Measure | Street Value $ |
|---|---|---|---|---|---|

| Activity 1 | Activity 2 | Activity 3 |
|---|---|---|

0000008



IN THE CIRCUIT COURT OF
THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY

STATE OF FLORIDA,
      Plaintiff,

Vs.                Case No.  2000-2753-CF-A
                             2000-2660-CF-A

BRIAN HERLIHY,
      Defendant.
_____/

## SECOND MOTION TO REVOKE BOND

COMES NOW the State of Florida, by and through the undersigned Assistant State Attorney, pursuant to Florida Statutes, and again moves this Honorable Court to revoke the previously ordered bond set in the above-numbered case and in support thereof states:

1.    The defendant stands indicted for the First Degree Murder of an infant. He was released on a $50,000 cash bond with a special condition that he reside with his parents, and the general condition that he refrain from any criminal activity.

2.    On July 2, 2001, a capias was issued for the arrest of the defendant on the charge of Aggravated Stalking. The defendant was arrested in Broward County on this capias and presently remains in the Broward County Jail. This is the second time the defendant has been arrested in Broward County since he has been out on bail in the

above cause. According to the complaint affidavit (attached), the defendant has continued to repeatedly harrass the victim by telephone and e-mail, after having been arrested for Stalking on May 13, 2001 by appearing at her place of employment where he confronted her, telephoning her and placing her in fear after having battered her the day before. The defendant is alleged to have given a sworn taped statement in which he admitted the phone calls and "drive-bys". The defendant has also admitted to telephone contact with the victim, after being told to have no contact with her. On May 13, 2001, the defendant was charged with Stalking and Disorderly Conduct. Since his earlier arrest, the defendant has been charged with battery. A copy of the sworn complaint and report for each of these offenses is attached to this motion.

3.  The Court has ordered the defendant to reside with his parents as a condition of bond. According to the attached affidavit, the defendant has not been residing as ordered but had been living with the victim.

4.  Based upon the foregoing, there is probable cause to believe the defendant has committed a new crime while on bond. This is the second offense committed within a period of one (1) month. Furthermore, the felony

committed in Broward County and the charge in this cause are both defined as "dangerous crimes" under Section 907.041, Florida Statutes.

5.   The defendant's continued course of conduct, which includes his failure to refrain from criminal activity; his failure to reside as directed pursuant to Court Order; his failure to follow the orders of the Broward County Court; his lack of ties to Alachua County; the possible effect these new charges on the status of the charge in this cause; and the serious nature and circumstances of this offense, require that bond be revoked and that the defendant be held at the Alachua County Jail pending the resolution of this cause.

Filed in good faith this 20th day of July, 2001.

JEANNE M. SINGER
Assistant State Attorney
Florida Bar No. 0243604
120 West University Avenue
Gainesville, FL 32601

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion has been provided to Gordon Groland, Esquire via hand-delivery this 20th day of July, 2001.

JEANNE M. SINGER
Assistant State Attorney
Florida Bar No. 0243604



IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT, IN AND
FOR ALACHUA COUNTY FLORIDA

STATE OF FLORIDA

      Plaintiff,

vs.                  Case Number: 2000-2753-CF-A
                                2000-2660-CF-A

BRIAN HERLIHY

      Defendant.

_____/

SECOND MOTION TO REVOKE
BOND HEARING

TO:  Gordon Groland, Esquire


Please take notice that the State of Florida, by and through

its undersigned attorney, will call up for hearing the above-

captioned cause on a Second Motion to Revoke Bond, before the

Honorable Larry Gibbs Turner (for the Honorable Martha Ann Lott)

of the Eighth Judicial Circuit, on Friday, July 20, 2001 at 1:30

P.M. located at Alachua County Courthouse in Courtroom 3-A,

Gainesville, Alachua County, Florida.

I HEREBY CERTIFY that a true and correct copy of the

foregoing has been furnished by fascimile to Gordon Groland,

Esquire this _20th_ day of July, 2001.


                        JEANNE M. SINGER
                        ASSISTANT STATE ATTORNEY
                        FLORIDA BAR NUMBER: 0243604

cc: court file

0000062

IN THE CIRCUIT COURT OF
THE EIGHTH JUDICIAL CIRCUIT IN AND FOR
ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,
     PLAINTIFF,

CASE NUMBER: 2000-2660-CF*
2000-2753-CF*

Brian Healihy
   DEFENDANT,

## ORDER REVOKING ~~CASH BOND~~ AND
## DIRECTING THE ISSUANCE OF CAPIAS

     THIS CAUSE came on to be heard upon a Motion to Revoke Cash Bond, filed by the State Attorney's Office. The Court being fully advised in the premises, it is therefore:

     ORDERED AND ADJUDGED that the Court finds that the CASH bond granted in this cause should be **REVOKED** and the Clerk of the Court is directed to issue a Capias in the above styled cause, BOND to be set at $1,000,000.00 nstf with the following special conditions: @ 1st Appearance

1. no contact with victims family
2. no contact with victim in Broward County case.
3. 4th ~~DOING AND ORDERED~~ in Open Court, Gainesville, Alachua County, Florida
on this 20 day of July , 2001.

                           **CIRCUIT COURT JUDGE**
                           Larry G. Turner

### CERTIFICATE OF SERVICE
I hereby Certify that a copy of the foregoing Order has been furnished to:

Council for Defendant
Assistant State Attorney
Probation and Parole
Alachua County Department of Corrections

J.K. "Buddy" Irby
Clerk of the Circuit Court

By:_____, Deputy Clerk

**FILED IN OPEN COURT**
07-20 , 2001
_____ D.C.

000000363

# IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT,
# IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA                                      CASE NO.      00-2753-CFA
       Plaintiff,                                                  00-2660-CFA

vs.

BRIAN HERLIHY
       Defendant.
_____/

## MOTION TO CONTINUE

**COMES NOW,** the Defendant, **BRIAN HERLIHY,** by and through his undersigned attorney and files this motion to continue this case now set in the October trial term and the Defendant says as follows:

1. In excess of one hundred state witnesses were disclosed to the defense following the defendant's demand for discovery filed pursuant to Rule 3.220, Florida Rules of Criminal Procedure.

2. Witnesses have been deposed as often as is practicable, given the schedule of undersigned counsel, the Assistant State Attorney assigned to this case, and the various schedules of police officers listed as State witnesses. The State Attorney's Office has continually accommodated our request for the setting of depositions although some depositions have been set and thereafter were rescheduled due to other conflicts.

3. There are a number of expert witnesses listed by the State, including physicians, nurses, and other hospital personnel. We have continually attempted to accommodate those professionals in attempting to schedule depositions and have, out of necessity, sent each one a letter requesting that they contact this office to advise as to their availability. Thus far, as of the dictating of this motion, only three professionals have responded to the letter (see exhibit A attached). The State Attorney's Office has provided us with dates for their availability and those dates extend from September 5, 2001 through September 28, 2001.



4. There are several out of county depositions of lay witnesses that need to be scheduled and we are in the process of scheduling those depositions at this time.

5. It is virtually impossible given the number of State witnesses in this case to have this case adequately prepared to go to trial in the October trial term.

6. The Defendant through the arguing of this motion specifically waives his right to a speedy trial pursuant to Rule 3.191, Florida Rules of Criminal Procedure.

7. This motion is made in good faith for the reasons indicated hereinabove.

8. Undersigned counsel has spoken to Assistant State Attorney Jeanne Singer about this continuance and although Ms. Singer has not given undersigned counsel a firm commitment, it is not anticipated that Ms. Singer will object to this continuance given the number of witnesses involved in this case.

9. The defense specifically requests that this case be set for jury trial after January 1, 2002.

**WHEREFORE**, the Defendant, **BRIAN HERLIHY**, respectfully moves this Honorable Court to grant this motion.

### CERTIFICATION

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via US Mail/Hand Delivery to the State Attorney's Office, P.O. Box 1437, Gainesville, Florida 32602 on this _26_ day of July, 2001.

THE LAW OFFICES OF GROLAND & QUIRK, P.A.

Gordon H. Groland, Esquire
Florida Bar No. 137259
P.O. Box 2848
Gainesville, FL 32602
Phone: 352-373-4669
Fax: 352-373-2885

LAW OFFICES OF

# GROLAND & QUIRK, P.A.

### ATTORNEYS & COUNSELORS AT LAW

500 East University Avenue, Suite A / Post Office Box 2848
Gainesville, Florida 32602
Phone: 352/373-4669 Fax 352/373-2885

50 Southeast 1ˢᵗ Avenue
Ocala, Florida 34478
Phone: 352/351-9115 Fax: 352/373-2885

GORDON H. GROLAND
KEVIN D. QUIRK
CARRIE S. PROCTOR

CRIMINAL LAW
PERSONAL INJURY
WRONGFUL DEATH
TRIAL PRACTICE

July 26, 2001

Anne Dickison, M.D.
P.O. Box 100254
Gainesville, FL 32610-0254

RE:   State of Florida vs. Brian Herlihy
      Patient's Name: Robby Quirillo
      Date/Admission: August 2, 2000

Dear Dr. Dickison:

  Please be advised that this office represents Brian Herlihy, who is charged with First Degree
Murder in connection with the death of                    ), age five months, on August 2, 2000.  Your
name has been furnished to us as a witness who may have information relative to the injuries to or
treatment of said child before he died.

  We have attempted to call some of the medical witnesses, but we have been unable to get a
response.  You are invited to call Scott Thomas, an assistant in my office, to discuss with him the
scheduling of your deposition at a convenient date and time for you.  Otherwise, if we do not hear
from you within ten days of this letter, we must necessarily have a subpoena issued for your
attendance at a deposition at a date and time which we will determine without any input from you.

  Please call us and let us know if we can accommodate your busy schedule.  Thank you.

Very truly yours,

Gordon H. Groland

GHG/sct

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,                     CASE NO(s): 2000-2753-CFA
        Plaintiff,                              2000-2660-CFA

vs.

BRIAN HERLIHY,
        Defendant.
_____/

## MOTION TO SET ASIDE BOND ESTREATURE

**COMES NOW** the Defendant, Brian Herlihy, by and through his undersigned

attorney, and files this Motion to Set Aside the Bond Estreature in this case and says as

follows:

1. This Honorable Court entered an Order on May 14 2001, issuing a Capias and

revoking the Defendant's cash bond, and further ordering an estreature on said bond.  In

fact that bond should <u>not</u> have been thereafter estreated, but in any event, the Clerk's

office returned the bond to the Defendant's mother who had in fact posted that $50,000

cash bond.

2. Undersigned Counsel was contacted last week by Clerk Mary Grace Curtin who

indicated that the Order directing "estreature", needs to be corrected and that order should

in fact indicate that the cash bond be returned to the Defendant's mother, Lois Herlihy, who

posted that cash bond since the Defendant was arrested on that Capias.

3. Thereafter the Defendant's mother again posted a $50,000.00 bond and based

upon subsequent events this Honorable Court on July 20, 2001 ordered that a Capias be

issued and that the second bond be revoked and further directed that the bond  be set in

the amount of $1,000,000.00.  This subsequent revocation of bond on July 20, 2001 did

not indicate that after the Defendant was arrested and taken into custody, the revoked

cash bond should be again retured to the Defendant's mother, Lois Herlihy.  Undersigned

0000007

Counsel, at the request of Mary Grace Curtin, is asking that this Honorable Court clarify the July 20, 2001 order and dircect that the second bond be revoked, and that it "be returned to the owner of that cash bond, Lois Herlihy, who resides at: 19401 NW 10th Street, Pembroke Pines, FL 33029-3214".

**WHEREFORE,** the Defendant, Brian Herlihy, respectfully moves this Honorable Court to grant this Motion.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by Mail/Hand Delivery to Jeanne Singer, Esquire, State Attorney's Office, P.O. Box 1437, Gainesville, Florida 32602, and Mary Grace Curtin, 201 East University Avenue, Gainesville, FL 32601 on this $\frac{12}{}$ day of October, 2001.

**LAW OFFICES OF GROLAND & QUIRK, P.A.**

**Gordon H. Groland, Esquire**
FL Bar # 137259
Post Office Box 2848
Gainesville, FL 32602
Phone: (352) 373-4669
Fax:    (352) 373-2885

IN THE CIRCUIT COURT, EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA

-vs-

BRIAN PATRICK HERLIHY,

_____Defendant.____/

CASE NO. 2000-2753-CFA
CASE NO. 2000-2660-CFA

## ORDER GRANTING MOTION TO SET ASIDE BOND ESTREATURE

THE COURT has considered the Motion to Set Aside Bond Forfeiture filed by Defendant's

counsel, Gordon H. Groland; and the Court being fully advised in the premises, finds that said

Motion should be granted.

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1.   **BOND INSTRUMENT # 119603** - The May 14, 2001 estreature of the $50,000.00 cash bond

posted on bond instrument # 119603 is hereby set aside.  The instant Motion to Set Aside Bond

Forfeiture as supplemented by the official court records verifies that the subject $50,000.00

cash bond has already been refunded to its proper depositor by the Alachua County Clerk of

Court.  Consequently, no issues remain as to this bond.

2.   **BOND INSTRUMENT # 00118713** - The July 20, 2001 "Order Revoking Cash Bond and

Directing The Issuance of Capias" is hereby clarified.  Said Order revoked the second

$50,000.00 cash bond posted in this action on bond instrument # 00118713, but did not direct

a forfeiture of that bond.  Accordingly, the Alachua County Clerk of Court shall, without

further order of court, refund this $50,000 cash bond directly to its depositor: Lois N. Herlihy,

Page 1 of 2

FILED IN OPEN COURT
10-26, 2001
_____
D.C.

19401 N.W. 10th Street, Pembroke Pines, FL 33029-3214.

DONE AND ORDERED in chambers at Gainesville, Alachua County, Florida, this **26**

day of _____ **Oct** _____, 2001.

Martha A. Lott
Circuit Court Judge


copies to:        Gordon H. Groland, Defense Counsel
                  Jeanne Singer, State Attorney

0000070

## BOND INFORMATION

CASE NUMBER: 2000- 2660 -CFA
2000-2753-CFA

DEFENDANT: Brian Herlihy

ORDERED BY THE COURT TO:

_____ Pay $_____ to the Clerk of Court.

__✓__ Release Bond to Depositor.

CHARGE: Agg. Child Abuse
1st Degree Murder

BOND NUMBER: 00 118713

October 29    2001
              19.

> A check payable to the
> Depositor of Record will be
> mailed within seven business
> days (less any required fees or
> fines).   YELLOW COPY TO FISCAL.

LOTT
Judge

BBaber
Deputy Clerk

**ALACHUA COUNTY CLERK OF THE CIRCUIT COURT**
P.O. BOX 939 • GAINESVILLE, FLORIDA 32602 • (352)

20 2146

| ORGANIZATION | ACCOUNT | PURCHASE ORDER | INVOICE NUMBER | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|

BND # 0118712R 00-2753-CF
CASE # 00-2753-CF
DEFENDANT HERLIHY, BRIAN PATRICK

01 NOV -2 PM 2:13

| 20 | 2400254 | | 01187138 | 50,000.00 | |

0118713 LOIS HERLIHY

PLEASE DETACH BEFORE DEPOSITING



**J.K. "BUDDY" IRBY**
**CLERK OF THE CIRCUIT COURT**
**ALACHUA COUNTY** • BOND ACCOUNT
P.O. BOX 939 • GAINESVILLE, FLORIDA 32602
PHONE: (352) 374-3605

FIRST UNION NATIONAL BANK
OF FLORIDA
GAINESVILLE, FL 32601

63-2/630

20 2146

CHECK DATE

AMOUNT ***50,000.00***

PAY THE SUM OF ***50,000.00 DOLLARS***

TO THE ORDER OF
LOIS HERLIHY

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE