# EXHIBIT

# C

*202-1-17814*
*F*

# In the District Court of Appeal
## FIRST DISTRICT
## of Florida

BRIAN PATRICK HERLIHY }
       Appellant, }

}
}
}
}

v. }

}
}
}
}

STATE OF FLORIDA }
       Appellee, }

CASE NUMBER   2000-2753-CFA

APPEAL NUMBER 1D02-4788

VOLUME III



Dock⌐ (H)
05-14-2003
⌐Attorney
Control

## SUPPLEMENTAL
# RECORD

### HONORABLE MARTHA ANN LOTT
#### ACTING TRIAL JUDGE

## APPEAL FROM THE CIRCUIT COURT
## 8th JUDICIAL CIRCUIT FOR
## ALACHUA COUNTY, FLORIDA

**FOR APPELLANT**
HONORABLE C. RICHARD PARKER
PUBLIC DEFENDER
POST OFFICE BOX 2820
GAINESVILLE, FLORIDA 32602

**FOR APPELLEE**
HONORABLE CHARLIE CRIST
ATTORNEY GENERAL'S OFFICE
THE CAPITOL
DEPARTMENT OF LEGAL AFFAIRS
CRIMINAL APPEAL SECTION
TALLAHASSEE, FLORIDA 32399-1050

IN THE CIRCUIT COURT
OF THE EIGHTH
JUDICIAL CIRCUIT, IN
AND FOR ALACHUA
COUNTY, FLORIDA

BRIAN PATRICK HERLIHY

      Appellant

vs.

CASE NO.2000-2753-CFA

APPEAL NO. 1D02-4788

STATE OF FLORIDA
      Appellee

| INDEX INSTRUMENT | DATE FILED | PAGE NO. |
|---|---|---|
| DOCKET LINES | | |
| EVIDENCE LIST | | |
| **VOLUME I** | | |
| ARREST | 08-11-2000 | 1-3 |
| FIRST APPEARANCE ORDER | 08-11-2000 | 4 |
| SEALED ENVELOPE SAID TO CONTAIN COPIES OF APPLICATION & AFFIDAVIT FOR SEARCH WARRANT | 08-16-2000 | 5 |
| NOTICEOF APPEARANCE OF COUNSEL | 08-22-2000 | 6 |
| STIPULATION FOR SUBSTITUTION OF COUNSEL | 08-25-2000 | 7 |
| STATE OF FLORIDA IN THE CIRCUIT COURT EIGHTH JUDICIAL CIRCUIT INDICTMENT FOR FIRST DEGREE MURDER TRUE BILL | 08-29-2000 | 8-9 |

1

| | | |
|---|---|---|
| ORDER ALLOWING SUBSTITUTION OF COUNSEL | 08-29-2000 | 10 |
| MOTION TO WITHDRAW | 08-30-2000 | 11 |
| WRITTEN PLEA OF NOT GUILTY, DEMAND FOR DISCOVERY AND DEMAND FOR JURY TRIAL | 08-30-2000 | 12 |
| FIRST APPEARANCE ORDER | 08-21-2000 | 13 |
| ORDER GRANTING MOTION TO WITHDRAW | 08-31-2000 | 14 |
| MOTION TO SET BOND | 09-29-2000 | 15-18 |
| STIPULATION FOR BOND | 10-13-2000 | 19-20 |
| ORDER SETTING BOND | 10-13-2000 | 21-22 |
| CASH APPEARANCE BOND  (SEE FRONT AND BACK) | 10-17-2000 | 23-24 |
| MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND MOTION TO EXCUSE THE DEFENDANT | 11-09-2000 | 25-26 |
| ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE AND EXCUSING DEFENDANT FROM CASE MANAGEMENT CONFERENCE ON NOVEMBER 20,2000 | 11-15-2000 | 27 |
| MOTION TO REVOKE BOND | 05-14-2001 | 28-29 |
| COPIES OF COMPLAINT AFFIDAVIT FROM BROWARD COUNTY | 05-13-2001 | 30-35 |
| ORDER REVOKING BOND AND DIRECTING CLERK TO ISSUE CAPIAS | 05-14-2001 | 36 |
| BOND INFORMATION | 05-16-2001 | 37 |
| FIRST APPEARANCE ORDER | 06-06-2001 | 38-41 |
| CASH APPEARANCE BOND | 06-13-2001 | 41A |
| COPIES OF COMPLAINT AFFIDAVIT FROM BROWARD COUNTY, FLORIDA | 07-18-2001 | 42-58 |
| SECOND MOTION TO REVOKE BOND | 07-20-2001 | 59-61 |
| SECOND MOTION TO REVOKE BOND HEARING | 07-20-2001 | 62 |

2

| | | |
|---|---|---|
| ORDER REVOKING CASH BOND AND DIRECTING THE ISSUANCE OF CAPIAS | 07-20-2001 | 63 |
| MOTION TO CONTINUE | 07-26-2001 | 64-66 |
| MOTION TO SET ASIDE BOND ESTREATURE | 10-21-2001 | 67-68 |
| ORDER GRANTING MOTION TO SET ASIDE BOND ESTREATURE | 10-26-2001 | 69-70 |
| BOND INFORMATION | 10-29-2001 | 71 |
| COPY OF VOUCHER CHECK PAYABLE TO LOIS HERLIHY (BOND REIMBURSEMENT | 11-02-2001 | 72 |
| UNOPPOSED MOTION TO CONTINUE TRIAL | 11-06-2001 | 73-74 |
| ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE | 11-30-2001 | 75-76 |
| MOTION FOR COURT ORDER ALLOWING DEFENDANT TO GET COPIE S OF CHILD PROTECTION TEAM RECORDS | 01-22-2002 | 77 |
| UNOPPOSED MOTION TO CONTINUE TRIAL | 02-01-2002 | 78-79 |
| AMENDED FIRST APPEARANCE ORDER AS TO BAIL, WITH ATTACHED FIRST APPEARANCE ORDER AND ALACHUA COUNTY WARRANT/CAPIAS MITTIMUS | 03-15-2002 | 80-84 |
| MOTION TOREINSTATE PREVIOUS BOND | 03-27-2002 | 85-86 |
| MOTION FOR ORDER ALLOWING ISSUANCE OF SUBPOENAS DUCES TECUM FOR EMPLOYMENT AND EDUCATIONAL RECORDS OF DEFENDANT | 04-16-2002 | 87-88 |
| MOTION TO CONTINUE TRIAL TERM | 06-26-2002 | 89 |
| MOTION TO CONTINUE CAUSE | 06-26-2002 | 90 |
| ADDENDUM TO MOTION TO CONTINUE CAUSE | 06-28-2002 | 91 |
| ORDER GRANTING DEFENDANT'S MOTION FOR COURT ORDER ALLOWING CHILD PROTECTION TEAM TO TURN OVER COPIES OF RECORDS | 08-26-2002 | 92 |

Created on 5/7/03

| | | |
|---|---|---|
| DEFENDANT'S MOTION IN LIMINE | 09-03-2002 | 93-97 |
| STATE'S PROPOSED JURY INSTRUCTION REGARDING DEMONSTRATION EVIDENCE | 09-04-2002 | 98 |
| REQUEST TO ADJOURN TRIAL AT OR NEAR 5:00 P.M. ON WEDNESDAY, SEPTEMBER 11,2002 AND WEDNESDAY, SEPTEMBER 18, 2002 | 09-04-2002 | 99 |
| STIPULATION ON ADMISSION OF MEDICAL RECORDS AND REPORTS | 09-05-2002 | 100 |
| STIPULATION ON ADMISSION OF 911 CALL INTO EVIDENCE | 09-05-2002 | 101 |
| MOTION FOR RECONSIDERATION OF ADMISSIBILITY OF TESTIMONY OF DEPUTY CATHY LONG | 09-06-2002 | 102-130 |
| ENVELOPE SAID TO CONTAIN JURORS' NOTES FROM JURY SELECTION | 09-09-2002 | 131 |
| ENVELOPE SAID TO CONTAIN JURORS' NOTES FROM JURY SELLECTION | 09-09-2002 | 132 |
| ENVELOPE SAID TO CONTAIN JURORS' NOTES FROM JURY SELECTION | 09-09-2002 | 133 |
| DEFENDANT'S MOTION FOR REHEARING AND A DEMAND FOR A RICH ARDSON INQUIRY ON THE ISSUE OF THE ADMISSIBILITY OF A COMPACT DISC PURPORTING TO SHOW A DEMONSTRATION OF SBS (SHAKEN BABY SYNDROME) | 09-09-2002 | 134-135 |
| DECORUM ORDER AS TO MEDIA | 09-09-2002 | 136 |
| ORDER DENYING MOTION FOR RECONSIDERATION OF ADMISSIBILITY OF TESTIMONY OF DEPUTY CATHY LONG | 09-09-2002 | 137 |
| DEFENDANT'S RESPONSE IN OPPOSITION TO STATE'S MOTION FOR RECONSIDERATION OF ADMISSIBILITY OF TESTIMONY OF DEPUTY CLERK KATHY LONG | 09-09-2002 | 138-143 |
| ORDER GRANTING MOTION FOR RELEASE OF EVIDENCE | 09-10-2002 | 144 |

4

| | | |
|---|---|---|
| STATE'S PROPOSED JURY INSTRUCTION REGARDING DEMONSTRATION EVIDENCE | 09-10-2002 | 145 |
| MOTION FOR REHEARING ON THE ISSUE OF WHETHER THE DEFENSE OR THE STATE OF FLORIDA OPENED THE DOOR SO AS TO CAUSE THE ADMISSIBILITY OF CERTAIN EVIDENCE | 09-20-2002 | 146-147 |
| INSTRUCTION TO JURY REGARDING WITNESS TESTIFYING OUT OF ORDER | 09-20-2002 | 148 |
| 2.02 (a) WHEN THERE ARE LESSER INCLUDED CRIMES OR ATTEMPTS REGARDING EVIDENCE | 09-24-2002 | 149-151 |
| JURY INSTRUCTIONS | 09-25-2002 | 152-169 |
| VERDICT | 09-25-2002 | 170 |
| MOTION FOR RE-HEARING ON ISSUE OF ADMISSIBILITY OF COMPACT DISC PRESENTATION | 09-25-2002 | 171 |

**VOLUME II**

| | | |
|---|---|---|
| DEFENDANT'S MOTION FOR SANCTIONS AGAINST STATE FOR WITHHOLDING CRITICAL TESTIMONY, DEMAND FOR RICHARDSON HEARING, AND MOTION FOR MISTRIAL | 09-25-2002 | 172-218 |
| MOTION TO REOPEN DEFENDANT'S CASE AND ALLOW PREVIOUSLY LISTED STATE WITNESSES TO TESTIFY | 09-25-2002 | 219-220 |
| MOTION FOR NEW TRIAL | 10-03-2002 | 221-222 |
| ORDER DENYING MOTION FOR NEW TRIAL | 10-29-2002 | 223 |
| REALTIME TRANSCRIPT PROCEEDINGS: MOTION TO DISMISS INDICTMENT, HELD ON 09-05-2002 | 11-08-2002 | 224-267 |
| DECORUM ORDER AS TO MEDIA | 11-08-2002 | 268-272 |
| AMENDED DECORUM ORDER AS TO MEDIA | 11-08-2002 | 273-275 |
| SEALED ENVELOPE SAID TO CONTAIN PSI REPORT | 11-08-2002 | 276 |

| | | |
|---|---|---|
| PHOTOGRAPH OF THE CHILD | 11-08-2002 | 277 |
| ORDER REQUIRING TRANSCRIPTION OF TRIAL TESTIMONY | 11-08-2002 | 278 |
| JUDGMENT | 11-08-2002 | 279 |
| AMENDED JUDGMENT AS TO CRIME | 11-08-2002 | 280 |
| SENTENCE AS TO COUNT 1, AND OTHER PROVISIONS | 11-08-2002 | 282-282 |
| FINGERPRINTS OF DEFENDANT | 11-08-2002 | 283 |
| ORDER ESTABLISHING MONETARY SUMS | 11-08-2002 | 284-285 |
| CRIMINAL CODE SCORESHEET | 11-08-2002 | 286-287 |
| CIVIL RESTITUTION LIEN ORDER | 11-08-2002 | 288 |
| STATE OF FLORIDA UNIFORM COMMITMENT TO CUSTODY OF DEPARTMENT OF CORRECTIONS | 11-13-2002 | 289 |
| MOTION FOR SUPERSEDEAS BOND | 11-15-2002 | 290-293 |
| APPLICATION FOR APPOINTMENT OF PUBLIC DEFENDER/AFFIDAVIT OF INDIGENCY AND RELEASE OF FINANCIAL INFORMATION | 11-22-2002 | 294 |
| INFORMATION RECEIVED FROM COMMONWEALTH OF PENNSYLVANIA RE: DEFENDANT BRIAN PATRICK HERLIHY | 11-22-2002 | 295-299 |
| INFORMATION RECEIVED FROM COMMONWEALTH OF PENNSYLVANIA RE: DEFENDANT BRIAN PATRICK HERLIHY | 11-22-2002 | 300-304 |
| NOTICE OF APPEAL | 11-22-2002 | 305- |
| DESIGNATION TO REPORTER AND REPORTER'S ACKNOWLEDGEMENT | 11-22-2002 | 306-308 |
| DIRECTIONS TO THE CLERK | 11-22-2002 | 309 |
| STATEMENT OF JUDICIAL ACTS TO BE REVIEWED | 11-22-2002 | 310-312 |

DESIGNATION OF PUBLIC DEFENDER, SECOND
JUDICIAL CIRCUIT, FOR THE HANDLING OF
APPEAL                                          11-22-2002              313

ORDER FINDING DEFENDANT INDIGENT AND
APPOINTING PUBLIC DEFENDER OF THE
EIGHTH JUDICIAL CIRCUIT FOR HANDLING OF
APPEAL                                          12-04-2002              314-315

AMENDED NOTICE OF APPEAL                        12-30-2002              316


**SUPPLEMENTAL RECORD ON APPEAL**
**VOLUME III**
ORDER ON DESIGNATION TO REPORTER                01-29-2003              317

ORDER ON DESIGNATION TO REPORTER                02-03-2003              318

FIRST DISTRICT COURT OF APPEAL ORDER            03-03-2003              319


**TRANSCRIPTS**
**VOLUME IV**
JURY TRIAL VOLUME I HELD 9-10-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT        05-01-2003              1-107

**VOLUME V**
JURY TRIAL VOLUME II HELD 9-10-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                       05-01-2003              108-310

**VOLUME VI**
JURY TRIAL VOLUME III HELD 9-11-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                       05-01-2003              311-435

**VOLUME VII**
JURY TRIAL VOLUME IV HELD 9-11-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT        05-01-2003              436-568

**VOLUME VIII**
JURY TRIAL VOLUME V HELD 9-12-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT        05-01-2003              569-674

**VOLUME IX**
JURY TRIAL VOLUME VI HELD 9-12-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL

MCDONOUGH                                            05-01-2003                    675-834

**VOLUME X**
JURY TRIAL VOLUME VII HELD 9-13-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT        05-01-2003                    835-961

**VOLUME XI**
JURY TRIAL VOLUME VIII HELD 9-13-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                            05-01-2003                    962-1098

**VOLUME XII**
JURY TRIAL VOLUME IX HELD 9-17-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                            05-01-2003                    1099-1204

**VOLUME XIII**
JURY TRIAL VOLUME X HELD 9-17-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT        05-01-2003                    1205-1368

**VOLUME XIV**
JURY TRIAL VOLUME XI HELD 9-18-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT        05-01-2003                    1369-1503

**VOLUME XV**
JURY TRIAL VOLUME XII HELD 9-18-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                            05-01-2003                    1504-1673

**VOLUME XVI**
JURY TRIAL VOLUME XIII HELD 9-19-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                            05-01-2003                    1674-1787

**VOLUME XVII**
JURY TRIAL VOLUME XIV HELD 9-19-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT        05-01-2003                    1788-1961

**VOLUME XVIII**
JURY TRIAL VOLUME XV HELD 9-20-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT        05-01-2003                    1962-2088

**VOLUME XIX**
JURY TRIAL VOLUME XVI HELD 9-20-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                            05-01-2003                    2089-2176

Created on 5/7/03

**VOLUME XX**
JURY TRIAL VOLUME XVII HELD 9-23-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                           05-01-2003              2177-2267

**VOLUME XXI**
JURY TRIAL VOLUME XVIII HELD 9-23-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY
BRYANT                                              05-02-2003              2268-2432

**VOLUME XXII**
JURY TRIAL VOLUME XIX HELD 9-24-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY
BRYANT                                              05-02-2003              2433-2522

**VOLUME XXIII**
JURY TRIAL VOLUME XX HELD 9-25-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY
BRYANT                                              05-02-2003              2523-2534

**VOLUME XXIV**
MOTION FOR SUPERSEDEAS BOND HEARING
HELD 11-22-02 BEFORE JUDGE LOTT, COURT
REPORTER LAURIE ANN CHAFFIN                         04-21-2003              2535-2560

**VOLUME XXV**
PRETRIAL MOTION HEARING HELD 9-4-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY
BRYANT                                              05-01-2003              2561-2745

**VOLUME XXVI**
PRETRIAL MOTION HEARING HELD 9-5-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT            05-01-2003              2746-2853

**VOLUME XXVII**
SENTENCING HEARING HELD 11-8-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT            05-06-2003              2854-2934

```
*prgrm name*
   Date: 05/02/2003                                                    Page: 1
   Time: 09:54:54                                                   *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                        PAGE: 1

     ----------------------DEFENDANT NAME INFORMATION---------------------------

      TYPE --: 0
      NAME --: HERLIHY, BRIAN PATRICK              SUFFIX ----:
      ADDRESS: 19401 NW 10TH ST
      ADDRES2:
      CITY --: PEMBROOKE PINES        STATE: FL    ZIP -------: 33029
      ST ID#: 03796298                             DOB -------: 10/11/1970
      PLACE OF BIR> USA (UNITED STATES OF AMERICA)
      CITIZENSHIP : 1            RACE ----: W       SEX -------: M   HGT: 510
      HAIR COLOR -: BRO          EYE COLOR: BRO     WEIGHT ----: 185
      DL/ST NO ---:
      SOC SEC NO -:              DIST MRKS: SCAR OVER RT EYE
      DEF STATUS -:              STAT DATE:
      EMPLY/SCHL -: ALTERNATE PH #                  TEL # -----: 3056210420
      COMMENT ----: UPD 06-05-2001 LC
      FBI # ------:                                 DPT OF CORR:


     --------------------- CASE INFORMATION ----------------------------
      CASE: 012000CF002753A  DATE FILE W/CLERK: 08102000  S.A. NO----:
      CASE CROSS REF:                 PUB DEF LIEN: GPDG

     --------------------- ARREST INFORMATION --------------------------
      BK DATE-: 03152002          BK NO---: 200200003610  ARST AGCY> ASO
      OFF LOC->                                            ARST DT-: 0810200
      OFFCR NO:                   CUST LOC> DEPARTMENT OF THE JAIL

     --------------------- COURT INFORMATION --------------------------
      NXT CRT DATE--: 09092002
      COURT TYPE---> DAY CERTAIN TRIAL               JUDGE> 1
      DEF TYP/CNSL--> 3/0100 PUBLIC DEFENDER
      PROS ATTY-----> 0076   SINGER, JEANNE M
      SPDY TRIAL CMP: 02062001    PTI LGTH:    MTHS  DEFRD PROS LGTH:    MTHS

     --------------------- POST SENTENCE INFORMATION --------------------
      MSG TYPE-------: P     APPEAL FILED: 11222002   MANDATE DATE:
      REOPENED REASON: V     REOPENED DTE: 06052001   CLOSED DATE-: 11082002

     --------------------- FINE INFORMATION --------------------
      FINE ASSESSED: 56,773.74  FINE PD/ADJ:       .00  FINE BALANCE: 56,773.
      REST ASSESSED: 17,515.46  REST PD/ADJ:       .00  REST BALANCE: 17,515.
```

```
*prgrm name*
   Date: 05/02/2003                                                    Page: 2
   Time: 09:54:54                                                      *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                            PAGE: 2

 ** BOND **---------------------------------------------------------------------
 NUMBER  ISEQ PSEQ TYPE   AMOUNT STAT   POSTED    RETURNED   JUDGMENT   SATISFCT'N
-------------------------------------------------------------------------------
119603     000      BB  $50,000.00  RL 10/16/2000 05/16/2001
00118713B  000      BB  $50,000.00  RL 06/11/2001

 ** BENCH WARRANT / CAPIAS ** --------------------------------------------------
      B/C ORDERED      ISSUED      SERVED    RECALLED     STATUS       JUDGE
-------------------------------------------------------------------------------
      CP 08/29/2000 08/29/2000 08/31/2000               EXECUTED    CATES, ROBER
      CP 05/14/2001 05/15/2001 06/05/2001               EXECUTED    LOTT, MARTHA
      CP 07/20/2001 07/20/2001 03/14/2002               EXECUTED    TURNER, LARR

 ** COURT EVENT HISTORY---------------------------------------------------------
      ISEQ PSEQ         TYPE         DATE     TIME   LOC      JUDGE
-------------------------------------------------------------------------------
                   BOND HEARING        10/17/2000 01:30  2E   CHANCE, CHESTER
                   CASE MANAGEMENT     12/18/2000 01:30  3A   CHANCE, CHESTER
                   CASE MANAGEMENT     01/17/2001 01:30  3A   CHANCE, CHESTER
                   CASE MANAGEMENT     02/19/2001 01:30  3A   CHANCE, CHESTER
                   CASE MANAGEMENT     03/19/2001 01:30  3A   LOTT, MARTHA AN
                   PRE TRIAL CONFERENCE 02/20/2002 01:30 3D   LOTT, MARTHA AN
                   PRE TRIAL CONFERENCE 07/17/2002 01:30 3D   LOTT, MARTHA AN
                   TRIAL STATUS CONF   09/04/2002 02:00  3D   LOTT, MARTHA AN
                   JURY SELECTION      09/09/2002 09:00  3D   LOTT, MARTHA AN
                   DAY CERTAIN TRIAL   09/09/2002 09:00  4A   LOTT, MARTHA AN
```

```
*prgrm name*
  Date: 05/02/2003                                                Page: 3
  Time: 09:54:54                                                  *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                      PAGE: 3
  ----------------------- INITIAL CHARGE INFORMATION -------------------------

        STATUS------> ARRESTED        CHRG SEQ NO-----: 001
        OBTS NO-----: 0102021473      CITATION NO-----:
        DATE OF OFF-: 08102000         OFFENSE CODE----> 2196
        NCIC CODE---: 0912            LEVEL/DEGREE----: F/C
        STATUTE NO--: 78204  1A       MURDER
        ACTIVITY---->                 GEN OFF CHAR----: N
        WEAPONS----->                 DRUG TYPE------->
        RANGE------->                 AMOUNT----------: 000000
        UNIT-------->                 WORTHLESS CK AMT: 00000000




  ----------------------- PROSECUTOR CHARGE INFORMATION -----------------------

        STATUS------> SAME            CHRG SEQ NO-----: 001
        OBTS NO-----: 0102021473      S. A. FILE DATE-: 08292000
        FNL DEC DATE: 08292000        FINAL ACTION----> FILED
        DATE OF OFF-: 08102000        OFFENSE CODE----> 2192
        NCIC CODE---: 0912            LEVEL/DEGREE----: F/C
        STATUTE NO--: 78204  1A       MURDER FIRST DEGREE
        ACTIVITY---->                 GEN OFF CHAR----: N
        WEAPONS----->                 DRUG TYPE------->
        RANGE------->                 AMOUNT----------: 000000
        UNIT-------->                 WORTHLESS CK AMT: 00000000



                                                             C SEQ: 001
  ------------------------- COURT CHARGE INFORMATION -------------------------

        MANSLAUGHTER
        STATUS-------> REDCD          DATE OF OFF----: 08102000 OBTS NO: 0102021473
        OFFENSE CODE-> 2198           NCIC CODE------: 0909     LEV/DEG: F/S
        STATUTE NO---: 78207
        ACTIVITY----->                GEN OFF CHAR---: N        WEAPONS>
        DRUG TYPE---->                RANGE---------->          AMOUNT-: 000000
        UNIT--------->                APPEARANCE-----> 03       CONT--->
        CRT DISP DATE: 11082002       CRT ACT TAKEN--> ADJUDICATED GUILTY
        TRIAL TYPE---: 2              FINAL PLEA-----> NOT GUILTY
        VERDICT------> GJ             REMANDED?------:
        PSI?---------:                PSI RETURN DATE: 00000000
        COMMENT------:
```

```
*prgrm name*
   Date: 05/02/2003                                                Page: 4
   Time: 09:54:54                                                  *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                          ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                       PAGE: 4

----------------------- SENTENCE INFORMATION  CNT: 001 -----------------
     DEF TYP/CNSL> 3 0100        PUBLIC DEFENDER
     PROS ATTY---> 0076          SINGER, JEANNE M
     JUDGE-------> MAL           LOTT, MARTHA ANN
     IMPOSED DTE-: 11082002      EFFECTIVE DATE-: 11082002  JURIS RET-:
     ASMT AMOUNT-> 05677374      ASMT BAL-: 56,773.74        GDLNS WVD--:
     REST AMOUNT-> 01751546      REST BAL-: 17,515.46        REST D/DATE:
     CNTY OF SUPV> ALACHUA       SUPV RATE:                  SUPV AMOUNT:
     CONF TYPE---> STATE PRISON  CONF LGTH:     15 y  m  d   CONF SUSP:       y  m
     COM SRV HRS-:               COM CTL LGTH:    y  m  d    DRG CNF TRM: 000y00m00
     PROB TYPE--->               PROB LENGTH-:    y  m  d    PRB TRM DT:
     SENT TRM DTE:               DL SUSP/REV-: 00y00m00d     CR TIME SRV:  0347
     STATUS------>               REF CASE/SEQ NO: 01    0
     SENTENCE PROVISIONS---------->
     SPECIAL SENTENCE PROVISIONS-->
     ADD SENT/CMT:                                          SUPV BAL-:         .0


   * * C R I M I N A L   F I N E S   A S S E S S M E N T   D A T A * *

--- FINE ASSESSMENTS ----------------------------------------------------------

SEQ ST SEQ ST FILED PHASE  ASMT DATE  DUE DATE  ASMT AMT    TOTAL PTD    BALANCE
================================================================================
001   001   08/29/2000 COURT  11/08/2002 01/08/2003 56773.74      .00  56773.7

---DIST-----ASSESSED----- P-T-D--          ---DIST-----ASSESSED-----P-T-D-
  ** NO DIST CONTROL XXX RECORD **

 ** NO PAYMENT RECORD **

 ** CRIMINAL ACTION DOCKET ----------------------------------------------------
     DATE        DESCRIPTION                                 DOC PG SEQ
--------------------------------------------------------------------------------
     08/10/2000 CASE OPENED - ON VIEW ARREST                 00000
     08/11/2000 FIRST APPEARANCE ORDER// CURTIN
     08/11/2000 THE DEFENDANT BE RELEASED ON STANDARD CONDITIONS
     08/11/2000 (F.S. 903.047) AND THE FOLLOWING CONDITIONS:
     08/11/2000 BAIL SET IN THE AMOUNT OF $ 500,000.00
     08/11/2000 THE COURT FINDS THE DEFENDANT IS ELIGIBLE
     08/11/2000 FOR AND APPOINTS THE PUBLIC DEFENDER, PENDING
     08/11/2000 THE FILING OF A FINANCIAL AFFIDAVIT AND PAYMENT
     08/11/2000 $40.00 APPLICATION WITHIN 7 DAYS (FS 27.52)
     08/11/2000 PHOTO IDENTIFICATION NOT FILED
     08/11/2000 BAIL SET AT    500000.00                     00000  000
     08/11/2000 SA ASSIGNED:  FERRERO, DENISE R              00000
     08/11/2000 PD ASSIGNED:  MOLLICA, SALVATORE D           00000
```

```
*prgrm name*
  Date: 05/02/2003                                              Page: 5
  Time: 09:54:54                                                *prgrm name*
                J.K. "BUDDY" IRBY, CLERK OF THE COURT
                     ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                     PAGE: 5

  ** CRIMINAL ACTION DOCKET ----------------------------------------------------
     DATE         DESCRIPTION                                   DOC PG SEQ
-------------------------------------------------------------------------------
    08/17/2000 SA ASSIGNED:  SINGER, JEANNE M                   00000
    08/22/2000 NOTICE OF APPEARANCE: G GROLAND   (CURRENTLY REP
    08/25/2000 STIPULATION FOR SUBSTITUTION OF COUNSEL
    08/29/2000 ORDER ALLOWING SUBSTITUTION OF COUNSEL / GORDON
    08/29/2000 SUBSTITUTED AS COUNSEL // CHANCE
    08/29/2000 INDICTMENT FILED FOR FIRST DEGREE MURDER
    08/29/2000 ARRAIGNMENT          SET FOR 09192000            00000
    08/29/2000 CAPIAS    ISSUED                                 00000
    08/29/2000 CAPIAS    ORDERED                                00000
    08/29/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H     00000
    08/30/2000 MOTION TO WITHDRAW
    08/30/2000 WRITTEN PLEA OF NOT GUILTY
    08/30/2000 DEMAND FOR DISCOVERY
    08/30/2000 AND DEMAND FOR JURY TRIAL
    08/31/2000 CAPIAS     SERVED                                00000
    08/31/2000 CASE MANAGEMENT       SET FOR 11222000           00000
    08/31/2000 DEFENDANT REARRESTED ON  08312000                00000
    08/31/2000 DEF NAME AT RARST HERLIHY, BRIAN PATRICK         00000
    08/31/2000 FIRST APPEARANCE ORDER//.CRENSHAW
    08/31/2000 DEFENDANT HELD WITHOUT BAIL
    08/31/2000 DEFENDANT WILL CONSULT PRIVATE COUNSEL
    08/31/2000 PHOTO IDENTIFICATION NOT FILED
    08/31/2000 ORDER GRANTING MOTION TO WITHDRAW / GORDON GROLA
    08/31/2000 RETAINED AS PRIVATE COUNSEL // CHANCE
    09/18/2000 MOTION TO COMPEL DISCOVERY
    09/18/2000 STATE'S DISCOVERY EXHIBIT
    09/18/2000 DEMAND FOR RECIPROCAL DISCLOSURE
    09/21/2000 CASE MANAGEMENT       SET FOR 11202000           00000
    09/21/2000 NOTICE ISSUED TO: DEFENDANT                      00000
    09/21/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H     00000
    09/29/2000 MOTION TO SET BOND
    10/02/2000 BOND HEARING          SET FOR 10172000           00000
    10/02/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H     00000
    10/02/2000 NOTICE OF HEARING ON  103000  AT / 2:00PM  /
    10/13/2000 ORDER SETTING BOND / $50,000.00 CASH // CHANCE
    10/13/2000 SPECIAL CONDITIONS:
    10/13/2000 NO CONTACT WITH VICTIM'S FAMILY OR EXTENDED FAMI
    10/13/2000 NO CONTACT WITH CHILDREN UNDER THE AGE OF 16 YEA
    10/13/2000 MUST RESIDE IN BROWARD CO., FLORIDA WITH HIS PAR
    10/13/2000 AT 19401 NW 10 ST, PEMBROKE PINES, FL UNTIL FURT
    10/13/2000 ORDER OF THE COURT AND SHALL NOT LEAVE BROWARD C
    10/13/2000 WITHOUT PERMISSION FROM THE COURT EXCEPT TO TRAV
    10/13/2000 TO GAINESVILLE, FL TO MEET WITH HIS ATTORNEYS OR
    10/13/2000 MAKE COURT APPEARANCES IN CONNECTION WITH THESE
    10/13/2000 IF DEFENDANT HAS A PASSPORT, SHALL SURRENDER TO
```

```
*prgrm name*
  Date: 05/02/2003                                                    Page: 6
  Time: 09:54:54                                                      *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                          PAGE: 6

** CRIMINAL ACTION DOCKET -------------------------------------------------
    DATE          DESCRIPTION                                 DOC PG SEQ
-------------------------------------------------------------------------------
    10/13/2000 STATE ATTORNEY'S OFFICE OR ANOTHER DESIGNATED AG
    10/13/2000 SHALL NOT BECOME EMPLOYED IN THE MEDICAL OR HEAL
    10/13/2000 SECTOR DURING THE PENDENCY OF THIS CASE
    10/13/2000 SHALL WITHIN 10 DAYS OF POSTING BOND BE REFERRED
    10/13/2000 FAMILY DOCTOR IN BROWARD CO. TO A PSYCHIATRIST F
    10/13/2000 EVALUATION TO DETERMINE WHETHER OR NOT THE DEFEN
    10/13/2000 SHOULD BE ON ANY MEDICATION FOR DEPRESSION OR OT
    10/13/2000 MEDICAL PROBLEM
    10/13/2000 STIPULATION FOR BOND
    10/17/2000 BLANKET BOND POSTED ON  2000-02660-CFA             00000
    10/17/2000 BOND SET AT    50000.00 POSTED BLANKET BOND        00000  000
    10/17/2000 STATUS OF BOND IS  OPEN             BOND #: 1      00000  000
    10/17/2000 BLANKET BOND    BOND POSTED ON 10/16/2000          00000  000
    10/17/2000 BLANKET BOND POSTED FOR 2000-02660-CFA             00000
    10/17/2000 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY            00000
    10/20/2000 RTN MAIL 10182000/TO BRIAN HERLIHY/FOR CASE MANA
    10/20/2000 11202000/UNABLE TO FORWARD//CRC
    11/09/2000 MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AN
    11/09/2000 MOTION TO EXCUSE THE DEFENDANT
    11/15/2000 ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANC
    11/15/2000 EXCUSING DEFENDANT FROM CASE MANAGEMENT CONFEREN
    11/15/2000 ON 11202000 / CONTINUED TO 12182000 // CHANCE
    11/15/2000 NOTICE OF TAKING DEPOSITIONS
    11/15/2000 NOTICE OF TAKING DEPOSITIONS
    11/16/2000 CASE MANAGEMENT       SET FOR 12182000             00000
    11/16/2000 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY            00000
    11/16/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H       00000
    11/27/2000 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    12/18/2000 ORDER ON CASE MANAGEMENT CONFERENCE// CHANCE
    12/18/2000 CASE MANAGEMENT       SET FOR 01172001             00000
    12/21/2000 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY            00000
    12/27/2000 NOTICE OF HEARING AT  01032001  AT / 1:45 PM  /
    12/27/2000 MOTION TO MODIFY A CONDITION OF RELEASE
    01/03/2001 COURT MINUTES ON MOTION TO COMPEL - CANCELLED/
    01/03/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    01/17/2001 ORDER ON CASE MANAGEMENT CONFERENCE// CHANCE
    01/17/2001 CASE MANAGEMENT       SET FOR 02192001             00000
    01/18/2001 NOTICE ISSUED TO: DEFENDANT                        00000
    01/18/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY            00000
    01/18/2001 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H       00000
    01/22/2001 AMENDED NOTICE OF TAKING DEPOSITION
    02/05/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    02/05/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    02/14/2001 NOTICE OF TAKING DEPOSITIONS
    02/15/2001 NOTICE OF TAKING DEPOSITIONS
```

```
*prgrm name*
  Date: 05/02/2003                                              Page: 7
  Time: 09:54:54                                                *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                     PAGE: 7

 ** CRIMINAL ACTION DOCKET ----------------------------------------------------
    DATE        DESCRIPTION                                 DOC PG SEQ
-------------------------------------------------------------------------------
    02/15/2001 NOTICE OF TAKING DEPOSITIONS
    02/15/2001 NOTICE OF TAKING DEPOSITIONS
    02/15/2001 NOTICE OF TAKING DEPOSITIONS
    02/15/2001 NOTICE OF TAKING DEPOSITIONS
    02/19/2001 CASE MANAGEMENT      SET FOR 03192001         00000
    02/19/2001 DEFENDANT SIGNED NOTICE FOR  031901  CASE MANAGE
    02/20/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY       00000
    02/20/2001 AMENDED NOTICE OF TAKING DEPOSITION
    02/21/2001 NOTICE OF CANCELLATION OF DEPOSITION AT THE STAT
    02/21/2001 REQUEST
    02/27/2001 NOTICE OF HEARING ON  03052001  AT / 11:00 AM  /
    03/05/2001 COURT MINUTES ON MOTION TO MODIFY CONDITIONS OF
    03/05/2001 RELEASE - MOTION DENIED / ORDER TO BE PREPARED
    03/05/2001 BY STATE ATTORNEY /
    03/16/2001 NOTICE OF TAKING DEPOSITIONS
    03/19/2001 ORDER ON CASE MANAGEMENT CONFERENCE// LOTT
    03/19/2001 PRE TRIAL CONFERENCE SET FOR 09262001         00000
    03/19/2001 JURY SELECTION      SET FOR 10082001          00000
    03/20/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY       00000
    03/20/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY       00000
    03/23/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    03/27/2001 NOTICE OF TAKING DEPOSITIONS
    03/27/2001 NOTICE OF TAKING DEPOSITIONS
    03/27/2001 AMENDED NOTICE OF TAKING DEPOSITION
    03/30/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    04/04/2001 AMENDED NOTICE OF TAKING DEPOSITION
    04/24/2001 NOTICE OF CANCELLATION OF DEPOSITION
    05/03/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    05/14/2001 MOTION TO REVOKE BOND
    05/14/2001 ORDER REVOKING BOND AND DIRECTING CLERK TO ISSUE
    05/14/2001 CAPIAS//LOTT
    05/14/2001 CAPIAS      ORDERED                           00000
    05/15/2001 CAPIAS      ISSUED                            00000
    05/16/2001 STATUS OF BOND IS  RELEASED       BOND #: 1   00000  000
    05/22/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    05/22/2001 LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    05/22/2001 $ 50.75 // PAID
    06/01/2001 NOTICE OF TAKING DEPOSITIONS
    06/05/2001 CAPIAS      SERVED                            00000
    06/06/2001 DEFENDANT REARRESTED ON   06052001            00000
    06/06/2001 DEF NAME AT RARST HERLIHY, BRIAN PATRICK      00000
    06/06/2001 FIRST APPEARANCE ORDER// NILON
    06/06/2001 THE DEFENDANT BE RELEASED ON STANDARD CONDITIONS
    06/06/2001 (F.S. 903.047) AND THE FOLLOWING CONDITIONS:
    06/06/2001 BAIL SET IN THE AMOUNT OF $ 50,000.00 BLANKET WI
```

```
*prgrm name*
  Date: 05/02/2003                                              Page: 8
  Time: 09:54:54                                                *prgrm name*
              J.K. "BUDDY" IRBY, CLERK OF THE COURT
                    ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                    PAGE: 8

** CRIMINAL ACTION DOCKET ------------------------------------------------
    DATE          DESCRIPTION                              DOC PG SEQ
--------------------------------------------------------------------------
    06/06/2001 2000-2660-CFA
    06/06/2001 DEFENDANT WILL CONSULT PRIVATE COUNSEL
    06/06/2001 PHOTO IDENTIFICATION FILED IN CASE # 2000-2660-C
    06/06/2001 AFFIDAVIT OF INDIGENCY-NOT APPOINTED//NILON
    06/13/2001 BOND SET AT   50000.00 POSTED BLANKET BOND  00000 000
    06/13/2001 STATUS OF BOND IS OPEN           BOND #: 0  00000 000
    06/13/2001 BLANKET BOND   BOND POSTED ON 06/11/2001    00000 000
    06/13/2001 BLANKET BOND POSTED FOR 2000-02660-CFA      00000
    06/13/2001 BLANKET BOND POSTED ON  2000-02660-CFA      00000
    06/19/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    06/19/2001  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    06/19/2001 $59.50
    07/02/2001 NOTICE OF TAKING DEPOSITION
    07/02/2001 NOTICE OF TAKING DEPOSITION
    07/10/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    07/11/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    07/11/2001  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    07/11/2001 $59.50
    07/20/2001 ORDER REVOKING CASH BOND AND DIRECTING THE ISSUA
    07/20/2001 CAPIAS //TURNER
    07/20/2001 CAPIAS    ISSUED                             00000
    07/20/2001 CAPIAS    ORDERED                            00000
    07/20/2001 SECOND MOTION TO REVOKE BOND HEARING / 07202001
    07/20/2001 1:30 PM BEFORE JUDGE TURNER
    07/20/2001 SECOND MOTION TO REVOKE BOND
    07/23/2001 STATUS OF BOND IS  RELEASED     BOND #: 0  00000  000
    07/25/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    07/26/2001 MOTION TO CONTINUE
    07/26/2001 NOTICE OF HEARING ON  08102001  AT / 11:00 AM  /
    07/31/2001 NOTICE OF CANCELLATION OF TAKING DEPOSITION
    08/02/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/08/2001 NOTICE OF TAKING DEPOSITION OF JOHN QUIRELLO
    08/08/2001 NOTICE OF TAKING DEPOSITION OF KIM BRAGG/BRANDY
    08/08/2001 AND DORIS BRIDWELL
    08/10/2001 COURT MINUTES ON MOTION TO CONTINUE - ATTORNEY W
    08/10/2001 SPEEDY TRIAL / MOTION GRANTED/PRETRIAL CONFERENC
    08/10/2001 CONTINUED TO JANUARY 2002/
    08/10/2001 PRE TRIAL CONFERENCE SET FOR 01302002         00000
    08/13/2001 NOTICE ISSUED TO: DEFENDANT                   00000
    08/13/2001 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H  00000
    08/20/2001 NOTICE OF CANCELLATION OF TAKING DEPOSITION
    09/05/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    09/06/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/06/2001  CHARTONE, INC.  IN THE AMOUNT OF $ 277.20 // PA
    09/07/2001 NOTICE OF TAKING DEPOSITIONS
```

```
*prgrm name*
  Date: 05/02/2003                                                    Page: 9
  Time: 09:54:54                                                      *prgrm name*
                  J.K. "BUDDY" IRBY, CLERK OF THE COURT
                        ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                          PAGE: 9

** CRIMINAL ACTION DOCKET ------------------------------------------------------
   DATE        DESCRIPTION                                          DOC PG SEQ
-------------------------------------------------------------------------------
   09/07/2001 NOTICE OF TAKING DEPOSITIONS
   09/07/2001 NOTICE OF TAKING DEPOSITIONS
   09/21/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   09/21/2001  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
   09/21/2001 $70.00
   09/21/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   09/21/2001  LEBLANC COURT REPORTING  IN THE AMOUNT OF $ 129
   09/21/2001 NOTICE OF CANCELLATION OF TAKING DEPOSITION
   09/21/2001 AMENDED NOTICE OF TAKING DEPOSITION AS TO TIME
   10/10/2001 MOTION TO SET ASIDE BOND ESTREATURE
   10/23/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   10/26/2001 COURT MINUTES ON MOTION TO SET ASISE BOND
   10/26/2001 ESTREATURE - GRANTED/BOND MONEY TO BE RETURNED T
   10/26/2001 FAMILY/
   10/26/2001 ORDER GRANTING MOTION TO SET ASIDE BOND ESTREATU
   11/02/2001 RESTITUTION CHECK MAILED: $ 50,000.00  TO  LOIS
   11/06/2001 UNOPPOSED MOTION TO CONTINUE TRIAL
   11/21/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   11/21/2001  CHARTONE INC.  IN THE AMOUNT OF $ 277.20 // PAI
   11/27/2001 NOTICE OF HEARING ON  113001  AT / 1:30PM  / LOT
   11/30/2001 ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE -
   11/30/2001 ORDERED AND ADJUDGED THAT THE DEFENDANT'S MOTION
   11/30/2001 AND THE SAME IS HEREBY GRANTED AND THIS CASE IS
   11/30/2001 RESCHEDULED FOR PRE-TRIAL CONFERENCE ON
   11/30/2001 MARCH 20, 2002 AT 1:30PM WITH TRIAL TO BE SCHEDU
   11/30/2001 COMMENCING ON THE WEEK OF MAY 13, 2002 WITH MAY
   11/30/2001 8TH TRIAL STATUS // LOTT
   12/12/2001 NOTICE OF TAKING DEPOSITIONS
   12/26/2001 NOTICE OF TAKING DEPOSTION - DR. ROHLING
   12/26/2001 NOTICE OF TAKING DEPOSTION - BETH TALAGA
   01/04/2002 NOTICE OF CANCELLATION OF TAKING DEPOSITION
   01/14/2002 NOTICE OF TAKING DEPOSITIONS
   01/14/2002 NOTICE OF TAKING DEPOSITIONS
   01/16/2002 DEFENDANT'S WITNESS LIST
   01/22/2002 MOTION FOR COURT ORDER ALLOWING DEFENDANT TO GET
   01/22/2002 COPIES OF CHILD PROTECTION TEAM RECORDS
   01/24/2002 PRE TRIAL CONFERENCE SET FOR 02202002            00000
   01/24/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H      00000
   02/01/2002 UNOPPOSED MOTION TO CONTINUE TRIAL
   02/14/2002 NOTICE OF HEARING ON  030602  AT / 10:00AM  / LO
   02/25/2002 PRE TRIAL CONFERENCE SET FOR 03202002            00000
   02/25/2002 TRIAL STATUS CONF    SET FOR 04032002            00000
   02/25/2002 JURY SELECTION       SET FOR 04082002            00000
   02/25/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H      00000
   02/25/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H      00000
```

```
*prgrm name*
   Date: 05/02/2003                                           Page: 10
   Time: 09:54:54                                             *prgrm name*
                  J.K. "BUDDY" IRBY, CLERK OF THE COURT
                        ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                  PAGE: 10

 ** CRIMINAL ACTION DOCKET ----------------------------------------------
    DATE          DESCRIPTION                                 DOC PG SEQ
--------------------------------------------------------------------------
    02/25/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H   00000
    02/27/2002 NOTICE OF TAKING DEPOSITIONS
    02/27/2002 NOTICE OF TAKING DEPOSITIONS
    02/27/2002 NOTICE OF TAKING DEPOSITIONS
    03/11/2002 PRE TRIAL CONFERENCE SET FOR 07172002          00000
    03/11/2002 TRIAL STATUS CONF    SET FOR 08072002          00000
    03/11/2002 JURY SELECTION       SET FOR 08122002          00000
    03/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H   00000
    03/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H   00000
    03/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H   00000
    03/14/2002 NOTICE OF CANCELLATION OF TAKING DEPOSITION
    03/14/2002 AMENDED NOTICE OF TAKING DEPOSITION
    03/14/2002 CAPIAS      SERVED                             00000
    03/15/2002 DEFENDANT REARRESTED ON   03142002             00000
    03/15/2002 DEF NAME AT RARST HERLIHY, BRIAN PATRICK       00000
    03/15/2002 FIRST APPEARANCE ORDER// CRENSHAW
    03/15/2002 THE DEFENDANT BE RELEASED ON STANDARD CONDITIONS
    03/15/2002 (F.S. 903.047) AND THE FOLLOWING CONDITIONS:
    03/15/2002 BAIL SET IN THE AMOUNT OF $ 100,000.00
    03/15/2002 THE DEFENDANT REPRESENTS HE/SHE WILL CONSULT PRI
    03/15/2002 COUNSEL
    03/15/2002 PHOTO IDENTIFICATION FILED IN CASE # 2000-2660-C
    03/15/2002 AMENDED FIRST APPEARANCE ORDER AS TO BAIL
    03/15/2002 $1,000,000.00 // CRENSHAW
    03/27/2002 NOTICE OF HEARING ON  040302  AT / 9:00AM  / LOT
    03/27/2002 MOTION TO REINSTATE PREVIOUS BOND
    03/27/2002 NOTICE OF CANCELLATION OF TAKING DEPOSITION
    04/03/2002 COURT MINUTES ON MOTION TO REINSTATE PREVIOUS
    04/03/2002 BOND -
    04/03/2002 -DENIED/ORDER TO BE PREPARED BY STATE ATTORNEY/
    04/05/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    04/05/2002 NOTICE OF TAKING DEPOSITIONS
    04/10/2002 NOTICE OF TAKING DEPOSITIONS
    04/16/2002 MOTION FOR ORDER ALLOWING ISSUANCE OF SUBPOENAS
    04/16/2002 TECUM FOR EMPLOYMENT AND EDUCATIONAL RECORDS OF
    04/16/2002 DEFENDANT
    04/22/2002 SUBPOENA DUCES TECUM HEARING / 04252002 AT 1:30
    04/22/2002 COURTROOM 3D BEFORE JUDGE LOTT
    04/23/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    04/23/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    04/23/2002 $ 26.25 // PAID
    05/06/2002 COURT MINUTES ON MOTION FOR SUBPOENAS DUCES TECU
    05/06/2002 EMPLOYMENT RECORDS AND EDUCATIONAL RECORDS OF
    05/06/2002 DEFENDANT - GRANTED AS TO EMPLOYMENT/GRANTED AS
    05/06/2002 MILITARY AND EDUCATION WITH THE FOLLOWING PROVIS
```

```
*prgrm name*
  Date: 05/02/2003                                            Page: 11
  Time: 09:54:54                                              *prgrm name*
                J.K. "BUDDY" IRBY, CLERK OF THE COURT
                     ALACHUA COUNTY, FLORIDA
------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                  PAGE: 11

 ** CRIMINAL ACTION DOCKET ---------------------------------------------
    DATE          DESCRIPTION                              DOC PG SEQ
------------------------------------------------------------------------
    05/06/2002  MILITARY AND EDUCATIONAL RECORDS WILL BE DELIVER
    05/06/2002  THE CLERK'S OFFICE UNDER SEAL/ORDER TO BE PREPAR
    05/06/2002  BY STATE ATTORNEY/
    05/06/2002  AMENDED NOTICE FOR SUBPOENA DUCES TECUM HEARING
    05/06/2002  MONDAY, MAY 6, 2002 AT 1:30PM
    05/22/2002  NOTICE OF TAKING DEPOSITION
    05/22/2002  NOTICE OF TAKING DEPOSITIONS
    05/24/2002  NOTICE OF TAKING DEPOSITION
    06/04/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    06/04/2002   VANLANDINGHAM, DURSCHER &VANLANDINGHAM  IN THE
    06/04/2002  OF 120.90/PAID/
    06/05/2002  DEFENDANT'S SUPPLEMENTAL WITNESS LIST
    06/06/2002  NOTICE OF TAKING DEPOSITION(S)
    06/06/2002  NOTICE OF CANCELLATION OF DEPOSITION
    06/20/2002  DEPOSITION OF HELEN LEGALL
    06/20/2002  RETURN OF SERVICE - UNSERVED
    06/20/2002  RETURN OF SERVICE - SERVED
    06/20/2002  RETURN OF SERVICE - SERVED
    06/20/2002  RETURN OF SERVICE - SERVED
    06/20/2002  RETURN OF SERVICE - SERVED
    06/20/2002  RETURN OF SERVICE - SERVED
    06/20/2002  RETURN OF SERVICE - SERVED
    06/25/2002  NOTICE OF TAKING DEPOSITIONS
    06/26/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    06/26/2002  VANLANDINGHAM, DURSCHER & VANLANDINGHAM IN THE A
    06/26/2002  OF $37.55 // PAID
    06/26/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    06/26/2002  LEBLANC COURT REPORTING SERVICES IN THE AMOUNT O
    06/26/2002  $129.50 // PAID
    06/26/2002  MOTION TO CONTINUE CAUSE
    06/26/2002  NOTICE OF HEARING ON  071102  AT / 8:45AM  / LOT
    06/28/2002  STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    06/28/2002  ADDENDUM TO MOTION TO CONTINUE CASE
    06/28/2002  NOTICE OF DEPOSITION
    07/05/2002  RETURN OF SERVICE - SERVED
    07/05/2002  RETURN OF SERVICE - SERVED
    07/10/2002  RETURN OF SERVICE - SERVED AS TO ANGIE HARN
    07/11/2002  TRIAL STATUS CONF    SET FOR 09042002          00000
    07/11/2002  JURY SELECTION       SET FOR 09092002          00000
    07/11/2002  MOTION TO CONTINUE CASE
    07/11/2002  NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H    00000
    07/11/2002  NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H    00000
    07/12/2002  STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    07/12/2002  NOTICE OF TAKING DEPOSITIONS
    07/12/2002  NOTICE OF TAKING DEPOSITIONS
```

```
*prgrm name*
   Date: 05/02/2003                                                  Page: 12
   Time: 09:54:55                                                    *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                        ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                         PAGE: 12

 ** CRIMINAL ACTION DOCKET -----------------------------------------------------
    DATE          DESCRIPTION                                      DOC PG SEQ
--------------------------------------------------------------------------------
    07/12/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
    07/12/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
    07/15/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
    07/16/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
    07/17/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    07/17/2002 *SPECIAL CASE MGMT ON 080202 AT 9:00 A.M.*
    07/17/2002 DEFENDANT SIGNED NOTICE FOR  080202  CASE MANAGE
    07/18/2002 AMENDED NOTICE OF DEPOSITION
    07/18/2002 SUBPOENA DUCES TECUM
    07/19/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    07/19/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    07/19/2002 NOTICE OF TAKING DEPOSITION(S)
    07/22/2002 ORDER SCHEDULING SPECIAL CASE MANAGEMENT CONFERE
    07/22/2002 AUGUST 2, 2002 AT 9:00AM // LOTT
    07/23/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
    07/23/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
    07/24/2002 RETURN OF SERVICE - SERVED
    07/24/2002 RETURN OF SERVICE - SERVED
    07/24/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
    07/24/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    07/25/2002 CHARTONE, INC  IN THE AMOUNT OF $ 26.29 / PAID
    07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    07/25/2002 CHARTONE  IN THE AMOUNT OF $ 448.85 / PAID
    07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    07/25/2002  SHANDS HEALTH CARE  IN THE AMOUNT OF $ 25.00
    07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    07/25/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    07/25/2002 $223.55
    07/25/2002 RETURN OF SERVICE - SERVED
    07/26/2002 RETURN OF SERVICE - SERVED
    07/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    07/30/2002 NOTICE OF TAKING DEPOSITION(S)
    08/02/2002 COURT MINUTES - CASE MANAGEMENT ON CASE NUMBERS
    08/02/2002 2000-2660CFA, 2000-2753CFA - RULING:  REMAIN ON
    08/02/2002 CURRENT COURT DATES
    08/06/2002 NOTICE OF TAKING DEPOSITIONS
    08/06/2002 NOTICE OF TAKING DEPOSITIONS
    08/06/2002 AMENDED NOTICE OF TAKING DEPOSITION
    08/06/2002 NOTICE OF TAKING DEPOSITIONS
    08/08/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/08/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/08/2002 NOTICE OF TAKING DEPOSITIONS
    08/09/2002 NOTICE OF TAKING DEPOSITION(S)
    08/13/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
```

```
*prgrm name*
   Date: 05/02/2003                                         Page: 13
   Time: 09:54:55                                           *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                 PAGE: 13

 ** CRIMINAL ACTION DOCKET -------------------------------------------------
    DATE        DESCRIPTION                            DOC PG SEQ
--------------------------------------------------------------------------
      08/13/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
      08/13/2002 RETURN OF SERVICE - SERVED
      08/13/2002 RETURN OF SERVICE - SERVED
      08/13/2002 RETURN OF SERVICE - SERVED
      08/13/2002 RETURN OF SERVICE - SERVED
      08/13/2002 RETURN OF SERVICE - SERVED
      08/13/2002 RETURN OF SERVICE - SERVED
      08/14/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
      08/14/2002 RETURN OF SERVICE - SERVED
      08/14/2002 RETURN OF SERVICE - SERVED
      08/14/2002 RETURN OF SERVICE - SERVED
      08/14/2002 RETURN OF SERVICE - SERVED
      08/14/2002 RETURN OF SERVICE - SERVED
      08/14/2002 RETURN OF SERVICE - SERVED
      08/14/2002 RETURN OF SERVICE - SERVED
      08/14/2002 RETURN OF SERVICE - UNSERVED
      08/14/2002 NOTICE OF TAKING DEPOSITION(S)
      08/14/2002 NOTICE OF TAKING DEPOSITION(S)
      08/15/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
      08/15/2002 RETURN OF SERVICE - SERVED
      08/15/2002 RETURN OF SERVICE - SERVED
      08/15/2002 AMENDED NOTICE OF TAKING DEPOSTITION(S)
      08/15/2002 NOTICE OF TAKING DEPOSITIONS
      08/16/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
      08/16/2002 NOTICE OF TAKING DEPOSITION(S)
      08/16/2002 NOTICE OF TAKING DEPOSITION
      08/16/2002 AMENDED NOTICE OF TAKING DEPOSITION
      08/20/2002 RETURN OF SERVICE - SERVED
      08/20/2002 RETURN OF SERVICE - SERVED
      08/22/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
      08/22/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
      08/22/2002 RETURN OF SERVICE - UNSERVED
      08/23/2002 WITNESS SUBPOENA
      08/23/2002 TRANSCRIPT OF DEPOSITION OF ANNE ELIZABETH DICKI
      08/23/2002 TRANSCRIPT OF DEPOSITION OF KEVIN PUTANSU
      08/23/2002 TRANSCRIPT OF DEPOSITION OF JOHN HELLRUNG, M.D.
      08/26/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
      08/26/2002 ORDER GRANTING DEFENDANT'S MOTION FOR COURT ORDE
      08/26/2002 ALLOWING CHILD PROTECTION TEAM TO TURN OVER COPI
      08/26/2002 RECORDS // LOTT
      08/27/2002 LETTER FROM DEFENSE ATTORNEY TO JUDGE LOTT
      08/27/2002 TRANSCRIPT OF DEPOSITION HELD ON 08162002
      08/28/2002 SUBPOENA FOR TRIAL
      08/28/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
      08/28/2002 NOTICE OF TAKING DEPOSITIONS
```

```
*prgrm name*
  Date: 05/02/2003                                              Page: 14
  Time: 09:54:55                                                *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                        ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                     PAGE: 14

 ** CRIMINAL ACTION DOCKET -------------------------------------------------
     DATE        DESCRIPTION                              DOC PG SEQ
--------------------------------------------------------------------------------
    08/29/2002 MOTION FOR ORDER IN LIMINE PRECLUDING REFERENCE
    08/29/2002 DEFENDANT'S LACK OF PRIOR CONVICTIONS
    08/29/2002 MOTION FOR ORDER IN LIMINE PRECLUDING ANY REFERE
    08/29/2002 TO THE POSSIBLE SENTENCE THAT MAY BE IMPOSED UPO
    08/29/2002 CONVICTION
    08/29/2002 STATE'S PRE-TRIAL MOTION FOR RULING ON THE
    08/29/2002 ADMISSIBILITY OF PHOTOGRAPHS
    08/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/30/2002 MOTION FOR PERMISSION TO CALL MEDICAL WITNESS AT
    08/30/2002 CERTAIN
    08/30/2002 MOTION FOR PERMISSION TO UTILIZE DEMONSTRATIVE A
    08/30/2002 MOTION FOR ORDER IN LIMINE PRECLUDING ANY REFERE
    08/30/2002 THE POSSIBLE SENTENCE THAT MAY BE IMPOSED UPON
    08/30/2002 CONVICTION HEARING / 090402 AT 9:00 AM
    08/30/2002 STATE'S PRE-TRIAL MOTION FOR RULING ON THE
    08/30/2002 ADMISSIBILITY OF PHOTOGRAPHS HEARING / 09042002
    08/30/2002 9:00 AM BEFORE JUDGE LOTT
    08/30/2002 MOTION FOR ORDER IN LIMINE PRECLUDING REFERENCE
    08/30/2002 DEFENDANT'S LACK OF PRIOR CONVICTIONS HEARING /
    08/30/2002 AT 9:00 AM
    08/30/2002 MOTION FOR PERMISSION TO CALL MEDICAL WITNESS AT
    08/30/2002 CERTAIN HEARING / 09042002 AT 9:00 AM
    08/30/2002 MOTION FOR PERMISSION TO UTILIZE DEMONSTRATIVE A
    08/30/2002 HEARING / 09042002 AT 9:00 AM
    08/30/2002 AMENDED NOTICE OF TAKING DEPOSITION
    08/30/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
    08/30/2002 SUBPOENA FOR TRIAL
    09/03/2002 MOTION TO ALLOW JURORS TO TAKE WRITTEN NOTES DUR
    09/03/2002 TRIAL
    09/03/2002 MOTION IN LIMINE TO PERMIT TESTIMONY CONCERNING
    09/03/2002 LOCATION OF INTERACTION WITH DEFENDANT HEARING /
    09/03/2002 AT 9:00 AM BEFORE JUDGE LOTT
    09/03/2002 MOTION TO ALLOW JURORS TO TAKE WRITTEN NOTES DUR
    09/03/2002 TRIAL HEARING / 090402 AT 9:00 AM BEFORE JUDGE L
    09/03/2002 MOTION IN LIMINE TO PERMIT TESTIMONY CONCERNING
    09/03/2002 LOCATION OF INTERACTION WITH DEFENDANT
    09/03/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    09/03/2002 MOTION TO SUPPRESS STATEMENTS
    09/03/2002 DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
    09/03/2002 DEFENDANT'S MOTION IN LIMINE
    09/03/2002 DEFENDANT'S MOTION TO STRIKE TESTIMONY ABOUT AND
    09/03/2002 USE OF A COMPACT DISC PURPORTING TO SHOW HOW AN
    09/03/2002 INCIDENT OF SHAKEN BABY SYNDROME OCCURS
```

```
*prgrm name*
   Date: 05/02/2003                                              Page: 15
   Time: 09:54:55                                                *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
---------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                      PAGE: 15

 ** CRIMINAL ACTION DOCKET -------------------------------------------------
    DATE        DESCRIPTION                               DOC PG SEQ
 --------------------------------------------------------------------------
    09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO DISMISS
    09/04/2002 INDICTMENT AND CHARGES OF FIRST DEGREE MURDER AN
    09/04/2002 MEMORANDUM OF LAW IN SUPPORT THEREOF BECAUSE OF
    09/04/2002 DESTRUCTION OF EXCULPATORY EVIDENCE ON CASE NUMB
    09/04/2002 2000-2660CFA, 2000-2753CFA - RULING:  TO BE RESC
    09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO SUPPRESS E
    09/04/2002 ON CASE NUMBERS 2000-2753CFA, 2000-2660CFA - RUL
    09/04/2002 RESERVED UNTIL 090502
    09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO SUPPRESS
    09/04/2002 STATEMENTS ON CASE NUMBERS 2000-2660CFA, 2000-27
    09/04/2002 RULING: RESERVED UNTIL 090502
    09/04/2002 REQUEST TO ADJOURN TRIAL AT OR NEAR 5:00 PM ON
    09/04/2002 WEDNESDAY SEPTEMBER 11, 2002 AND WEDNESDAY SEPTE
    09/04/2002 18, 2002
    09/04/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
    09/04/2002 MEDICAL WITNESS AT TIME CERTAIN ON CASE NUMBERS
    09/04/2002 2000-2753CFA, 2000-2660CFA - RULING:  TO BE RESC
    09/04/2002 COURT MINUTES - STATE'S MOTION FOR ORDER IN LIMI
    09/04/2002 PRECLUDING REFERENCE TO DEFENDANT'S LACK OF PRIO
    09/04/2002 CONVICTIONS ON CASE NUMBERS 2000-2753CFA, 2000-2
    09/04/2002 -RULING:  TO BE RESCHEDULED
    09/04/2002 COURT MINUTES:  STATE'S MOTION FOR ORDER IN LIMI
    09/04/2002 PRECLUDING ANY REFERENCE TO THE POSSIBLE SENTENC
    09/04/2002 MAY BE IMPOSED UPON CONVICTION ON CASE NUMBERS
    09/04/2002 2000-2753CFA, 2000-2660CFA - RULING:  TO BE RESC
    09/04/2002 COURT MINUTES - STATE'S MOTION TO ALLOW JURORS T
    09/04/2002 WRITTEN NOTES DURING TRIAL ON CASE NUMBERS 2000-
    09/04/2002 AND 2000-2660CFA - RULING:  TO BE RESCHEDULED
    09/04/2002 COURT MINUTES - DEFENDANT'S MOTION IN LIMINE 1 T
    09/04/2002 ON CASE NUMBERS 2000-2753CFA, 2000-2660CFA - RUL
    09/04/2002 TO BE RESCHEDULED
    09/04/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
    09/04/2002 UTILIZE DEMONSTRATIVE AID ON CASE NUMBERS 2000-2
    09/04/2002 2000-2660CFA - RULING:  TO BE RESCHEDULED
    09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO STRIKE TES
    09/04/2002 ABOUT AND USE OF A COMPACT DISC PURPORTING TO SH
    09/04/2002 AN INCIDENT OF SHAKEN BABY SYNDROME OCCURS ON CA
    09/04/2002 NUMBERS 2000-2753CFA, 2000-2660CFA - RULING:  TO
    09/04/2002 RESCHEDULED
    09/04/2002 COURT MINUTES - STATE'S PRE-TRIAL MOTION FOR RUL
    09/04/2002 THE ADMISSIBILITY OF PHOTOGRAPHS ON CASE NUMBERS
    09/04/2002 2000-2753CFA, 2000-2660CFA - RULING:  TO BE RESC
    09/04/2002 COURT MINUTES - STATE'S MOTION IN LIMINE TO PERM
    09/04/2002 TESTIMONY CONCERNING LOCATION OF INTERACTION WIT
    09/04/2002 DEFENDANT ON CASE NUMBERS 2000-2753CFA, 2000-266
```

```
*prgrm name*
  Date: 05/02/2003                                               Page: 16
  Time: 09:54:55                                                 *prgrm name*
                      J.K. "BUDDY" IRBY, CLERK OF THE COURT
                           ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                      PAGE: 16

  ** CRIMINAL ACTION DOCKET -----------------------------------------------------
     DATE         DESCRIPTION                                    DOC PG SEQ
--------------------------------------------------------------------------------
     09/04/2002 RULING:  TO BE RESCHEDULED
     09/04/2002 DEFENDANT SIGNED NOTICE FOR  090902  JURY SELECT
     09/04/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     09/04/2002 STATE'S PROPOSED JURY INSTRUCTION REGARDING
     09/04/2002 DEMONSTRATION EVIDENCE
     09/04/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     09/04/2002 RETURN OF SERVICE - SERVED
     09/04/2002 RETURN OF SERVICE - SERVED
     09/04/2002 RETURN OF SERVICE - SERVED
     09/04/2002 EVIDENCE CONTROL FORM
     09/04/2002 SEVERAL EVIDENCE CONTROL FORMS
     09/05/2002 STIPULATION ON ADMISSION OF 911 CALL INTO EVIDEN
     09/05/2002 STIPULATION ON ADMISSION OF MEDICAL RECORDS AND
     09/05/2002 MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO SUP
     09/05/2002 STATEMENTS FILED BY DEFENDANT
     09/05/2002 DEFENDANT SIGNED NOTICE FOR  090902  JURY SELECT
     09/05/2002 COURT MINUTES - STATE'S MOTION IN LIMINE TO PERM
     09/05/2002 TESTIMONY CONCERNING LOCATION OF INTERACTION WIT
     09/05/2002 DEFENDANT ON CASE NUMBERS 012000CF2753A, 012000C
     09/05/2002 -RULING:  GRANTED
     09/05/2002 COURT MINUTES - STATE'S PRE-TRIAL MOTION FOR RUL
     09/05/2002 THE ADMISSIBILITY OF PHOTOGRAPHS:  1) AUTOPSY
     09/05/2002 2) DISSECTION OF THE SKULL 3) DEVELOPMENT OF CHI
     09/05/2002 4) PHOTOS OF RETINA ON CASE NUMBERS 012000CF2753
     09/05/2002 012000CF2660A - RULING:  1) GRANTED 2) GRANTED
     09/05/2002 3) GRANTED 4) GRANTED
     09/05/2002 COURT MINUTES - STATE'S PRE-TRIAL MOTION FOR RUL
     09/05/2002 THE ADMISSIBILITY OF PHOTOGRAPHS: 5) TAKEN BY AL
     09/05/2002 COLEMAN ON CASE NUMBERS 012000CF2753A, 012000CF2
     09/05/2002 -RULING:  5) GRANTED
     09/05/2002 COURT MINUTES - DEFENDANT'S MOTION TO STRIKE TES
     09/05/2002 ABOUT AND USE OF A COMPACT DISC PURPORTING TO SH
     09/05/2002 AN INCIDENT OF SHAKEN BABY SYNDROME OCCURS ON CA
     09/05/2002 NUMBER 012000CF2753A, 012000CF2660A - RULING:  D
     09/05/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
     09/05/2002 UTILIZE DEMONSTRATIVE AID ON CASE NUMBERS 012000
     09/05/2002 AND 012000CF2660A - RULING:  GRANTED
     09/05/2002 COURT MINUTES - DEFENDANT'S MOTION IN LIMINE 1 T
     09/05/2002 ON CASE NUMBERS 012000CF2753A, 012000CF2660A - R
     09/05/2002 1) GRANTED 2) GRANTED 3) GRANTED NO RECREATION O
     09/05/2002 DEMONSTRATION 4) STIPULATED 5) WITHDRAWN 6) DENI
     09/05/2002 SUBJECT TO DEFENSE OBJECTING 7) WITHDRAWN 8) GRA
     09/05/2002 9) GRANTED SUBJECT TO REVIEW
     09/05/2002 COURT MINUTES - STATE'S MOTION TO ALLOW JURORS T
     09/05/2002 WRITTEN NOTES DURING TRIAL ON CASE NUMBERS
```

```
*prgrm name*
  Date: 05/02/2003                                              Page: 17
  Time: 09:54:55                                                *prgrm name*
              J.K. "BUDDY" IRBY, CLERK OF THE COURT
                    ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                    PAGE: 17

** CRIMINAL ACTION DOCKET -----------------------------------------------------
      DATE        DESCRIPTION                              DOC PG SEQ
--------------------------------------------------------------------------------
      09/05/2002 012000CF2753A, 012000CF2660A - RULING:  GRANTED
      09/05/2002 IS TO SECURE ENVELOPES EVERY NIGHT, ALL NOTES IN
      09/05/2002 DIFFERENT ENVELOPE EVERY DAY
      09/05/2002 COURT MINUTES - STATE'S MOTION FOR ORDER IN LIMI
      09/05/2002 PRECLUDING ANY REFERENCE TO THE POSSIBLE SENTENC
      09/05/2002 MAYBE IMPOSED UPON CONVICTION ON CASE NUMBERS
      09/05/2002 012000CF2753A, 012000CF2660A - STIPULATED
      09/05/2002 COURT MINUTES - STATE'S MOTION FOR ORDER IN LIMI
      09/05/2002 PRECLUDING REFERENCE TO DEFENDANT'S LACK OF PRIO
      09/05/2002 CONVICTIONS ON CASE NUMBER 012000CF2753A, 012000
      09/05/2002 -RULING: GRANTED
      09/05/2002 COURT MINUTES - DEFENDANT'S MOTION TO DISMISS
      09/05/2002 INDICTMENT ON CASE NUMBERS 012000CF2753A, 012000
      09/05/2002 -RULING: DENIED
      09/05/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
      09/05/2002 MEDICAL WITNESS AT TIME CERTAIN ON CASE NUMBERS
      09/05/2002 012000CF2753A, 012000CF2660A - RULING:  DENIED
      09/05/2002 TRANSCRIPT - DEPOSITION OF WILLIAM FRANK HAMILTO
      09/05/2002 TRANSCRIPT - DEPOSITION OF ANNE ELIZABETH DICKIS
      09/05/2002 TRANSCRIPT - TELEPHONIC DEPOSITION OF BERNARD MA
      09/05/2002 TRANSCRIPT - DEPOSITION OF JAMIE LYNN SNODGRASS
      09/05/2002 TRANSCRIPT - DEPOSITION OF SERGEANT VALERIE DAWS
      09/05/2002 TRANSCRIPT - DEPOSITION OF WILLIAM FRANK HAMILTO
      09/05/2002 TRANSCRIPT - DEPOSITION OF DR RONALD QUISLING
      09/05/2002 TRANSCRIPT - DEPOSITION OF HARVEY G ROHLING JR,
      09/05/2002 TRANSCRIPT - DEPOSITION OF SURENDER RAJASEKARAN,
      09/05/2002 TRANSCRIPT - DEPOSITION OF OFFICER ORLANDO ALVAR
      09/05/2002 TRANSCRIPT - DEPOSITION OF DR FRANK AGEE
      09/05/2002 TRANSCRIPT - DEPOSITION OF OFFICER LARRY VINCENT
      09/05/2002 TRANSCRIPT - DEPOSITION OF DETECTIVE DUANE DIEHL
      09/05/2002 TRANSCRIPT - DEPOSITION OF HELEN LEGALL
      09/05/2002 TRANSCRIPT - DEPOSITION OF RICHARD KREINEST, M.D
      09/05/2002 TRANSCRIPT - DEPOSITION OF FIREFIGHTER KENNETH A
      09/05/2002 JOHNSON
      09/05/2002 TRANSCRIPT - DEPOSITION OF FIREFIGHTER WILLIAM B
      09/05/2002 BLAIR
      09/05/2002 TRANSCRIPT - DEPOSITION OF FIREFIGHTER DENNIS ME
      09/05/2002 TRANSCRIPT - DEPOSITION OF OFFICER DARYL WAYNE B
      09/05/2002 TRANSCRIPT - DEPOSITION OF ELIZABETH TALAGA
      09/05/2002 TRANSCRIPT - DEPOSITION OF LAWRENCE LEVINE, M.D.
      09/05/2002 TRANSCRIPT - DEPOSITION OF HOWARD LEE ROGERS, M.
      09/06/2002 MOTION FOR RECONSIDERATION OF ADMISSIBILITY OF
      09/06/2002 TESTIMONY OF DEPUTY CATHY LONG
      09/06/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
      09/06/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
```

```
*prgrm name*
    Date: 05/02/2003                                                    Page: 18
    Time: 09:54:55                                                      *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                        PAGE: 18

 ** CRIMINAL ACTION DOCKET ---------------------------------------------------
    DATE        DESCRIPTION                                        DOC PG SEQ
--------------------------------------------------------------------------------
    09/06/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    09/06/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/06/2002  ANDERSON REPORTING SERVICES, INC.   IN THE AMOUN
    09/06/2002 $ 87.45 /// PAID
    09/06/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/06/2002  GAINESVILLE REPORTERS  IN THE AMOUNT OF $ 335.5
    09/06/2002 // PAID
    09/06/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/06/2002  ESQUIRE DEPOSITION SERVICES  IN THE AMOUNT OF $
    09/06/2002 // PAID
    09/06/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
    09/06/2002 WITNESS SUBPOENA
    09/09/2002 SUBPOENA FOR TRIAL
    09/09/2002 DEFENDANT'S MOTION FOR REHEARING AND A DEMAND FO
    09/09/2002 RICHARDSON INQUIRY ON THE ISSUE OF THE ADMISSIBI
    09/09/2002 A COMPACT DISC PURPORTING TO SHOW A DEMONSTRATIO
    09/09/2002 SBS (SHAKEN BABY SYNDROME)
    09/09/2002 DEFENDANT'S RESPONSE IN OPPOSITION TO STATE'S MO
    09/09/2002 FOR RECONSIDERATION OF ADMISSIBILITY OF TESTIMON
    09/09/2002 DEPUTY KATHY LONG
    09/09/2002 WITNESS SUBPOENA
    09/09/2002 MOTION TO TAKE CONTINUING DEPOSITION OF RONALD
    09/09/2002 QUISLING, M.D.
    09/09/2002 ORDER DENYING MOTION FOR RECONSIDERATION OF
    09/09/2002 ADMISSIBILITY OF TESTIMONY OF DEPUTY CATHY LONG
    09/09/2002 DECORUM ORDER AS TO MEDIA - MEDIA PERSONNEL SHAL
    09/09/2002 REMAIN IN THE GALLERY SEATING DURING THE JURY SE
    09/09/2002 AND TRIAL
    09/09/2002 -TV20 AND THE GAINESVILLE SUN IS/ARE THE ONLY ME
    09/09/2002 HAS/HAVE REQUESTED AND HAS/HAVE BEEN AUTHORIZED
    09/09/2002 BRING A STILL CAMERA AND/OR VIDEO CAMERA INTO TH
    09/09/2002 COURTROOM FOR JURY SELECTION AND TRIAL.   NO
    09/09/2002 UNAUTHORIZED MEDIA WILL BE ALLOWED TO BRING A CA
    09/09/2002 INTO THE COURTROOM
    09/09/2002 -ONLY ONE STILL CAMERA/OR ONE VIDEO CAMERA WILL
    09/09/2002 ALLOWED IN THE COURTROOM.  NO FLASHES WILL BE AL
    09/09/2002 THE STILL PHOTOGRAPHER AND/OR VIDEOGRAPHER MUST
    09/09/2002 IN THE GALLERY.  NO PHOTOGRAPHS OR VIDEO OF THE
    09/09/2002 WILL BE ALLOWED.  NO DISRUPTED MOVEMENT WILL BE
    09/09/2002 ALLOWED
    09/09/2002 -NO INTERVIEWS WILL BE CONDUCTED INSIDE THE COUR
    09/09/2002 //LOTT
    09/09/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
    09/09/2002 DEFENDANT SIGNED NOTICE FOR  090902   JURY SELECT
    09/09/2002 DAY CERTAIN TRIAL    SET FOR 09092002          00000
```

```
*prgrm name*
  Date: 05/02/2003                                                  Page: 19
  Time: 09:54:55                                                    *prgrm name*
                     J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                        PAGE: 19

** CRIMINAL ACTION DOCKET ------------------------------------------------------
     DATE          DESCRIPTION                                 DOC PG SEQ
-------------------------------------------------------------------------------
     09/09/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
     09/09/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     09/09/2002 MINUTES OF THE CLERK - JURY TRIAL
     09/10/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     09/10/2002 TRANSCRIPT OF DEPOSITION AS TO CRYSTAL QUIRELLO
     09/10/2002 TRANSCRIPT OF DEPOSITION OF SERGEANT STEVEN WEAV
     09/10/2002 TRANSCRIPT OF DEPOSITION OF CORPORAL WHITNEY STO
     09/10/2002 TRANSCRIPT OF DEPOSITION OF KATHLEEN MARIE MORRI
     09/10/2002 TRANSCRIPT OF DEPOSITION OF CHRISTINA MILLARD
     09/10/2002 TRANSCRIPT OF DEPOSITION OF HELEN LEGALL
     09/10/2002 TRANSCRIPT OF DEPOSITION OF OFFICER JAMES CHRIST
     09/10/2002 JACKSON
     09/10/2002 TRANSCRIPT OF OFFICER ROBERT L KING, III
     09/10/2002 TRANSCRIPT OF LIEUTENANT WILLIAM THOMAS HALVOSA
     09/10/2002 TRANSCRIPT OF DEPOSITION OF RICHARD DAVIS,SR
     09/10/2002 TRANSCRIPT OF DEPOSITION OF DETECTIVE ALAN COLEM
     09/10/2002 TRANSCRIPT OF DEPOSITION OF DETECTIVE DAVID KEIT
     09/10/2002 CANNON
     09/10/2002 TRANSCRIPT OF DEPOSITION OF STEPHEN NELSON, MD
     09/10/2002 TRANSCRIPT OF DEPOSITION OF SERGEANT ROBERT BART
     09/10/2002 TRANSCRIPT OF DEPOSITION OF DORIS MARIE BRIDWELL
     09/10/2002 ORDER GRANTING MOTION FOR RELEASE OF EVIDENCE /
     09/10/2002 THE FOLLOWING ARTICLES SHALL BE RELEASED FROM EV
     09/10/2002 BY THE CLERK OF THE COURT TO JEANNE M SINGER SAI
     09/10/2002 EVIDENCE BEING PARTICULARLY DESCRIBED AS FOLLOWS
     09/10/2002 PAGES OF LEGAL CORRESPONDENCE WHICH WERE PART OF
     09/10/2002 STATE'S EXHIBIT #5 IN EVIDENCE UPON JOINT STIPUL
     09/10/2002 OF STATE AND DEFENSE // LOTT
     09/11/2002 RETURN OF SERVICE - UNSERVED
     09/13/2002 TRANSCRIPT OF DEPOSITION OF SALVADOR CUMELLA
     09/13/2002 TRANSCRIPT OF DEPOSITION OF DETECTIVE HELEN LEGA
     09/13/2002 TRANSCRIPT OF DEPOSITION OF DAVID SAMUEL ANDREW
     09/13/2002 STEWART, MD
     09/13/2002 TRANSCRIPT OF DEPOSITION OF MICHAEL BELL, MD
     09/13/2002 TRANSCRIPT OF DEPOSITION OF JONATHAN L WILLIAMS,
     09/13/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     09/13/2002  ESQUIRE DEPOSITION SERVICES  IN THE AMOUNT OF $
     09/13/2002 // PAID
     09/13/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     09/13/2002  HARMON'S PHOTOS AR NICE . IN THE AMOUNT OF $ 23.
     09/13/2002 // PAID
     09/16/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
     09/16/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
     09/16/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
     09/16/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
```

```
*prgrm name*
  Date: 05/02/2003                                         Page: 20
  Time: 09:54:55                                           *prgrm name*
                  J.K. "BUDDY" IRBY, CLERK OF THE COURT
                      ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                 PAGE: 20

 ** CRIMINAL ACTION DOCKET -------------------------------------------------
    DATE          DESCRIPTION                              DOC PG SEQ
-------------------------------------------------------------------------
    09/16/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
    09/16/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
    09/17/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
    09/17/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
    09/19/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
    09/19/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
    09/19/2002 LETTER TO JUDGE LOTT FROM JUROR #96
    09/19/2002 LETTER FROM STEPHAN P MICKLE UNITED STATES DISTR
    09/19/2002 JUDGE (FAX)
    09/19/2002 LETTER TO JUDGE FROM JUROR #73
    09/19/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
    09/19/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
    09/20/2002 STATE'S PROPOSED JURY INSTRUCTION REGARDING
    09/20/2002 DEMONSTRATION EVIDENCE
    09/20/2002 LETTER TO JUDGE FROM JURY
    09/20/2002 LETTER TO JUDGE FROM JUROR #73
    09/20/2002 INSTRUCTION TO JURY REGARDING WITNESS TESTIFYING
    09/20/2002 OF ORDER
    09/20/2002 MOTION FOR REHEARING ON THE ISSUE OF WHETHER THE
    09/20/2002 DEFENSE OR THE STATE OF FLORIDA OPENED THE DOOR
    09/20/2002 TO CAUSE THE ADMISSIBILITY OF CERTAIN EVIDENCE
    09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
    09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
    09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
    09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
    09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
    09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
    09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
    09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
    09/24/2002 QUESTIONS FROM JURY
    09/24/2002 QUESTIONS FROM JURY
    09/24/2002 NOTES FROM TRIAL
    09/25/2002 MOTION TO REOPEN DEFENDANT'S CASE AND ALLOW PREV
    09/25/2002 LISTED STATE WITNESSES TO TESTIFY
    09/25/2002 LETTER FROM JURORS
    09/25/2002 DEFENDANT'S MOTION FOR SANCTIONS AGAINST STATE F
    09/25/2002 WITHHOLDING CRITICAL TESTIMONY, DEMAND FOR RICHA
    09/25/2002 HEARING, AND MOTION FOR MISTRIAL
    09/25/2002 MOTION FOR RE-HEARING ON ISSUE OF ADMISSIBILITY
    09/25/2002 COMPACT DISC PRESENTATION
    09/25/2002 JURY INSTRUCTIONS
    09/25/2002 VERDICT -- GUILTY OF MANSLAUGHTER, A LESSER INCL
    09/25/2002 OFFENSE
    09/25/2002 DEFENDANT SIGNED NOTICE FOR  102902  SENTENCING
    09/25/2002 DISPOSITION          SET FOR 10292002          00000
```

```
*prgrm name*
  Date: 05/02/2003                                              Page: 21
  Time: 09:54:55                                                *prgrm name*
                  J.K. "BUDDY" IRBY, CLERK OF THE COURT
                        ALACHUA COUNTY, FLORIDA
----------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                     PAGE: 21

 ** CRIMINAL ACTION DOCKET ------------------------------------------------
    DATE          DESCRIPTION                             DOC PG SEQ
----------------------------------------------------------------------------
    09/25/2002 *PLACED ON DIV I DISPOSITION DOCKET PER JUDGE*
    09/25/2002 PSI ORDERED - PSI DUE 101802
    09/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/26/2002  HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF $ 85.
    09/26/2002 // PAID
    09/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/26/2002  EXPERT DIGITAL SOLUTIONS, INC.  IN THE AMOUNT O
    09/26/2002 $275.00 // PAID
    09/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/26/2002  HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF $ 8.5
    09/26/2002 // PAID
    09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
    09/27/2002 / PAID // PIERCE
    09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
    09/27/2002 CONCERNING PAYMENT OF STATE WITNESS
    09/27/2002 MOTION FOR PAYMENT FOR TRAVEL OF STATE WITNESS
    09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
    09/27/2002 / PAID // PIERCE
    09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
    09/27/2002 CONCERNING PAYMENT OF STATE WITNESS
    09/27/2002 MOTION FOR PAYMENT FOR TRAVEL OF STATE WITNESS
    09/27/2002 MOTION FOR PAYMENT OF LODGING FOR A STATE WITNES
    09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
    09/27/2002 CONCERNING PAYMENT OF COSTS
    09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF LODGING FOR
    09/27/2002 WITNESS / PAID // PIERCE
    09/27/2002 MOTION FOR PAYMENT OF STATE WITNESS
    09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
    09/27/2002 CONCERNING PAYMENT OF STATE WITNESS
    09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
    09/27/2002 /PAID // PIERCE
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - UNSERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - UNSERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    10/03/2002 MOTION FOR NEW TRIAL
    10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    10/07/2002 $105.00//PAID
```

```
*prgrm name*
  Date: 05/02/2003                                          Page: 22
  Time: 09:54:55                                            *prgrm name*
                 J.K. "BUDDY" IRBY, CLERK OF THE COURT
                      ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                 PAGE: 22

** CRIMINAL ACTION DOCKET -----------------------------------------------------
     DATE        DESCRIPTION                                DOC PG SEQ
   ----------------------------------------------------------------------------
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $54.25//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $21.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $77.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $105.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $175.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $105.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $56.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $226.18//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $177.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $245.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $101.50//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $119.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $178.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $245.70//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $50.40//PAID
```

```
*prgrm name*
  Date: 05/02/2003                                          Page: 23
  Time: 09:54:55                                            *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                               PAGE: 23

** CRIMINAL ACTION DOCKET ----------------------------------------------------
     DATE        DESCRIPTION                              DOC PG SEQ
-------------------------------------------------------------------------------
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $108.50//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $84.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $134.75//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $197.75//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $76.27//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $105.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LIGHT-WORK LABS  IN THE AMOUNT OF $ 20.00//PAID
     10/07/2002 ORDER FOR PAYMENT OF EXPERT WITNESS FEE TO BERNA
     10/07/2002 MARIA, M.D.M.B.A. IN THE AMOUNT OF $5500.00 // L
     10/07/2002 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
     10/07/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT CONCERNIN
     10/07/2002 PAYMENT OF EXPERT WITNESS
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  WRIGHT TRAVEL  IN THE AMOUNT OF $ 572.50//PAID
     10/08/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/08/2002  ESQUIRE DEPOSITION SERVICES  IN THE AMOUNT OF $
     10/08/2002 // PAID
     10/08/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/08/2002  HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF $ 126
     10/08/2002 // PAID
     10/08/2002 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
     10/08/2002 ALACHUA CO. ATTORNEY'S ANNOUNCEMENT CONCERNING P
     10/08/2002 OF EXPERT WITNESS
     10/08/2002 ORDER FOR PAYMENT OF EXPERT WITNESS FEE / $3300.
     10/08/2002 GAINESVILLE PATHOLOGY GROUP // LOTT //////// PAI
     10/15/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/15/2002  BERNARD L. MARIA, MD., M.B.A.  IN THE AMOUNT OF
     10/15/2002 $7955.49/PAID /
     10/15/2002 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
     10/15/2002 ALACHUA COUNTY ATTORNEY'S ANNOUCEMENT CONCERNING
     10/15/2002 PAYMENT OF EXPERT WITNESS
     10/15/2002 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE A
```

```
*prgrm name*
  Date: 05/02/2003                                              Page: 24
  Time: 09:54:55                                                *prgrm name*
                   J.K. "BUDDY" IRBY, CLERK OF THE COURT
                          ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                    PAGE: 24

 ** CRIMINAL ACTION DOCKET -------------------------------------------------
      DATE        DESCRIPTION                                   DOC PG SEQ
--------------------------------------------------------------------------------
      10/15/2002 OF $8,000.0 TO STEPHEN J. NELSON, MD., PA,//PIER
      10/15/2002 MOTION FOR PAYMENT OF STATE WITNESS
      10/15/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
      10/15/2002 CONCERNING PAYMENT OF STATE WITNESS
      10/15/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
      10/15/2002 / PAID // LOTT
      10/15/2002 MOTION FOR PAYMENT OF STATE WITNESS
      10/15/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
      10/15/2002 CONCERNING PAYMENT OF STATE WITNESS
      10/15/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
      10/15/2002 / PAID // LOTT
      10/17/2002 LETTER TO JUDGE LOTT FROM PROBATION AND PAROLE
      10/17/2002 ORDER SETTING DISPOSITION DATE / FRIDAY, 8 NOVEM
      10/17/2002 2002 AT 9:00 AM // LOTT
      10/29/2002 ORDER DENYING MOTION FOR NEW TRIAL // LOTT
      10/30/2002 MOTION FOR JUDGEMENT FOR COSTS
      10/30/2002 NOTICE OF HEARING ON  110802  AT / 9:00AM  / LOT
      10/31/2002 WITNESS SUBPOENA PAID
      11/01/2002 ADDENDUM TO MOTION FOR JUDGMENT FOR COSTS
      11/07/2002 SECOND ADDENDUM TO MOTION FOR JUDGEMENT FOR COST
      11/08/2002 MOTION FOR ADVANCE PAYMENT OF STATE WITNESS / PA
      11/08/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
      11/08/2002 CONCERNING PAYMENT OF STATE WITNESS
      11/08/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE WITNE
      11/08/2002 //PAID
      11/08/2002 PICTURE OF VICTIM
      11/08/2002 TRANSCRIPT OF MOTION TO DISMISS INDICTMENT ON 09
      11/08/2002 BEFORE JUDGE LOTT
      11/08/2002 PSI (ENVELOPE)
      11/08/2002 DECORUM ORDER AS TO MEDIA;
      11/08/2002 -MEDIA PERSONNEL SHALL REMAIN IN THE GALLERY SEA
      11/08/2002 DURING THE JURY SELECTION, TRIAL OR HEARING
      11/08/2002 -GAINESVILLE SUN IS THE ONLY MEDIA WHO HAS REQUE
      11/08/2002 AND HAS BEEN AUTHORIZED TO BRING A STILL CAMERA
      11/08/2002 THE COURTROOM FOR JURY SELECTION, TRIAL OR HEARI
      11/08/2002 -ONLY ONE STILL CAMERA WILL BE ALLOWED IN COURTR
      11/08/2002 -NO INTERVIEWS RELATED TO THIS TRIAL/HEARING WIL
      11/08/2002 CONDUCTED INSIDE THE COURTHOUSE // LOTT
      11/08/2002 AMENDED DECORUM ORDER AS TO MEDIA // LOTT
      11/08/2002 PRESENT WITH ATTORNEY                           00000
      11/08/2002 TRIAL TYPE/JURY AS TO CNT:                      00000 001
      11/08/2002 DEF PLED NOT GLTY AS TO CNT:                    00000 001
      11/08/2002 DEFENDANT FOUND GUILTY BY JURY AS TO CNT:       00000 001
      11/08/2002 ADJUDICATED GUILTY          AS TO CNT:          00000 001
      11/08/2002 DEFENDANT SENTENCED AS TO CNT:                  00000 001
```

```
*prgrm name*
  Date: 05/02/2003                                              Page: 25
  Time: 09:54:55                                                *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                    PAGE: 25

** CRIMINAL ACTION DOCKET -------------------------------------------------------
     DATE        DESCRIPTION                                   DOC PG SEQ
--------------------------------------------------------------------------------
     11/08/2002 DEFENDANT ASSESSED    314.00 AS TO CNT:        00000 001
     11/08/2002 DEF SENTENCED TO PRISON    15 y  m  d AS TO CNT: 00000 001
     11/08/2002 DEF GIVEN CREDIT FOR TIME SRVD  0347 days ON CNT 00000 001
     11/08/2002 ORDER ESTABLISHING MONETARY SUMS - TOTAL SUMS OR
     11/08/2002 SHALL BE PAID THROUGH THE CLERK OF COURT IN FULL
     11/08/2002 //LOTT
     11/08/2002 VICTIM NOTIFICATION DATA SHEET
     11/08/2002 RESTITUTION LIEN ORDER - EVIDENTIARY HEARING TO
     11/08/2002 DEFENDANT DOES NOT WAIVE HIS PRESENCE
     11/08/2002 COURT RESERVES AND RETAINS JURISDICTION AS TO
     11/08/2002 RESTITUTION // LOTT
     11/08/2002 SCORE SHEET//TOTAL  181.2
     11/08/2002 AMENDED JUDGEMENT AS TO CRIME // LOTT
                OR BOOK: 2552  OR PAGE: 1194
     11/08/2002 ORDER REQUIRING TRANSCRIPTION OF TRIAL TESTIMONY
     11/14/2002 DOC COMMITMENT PACKET SENT TO ASO  11-13-2002//B
     11/14/2002 ADJUDICATORY JUDGMENT OF  110802
                OR BOOK: 2552  OR PAGE: 1195
     11/15/2002 REOPENED CASE CLOSED 11082002                 00000
     11/15/2002 NOTICE OF HEARING ON  112202  AT / 9:00 AM  / LO
     11/15/2002 MOTION FOR SUPERSEDEAS BOND
     11/20/2002 NOTICE OF FILING
     11/22/2002 APPEAL FILED 11222002                         00000
     11/22/2002 COURT MINUTES - MOTION FOR SUPERSEDEAS BOND ON C
     11/22/2002 NUMBER 01-2000CF2753A, 01-2000CF2660A - RULING:
     11/22/2002 P.D APPOINTED FOR APPEAL
     11/22/2002 APPLICATION FOR APPOINTMENT OF PUBLIC DEFENDER A
     11/22/2002 AFFIDAVIT OF INDIGENCY & PUBLIC DEFENDER APPOINT
     11/22/2002 //LOTT
     11/22/2002 NOTICE OF APPEAL REGARDING JUDGMENT/SENTENCE
     11/22/2002 DIRECTIONS TO THE CLERK
     11/22/2002 DESIGNATION TO REPORTER AND REPORTER'S ACKNOWLED
     11/22/2002 ***PUBLIC DEFENDER PUT ON AS SPECIAL PERSON***
     11/22/2002 STATEMENT OF JUDICIAL ACTS TO BE REVIEWED
     11/22/2002 DESIGNATION OF PUBLIC DEFENDER, SECOND JUDICIAL
     11/22/2002 FOR THE HANDLING OF APPEAL/FILED BY GORDON GROLA
     11/22/2002 MAILED CERTIFIED COPY OF NOTICE OF APPEAL AND CO
     11/22/2002 JUDGMENT/SENTENCE TO FIRST DISTRICT COURT OF APP
     11/22/2002 ONLY TO ATTORNEY GENERAL, ATTORNEY GROLAND, & NA
     11/22/2002 PUBLIC DEFENDER SECOND JUDICIAL CIRCUIT
     11/22/2002 COPY OF SEALED APPLICATION & AFFIDAVIT FOR SEARC
     11/22/2002 SEARCH WARRANT/RETURN PLACED IN FILE FROM COMPAN
     11/22/2002 2000-2660-CFA
     12/02/2002 LETTER FROM JON S. WHEELER ASSIGNS FIRST DISTRIC
     12/02/2002 APPEAL #1D02-4788
     12/02/2002 FIRST DISTRICT COURT OF APPEAL ORDER REQUIRES FI
     12/02/2002 ORDER OF INSOLVENCY WITHIN 30 DAYS
```

```
*prgrm name*
  Date: 05/02/2003                                               Page: 26
  Time: 09:54:55                                                 *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                          ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                      PAGE: 26

** CRIMINAL ACTION DOCKET -----------------------------------------------------
     DATE        DESCRIPTION                                    DOC PG SEQ
-------------------------------------------------------------------------------
     12/02/2002 FIRST DISTRICT COURT OF APPEAL DIRECTS APPELLANT
     12/02/2002 AMENDED NOTICE OF APPEAL WITH DATE OF RENDITION
     12/02/2002 BE REVIEWED WITHIN 10 DAYS
     12/04/2002 NOTICE OF HEARING ON  122002  AT / 9:00 AM  / LO
     12/04/2002 ORDER FINDING DEFENDANT INDIGENT AND APPOINTING
     12/04/2002 DEFENDER OF THE EIGHTH JUDICIAL  CIRCUIT FOR HAN
     12/04/2002 OF APPEAL // LOTT
     12/18/2002 AMENDED NOTICE OF RESTITUTION/COSTS HEARING - JA
     12/18/2002 8, 2003 AT 9:00AM
     12/19/2002 THIRD ADDENDUM TO MOTION FOR JUDGEMENT FOR COSTS
     12/26/2002 FIRST DISTRICT COURT OF APPEAL ORDERS APPELLANT
     12/26/2002 CAUSE WITHIN 10 DAYS WHY APPEAL SHOULD NOT BE DI
     12/26/2002 FAILING TO COMPLY WITH COURT'S 11-27-02 ORDER RE
     12/26/2002 AMENDED NOTICE OF APPEAL WHICH STATE'S DATE OF R
     12/26/2002 ORDER TO BE REVIEWED
     12/30/2002 AMENDED NOTICE OF APPEAL/FILED BY JOHN KEARNS, A
     12/30/2002 PUBLIC DEFENDER
     01/06/2003 NOTICE OF FILING RECORD OF EXPENSES DUE AS RESTI
     01/07/2003 NOTICE TO ADVERSE PARTY OF REQUEST TO TAKE JUDIC
     01/07/2003 NOTICE
     01/08/2003 COURT MINUTES - MOTION FOR JUDGEMENT OF COSTS AN
     01/08/2003 RESTITUTION HEARING ON CASE NUMBER 01-2000CF2753
     01/08/2003 RULING:  GRANTED COSTS IN THE TOTAL AMOUNT OF
     01/08/2003 $56,459.74 / COSTS ARE REDUCED TO CIVIL JUDGEMEN
     01/08/2003 RESTITUTION ORDERED IN THE TOTAL AMOUNT $17,515.
     01/08/2003 RESTITUTION IS REDUCED TO CIVIL JUDGEMENT
     01/08/2003 SUMMARY OF RESTITUTION
     01/08/2003 SUMMARY OF COSTS
     01/08/2003 DEF MUST PAY RESTITUTION OF  17515.46 AS TO CNT:  00000  001
     01/08/2003 CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT OF $
                 OR BOOK: 2584  OR PAGE: 1153
     01/08/2003 PAYABLE TO  JOHN QUIRELLO // LOTT
     01/08/2003 CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT OF $
                 OR BOOK: 2584  OR PAGE: 1154
     01/08/2003 PAYABLE TO  ALACHUA CO FIRE AND RESCUE  // LOTT
     01/08/2003 CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT OF $
                 OR BOOK: 2584  OR PAGE: 1155
     01/08/2003 PAYABLE TO  UNIVERSITY PHYSICIANS  // LOTT
     01/08/2003 CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT OF $
                 OR BOOK: 2584  OR PAGE: 1156
     01/08/2003 PAYABLE TO  SHANDS HOSPITAL AND CLINIC  // LOTT
     01/08/2003 ORDER AWARDING COSTS OF INVESTIGATION AND PROSEC
     01/08/2003 TO GAINESVILLE POLICE DEPARTMENT IN THE AMOUNT O
     01/08/2003 $7224.60 // LOTT
     01/08/2003 ORDER AWARDING COSTS OF INVESTIGATION AND PROSEC
     01/08/2003 TO ALACHUA COUNTY COURTHOUSE IN THE AMOUNT OF
     01/08/2003 $46,355.82//LOTT
     01/08/2003 ORDER AWARDING COSTS OF INVESTIGATION AND PROSEC
     01/08/2003 TO EIGHTH DISTRICT MEDICAL EXAMINER IN THE AMOUN
```

```
*prgrm name*
   Date: 05/02/2003                                                Page: 27
   Time: 09:54:55                                                  *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                       PAGE: 27

  ** CRIMINAL ACTION DOCKET -------------------------------------------------
       DATE          DESCRIPTION                                 DOC PG SEQ
  -----------------------------------------------------------------------------
       01/08/2003 $895.00//LOTT
       01/08/2003 ORDER AWARDING COSTS OF INVESTIGATION AND PROSEC
       01/08/2003 TO FLORIDA DEPT OF LAW ENFORCEMENT IN THE AMOUNT
       01/08/2003 $1984.32//LOTT
       01/08/2003 ORDER DENYING MOTION FOR SUPERSEDEAS BOND // LOT
       01/10/2003 MAILED VOLUME I - II RECORD ON APPEAL AND TWO EN
       01/10/2003 COPIES OF EVIDENCE TO FIRST DISTRICT COURT OF AP
       01/10/2003 RECORD ONLY TO ATTORNEY GENERAL & PUBLIC DEFENDE
       01/13/2003 FAXED RESPONSE TO REQUEST FOR UPDATE FROM DEPART
       01/13/2003 CHILDREN AND FAMILIES, ATTENTION: JOANN STARK
       01/29/2003 ORDER ON DESIGNATION TO REPORTER//LOTT
       02/03/2003 ORDER ON DESIGNATION TO REPORTER//LOTT
       02/03/2003 MOTION FOR PAYMENT OF STATE WITNESS
       02/03/2003 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT CONCERNIN
       02/03/2003 PAYMENT OF EXPERT WITNESS
       02/03/2003 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE
       02/03/2003 AMOUNT OF $61.00 TO SHERATON GAINESVILLE HOTEL//
       02/03/2003 //PAID//
       02/03/2003 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
       02/03/2003 ALACHUA COUNTY ATTORNEY'S ANNOUCEMENT CONCERNING
       02/03/2003 PAYMENT OF EXPERT WITNESS
       02/03/2003 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE
       02/03/2003 AMOUNT OF $2250.00 TO RONALD H. USCINSKI, MD//LO
       02/03/2003 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
       02/03/2003 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT CONCERNIN
       02/03/2003 PAYMENT OF EXPERT WITNESS
       02/03/2003 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE A
       02/03/2003 OF $479.50 TO WRIGHT TRAVEL // LOTT // PAID
       03/03/2003 FIRST DISTRICT COURT OF APPEAL ORDER GRANTS COUR
       03/03/2003 MOTION FOR EXTENSION TO FILE TRANSCRIPTS BY 5-1-
       04/21/2003 TRANSCRIPT OF MOTION FOR SUPERSEDEAS BOND BEFORE
       04/21/2003 COURT REPORTER LAURIE ANN CHAFFIN, ORIGINAL & 2
       05/01/2003 TRANSCRIPTS VOLUME I - XVII JURY TRIAL HELD BEFO
       05/01/2003 LOTT ON 9-10-02 - 9-23-02, COURT REPORTERS STACE
       05/01/2003 CHERYL MCDONOUGH, ORIGINAL AND 2 COPIES
       05/01/2003 TRANSCRIPT OF PRETRIAL MOTION HELD 9-4-02 BEFORE
       05/01/2003 COURT REPORTER STACEY BRYANT, ORIGINAL AND 2 COP
       05/01/2003 TRANSCRIPT OF PRETRIAL MOTION HELD 9-5-02 BEFORE
       05/01/2003 COURT REPORTER STACEY BRYANT, ORIGINAL AND 2 COP
```

IN THE CIRCUIT COURT OF THE EIGHTH
JUDICIAL CIRCUIT, IN AND FOR ALACHUA
COUNTY, FLORIDA.

STATE OF FLORIDA,

      Plaintiff,

vs.                          Case No:    01-00-CF-2753-A

BRIAN PATRICK HERLIHY,

      Defendant.

---

### ORDER ON DESIGNATION TO REPORTER

THIS CAUSE having come before this court and the court being
aware of the necessity of the requested transcripts for perfection of the appeal
in this cause, it is, upon consideration

ORDERED AND ADJUDGED that the Defendant's Motion For
Transcription is granted.  Said Court Reporter(s) shall have until the
_21st_ day of _February_, 2003, within which to complete and file the
transcripts with the Circuit Court of Alachua County, Florida.  The following
transcripts should accompany the record on appeal:

1)  The pre-trial motions held before Judge Lott on September
4, 2002 and September 5, 2002.
2)  The jury trial held before Judge Lott on September 9, 2002
through September 25, 2002 including all Motions heard before
or after voir dire, but excluding voir dire.
3)  All Motions for Judgment of Acquittal held before Judge
Lott September 9, 2002 through September 25, 2002.
4)  The sentencing hearing held before Judge Lott on November
8, 2002.
5) The Motion hearing for supersedeous bond held November 22,
2002.

DONE AND ORDERED in Chambers at Gainesville, Alachua County,
Florida, this ___29___ day of January, 2003.

                                 MARTHA ANN LOTT
                                 Circuit Judge

COPIES FURNISHED TO:
Public Defender's Office
State Attorney's Office
Court Reporter(s) -
Anne Beard, c/o Star Garage

IN THE CIRCUIT COURT OF THE EIGHTH
JUDICIAL CIRCUIT, IN AND FOR ALACHUA
COUNTY, FLORIDA.

STATE OF FLORIDA,

       Plaintiff,

vs.                          Case No:    01-00-CF-2753-A

BRIAN PATRICK HERLIHY,

       Defendant.

---

### ORDER ON DESIGNATION TO REPORTER

THIS CAUSE having come before this court and the court being aware of the necessity of the requested transcripts for perfection of the appeal in this cause, it is, upon consideration

ORDERED AND ADJUDGED that the Defendant's Designation to Reporter and Reporter's Acknowledgment is granted.  Said Court Reporter(s) shall have until the _28th_ day of _February_, 2003, within which to complete and file the transcripts with the Circuit Court of Alachua County, Florida.  The following transcripts should accompany the record on appeal:

      1)  The pre-trial motions held before Judge Lott on September 4, 2002 and September 5, 2002.
      2)  The jury trial held before Judge Lott on September 9, 2002 through September 25, 2002.
      3)  All Motions for Judgment of Acquittal held before Judge Lott.
      4) The sentencing hearing held before Judge Lott on November 8, 2002.
      5) The Motion hearing for Supersedeous Bond held November 22, 2002.

DONE AND ORDERED in Chambers at Gainesville, Alachua County, Florida, this _3_ day of ~~January~~ Feb, 2003.

                                MARTHA ANN LOTT
                                Circuit Judge

COPIES FURNISHED TO:
Assistant Public Defender - John Kearns
Assistant State Attorney - Jeanne Singer
Anne Beard, c/o Star Garage

0000318

## DISTRICT COURT OF APPEAL, FIRST DISTRICT
## Tallahassee, Florida 32399-1850
## Telephone No. (850) 488-6151

February 27, 2003

**CASE NO.: 1D02-4788**
L.T. No. : 2000-2753-CFA

Brian Herlihy                    v.          State Of Florida

_____

Appellant / Petitioner(s),                    Appellee / Respondent(s).

## BY ORDER OF THE COURT:

The court reporter's request for an extension of time, filed February 19, 2003, is granted, and time for filing of the transcripts of proceedings is extended to May 1, 2003. No further extensions of time will be granted to the court reporter except in case of emergency. Within 20 days following filing of the transcripts, the clerk of the lower tribunal shall prepare and transmit a supplemental record consisting of the transcripts of proceedings, and time for service of the initial brief is extended to 30 days following transmittal of the supplemental record.

I HEREBY CERTIFY that the foregoing is (a true copy of) the original court order.

Served:

Cheryl Mcdonough          Hon. C. Richard Parker, P.D.          John J. Kearns, A.P.D.

Hon. Charlie Crist, A.G.   Hon. J.K. "Buddy" Irby, Clerk

am

JON S. WHEELER, CLERK



0000319

STATE OF FLORIDA

COUNTY OF ALACHUA


I, J.K. "Buddy" Irby, Clerk of the Circuit Court for the County of Alachua, State of Florida, do hereby certify that the foregoing page 317-319 contains a true transcript of the supplemental record in the case of BRIAN HERLIHY v. STATE OF FLORIDA and a correct recital and copy of all such papers and proceedings in this cause as appears from the records and files of my office that have been directed to be included in said record pursuant to Fla. R. App.p. 9.200.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court this May 2, 2003.


J.K. "Buddy" Irby
Clerk of the Circuit Court
Alachua County, Florida

By _Shelley J. Carr_
Shelley J. Carr
Deputy Clerk

I:\USERS\YMC\WORD\YVONNE\CIRCUIT CRIMINAL DOCUMENTS\CERT-PG-SUP.FEL.DOC