# EXHIBIT

# N

# In the District Court of Appeal

## FIRST DISTRICT
## of Florida

*202-1-17814*
*F*

BRIAN PATRICK HERLIHY }
        Appellant, }
}
}
}
}     CASE NUMBER   2000-2753-CFA
}
}
}     APPEAL NUMBER 1D02-4788
v. }
}     VOLUME XIV
}
}
}
STATE OF FLORIDA }
        Appellee, }

*Dock*
*05-14-2003*

# TRANSCRIPT
# RECORD

### HONORABLE MARTHA ANN LOTT
#### ACTING TRIAL JUDGE

## APPEAL FROM THE CIRCUIT COURT
## 8th JUDICIAL CIRCUIT FOR
## ALACHUA COUNTY, FLORIDA

2003 MAY 12  PH 2: 38
RECEIVED
CRIMINAL APPEALS
TALLAHASSEE

**FOR APPELLANT**
HONORABLE C. RICHARD PARKER
PUBLIC DEFENDER
POST OFFICE BOX 2820
GAINESVILLE, FLORIDA 32602

**FOR APPELLEE**
HONORABLE CHARLIE CRIST
ATTORNEY GENERAL'S OFFICE
THE CAPITOL
DEPARTMENT OF LEGAL AFFAIRS
CRIMINAL APPEAL SECTION
TALLAHASSEE, FLORIDA 32399-1050

202-1369814
F

1                    IN THE CIRCUIT COURT OF FLORIDA
                 EIGHTH JUDICAL CIRCUIT
2                    IN AND FOR ALACHUA COUNTY

3                    CASE NO: 01-2000-CF-2753-A

4                TRANSCRIPT ON APPEAL
                  VOLUME XI
5                 (Pages 1369 - 1503)

6   STATE OF FLORIDA

7   vs.             *Volume XIV*

8   BRIAN PATRICK HERLIHY,      *1002-4788*

9            Defendant.

10  _____/      *05-14-2003*

11  Proceedings:         Jury trial

12  Before:            The Honorable Martha Ann Lott,
                     Circuit Judge
13

14  Date:               September 18, 2002

15  Time:               9:00 a.m.

16  Place:              Courtroom 4-A
                     Alachua County Courthouse
17                       Gainesville, Florida

18  Reporter:          Stacey K. Bryant, RPR
                     Judicial Court Reporter

19  APPEARANCES:

20       Jeanne Singer, Assistant State Attorney
     Stephen Pennypacker, Assistant State Attorney
21       120 W. University Avenue
     Gainesville, Florida 32608
22         Appearing on behalf of the State of Florida

23       Gordon Groland, Esquire
     John Tedder, Esquire
24       Post Office Box 2848
     Gainesville, Florida 32602
25         Attorneys for defendant

                    Stacey K. Bryant, RPR
                   Judicial Court Reporter

```
 1                    INDEX TO PROCEEDINGS

 2

 3   PRELIMINARY MOTIONS:  ........................... 1371

 4

 5   STATE'S CASE:

 6

 7                    DR. RONALD USCINSKI,

 8   DIRECT EXAMINATION BY TEDDER:  ................... 1389

 9

10

11

12

13                    INDEX TO EXHIBITS

14

15   DEFENSE EXHBIIT NO. 4.......MARKED IN EVIDENCE.... 1394

16

17

18

19

20

21

22

23

24

25
```

Stacey K. Bryant, RPR
Judicial Court Reporter

1   P R O C E E D I N G S

2                 * * * * *

3       (Outside the presence of the jury.)

4       THE COURT:  All right.  I need to see the lawyers

5   up here and make sure the court reporter can hear you.

6       Now, I need someone to explain to me what the

7   issues are that we're going to address this morning.

8       MR. TEDDER:  Okay.  The first thing we need to

9   address, your Honor, and Dr. Uscinski has some things

10  on compact disk we're going to show to the jury to

11  demonstrate his testimony and assist the jury in

12  understanding his testimony.  He's got the CAT scans

13  that were taken of the child.

14      THE COURT:  Hold on just a second.

15      MR. BAILIFF:  Juror coming through.

16      (Pause in the proceedings.)

17      THE COURT:  All right.

18      MR. TEDDER:  Okay.  He's got the CAT scans that

19  were taken at the hospital because we sent them to him.

20  That's part of his profession, he routinely examines

21  CAT scans everyday on a daily basis.

22      We've also got charts from two articles written by

23  Dr. Ommaya and Dr. Duhaim, that have been previously

24  referred to, and in this trial in cross-examination,

25. the charts showing experiments done establishing

1    threshold injury in tissue and showing levels of

2    force --

3         MR. BAILIFF:  Juror coming through.

4         (Pause in the proceedings.)

5         MR. TEDDER:  -- forces and the different studies

6    that have been done on forces and experiments that have

7    been confirmed; charts that he can refer to, to assist

8    the jury in understanding what he's going to be talking

9    about, because he's going to be talking about some

10   extremely technical scientific things.

11        THE COURT:  Anything else?

12        MR. TEDDER:  Yes.  He also has a short, about a

13   15-minute Lifetime film of an operation which he did on

14   an adult, showing a chronic subdural hematoma --

15        THE COURT:  Hold on.

16        MR. TEDDER:  -- being operated on.  That clearly

17   shows the dura matter, it shows the membrane that forms

18   around a chronic subdural hematoma.  When he opens up

19   the membrane you can see both evidence of old and new

20   blood come out of the membrane.  This is clearly what

21   we're talking about in this case, is what the defense

22   is about from Day One, about the fact this baby had a

23   chronic subdural hematoma that will assist the jury in

24   understanding what we're talking about.

25        Lastly, he has some still photographs of a

1    one-year-old baby taken with the same thing, a chronic

2    subdural hematoma, in an operation.  These are still

3    photographs.  These were taken back, I believe, he said

4    in the '60s that his, an instructor that he learned

5    from when he was in medical school.  And so it shows

6    the significance of those.  It shows the physiology and

7    everything of the chronic subdural hematoma is the same

8    for an adult and a child.  There is no difference.

9         The state has been contending all along somehow

10   children are just magically different than adults, not

11   subject to the laws of physics.

12        THE COURT:  Magically.  I haven't heard any magic

13   in this case.

14        MR. TEDDER:  Not yet.

15        THE COURT:  Remember this is not closing argument.

16        MR. TEDDER:  I'm sorry, Judge.  You know how I am

17   and obviously this is not in front of the jury.

18        Insofar as I anticipate the state is gonna say

19   this surgery should not be allowed to be seen by the

20   jury because it's not on Robbie Quirello, bottom line,

21   this is a real surgery, real patient, that really had

22   the same condition that Robbie Quirello had.  And our

23   position, our defense, the Court's already allowed the

24   state to present a computer-generated cartoon of what

25   they believe happens in shaken baby syndrome without

1   any authentication whatsoever from the person who

2   prepared it, Dr. Davis.

3       The state will have ample opportunity to

4   cross-examine Dr. Uscinski as to what occurred in the

5   surgery and whether or not it's relevant. And it

6   should be allowed to be seen by the jury.

7       MR. PENNYPACKER: Your Honor, we haven't seen any

8   of these things. First time I learned about them was

9   at 10 o'clock last night, and we are concerned

10  particularly about the video of the surgery and that

11  it's an adult. There is no evidence in this case that

12  Robbie Quirello had surgery. So I don't think that's

13  relevant to begin with. Pictures of a one-year-old

14  child from 1960, perhaps he can tie them in and show

15  some relevance. But, again, if they're pictures with

16  the head open, we don't have that when this child was

17  alive. I don't think that's relevant. We haven't seen

18  the charts or any other exhibits that Dr. Uscinski

19  allegedly has with him this morning. It's hard to do

20  anything to object, because we haven't seen them.

21      MR. TEDDER: I did provide you with the list of

22  articles that Dr. Uscinski had.

23      THE COURT: Where are the charts? Go get them and

24  give them to him right now.

25      MR. TEDDER: One chart on my article is, I

1  believe, there, and he has -- I'm not sure which

2  portion of these in this article that Duhaim did that

3  he has, but I know he has his chart.

4  THE COURT:  Let me just tell you what I'm thinking

5  so you all can prepare your argument for and against.

6  It sounds to me like it's perfectly reasonable and

7  legal for Mr. Tedder to present the testimony and

8  demonstrative aid that he's proposing, because the

9  state's witnesses testified that there was evidence of

10  a chronic subdural hematoma.  That creates the issue in

11  this case that, of course, the defense is entitled to

12  fully pursue as a potential defense in this matter,

13  including showing pictures of what it may have looked

14  like subject to cross-examination, and the state's

15  entitlement to say whether or not, yes, but this is

16  actually what we saw with Robbie, or this is not what

17  we actually saw with Robbie, which means that your

18  witness would be entitled to testify and use these

19  aids.  But the state would be entitled to use these

20  same aids in rebuttal testimony.

21  Now, if there is a way to do that and if you have

22  any problem with that, that's what we'll do.

23  Obviously, that's very preliminary.  It's not a ruling

24  as of this moment, because you've only given a tiny

25  piece, but that's what it's looking like to me.

1   MS. SINGER:  That would, of course, require

2   Dr. Uscinski to leave the aid with us when he flies out

3   today because he is being taken out of order.

4        MR. BAILIFF:  Juror coming through.

5        (Pause in the proceedings.)

6        THE COURT:  Correct.  And that's a logistical

7   matter we will address in order, legal matters and then

8   the logistics.

9        MS. SINGER:  It looks like we might be able to

10  actually view the aids and I think, before the Court

11  does anything, obviously, we need to be able to view

12  them.  And it looks like Dr. Uscinski --

13       THE COURT:  That's not necessarily true.  It's

14  9 o'clock.  This hearing was scheduled at 8:30.  Now

15  you're wanting me to watch a 15-minute hearing.

16       MS. SINGER:  We were here at 8:30 and this Court

17  instructed everyone who had an issue to be here at 8:30

18  and set up.  And so now it would prejudice the state

19  not to be able to view this 15-minute demonstration

20  that's going to be used in the direct testimony of the

21  next witness that's going to be called in this case.

22  And we don't -- we haven't even seen it all, Judge.

23       THE COURT:  Yes.

24       MR. TEDDER:  Your Honor, this is way too important

25  a case to not do everything by the books, as you know.

1    THE COURT:  Well, the books are one thing,

2    Mr. Tedder, and I certainly agree that it's way too

3    important a case, and way too important to Mr. Herlihy

4    to do anything that's going to interfere with his right

5    to due process.  On the other hand, as has been pointed

6    out repeatedly this case is two years old.

7        MR. TEDDER:  That's not my fault, Judge, or

8    Mr. Herlihy's fault.

9        THE COURT:  Are we assigning fault?  I didn't know

10   that.

11       MR. TEDDER:  No.  I'm sorry.  I apologize.

12       THE COURT:  You wanted to interrupt me to make

13   some point I'm sure.

14       MR. TEDDER:  I apologize, your Honor.

15       THE COURT:  Now, the case is two years old.

16   You've had two years -- or I don't know at what point

17   you were retained, but he had a number of months to

18   prepare this.  You've had a number of days or weeks at

19   the very least with this witness.  Now, why you didn't

20   find out until 7:00 p.m. last night that this is an aid

21   you want to present, and why you and Mr. Groland

22   weren't here ready to go at 8:30 so we could have

23   gotten this done, I don't know that either.  I

24   understand you're working hard, but the bottom line is

25   so is this jury and you're asking me to delay this

1    trial all because of your lack of preparation, is what

2    it comes down to.

3         Now, why should I not exclude this aid at this

4    point?  Have you even seen it?

5         MR. TEDDER:  Yes, ma'am.

6         THE COURT:  You all saw it at what time last

7    night?

8         MR. TEDDER:  I saw it late last night.  I don't

9    know what time it was.  It was probably about

10   9 o'clock.  I went and picked Dr. Uscinski up at the

11   airport about quarter of 7:00 -- quarter of 8:00, and

12   drove him to the hotel.

13        THE COURT:  You didn't see it before last night

14   for what reason?

15        MR. TEDDER:  I can't answer that question, Judge.

16        MR. GROLAND:  Maybe I can.  I have not seen

17   testimony, but Dr. Uscinski is out of state and we are,

18   and our contact with him has been by letter and by

19   phone, and not until person.  But I would say to the

20   Court, as Mr. Tedder pointed out, we're in exactly the

21   same posture, very similar posture, as to where we were

22   the day before the trial as the state sprung on us

23   what's been referred to as a cartoon, their

24   demonstration.  We've never seen it before.  The case

25   is two years old.  When they first told me about it,

1   they showed it to me.  They didn't even give me a copy,

2   another copy of the CD.  They said we had to buy it

3   ourselves at $250.  And the next thing you know, the

4   following week, it's being shown to the jury and used

5   as a demonstration.

6        THE COURT:  A week later and in the middle of a

7   trial?  I understand that a week before the trial is

8   short notice, but in the middle of the trial is way

9   shorter notice.

10        MR. TEDDER:  Your Honor, I will say this:

11   Dr. Uscinski did tell me that he had this before and we

12   did discuss it.  So I'll take responsibility for the

13   fact that we didn't view it before now, and we didn't

14   give the state an opportunity to see it before now.  So

15   I'll ask the Court to impose sanctions on me, not on

16   Mr. Herlihy.  I ask the Court to go ahead and view it

17   now and make a ruling on its admissibility.

18        THE COURT:  Turn it on.

19        MR. TEDDER:  There.  Let's go ahead and show the

20   surgery specifically.  That's what you need to see,

21   right, your Honor?

22        THE COURT:  Yes.

23        MS. SINGER:  Aren't there photographs also on this

24   display?  We need to see the photographs.

25        THE COURT:  I want to see the surgery first.

1    (Off-the-record discussion while tape is being set

2    up.)

3        THE COURT:  Dr. Uscinski.

4        THE WITNESS:  Let me give you the short version.

5        THE COURT:  Thank you.

6        THE WITNESS:  This is an operation that was done

7    about two years ago and it was done as a teaching tape,

8    and it was done in order to demonstrate the anatomy and

9    the pathology.  And I'm just gonna point out a few

10   structures first.

11       This is an adult male, and this is the skull.  You

12   can tell it's thick.

13       I am the operating surgeon.  It was in my hands.

14   If you have volume, you can hear my voice in the

15   background.

16       The skin has been opened up and reflected or

17   folded this way.  His nose is up here.  His ear

18   is here, the back of his head is down below the field.

19   I am opening the structure here called the dura.  And

20   we're going to fast forward a little bit, because it

21   isn't necessary that you see all of this.

22       Okay.  Again, here is the skull.  Here's the skin,

23   and I'm using a knife to -- actually I'm using an

24   instrument to seal off little, tiny blood vessels in

25   the dura, and then eventually open the dura.  Here we

1    go now.  We're gonna fast forward.  That's all right.

2    I'll get it back.

3         Now, we need a little help here.

4         (Pause in the proceedings.)

5         THE WITNESS:  Technology is a good servant.  I am

6    a bad master.

7         THE COURT:  Well, I couldn't do any better.

8    That's why I'm keeping my mouth shut.

9         While you all are working on that, we might as

10   well discuss the legal issues that have been --

11        THE WITNESS:  Here we go.

12        All right.  We're gonna fast forward again.  Okay.

13   What you're seeing here is the dura being opened up,

14   and you're seeing what's called the subdural membrane,

15   and the membrane -- subdural hematoma below that.

16        I'm gonna continue.  If you look very carefully

17   you're gonna see that the dura is very much adherent to

18   the membrane.  There are little tiny tendrils, those

19   are little blood vessels and they are nourishing that

20   membrane.  The dura is biologically active tissue.

21   That's how you get the membrane in the first place.

22   That's the short version.

23        I will continue.  You will notice the membrane is

24   bulging out at you.  The pressure in the man's head is

25   high.  You will also notice there are little dark spots

1    starting to appear on the membrane.  That's because we

2    have torn blood vessels and they are bleeding and they

3    bleed very easily in this membrane, and there are

4    reasons for that which I'll be more than happy to

5    discuss later.  You're going to get the short version

6    here.

7        All right.  We're going to fast forward a little

8    bit, a very little bit.  And we retract these back to

9    show the membrane very easily.  And now we've opened up

10   the membrane.  And you can see subdural fluid gushing

11   out.  You won't be able to see it on the small version

12   here, but if you look very carefully, you'll see

13   different colors to the fluid.  Some of it is dark red,

14   and the other is yellow, old fluid and fresh fluid.

15   The point being that chronic subdural hematomas have

16   both old and fresh blood in them.  It is a normal part

17   of the chronic subdural, and it is expected.

18       And then, at the very end of this particular

19   video -- and again, you're seeing the anatomy.  You're

20   seeing the skull.  You're seeing and understanding the

21   dura.  You're getting a good concept of how thin that

22   membrane is compared with the dura.

23       And then at the very end you're gonna see fresh

24   clotted blood inside the chronic subdural hematoma,

25   which was liquid.  The point being that you could have

1    fresh clotted blood and old blood interspersed, all

2    within the same hematoma.  This is why we know that

3    subdural hematomas re-bleed within the hematoma.  It's

4    not fresh bleeding, it's a continuation of the same

5    process.

6         Now, there is one more point I want to make, and

7    that's not the video.  The video is a little bit longer

8    than this.  You've gotten a very short, abbreviated

9    version.

10        And again, it's a pretty nice illustration of the

11   anatomy.  I want to call your attention to two more

12   points:  Number one, the thickness of the skull; and,

13   number two, the characteristics of the dura and the

14   underlying membrane.

15        Now we will get out of this program and we'll go

16   someplace else.  There's no need to see this entire

17   thing.  There will be some of this that will be

18   presented later, because you're gonna get some basic

19   anatomy and physiology, but there is one other point

20   that I want to make.

21        This again is an operation on a patient with a

22   chronic subdural hematoma.  You notice the bone is a

23   lot thinner, and relatively the surgeon's finger is a

24   lot bigger.  That's because this is a one-year-old

25   child.  Here's the bone, very thin.  Here's the dura.

1    It looks almost exactly the same as you saw on the

2    previous video, and the reason this is not a video is

3    because this was done in 1961 and we didn't have video

4    technology at the time.

5        Number two, you see the subdural membrane, which

6    looks exactly the same as the subdural membrane of an

7    adult.

8        Number three, you can see the exposed subdural

9    membrane, which looks exactly the same as the subdural

10   membrane of an adult.  You see the little tendrils of

11   the dura attaching into the membrane.  And last, but

12   not least, you can see the membrane being opened.  And

13   again, you can see how thin and diaphanous it is.  And

14   you can also see fresh blood inside that subdural.  The

15   point being subdural hematomas in children and adults,

16   same anatomy, same pathology, same pathogenesis, same

17   pathological response, and same healing mechanism.

18       This is not a computer-generated image.  This is

19   an actual photograph.  The other video you saw is also

20   actual video.  It's not an animation.

21       THE COURT:  Is that everything you need to show us

22   right now?

23       THE WITNESS:  Pardon?

24       THE COURT:  Is that everything you need to show us

25   right now?

1    THE WITNESS:  I think so.  Yes.

2    THE COURT:  Good enough.  Let me hear from the

3    lawyers then.  Let me hear from the state.  Any

4    objection?

5    MR. PENNYPACKER:  Your Honor, again, I think it's

6    only illustrating what we've already heard from several

7    witnesses that chronic subdural hematomas exist.  They

8    exist in children.  The old blood is visible, the

9    yellow fluid is visible.  It doesn't tell us anything

10   or show us anything we don't already know.

11   I also think some of the jurors are going to be

12   nauseated by watching that surgery.

13   THE COURT:  Yes, just as they would have been by

14   the autopsy photographs.  Unless you've got some legal

15   objection you need to make, it's looking relevant, it's

16   looking like a proper demonstrative aid, subject to, as

17   I said before, it being available to the state's

18   witnesses for rebuttal testimony, if appropriate.

19   MR. TEDDER:  Your Honor, I'm just asking

20   Dr. Uscinski about that and we're gonna need to get a

21   copy made of that compact disk.  I don't think he has

22   any objection to that.

23   THE WITNESS:  Not at all.

24   MR. TEDDER:  I think technologically that would be

25   a fairly easy thing to do.  I'm now -- I don't know how

1    to do it.

2         THE COURT:  I don't either.  You need to figure

3    out who does before we go any further.

4         Oh, I know it's easy to do, because I had this

5    made from the videotape.

6         THE COURT:  Well, Mr. West seems to know more

7    about the technology than anybody else.

8         MR. WEST:  Is it a DVD or a CD?

9         THE WITNESS:  It's a DVD.

10         MR. WEST:  We do not have the capability to burn a

11    copy of that.

12         MS. SINGER:  I want the record to reflect that's

13    Walt West from the state attorney's office computer

14    division so that the record is clear.  And I believe,

15    if I heard you correctly, do we have the capability at

16    the state attorney's office to make a copy?

17         MR. WEST:  The state attorney's office does not

18    have a DVD recorder device that we can make copies

19    from, so it would have to be done through an outside

20    source.

21         MR. GROLAND:  Sir, how about Harmon's Photo?

22         MR. WEST:  They perhaps could or Total Video.

23    There's a couple places in town I believe, that could

24    make a copy.

25         THE COURT:  The ruling of the Court is going to be

1    that this doctor may not take it with him until and

2    unless the defense has assured the state, to their

3    satisfaction, that an exact replica will be made

4    available prior to him leaving town, otherwise you can

5    ship it to him.

6         MR. GROLAND:  That's fine, your Honor.

7         THE WITNESS:  Don't lose it.

8         THE COURT:  That's right.  Mr. Tedder will take

9    good care of it.

10        Anything else that we need to address before the

11   jury comes in?

12        Excuse me, before they come in the courtroom, they

13   are of course all here.

14        MS. SINGER:  May Mr. West come up and move this

15   equipment at this point?  Is that okay with the Court?

16        THE COURT:  I thought this doctor was going to

17   testify first.

18        MS. SINGER:  He is, but I don't know if he's gonna

19   have this in front when he's doing that.

20        THE COURT:  We're not gonna take it down and spend

21   15 minutes setting it back up again.  Mr. West may come

22   forward and turn the lights off, if he's able to

23   without undoing everything.

24        MS. SINGER:  I would like to ask permission to

25   move it before cross-examination because it may be

1    blocking my way.

2        THE COURT:  Yes, ma'am, you may.  We're gonna take

3    a five-minute recess before we bring the jury in.

4        (Brief recess.)

5        THE COURT:  All right.  Is the state ready to

6    proceed?

7        MR. PENNYPACKER:  Yes, ma'am.

8        THE COURT:  Defense ready?

9        MR. GROLAND:  Yes, ma'am.

10       THE COURT:  And when the jury comes in, I'll read

11   the instruction you all agreed upon yesterday; is that

12   correct?

13       MR. PENNYPACKER:  Yes.

14       THE COURT:  All right.  Bring the jury in.

15       (Before the jury:)

16       THE COURT:  Good morning, ladies and gentlemen.

17   Let me confirm again that none of you, as jurors, have

18   received any information regarding this trial in any

19   way during the time that you've been in recess; is that

20   correct?

21       THE JURORS:  Yes.

22       THE COURT:  All right.  Thank you very much.  We

23   are ready to continue with the evidence.  You are again

24   going to hear a witness for the defense out of order.

25   This witness is testifying out of order to accommodate

1       his travel plans.

2               Mr. Tedder, you may go ahead and call your

3       witness.

4               MR. TEDDER:  Thank you, your Honor.

5               May it please the Court?  Defense would call

6       Dr. Ronald Uscinski.

7                       DR. RONALD HENRY USCINSKI,

8       having been produced and first duly sworn, testified as

9       follows:

10                      DIRECT EXAMINATION

11      BY MR. TEDDER:

12          Q    Good morning, Dr. Uscinski.

13          A    Good morning.

14          Q    Would you please tell the jury your name, sir?

15          A    Yes.  My name is Ronald Henry Uscinski,

16      U-S-C-I-N --

17              THE COURT:  Would you mind spelling it?  You're

18          going to anyway.  If you'll spell your last name for

19          the court reporter.  Thank you.

20              THE WITNESS:  S-K-I.

21      BY MR. TEDDER:

22          Q    U-S-C-I-N-S-K-I.

23              Dr. Uscinski, where do you live?

24          A    I live in Virginia.  I live in Great Falls,

25      Virginia.

1     Q     What do you -- How are you employed?

2     A     I'm self-employed.

3     Q     Self-employed.  What do you do, Doctor?

4     A     I'm a physician.

5     Q     Do you have any area of specialty?

6     A     Yes, I do.

7     Q     And what is that?

8     A     I'm a neurosurgeon, clinical neurosurgeon.

9     Q     Tell the jury where you went to undergraduate

10   school, please, sir?

11    A     Sure.  I graduated from North Babylon High School

12   in Long Island, New York, 1960.  Entered Fordham University

13   in 1960 to 1964 and was awarded a B.S.

14          1964 to 1968 I attended Georgetown University

15   Medical School and received an M.D. in 1968.

16          From 1968 to middle of 1969 I interned at the

17   Bronx Municipal Hospital Center, which is part of the Albert

18   Einstein University College of Medicine in New York.

19          From 1969 to 1971 I was a medical officer in the

20   United States Navy.

21          From 1971 through 1975 I was a resident in

22   neurosurgery at Georgetown University and affiliated

23   hospitals.

24          From 1975 till the end of 1976 I was a research

25   associate and consultant to neurosurgery at the National

1   Institute of Health, it's what was called the National

2   Institute of Neurologic and Communicative Disease and

3   Stroke.

4           And from 1977 on, until this date, I've been in

5   the practice of neurosurgery.

6       Q   Currently you still continue to practice

7   neurosurgery?

8       A   Yes, indeed.

9       Q   And have you ever had any articles that you've

10  written published?

11      A   Yes.

12      Q   Okay.  Can you tell us just briefly what kind of

13  articles you've had published?

14      A   Yes, they're very few.  I coauthored some articles

15  way back in the '80s about a phenomenon called

16  periventricular leukomalacia, P-E-R-I-V-E-N-T-R-I-C-U-L-A-R

17  L-E-U-K-O-M-A-L-A-C-I-A, which is a dysfunction of the

18  nervous system that affects neonates.

19          And I recently published, not exactly an article,

20  but a letter to the Editor for Debate in the British Journal

21  of Neurosurgery regarding the shaken baby syndrome.

22      Q   Now, you're licensed to practice medicine where,

23  sir?

24      A   Currently licensed in Washington, D.C., Maryland,

25  and Virginia.

1    Q    Are you board certified?

2    A    Yes.

3    Q    In what area?

4    A    In neurosurgery.

5    Q    Now, as part of your professional experience in

6    your residency, practice, or any of your training for

7    medicine, did you ever receive training in neurology?

8    A    Neurology?

9    Q    Yes, sir.

10   A    Yes.   It wasn't formal training, but that's an

11   integral part of the training in neurosurgery and the

12   practice of neurosurgery.

13   Q    Do you keep yourself familiar with various

14   neurological articles?

15   A    Mainly neurosurgical articles.   There's lots and

16   lots of literature out there and the majority of my readings

17   nowadays are articles that are directly pertinent to

18   neurosurgery, as opposed to neurology, but I occasionally

19   look at articles in neurology also.

20   Q    And you have training in radiology, reading CAT

21   scans?

22   A    Same thing, same thing.

23   Q    How often do you read CAT scans?

24   A    Daily.

25   Q    Daily.   Okay.   And why do you read CAT scans?

1   A    Well, as part of it being, part of being a

2   neurosurgeon involves understanding the anatomy of the

3   structure you're going to be dealing with in a very direct

4   fashion, operating on it, and its physiology, how it's

5   working.

6        The discipline of radiology affords the surgeon

7   the opportunity to enhance his or her awareness of the

8   anatomy and physiology of the individual he's treating.  And

9   the central nervous system itself is unique, because it's

10  the only organ system involving bone.  So you can't actually

11  look at it.

12       What we try to do is image it and understand what

13  those images are doing in real life, and how what those

14  images are doing are affecting that particular individual.

15  So radiology is an integral part of the practice of

16  neurosurgery.

17  Q    Have you ever testified as an expert?

18  A    Yes.

19  Q    Can you tell us how many times?

20  A    In my entire career in court probably less than

21  50.

22       MR. TEDDER:  Your Honor, I would like to tender

23  Dr. Uscinski as an expert in the area of neurosurgery.

24       THE COURT:  Any objection?

25       MR. PENNYPACKER:  No objection, your Honor.

```
 1              THE COURT:  Dr. Uscinski will be allowed to give
 2         his opinion testimony in the area of neurosurgery.
 3              MR. TEDDER:  Your Honor, may I approach the
 4         witness?
 5              THE COURT:  Yes.
 6    BY MR. TEDDER:
 7         Q    Dr. Uscinski, what is that that I just handed to
 8    you?
 9         A    That is a copy of my CV and it's not a current
10    one, but it's a copy of my CV.
11         Q    How old is it?
12         A    It's as of February of last year.
13         Q    Okay.  Is it accurate?
14         A    2001 it is.
15         Q    Is it accurate other than the fact it's not
16    completely up to date?
17         A    Yes.
18              MR. TEDDER:  Your Honor, I would like to offer --
19         have that marked and offered into evidence.
20              MR. PENNYPACKER:  No objection.
21              THE COURT:  It will be admitted as number?
22              THE CLERK:  That's 4, your Honor.
23              THE COURT:  4 in evidence for the defense.
24              (Defense Exhibit No. 4 was received in evidence.)
25    BY MR. TEDDER:
```

1    Q    Now, Dr. Uscinski, did coming down here to testify

2  affect your practice in any way?

3    A    Yes.

4    Q    How does it affect your practice?

5    A    I have four operations to do before the week is

6  out.

7    Q    Four operations to do?

8    A    Two tomorrow and two Friday.

9    Q    All right.  And how much do you charge to come and

10  testify in this case?

11    A    My fee for testifying out of state is $10,000 a

12  day.

13    Q    And is that because of your interruption to your

14  practice?

15    A    Yes.  Yes, I have to reschedule things.  I have to

16  trade off emergency calls with other physicians -- you

17  accumulate a load when you're out of town that way --

18  reschedule the patients, lose patients who are coming in to

19  see you for surgery if it's on those times, yes.

20    Q    Are you on call at various hospitals in the

21  Washington, D.C. area?

22    A    Yes.

23    Q    Emergency rooms?

24    A    Yes.

25    Q    And do you get called out in the middle of the

```
 1   night for emergencies?

 2        A     Not as much as I used to, but yes.

 3        Q     Dr. Uscinski, do you think it's important to keep

 4   an open mind as a doctor?

 5        A     It's important to keep an open mind as a human

 6   being.

 7        Q     Do you look for new developments in medicine?

 8        A     Yes.

 9        Q     Do you know of any medical beliefs that were once

10   held to be true that are no longer held to be true?

11        A     True, yes.

12        Q     Can you give the jury an example of one?

13        A     Taking out tonsils in children.  That was done

14   universally in the '40s and '50s.  I had it done myself.

15   And you don't see very much of it anymore.  It's falling out

16   of favor.  It turns out the reasons for taking out tonsils

17   weren't really valid reasons.  They were afraid that the

18   tonsils would obstruct the airway and they don't actually do

19   that.

20        Q     I was going to ask you why tonsils used to be

21   taken out, you're saying because of what reason now?

22        A     Well, there were several reasons.  One of them was

23   if they got very enlarged they would obstruct the child's

24   airway.  They were called kissing tonsils.  That really

25   isn't the case.  Your tonsils are basically lymph glands and
```

1  if you get an infection in your arm sometimes you feel those

2  little lymph nodes underneath your armpits, or if you get a

3  scalp infection, you can feel them behind your head.  Lymph

4  glands are one of the things that we use to detect breast

5  and lung cancer.  That's when they get infiltrated with

6  tumor tissue, those being inflamed or infected, and the

7  lymphatic system is one of the body's mechanisms for

8  fighting off infection.

9          Little kids get a lot of sore throats.  When they

10  do, the tonsils get inflamed.  It turns out the tonsils are

11  fighting off the infection.  The fact that they're getting

12  enlarged is not necessarily a bad thing.  By taking away the

13  tonsils we're depriving the body of one of its immune

14  responses, and so we don't do it anymore.  That's one of the

15  arguments that we will use; little kids get lots of

16  infections, we got to take out the tonsils.  That has

17  nothing to do with getting infection.  They're actually

18  helping in this fighting off the infection.  Secondarily,

19  tonsils getting large you say, gee, they're gonna obstruct

20  the airway.  Well, they don't obstruct the airway.  You

21  breathe behind your tonsils.  So, those two reasons turned

22  out to be not very good reasons, so it's not done so much

23  anymore.

24      Q   About how long did it take for medicine to realize

25  it's not a good idea to take out tonsils?

1    A    A few decades.  It's still done occasionally,

2    usually for very good reasons, for instance if you get an

3    abscess in the tonsils you may have to drain the abscess.

4    It's called peritonsil abscess.  But, as far as taking out

5    tonsils, we don't see very much of that anymore, I would say

6    for over 30 years now.

7    Q    Okay.  Dr. Uscinski, are you aware of various

8    tests that a neurologist might do to test motor tract injury

9    to a person?

10    A    Sure, you do the same things.

11    Q    Tell the jury is one of those known as the

12    Babinski response?

13    A    Yes.

14    Q    Explain to the jury what that is?

15    A    Sure.  Felix Babinski was a 19th Century anatomist

16    and neurologist and basically when you're examining somebody

17    with respect to how their nervous system is working, one of

18    the things you do is basically testing out electrical

19    circuits.  You tap on a knee, you get a response.  You shine

20    the lights in the eye, you get a pupilar response.  You talk

21    to somebody, they answer you.  That tells you about how the

22    nervous system is working.

23        What Professor Babinski noticed is that if you

24    stroke the sole of someone's foot, an adult, the soles curl

25    downward and the foot flexes forward a little bit in the

1   norm.  In the abnormal, you get almost the opposite

2   response, the foot pulls -- instead of going downward, the

3   foot pulls upward, the toes fan apart and the first toe

4   comes upward.  And that's called an extensive Babinski

5   response.  And in an adult that's a pathologic response,

6   it's an abnormal response.

7           In an infant, before they walk, it's a normal

8   response and there are reasons for that.  The Babinski

9   response is a non-specific response on the part of the

10  nervous system to a stimulus.  That part of the nervous

11  system is operating in infants before they walk.  As the

12  child develops the ability to walk, meaning stands up,

13  starts taking steps, the area that's responsible for that

14  response becomes suppressed and superseded by a higher area

15  of cortical function.  That's the area that's responsible

16  for the child being able to walk.  So the Babinski response

17  changes from an extensor response in the infant, the neonate

18  to a flexor response in the toddler or a child who's getting

19  up and walking.

20      Q     Now, you're aware that Robbie Quirello in this

21  case was four-and-a-half-months old when he passed away?

22      A     Yes.

23      Q     And that Babinski test was done on Robbie when he

24  was in the hospital?

25      A     Yes.

1    Q    Are you aware of what the results were of that

2   examination?

3    A    Yes.

4    Q    Tell the jury what they were and what your opinion

5   is on this.

6    A    Sure.  The Babinski response was an extensor

7   response, which is exactly what you would expect to see in a

8   four month old.  It's a normal response.

9    Q    So the baby's toe extended upward?

10   A    Yes, that doesn't mean there was nothing wrong

11  with the baby, but what it does mean is that's the exact

12  response you would expect to find in a four month old who is

13  perfectly normal and healthy.

14   Q    What time did you expect that response to change

15  in the child?  What's their response, is that what you said?

16  That's where somebody strokes the bottom of your foot and

17  you kind of turn your toe downward?

18   A    Right.

19   Q    Is that like a reaction to tickling?

20   A    Uh-huh.

21   Q    What rough age would you expect the child to

22  develop that?

23   A    Well, you're exactly right in your question, rough

24  age.  There is an age frame and it may vary from child to

25  child.  The point is, that when the Babinski response in an

1   individual child becomes a flexor response when the child is

2   up and walking independently, because that means that that

3   part of the nervous system has now developed enough so that

4   it can suppress the pathological response.

5       Q    If you would, please, describe cranial caudal

6   development for the jury, please.

7       A    Sure.  Cranial caudal development, the concept of

8   the cranial caudal development is a device that's used as a

9   teaching aid for people to understand how the nervous system

10  develops in infants.  And cranial caudal development refers

11  to what we see.  In a young baby, a young baby a few weeks

12  old, you really don't see very much because they're not

13  using their cerebrums.  They're using a part of the brain

14  called the brain stem, which is a very primitive part of the

15  brain.  When they turn their head around, their eyes may

16  move conjointly.  They may have some facial expressions.

17  Their arms flail all over the place.  Anybody that's had

18  children can see that.  That's not the cerebral cortex, of

19  course, those are lower structures.

20           The next thing you start to see is the baby starts

21  to focus, maybe follow a light with its eyes.  And that

22  happens usually several weeks after the baby is born.  Then

23  you'll see the baby start trying to turn his head and follow

24  a light.  You know, what's happening is the neck muscles are

25  becoming integrated with the muscles that allow you to

1   track.  The baby will start picking its head up and trying

2   to look around, and that occurs anywhere from around two,

3   three to five months, let's say.  Then you see them starting

4   to try to sit up a little bit, and they start getting

5   control over their upper extremities, and they can balance

6   themselves a little bit.  Then you start seeing them to

7   develop more fine motor movements with their hands.  They

8   can try to pick things up, fine objects, small objects off

9   the floor instead of using -- a little baby, when he tries

10  to pick something up first will use his fingers to grab

11  something up.  Later on they develop what's called an

12  opposable thumb, which usually happens somewhere after five

13  to seven months.  When they're able to oppose their thumb,

14  they develop what's called prehension and they pick

15  something up this way.  You don't see little babies use

16  their hands like this, but, you see, three to four or five

17  months old.  They may try to grab something, they will grab

18  it with their finger.  Later on when they can oppose their

19  thumb, that's when they become like little human beings.

20          Then after that they develop more truncal

21  stability, so they can try to pull themselves up into a

22  standing position.  Then they try to walk.  And finally the

23  last, but not least, which occurs later on, develop control

24  over their bowels and bladders because that's actually the

25  lowest part of the spinal cord.  When you develop, you

1    develop from the top of the spinal cord on down.  That's why

2    it takes kids longest to get toilet trained.  This has

3    nothing to do with thinking, and learning, and articulating.

4    That's why the cortical function is also a process of

5    learning, and integration.  The neurons are there, but

6    they're not -- they're there and they're active, but they

7    haven't necessarily absorbed all the information.  I'm

8    talking here about learning, speech, communication, et

9    cetera.

10        Q    Doctor, are you also aware that a cortical thumb

11   test was done?

12        A    Yes.

13        Q    And what is that designed to measure?

14        A    Actually, it's what I just described.  The

15   cortical thumb is the thumb that does not have what's called

16   prehension.  Prehension is one of the things that

17   distinguishes us from other primates.  We can take our thumb

18   and oppose it.  That's what allows us to pick up a hammer,

19   write with a pen, play the piano, and shoot a gun.  It's one

20   of the factors that distinguishes us as human beings, and

21   you don't start seeing the cortical thumb until somewhere

22   between six and eight months of age at the time the baby

23   starts being able to pick up small objects.

24        Q    So would it have been unusual for a

25   four-and-a-half-month-old baby to not have a cortical thumb?

1    A    No, it would be usual.  What happens is that a

2  child -- when a little baby makes a fist before they have a

3  cortical thumb, the thumb goes into the fingers like this.

4  And again, if you look at little kids, and we've probably

5  all looked at little kids and I've said this, you can see

6  this.  When they start using their hands for prehension,

7  that's when you start seeing the thumb come out.

8         Actually, there's a movie 2001 that came out in

9  the 1960's, and there's a very telling scene -- I don't know

10 if you've seen it -- but it's got a bunch of apes --

11        MR. PENNYPACKER:  Your Honor, I would object to

12     the relevance of this I would really like to get on to

13     Robbie at some point if we can.

14        THE COURT:  Objection sustained.

15 BY MR. TEDDER:

16    Q    Just for the record you indicated when you said

17 the cortical thumb, you were wrapping your other fingers

18 around your thumb, correct?

19    A    Yes.

20    Q    Now, was there ever -- Let me ask you this:  Would

21 you agree or can a child suffer a subdural, an injury that

22 would cause a subdural hematoma during childbirth?

23    A    Sure.

24    Q    And if that happens, would you expect it to always

25 be immediately detected?

1    A    No.

2    Q    When, if ever, could it be detected?

3    A    You may never detect it.  You might not detect it

4  for several days, several weeks, several months, or never.

5    Q    Are you aware of the birth that Robbie Quirello

6  had in this case?

7    A    I'm sorry?

8    Q    Were you aware of what kind of childbirth Robbie

9  Quirello had in this case?

10    A    From what I understand of the medical records,

11  yes, it was a difficult childbirth.

12    Q    Now, were you aware of the Apgar scores that were

13  given to Robbie on his birth?

14    A    Yes.

15    Q    What do the Apgar scores mean to you?

16    A    They're a rough index of the ability of a baby to

17  sustain it's vital functions, blood pressure, pulse,

18  respiration, and respond in a baby's way, which is a

19  primitive way, but a way appropriate for a baby to exist in

20  the environment.  It does not tell you that the baby is

21  entirely healthy or whole.  It just tells you the baby is

22  functioning at a certain level.

23    Q    I believe Robbie was born with first zero Apgar

24  score as to his color, what would that mean to you?

25    A    It would mean that he was not exchanging air

1    adequately enough to oxygenate his blood.

2        Q    And I believe he had a one score after five

3    minutes, what would that mean?

4        A    I'm sorry?

5        Q    He had a one score after five minutes; what would

6    that mean?

7        A    It means he was getting better at it.

8        Q    Are there any neurological signs that you might

9    expect to see if a child had suffered an injury that caused

10   a subdural hematoma at birth?

11       A    You might not see anything at all.  Number one,

12   you might see a patient, you might see a child with a

13   subdural after a perfectly normal birth.  Number two, if a

14   child has a subdural, it might not be detected.

15       Q    The fact that -- were you aware that Robbie

16   Quirello had weak neck muscles?

17           MR. PENNYPACKER:  I would object to the leading

18       nature of the question.

19           THE COURT:  Overruled.

20           THE WITNESS:  By definition all babies have weak

21       neck muscles for two reasons.  It isn't just that

22       they're not developed.  It's that they're not getting

23       signals from the brain to do what they're supposed to

24       do.  That's part of the cranial caudal development.

25       That's why little babies can't get their heads up, or

1    part of it.

2  BY MR. TEDDER:

3    Q    I'm sorry?

4    A    Or part of it.

5    Q    Now you've had an opportunity to review the

6  records in this case, Robbie Quirello's medical records?

7    A    Yes.

8    Q    You're aware of the state's theory of what

9  happened to Robbie Quirello?

10    A    I believe so.

11    Q    Tell the jury what you believe happened to Robbie

12  Quirello based upon your review of the medical records?

13    A    I believe that this, Robbie Quirello, this little

14  baby had a chronic subdural hematoma.  It was undetected.

15  It was bleeding.  It re-bled and he obstructed his airway by

16  one of several mechanisms:  One, he vomited and when he

17  vomited, some of the vomit was lodged in his airway and

18  closed it off; two, the bleeding from the subdural hematoma

19  irritates the surface of the brain.  He had a seizure and

20  wasn't breathing.  And he either vomited after he had a

21  seizure, or vomited and had a seizure.  But in either event,

22  the end point was his airway became obstructed.  When his

23  airway became obstructed, his brain was deprived of oxygen.

24  The brain has an absolute metabolic requirement for oxygen,

25  it's a tracheal environ.  When you deprive the brain of

1408

1   oxygen for four minutes, it starts to die.

2        Q    Are you aware of the theory known as shaken baby

3   syndrome?

4        A    Hypothesis, yes.

5        Q    Are you aware of any scientific studies that

6   support it?

7        A    That support it?  Scientific studies?

8        Q    Yes, sir?

9        A    No.

10       Q    Are you aware of any articles regarding it written

11   by Dr. Caffee?

12       A    Caffee, yes.

13       Q    And are you aware of any articles written about it

14   by a Dr. Gutgeltsch.

15       A    Gutgeltsch.

16       Q    Are you aware of articles written by him?

17       A    Yes.

18       Q    What can you tell the jury about those two

19   articles?

20       A    Actually Caffee wrote several articles about it

21   and Gutgeltsch wrote one, what he considered to be a major

22   article.  And they proposed shaking as a hypothesis and

23   nothing more than a hypothesis to explain previously

24   unexplained head injuries in children.  And they based that

25   hypothesis on some experimental work that was done by

1  another neurosurgeon in which this particular neurosurgeon,

2  the other neurosurgeon, demonstrated that intracranial

3  injuries could be caused by whiplash injuries in animals,

4  adult animals, without the head impacting anything.  In

5  other words, without the head banging against anything.

6          The idea at the time, and very much today also, is

7  that you have to have an impact to get a brain injury, or --

8  and I'm gonna differentiate between a brain injury and what

9  I'm about to say -- a subdural hematoma.  It might be

10  appropriate to explain what a subdural hematoma is.

11      Q    Please do.

12      A    Okay.  This is not a diversion.  You need to know

13  this.  As I said earlier, the central nervous system is

14  unique because it's the only organ system that's completely

15  surrounded by bone and it is.  The brain is surrounded by

16  bone.  There are little openings in the skull that allow

17  various structures to get in and get out.  For instance, the

18  eyes, the optic nerves you see with, your spinal cord that

19  connects up with the brain.  And there are also structures

20  that allow blood vessels to get in and get out.

21          The very important concept here is that the brain

22  is a biological tissue, is living tissue, and, as living

23  tissue, it has to have sustenance, and it has to have three

24  kinds of sustenance -- actually, two kinds of sustenance,

25  and then something else.  The two kinds of sustenance it has

1    to have are that which is necessary for it to metabolize, to

2    work, to do what it does.  It needs glucose; and it needs

3    oxygen.  You're diabetic and your blood sugar goes all the

4    way down, you go into a coma, that's what happens when your

5    brain doesn't get glucose.  If your brain is deprived of the

6    oxygen, you start to die, that's the critical thing.

7            Now, how does the brain get -- and the third

8    thing, by the way, are the nutrients that the brain needs to

9    build itself, the various proteins, and lipids, et cetera,

10   that it needs to synthesize its chemicals.

11           So how does the brain get oxygen and glucose?  It

12   gets it through the circulatory system.  You've got to have

13   blood circulating to the brain and since it's in a closed

14   space, the blood also has to get out.  So you have to have

15   blood vessels supplying the brain, they're called arteries;

16   and you have to have blood vessels draining the brain,

17   called veins.  They all get into and out of the skull.

18           Blood itself belongs inside blood vessels.  It's a

19   carrier mechanism.  It's a transport mechanism, but its

20   effectiveness is true only if it stays inside blood vessels.

21   Once blood gets out of the blood vessels, it's not carrying

22   anything anymore, and there are certain elements in the

23   blood that are actually injurious or can be injurious to the

24   brain.  So the point is blood belongs inside blood vessels.

25           Okay.  We need to concern ourselves now with how

1   the blood gets in; and, more importantly, how it gets out.

2   There are three coverings around the brain.  You may or may

3   not have heard this before.  It's worth reiterating.  The

4   first one is a very tough, leathery, gray structure called

5   the dura mater, D-U-R-A M-A-T-E-R, and that is the outermost

6   covering and that covering is immediately inside the skull.

7   It is intimately attached to the skull.  And the dura mater

8   itself is also living tissue.  All the tissues we're going

9   to talk about are living tissues, which mean they have a

10  blood supply.

11          There is a space between the dura and the inside

12  of the skull, but it's not an actual space, it's a potential

13  space.  If you put something in there and you separate the

14  dura from the inside of the skull, you have now made an

15  actual space.  And we refer to that as the epidural space.

16  You have two pieces of bread together, you got something in

17  between them, you have a potential space.  You separate them

18  and you put peanut butter and jelly in there, and you've got

19  peanut butter and jelly in the epidural space.

20          The second layer is called the arachnoid,

21  A-R-A-C-H-N-O-I-D, and the reason it's called the arachnoid,

22  is there are filaments inside this layer that look like

23  strands of a spider's web, thus the word "arachnoid."  The

24  second layer, the arachnoid layer, is not thick and gray

25  looking, it's actually very thin.  It's completely, just

1  about completely transparent in normal people, and it looks

2  very much like a very thin Saran wrap.

3          The space between the dura and the arachnoid is

4  called the subdural space, and it also is a potential space.

5  We're gonna come back to that space in a few seconds.

6          The space beneath the arachnoid is an actual

7  space.  On the other side of that space is the third layer,

8  called the pia mater, P-I-A  M-A-T-E-R, and that's actually

9  the outer layer of the brain.

10          The space between the dura matter and the pia

11  matter is an actual space and it is filled with a clear

12  watery fluid called cerebrospinal fluid, C-E-R-E-B-R-O-

13  S-P-I-N-A-L, fluid.  Now, cerebrospinal fluid looks exactly

14  like water, because it basically is water.  But it's got --

15  plus it's got a little bit of protein in it and it's got

16  some electrolytes, sodium, potassium, fluorides, chlorine.

17  Anyway, cerebrospinal fluid is manufactured by the brain

18  inside cavities in the brain called ventricles.  There are

19  four of them.  They all communicate with one another.  It

20  gets out through little openings around the base of the

21  brain, it percolates down the spinal canal, comes back up,

22  passively up the spinal canal, and passes through a series

23  of compartments called cisterns, wells, around the surface

24  of the brain, and the cerebral hemispheres, and eventually

25  is absorbed by structures called granulations and up around

1    the vertex of the skull, on either side of the midline.  And

2    cerebrospinal fluid is made and absorbed, it's a dynamic, a

3    dynamic process.  And the brain literally is floating in and

4    buffered by cerebrospinal fluid, so it's a protection.

5            So those are the three layers.

6            I -- let me continue a little bit here.  The blood

7    vessels that supply the brain are four in number.  They all

8    get up through the neck.  There are two in the front, two in

9    the back.  The two in the front are carotid arteries, the

10   two in the back go through the bones in the neck and are

11   called vertebral arteries.  They pass through the base of

12   the skull and they all cross-connect with each other.  And

13   those cross-connects, which is an anatomical circle -- and

14   which we don't need to know the name of it now -- from those

15   cross connects arise the blood vessels that eventually

16   nourish the brain itself.  They nourish, these blood vessels

17   nourish the cerebral hemisphere, the cerebellum, the brain

18   stem, all the structures.  If these blood vessels are

19   plugged up, that part of the brain starts to die.  You call

20   that a stroke.

21           Now, we've traced in the arterial side.  The blood

22   vessels get smaller, and smaller, and smaller, blood flowing

23   through them until they get to single celled, single wall,

24   tiny structures called capillaries and that's where the

25   exchange takes place, the oxygen, nutrients, and taking on

```
 1   of the carbon dioxide, and waste material.  Then the blood
 2   passes through progressively larger venous structures,
 3   veins.  These veins coalesce, larger, larger, larger, and
 4   eventually get up to the surface of the brain and leave the
 5   brain and pass back through the pia, the arachnoid, the dura
 6   and drain into major venous channels called sinuses,
 7   S-I-N-U-S-E-S, which are several in number and which are
 8   anatomically distinct and well documented.  The major one
 9   that we know of is, for today is called the sagittal sinus
10   and it starts just in front of your, between your eyes, and
11   goes right smack in the midline in the dura to the back of
12   your head.  That particular sinus drains the majority of the
13   vertebral hemisphere.  There are also sinuses called the
14   transverse sinuses, which are inside the dura again and
15   travel to either side of the brain from the back of your
16   head to just behind your ears and drain into two large
17   draining channels, which eventually wind up in what's called
18   the jugular veins.
19        There are other sinuses, and I want to make a
20   point here, this is distinct from the paranasal sinuses that
21   you think about when you get a cold.  Those sinuses are
22   little openings in your bone, and they're little air
23   cavities in your bone.  That's not the same kind of thing
24   we're talking about.  The sinuses that I'm talking about
25   here are venous structures, they're not air structures.
```

1     And some of these other sinuses, one in particular

2  called the cavernous sinus, because to the anatomist it

3  looked like a cavern, it's very large, drain some of the

4  anterior parts of the brain, and also the venous drainage

5  from the optic nerves, the central retinal vein goes into

6  the cavernous sinus.

7     Okay.  Now, so you got the arterial and venous

8  system tracked out and you know something about it now.

9     The veins that drain the cerebral hemispheres are

10  anchored at various points.  One of the anchoring points is

11  where they pass through the arachnoid, and another anchoring

12  point is when they pass through the dura.  They actually

13  have some length between the arachnoid and the dura and

14  that's probably left over from when the baby was born,

15  because there's a lot of molding in the skull, and torsion

16  and distortion of the brain.  So there has to be some

17  ability of those veins to withstand that stretching.  It's

18  not a perfect system.  That's how people get subdurals;

19  that's how infants can get subdurals when they're born.

20     But anyway, those two tethering points there are

21  fixed.  If the brain, or those veins, achieve a certain

22  amount of acceleration, they will tear and they tend to tear

23  in the subdural space.  So you get slow seepage of venous

24  structures into the subdural space, and you get a collection

25  of blood.  The medical word for collection of blood is a

1   hematoma, oma is mass, and hemat is blood, it's a mass of

2   blood, and since it's in the subdural space we refer to it

3   as subdural hematoma.  That's how you get hematomas in the

4   subdural space.

5       Q    What sort of problems arise if you have a subdural

6   hematoma?

7       A    The problems that arise have to do with a few

8   factors.  One, the fact that the nervous system is

9   completely surrounded by bone.  If something gets in there

10  and starts taking up space and starts enlarging, it starts

11  moving the brain.  The brain doesn't tolerate being moved

12  very well.  If you move it slowly over a long period of

13  time, it will accommodate.  If it moves rapidly it doesn't

14  accommodate well at all, and what you see clinically is

15  people going into a coma and they become paralyzed.

16           Subdurals tend to occur in two groups of people;

17  the very young and the very old, and for two different

18  reasons.  They occur in the very young because the skull has

19  expansive properties.  The brain about triples its size in

20  the first year of life.  Since the brain is growing, the

21  skull has to accommodate for this, so the skull is capable

22  of growing also.  If you put a mass in there, you can

23  accelerate the growth of the skull to accommodate the mass.

24  So you may not see anything with the child because the size

25  of skull is accommodating the mass, but the head may be too

1   big, or you may see very mild symptoms, or you may see very

2   non-specific symptoms.

3           When you get to older people -- I hate to tell you

4   this but it's the truth -- the skull stays the same size,

5   but your brain gets smaller.  Sorry.  It's the truth.  The

6   brain gets smaller and that leaves a potential space and

7   that potential space allows for those veins to be torn again

8   and you can have blood accumulating again in the subdural

9   space.  Subdural hematomas in older people can actually also

10  achieve quite a large size before it becomes symptomatic,

11  depending upon how much shrinkage there is in the brain.

12  You tend to see subdurals in old people and young people,

13  chronic subdurals that is.

14      Q    Now, if you get blood on the brain, what can that

15  cause?

16      A    Blood on the brain?

17      Q    Yes, sir.

18      A    Well, blood is an irritant.  It belongs in blood

19  vessels, not out of the blood vessels.  And blood on the

20  brain, even though it may be separated by a membrane, the

21  arachnoid, can precipitate seizing.  So blood can cause

22  seizures.

23      Q    If a person has a seizure, can that cause a person

24  to stop breathing?

25      A    Yes.

1    Q    How?

2    A    Well, when you're seizing, you're not exchanging

3    air effectively.  And if you're seizing continuously, you're

4    barely exchanging air at all.  You may not be exchanging air

5    at all.

6    Q    And did you review medical records indicating

7    whether or not Robbie had seized?

8    A    Yes.

9    Q    What did you notice from the records?

10   A    Well, he was seizing, and he was being treated for

11   seizures.

12   Q    Did you see anything in the medical records that

13   indicated he was having trouble breathing?

14   A    I'm sorry?

15   Q    Did you see anything in the records that indicated

16   he was having trouble breathing or not breathing?

17   A    Well, yes, I saw things.  I saw things, I saw

18   factors in the medical records that indicate that his brain

19   had been deprived of oxygen, not only that he was having

20   trouble breathing, but his brain had been deprived of

21   oxygen.

22   Q    What did you see in the records that show that?

23   A    When he was found, he had vomitus around his

24   mouth, and when the CT scan was done, you could see findings

25   in the CT scan that indicated that the brain had been

1   rendered anoxic, in other words the brain had not gotten

2   enough oxygen.

3        Q    How could you see that in the CT scan?

4        A    The CT scan is a radiographic procedure and it's

5   something we've already said I review all the time.  There

6   is a differentiation between gray matter of the brain, which

7   is on the cerebral cortex, which is the cell bodies of the

8   neurons, and the white matter of the brain, which are the

9   nerve fibers, the axons.  This goes into what a neuron and

10  an axon is and I'll be glad to show you if you want.

11       But anyway, the cell bodies tend to be

12  concentrated in the cerebral cortex, the cerebral hemisphere

13  that you're aware of.  The cell bodies tend to concentrated

14  on the surface of the cerebral cortex and they have

15  projections called axons, which some go down the spinal cord

16  and have to do with receiving sensation and motor function,

17  and some communicate with other cell bodies in other parts

18  of the cerebral cortex.  The cell bodies look grayer on the

19  scan and -- to the anatomists who dissect the brains -- and

20  the axons themselves, the cables, look whiter.

21       So the cell bodies are referred to as gray matter

22  and the axons are referred to as white matter.  And you can

23  see, you can differentiate gray matter and white matter on

24  the CT scan.  You can see what's referred to as cortical

25  ribbing, which means that you see definite anatomical

```
 1    structures around the surface of the brain that follows the
 2    contours of the brain.
 3            When a brain has been rendered anoxic, you lose
 4    the gray/white differentiation and the brain looks like a
 5    homogeneous mass.
 6        Q    Can a subdural hematoma begin to bleed again or
 7    have new bleeding?
 8        A    Can they?
 9        Q    Yes.
10        A    Yes, they certainly can, chronic subdurals, yes.
11        Q    Is that part of the healing process?
12        A    It can be, yes, it is part of the healing process.
13        Q    How long would you expect, if a chronic subdural
14    began to have new bleeding, how long would you expect before
15    a symptom might arise, or is there any way to know?
16        A    I would say it would be a relatively short period
17    of time, probably minutes to hours; probably not more than
18    an hour, maybe two --
19        Q    Okay.
20        A    -- at the outside.
21        Q    Now, if -- explain to the jury why re-bleeding or
22    new bleeding is part of the healing process, or explain the
23    healing process of a subdural hematoma, please.
24        A    Sure.  Blood does not belong outside of blood
25    vessels; and when you get a sub -- now, on subdural
```

1    hematomas, when you get a subdural hematoma, the body begins

2    to initiate a process of getting rid of this blood.  It does

3    not belong in the subdural space.  So, over the first few

4    days, what happens is, the dura itself becomes part of the

5    healing process, and the dura begins to elaborate cells that

6    begin to surround this hematoma, this collection of blood.

7    Now, at about -- the cells start coming in within a few days

8    and what you see under a microscope is you begin to see

9    little cells begin to proliferate on the inside of the dura

10   against -- Here's the dura, here's the hematoma.  You start

11   to get a layer of cells in there.

12          After about two weeks, this layer of cells becomes

13   visible to the naked eye.  You know pathologically at an

14   autopsy when these cells start to proliferate because if

15   you're doing an autopsy on a patient, the blood, if the

16   blood is not attached at all to the dura, it should fall

17   right away from the dura by definition.  It's not, it's not

18   gonna be attached to the dura; it's separate.

19          Once the cells start proliferating and growing

20   around the subdural, the blood becomes a little more

21   adherent to the dura.  But here's the important thing:

22   After about two weeks this covering, or membrane, or

23   neomembrane, which is gray in color, and very vascular,

24   becomes visible to the naked eye.  Between two and four

25   weeks, this membrane begins to surround the subdural

1    hematoma on the inside of the hematoma, the part that's up

2    against the arachnoid, as well as the part on the outside.

3         Now, this membrane is biologically active tissue.

4    Again, it's living tissue and it's there for a reason.  It's

5    got different types of cells in it.  One type of cell is the

6    supporting matrix of the membrane.  It's sort of like a

7    skeleton.  The other type of cell, are cells that are

8    referred to as endothelial cells.  They're little, tiny,

9    thin-walled capillaries.

10        Again, the way the subdural is absorbed is by

11   getting this membrane built, getting in substances that are

12   gonna remove the clot and transporting the waste material

13   away.  And the transportation systems are, is the

14   circulatory system and that's why you need these capillary

15   cells.

16        The third type of cell is an important cell.  The

17   third type of cell that was really discovered back in the

18   '70s and it elaborates an enzyme, elaborates enzymes called

19   fibrinolytic enzymes, F-I-B-R-I-N-O-L-Y-T-I-C.  Now, these

20   enzymes do something that's pretty important.  What they do

21   is they dissolve the blood clot.  Fibrin means a blood clot,

22   lysis means dissolve.  So the clotted material, in other

23   words, the subdural hematoma, and the subdural hematoma is

24   gonna have cells in it, red cells mainly, but some white

25   cells, because you have red and white cells in the blood,

1  and it's gonna have protein, protein matrix of the clot, and

2  have calcium in there, too, which has to do with the

3  clotting mechanism.

4       These cells begin to break down, and the protein

5  begins to break down.  And it's broken down by these

6  fibrinolytic enzymes.  This protein, the long-chain protein

7  molecules are broken up into shorter chains.  The blood

8  cells are broken down into protein molecules, that are

9  broken down into smaller ones, and this whole mess, which

10  starts out looking red, then becomes purple, then becomes

11  brown, and then becomes sort of brownish-yellow, and becomes

12  more and more liquid, is eventually absorbed by the

13  capillaries out.

14       This is a dynamic process and there is a problem

15  associated with these fibrinolytic enzymes.  The problem is

16  that they stop blood from clotting also, and capillaries are

17  very weak-walled structures.  They're only one cell thick,

18  and they tend to bleed.  The one thing you don't want next

19  to a leaking capillary is another cell that makes

20  fibrinolytic enzymes.

21       There was an experiment done in the 1970s, in

22  which a group of people with chronic subdural hematomas --

23  oh, by the way, the chronic subdural hematoma is the one

24  that's been around for weeks and months.  The acute subdural

25  hematoma is the one that just happened.  Now, by definition,

1   this is a little bit of a digression, but it's a very

2   important one.  The acute subdural hematoma is the one that

3   you find immediately.  Why?  Because it's acute.  Why is it

4   acute?  Because it's come to your attention and the patient

5   is very sick.

6          The chronic subdural hematoma is the one that's

7   been around for weeks or months.  Now, that tells you

8   something pretty important.  That tells you that the

9   original injury was missed.  It doesn't mean that the injury

10  was an intentional or non-intentional injury, it means the

11  injury was missed.  And the injury may have been trivial

12  enough to have been overlooked and not recognized with

13  regard to its importance.  I can tell you from personal

14  experience, I've operated on lots of people with chronic

15  subdurals, you're gonna see a video of one in a few minutes

16  where they didn't know where it came from.  They showed up,

17  obviously with a subdural that was several months old, not

18  recalling the original injury.  The chronic subdural

19  hematoma was the acute subdural hematoma once, but one that

20  escaped medical detection.  The reason it escaped medical

21  detection is the injury was not as severe as the person who

22  comes in very ill with an acute subdural.  It's almost a

23  different kind of animal.  That's a very important point,

24  and it's a point that gets missed.

25          Q    All right now.

1    Doctor, if you expected that Robbie was not able

2  to breathe, not being properly oxygenated, would you expect

3  to see damage to other organs of his body on autopsy, or

4  through any other means?

5    A    I'm sorry.  Ask the question again.

6    Q    All right.  Because Robbie was not receiving

7  proper oxygen to his brain, would you expect other organs in

8  his body to also be damaged such as the brain was damaged?

9    A    Not at all.

10   Q    Why not?

11   A    Well, think it through.  The brain's a critical

12  organ.  If you're gonna see damage to the brain and other

13  organs, you just ruined the entire transplant industry.

14   Q    What do you mean by that, Doctor?

15   A    The brain dies.  That's why we have brain death,

16  so that you can save the rest of the organs.  The rest of

17  the organs are usually fine.  It's the brain that dies first

18  from lack of oxygen; the other organs can be perfectly okay.

19  That's why we can transport kidneys across the country in 24

20  hours packed in ice.  You can't do that with the brain.  You

21  can't do that with neural tissue.  Neural tissue has an

22  absolute metabolic requirement for oxygen.  Other organs can

23  go for a much longer time without oxygen.

24   Q    So is the brain the only organ that cannot be

25  transplanted from one person to another?

1    A    Not just, not just because of a lack of oxygen,

2    but, yes, you don't transplant neural tissue that easily.

3    Q    You can transplant a heart, right?

4    A    Yes.

5    Q    And other organs?

6    A    Yes.   Their metabolic requirements for oxygen,

7    their metabolic requirements for oxygen are quite different

8    than the brain's.

9    Q    How long after a person is brain dead and is not

10   on any sort of respirator, would you expect other organs to

11   begin to not be suitable for transplant?

12   A    I don't know the answer to the question.   I really

13   don't want to know the answer to the question, to be honest

14   with you, because I get called in to see people who are dead

15   and I don't want to rush that sort of stuff.   But I think it

16   varies from --

17        MR. PENNYPACKER:   Your Honor, I think he said he

18        didn't know the answer, so I don't want him to

19        speculate.

20        THE WITNESS:   No, but I --

21        THE COURT:   The objection is sustained.   You need

22        to rephrase the question.

23   BY MR. TEDDER:

24   Q    What do you believe, or what do you know about,

25   what do you know about other organs and when they die?

1   A   They have -- they have variable time frames

2   through which they're suitable for transplants.  Corneas,

3   for instance, can be taken out after other organs are still

4   used.  Skin, I believe, also can.  Other organs, such as the

5   lungs or the heart, less time.  Liver, I think, also less

6   time.

7         But the brain is the critical one.  That's why we

8   put people on pumps, by the way, when they have cardiac

9   surgery.

10  Q   Have you ever witnessed an autopsy before?

11  A   Yes.

12  Q   Have you ever assisted in an autopsy?

13  A   Yes.

14  Q   Tell the jury what you have done with respect to

15  autopsies.

16  A   Well, I hate to say it, once in awhile one of my

17  patients dies and I want to know what's involved, so I get

18  an autopsy and tell the pathologist:  Look here, this is

19  what I did.  This is what I didn't do.  This is where we

20  need to concentrate, and try to give him some direction.  It

21  helps them.  It helps them.

22  Q   Did you look at the CAT scans that were done on

23  Robbie Quirello in this case?

24  A   Yes, I did.

25  Q   What did you see?

1428

1    A    I saw fresh and old blood in the subdural space.

2    Q    Did you see any blood in the subarachnoid space?

3    A    Possibly.

4    Q    Is there any connection between bleeding in the

5    subdural space and blood appearing in the subarachnoid

6    space?

7    A    True.  Yeah, it's very well known that people

8    harboring chronic subdural hematoma may also have a small

9    amount of blood in the subarachnoid space.

10   Q    Can you explain to the jury why that is?

11   A    Well, it is most likely -- and this is a -- this

12   is an informed opinion -- that once in awhile red cells will

13   get through the arachnoid membrane.  There can also be small

14   tears in the arachnoid membrane that allows a few red cells

15   to escape in there, into the subarachnoid space, the actual

16   space.

17        But there's a characteristic difference between

18   blood in the subarachnoid space and blood in the subdural

19   space.  And that is, blood in the subarachnoid space doesn't

20   clot.  The reason it doesn't clot is that the protein

21   elements that are responsible for clotting are very

22   diffused.  It's real simple to figure it out.  Just take a

23   glass of water.  If you have the courage, prick your finger,

24   let a few drops of blood fall in the water.  What happens to

25   it?  It diffuses.  And if you put enough drops in the water

1429

1    then you see the water is taking on a pinkish tinge.  What

2    happens is that blood is diffusing all through the

3    subarachnoid space.  So, you don't see clotted blood in the

4    subarachnoid space and you don't see local accumulations of

5    blood in the surbarachnoid space, only in the subdural

6    space.

7        Q    Did you have an opportunity to review the

8    pathological report of Dr. Bell, the doctor who did the

9    pathological examination of the eyes in this case?

10       A    I did.

11       Q    And did you see any mention in his report of

12    something known as Purtscher's retinopathy?

13       A    In his report?

14       Q    Yes.

15       A    No.

16       Q    Would you expect it to have been seen on

17    microscopic examination of the eyes?

18           MR. PENNYPACKER:  Objection, your Honor.  It's

19         beyond the scope of this witness's expertise.

20           THE COURT:  Objection sustained.

21           MR. TEDDER:  May we approach, please?

22           (Sidebar conference:)

23           MR. TEDDER:  Your Honor, I would submit that it's

24         not beyond the area of his expertise.  The state can

25         certainly cross-examine him on this.  The state didn't

1    call Dr. Bell, but put us on notice that they intended

2    to have their experts, Dr. Levine, and I believe that

3    other expert, Dr. Nelson, refer to his report during

4    their testimony, which Dr. Levine did yesterday when he

5    referred to Dr. Bell's report and said there was some

6    sort of mention in there of viscous separation,

7    separation of the viscous matter from other portions of

8    the eye.

9         Yesterday, Dr. Levine, as you're well aware, came

10   up with two new findings that he failed to include

11   anywhere in any previous report and said that it was

12   part of the medical record because it was in the

13   photographs.  So I submit that I should be able to

14   present evidence that the microscopic examination of

15   this, these eyes, did not reveal the Purtscher's

16   retinopathy, or whatever that thing is called, and the

17   cut that he indicated he saw, without looking at the,

18   by looking at the photographs.

19        THE COURT:  You should be able to have this

20   witness testify if you have laid the predicate, if you

21   can get to it.  You have not indicated this witness has

22   the expertise to testify to that before.

23        (Sidebar conference concluded.)

24   BY MR. TEDDER:

25        Q    Dr. Uscinski, you indicated you've been present at

1    some autopsies?

2         A    Yes.

3         Q    Roughly how many?

4         A    I don't know, dozens.

5         Q    Have you read autopsy protocols before?

6         A    Autopsy?

7         Q    Protocols or reports?

8         A    Reports, yes.

9         Q    And you read the report Dr. Bell prepared in this

10   case --

11        A    Yes.

12        Q    -- who was the doctor who microscopically examined

13   the eyes?

14        A    Yes.

15        Q    Was there any part of that report that you did not

16   understand?

17        A    I don't believe so.  If you've got it, if you have

18   it, I would like to look at it.

19        Q    Yes, sir.

20             MR. TEDDER:  Sorry.  I forgot to ask if I could

21        approach the witness, your Honor.

22             THE COURT:  That's okay.

23             (Pause while witness examines document.)

24             THE WITNESS:  No, I think I understand.

25   BY MR. TEDDER:

1     Q   The finding that the doctor testified to yesterday

2   was called Pertsher's retinopathy.  It's spelled

3   P-E-R-T-S-H-E-R retinopathy, R-E-T-I-N-O-P-A-T-H-Y (sic).

4   Do you know what that means?

5     A   Roughly, yes.

6     Q   What does it mean?

7       MR. PENNYPACKER:  Roughly, your Honor, does not

8       make him an expert in ophthalmology.  Same objection.

9       I don't believe he is qualified to testify in this

10      area.

11       THE COURT:  The objection is sustained.

12  BY MR. TEDDER:

13     Q   Did you see any mention in Dr. Bell's report of

14   Purtscher's retinopathy?

15       MS. SINGER:  Same objection, your Honor.

16       THE COURT:  The objection is sustained.

17     A   No.

18  BY MR. TEDDER:

19     Q   Is there any part of the Dr. Bell's report you

20   didn't understand?

21       MR. PENNYPACKER:  Asked and answered, your Honor.

22       THE COURT:  Sustained.

23  BY MR. TEDDER:

24     Q   Did you see any mention in the report of any cut

25   in the eye?

1     A     Only the ones that were made by the person doing

2   the examination.

3     Q     Okay.  Would you expect someone who does a report

4   to include everything that they observed?

5     A     Yes, that's why we do reports.

6     Q     Tell the jury how reports should be done in your

7   opinion.

8     A     Well, you're recording information for different

9   reasons.  When I do an operative report I try to describe as

10  accurately what I did, how I did it, and why I did it,

11  because somebody may come, that patient may come to surgery

12  in the future and whoever is operating on that individual

13  the next time around needs to know what I did, how I did it,

14  and why I did it, and as accurately as possible.  You change

15  that person's anatomy.  So one reason for writing a report

16  is to help the other doctors who are taking care of the

17  patient later on.

18          Another reason we do reports nowadays,

19  unfortunately, is to justify what we're doing so we can be

20  reimbursed by HMOs, so we've got to do reports that way.

21          The third way we do reports is because we

22  recognize that somebody's life may hang on our words, and so

23  you want to be as accurate as possible.  You don't want to

24  omit stuff.  You want to include everything that's there.

25  Simple common sense.

1    Q    Now, you indicated earlier that you've actually

2    directed pathologists as to certain things you wanted him to

3    look for on autopsy?

4    A    Yes, sir.

5    Q    How easy would it be to destroy a subdural

6    hematoma, or membrane that surrounds a subdural hematoma?

7    A    Very easy.  If you're not looking for it, or at

8    it, and you throw the dura out, you're gonna throw the

9    membrane out, too.

10    Q    You were aware the dura was thrown out in this

11    case?

12    A    Yes.

13    Q    What would be your opinion as to the fact the dura

14    was thrown out in this case?

15    A    It shouldn't have been thrown out.

16    Q    What portions of Robbie's body would you have

17    expected the medical examiner to look at during this

18    autopsy, knowing they thought they had a theory of shaken

19    baby in this case?  What would you expect him to look at?

20         MR. PENNYPACKER:  Your Honor, I'm gonna object to

21         this area since he is not a pathologist.  He's not a

22         forensic anatomic or neuropathologist.  It's not in his

23         area.  Observing autopsies doesn't make him an expert

24         in that area.

25         MR. TEDDER:  But he knows the theory behind it,

1     your Honor.

2               MR. PENNYPACKER:  I know the theory behind it.

3               THE COURT:  The objection is sustained.  Thank you

4     both.

5               MR. TEDDER:  You're welcome, your Honor.

6   BY MR. TEDDER:

7     Q     Doctor, going back to the studies or -- Scratch

8   that.

9               Going back to the articles that were written by

10  Drs. Gutgeltsch and Caffee, did they refer to anybody else's

11  scientific studies in those articles?

12    A     There is actually only one scientific study they

13  referred to.

14    Q     What is that?

15    A     That was a study done by a neurosurgeon in 1968

16  named Omaya.

17    Q     Named Dr. Ommaya?

18    A     Yes.

19    Q     Do you personally know Dr. Ommaya?

20    A     Yes, I do.

21    Q     Tell the jury what you know about the study Dr.

22  Omaya did in 1968?

23    A     Sure.  I would be glad to.

24               At the time, this is back in the late '60s,

25  Dr. Omaya -- who is one of my teachers, and, by the way, is

1    covering for me while I'm here -- was interested in the

2    pathology and the physiology of head injury, how heads got

3    injured, how brains got injured, what the mechanisms were,

4    and what happens to the brain; not just anatomically, but

5    how what happened to the brain affected the rest of the

6    body.

7         One of things he was interested in was that on

8    rare occasions people would suffer injury to the brain in

9    motor vehicle accidents where the head had not contacted

10   anything.  In other words, just a pure whiplash, back and

11   forth.  Now, how did he know that people had brain injuries?

12   One, they would complain of double vision.  That's brain

13   function, not a spinal cord function.  Two, they might lose

14   consciousness, that's a concussion, that's brain function.

15   Three, occasionally, on rare occasions, somebody would wind

16   up with a subdural hematoma, usually a chronic one, but a

17   subdural hematoma.

18        So he devised an experiment, and he devised this

19   experiment through the Department of Transportation and

20   that's actually an important point because most of this

21   literature is not in the medical literature, this particular

22   article was however.  What he did was he constructed a

23   chair, and put it on wheels, and he put it on tracks, and he

24   put a piston behind it.  And they strapped monkeys in the

25   chair, Rhesus monkeys and -- adult Rhesus monkeys -- and

1  they hit the chair with a piston.  And that would give the

2  chair an impulse forward, and the animal's head would be

3  whipped back and forth.  And they photographed that action

4  through a high speed camera.

5          Now, they knew the accelerations they were

6  applying to the chair.  They knew the mass of the monkey's

7  head.  After they finished doing the experiment, they

8  examined the monkey for evidence of head injury.  They

9  looked at the pupilar reflexes, the reflexes in the body

10  extremities, and then they sacrificed the animals and looked

11  at the brains.

12          So he had a clinical examination with a known

13  injury, and a pathology examination, a post mortem

14  examination, and he was able to make intracranial injuries

15  in 19 animals.  And he was able to calculate how much of an

16  impulse it would take to cause an animal's head to whip back

17  and forth to give it an injury.  And the number was 40,000

18  radians per second squared.

19          I have an illustration of this which I can show

20  you now if you want or I can show it later.  Maybe I'll just

21  continue with this now and then show the pictures later.

22      Q    How would they know the amount of acceleration

23  they applied to the monkey?

24      A    Two ways:  One, they photographed it and they

25  could calculate the arc through which the monkey's head

1   moved.  Two, they put an instrument on the monkey in other

2   experiments called an accelerometer, which could measure the

3   accelerations.

4       Q    How would they know the weight of the monkey's

5   head?

6       A    Weight or mass?  They massed him.

7       Q    Okay.  The mass?

8       A    They knew the mass of the monkey's head.

9       Q    After the monkey was sacrificed?

10      A    Yes.

11      Q    And then?

12      A    And then they use a simple formula, force equals

13  mass, times acceleration, which is a physics formula.  And

14  since they knew the mass, and they knew the accelerations,

15  they could calculate the force.

16          Now, he did this with a series of animals, and he

17  did it with different animals, different types of monkeys,

18  monkeys of different sizes.  And they developed what's

19  called the "injury threshold," beyond which you would start

20  injuring animals.  And they actually used a lot of animals

21  to do this, but they found out some interesting things.

22          One --

23      Q    Doctor, if we tell that, tell the jury what you

24  mean by injury threshold.  I'm sorry.

25      A    Yes.  Okay.  If you apply an acceleration to an

1    animal with a certain mass of head and you multiply the

2    acceleration and the mass, you get a number, F.  If that

3    number goes up over a certain amount, you're gonna start

4    injuring animals.  If you keep it below that amount, you're

5    not.  That's an injury threshold.

6         Now, if you use a large group of animals, you can

7    use different types of -- you can use different percentages.

8    You're gonna injure five percent of the animals, you'll

9    injure 50 percent, you're gonna injure 90 percent.

10        He was able to produce concussions in 90 percent

11   of the animals with a certain amount of force and certain

12   amount of acceleration.  And the acceleration for the mass

13   of a monkey was 40,000 radians per second squared.  That

14   leads to the next point.  What is a radian, and what does

15   per second squared mean?

16        Okay.  A radian is part of a circle.  If you take

17   the radius of a circle, the radius is the distance from the

18   center of a circle to it's circumference, its periphery.

19        You take that distance and you lay it out along

20   the circumference of the circle and you get a certain arc,

21   and that arc is always the same amount.  I think it's

22   57.3 degrees or something like that.

23        So when an animal passes through one radian, you

24   know exactly how far it's gone, the animal's head passes

25   through one radian.

1    Now, if you've got an animal that's getting a

2  whiplash injury, it's head is going to be going through an

3  arc, measuring from the top of the head to the neck, back

4  and forth, like this.  Theoretically you can spin around in

5  a perfect circle that way, except you can't, your neck would

6  break, another important point.  So, they were able to have

7  an animal go through a certain arc.

8    Now, that tells you one thing, but you need to

9  know something else, and that's acceleration, what

10  acceleration means.  In order to understand acceleration,

11  you're gonna do something a little different.  Imagine

12  you're driving in a car, and you're driving along in a

13  straight line at 60 miles an hour.  And you're starting back

14  in infinity and you're winding up in infinity.  You're

15  traveling along at a constant speed.  That's -- the distance

16  that you're traveling per unit in time is called velocity.

17  Now, this is basic physics.  And it's a little bit of a

18  digression, but it's an important digression and you need to

19  know this.

20    You are not accelerating.  You're going in a

21  straight line.  You punch down on the accelerator, something

22  happens.  Whereas previously you would have been going at 60

23  miles an hour, or one mile a minute.  In the space of ten

24  seconds, you accelerate from 60 to 70.  You are accelerating

25  at a rate of one mile per second, per second.  At the end of

1    the first second, you're going 61 miles an hour.  At the end

2    of the second second, you're going 62 miles an hour.  At the

3    end of the third second, you're going 63 miles an hour.  So

4    not only are you going faster, but you're going faster over

5    a certain specified rate.  That's acceleration.  It's

6    measured in distance traveled per second, per second, or

7    distance traveled per second squared.

8            Now, I want to keep this comprehensible.  I don't

9    want to get too elaborate, but that's acceleration.  That's

10   why we measure acceleration in terms of distance per second

11   squared, and that's why we measured acceleration in a circle

12   in terms of radians per second squared.

13           Now, Ommaya reasoned that if it took 30,000

14   radians per second squared to reach the injury threshold for

15   a monkey, he also knew something else.  The injury threshold

16   is what's called a biological constant.  And I've got a

17   graph that will explain that to you.  In other words, it

18   crosses species lines.  So if F equals MA, and F is a

19   biological constant, as acceleration goes up, mass has to go

20   down.

21           Let me explain that in a simple way.  Let's say

22   you have a number 20 and that's a constant number.  How many

23   different ways do you have to multiply two numbers to get

24   20, and what does that tell you?  You can multiply 20 by

25   one.  You can multiply 10 by 2.  You can multiply 5 by 4.

1  You can multiply 4 by 5.  You can multiply 40 by one-half.

2  Okay?  So you always get the same answer, 20.  But what that

3  tells you is that one number, as one number goes up, the

4  other number has to go down.

5          So talking in terms of neurological tissue,

6  biological tissue, if F is a constant number -- and he

7  showed that it was -- as acceleration goes down, the mass

8  has to go up; as acceleration goes up, the mass has to go

9  down.  So Ommaya figured it was going to take, since it took

10  40,000 radians per second squared to injure the brain of a

11  little monkey, it was gonna take less to injure the brain of

12  an adult human being.  And he came up with a number,

13  experimentally derived by extension of about 4,000 radians

14  per second squared.  That's to injure the brain of an adult.

15  Now, using what we know now, should it take more

16  acceleration or less acceleration to injure the brain of a

17  baby?  The answer is it should take more, because a baby's

18  got less mass to its brain than an adult.

19          In 1987 -- now, let me backup a little bit.  He

20  published his information and the information was reviewed

21  and it was reviewed by several people, including

22  Dr. Gutgeltsch and Dr. Caffee.  Dr. Gutgeltsch and

23  Dr. Caffee looked at it and they didn't pay attention to the

24  math.  What they saw was that you could injure a brain by

25  something being shaken, by an individual being shaken back

1   and forth, and that's all they saw.  And they saw that as

2   the explanation for their unexplained injuries; i.e.,

3   subdural hematomas, particularly chronic ones.  You look

4   back at that, you say how could they have done it?  Believe

5   me, it happened.  And that's part of the birth of the shaken

6   baby syndrome.  That's the article that I wrote for the

7   British Journal of Neurosurgery.

8        Anyway carrying forward to 1987, the -- a

9   biomedical engineer named Lawrence Tibault questioned this

10  and he says this doesn't make sense.  So he did an

11  experiment.

12       Q    What is a biomedical engineer, Doctor?

13       A    What's a biomedical engineer?  That's a very

14  reasonable question.  They're people, they may be doctors,

15  they're usually not M.Ds.; they're usually Ph.Ds, but

16  they're interested in what it takes to break tissue, how you

17  disrupt tissue, what kind of energy it takes to break bones,

18  to disrupt skin, and to injure a brain.  And they study this

19  stuff, study in laboratories.  It's the basis for safety

20  belts and head restraints and lots of other things.  And a

21  lot of this information is not in medical journals, it's in

22  the automotive industry journals, because those are the

23  people who have the big interest in safety.  So anyway --

24  and Tibault worked with the automotive industry.

25       He was very interested in this phenomenom of

1444

1  shaking, and he devised an experiment.  What they did, what

2  he did was he got dolls that are the size of infants with

3  heads massed to the size of an infant's head.  And they put

4  it on a hinged neck, with no neck control, a real weak neck.

5  And then they put a little instrument on top of this called

6  an accelerometer.  They had volunteers shake these infants

7  back and forth, and then bang their heads against something,

8  and they measured the accelerations.  And they found that in

9  contradistinction to Ommaya's records that are 4,000 radians

10  per second squared for an adult, and therefore more for a

11  child, these people were able to achieve a mean of 1,137

12  radians per second squared, which is nowhere near the injury

13  threshold.  I've got graphs to show this, too.

14          The conclusion was the injuries that are

15  attributed to the shaken baby syndrome, that is, the

16  subdural hematomas, you don't seem to be able to get by

17  shaking.  You have to have an impact.

18          THE COURT:  We're gonna take a recess at this

19      point, unless you want to finish that paragraph,

20      Doctor?

21          THE WITNESS:  No.  We'll start with impact when we

22      get back.  That's great.

23          THE COURT:  All right.  We'll take a 15-minute

24      recess.

25          (Recess taken.)

1     (Before the jury.)

2          THE COURT: Go ahead, Mr. Tedder.

3          MR. TEDDER: Your Honor, may it please the Court?

4     BY MR. TEDDER:

5     Q    Mr. Uscinski, when we went to the recess, I

6     believe you were telling the jury about Dr. Tibault's

7     finding that impact was needed. Finish up the study.

8     Impact was needed for what?

9     A    To reach the acceleration levels necessary to

10    cause injury.

11    Q    And?

12    A    Do you want me to explain that?

13    Q    Yes.

14    A    Okay. Imagine yourself driving in a car that's

15    50 miles an hour, and you put your brakes on and you stop,

16    and you stop in three seconds. The reduced, the

17    deceleration from 50 miles an hour down to zero is three

18    seconds.

19         Now, imagine yourself driving in a car 50 miles an

20    hour and driving into a brick wall. Your deceleration time

21    is probably in the order of 100th of a second, maybe a

22    little more. Okay? That kind of deceleration is fatal.

23    You stop that quick, you're gonna disrupt your body, you're

24    gonna disrupt your brain, you're gonna die in the real

25    world.

1    In the theoretical world you can conceptualize

2    that, and there have actually been some experiments done

3    with animals in which the animal's head was put in a helmet

4    and the helmet was decelerated that quickly, and a brain

5    injury was made.  In the real world you cannot have that

6    rapid a deceleration without an impact.  So that's the

7    reason that they're saying you have to have an impact.  The

8    reason is, again, you have to have an impact to have that

9    rapid a deceleration.

10         There are really two components to this kind of an

11   injury.  One of them is the focal injury that's generated at

12   the time of impact.  The other one is the diffuse injury

13   that's generated by the abrupt deceleration.  When we're

14   talking about shaking, you're talking about no external

15   injury, i.e., no impact.  But you can't get the kind of

16   decelerations to get the injuries that are being described

17   in shaking without an impact, because you can't get those

18   kinds of decelerations.

19         Q    Now, are you aware of the facts as Brian Herlihy

20   described them as far as what happened to Robbie Quirello to

21   his knowledge?

22         A    I believe so, yes.

23         Q    What is your opinion as to --

24         A    From the medical records.

25         Q    I'm sorry?

1    A    From the medical records, yes.

2    Q    Okay.  And you're aware that he told law

3  enforcement he found the baby pinned between the bed and the

4  footboard?

5    A    Right.

6    Q    What is your opinion regarding whether something

7  like that could have caused the subsequent event that led to

8  Robbie's death?

9    A    Well, I don't know about, I don't think that the

10  baby being pinned between a headboard -- I think it was a

11  headboard and a mattress has any bearing, but I think the

12  vomitus around the mouth has a lot of bearing.

13    Q    Why is that?

14    A    I think his airway was obstructed and he became

15  anoxic.

16    Q    And if you become anoxic, what can that do to your

17  brain?

18    A    It kills it.

19    Q    What does anoxic ischemic encephalopathy mean?

20    A    What does it mean?

21    Q    Yes.

22    A    It means exactly what I just said.  Anoxic

23  ischemic encephalopathy means no oxygen, oxygen deprivation

24  all over the brain.

25    Q    What does cerebral edema mean?

1    A    Cerebral edema?

2    Q    Yes.

3    A    Means swelling of the brain.

4    Q    What does vascular congestion mean?

5    A    It means that the blood vessels in the brain are

6    engorged.

7    Q    Okay.  Now, you are aware that there was also,

8    there's been testimony and evidence of retinal hemorrhaging?

9    A    I'm sorry?

10    Q    There's also been evidence and testimony that

11    Robbie had retinal hemorrhaging?

12    A    Yes.

13    Q    How would you explain to the jury that that could

14    happen to Robbie?

15    A    Retinal hemorrhages is literally bleeding in the

16    retina, which is the lining in the back of the eye.  And

17    among neurosurgeons this has long been known to reflect an

18    abrupt increase in retinal venous pressure, pressure of

19    blood, the pressure of blood in the veins in the retina, as

20    a reflection of an abrupt increase in intracranial pressure.

21    And retinal venous pressure mirrors intracranial pressure,

22    because the retinal vein drains into the cavernous sinus,

23    which is one of the major venous draining sinuses for the

24    head, for the brain, and also passes through the

25    subarachnoid space.  So any change in the pressure in the

1    subarachnoid space, that is, any change in the intracranial

2    pressure, will be reflected in a change in the retinal

3    venous pressure.

4          There is actually a test that's been devised

5    recently to use a term called venous

6    ophthalmodynamometry, V-E-N-O-U-S

7    O-P-H-T-H-A-L-M-O-D-Y-N-A-M-O-M-E-T-R-Y, as a way of

8    measuring intracranial pressure.  And I would say that prior

9    to the advent of CT scanning, which was done in the 1970s,

10   and I was around way back then, and even prior to the advent

11   of the shaken baby syndrome, the presence of retinal

12   hemorrhages was used as a diagnostic aid to detect the

13   presence of chronic subdural hematomas in children.  And if

14   you look at the old literature, you'll see that.

15        Q    Do you believe that a person can shake a baby the

16   way the state contends and cause the types of injuries that

17   Robbie had?

18        A    The types of injuries that Robbie had?

19        Q    Yes, sir.

20        A    I don't believe that.

21        Q    Why not?

22        A    Because if one were to shake a baby hard enough to

23   cause intracranial injuries, theoretically -- well,

24   theoretically, you can't do it, you have to have an impact,

25   one would expect to see injuries -- and if injuries existed

1    in the brain at all, one would expect to see injuries in

2    other parts of the brain, that is the brain stem and the

3    upper cervical spinal cord, where most of the movement is

4    gonna take place.

5        Q    Doctor, you're aware in the medical records there

6    was evidence of Robbie's fontanel bulging and pulsating?

7        A    Yes.

8        Q    What is that evidence of?

9        A    That's evidence of increased intracranial

10   pressure.

11       Q    Now, the new bleeding that occurs in chronic

12   subdural hematomas, where does that blood come from?

13       A    The bleeding that occurs from chronic subdurals

14   re-bleeding is generally coming from the membrane itself,

15   because the membrane contains capillaries.  The capillaries

16   are very thin-walled vessels and right next to these

17   capillaries are the cells that elaborate fibrinolytic

18   enzymes.  There is literature to support the fact that

19   proves it.

20       Q    And what could cause those capillaries and

21   membranes to begin to bleed again?

22       A    No trauma, they can bleed spontaneously.

23       Q    Okay.  Has Dr. Ommaya recently published and

24   printed any articles regarding his studies from 1968 in the

25   British Journal of Neurosurgery?

1    A    Well, he has published an article that is in the

2    British Journal of Neurosurgery.  Actually it's the same

3    journal that I published my letter in, and he has reviewed

4    all of his information once again, yes.

5    Q    What was his conclusion in that latest article?

6    A    The conclusions he has are the same as what he had

7    before, that the injuries attributed to shaking, i.e.,

8    subdural hematomas and retinal hemorrhages, do not seem to

9    be caused by shaking.  With regards to the subdural

10   hematomas impact is required, and with regards to the

11   retinal hemorrhages that they are more reflective of an

12   abrupt increase in retinal venous pressure as a reflected,

13   as a reflection of the increase in intracranial pressure.

14   Q    Some of the state's experts have indicated that

15   the baby has an extremely flexible neck and the child's neck

16   is less likely to be injured than an adult's neck.  What is

17   your opinion regarding that?

18   A    If that's true, why would you pick up a newborn

19   baby and support its neck and head?  If there's no, not

20   going to be any injury to the neck, why not let it flop, as

21   everybody does?  You know, babies do have weak necks.  And

22   because babies have weak necks, you would expect they would

23   be even more susceptible to getting an injury to their

24   nervous system by the excessive hypermobility of the neck.

25   Q    Is there any evidence that you've seen -- Go

1    ahead, Doctor.

2         A    By the nervous system, I mean the brain stem and

3    the cervical spinal cord, not the brain.

4         Q    Did you see any evidence in this case of injury to

5    the cervical spinal cord?

6         A    The cervical spinal cord wasn't even examined, but

7    there was no evidence of injury to the brain stem.

8         Q    Doctor, do you want to show the jury the different

9    charts that you have?

10        A    Sure.

11             THE COURT:  Madam Bailiff, will you turn off these

12        overhead lights over the jury?  I think that will make

13        it easier for them to see.  And, of course, any of the

14        jurors that need to shift their position so that you

15        are able to see this screen again, feel free to do so.

16             THE WITNESS:  All right.  Before I start this,

17        these are a few photographs and slides that are taken

18        from a larger presentation which I am not gonna give

19        you today.  I don't think it's totally necessary.  I

20        will if you want, but we don't have to.  Okay?

21             MS. SINGER:  Your Honor, we're going to object to

22        this particular slide at this time.  We were not shown

23        this, and it appears to have writing on it.

24             THE WITNESS:  I've already said it all.

25             MS. SINGER:  Pardon?

1    THE WITNESS:  I've already said everything that's

2    in here.

3    MS. SINGER:  All right.  Well, I'm not arguing

4    with you.  I'm making an objection, sir.

5    THE COURT:  The objection is noted for the record

6    and overruled.  Go ahead.

7    THE WITNESS:  Okay.  This is what I alluded to

8    earlier.  The formula is force equals mass times

9    acceleration.  It's Newton's Second Law.  And this is

10   what I tried to explain:  That if F is a constant

11   number, and F is equal to force, then there has to be a

12   relationship between the other two numbers, mass and

13   acceleration.  As one goes up, the other one goes down;

14   but, conversely, as one goes down, the other one has to

15   go up.  This is a law of physics.  It was made long

16   before any laws in the United States were enacted or

17   the world for that matter.

18   Okay.  We talked about a radian.  This just

19   explains once again what a radian is.  It is an

20   arbitrary unit of measurement, an arc of a circle

21   measured by extending the radius of any given circle

22   along its circumference.  You know this.  There it is.

23   This is taken from my high school physics textbook.

24   This is circumference, that's a radian.

25   Now, you remember this formula, and you know what

1  a radian is. And then we're gonna look at the

2  observations that Ommaya made in 1968. He created

3  injuries in the brain without impact, just with

4  shaking, at 40,000, at an acceleration of 40,000

5  radians per second squared. Knowing what we know about

6  force equals mass times acceleration, he calculated

7  that with the larger mass of man, which is why he says

8  it's easier to injure the much larger brain in man, it

9  requires less acceleration. He started out with six to

10  7,000. He subsequently revised it down to 4,000.

11  This is an example of what's called the tolerance

12  curve. And if you're on this side of the curve you're

13  not concussed, and if you cross over to this side of

14  the curve, you're concussed. And this is measured in

15  radians per second squared.

16  BY MR. TEDDER:

17  Q    What do you mean by concussed, Doctor?

18  A    You're knocked out, you're unconscious. After a

19  concussion, there are other curves for degeneration of the

20  subdural hematoma and other curves for direct injury to the

21  brain. That's all been experimentally derived and you'll

22  see that in just a few seconds.

23  This is the experiment he did, he and others did,

24  where they correlated the mass of the brains in grams to

25  rotational accelerations to the brain, and they've got a

1    straight line there.  And they found out a ratio, which I'll

2    be happy to explain to you, but the point is they found out

3    a ratio with a constant through which, beyond which you

4    would get concussions, or later on subdurals, or later on

5    direct parenchymal injury to the brain.

6            I want to call your attention to something here.

7    Some of these are theoretically predicted and some are

8    experimentally derived.  The squirrel monkey as been

9    verified experimentally also, so it fits along this line and

10   you can see where the chimpanzee is quite close here, and

11   here's where a man would be.  Nobody has shaken a man,

12   nobody's banged a man over the head, at least outside of

13   Auschwitz, we don't do those things in this country or this

14   world for that matter, but I would point out to you the mass

15   of an infant's brain is about 450 milligrams at birth.

16           Okay.  This is the paper that was done in 1987 by

17   Tibault and Duhaim and they reached angular accelerations of

18   1,138 radians per second squared, not the 4,000 that Ommaya

19   predicted.  Whereas with impact they got 52,000 radians per

20   second squared.  And the important thing is in this graph

21   here.

22           This graph here predicts -- this graph here

23   illustrates again angular accelerations in radians per

24   second squared with angular velocity radians per second.

25           Now, angular velocity is how fast the head is

1    rotating at a certain instant in time, an angular

2    acceleration is how fast the head is either accelerating or

3    decelerating at an instant in time. And they're peak

4    values. When it's going its fastest and when it's either

5    accelerating or decelerating at its fastest. And look at

6    what they've got. Again, this is experimental data. This

7    is not anecdotal evidence and I'll explain what anecdotal

8    evidence is before or -- Well, anecdotal evidence.

9        The triangles represent impacts. The circles

10   represent shakes. These are the triangles. These are the

11   circles. This is injury threshold for concussion, beyond

12   which you should get a concussion. This is the injury

13   threshold for subdurals. This is the injury threshold for

14   diffused external injury.

15       At this time, since 1987, this is the only

16   experimental data that's out there. This shows that you

17   can't reach the acceleration thresholds necessary to cause

18   these injuries by shaking. You have to have an impact.

19       Okay. And again, what I said about the impact is,

20   in order to -- when you have an impact, you have the

21   necessary accelerations, or, if you put a minus sign in

22   front of it, decelerations, to give you those injuries in

23   the real world.

24       Okay. Enough said.

25           THE COURT: Another question, Mr. Tedder?

1    MR. TEDDER:  Yes, ma'am.

2  BY MR. TEDDER:

3    Q   Dr. Uscinski, if I could, if you could go to the

4  tape that you have regarding the surgery?

5    A   Sure.

6    THE WITNESS:  Okay.  We're having a little

7    technical problem here.  My computer is sleeping.

8    Oh, no, it's not.  Here we go.  We're okay.  Yes,

9    we're okay.

10    (Pause in the proceedings.)

11    THE WITNESS:  We're going to be returning to that

12    presentation in just a few seconds to show you one

13    thing, after I show you this videotape.

14    Where's my buddy?  It's doing the same thing it

15    did before.

16    (Pause in the proceedings.)

17    THE WITNESS:  Okay.

18    THE COURT:  Thank you, Mr. West.

19    THE WITNESS:  Here we go.  All right.

20  BY MR. TEDDER:

21    Q   Explain to the jury what you're showing.

22    A   Yeah.  This is an operation on an adult male with

23  a chronic subdural hematoma.  He's had it for months.  He

24  didn't know how he got it.  We're in the middle of the

25  operation.  This is an operation -- I'm sorry, this tape has

1  been made for teaching purposes.  It demonstrates, it's a

2  much longer tape than this, but the point is it demonstrates

3  surgical technique, how to put people to sleep, more

4  importantly, how to wake them up again, and how to do the

5  surgery.

6          I'm just gonna give you some of the anatomy.

7  Patient's nose is up here where the red pointer is.  His

8  right ear is down here, the back of his head is down here,

9  and this is his right side.  The skin has been opened up

10  from the bone, or reflected or folded away from the surgical

11  site, and this is the skull.  You can notice its thickness

12  and underneath it is the dura.  This is in realtime.  This

13  is not a computer graphic.  This is an actual film of an

14  actual operation.  You can actually hear my voice in the

15  background.  I'm the one doing the surgery.

16          All right.  This is the dura.  This is what we

17  mentioned earlier.  What I'm doing is I'm making little

18  incisions in the dura here.

19          THE COURT:  You can go ahead and --

20          THE WITNESS:  We're on again.

21          THE COURT:  Okay.

22          THE WITNESS:  Okay.  We're inside the dura.  I

23      will point out one thing to you here that's not

24      critical, but helpful.  This dura is very vascular.  If

25      you think for a minute, you'll understand why it's

1   vascular.  It has been in the process of constructing

2   the subdural membrane for the past few weeks, so it has

3   a very luxurious blood supply.  It needed it, it still

4   needs it, it's in the process of resorbing, reabsorbing

5   the subdural hematoma.

6        While we're doing this, I will tell you about an

7   experiment that was done back in the 1970s, which has

8   been published in the Journal of Neurosurgery by a

9   group of Japanese neurosurgeons.  They did a very

10  interesting thing.  Neurosurgeons have known when you

11  operate on a patient with chronic subdural hematoma you

12  find fresh blood in it, as well as old blood.

13       Incidentally, we're peeling the dura away here

14  from the membrane.

15       What was done in this experiment is they admitted

16  a group of individuals with chronic, long-standing,

17  with membranes, subdural hematomas.  The day before

18  they operated on them, they took samples of their

19  peripheral blood.  They took the blood samples, and

20  they labeled the blood cells with radioactive chromium,

21  which is an isotope tracer.  It's perfectly harmless,

22  but when you reinject it back into the patient, you can

23  scan them and see where that blood has gone.  The

24  following day they took them to surgery and did this

25  kind of surgery.  They opened up the subdural, as you

1    see being done here, and they saved the blood from the

2    subdural.  In these patients they found 10 percent, by

3    volume, of the blood in the subdural hematoma contained

4    radioactive blood cells.  How did it get there?

5        The next step of the experiment was they analyzed

6    the subdural membrane.  There is a good depiction of a

7    subdural membrane.  You can see his intracranial

8    pressure is a little elevated.  How do we know it's

9    elevated?  Because the membrane is bulging out at you.

10       The dura has been opened up.  As I opened up the

11   dura you can see that there were little tags going from

12   the dura to the surface of the membrane.  Those are the

13   blood vessels that are going from the dura into the

14   membrane.  That's where all the traffic is taking

15   place.  That's where the cells are being moved in,

16   that's where the waste material is coming out.

17       And, if you look very carefully, I don't know if

18   you can see this or not, you're going to see little

19   black spots starting to appear on the surface of this

20   membrane.  Those are those blood cells.  They're

21   bleeding.  They're going to be bleeding on the inside

22   as well as on the outside.  That's what happens with

23   chronic subdurals.

24       The next step of the experiment that I've already

25   told you about, is these, the researchers analyzed

1    these membranes.  That's when they found the three

2    different types of cells; and, in particular, the types

3    of cells that elaborate enzymes called fibrinolytic

4    enzymes, which dissolve blood inside the subdural.

5    Since those cells are right next to the endothelial

6    cells where all this blood circulation is taking place,

7    they're going to be bleeding into the subdurals.

8    10 percent by volume per day.  Re-bleeding in the

9    subdurals is a dynamic process.  If it outpaces

10   reabsorption, you get worse.  If reabsorption outpaces

11   re-bleeding, you get better.  If anything happens where

12   you have a lot of re-bleeding all at once, you get very

13   sick.

14        Okay.  We will continue here.  Now this is

15   basically housekeeping, and all we're doing here is

16   just creating exposure.  Now, we're going to open the

17   membrane.  Now, if it's possible to turn the lights out

18   it will might be a good idea.

19        THE COURT:  Turn them down a little bit more.

20        THE WITNESS:  And I'll tell you why.  Things

21   happen very quickly when we open up this thing and

22   you're going to see a gush of fluid coming out.  If you

23   look in one spot the fluid is going to look a little

24   yellowish; if you look below it, it's going to look

25   reddish.  That's old blood and fresh blood all in the

1    same subdural.  Then if you look into the depth of the

2    subdural, you're going to see clotted blood.  So you

3    see old blood, fresh blood, clotted blood inside the

4    same subdural hematoma.

5        Now, the little dark spots I told you about.

6    That's fresh bleeding occurring on the outer part of

7    the membrane and you see it's pulsating.  Why is it

8    pulsating?  Because he's alive and he's circulating.

9    We'll aspirate some of those dark spots off here.  You

10   can see the blood pooling right down here.  Some of

11   it's oozing from here.

12       Okay.  Again, this is not theory, you're seeing

13   it.

14       All right.  Now, we're gonna open up the dura.

15   Again, here's the dura, not opening up the dura,

16   opening the membrane.  There is the membrane, and as

17   you can see, it's pretty thin.  You're going to see in

18   a few seconds it's even thinner than you think.  Here

19   comes the gush.  There's dark fluid coming out and

20   there's lighter fluid coming out here.  Look at how

21   thin that membrane is compared to the dura.  Yellow

22   fluid, dark fluid.

23       I could say a better picture now.  All right.

24   We're almost done here.

25       What I'm saying here is we're gonna send this off

1463

1    to the pathologist.  I have just said:  I know it is a

2    membrane.  You know it's a membrane, but I want them to

3    see it.  And the onus is on the pathologist to make

4    sure this stuff gets preserved.  There's the membrane.

5    There's the dura.  We're trimming some of it off; it

6    goes to the pathologist.

7         If you look in the depth of the wound right there

8    you see fresh, clotted blood, right there.  You'll

9    never get a better picture than that.  So you had old

10   yellow fluid, dark fresher fluid, and fresh clotted

11   blood right there, all within the same subdural

12   hematoma.  Now, you're beginning to see the inner

13   membrane on the inside of the subdural right there.

14        There is one other thing I want to show you.

15        Good.  Now I want to call your attention to one

16   more set of slides.

17        (Pause in the proceedings.)

18        THE WITNESS:  All right.  This is what you just

19   saw.  This a chronic subdural hematoma with fluid.  It

20   reflected the dura, there is the membrane.

21        Now, I want you to see something else that

22   probably looks very much like what you just saw on the

23   video.  This is an operation on a patient with a

24   chronic subdural hematoma.  There is the membrane,

25   there is the dura.  There is the surgeon's finger.

1   Note the thickness of the skull.  This skull is a lot

2   thinner than the other one.  Why?  Because this patient

3   is one year old.  This is a child.  You see the same

4   pathologic process, the same pathologic process.

5        The dura is being peeled back.  There is the

6   membrane.  Again, there is the membrane.  Notice it

7   bulging out.  Now, the membrane is opened up same as

8   you saw before, very thin, very diaphanous with blood

9   inside, red blood.

10        Nature is simple.  Biological systems basically

11   stay the same.  You stubbed your toe as a child; you

12   stub your toe as an adult.

13        You get a cut, you get an inflammatory response,

14   you get a scab, and you get a scar.

15        You get an appendicitis as a child or as an adult.

16   You get an inflamed appendix, it either gets better or

17   you get operated on.  They both look the same under the

18   microscope.

19        You get a subdural hematoma as a child, you get a

20   subdural hematoma as an adult, you get the same process

21   of resorption.  You get the same membrane.  You get the

22   same re-bleeding.

23        Again, this is not -- well, it's a computer image,

24   but it's not a computer-generated image.  This is

25   reality.

1    This picture, by the way, the reason we don't have

2    it on video is it was made in 1961, one of my

3    professors did this operation.  It was not Dr. Ommaya

4    who did the surgery.

5  BY MR. TEDDER:

6    Q   Who was the doctor that did that, Dr. Uscinski?

7    A   It was a Dr. Stacy Rollins who was one of my,

8  another of my professors.  When he heard about my

9  involvement in this business, he called me over his house

10  and gave me those.

11    MR. PENNYPACKER:  I object to the hearsay, your

12    Honor.

13    THE COURT:  Sustained.

14    THE WITNESS:  Okay.  That's it.

15    THE COURT:  Turn the lights back up please, and,

16    Doctor, you want to have a seat?

17    THE WITNESS:  Yes, ma'am.

18  BY MR. TEDDER:

19    Q   Dr. Uscinski, you can have a seat and we'll get

20  back to these photographs in a moment.

21    A   Sure.

22    Q   Dr. Uscinski, was there ever a time when you

23  accepted the notion or theory of shaken baby?

24    A   Yes.

25    Q   What happened to cause you to change that opinion?

1    A    For a period of ten years -- I have academic

2  appointments at two universities, Georgetown and George

3  Washington, and I'm on the neurosurgical staff and teaching

4  staff of both of them.  For ten years I did all the

5  pediatric neurosurgery for Georgetown.  That was a fair

6  volume, 1983 to 1993, and they've asked me to come back with

7  them, too.

8           Anyway, I had read about the shaken baby syndrome,

9  and I assumed that it was real, simply because people were

10  writing about it and people were writing a lot about it.  On

11  occasion I would see a patient who was brought in with an

12  alleged history of shaking, specifically shaking.  I've

13  seen, I've seen abused children, and I'm aware of problems,

14  it's horrible.

15           However, I noticed that when it was brought in a

16  child that was alleged to be shaken, there was always a

17  better explanation.  For instance, they brought in a child

18  with a chronic subdural and said this incident happened on

19  this day, because the baby got sick this day.  And I said

20  that's not possible.  This is an old injury and they

21  re-bleed.  Or the patient gets brought in with a history

22  that's -- I'm told is shaking, and you get a history of the

23  parents, they were changing the baby on a changing table and

24  the baby fell down and hit his head and he got a skull

25  fracture.  So how are you going to get a skull fracture by

1467

1   shaking?  You are not.  But you will get one with impact.

2          So the apparent explanation made no sense.  So I

3   had these questions about it.

4          And then in 1997 I was asked to review a murder

5   trial involving shaking, and by the same Dr. Ommaya, and I

6   looked at the scans on the child, and the baby had a chronic

7   subdural, and I had no question in my mind about it.  The

8   baby also had had anoxic insult to his brain.  And I was

9   asked if I would be willing to testify in the case.  And I

10  did.  And in preparation for that trial I read all of the

11  literature on shaking that's out there, everything, every

12  last paper.  I've got stacks of them back home.  And the

13  more I read, the more upset I got, because I've seen the

14  science, the science does not support it.  In fact, the

15  science actually contradicts it.  The literature that

16  supports it is clinical experience and innuendo, or

17  anecdotal experience.

18          Now, with all due respect to the people who are

19  writing this stuff, it's not science.  I will give you a

20  little thought experiment right now that shows you what vast

21  clinical experience really means.  Everybody in this

22  courtroom, including the court reporter, stop and look down

23  at the ground at your feet.  Everybody.  Good.  Do it.  Look

24  down.  Is it flat?  Is there anybody here who thinks it's

25  not flat?  Good.  No hands are up.

1    MS. SINGER:  I'm going to lodge an objection to

2    this type of testimony, asking the jury to participate

3    in a demonstration.  It is totally improper and I ask

4    that it be stricken from the record.

5    THE COURT:  The objection is sustained.

6  BY MR. TEDDER:

7    Q    Well, Doctor, I'll look down at the ground.

8    A    Okay.

9    Q    I see a flat floor.

10   A    Okay.  Good.  So do I.  And we will carry

11 ourselves outside this courtroom into the parking lot and

12 the ground looks flat.

13   Q    Yes.

14   A    We will now transport ourselves to Mojave desert

15 and the ground looks flat.  We're now in the pampas of south

16 America, and the ground looks flat.

17   MS. SINGER:  Objection, your Honor.

18   THE WITNESS:  We are now on the steppes of Europe

19   and the ground looks flat.

20   THE COURT:  Overruled.  Go ahead.

21   THE WITNESS:  We are now in the Outback of

22   Australia and the ground looks flat.  We are now in

23   Antarctica and the ground looks flat.  We are now in

24   the middle of the Atlantic Ocean and the ocean looks

25   flat.  We are now in the Pacific Ocean and the ocean

1    looks flat.  We are now in the Indian Ocean and the

2    ocean looks flat.  Are we not justified in assuming

3    that the earth is flat?  All of our experience shows us

4    that what's around us is flat.  That's anecdotal

5    evidence, that's a very good example of it.

6        However, there are a couple of facts that

7    contradict that.  Here is one fact:  There is a star

8    called the north star.  We know that that star always

9    seems to be in the same place in the sky.  And we know

10   if we go to one point on the earth it's right up above

11   us, up by the North Pole.

12       But there's another fact that makes a little

13   problem here, because we also know that as we get

14   farther, and farther, and farther away from it, at one

15   point it's going to disappear from the horizon.  And

16   that's when we get below the Equator.  And no matter

17   where we go below the Equator you're not gonna see that

18   star.

19       Now, when you think about that for a minute,

20   that's a problem.  Because, if the earth is flat, you

21   should see that star and it should never go below the

22   horizon unless the earth isn't flat.

23       And there is another problem, too.  Let's say that

24   a sailing ship is coming into a harbor and you're

25   standing at the dock watching it, and you've got a spy

1    glass.  The first thing you see on the horizon are the

2    top sails, then you see the main sails, then you see

3    the deck, and finally you see the hull.  And you think

4    about that for a minute and you say:  You know, that

5    doesn't really make sense either, because if the earth

6    is flat we should see everything all the way off in a

7    distance.  It should just get bigger as it will comes

8    to us.  The only explanation is the earth is not flat.

9        Such was the situation in 1491.  So you have

10   experience, the experience that you see in front of

11   you, which is anecdotal experience and facts that

12   contradict that, facts that are reproducible and that

13   will not go away.  That's the difference between vast

14   clinical experience and real facts, real, scientific

15   facts.

16   BY MR. TEDDER:

17       Q    Dr. Uscinski, it just occurred to me we also have

18   the CAT scans available that were taken from Robbie on the

19   day in question?

20       A    Yes, we do.

21       Q    Could you show those to the jury and explain what

22   you saw, please?

23       A    Sure.  Yes.

24           THE WITNESS:  Where is our buddy?

25           MS. SINGER:  Mr. West.  Do you need Mr. West?

1    THE WITNESS:  Yeah.  I think I know what's going

2    on.  We reconfigured the computer to adapt to this

3    projector.

4    MS. SINGER:  If we could wait just a second.  I'll

5    see if he's outside.

6    BY MR. TEDDER:

7    Q    Doctor, while she's searching for, kindly

8    searching for the gentleman who assists us, can you tell the

9    jury a little about CAT scans, how they're done?

10   A    Sure.  Sure.  Basically a CT scan is a very

11   glorified and well done x-ray, and it combines different

12   types of technology.  The first one is computer-generated

13   technology and the second one is highly sensitized x-rays.

14   The concept is that x-rays penetrate different types of,

15   penetrate body tissue.  Some have trouble with bone, for

16   instance, because it's very dense.  Let me show you what's

17   happening.

18        All right.  What a CT scan does is instead of

19   taking an x-ray picture of an individual, it takes an x-ray

20   of a, literally a slice of the body.  And it takes that

21   x-ray and translates it into an equation, a mathematical

22   equation, and then the beam of the x-ray changes slightly,

23   one degree or a half degree, depending upon the sensitivity,

24   and you take another picture, and another picture, and

25   another picture.  And you actually take it through almost

1   180 degrees.  What you get are a set of 180 simultaneous

2   equations, and the computer solves those equations.  What

3   the out product of that is, is that instead of seeing an

4   x-ray, say through my forearm, that's half-an-inch thick,

5   and a series, and an entire series of them, from slightly

6   different angles, it averages them all together and flips

7   them 90 degrees, and you get a picture of my forearm as if

8   it were actually cut and you were looking directly inside

9   it.

10          Now, taking that concept and applying it to the

11  head, you take that same type of series of pictures, images,

12  starting at the base of the skull and working your way up,

13  and you get a whole set, again, a series of simultaneous

14  equations.  And when you translate those equations, you get

15  different images of the head, and its contents, the brain,

16  from one level, to the next level, to the next level, to the

17  next level.  So you're actually able to image the brain that

18  way.

19          One of the problems with x-rays before the advent

20  of CT scanning is that it didn't image soft tissue very

21  well.  It was great for bone.  That's one of the reasons

22  x-rays were developed in the first place.  You can see

23  bones, but you can't see soft tissues.  You can get a hint

24  of them, but not very much.

25          The advantage to CT scanning is that it's so

1  sensitive.  Not only can you image soft tissues, you can

2  image different densities of soft tissues.  So CT scanning

3  can image, not just the skull, but also the brain.  It can

4  image the ventricles, which are cavities in the brain which

5  contain the fluid.  It can image the subarachnoid spaces,

6  which has subarachnoid fluid in it.  If you give somebody a

7  contrast agent, you can actually image the blood vessels,

8  too.  And sometimes you can even see the blood vessels

9  without a contrast agent.  So CT scanning is a huge jump

10 forward for us.  It's an excellent diagnostic tool.

11        Now, it has its limitations.  All it shows you is

12 the anatomy.  It shows you what something looks like.  It

13 doesn't tell you what it's doing.  You can get some

14 indications of what something is doing depending on how the

15 anatomy is structured.  It doesn't tell you how well the

16 brain is working.  It only tells you that it's there.

17        MR. WEST:  It's saying it just can't recognize the

18     drive, I guess.

19        THE WITNESS:  I assure you it was working this

20     morning.

21        (Pause in the proceedings.)

22        MS. SINGER:  We're looking for ours, your Honor.

23        THE WITNESS:  The are some limitations to CT

24     scans.  There's another limitation to CT scanning,

25     which has actually been solved by another type of scan

1    called a magnetic resonance scan, which this child did

2    not have.  And that is, that the problems with x-rays

3    is they don't penetrate bone very well, so there are

4    certain areas where you may not see as accurately as

5    you would like to, particularly around the base of the

6    skull.

7            THE COURT:  I'm sorry, Doctor.  Wait just a

8    second.

9            THE WITNESS:  Yes, ma'am.

10           THE COURT:  I don't think that the court reporter

11   can hear with the other discussions going on.

12           THE WITNESS:  Oh, I'm sorry.

13           THE COURT:  So are you all finished conferring?

14           THE WITNESS:  We're trying another disk.

15           MR. GROLAND:  Thank you, Ms. Singer.

16           MR. WEST:  We're going to try the state's disk.

17           THE COURT:  All right.  If you'll hold up, Doctor.

18   Let Mr. West see if he can assist.

19           MR. PENNYPACKER:  Thank you, sir.

20           THE WITNESS:  This is a CT scan that was made at

21   the time this little boy was admitted to the hospital.

22   Do you want me to continue?

23   BY MR. TEDDER:

24       Q   Yes, sir.  First you indicated the CAT scan,

25   looking at the CAT scan, which side of the child's head is

1475

1    the right versus the left?

2        A    Okay.  All right.  Well, first, this is what's

3    called a scalp tone.  It doesn't image very well here, but

4    this a lateral skull image taken from the side.  What you

5    will see very often when scans are made, you'll see a series

6    of lines going through this image.  Those are the different

7    levels that the scans that you're going to see are being

8    made through.  So it gives you an index of where you are

9    inside the head of the patient.

10       Q    These are first CAT scans of Robbie?

11       A    Yes.  This is a CT scan that was done August 2nd,

12   2000 at 10:28 in the morning.

13       Q    All right.

14       A    You have to be careful you don't get your right

15   sides and left sides confused here.  When a patient is put

16   into a scanner, the feet are toward the radiologist, so the

17   patient's right side is on the radiologist's left side.  So

18   as you look at the scan, the patient's right side is to the

19   left of the scan and the patient's left side is to the right

20   of the scan.  It's very confusing for surgeons, because we

21   operate from the top down.  The patient's right is on our

22   right.  Okay.

23            Now, this is a scan that's through the base of the

24   skull.  It's actually quite well down.  What you're seeing

25   here is the top of the neck and this little, this is an

 1    artifact.   This is either nasogastric tube, a tube put into

 2    the baby's stomach and, more likely, it's an endotracheal

 3    tube, it's a breathing tube that was put into the baby.

 4    Again, the brain has an absolute metabolic requirement for

 5    oxygen.   And that's why when you take little babies out of

 6    the mother, you slap them to get them breathing.   They got

 7    to breathe right away, they gotta exchange air right away,

 8    they've got to get oxygen up to the brain.   When somebody is

 9    seizing, it's unconscious, they don't protect the airway

10    very well, if they've got a mouth full of vomitus and you

11    clean it out, you put a breathing tube in and you try to

12    help them with their respiration.   This is basic life

13    support, airway, breathing, airway and circulation.

14         All right.   Now, we're gonna go a little higher

15    up.   And we're up a little higher in the neck, and a little

16    higher up, and now you're seeing the bottoms of the jaw bone

17    here, and these are the cheeks, or the maxilla, and this is

18    the nasopharynx, and that's that tube.

19         Q    Doctor, do you see any evidence of injury to the

20    neck in these CAT scans?

21         A    No, no.

22         Q    Would you have been able to see it in these scans,

23    do you think?

24         A    You might.   You might see blood on the surrounding

25    soft tissues for instance if there was a neck injury, but

1  no, you don't see anything here, or blood inside the spinal

2  cord, but you don't see anything.  So that's correct.

3          We're up a little higher now.  This is an opening

4  at the bottom of the skull called the foramen magnum, which

5  is Latin for big hole.  And what that does is it allows

6  egress and ingress of the spinal cord and to the blood

7  vessels that supply arterial blood to the brain.

8          Now, a little higher.  Now you're seeing the

9  medulla, which is a structure of the brain and you're seeing

10  on the bottom the two cerebellar hemispheres.  Not the

11  cerebral hemispheres, the cerebellar hemispheres.

12          Again a little higher.  Now you're beginning to

13  see the globes of the eyes, and again, the cerebellar

14  hemispheres, the base of the skull.  This is all whited out

15  again.  This is one of the limitations of scanning of the

16  brain by x-ray.  The image, the x-rays don't pass very

17  easily through the bone, which is exactly why bone looks

18  white.  We're seeing an absence of penetration there.

19          Again, a little higher.  You see the eyeballs.

20  Again a little higher and again a little higher.  And you

21  see two other things here that are interesting pieces of

22  information here.  One, you have this little dark area right

23  there.  That's air and that's air in the eye socket.  And

24  that was reported actually on the radiology report, and the

25  radiologist didn't have an explanation for it, but I believe

1  that I do.  And the reason is that behind your, in your eye

2  socket there is a little tunnel called the nasolacrymal

3  duct.  N-A-S-O-L-A-C-R-Y-M-A-L duct.  That duct goes from

4  the inside of your eyelid down to your nasopharynx.  It's a

5  channel and that's one reason why if you cry your nose gets

6  runny, too.  Some of those tears are leaking down there.

7  It's got a little valve on it.  It's a one-way valve.  It

8  allows tears to go down, but doesn't allow anything to go

9  back up again.  But you can perforate that valve if you have

10  a whole lot of pressure in your pharynx.  For instance,

11  scuba divers when they clear ear passages can sometimes blow

12  that out.  I did.  That's how I know this.

13          If this child's nasal pressure, air pressure in

14  his nasopharynx was increased suddenly and forcibly, such as

15  by bagging him, or trying to breathe for him, you can

16  perforate that and you can wind up getting something very

17  similar to what you're seeing right there.  This is indirect

18  evidence that somebody was trying to breathe for him very

19  vigorously.

20          And, there's something else here.  These white

21  areas that you see here are the lenses for the eye.  And if

22  you look at them -- you've probably never seen any of this

23  before, but in an unconscious patient they should be looking

24  straight up this way.  Now, they're not.  They're deviated

25  to one side.  That you can see in destructive lesions in the

1    brain and with a destructive lesion you should have

2    disruption of neural tissue, which is biological tissue, and

3    with that you should see bleeding inside the substance of

4    the brain, which we don't see here. You can see it.  If

5    this child is looking at somebody, only he was unconscious,

6    so he wasn't looking at anybody, or you can see it if

7    somebody is having a seizure. And I think that's what

8    you're seeing.  I think you're seeing evidence on this scan

9    that he was seizing at the time the scan was made.  And we

10   know he was seizing throughout a large part of his

11   hospitalization.  So this simply fits.

12           All right.  We're going a little higher now.  Now

13   you're beginning to see the brain.  Now, you can get fooled

14   on this.  This is not all the same part of the brain.  What

15   you're seeing here are the right and left temporal lobes,

16   and what you're seeing here is the cerebellum.  Those are

17   two anatomically distinct structures.  They're separate from

18   one another.  It's just that everything looks homogeneous in

19   this picture.  The reason it looks homogeneous is because

20   there's loss of the gray white interface here and a lot of

21   smudging and that's what you see typically with somebody

22   that's been oxygen deprived.

23       Q    Dr. Uscinski, what's the white portion on the

24   right or the left side of the child?

25       A    Here?

```
 1        Q    Yes.
 2        A    Okay.  The head does not fit perfectly
 3   symmetrically inside the scanner.  It's tilted a little bit
 4   to one side, and what you're seeing here is a bone structure
 5   called the petros pyramid.  You have one on the other side,
 6   too, but since his head is tilted, it hasn't been caught.
 7   Sometimes you can see anatomical variance where the petros
 8   pyramid is a little high on one side also, but I think this,
 9   and this is probably a combination of the other two, because
10   both of the structures are more or less symmetrical.
11   Although if you look carefully, you can see the eyes aren't
12   quite the same size either, or the shape either.  It's no
13   big deal.
14            Okay.  Now, there's something else I want to show
15   you.  Actually we started seeing it earlier and we're seeing
16   it more here, too.  This structure in the center here is
17   called the brain stem and that's part of it called the pons.
18   This is a cavity in the brain called a ventricle.  Here are
19   the two temporal lobes, the left temporal lobe and the right
20   temporal lobe.  And if you notice there is this dark space
21   in front of both temporal lobes, but this dark space has got
22   some gray stuff inside it also.  Gray is density inside it
23   also.
24            Now, the dark space is a combination of cerebral
25   spinal fluid and fluid in the subdural space.  This part is
```

1   cerebral spinal fluid around the pons and it's denser than

2   it should be probably because it's got high protein in it,

3   and probably because this baby's got chronic subdurals.  And

4   this area here around the temporal lobe is fluid in the

5   subdural space.  And I can show you that on this in serial

6   scans.  When you put them all together, there is very little

7   question about it.

8           All right.  We're gonna go up to the next level.

9   Now, from here on I'm gonna try to move a little quickly.

10  And I want you to focus your attention on this area right

11  here, which is at about 10 o'clock and it's around the area

12  of the right temporal lobe.  And as you focus on this, we're

13  gonna be moving higher up the head towards what's called the

14  vertex, which is the top of the child's head.

15      Q     Doctor, where is the right temporal lobe located?

16      A     The right temporal lobe is located -- you can

17  almost figure it out here.  It's just behind your right eye,

18  here is the eyeball.  There's the roof of the orbit on the

19  patient's right side right there.  So the temporal lobe is

20  above your ear and behind your eye.

21      Q     Okay.

22      A     Okay.  Now, watch this area.  You notice that

23  there's some radiodense material inside this area that there

24  isn't supposed to be, not normal.

25          Now, you see a large space there and we're gonna

1   come back to that space in a little bit.

2        Now, we're getting higher up you can see parts of

3   the temporal lobe and the frontal lobe.  Now if you look out

4   along the rim, again at about 10 o'clock right where I'm

5   pointing is that gray material that's right inside the

6   skull, but outside the brain.  Now, just keep an eye on it.

7   There it is again, clearer, clearer, clearer, more of it,

8   clearer, clearer, and it's beginning to lead to that white

9   area that you see right up at the top of the head.  That's

10  fresh blood.  It's nothing -- it's either a brain tumor or

11  fresh blood and we know this baby doesn't have a brain

12  tumor.  So what you have is fresh blood and grayish

13  radiodense material that are continuous with one another.

14  There is nothing else that that can be except a chronic

15  subdural hematoma with fresh blood.

16        You can see elements of that fresh blood in other

17  parts also.  You can see a little bit under the patient's

18  left side right here and you can see it later on along this

19  midline structure, which is radiodense here.  That's called

20  the falx.  That is an in-folding on the dura between the two

21  vertebral hemispheres.  There are two such in-foldings of

22  the dura in the brain.  One of them is the falx, which you

23  had demonstrated here; another one is called the tentorium,

24  which you can't really demonstrate on CT scan, it's a lot

25  better to do it on MRI scan.  And the tentorium is a tent,

1  literally it looks like a pup tent, and it's in-folding of

2  the dura that starts behind your ear and runs to the back of

3  your head on either side, sweeps inward and upward, and it

4  folds the cerebellum underneath, and it supplies supporting

5  structure for the two occipital lobes which sit on top of

6  the cerebellum.  So the tentorium folds upward, meets in the

7  midline, and is joined by the falx as it comes straight back

8  into the midline and it forms a triangular reflection of

9  dura.  And you can't image the tentorium very well with

10 these particular cuts, but you can image the falx.

11     Q    Dr. Uscinski, again, what is it that you see on

12 these CAT scans that shows you fresh blood?

13     A    Fresh and old blood.

14     Q    Yes.

15     A    All right.  We'll continue into this scan and you

16 see fresh blood again.  All right.  Now --

17     Q    Flesh blood reflected in white?

18     A    Yes.  The flesh blood is white and if you think

19 about it for a minute it makes real good sense.  It's the

20 whiter of the two.  You need two elements, you need one

21 element to help clot, and that's calcium.  You see calcium

22 in fresh blood and you see it in bone.  You also see

23 hemoglobin in fresh blood, which has iron in it.

24          Okay.  Let's go to the next segment.  Okay.

25          Now, this study also was done August the 2nd, only

1 this segment was done 1503, 3 o'clock in the afternoon,

2 several hours later; 10'clock to 3 o'clock.  Again, we're

3 starting at the base of the brain and working our way up.

4 Now we're at the orbits and look at the eyes.  They've

5 changed now.  They're looking the way they should, straight

6 ahead.  Okay.  You remember in the previous scan they were

7 deviated towards one side, your left, the patient's right.

8 Now they're looking straight ahead.  They're treating him

9 very heavily with anticonvulsants, but they're still having

10 a problem controlling the seizures.

11     Q   When the eyes were facing to the right in the

12 first CAT scan, what does that indicate to you?

13     A   To me, putting all the information together, the

14 clinical and radiographic information together, it indicates

15 the baby was seizing.  If he's got a destructive lesion in

16 his brain, why isn't he looking straight ahead now?  He's

17 still got a destructive lesion in his brain.  He doesn't.

18 We know that from the autopsy.  But they're loading him up

19 with anticonvulsants and in the record, I think the record

20 reflects that he is still seizing.

21     This is not a criticism of anybody.  I'm not being

22 critical of the treatment or anything like that.  I'm just

23 illustrating that these things really fit together.

24     Okay.  Now we're in the temporal region again

25 where we were a little earlier.  Now, if you look on the

1   right side again, there is more of this stuff and it's a

2   little lighter.

3        Q     What about on the other side?

4        A     It's a little bit on the other side, too.   It's

5   just that it's more clear on that side, so I decided to use

6   that side.   We can sit and pick these things apart for

7   hours.   Maybe you have hours.   I don't know that the Court

8   does.

9        Q     No.

10       A     I'll be happy to do it if you want.

11       Q     But there is evidence --

12             THE COURT:   You just answer the questions, Doctor,

13       and I'll rule on the objections if there are any.

14   BY MR. TEDDER:

15       Q     There is evidence of bilateral --

16       A     Yeah.   Oh, yeah, he's got evidence of bilateral

17   also.   He's got something else that is helpful to see here,

18   too.   I know that you haven't seen normals, but I'm an

19   expert and I can tell you this is not a normal brain.   It

20   has a homogeneous gray appearance.   It's not supposed to

21   look like that.   There is supposed to be a ribbing and a

22   margin of darker matter and lighter matter and gray matter

23   and the light matter.   And you don't see that

24   differentiation here and that's what you see in people who

25   have been anoxic.

Q    You see gray if they're anoxic?

A    It's all uniform, yeah.

Okay.  Now look, now I know you were paying attention before, and you've got more white stuff here, and it's even lighter than it was before, and it's in a space here which would normally be thought of as the subarachnoid space, only you've got fluid in here, only you've got this stuff here.  This is fresh, clotted blood.  Blood does not clot in the subarachnoid space.  Therefore, this is subdural space.  And if that's subdural space, that's subdural hematoma.  And we knew there was some stuff there before and there's more now.  This is chronic subdural hematoma that has continued to bleed.

Now, track that.  We're gonna go higher and we even begin to see some up here in the front.  And higher, and higher, and higher, and look where it's going.  Follow it, follow it, follow it.  Now it's way out there on the periphery again and it's connected to what we saw in the first scan.  So if you put the two scans together, understand the concept of layering them out in your head, and thinking about things in three dimensions, as we're supposed to do as surgeons, this is a chronic subdural hematoma that has not only re-bled, but it's continued to re-bleed.

Now, I don't believe anybody shook this baby while

1   he was in the hospital, and I don't believe he had an impact

2   between the first scan and the second scan either, but this

3   is what subdurals do.

4        Q    Continue to re-bleed?

5        A    Sure.  And they don't necessarily re-bleed from

6   vessels, they re-bleed from the membrane, as you saw in the

7   video, only it was on the other side of the membrane rather

8   than the one I exposed.

9             Okay.  This study was done the following day,

10  basically it shows you the same thing.

11       Q    We're now on August 3rd?

12       A    Yeah.

13       Q    The one you showed was the afternoon CAT scan?

14       A    The first, the morning and next the afternoon.

15       Q    Okay.

16       A    You can actually see some hemorrhaging in the eye

17  here, too.  You didn't see this before.  These are the

18  retinal hemorrhages that they described, I believe.  And I

19  know you're paying attention, but I also know that you're

20  getting a lot of information.  You didn't see that.

21            MS. SINGER:  I'm going to lodge an objection to

22       the discussion with the jury.

23            THE COURT:  The objection is sustained.  Doctor,

24       you need to just answer the questions.

25            THE WITNESS:  Okay.

1    BY MR. TEDDER:

2         Q    What do you see here, Dr. Uscinski?

3         A    You now see radiodense material inside the eye

4    itself, right here.  To a lesser extent on the patient's

5    right side and also, I believe that those are the retinal

6    hemorrhages.  They may have been present at the time the

7    baby came in, I don't have any doubts.  I would expect them

8    to be because I know his intracranial pressure was high.

9    It's just they're becoming a little clearer now.

10        Q    I'm going to ask why you didn't see those on the

11   CAT scans on August the 2nd?

12        A    I don't know.  It may have been that they weren't

13   quite as prominent or as pronounced as they were on that

14   date on the 3rd.  But again, you are dealing with a

15   biological evolving process, even if it's an evolving

16   process towards death.  This is not -- Biological systems

17   are not static systems.  They are dynamic systems.  And you

18   can you get trapped in a CT scan, or any other kind of

19   study, and think this is the way things are.  No.  This is

20   the way things were at that time.  And again, this is the

21   way things looked at that time, not necessarily how well or

22   truly they were working.

23        Q    What else did you see on the CAT scan August 3rd,

24   Doctor?

25        A    Well, unfortunately, it's more of the same stuff.

1    You see a little more blood here that's layered out

2    backwards on the back of the tentorium.  You can get fluid

3    on this, too.

4           What they're looking at here and by "here" I mean

5    this radiodense area in the back that looks like it's in

6    back of the cerebellum, is not actually the cerebellum.

7    What you're seeing is an average of the images and you're

8    seeing part of the cerebellum below the tentorium, and then

9    you're seeing the occipital region below the cerebrum.  And

10   the tentorium is coming up in between the two, but you're

11   only seeing something in two dimensions that you're trying

12   to envision in three dimensions.  I can draw that for you if

13   you want.

14        Q    Okay.  Why don't you do that in a second.  Do you

15   see blood on either side bilaterally?

16        A    Yes.  You see things that you didn't see before.

17   You see blood here in the occipital region, and a little

18   more blood in the right temporal region also.  I haven't

19   concentrated on all the organs everywhere, just -- you can

20   see where it's fresh and you can see where it's old.

21        Q    Okay.

22        A    Okay.  Again, now, how do we know that this is in

23   the occipital region?  I will show you.

24           MS. SINGER:  Your Honor, I'm going to lodge an

25        objection to conversational testimony and ask that

1    questions be asked of the witness.

2         THE COURT:  The objection is overruled.  Go ahead.

3    BY MR. TEDDER:

4    Q    What do you see here, Dr. Uscinski?

5    A    This is temporal lobe, this is cerebellum.  Again,

6    this is temporal lobe, this is cerebellum.  The reason you

7    see elements of the cerebrum and cerebellum in the same

8    picture is because you've cut through your image, through

9    the tentorium.  Okay?  So you don't actually see the

10   tentorium because it's running in almost the same plane as

11   the scan you're taking, but you can see the differentiation

12   between the cerebral hemispheres and the cerebellum and this

13   stuff here is laying out over the tentorium.  The tentorium

14   is lower posteriorly than anteriorly, so the cerebellum is

15   going to bulge upward into what should be the image of the

16   cerebral hemisphere.

17   Q    All right.

18   A    Again, the same phenomenon, same concept and here

19   again we begin to see the gray material that's outside the

20   cerebral hemispheres in the subdural space that's dried

21   blood.

22   Q    What about on the other side?

23   A    It's probably the same thing, but it doesn't image

24   as well.

25        All right.  There's one other structure that you

1    see in here.  I mentioned earlier the fourth ventricle.

2    This little slit right in the midline here is the third

3    ventricle and there are two lateral ventricles.  I said

4    there were four in total.

5            You begin to see what's called the anterior horns

6    of the two lateral ventricles in this picture here.  And

7    again, you're seeing fresh blood and what we would

8    ordinarily think of as the subarachnoid space, but you're

9    not gonna see fresh clotted blood in the subarachnoid space

10   extending up to the first subdural.  It's got to be the

11   subdural space, it can't be anything else.

12       Q    Can you detect swelling of the brain from the CAT

13   scans?

14       A    You may.  Could there be brain swelling here?

15   Yes, I think there is brain swelling here and I think there

16   may be more here than previously.  And the reason I say that

17   is because the ventricles appear smaller here than they do

18   in previous scans.  And the only reason they could be

19   smaller is they're being squeezed by the swelling brain.  I

20   mean it's by no means the worst swelling I've ever seen and

21   I don't think that brain swelling is why this baby died.

22   And actually I can go back to that.

23            Again, you're still seeing elements of fresh blood

24   in the subdural space.  Okay.  The point about the

25   swelling -- let's go to the last scan.  All right.  This is

1492

1   the last scan that was done August the 4th, 2:03 in the

2   afternoon.  Again the breathing tube is in place, which is

3   this tubular-looking artifact there in that scan.  And then

4   we'll come up here.

5          Again it's layers of blood out over the tentorium.

6   Actually, if you look at that, if I try to run those

7   pictures together in sequence fairly rapidly -- I'll run

8   them in the other direction and hope the computer doesn't

9   crash -- you can literally see the layering of the blood

10  over the tentorial surface.  There it is.  I'll run it back

11  the other way.

12     Q     Tentorial surface being the back of the head?

13     A     Yeah, the back -- It's the surface of the

14  tentorium and it's the upper surface of the tentorium that

15  the occipital lobes are resting on.  If you look at all the

16  these scans together and sort of flip them over like cards,

17  you can see you get the three-dimensional concept from a

18  series of two-dimensional images.  There you go.  Okay.

19         Now, that leads us to this area right here and

20  actually you can see some, you can see the falx right here,

21  and maybe a little bit of fresh blood layering on the falx

22  also.  And if you look down here -- well, let me get back a

23  little farther.  Okay.

24         This structure right here, which is darker, and is

25  immediately in front of the cerebellum, and immediately

1   behind the upper brain stem, is one of those cisterns that I

2   alluded to earlier.  It's a collection in the arachnoid,

3   subarachnoid space, of cerebral spinal fluid.  Cistern is a

4   well.  And that cistern is referred to as the ambient

5   cistern.  And when you have pathological brain swelling to

6   the extent that it's going to kill somebody, and the brain

7   swells, the brain gets swollen and you can die from brain

8   swelling, what happens is the intracranial swelling, the

9   swelling goes up, the intracranial pressure goes high.  It

10  exceeds arterial pressure, you don't refresh your brain, and

11  you die, again from lack of oxygen.  But this time not

12  because oxygen is not in the blood stream, it's because

13  oxygen is not getting up in the head to the brain.  But when

14  you get that kind of swelling, then the cistern becomes

15  obliterated because the temporal lobes swell immediately and

16  the cistern disappears radiographically.  This cistern never

17  disappears; it's present on all the scans.  So, he may have

18  had swelling, but swelling was not what killed him.  It was

19  anoxia that killed him.

20       Q    The cistern is where on that, Doctor?

21       A    It's almost in the middle of the head.  It's

22  called the ambient cistern or the cisterna ambiens.

23       Q    It slows the arterial blood flow?

24       A    No, it has nothing to do with arterial blood flow.

25  That cistern and all the cisterns are pockets where cerebral

1  spinal fluid collects as it flows up around the surface of

2  the brain.  There are a lot, there are several different

3  cisterns, the ambient cistern is one.  There's one around

4  each optic nerve, there's one around the carotid artery, and

5  there's one in the fissure called the Sylvian fissure, which

6  is that area that I alluded to earlier where I said you

7  expect to see cerebral spinal fluid in that area, but what

8  you're seeing is fresh clotted blood.  Therefore, the fluid

9  that you're seeing there is really subdural fluid that has

10  pushed the arachnoid in and partially obliterated the

11  Sylvian cistern.

12       Q    Okay.  Thank you.

13       A    Let's see.  Is there anything else?  No.

14            All this area here that you're seeing is a dark

15  area that's outside the light area is in the subdural space.

16  There can be no question about that.  This is subdural

17  fluid.  This, if you would look at it at surgery would

18  either be the yellowish fluid or the dark brown fluid that

19  gushed out of the brain when we opened up the membrane.

20  Then deep inside would be the clotted blood, which is what

21  looks white here, but in reality to the naked eye is going

22  to be dark, clotted blood.

23            All right.  I think we've done enough here.

24       Q    Okay.

25            THE WITNESS:  Do you want me to leave this on?

1          MS. SINGER:  Yes.  I'll have to go find, Mr. West.

2          THE WITNESS:  I shut the computer down.

3          MS. SINGER:  All right.

4          MR. TEDDER:  Dr. Uscinski, I just have a few more

5     questions.

6          THE COURT:  If you'll have a seat again, Doctor.

7          THE WITNESS:  Yes, ma'am.

8  BY MR. TEDDER:

9     Q    Dr. Uscinski, the patient that you performed the

10 operation on, that you had the videotape of that you showed

11 here, why did that patient first realize he had a problem?

12    A    When?

13    Q    Yeah.  When and why?

14    A    He had headaches.  He was referred to me by a

15 physician because he had persistent headaches and the

16 physician as part of his diagnostic evaluation did a CT scan

17 and found a subdural, surprisingly.  Actually he had

18 bilateral subdurals; he had one on each side.

19    Q    Okay.  And the portion of his brain that you were

20 operating on was where, with respect to his skull that you

21 showed the jury?

22    A    About two inches above his right ear.

23    Q    About here then?

24    A    Right about there.

25    Q    Okay.  Now, Doctor?

1        MS. SINGER:  Mr. Tedder, Mr. West is here to turn

2    that off, if that's okay.

3        MR. TEDDER:  Well, actually I would like to

4    project some photographs here in evidence.

5        MS. SINGER:  All right.

6    BY MR. TEDDER:

7        Q    Dr. Uscinski, while he's getting that set up, I

8    would like to show you what's already been introduced in

9    evidence in the state's case, State's Exhibits 59, 60, and

10   61.  If you could just describe for the jury what those are,

11   if you know.

12       A    These are autopsy photographs.

13       Q    Okay.

14       A    And the calvarium or skull has been opened and

15   reflected backward, and you can see a brain with clotted

16   subdural hematoma over it, and you can see some dura.  You

17   can also see some liquid subdural hematoma in the reflected

18   bowl of the calvaria upside down, and you can see some dura

19   that is preserved there, and you can see the falx actually

20   also.

21       Q    Do you see any evidence of chronic subdural?

22       A    Yes, I do.

23       Q    Okay.

24       MR. TEDDER:  Your Honor, with your permission, if

25   we could, we would like to project these photographs so

1    the jury can see them.

2         THE COURT:  Yes.

3         THE WITNESS:  Do you want these?

4         MR. TEDDER:  Yes, sir.

5    BY MR. TEDDER:

6    Q    Could you look on the back of that exhibit?  Which

7    exhibit is that?  This is State's Exhibit Number 60 that's

8    being projected on the screen.

9         Dr. Uscinski, can you tell the jury what you see?

10   A    If you can dim the lights it may be a little

11   easier to see.  That's good.  That's better.  Okay.

12        This is reflected calvarium, skull, and it's

13   lifted off, lifted off the brain here.  The picture, there's

14   no substitute to the picture, but you can see some of the

15   dura has been peeled away from the front of the skull here,

16   and you can see some of the dura has been peeled away from

17   the back here, and you can see that midline in-folding of

18   dura called the falx.  Now, that midline in-folding actually

19   fits right in here.  This structure that you see, this

20   reflected calvarium like this, belongs up this way.  This is

21   dura.  And if you look here on the inside of the dura, you

22   see a stain.  And that stain is a little yellow on the dura,

23   and I -- you know, if you can project this to the jury, I

24   don't know if you can hand it to them or not, but I think

25   you should, because I believe that this area here is a

1    portion of the subdural membrane.  Some of it's been

2    destroyed, and some of it's still there.  And this is

3    subdural fluid.  And I think that's membrane.  And you

4    already know how thin that membrane is because you've seen

5    it in vivo, in life.  This is the same thing here.

6        Q    Okay.  Which exhibit is this?  It would be on the

7    back, Dr. Uscinski.  That was 60?

8        A    This is 60.

9        Q    This one is?

10       A    The next one is 59.  Okay.  You actually see this

11   a little better.  Same thing, same thing.  The inner surface

12   of the dura should be clear and homogenous and you see this

13   structure inside here.  I think that's some of the remnants

14   of a subdural membrane.

15       Q    Doctor, this side over here, is this like the top

16   of the skull, this here?

17       A    Yeah.  This is the occipital region of the skull,

18   this is the frontal region of the skull.  This area here is

19   flipped up and fits there.  This part of the dura here, is

20   flipped up and fits here.  This, as a matter of fact, it's

21   even a little bit of yellow stained, which is exactly what

22   you would expect to see in subdural chronic membrane.  I

23   believe that this tissue that you see right here, which is

24   just inside the dura, but not the dura, it is subdural

25   membrane.  And you can actually see, I believe, a little

1    more clearly when you look at the photograph than this, of

2    this image.

3        Q    This part is the left side of the baby's head?

4        A    Yeah.  That should be the left side of the baby's

5    head.  But it's there.  It's there.

6        Q    All right.  What about the other photograph?

7        A    Well, you can't really see that too well at all.

8    The picture isn't clear enough for me to be able to say

9    anything definitive on this side, but I don't -- I believe

10   that's chronic subdural membrane as on the previous two

11   images.  So you've got -- again to go back to the initial,

12   the second one.

13           MR. PENNYPACKER:  Your Honor, I think he's already

14       explained the photo.  We don't need to see it again.

15           THE WITNESS:  Okay.

16           MR. TEDDER:  She hasn't ruled yet, sir.

17           Your Honor, he has something else he would like to

18       add if the Court will allow it.

19           THE COURT:  The objection is sustained if it is

20       repetitive.

21   BY MR. TEDDER:

22       Q    This is photograph number 60, Doctor?

23       A    Yes.

24       Q    Wrong way.  Now, on this one you can see yellow

25   area over here and is this yellow area over there?

1     A     I'm not sure about the yellow area on the right

2   side, but it, the picture isn't clear enough, but you can

3   certainly see it on the left side. And putting these two

4   pictures together, and knowing what you know about the laws

5   of gravity, and about the fact that this clot is on an

6   angle, get my pointer straight -- here, and that fresh

7   subdural blood should slip off the surface of the brain.

8   That is obviously not slipping off the surface of the brain.

9   It's adhering. The only way I think that it could be

10  adherent is that there is a healing process going on, which

11  means this subdural is weeks old, at least.

12    Q     So you're saying that fresh blood, that blood

13  would have just dripped off the brain?

14    A     If it was fresh acute subdural.

15          Now, one of the things that a pathologist does,

16  and I can say that because I've been there, is when they

17  take a brain like this, they wash it. And the reason they

18  wash it is they're trying to irrigate the clot off to see if

19  it washes off. If it doesn't wash off and it sticks like

20  that, it's not fresh.

21    Q     How would you characterize those black clots then?

22    A     They're stuck. There is -- looks to be unless he

23  washed them off afterwards, and we don't know that. He did

24  not specify on that. I think he said likely adherent were

25  the words he used. Likely adherent is like being likely

1    pregnant.  You either are or you aren't.

2        Q    And if it's likely adherent, how old --

3        A    He said adherent.

4        Q    How old would it be?

5        A    It's at least -- Well, it means, it can bleed

6    anywhere from several days to several weeks old.  It's hard

7    to tell how old it would be because again, the subdural is a

8    dynamic, the healing of a subdural is a dynamic process.

9        Q    Anything else we can show the jury on these

10   photographs, Doctor?

11       A    No.  That's enough.

12            THE COURT:  Do you have any other questions,

13       Mr. Tedder?

14            MR. TEDDER:  Yes, ma'am, just a couple.

15   BY MR. TEDDER:

16       Q    Dr. Uscinski, is it your opinion that the injuries

17   that Robbie Quirello suffered were caused by violent

18   shaking?

19       A    It's my opinion that they were not.  It's not my

20   opinion that they were.

21       Q    Okay.  What is your opinion as to the cause of

22   Robbie Quirello's death?

23       A    My opinion as to the cause of his death is that he

24   died from cerebral anoxia.

25       Q    Caused by what?

1        A        Either vomiting with obstruction of his airway, or

2    seizing associated with vomiting, obstructing his airway.

3        Q        Okay.  Doctor Uscinski, do you -- from your

4    examination of records in this case, do you believe any kind

5    of surgery could have been performed to save Robbie

6    Quirello's life?

7        A        I doubt -- I don't believe so.

8            MR. TEDDER:  Your Honor, I tender the witness.

9            THE COURT:  All right.  We are going to, of

10    course, recess for lunch at this time.

11            Ladies and gentlemen, it is approximately 12:30, a

12    little bit after, and we will reconvene the evidence in

13    this case at 2 o'clock.  So if you'll step back into

14    the jury room and put your notebooks in the locker and

15    then the bailiff will escort you to lunch.

16            (Outside the presence of the jury:)

17            THE COURT:  Doctor, you're released until 2

18    o'clock.  Of course, you're allowed to remain in the

19    courtroom.  I just need to check and make sure that

20    there's nothing else, I'm speaking from a legal

21    perspective, that needs to be addressed before we begin

22    again at 2 o'clock.  Is there anything that's gonna

23    have to be addressed before we reconvene at 2:00 for

24    additional evidence?

25            MS. SINGER:  No.  But I would ask that the witness

1   be advised that he is on the stand subject to

2   cross-examination, that he not participate in

3   discussion of this case with counsel or with other

4   witnesses.

5        THE COURT:  The rule has been invoked and, of

6   course, that pertains to every witness throughout the

7   trial.  And, of course, as I'm sure you know, Doctor,

8   that means you must not discuss this case or your

9   testimony with anyone except the four attorneys who are

10  trying this case.  And since you're in the middle of

11  your testimony, you can't confer with them over the

12  lunch recess.

13       MR. GROLAND:  We can have lunch together, though?

14       THE COURT:  You can certainly have lunch together

15  and discuss the weather or any of a number of topics

16  that have nothing to do with this case.

17       MR. GROLAND:  Okay.

18       THE COURT:  Good enough.  We'll be in recess until

19  1:45 for the attorneys.  Thank you.

20       (Lunch recess taken.)

21               *  *  *  *  *

22

23

24

25