# EXHIBIT

# BB

# In the District Court of Appeal

## FIRST DISTRICT
## of Florida

BRIAN PATRICK HERLIHY  
    Appellant )  
)  
)  
)  
)  
v. )  
)  
)  
)  
STATE OF FLORIDA )  
    Appellee )  
)  
)  
)  



CASE NO.    2000-CF-2753-A  
APPEAL NO. 1D02-4788  
VOLUME XXVIII

## SUPPLEMENTAL
# RECORD

### HONORABLE MARTHA ANN LOTT
TRIAL JUDGE

### APPEAL FROM THE CIRCUIT COURT
### 8th JUDICIAL CIRCUIT FOR
### ALACHUA COUNTY, FLORIDA



**FOR APPELLANT**  
NADA M. CAREY  
ASSISTANT PUBLIC DEFENDER  
LEON COUNTY COURTHOUSE  
APPEALS DIVISION – 4TH FLOOR  
301 SOUTH MONROE  
TALLAHASSEE, FLORIDA 32301

**FOR APPELLEE**  
HONORABLE CHARLIE CRIST  
ATTORNEY GENERAL'S OFFICE  
THE CAPITOL  
DEPARTMENT OF LEGAL AFFAIRS  
CRIMINAL APPEAL SECTION  
TALLAHASSEE, FLORIDA 32399-1050

I:\USERS\YMC\Word\YVONNE\Circuit Criminal Documents\COV-SH.SUP.FEL.DOC

IN THE CIRCUIT COURT
OF THE EIGHTH
JUDICIAL CIRCUIT, IN
AND FOR ALACHUA
COUNTY, FLORIDA

BRIAN PATRICK HERLIHY

      Appellant

vs.

CASE NO.2000-2753-CFA

APPEAL NO. 1D02-4788

STATE OF FLORIDA
      Appellee

| INDEX INSTRUMENT | DATE FILED | PAGE NO. |
|---|---|---|
| DOCKET LINES | | |
| EVIDENCE LIST | | |
| **VOLUME I** | | |
| ARREST | 08-11-2000 | 1-3 |
| FIRST APPEARANCE ORDER | 08-11-2000 | 4 |
| SEALED ENVELOPE SAID TO CONTAIN COPIES OF APPLICATION & AFFIDAVIT FOR SEARCH WARRANT | 08-16-2000 | 5 |
| NOTICEOF APPEARANCE OF COUNSEL | 08-22-2000 | 6 |
| STIPULATION FOR SUBSTITUTION OF COUNSEL | 08-25-2000 | 7 |
| STATE OF FLORIDA IN THE CIRCUIT COURT EIGHTH JUDICIAL CIRCUIT INDICTMENT FOR FIRST DEGREE MURDER TRUE BILL | 08-29-2000 | 8-9 |

| | | |
|---|---|---|
| ORDER ALLOWING SUBSTITUTION OF COUNSEL | 08-29-2000 | 10 |
| MOTION TO WITHDRAW | 08-30-2000 | 11 |
| WRITTEN PLEA OF NOT GUILTY, DEMAND FOR DISCOVERY AND DEMAND FOR JURY TRIAL | 08-30-2000 | 12 |
| FIRST APPEARANCE ORDER | 08-21-2000 | 13 |
| ORDER GRANTING MOTION TO WITHDRAW | 08-31-2000 | 14 |
| MOTION TO SET BOND | 09-29-2000 | 15-18 |
| STIPULATION FOR BOND | 10-13-2000 | 19-20 |
| ORDER SETTING BOND | 10-13-2000 | 21-22 |
| CASH APPEARANCE BOND (SEE FRONT AND BACK) | 10-17-2000 | 23-24 |
| MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND MOTION TO EXCUSE THE DEFENDANT | 11-09-2000 | 25-26 |
| ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE AND EXCUSING DEFENDANT FROM CASE MANAGEMENT CONFERENCE ON NOVEMBER 20,2000 | 11-15-2000 | 27 |
| MOTION TO REVOKE BOND | 05-14-2001 | 28-29 |
| COPIES OF COMPLAINT AFFIDAVIT FROM BROWARD COUNTY | 05-13-2001 | 30-35 |
| ORDER REVOKING BOND AND DIRECTING CLERK TO ISSUE CAPIAS | 05-14-2001 | 36 |
| BOND INFORMATION | 05-16-2001 | 37 |
| FIRST APPEARANCE ORDER | 06-06-2001 | 38-41 |
| CASH APPEARANCE BOND | 06-13-2001 | 41A |
| COPIES OF COMPLAINT AFFIDAVIT FROM BROWARD COUNTY, FLORIDA | 07-18-2001 | 42-58 |
| SECOND MOTION TO REVOKE BOND | 07-20-2001 | 59-61 |
| SECOND MOTION TO REVOKE BOND HEARING | 07-20-2001 | 62 |

| | | |
|---|---|---|
| ORDER REVOKING CASH BOND AND DIRECTING THE ISSUANCE OF CAPIAS | 07-20-2001 | 63 |
| MOTION TO CONTINUE | 07-26-2001 | 64-66 |
| MOTION TO SET ASIDE BOND ESTREATURE | 10-21-2001 | 67-68 |
| ORDER GRANTING MOTION TO SET ASIDE BOND ESTREATURE | 10-26-2001 | 69-70 |
| BOND INFORMATION | 10-29-2001 | 71 |
| COPY OF VOUCHER CHECK PAYABLE TO LOIS HERLIHY (BOND REIMBURSEMENT | 11-02-2001 | 72 |
| UNOPPOSED MOTION TO CONTINUE TRIAL | 11-06-2001 | 73-74 |
| ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE | 11-30-2001 | 75-76 |
| MOTION FOR COURT ORDER ALLOWING DEFENDANT TO GET COPIE S OF CHILD PROTECTION TEAM RECORDS | 01-22-2002 | 77 |
| UNOPPOSED MOTION TO CONTINUE TRIAL | 02-01-2002 | 78-79 |
| AMENDED FIRST APPEARANCE ORDER AS TO BAIL, WITH ATTACHED FIRST APPEARANCE ORDER AND ALACHUA COUNTY WARRANT/CAPIAS MITTIMUS | 03-15-2002 | 80-84 |
| MOTION TOREINSTATE PREVIOUS BOND | 03-27-2002 | 85-86 |
| MOTION FOR ORDER ALLOWING ISSUANCE OF SUBPOENAS DUCES TECUM FOR EMPLOYMENT AND EDUCATIONAL RECORDS OF DEFENDANT | 04-16-2002 | 87-88 |
| MOTION TO CONTINUE TRIAL TERM | 06-26-2002 | 89 |
| MOTION TO CONTINUE CAUSE | 06-26-2002 | 90 |
| ADDENDUM TO MOTION TO CONTINUE CAUSE | 06-28-2002 | 91 |
| ORDER GRANTING DEFENDANT'S MOTION FOR COURT ORDER ALLOWING CHILD PROTECTION TEAM TO TURN OVER COPIES OF RECORDS | 08-26-2002 | 92 |

| | | |
|---|---|---|
| DEFENDANT'S MOTION IN LIMINE | 09-03-2002 | 93-97 |
| STATE'S PROPOSED JURY INSTRUCTION REGARDING DEMONSTRATION EVIDENCE | 09-04-2002 | 98 |
| REQUEST TO ADJOURN TRIAL AT OR NEAR 5:00 P.M. ON WEDNESDAY, SEPTEMBER 11,2002 AND WEDNESDAY, SEPTEMBER 18, 2002 | 09-04-2002 | 99 |
| STIPULATION ON ADMISSION OF MEDICAL RECORDS AND REPORTS | 09-05-2002 | 100 |
| STIPULATION ON ADMISSION OF 911 CALL INTO EVIDENCE | 09-05-2002 | 101 |
| MOTION FOR RECONSIDERATION OF ADMISSIBILITY OF TESTIMONY OF DEPUTY CATHY LONG | 09-06-2002 | 102-130 |
| ENVELOPE SAID TO CONTAIN JURORS' NOTES FROM JURY SELECTION | 09-09-2002 | 131 |
| ENVELOPE SAID TO CONTAIN JURORS' NOTES FROM JURY SELLECTION | 09-09-2002 | 132 |
| ENVELOPE SAID TO CONTAIN JURORS' NOTES FROM JURY SELECTION | 09-09-2002 | 133 |
| DEFENDANT'S MOTION FOR REHEARING AND A DEMAND FOR A RICH ARDSON INQUIRY ON THE ISSUE OF THE ADMISSIBILITY OF A COMPACT DISC PURPORTING TO SHOW A DEMONSTRATION OF SBS (SHAKEN BABY SYNDROME) | 09-09-2002 | 134-135 |
| DECORUM ORDER AS TO MEDIA | 09-09-2002 | 136 |
| ORDER DENYING MOTION FOR RECONSIDERATION OF ADMISSIBILITY OF TESTIMONY OF DEPUTY CATHY LONG | 09-09-2002 | 137 |
| DEFENDANT'S RESPONSE IN OPPOSITION TO STATE'S MOTION FOR RECONSIDERATION OF ADMISSIBILITY OF TESTIMONY OF DEPUTY CLERK KATHY LONG | 09-09-2002 | 138-143 |
| ORDER GRANTING MOTION FOR RELEASE OF EVIDENCE | 09-10-2002 | 144 |

STATE'S PROPOSED JURY INSTRUCTION
REGARDING DEMONSTRATION EVIDENCE          09-10-2002          145

MOTION FOR REHEARING ON THE ISSUE OF
WHETHER THE DEFENSE OR THE STATE OF
FLORIDA OPENED THE DOOR SO AS TO
CAUSE THE ADMISSIBILITY OF CERTAIN EVIDENCE   09-20-2002          146-147

INSTRUCTION TO JURY REGARDING WITNESS
TESTIFYING OUT OF ORDER          09-20-2002          148

2.02 (a) WHEN THERE ARE LESSER INCLUDED
CRIMES OR ATTEMPTS REGARDING EVIDENCE          09-24-2002          149-151

JURY INSTRUCTIONS          09-25-2002          152-169

VERDICT          09-25-2002          170

MOTION FOR RE-HEARING ON ISSUE OF
ADMISSIBILITY OF COMPACT DISC PRESENTATION   09-25-2002          171


**VOLUME II**

DEFENDANT'S MOTION FOR SANCTIONS AGAINST
STATE FOR WITHHOLDING CRITICAL TESTIMONY,
DEMAND FOR RICHARDSON HEARING, AND
MOTION FOR MISTRIAL          09-25-2002          172-218

MOTION TO REOPEN DEFENDANT'S CASE AND
ALLOW PREVIOUSLY LISTED STATE WITNESSES
TO TESTIFY          09-25-2002          219-220

MOTION FOR NEW TRIAL          10-03-2002          221-222

ORDER DENYING MOTION FOR NEW TRIAL          10-29-2002          223

REALTIME TRANSCRIPT PROCEEDINGS:
MOTION TODISMISS INDICTMENT, HELD ON
09-05-2002          11-08-2002          224-267

DECORUM ORDER AS TO MEDIA          11-08-2002          268-272

AMENDED DECORUM ORDER AS TO MEDIA          11-08-2002          273-275

SEALED ENVELOPE SAID TO CONTAIN
PSI REPORT          11-08-2002          276

| | | |
|---|---|---|
| PHOTOGRAPH OF THE CHILD | 11-08-2002 | 277 |
| ORDER REQUIRING TRANSCRIPTION OF TRIAL TESTIMONY | 11-08-2002 | 278 |
| JUDGMENT | 11-08-2002 | 279 |
| AMENDED JUDGMENT AS TO CRIME | 11-08-2002 | 280 |
| SENTENCE AS TO COUNT 1, AND OTHER PROVISIONS | 11-08-2002 | 282-282 |
| FINGERPRINTS OF DEFENDANT | 11-08-2002 | 283 |
| ORDER ESTABLISHING MONETARY SUMS | 11-08-2002 | 284-285 |
| CRIMINAL CODE SCORESHEET | 11-08-2002 | 286-287 |
| CIVIL RESTITUTION LIEN ORDER | 11-08-2002 | 288 |
| STATE OF FLORIDA UNIFORM COMMITMENT TO CUSTODY OF DEPARTMENT OF CORRECTIONS | 11-13-2002 | 289 |
| MOTION FOR SUPERSEDEAS BOND | 11-15-2002 | 290-293 |
| APPLICATION FOR APPOINTMENT OF PUBLIC DEFENDER/AFFIDAVIT OF INDIGENCY AND RELEASE OF FINANCIAL INFORMATION | 11-22-2002 | 294 |
| INFORMATION RECEIVED FROM COMMONWEALTH OF PENNSYLVANIA RE: DEFENDANT BRIAN PATRICK HERLIHY | 11-22-2002 | 295-299 |
| INFORMATION RECEIVED FROM COMMONWEALTH OF PENNSYLVANIA RE: DEFENDANT BRIAN PATRICK HERLIHY | 11-22-2002 | 300-304 |
| NOTICE OF APPEAL | 11-22-2002 | 305- |
| DESIGNATION TO REPORTER AND REPORTER'S ACKNOWLEDGEMENT | 11-22-2002 | 306-308 |
| DIRECTIONS TO THE CLERK | 11-22-2002 | 309 |
| STATEMENT OF JUDICIAL ACTS TO BE REVIEWED | 11-22-2002 | 310-312 |

DESIGNATION OF PUBLIC DEFENDER, SECOND
JUDICIAL CIRCUIT, FOR THE HANDLING OF
APPEAL                                                    11-22-2002              313

ORDER FINDING DEFENDANT INDIGENT AND
APPOINTING PUBLIC DEFENDER OF THE
EIGHTH JUDICIAL CIRCUIT FOR HANDLING OF
APPEAL                                                    12-04-2002              314-315

AMENDED NOTICE OF APPEAL                                  12-30-2002              316


**SUPPLEMENTAL RECORD ON APPEAL**
**VOLUME III**
ORDER ON DESIGNATION TO REPORTER                          01-29-2003              317

ORDER ON DESIGNATION TO REPORTER                          02-03-2003              318

FIRST DISTRICT COURT OF APPEAL ORDER                      03-03-2003              319


**TRANSCRIPTS**
**VOLUME IV**
JURY TRIAL VOLUME I HELD 9-10-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT                  05-01-2003              1-107

**VOLUME V**
JURY TRIAL VOLUME II HELD 9-10-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                                 05-01-2003              108-310

**VOLUME VI**
JURY TRIAL VOLUME III HELD 9-11-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                                 05-01-2003              311-435

**VOLUME VII**
JURY TRIAL VOLUME IV HELD 9-11-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT                  05-01-2003              436-568

**VOLUME VIII**
JURY TRIAL VOLUME V HELD 9-12-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT                  05-01-2003              569-674

**VOLUME IX**
JURY TRIAL VOLUME VI HELD 9-12-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL

| MCDONOUGH | 05-01-2003 | 675-834 |
|---|---|---|

**VOLUME X**
JURY TRIAL VOLUME VII HELD 9-13-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT    05-01-2003    835-961

**VOLUME XI**
JURY TRIAL VOLUME VIII HELD 9-13-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH    05-01-2003    962-1098

**VOLUME XII**
JURY TRIAL VOLUME IX HELD 9-17-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH    05-01-2003    1099-1204

**VOLUME XIII**
JURY TRIAL VOLUME X HELD 9-17-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT    05-01-2003    1205-1368

**VOLUME XIV**
JURY TRIAL VOLUME XI HELD 9-18-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT    05-01-2003    1369-1503

**VOLUME XV**
JURY TRIAL VOLUME XII HELD 9-18-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH    05-01-2003    1504-1673

**VOLUME XVI**
JURY TRIAL VOLUME XIII HELD 9-19-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH    05-01-2003    1674-1787

**VOLUME XVII**
JURY TRIAL VOLUME XIV HELD 9-19-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT    05-01-2003    1788-1961

**VOLUME XVIII**
JURY TRIAL VOLUME XV HELD 9-20-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT    05-01-2003    1962-2088

**VOLUME XIX**
JURY TRIAL VOLUME XVI HELD 9-20-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH    05-01-2003    2089-2176

**VOLUME XX**
JURY TRIAL VOLUME XVII HELD 9-23-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                    05-01-2003                    2177-2267

**VOLUME XXI**
JURY TRIAL VOLUME XVIII HELD 9-23-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY
BRYANT                                       05-02-2003                    2268-2432

**VOLUME XXII**
JURY TRIAL VOLUME XIX HELD 9-24-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY
BRYANT                                       05-02-2003                    2433-2522

**VOLUME XXIII**
JURY TRIAL VOLUME XX HELD 9-25-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY
BRYANT                                       05-02-2003                    2523-2534

**VOLUME XXIV**
MOTION FOR SUPERSEDEAS BOND HEARING
HELD 11-22-02 BEFORE JUDGE LOTT, COURT
REPORTER LAURIE ANN CHAFFIN                   04-21-2003                    2535-2560

**VOLUME XXV**
PRETRIAL MOTION HEARING HELD 9-4-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY
BRYANT                                       05-01-2003                    2561-2745

**VOLUME XXVI**
PRETRIAL MOTION HEARING HELD 9-5-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT     05-01-2003                    2746-2853

**VOLUME XXVII**
SENTENCING HEARING HELD 11-8-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT     05-06-2003                    2854-2934


**SUPPLEMENTAL RECORD ON APPEAL**
**VOLUME XXVIII**
FIRST DISTRICT COURT OF APPEAL ORDER         09-22-2003                    320

SUPPLEMENTAL DIRECTIONS TO THE CLERK
OF THE ABOVE-ENTITLED COURT                  09-23-2003                    321-323

MOTION FOR ORDER DIRECTING COURT

| | | |
|---|---|---|
| REPORTER TO TRANSCRIBE NOTES | 09-23-2003 | 324-326 |
| ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOTES | 09-24-2003 | 327 |
| COPY OF AFFIDAVIT {COURT REPORTER} | 09-26-2003 | 328 |
| SUPPLEMENTAL DIRECTIONS TO THE CLERK OF THE ABOVE-ENTITLED COURT | 10-10-2003 | 329-331 |
| MOTION FOR ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOTES | 10-10-2003 | . 332-335 |
| ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOTES | 10-14-2003 | 336 |
| AMENDED REQUEST FOR EXTENSION OF TIME TO PREPARE TRANSCRIPT ON APPEAL | 10-22-2003 | 337 |
| AFFIDAVIT {COURT REPORTER} | 11-03-2003 | 338 |
| CORRECTED ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOTES | 11-05-2003 | 339-340 |
| AMENDED MOTION FOR ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOTES | 11-10-2003 | 341-342 |
| FIRST DISTRICT COURT OF APPEAL ORDER | 11-10-2003 | 343 |
| SUPPLEMENTAL DIRECTIONS TO THE CLERK OF THE ABOVE-ENTITLED COURT | 11-12-2003 | 344-346 |
| DEFENDANT'S MOTION TO SUPPRESS EVIDENCE | 09-03-2002 | 347-349 |
| MOTION TO SUPPRESS STATEMENTS | 09-03-2002 | 350-352 |

*CLERK'S NOTE: THE FOLLOWING DOCUMENTS ARE INCLUDED HERE BECAUSE THEY WERE INADVERTENTLY OMITTED FROM THE ORIGINAL RECORD ON APPEAL*

| | | |
|---|---|---|
| MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO SUPPRESS EVIDENCE FILED BY DEFENDANT | 09-05-2002 | 353-355 |
| MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO SUPPRESS STATEMENTS FILED BY | | |

DEFENDANT                                           09-05-2002              356


**TRANSCRIPTS**
**VOLUME XXIX**
JURY SELECTION VOLUME I HELD 9-9-02 BEFORE
JUDGE LOTT, COURT REPORTER BETTY SUE
VINCENT                                             11-18-2003             2935-3106

**VOLUME XXX**
JURY SELECTION VOLUME II HELD 9-9-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT           11-18-2003             3107-3308

Case 1:09-cv-000 MP-GRJ   Document 21-34   Filed 03/22/11   Page 14 of 79

*prgrm name*
```
    Date: 11/18/2003                                              Page: 1
    Time: 16:20:12                                                *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                       PAGE: 1

--------------------------DEFENDANT NAME INFORMATION--------------------------

    TYPE --: 0
    NAME --: HERLIHY, BRIAN PATRICK            SUFFIX ----:
    ADDRESS: 19401 NW 10TH ST
    ADDRES2:
    CITY --: PEMBROOKE PINES       STATE: FL   ZIP -------: 33029
    ST ID#: 03796298                           DOB -------: 10/11/1970
    PLACE OF BIR> USA (UNITED STATES OF AMERICA)
    CITIZENSHIP : 1          RACE ----: W       SEX -------: M   HGT: 510
    HAIR COLOR -: BRO        EYE COLOR: BRO     WEIGHT ----: 185
    DL/ST NO ---:
    SOC SEC NO -:               DIST MRKS: SCAR OVER RT EYE
    DEF STATUS -:               STAT DATE:
    EMPLY/SCHL -: ALTERNATE PH #                TEL # -----: 3056210420
    COMMENT ----: UPD 06-05-2001 LC
    FBI # ------:                               DPT OF CORR:


---------------------------- CASE INFORMATION ----------------------------
    CASE: 012000CF002753A  DATE FILE W/CLERK: 08102000  S.A. NO----:
    CASE CROSS REF:                  PUB DEF LIEN: GPDG

---------------------------- ARREST INFORMATION ----------------------------
    BK DATE-: 03152002       BK NO---: 200200003610  ARST AGCY> ASO
    OFF LOC->                                        ARST DT-: 0810200
    OFFCR NO:                CUST LOC> DEPARTMENT OF THE JAIL

---------------------------- COURT INFORMATION ----------------------------
    NXT CRT DATE--: 09092002
    COURT TYPE----> DAY CERTAIN TRIAL            JUDGE> 5
    DEF TYP/CNSL--> 3/0100 PUBLIC DEFENDER
    PROS ATTY-----> 0076   SINGER, JEANNE M
    SPDY TRIAL CMP: 02062001   PTI LGTH:   MTHS  DEFRD PROS LGTH:   MTHS

---------------------------- POST SENTENCE INFORMATION ----------------------------
    MSG TYPE-------: P      APPEAL FILED: 11222002   MANDATE DATE:
    REOPENED REASON: V      REOPENED DTE: 06052001   CLOSED DATE-: 11082002

---------------------------- FINE INFORMATION ----------------------------
    FINE ASSESSED: 56,773.74  FINE PD/ADJ:      .00  FINE BALANCE: 56,773.
    REST ASSESSED: 17,515.46  REST PD/ADJ:      .00  REST BALANCE: 17,515.
```

```
*prgrm name*
  Date: 11/18/2003                                                    Page: 2
  Time: 16:20:12                                                      *prgrm name*
                   J.K. "BUDDY" IRBY, CLERK OF THE COURT
                          ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                          PAGE: 2

 ** BOND **---------------------------------------------------------------------
 NUMBER   ISEQ PSEQ TYPE   AMOUNT STAT  POSTED    RETURNED    JUDGMENT   SATISFCT'N
 ------------------------------------------------------------------------------
 119603    000      BB  $50,000.00  RL 10/16/2000 05/16/2001
 00118713B 000      BB  $50,000.00  RL 06/11/2001

 ** BENCH WARRANT / CAPIAS ** --------------------------------------------------
      B/C ORDERED     ISSUED      SERVED    RECALLED    STATUS       JUDGE
 ------------------------------------------------------------------------------
      CP 08/29/2000 08/29/2000 08/31/2000              EXECUTED    CATES, ROBER
      CP 05/14/2001 05/15/2001 06/05/2001              EXECUTED    LOTT, MARTHA
      CP 07/20/2001 07/20/2001 03/14/2002              EXECUTED    TURNER, LARR

 ** COURT EVENT HISTORY---------------------------------------------------------
   ISEQ PSEQ            TYPE         DATE    TIME   LOC     JUDGE
 ------------------------------------------------------------------------------
            BOND HEARING         10/17/2000 01:30   2E   CHANCE, CHESTER
            CASE MANAGEMENT      12/18/2000 01:30   3A   CHANCE, CHESTER
            CASE MANAGEMENT      01/17/2001 01:30   3A   CHANCE, CHESTER
            CASE MANAGEMENT      02/19/2001 01:30   3A   CHANCE, CHESTER
            CASE MANAGEMENT      03/19/2001 01:30   3A   LOTT, MARTHA AN
            PRE TRIAL CONFERENCE 02/20/2002 01:30   3D   LOTT, MARTHA AN
            PRE TRIAL CONFERENCE 07/17/2002 01:30   3D   LOTT, MARTHA AN
            TRIAL STATUS CONF    09/04/2002 02:00   3D   LOTT, MARTHA AN
            JURY SELECTION       09/09/2002 09:00   3D   LOTT, MARTHA AN
            DAY CERTAIN TRIAL    09/09/2002 09:00   4A   LOTT, MARTHA AN
```

```
*prgrm name*
   Date: 11/18/2003                                              Page: 3
   Time: 16:20:12                                                *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                       PAGE: 3
----------------------- INITIAL CHARGE INFORMATION -----------------------

       STATUS------> ARRESTED      CHRG SEQ NO-----: 001
       OBTS NO-----: 0102021473    CITATION NO-----:
       DATE OF OFF-: 08102000       OFFENSE CODE----> 2196
       NCIC CODE---: 0912          LEVEL/DEGREE----: F/C
       STATUTE NO--: 78204  1A     MURDER
       ACTIVITY---->               GEN OFF CHAR----: N
       WEAPONS----->               DRUG TYPE------->
       RANGE------->               AMOUNT----------: 000000
       UNIT-------->               WORTHLESS CK AMT: 00000000


----------------------- PROSECUTOR CHARGE INFORMATION -----------------------

       STATUS------> SAME          CHRG SEQ NO-----: 001
       OBTS NO-----: 0102021473    S. A. FILE DATE-: 08292000
       FNL DEC DATE: 08292000      FINAL ACTION----> FILED
       DATE OF OFF-: 08102000      OFFENSE CODE----> 2192
       NCIC CODE---: 0912          LEVEL/DEGREE----: F/C
       STATUTE NO--: 78204  1A     MURDER FIRST DEGREE
       ACTIVITY---->               GEN OFF CHAR----: N
       WEAPONS----->               DRUG TYPE------->
       RANGE------->               AMOUNT----------: 000000
       UNIT-------->               WORTHLESS CK AMT: 00000000


                                                      C SEQ: 001
----------------------- COURT CHARGE INFORMATION -----------------------

       MANSLAUGHTER
       STATUS-------> REDCD        DATE OF OFF----: 08102000 OBTS NO: 0102021473
       OFFENSE CODE-> 2198         NCIC CODE------: 0909   LEV/DEG: F/S
       STATUTE NO---: 78207
       ACTIVITY----->              GEN OFF CHAR---: N        WEAPONS>
       DRUG TYPE---->              RANGE---------->          AMOUNT-: 000000
       UNIT--------->              APPEARANCE-----> 03       CONT--->
       CRT DISP DATE: 11082002     CRT ACT TAKEN--> ADJUDICATED GUILTY
       TRIAL TYPE---: 2            FINAL PLEA-----> NOT GUILTY
       VERDICT------> GJ           REMANDED?------:
       PSI?---------:              PSI RETURN DATE: 00000000
       COMMENT------:
```

```
*prgrm-name*
   Date: 11/18/2003                                              Page: 4
   Time: 16:20:12                                                *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                     PAGE: 4

     ----------------------- SENTENCE INFORMATION  CNT: 001 ----------------
     DEF TYP/CNSL> 3 0100        PUBLIC DEFENDER
     PROS ATTY---> 0076          SINGER, JEANNE M
     JUDGE-------> MAL           LOTT, MARTHA ANN
     IMPOSED DTE-: 11082002      EFFECTIVE DATE-: 11082002 JURIS RET-:
     ASMT AMOUNT-> 05677374      ASMT BAL-:  56,773.74     GDLNS WVD--:
     REST AMOUNT-> 01751546      REST BAL-:  17,515.46     REST D/DATE:
     CNTY OF SUPV> ALACHUA       SUPV RATE:               SUPV AMOUNT:
     CONF TYPE---> STATE PRISON CONF LGTH:    15 y  m  d  CONF SUSP:      y  m
     COM SRV HRS-:               COM CTL LGTH:   y  m  d  DRG CNF TRM: 000y00m00
     PROB TYPE--->               PROB LENGTH-:   y  m  d  PRB TRM DT:
     SENT TRM DTE:               DL SUSP/REV-: 00y00m00d  CR TIME SRV:  0347
     STATUS------>               REF CASE/SEQ NO: 01       0
     SENTENCE PROVISIONS---------->
     SPECIAL SENTENCE PROVISIONS-->
     ADD SENT/CMT:                                        SUPV BAL-:       .0


   * * C R I M I N A L   F I N E S   A S S E S S M E N T   D A T A * *

--- FINE ASSESSMENTS -----------------------------------------------------

SEQ ST SEQ ST FILED PHASE  ASMT DATE  DUE DATE  ASMT AMT    TOTAL PTD    BALANCE
=================================================================================
001  001   08/29/2000 COURT  11/08/2002 01/08/2003 56773.74      .00  56773.7

---DIST-----ASSESSED----- P-T-D--          ---DIST-----ASSESSED-----P-T-D-
  ** NO DIST CONTROL XXX RECORD **

 ** NO PAYMENT RECORD **

  ** CRIMINAL ACTION DOCKET ---------------------------------------------
     DATE        DESCRIPTION                                 DOC PG SEQ
--------------------------------------------------------------------------
     08/10/2000 CASE OPENED - ON VIEW ARREST                 00000
     08/11/2000 FIRST APPEARANCE ORDER// CURTIN
     08/11/2000 THE DEFENDANT BE RELEASED ON STANDARD CONDITIONS
     08/11/2000 (F.S. 903.047) AND THE FOLLOWING CONDITIONS:
     08/11/2000 BAIL SET IN THE AMOUNT OF $ 500,000.00
     08/11/2000 THE COURT FINDS THE DEFENDANT IS ELIGIBLE
     08/11/2000 FOR AND APPOINTS THE PUBLIC DEFENDER, PENDING
     08/11/2000 THE FILING OF A FINANCIAL AFFIDAVIT AND PAYMENT
     08/11/2000 $40.00 APPLICATION WITHIN 7 DAYS (FS 27.52)
     08/11/2000 PHOTO IDENTIFICATION NOT FILED
     08/11/2000 BAIL SET AT   500000.00                      00000  000
     08/11/2000 SA ASSIGNED:  FERRERO, DENISE R              00000
     08/11/2000 PD ASSIGNED:  MOLLICA, SALVATORE D           00000
```

*prgrm name*
```
    Date: 11/18/2003                                                    Page: 5
    Time: 16:20:12                                                      *prgrm name*
                        J.K. "BUDDY" IRBY, CLERK OF THE COURT
                            ALACHUA COUNTY, FLORIDA
-----------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                             PAGE: 5

 ** CRIMINAL ACTION DOCKET -----------------------------------------------
    DATE        DESCRIPTION                                         DOC PG SEQ
-----------------------------------------------------------------------------
    08/17/2000 SA ASSIGNED:  SINGER, JEANNE M                       00000
    08/22/2000 NOTICE OF APPEARANCE: G GROLAND   (CURRENTLY REP
    08/25/2000 STIPULATION FOR SUBSTITUTION OF COUNSEL
    08/29/2000 ORDER ALLOWING SUBSTITUTION OF COUNSEL / GORDON
    08/29/2000 SUBSTITUTED AS COUNSEL // CHANCE
    08/29/2000 INDICTMENT FILED FOR FIRST DEGREE MURDER
    08/29/2000 ARRAIGNMENT           SET FOR 09192000               00000
    08/29/2000 CAPIAS     ISSUED                                    00000
    08/29/2000 CAPIAS     ORDERED                                   00000
    08/29/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H         00000
    08/30/2000 MOTION TO WITHDRAW
    08/30/2000 WRITTEN PLEA OF NOT GUILTY
    08/30/2000 DEMAND FOR DISCOVERY
    08/30/2000 AND DEMAND FOR JURY TRIAL
    08/31/2000 CAPIAS     SERVED                                    00000
    08/31/2000 CASE MANAGEMENT       SET FOR 11222000               00000
    08/31/2000 DEFENDANT REARRESTED ON   08312000                  00000
    08/31/2000 DEF NAME AT RARST HERLIHY, BRIAN PATRICK             00000
    08/31/2000 FIRST APPEARANCE ORDER// CRENSHAW
    08/31/2000 DEFENDANT HELD WITHOUT BAIL
    08/31/2000 DEFENDANT WILL CONSULT PRIVATE COUNSEL
    08/31/2000 PHOTO IDENTIFICATION NOT FILED
    08/31/2000 ORDER GRANTING MOTION TO WITHDRAW / GORDON GROLA
    08/31/2000 RETAINED AS PRIVATE COUNSEL // CHANCE
    09/18/2000 MOTION TO COMPEL DISCOVERY
    09/18/2000 STATE'S DISCOVERY EXHIBIT
    09/18/2000 DEMAND FOR RECIPROCAL DISCLOSURE
    09/21/2000 CASE MANAGEMENT       SET FOR 11202000               00000
    09/21/2000 NOTICE ISSUED TO: DEFENDANT                          00000
    09/21/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H         00000
    09/29/2000 MOTION TO SET BOND
    10/02/2000 BOND HEARING         SET FOR 10172000                00000
    10/02/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H         00000
    10/02/2000 NOTICE OF HEARING ON  103000  AT / 2:00PM  /
    10/13/2000 ORDER SETTING BOND / $50,000.00 CASH // CHANCE
    10/13/2000 SPECIAL CONDITIONS:
    10/13/2000 NO CONTACT WITH VICTIM'S FAMILY OR EXTENDED FAMI
    10/13/2000 NO CONTACT WITH CHILDREN UNDER THE AGE OF 16 YEA
    10/13/2000 MUST RESIDE IN BROWARD CO., FLORIDA WITH HIS PAR
    10/13/2000 AT 19401 NW 10 ST, PEMBROKE PINES, FL UNTIL FURT
    10/13/2000 ORDER OF THE COURT AND SHALL NOT LEAVE BROWARD C
    10/13/2000 WITHOUT PERMISSION FROM THE COURT EXCEPT TO TRAV
    10/13/2000 TO GAINESVILLE, FL TO MEET WITH HIS ATTORNEYS OR
    10/13/2000 MAKE COURT APPEARANCES IN CONNECTION WITH THESE
    10/13/2000 IF DEFENDANT HAS A PASSPORT, SHALL SURRENDER TO
```

```
*prgrm -name*
  Date: 11/18/2003                                                Page: 6
  Time: 16:20:13                                                  *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                      PAGE: 6

 ** CRIMINAL ACTION DOCKET -----------------------------------------------------
    DATE        DESCRIPTION                                   DOC  PG SEQ
-------------------------------------------------------------------------------
   10/13/2000 STATE ATTORNEY'S OFFICE OR ANOTHER DESIGNATED AG
   10/13/2000 SHALL NOT BECOME EMPLOYED IN THE MEDICAL OR HEAL
   10/13/2000 SECTOR DURING THE PENDENCY OF THIS CASE
   10/13/2000 SHALL WITHIN 10 DAYS OF POSTING BOND BE REFERRED
   10/13/2000 FAMILY DOCTOR IN BROWARD CO. TO A PSYCHIATRIST F
   10/13/2000 EVALUATION TO DETERMINE WHETHER OR NOT THE DEFEN
   10/13/2000 SHOULD BE ON ANY MEDICATION FOR DEPRESSION OR OT
   10/13/2000 MEDICAL PROBLEM
   10/13/2000 STIPULATION FOR BOND
   10/17/2000 BLANKET BOND POSTED ON  2000-02660-CFA          00000
   10/17/2000 BOND SET AT    50000.00 POSTED BLANKET BOND     00000  000
   10/17/2000 STATUS OF BOND IS  OPEN               BOND #: 1 00000  000
   10/17/2000 BLANKET BOND    `BOND POSTED ON 10/16/2000      00000  000
   10/17/2000 BLANKET BOND POSTED FOR 2000-02660-CFA          00000
   10/17/2000 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY         00000
   10/20/2000 RTN MAIL 10182000/TO BRIAN HERLIHY/FOR CASE MANA
   10/20/2000 11202000/UNABLE TO FORWARD//CRC
   11/09/2000 MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AN
   11/09/2000 MOTION TO EXCUSE THE DEFENDANT
   11/15/2000 ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANC
   11/15/2000 EXCUSING DEFENDANT FROM CASE MANAGEMENT CONFEREN
   11/15/2000 ON 11202000 / CONTINUED TO 12182000 // CHANCE
   11/15/2000 NOTICE OF TAKING DEPOSITIONS
   11/15/2000 NOTICE OF TAKING DEPOSITIONS
   11/16/2000 CASE MANAGEMENT      SET FOR 12182000           00000
   11/16/2000 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY         00000
   11/16/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H    00000
   11/27/2000 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   12/18/2000 ORDER ON CASE MANAGEMENT CONFERENCE// CHANCE
   12/18/2000 CASE MANAGEMENT      SET FOR 01172001           00000
   12/21/2000 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY         00000
   12/27/2000 NOTICE OF HEARING ON  01032001  AT / 1:45 PM  /
   12/27/2000 MOTION TO MODIFY A CONDITION OF RELEASE
   01/03/2001 COURT MINUTES ON MOTION TO COMPEL - CANCELLED/
   01/03/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   01/17/2001 ORDER ON CASE MANAGEMENT CONFERENCE// CHANCE
   01/17/2001 CASE MANAGEMENT      SET FOR 02192001           00000
   01/18/2001 NOTICE ISSUED TO: DEFENDANT                     00000
   01/18/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY         00000
   01/18/2001 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H    00000
   01/22/2001 AMENDED NOTICE OF TAKING DEPOSITION
   02/05/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   02/05/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   02/14/2001 NOTICE OF TAKING DEPOSITIONS
   02/15/2001 NOTICE OF TAKING DEPOSITIONS
```

```
*prgrm-name*
   Date: 11/18/2003                                              Page: 7
   Time: 16:20:13                                                *prgrm name*
                  J.K. "BUDDY" IRBY, CLERK OF THE COURT
                     ALACHUA COUNTY, FLORIDA
-----------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                     PAGE: 7

** CRIMINAL ACTION DOCKET -------------------------------------------
     DATE       DESCRIPTION                              DOC PG SEQ
-----------------------------------------------------------------------
   02/15/2001 NOTICE OF TAKING DEPOSITIONS
   02/15/2001 NOTICE OF TAKING DEPOSITIONS
   02/15/2001 NOTICE OF TAKING DEPOSITIONS
   02/15/2001 NOTICE OF TAKING DEPOSITIONS
   02/19/2001 CASE MANAGEMENT .    SET FOR 03192001      00000
   02/19/2001 DEFENDANT SIGNED NOTICE FOR  031901  CASE MANAGE
   02/20/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY    00000
   02/20/2001 AMENDED NOTICE OF TAKING DEPOSITION
   02/21/2001 NOTICE OF CANCELLATION OF DEPOSITION AT THE STAT
   02/21/2001 REQUEST
   02/27/2001 NOTICE OF HEARING ON  03052001  AT / 11:00 AM  /
   03/05/2001 COURT MINUTES ON MOTION TO MODIFY CONDITIONS OF
   03/05/2001 RELEASE - MOTION DENIED / ORDER TO BE PREPARED
   03/05/2001 BY STATE ATTORNEY /
   03/16/2001 NOTICE OF TAKING DEPOSITIONS
   03/19/2001 ORDER ON CASE MANAGEMENT CONFERENCE// LOTT
   03/19/2001 PRE TRIAL CONFERENCE SET FOR 09262001      00000
   03/19/2001 JURY SELECTION      SET FOR 10082001       00000
   03/20/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY    00000
   03/20/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY    00000
   03/23/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   03/27/2001 NOTICE OF TAKING DEPOSITIONS
   03/27/2001 NOTICE OF TAKING DEPOSITIONS
   03/27/2001 AMENDED NOTICE OF TAKING DEPOSITION
   03/30/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   04/04/2001 AMENDED NOTICE OF TAKING DEPOSITION
   04/24/2001 NOTICE OF CANCELLATION OF DEPOSITION
   05/03/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   05/14/2001 MOTION TO REVOKE BOND
   05/14/2001 ORDER REVOKING BOND AND DIRECTING CLERK TO ISSUE
   05/14/2001 CAPIAS//LOTT
   05/14/2001 CAPIAS      ORDERED                        00000
   05/15/2001 CAPIAS      ISSUED                         00000
   05/16/2001 STATUS OF BOND IS   RELEASED     BOND #: 1 00000  000
   05/22/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   05/22/2001  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
   05/22/2001 $ 50.75 // PAID
   06/01/2001 NOTICE OF TAKING DEPOSITIONS
   06/05/2001 CAPIAS      SERVED                         00000
   06/06/2001 DEFENDANT REARRESTED ON   06052001         00000
   06/06/2001 DEF NAME AT RARST HERLIHY, BRIAN PATRICK   00000
   06/06/2001 FIRST APPEARANCE ORDER// NILON
   06/06/2001 THE DEFENDANT BE RELEASED ON STANDARD CONDITIONS
   06/06/2001 (F.S. 903.047) AND THE FOLLOWING CONDITIONS:
   06/06/2001 BAIL SET IN THE AMOUNT OF $ 50,000.00 BLANKET WI
```

*prgrm -name*
```
    Date: 11/18/2003                                             Page: 8
    Time: 16:20:13                                               *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                      PAGE: 8

** CRIMINAL ACTION DOCKET -------------------------------------------------
   DATE        DESCRIPTION                                     DOC PG SEQ
------------------------------------------------------------------------------
   06/06/2001 2000-2660-CFA
   06/06/2001 DEFENDANT WILL CONSULT PRIVATE COUNSEL
   06/06/2001 PHOTO IDENTIFICATION FILED IN CASE # 2000-2660-C
   06/06/2001 AFFIDAVIT OF INDIGENCY-NOT APPOINTED//NILON
   06/13/2001 BOND SET AT      50.000.00 POSTED BLANKET BOND    00000  000
   06/13/2001 STATUS OF BOND IS  OPEN             BOND #: 0     00000  000
   06/13/2001 BLANKET BOND     BOND POSTED ON 06/11/2001        00000  000
   06/13/2001 BLANKET BOND POSTED FOR 2000-02660-CFA            00000
   06/13/2001 BLANKET BOND POSTED ON  2000-02660-CFA            00000
   06/19/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   06/19/2001  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
   06/19/2001 $59.50
   07/02/2001 NOTICE OF TAKING DEPOSITION
   07/02/2001 NOTICE OF TAKING DEPOSITION
   07/10/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   07/11/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   07/11/2001  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
   07/11/2001 $59.50
   07/20/2001 ORDER REVOKING CASH BOND AND DIRECTING THE ISSUA
   07/20/2001 CAPIAS //TURNER
   07/20/2001 CAPIAS     ISSUED                                 00000
   07/20/2001 CAPIAS     ORDERED                                00000
   07/20/2001 SECOND MOTION TO REVOKE BOND HEARING / 07202001
   07/20/2001 1:30 PM BEFORE JUDGE TURNER
   07/20/2001 SECOND MOTION TO REVOKE BOND
   07/23/2001 STATUS OF BOND IS  RELEASED        BOND #: 0  00000  000
   07/25/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   07/26/2001 MOTION TO CONTINUE
   07/26/2001 NOTICE OF HEARING ON  08102001  AT / 11:00 AM  /
   07/31/2001 NOTICE OF CANCELLATION OF TAKING DEPOSITION
   08/02/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   08/08/2001 NOTICE OF TAKING DEPOSITION OF JOHN QUIRELLO
   08/08/2001 NOTICE OF TAKING DEPOSITION OF KIM BRAGG/BRANDY
   08/08/2001 AND DORIS BRIDWELL
   08/10/2001 COURT MINUTES ON MOTION TO CONTINUE - ATTORNEY W
   08/10/2001 SPEEDY TRIAL / MOTION GRANTED/PRETRIAL CONFERENC
   08/10/2001 CONTINUED TO JANUARY 2002/
   08/10/2001 PRE TRIAL CONFERENCE SET FOR 01302002             00000
   08/13/2001 NOTICE ISSUED TO: DEFENDANT                       00000
   08/13/2001 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H      00000
   08/20/2001 NOTICE OF CANCELLATION OF TAKING DEPOSITION
   09/05/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   09/06/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   09/06/2001  CHARTONE, INC.  IN THE AMOUNT OF $ 277.20 // PA
   09/07/2001 NOTICE OF TAKING DEPOSITIONS
```

```
*prgrm-name*
   Date: 11/18/2003                                              Page: 9
   Time: 16:20:14                                              *prgrm name*
                J.K. "BUDDY" IRBY, CLERK OF THE COURT
                     ALACHUA COUNTY, FLORIDA
----------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                     PAGE: 9

 ** CRIMINAL ACTION DOCKET ------------------------------------------
    DATE        DESCRIPTION                              DOC PG SEQ
----------------------------------------------------------------------
   09/07/2001 NOTICE OF TAKING DEPOSITIONS
   09/07/2001 NOTICE OF TAKING DEPOSITIONS
   09/21/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   09/21/2001 LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
   09/21/2001 $70.00
   09/21/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   09/21/2001 LEBLANC COURT REPORTING  IN THE AMOUNT OF $ 129
   09/21/2001 NOTICE OF CANCELLATION OF TAKING DEPOSITION
   09/21/2001 AMENDED NOTICE OF TAKING DEPOSITION AS TO TIME
   10/10/2001 MOTION TO SET ASIDE BOND ESTREATURE
   10/23/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   10/26/2001 COURT MINUTES ON MOTION TO SET ASISE BOND
   10/26/2001 ESTREATURE - GRANTED/BOND MONEY TO BE RETURNED T
   10/26/2001 FAMILY/
   10/26/2001 ORDER GRANTING MOTION TO SET ASIDE BOND ESTREATU
   11/02/2001 RESTITUTION CHECK MAILED: $ 50,000.00  TO  LOIS
   11/06/2001 UNOPPOSED MOTION TO CONTINUE TRIAL
   11/21/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   11/21/2001  CHARTONE INC.  IN THE AMOUNT OF $ 277.20 // PAI
   11/27/2001 NOTICE OF HEARING ON  113001  AT / 1:30PM  / LOT
   11/30/2001 ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE -
   11/30/2001 ORDERED AND ADJUDGED THAT THE DEFENDANT'S MOTION
   11/30/2001 AND THE SAME IS HEREBY GRANTED AND THIS CASE IS
   11/30/2001 RESCHEDULED FOR PRE-TRIAL CONFERENCE ON
   11/30/2001 MARCH 20, 2002 AT 1:30PM WITH TRIAL TO BE SCHEDU
   11/30/2001 COMMENCING ON THE WEEK OF MAY 13, 2002 WITH MAY
   11/30/2001 8TH TRIAL STATUS // LOTT
   12/12/2001 NOTICE OF TAKING DEPOSITIONS
   12/26/2001 NOTICE OF TAKING DEPOSTION - DR. ROHLING
   12/26/2001 NOTICE OF TAKING DEPOSTION - BETH TALAGA
   01/04/2002 NOTICE OF CANCELLATION OF TAKING DEPOSITION
   01/14/2002 NOTICE OF TAKING DEPOSITIONS
   01/14/2002 NOTICE OF TAKING DEPOSITIONS
   01/16/2002 DEFENDANT'S WITNESS LIST
   01/22/2002 MOTION FOR COURT ORDER ALLOWING DEFENDANT TO GET
   01/22/2002 COPIES OF CHILD PROTECTION TEAM RECORDS
   01/24/2002 PRE TRIAL CONFERENCE SET FOR 02202002         00000
   01/24/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H    00000
   02/01/2002 UNOPPOSED MOTION TO CONTINUE TRIAL
   02/14/2002 NOTICE OF HEARING ON  030602  AT / 10:00AM  / LO
   02/25/2002 PRE TRIAL CONFERENCE SET FOR 03202002          00000
   02/25/2002 TRIAL STATUS CONF    SET FOR 04032002          00000
   02/25/2002 JURY SELECTION       SET FOR 04082002          00000
   02/25/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H    00000
   02/25/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H    00000
```

```
*prgrm -name*__  .- --
  Date: 11/18/2003                                              Page: 10
  Time: 16:20:14                                                *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
-----------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                     PAGE: 10

** CRIMINAL ACTION DOCKET ---------------------------------------------------
   DATE        DESCRIPTION                                      DOC PG SEQ
-----------------------------------------------------------------------------
   02/25/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H      00000
   02/27/2002 NOTICE OF TAKING DEPOSITIONS
   02/27/2002 NOTICE OF TAKING DEPOSITIONS
   02/27/2002 NOTICE OF TAKING DEPOSITIONS
   03/11/2002 PRE TRIAL CONFERENCE SET FOR 07172002             00000
   03/11/2002 TRIAL STATUS CONF     SET FOR 08072002            00000
   03/11/2002 JURY SELECTION        SET FOR 08122002            00000
   03/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H      00000
   03/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H      00000
   03/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H      00000
   03/14/2002 NOTICE OF CANCELLATION OF TAKING DEPOSITION
   03/14/2002 AMENDED NOTICE OF TAKING DEPOSITION
   03/14/2002 CAPIAS      SERVED                                00000
   03/15/2002 DEFENDANT REARRESTED ON    03142002               00000
   03/15/2002 DEF NAME AT RARST HERLIHY, BRIAN PATRICK          00000
   03/15/2002 FIRST APPEARANCE ORDER// CRENSHAW
   03/15/2002 THE DEFENDANT BE RELEASED ON STANDARD CONDITIONS
   03/15/2002 (F.S. 903.047) AND THE FOLLOWING CONDITIONS:
   03/15/2002 BAIL SET IN THE AMOUNT OF $ 100,000.00
   03/15/2002 THE DEFENDANT REPRESENTS HE/SHE WILL CONSULT PRI
   03/15/2002 COUNSEL
   03/15/2002 PHOTO IDENTIFICATION FILED IN CASE # 2000-2660-C
   03/15/2002 AMENDED FIRST APPEARANCE ORDER AS TO BAIL
   03/15/2002 $1,000,000.00 // CRENSHAW
   03/27/2002 NOTICE OF HEARING ON  040302  AT / 9:00AM  / LOT
   03/27/2002 MOTION TO REINSTATE PREVIOUS BOND
   03/27/2002 NOTICE OF CANCELLATION OF TAKING DEPOSITION
   04/03/2002 COURT MINUTES ON MOTION TO REINSTATE PREVIOUS
   04/03/2002 BOND -
   04/03/2002 -DENIED/ORDER TO BE PREPARED BY STATE ATTORNEY/
   04/05/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   04/05/2002 NOTICE OF TAKING DEPOSITIONS
   04/10/2002 NOTICE OF TAKING DEPOSITIONS
   04/16/2002 MOTION FOR ORDER ALLOWING ISSUANCE OF SUBPOENAS
   04/16/2002 TECUM FOR EMPLOYMENT AND EDUCATIONAL RECORDS OF
   04/16/2002 DEFENDANT
   04/22/2002 SUBPOENA DUCES TECUM HEARING / 04252002 AT 1:30
   04/22/2002 COURTROOM 3D BEFORE JUDGE LOTT
   04/23/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   04/23/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
   04/23/2002 $ 26.25 // PAID
   05/06/2002 COURT MINUTES ON MOTION FOR SUBPOENAS DUCES TECU
   05/06/2002 EMPLOYMENT RECORDS AND EDUCATIONAL RECORDS OF
   05/06/2002 DEFENDANT - GRANTED AS TO EMPLOYMENT/GRANTED AS
   05/06/2002 MILITARY AND EDUCATION WITH THE FOLLOWING PROVIS
```

```
*prgrm name*
   Date: 11/18/2003                                           Page: 11
   Time: 16:20:14                                             *prgrm name*
                   J.K. "BUDDY" IRBY, CLERK OF THE COURT
                        ALACHUA COUNTY, FLORIDA
------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                  PAGE: 11

 ** CRIMINAL ACTION DOCKET ----------------------------------------------
      DATE        DESCRIPTION                              DOC PG SEQ
 ------------------------------------------------------------------------
     05/06/2002 MILITARY AND EDUCATIONAL RECORDS WILL BE DELIVER
     05/06/2002 THE CLERK'S OFFICE UNDER SEAL/ORDER TO BE PREPAR
     05/06/2002 BY STATE ATTORNEY/
     05/06/2002 AMENDED NOTICE FOR SUBPOENA DUCES TECUM HEARING
     05/06/2002 MONDAY, MAY 6, 2002 AT 1:30PM
     05/22/2002 NOTICE OF TAKING DEPOSITION
     05/22/2002 NOTICE OF TAKING DEPOSITIONS
     05/24/2002 NOTICE OF TAKING DEPOSITION
     06/04/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     06/04/2002  VANLANDINGHAM, DURSCHER &VANLANDINGHAM  IN THE
     06/04/2002 OF 120.90/PAID/
     06/05/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
     06/06/2002 NOTICE OF TAKING DEPOSITION(S)
     06/06/2002 NOTICE OF CANCELLATION OF DEPOSITION
     06/20/2002 DEPOSITION OF HELEN LEGALL
     06/20/2002 RETURN OF SERVICE - UNSERVED
     06/20/2002 RETURN OF SERVICE - SERVED
     06/20/2002 RETURN OF SERVICE - SERVED
     06/20/2002 RETURN OF SERVICE - SERVED
     06/20/2002 RETURN OF SERVICE - SERVED
     06/20/2002 RETURN OF SERVICE - SERVED
     06/20/2002 RETURN OF SERVICE - SERVED
     06/25/2002 NOTICE OF TAKING DEPOSITIONS
     06/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     06/26/2002 VANLANDINGHAM, DURSCHER & VANLANDINGHAM IN THE A
     06/26/2002 OF $37.55 // PAID
     06/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     06/26/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT O
     06/26/2002 $129.50 // PAID
     06/26/2002 MOTION TO CONTINUE CAUSE
     06/26/2002 NOTICE OF HEARING ON  071102  AT / 8:45AM  / LOT
     06/28/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     06/28/2002 ADDENDUM TO MOTION TO CONTINUE CASE
     06/28/2002 NOTICE OF DEPOSITION
     07/05/2002 RETURN OF SERVICE - SERVED
     07/05/2002 RETURN OF SERVICE - SERVED
     07/10/2002 RETURN OF SERVICE - SERVED AS TO ANGIE HARN
     07/11/2002 TRIAL STATUS CONF    SET FOR 09042002          00000
     07/11/2002 JURY SELECTION       SET FOR 09092002          00000
     07/11/2002 MOTION TO CONTINUE CASE
     07/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H    00000
     07/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H    00000
     07/12/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     07/12/2002 NOTICE OF TAKING DEPOSITIONS
     07/12/2002 NOTICE OF TAKING DEPOSITIONS
```

```
*prgrm name*
   Date: 11/18/2003                                          Page: 12
   Time: 16:20:15                                            *prgrm name*
              J.K. "BUDDY" IRBY, CLERK OF THE COURT
                   ALACHUA COUNTY, FLORIDA
------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                  PAGE: 12

 ** CRIMINAL ACTION DOCKET ---------------------------------------------
     DATE       DESCRIPTION                             DOC PG SEQ
------------------------------------------------------------------------
     07/12/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
     07/12/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
     07/15/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
     07/16/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
     07/17/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     07/17/2002 *SPECIAL CASE MGMT ON 080202 AT 9:00 A.M.*
     07/17/2002 DEFENDANT SIGNED NOTICE FOR  080202  CASE MANAGE
     07/18/2002 AMENDED NOTICE OF DEPOSITION
     07/18/2002 SUBPOENA DUCES TECUM
     07/19/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     07/19/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     07/19/2002 NOTICE OF TAKING DEPOSITION(S)
     07/22/2002 ORDER SCHEDULING SPECIAL CASE MANAGEMENT CONFERE
     07/22/2002 AUGUST 2, 2002 AT 9:00AM // LOTT
     07/23/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
     07/23/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
     07/24/2002 RETURN OF SERVICE - SERVED
     07/24/2002 RETURN OF SERVICE - SERVED
     07/24/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
     07/24/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     07/25/2002 CHARTONE, INC  IN THE AMOUNT OF $ 26.29 / PAID
     07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     07/25/2002 CHARTONE  IN THE AMOUNT OF $ 448.85 / PAID
     07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     07/25/2002  SHANDS HEALTH CARE  IN THE AMOUNT OF $ 25.00
     07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     07/25/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     07/25/2002 $223.55
     07/25/2002 RETURN OF SERVICE - SERVED
     07/26/2002 RETURN OF SERVICE - SERVED
     07/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     07/30/2002 NOTICE OF TAKING DEPOSITION(S)
     08/02/2002 COURT MINUTES - CASE MANAGEMENT ON CASE NUMBERS
     08/02/2002 2000-2660CFA, 2000-2753CFA - RULING:  REMAIN ON
     08/02/2002 CURRENT COURT DATES
     08/06/2002 NOTICE OF TAKING DEPOSITIONS
     08/06/2002 NOTICE OF TAKING DEPOSITIONS
     08/06/2002 AMENDED NOTICE OF TAKING DEPOSITION
     08/06/2002 NOTICE OF TAKING DEPOSITIONS
     08/08/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     08/08/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     08/08/2002 NOTICE OF TAKING DEPOSITIONS
     08/09/2002 NOTICE OF TAKING DEPOSITION(S)
     08/13/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
```

```
*prgrm-name*
  Date: 11/18/2003                                              Page: 13
  Time: 16:20:15                                              *prgrm name*
              J.K. "BUDDY" IRBY, CLERK OF THE COURT
                    ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                     PAGE: 13

** CRIMINAL ACTION DOCKET ----------------------------------------------
    DATE       DESCRIPTION                              DOC PG SEQ
-------------------------------------------------------------------------
    08/13/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/13/2002 RETURN OF SERVICE - SERVED
    08/13/2002 RETURN OF SERVICE - SERVED
    08/13/2002 RETURN OF SERVICE - SERVED
    08/13/2002 RETURN OF SERVICE - SERVED
    08/13/2002 RETURN OF SERVICE - SERVED
    08/13/2002 RETURN OF SERVICE - SERVED
    08/14/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/14/2002 RETURN OF SERVICE - SERVED
    08/14/2002 RETURN OF SERVICE - SERVED
    08/14/2002 RETURN OF SERVICE - SERVED
    08/14/2002 RETURN OF SERVICE - SERVED
    08/14/2002 RETURN OF SERVICE - SERVED
    08/14/2002 RETURN OF SERVICE - SERVED
    08/14/2002 RETURN OF SERVICE - SERVED
    08/14/2002 RETURN OF SERVICE - UNSERVED
    08/14/2002 NOTICE OF TAKING DEPOSITION(S)
    08/14/2002 NOTICE OF TAKING DEPOSITION(S)
    08/15/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/15/2002 RETURN OF SERVICE - SERVED
    08/15/2002 RETURN OF SERVICE - SERVED
    08/15/2002 AMENDED NOTICE OF TAKING DEPOSTITION(S)
    08/15/2002 NOTICE OF TAKING DEPOSITIONS
    08/16/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
    08/16/2002 NOTICE OF TAKING DEPOSITION(S)
    08/16/2002 NOTICE OF TAKING DEPOSITION
    08/16/2002 AMENDED NOTICE OF TAKING DEPOSITION
    08/20/2002 RETURN OF SERVICE - SERVED
    08/20/2002 RETURN OF SERVICE - SERVED
    08/22/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/22/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/22/2002 RETURN OF SERVICE - UNSERVED
    08/23/2002 WITNESS SUBPOENA
    08/23/2002 TRANSCRIPT OF DEPOSITION OF ANNE ELIZABETH DICKI
    08/23/2002 TRANSCRIPT OF DEPOSITION OF KEVIN PUTANSU
    08/23/2002 TRANSCRIPT OF DEPOSITION OF JOHN HELLRUNG, M.D.
    08/26/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
    08/26/2002 ORDER GRANTING DEFENDANT'S MOTION FOR COURT ORDE
    08/26/2002 ALLOWING CHILD PROTECTION TEAM TO TURN OVER COPI
    08/26/2002 RECORDS // LOTT
    08/27/2002 LETTER FROM DEFENSE ATTORNEY TO JUDGE LOTT
    08/27/2002 TRANSCRIPT OF DEPOSITION HELD ON 08162002
    08/28/2002 SUBPOENA FOR TRIAL
    08/28/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
    08/28/2002 NOTICE OF TAKING DEPOSITIONS
```

```
*prgrm name*
   Date: 11/18/2003                                               Page: 14
   Time: 16:20:15                                               *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                      PAGE: 14

** CRIMINAL ACTION DOCKET ----------------------------------------------
    DATE        DESCRIPTION                                   DOC PG SEQ
------------------------------------------------------------------------
   08/29/2002 MOTION FOR ORDER IN LIMINE PRECLUDING REFERENCE
   08/29/2002 DEFENDANT'S LACK OF PRIOR CONVICTIONS
   08/29/2002 MOTION FOR ORDER IN LIMINE PRECLUDING ANY REFERE
   08/29/2002 TO THE POSSIBLE SENTENCE THAT MAY BE IMPOSED UPO
   08/29/2002 CONVICTION
   08/29/2002 STATE'S PRE-TRIAL MOTION FOR RULING ON THE
   08/29/2002 ADMISSIBILITY OF PHOTOGRAPHS
   08/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   08/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   08/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   08/30/2002 MOTION FOR PERMISSION TO CALL MEDICAL WITNESS AT
   08/30/2002 CERTAIN
   08/30/2002 MOTION FOR PERMISSION TO UTILIZE DEMONSTRATIVE A
   08/30/2002 MOTION FOR ORDER IN LIMINE PRECLUDING ANY REFERE
   08/30/2002 THE POSSIBLE SENTENCE THAT MAY BE IMPOSED UPON
   08/30/2002 CONVICTION HEARING / 090402 AT 9:00 AM
   08/30/2002 STATE'S PRE-TRIAL MOTION FOR RULING ON THE
   08/30/2002 ADMISSIBILITY OF PHOTOGRAPHS HEARING / 09042002
   08/30/2002 9:00 AM BEFORE JUDGE LOTT
   08/30/2002 MOTION FOR ORDER IN LIMINE PRECLUDING REFERENCE
   08/30/2002 DEFENDANT'S LACK OF PRIOR CONVICTIONS HEARING /
   08/30/2002 AT 9:00 AM
   08/30/2002 MOTION FOR PERMISSION TO CALL MEDICAL WITNESS AT
   08/30/2002 CERTAIN HEARING / 09042002 AT 9:00 AM
   08/30/2002 MOTION FOR PERMISSION TO UTILIZE DEMONSTRATIVE A
   08/30/2002 HEARING / 09042002 AT 9:00 AM
   08/30/2002 AMENDED NOTICE OF TAKING DEPOSITION
   08/30/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
   08/30/2002 SUBPOENA FOR TRIAL
   09/03/2002 MOTION TO ALLOW JURORS TO TAKE WRITTEN NOTES DUR
   09/03/2002 TRIAL
   09/03/2002 MOTION IN LIMINE TO PERMIT TESTIMONY CONCERNING
   09/03/2002 LOCATION OF INTERACTION WITH DEFENDANT HEARING /
   09/03/2002 AT 9:00 AM BEFORE JUDGE LOTT
   09/03/2002 MOTION TO ALLOW JURORS TO TAKE WRITTEN NOTES DUR
   09/03/2002 TRIAL HEARING / 090402 AT 9:00 AM BEFORE JUDGE L
   09/03/2002 MOTION IN LIMINE TO PERMIT TESTIMONY CONCERNING
   09/03/2002 LOCATION OF INTERACTION WITH DEFENDANT
   09/03/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   09/03/2002 MOTION TO SUPPRESS STATEMENTS
   09/03/2002 DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
   09/03/2002 DEFENDANT'S MOTION IN LIMINE
   09/03/2002 DEFENDANT'S MOTION TO STRIKE TESTIMONY ABOUT AND
   09/03/2002 USE OF A COMPACT DISC PURPORTING TO SHOW HOW AN
   09/03/2002 INCIDENT OF SHAKEN BABY SYNDROME OCCURS
```

```
*prgrm-name*
    Date: 11/18/2003                                                Page: 15
    Time: 16:20:16                                                  *prgrm name
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                          ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                         PAGE: 15

  ** CRIMINAL ACTION DOCKET ---------------------------------------------------
     DATE          DESCRIPTION                              DOC PG SEQ
-------------------------------------------------------------------------------
    09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO DISMISS
    09/04/2002 INDICTMENT AND CHARGES OF FIRST DEGREE MURDER AN
    09/04/2002 MEMORANDUM OF LAW IN SUPPORT THEREOF BECAUSE OF
    09/04/2002 DESTRUCTION OF EXCULPATORY EVIDENCE ON CASE NUMB
    09/04/2002 2000-2660CFA, 2000-2753CFA - RULING:  TO BE RESC
    09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO SUPPRESS E
    09/04/2002 ON CASE NUMBERS 2000-2753CFA, 2000-2660CFA - RUL
    09/04/2002 RESERVED UNTIL 090502
    09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO SUPPRESS
    09/04/2002 STATEMENTS ON CASE NUMBERS 2000-2660CFA, 2000-27
    09/04/2002 RULING: RESERVED UNTIL 090502
    09/04/2002 REQUEST TO ADJOURN TRIAL AT OR NEAR 5:00 PM ON
    09/04/2002 WEDNESDAY SEPTEMBER 11, 2002 AND WEDNESDAY SEPTE
    09/04/2002 18, 2002
    09/04/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
    09/04/2002 MEDICAL WITNESS AT TIME CERTAIN ON CASE NUMBERS
    09/04/2002 2000-2753CFA, 2000-2660CFA - RULING:  TO BE RESC
    09/04/2002 COURT MINUTES - STATE'S MOTION FOR ORDER IN LIMI
    09/04/2002 PRECLUDING REFERENCE TO DEFENDANT'S LACK OF PRIO
    09/04/2002 CONVICTIONS ON CASE NUMBERS 2000-2753CFA, 2000-2
    09/04/2002 -RULING:  TO BE RESCHEDULED
    09/04/2002 COURT MINUTES:  STATE'S MOTION FOR ORDER IN LIMI
    09/04/2002 PRECLUDING ANY REFERENCE TO THE POSSIBLE SENTENC
    09/04/2002 MAY BE IMPOSED UPON CONVICTION ON CASE NUMBERS
    09/04/2002 2000-2753CFA, 2000-2660CFA - RULING:  TO BE RESC
    09/04/2002 COURT MINUTES - STATE'S MOTION TO ALLOW JURORS T
    09/04/2002 WRITTEN NOTES DURING TRIAL ON CASE NUMBERS 2000-
    09/04/2002 AND 2000-2660CFA - RULING:  TO BE RESCHEDULED
    09/04/2002 COURT MINUTES - DEFENDANT'S MOTION IN LIMINE 1 T
    09/04/2002 ON CASE NUMBERS 2000-2753CFA, 2000-2660CFA - RUL
    09/04/2002 TO BE RESCHEDULED
    09/04/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
    09/04/2002 UTILIZE DEMONSTRATIVE AID ON CASE NUMBERS 2000-2
    09/04/2002 2000-2660CFA - RULING:  TO BE RESCHEDULED
    09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO STRIKE TES
    09/04/2002 ABOUT AND USE OF A COMPACT DISC PURPORTING TO SH
    09/04/2002 AN INCIDENT OF SHAKEN BABY SYNDROME OCCURS ON CA
    09/04/2002 NUMBERS 2000-2753CFA, 2000-2660CFA - RULING:  TO
    09/04/2002 RESCHEDULED
    09/04/2002 COURT MINUTES - STATE'S PRE-TRIAL MOTION FOR RUL
    09/04/2002 THE ADMISSIBILITY OF PHOTOGRAPHS ON CASE NUMBERS
    09/04/2002 2000-2753CFA, 2000-2660CFA - RULING:  TO BE RESC
    09/04/2002 COURT MINUTES - STATE'S MOTION IN LIMINE TO PERM
    09/04/2002 TESTIMONY CONCERNING LOCATION OF INTERACTION WIT
    09/04/2002 DEFENDANT ON CASE NUMBERS 2000-2753CFA, 2000-266
```

```
*prgrm name*
  Date: 11/18/2003                                                    Page: 16
  Time: 16:20:16                                                      *prgrm name*
                      J.K. "BUDDY" IRBY, CLERK OF THE COURT
                          ALACHUA COUNTY, FLORIDA
----------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                          PAGE: 16

** CRIMINAL ACTION DOCKET ---------------------------------------------------
    DATE         DESCRIPTION                               DOC PG SEQ
----------------------------------------------------------------------------
   09/04/2002 RULING:  TO BE RESCHEDULED
   09/04/2002 DEFENDANT SIGNED NOTICE FOR  090902  JURY SELECT
   09/04/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   09/04/2002 STATE'S PROPOSED JURY INSTRUCTION REGARDING
   09/04/2002 DEMONSTRATION EVIDENCE
   09/04/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   09/04/2002 RETURN OF SERVICE - SERVED
   09/04/2002 RETURN OF SERVICE - SERVED
   09/04/2002 RETURN OF SERVICE - SERVED
   09/04/2002 EVIDENCE CONTROL FORM
   09/04/2002 SEVERAL EVIDENCE CONTROL FORMS
   09/05/2002 STIPULATION ON ADMISSION OF 911 CALL INTO EVIDEN
   09/05/2002 STIPULATION ON ADMISSION OF MEDICAL RECORDS AND
   09/05/2002 MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO SUP
   09/05/2002 STATEMENTS FILED BY DEFENDANT
   09/05/2002 DEFENDANT SIGNED NOTICE FOR  090902  JURY SELECT
   09/05/2002 COURT MINUTES - STATE'S MOTION IN LIMINE TO PERM
   09/05/2002 TESTIMONY CONCERNING LOCATION OF INTERACTION WIT
   09/05/2002 DEFENDANT ON CASE NUMBERS 012000CF2753A, 012000C
   09/05/2002 -RULING:  GRANTED
   09/05/2002 COURT MINUTES - STATE'S PRE-TRIAL MOTION FOR RUL
   09/05/2002 THE ADMISSIBILITY OF PHOTOGRAPHS:  1) AUTOPSY
   09/05/2002 2) DISSECTION OF THE SKULL 3) DEVELOPMENT OF CHI
   09/05/2002 4) PHOTOS OF RETINA ON CASE NUMBERS 012000CF2753
   09/05/2002 012000CF2660A - RULING:  1) GRANTED 2) GRANTED
   09/05/2002 3) GRANTED 4) GRANTED
   09/05/2002 COURT MINUTES - STATE'S PRE-TRIAL MOTION FOR RUL
   09/05/2002 THE ADMISSIBILITY OF PHOTOGRAPHS: 5) TAKEN BY AL
   09/05/2002 COLEMAN ON CASE NUMBERS 012000CF2753A, 012000CF2
   09/05/2002 -RULING:  5) GRANTED
   09/05/2002 COURT MINUTES - DEFENDANT'S MOTION TO STRIKE TES
   09/05/2002 ABOUT AND USE OF A COMPACT DISC PURPORTING TO SH
   09/05/2002 AN INCIDENT OF SHAKEN BABY SYNDROME OCCURS ON CA
   09/05/2002 NUMBER 012000CF2660A, 012000CF2660A - RULING:  D
   09/05/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
   09/05/2002 UTILIZE DEMONSTRATIVE AID ON CASE NUMBERS 012000
   09/05/2002 AND 012000CF2660A - RULING:  GRANTED
   09/05/2002 COURT MINUTES - DEFENDANT'S MOTION IN LIMINE 1 T
   09/05/2002 ON CASE NUMBERS 012000CF2753A, 012000CF2660A - R
   09/05/2002 1) GRANTED 2) GRANTED 3) GRANTED NO RECREATION O
   09/05/2002 DEMONSTRATION 4) STIPULATED 5) WITHDRAWN 6) DENI
   09/05/2002 SUBJECT TO DEFENSE OBJECTING 7) WITHDRAWN 8) GRA
   09/05/2002 9) GRANTED SUBJECT TO REVIEW
   09/05/2002 COURT MINUTES - STATE'S MOTION TO ALLOW JURORS T
   09/05/2002 WRITTEN NOTES DURING TRIAL ON CASE NUMBERS
```

```
*prgrm name*
   Date: 11/18/2003                                              Page: 17
   Time: 16:20:16                                                *prgrm name*
              J.K. "BUDDY" IRBY, CLERK OF THE COURT
                    ALACHUA COUNTY, FLORIDA
------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                    PAGE: 17

** CRIMINAL ACTION DOCKET ----------------------------------------------
     DATE       DESCRIPTION                              DOC PG SEQ
------------------------------------------------------------------------
   09/05/2002 012000CF2753A, 012000CF2660A - RULING:  GRANTED
   09/05/2002 IS TO SECURE ENVELOPES EVERY NIGHT, ALL NOTES IN
   09/05/2002 DIFFERENT ENVELOPE EVERY DAY
   09/05/2002 COURT MINUTES - STATE'S MOTION FOR ORDER IN LIMI
   09/05/2002 PRECLUDING ANY REFERENCE TO THE POSSIBLE SENTENC
   09/05/2002 MAYBE IMPOSED UPON CONVICTION ON CASE NUMBERS
   09/05/2002 012000CF2753A, 012000CF2660A - STIPULATED
   09/05/2002 COURT MINUTES - STATE'S MOTION FOR ORDER IN LIMI
   09/05/2002 PRECLUDING REFERENCE TO DEFENDANT'S LACK OF PRIO
   09/05/2002 CONVICTIONS ON CASE NUMBER 012000CF2753A, 012000
   09/05/2002 -RULING: GRANTED
   09/05/2002 COURT MINUTES - DEFENDANT'S MOTION TO DISMISS
   09/05/2002 INDICTMENT ON CASE NUMBERS 012000CF2753A, 012000
   09/05/2002 -RULING: DENIED
   09/05/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
   09/05/2002 MEDICAL WITNESS AT TIME CERTAIN ON CASE NUMBERS
   09/05/2002 012000CF2753A, 012000CF2660A - RULING:  DENIED
   09/05/2002 TRANSCRIPT - DEPOSITION OF WILLIAM FRANK HAMILTO
   09/05/2002 TRANSCRIPT - DEPOSITION OF ANNE ELIZABETH DICKIS
   09/05/2002 TRANSCRIPT - TELEPHONIC DEPOSITION OF BERNARD MA
   09/05/2002 TRANSCRIPT - DEPOSITION OF JAMIE LYNN SNODGRASS
   09/05/2002 TRANSCRIPT - DEPOSITION OF SERGEANT VALERIE DAWS
   09/05/2002 TRANSCRIPT - DEPOSITION OF WILLIAM FRANK HAMILTO
   09/05/2002 TRANSCRIPT - DEPOSITION OF DR RONALD QUISLING
   09/05/2002 TRANSCRIPT - DEPOSITION OF HARVEY G ROHLING JR,
   09/05/2002 TRANSCRIPT - DEPOSITION OF SURENDER RAJASEKARAN,
   09/05/2002 TRANSCRIPT - DEPOSITION OF OFFICER ORLANDO ALVAR
   09/05/2002 TRANSCRIPT - DEPOSITION OF DR FRANK AGEE
   09/05/2002 TRANSCRIPT - DEPOSITION OF OFFICER LARRY VINCENT
   09/05/2002 TRANSCRIPT - DEPOSITION OF DETECTIVE DUANE DIEHL
   09/05/2002 TRANSCRIPT - DEPOSITION OF HELEN LEGALL
   09/05/2002 TRANSCRIPT - DEPOSITION OF RICHARD KREINEST, M.D
   09/05/2002 TRANSCRIPT - DEPOSITION OF FIREFIGHTER KENNETH A
   09/05/2002 JOHNSON
   09/05/2002 TRANSCRIPT - DEPOSITION OF FIREFIGHTER WILLIAM B
   09/05/2002 BLAIR
   09/05/2002 TRANSCRIPT - DEPOSITION OF FIREFIGHTER DENNIS ME
   09/05/2002 TRANSCRIPT - DEPOSITION OF OFFICER DARYL WAYNE B
   09/05/2002 TRANSCRIPT - DEPOSITION OF ELIZABETH TALAGA
   09/05/2002 TRANSCRIPT - DEPOSITION OF LAWRENCE LEVINE, M.D.
   09/05/2002 TRANSCRIPT - DEPOSITION OF HOWARD LEE ROGERS, M.
   09/06/2002 MOTION FOR RECONSIDERATION OF ADMISSIBILITY OF
   09/06/2002 TESTIMONY OF DEPUTY CATHY LONG
   09/06/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   09/06/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
```

```
*prgrm-name*
  Date: 11/18/2003                                            Page: 18
  Time: 16:20:16                                              *prgrm name*
                 J.K. "BUDDY" IRBY, CLERK OF THE COURT
                     ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                  PAGE: 18

** CRIMINAL ACTION DOCKET ---------------------------------------------------
     DATE       DESCRIPTION                               DOC PG SEQ
--------------------------------------------------------------------------------
     09/06/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     09/06/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     09/06/2002 ANDERSON REPORTING SERVICES, INC.  IN THE AMOUN
     09/06/2002 $ 87.45 /// PAID
     09/06/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     09/06/2002  GAINESVILLE REPORTERS  IN THE AMOUNT OF $ 335.5
     09/06/2002 // PAID
     09/06/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     09/06/2002  ESQUIRE DEPOSITION SERVICES  IN THE AMOUNT OF $
     09/06/2002 // PAID
     09/06/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
     09/06/2002 WITNESS SUBPOENA
     09/09/2002 SUBPOENA FOR TRIAL
     09/09/2002 DEFENDANT'S MOTION FOR REHEARING AND A DEMAND FO
     09/09/2002 RICHARDSON INQUIRY ON THE ISSUE OF THE ADMISSIBI
     09/09/2002 A COMPACT DISC PURPORTING TO SHOW A DEMONSTRATIO
     09/09/2002 SBS (SHAKEN BABY SYNDROME)
     09/09/2002 DEFENDANT'S RESPONSE IN OPPOSITION TO STATE'S MO
     09/09/2002 FOR RECONSIDERATION OF ADMISSIBILITY OF TESTIMON
     09/09/2002 DEPUTY KATHY LONG
     09/09/2002 WITNESS SUBPOENA
     09/09/2002 MOTION TO TAKE CONTINUING DEPOSITION OF RONALD
     09/09/2002 QUISLING, M.D.
     09/09/2002 ORDER DENYING MOTION FOR RECONSIDERATION OF
     09/09/2002 ADMISSIBILITY OF TESTIMONY OF DEPUTY CATHY LONG
     09/09/2002 DECORUM ORDER AS TO MEDIA - MEDIA PERSONNEL SHAL
     09/09/2002 REMAIN IN THE GALLERY SEATING DURING THE JURY SE
     09/09/2002 AND TRIAL
     09/09/2002 -TV20 AND THE GAINESVILLE SUN IS/ARE THE ONLY ME
     09/09/2002 HAS/HAVE REQUESTED AND HAS/HAVE BEEN AUTHORIZED
     09/09/2002 BRING A STILL CAMERA AND/OR VIDEO CAMERA INTO TH
     09/09/2002 COURTROOM FOR JURY SELECTION AND TRIAL.  NO
     09/09/2002 UNAUTHORIZED MEDIA WILL BE ALLOWED TO BRING A CA
     09/09/2002 INTO THE COURTROOM
     09/09/2002 -ONLY ONE STILL CAMERA/OR ONE VIDEO CAMERA WILL
     09/09/2002 ALLOWED IN THE COURTROOM.  NO FLASHES WILL BE AL
     09/09/2002 THE STILL PHOTOGRAPHER AND/OR VIDEOGRAPHER MUST
     09/09/2002 IN THE GALLERY.  NO PHOTOGRAPHS OR VIDEO OF THE
     09/09/2002 WILL BE ALLOWED.  NO DISRUPTED MOVEMENT WILL BE
     09/09/2002 ALLOWED
     09/09/2002 -NO INTERVIEWS WILL BE CONDUCTED INSIDE THE COUR
     09/09/2002 //LOTT
     09/09/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
     09/09/2002 DEFENDANT SIGNED NOTICE FOR  090902  JURY SELECT
     09/09/2002 DAY CERTAIN TRIAL    SET FOR 09092002        00000
```

```
*prgrm-name*
   Date: 11/18/2003                                              Page: 19
   Time: 16:20:16                                                *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                          ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                     PAGE: 19

** CRIMINAL ACTION DOCKET --------------------------------------------------
   DATE          DESCRIPTION                              DOC PG SEQ
-------------------------------------------------------------------------------
   09/09/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
   09/09/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   09/09/2002 MINUTES OF THE CLERK - JURY TRIAL
   09/10/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   09/10/2002 TRANSCRIPT OF DEPOSITION AS TO CRYSTAL QUIRELLO
   09/10/2002 TRANSCRIPT OF DEPOSITION OF SERGEANT STEVEN WEAV
   09/10/2002 TRANSCRIPT OF DEPOSITION OF CORPORAL WHITNEY STO
   09/10/2002 TRANSCRIPT OF DEPOSITION OF KATHLEEN MARIE MORRI
   09/10/2002 TRANSCRIPT OF DEPOSITION OF CHRISTINA MILLARD
   09/10/2002 TRANSCRIPT OF DEPOSITION OF HELEN LEGALL
   09/10/2002 TRANSCRIPT OF DEPOSITION OF OFFICER JAMES CHRIST
   09/10/2002 JACKSON
   09/10/2002 TRANSCRIPT OF OFFICER ROBERT L KING, III
   09/10/2002 TRANSCRIPT OF LIEUTENANT WILLIAM THOMAS HALVOSA
   09/10/2002 TRANSCRIPT OF DEPOSITION OF RICHARD DAVIS,SR
   09/10/2002 TRANSCRIPT OF DEPOSITION OF DETECTIVE ALAN COLEM
   09/10/2002 TRANSCRIPT OF DEPOSITION OF DETECTIVE DAVID KEIT
   09/10/2002 CANNON
   09/10/2002 TRANSCRIPT OF DEPOSITION OF STEPHEN NELSON, MD
   09/10/2002 TRANSCRIPT OF DEPOSITION OF SERGEANT ROBERT BART
   09/10/2002 TRANSCRIPT OF DEPOSITION OF DORIS MARIE BRIDWELL
   09/10/2002 ORDER GRANTING MOTION FOR RELEASE OF EVIDENCE /
   09/10/2002 THE FOLLOWING ARTICLES SHALL BE RELEASED FROM EV
   09/10/2002 BY THE CLERK OF THE COURT TO JEANNE M SINGER SAI
   09/10/2002 EVIDENCE BEING PARTICULARLY DESCRIBED AS FOLLOWS
   09/10/2002 PAGES OF LEGAL CORRESPONDENCE WHICH WERE PART OF
   09/10/2002 STATE'S EXHIBIT #5 IN EVIDENCE UPON JOINT STIPUL
   09/10/2002 OF STATE AND DEFENSE // LOTT
   09/11/2002 RETURN OF SERVICE - UNSERVED
   09/13/2002 TRANSCRIPT OF DEPOSITION OF SALVADOR CUMELLA
   09/13/2002 TRANSCRIPT OF DEPOSITION OF DETECTIVE HELEN LEGA
   09/13/2002 TRANSCRIPT OF DEPOSITION OF DAVID SAMUEL ANDREW
   09/13/2002 STEWART, MD
   09/13/2002 TRANSCRIPT OF DEPOSITION OF MICHAEL BELL, MD
   09/13/2002 TRANSCRIPT OF DEPOSITION OF JONATHAN L WILLIAMS,
   09/13/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   09/13/2002  ESQUIRE DEPOSITION SERVICES  IN THE AMOUNT OF $
   09/13/2002 // PAID
   09/13/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   09/13/2002  HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF $ 23.
   09/13/2002 // PAID
   09/16/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
   09/16/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
   09/16/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
   09/16/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
```

```
*prgrm -name*
   Date: 11/18/2003                                        Page: 20
   Time: 16:20:16                                          *prgrm name*
               J.K. "BUDDY" IRBY, CLERK OF THE COURT
                     ALACHUA COUNTY, FLORIDA
------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                 PAGE: 20

  ** CRIMINAL ACTION DOCKET ---------------------------------------------
       DATE         DESCRIPTION                          DOC PG SEQ
------------------------------------------------------------------------
     09/16/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
     09/16/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
     09/17/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
     09/17/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
     09/19/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
     09/19/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
     09/19/2002 LETTER TO JUDGE LOTT FROM JUROR #96
     09/19/2002 LETTER FROM STEPHAN P MICKLE UNITED STATES DISTR
     09/19/2002 JUDGE (FAX)
     09/19/2002 LETTER TO JUDGE FROM JUROR #73
     09/19/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
     09/19/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
     09/20/2002 STATE'S PROPOSED JURY INSTRUCTION REGARDING
     09/20/2002 DEMONSTRATION EVIDENCE
     09/20/2002 LETTER TO JUDGE FROM JURY
     09/20/2002 LETTER TO JUDGE FROM JUROR #73
     09/20/2002 INSTRUCTION TO JURY REGARDING WITNESS TESTIFYING
     09/20/2002 OF ORDER
     09/20/2002 MOTION FOR REHEARING ON THE ISSUE OF WHETHER THE
     09/20/2002 DEFENSE OR THE STATE OF FLORIDA OPENED THE DOOR
     09/20/2002 TO CAUSE THE ADMISSIBILITY OF CERTAIN EVIDENCE
     09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
     09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
     09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
     09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
     09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
     09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
     09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
     09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
     09/24/2002 QUESTIONS FROM JURY
     09/24/2002 QUESTIONS FROM JURY
     09/24/2002 NOTES FROM TRIAL
     09/25/2002 MOTION TO REOPEN DEFENDANT'S CASE AND ALLOW PREV
     09/25/2002 LISTED STATE WITNESSES TO TESTIFY
     09/25/2002 LETTER FROM JURORS
     09/25/2002 DEFENDANT'S MOTION FOR SANCTIONS AGAINST STATE F
     09/25/2002 WITHHOLDING CRITICAL TESTIMONY, DEMAND FOR RICHA
     09/25/2002 HEARING, AND MOTION FOR MISTRIAL
     09/25/2002 MOTION FOR RE-HEARING ON ISSUE OF ADMISSIBILITY
     09/25/2002 COMPACT DISC PRESENTATION
     09/25/2002 JURY INSTRUCTIONS
     09/25/2002 VERDICT -- GUILTY OF MANSLAUGHTER, A LESSER INCL
     09/25/2002 OFFENSE
     09/25/2002 DEFENDANT SIGNED NOTICE FOR  102902  SENTENCING
     09/25/2002 DISPOSITION              SET FOR 10292002          00000
```

```
*prgrm -name*
   Date: 11/18/2003                                              Page: 21
   Time: 16:20:16                                                *prgrm name*
                     J.K. "BUDDY" IRBY, CLERK OF THE COURT
                          ALACHUA COUNTY, FLORIDA
----------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                     PAGE: 21

 ** CRIMINAL ACTION DOCKET --------------------------------------------
    DATE        DESCRIPTION                                 DOC PG SEQ
----------------------------------------------------------------------
    09/25/2002 *PLACED ON DIV I DISPOSITION DOCKET PER JUDGE*
    09/25/2002 PSI ORDERED - PSI DUE 101802
    09/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/26/2002  HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF $ 85.
    09/26/2002 // PAID
    09/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/26/2002  EXPERT DIGITAL SOLUTIONS, INC.  IN THE AMOUNT O
    09/26/2002 $275.00 // PAID
    09/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/26/2002  HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF $ 8.5
    09/26/2002 // PAID
    09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
    09/27/2002 / PAID // PIERCE
    09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
    09/27/2002 CONCERNING PAYMENT OF STATE WITNESS
    09/27/2002 MOTION FOR PAYMENT FOR TRAVEL OF STATE WITNESS
    09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
    09/27/2002 / PAID // PIERCE
    09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
    09/27/2002 CONCERNING PAYMENT OF STATE WITNESS
    09/27/2002 MOTION FOR PAYMENT FOR TRAVEL OF STATE WITNESS
    09/27/2002 MOTION FOR PAYMENT OF LODGING FOR A STATE WITNES
    09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
    09/27/2002 CONCERNING PAYMENT OF COSTS
    09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF LODGING FOR
    09/27/2002 WITNESS / PAID // PIERCE
    09/27/2002 MOTION FOR PAYMENT OF STATE WITNESS
    09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
    09/27/2002 CONCERNING PAYMENT OF STATE WITNESS
    09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
    09/27/2002 /PAID // PIERCE
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - UNSERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - UNSERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    09/30/2002 RETURN OF SERVICE - SERVED
    10/03/2002 MOTION FOR NEW TRIAL
    10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    10/07/2002 $105.00//PAID
```

```
*prgrm-name*
   Date: 11/18/2003                                          Page: 22
   Time: 16:20:16                                            *prgrm name*
                  J.K. "BUDDY" IRBY, CLERK OF THE COURT
                        ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                   PAGE: 22

 ** CRIMINAL ACTION DOCKET --------------------------------------------------
      DATE         DESCRIPTION                              DOC PG SEQ
--------------------------------------------------------------------------
      10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
      10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
      10/07/2002 $54.25//PAID
      10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
      10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
      10/07/2002 $21.00//PAID
      10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
      10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
      10/07/2002 $77.00//PAID
      10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
      10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
      10/07/2002 $105.00//PAID
      10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
      10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
      10/07/2002 $175.00//PAID
      10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
      10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
      10/07/2002 $105.00//PAID
      10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
      10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
      10/07/2002 $56.00//PAID
      10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
      10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
      10/07/2002 $226.18//PAID
      10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
      10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
      10/07/2002 $177.00//PAID
      10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
      10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
      10/07/2002 $245.00//PAID
      10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
      10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
      10/07/2002 $101.50//PAID
      10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
      10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
      10/07/2002 $119.00//PAID
      10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
      10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
      10/07/2002 $178.00//PAID
      10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
      10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
      10/07/2002 $245.70//PAID
      10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
      10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
      10/07/2002 $50.40//PAID
```

```
*prgrm-name*
  Date: 11/18/2003                                           Page: 23
  Time: 16:20:16                                             *prgrm name*
                  J.K. "BUDDY" IRBY, CLERK OF THE COURT
                      ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                  PAGE: 23

 ** CRIMINAL ACTION DOCKET -----------------------------------------------
     DATE          DESCRIPTION                            DOC PG SEQ
--------------------------------------------------------------------------
    10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    10/07/2002   LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    10/07/2002  $108.50//PAID
    10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    10/07/2002   LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    10/07/2002  $84.00//PAID
    10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    10/07/2002   LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    10/07/2002  $134.75//PAID
    10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    10/07/2002   LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    10/07/2002  $197.75//PAID
    10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    10/07/2002   LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    10/07/2002  $76.27//PAID
    10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    10/07/2002   LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    10/07/2002  $105.00//PAID
    10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    10/07/2002   LIGHT-WORK LABS  IN THE AMOUNT OF $ 20.00//PAID
    10/07/2002  ORDER FOR PAYMENT OF EXPERT WITNESS FEE TO BERNA
    10/07/2002  MARIA, M.D.M.B.A. IN THE AMOUNT OF $5500.00 // L
    10/07/2002  MOTION FOR PAYMENT OF EXPERT WITNESS FEE
    10/07/2002  ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT CONCERNIN
    10/07/2002  PAYMENT OF EXPERT WITNESS
    10/07/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    10/07/2002   WRIGHT TRAVEL  IN THE AMOUNT OF $ 572.50//PAID
    10/08/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    10/08/2002   ESQUIRE DEPOSITION SERVICES  IN THE AMOUNT OF $
    10/08/2002  // PAID
    10/08/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    10/08/2002   HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF $ 126
    10/08/2002  // PAID
    10/08/2002  MOTION FOR PAYMENT OF EXPERT WITNESS FEE
    10/08/2002  ALACHUA CO. ATTORNEY'S ANNOUNCEMENT CONCERNING P
    10/08/2002  OF EXPERT WITNESS
    10/08/2002  ORDER FOR PAYMENT OF EXPERT WITNESS FEE / $3300.
    10/08/2002  GAINESVILLE PATHOLOGY GROUP // LOTT //////// PAI
    10/15/2002  REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    10/15/2002   BERNARD L. MARIA, MD., M.B.A.  IN THE AMOUNT OF
    10/15/2002  $7955.49/PAID /
    10/15/2002  MOTION FOR PAYMENT OF EXPERT WITNESS FEE
    10/15/2002  ALACHUA COUNTY ATTORNEY'S ANNOUCEMENT CONCERNING
    10/15/2002  PAYMENT OF EXPERT WITNESS
    10/15/2002  ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE A
```

```
*prgrm-name*_
  Date: 11/18/2003                                                   Page: 24
  Time: 16:20:17                                                     *prgrm name*
                      J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
-----------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                         PAGE: 24

 ** CRIMINAL ACTION DOCKET ------------------------------------------------
      DATE       DESCRIPTION                                DOC PG SEQ
-----------------------------------------------------------------------------
    10/15/2002 OF $8,000.0 TO STEPHEN J. NELSON, MD., PA,//PIER
    10/15/2002 MOTION FOR PAYMENT OF STATE WITNESS
    10/15/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
    10/15/2002 CONCERNING PAYMENT OF STATE WITNESS
    10/15/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
    10/15/2002 / PAID // LOTT
    10/15/2002 MOTION FOR PAYMENT OF STATE WITNESS
    10/15/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
    10/15/2002 CONCERNING PAYMENT OF STATE WITNESS
    10/15/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
    10/15/2002 / PAID // LOTT
    10/17/2002 LETTER TO JUDGE LOTT FROM PROBATION AND PAROLE
    10/17/2002 ORDER SETTING DISPOSITION DATE / FRIDAY, 8 NOVEM
    10/17/2002 2002 AT 9:00 AM // LOTT
    10/29/2002 ORDER DENYING MOTION FOR NEW TRIAL // LOTT
    10/30/2002 MOTION FOR JUDGEMENT FOR COSTS
    10/30/2002 NOTICE OF HEARING ON  110802  AT / 9:00AM  / LOT
    10/31/2002 WITNESS SUBPOENA PAID
    11/01/2002 ADDENDUM TO MOTION FOR JUDGMENT FOR COSTS
    11/07/2002 SECOND ADDENDUM TO MOTION FOR JUDGEMENT FOR COST
    11/08/2002 MOTION FOR ADVANCE PAYMENT OF STATE WITNESS / PA
    11/08/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
    11/08/2002 CONCERNING PAYMENT OF STATE WITNESS
    11/08/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE WITNE
    11/08/2002 //PAID
    11/08/2002 PICTURE OF VICTIM
    11/08/2002 TRANSCRIPT OF MOTION TO DISMISS INDICTMENT ON 09
    11/08/2002 BEFORE JUDGE LOTT
    11/08/2002 PSI (ENVELOPE)
    11/08/2002 DECORUM ORDER AS TO MEDIA;
    11/08/2002 -MEDIA PERSONNEL SHALL REMAIN IN THE GALLERY SEA
    11/08/2002 DURING THE JURY SELECTION, TRIAL OR HEARING
    11/08/2002 -GAINESVILLE SUN IS THE ONLY MEDIA WHO HAS REQUE
    11/08/2002 AND HAS BEEN AUTHORIZED TO BRING A STILL CAMERA
    11/08/2002 THE COURTROOM FOR JURY SELECTION, TRIAL OR HEARI
    11/08/2002 -ONLY ONE STILL CAMERA WILL BE ALLOWED IN COURTR
    11/08/2002 -NO INTERVIEWS RELATED TO THIS TRIAL/HEARING WIL
    11/08/2002 CONDUCTED INSIDE THE COURTHOUSE // LOTT
    11/08/2002 AMENDED DECORUM ORDER AS TO MEDIA // LOTT
    11/08/2002 PRESENT WITH ATTORNEY                       00000
    11/08/2002 TRIAL TYPE/JURY AS TO CNT:                  00000   001
    11/08/2002 DEF PLED NOT GLTY AS TO CNT:                00000   001
    11/08/2002 DEFENDANT FOUND GUILTY BY JURY AS TO CNT:   00000   001
    11/08/2002 ADJUDICATED GUILTY          AS TO CNT:      00000   001
    11/08/2002 DEFENDANT SENTENCED AS TO CNT:              00000   001
```

```
*prgrm-name*
   Date: 11/18/2003                                                Page: 25
   Time: 16:20:17                                                  *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                        PAGE: 25

 ** CRIMINAL ACTION DOCKET ----------------------------------------------------
      DATE          DESCRIPTION                                 DOC PG SEQ
-------------------------------------------------------------------------------
    11/08/2002 DEFENDANT ASSESSED      314.00 AS TO CNT:         00000  001
    11/08/2002 DEF SENTENCED TO PRISON    15 y  m  d AS TO CNT:  00000  001
    11/08/2002 DEF GIVEN CREDIT FOR TIME SRVD  0347 days ON CNT  00000  001
    11/08/2002 ORDER ESTABLISHING MONETARY SUMS - TOTAL SUMS OR
    11/08/2002 SHALL BE PAID THROUGH THE CLERK OF COURT IN FULL
    11/08/2002 //LOTT
    11/08/2002 VICTIM NOTIFICATION DATA SHEET
    11/08/2002 RESTITUTION LIEN ORDER - EVIDENTIARY HEARING TO
    11/08/2002 DEFENDANT DOES NOT WAIVE HIS PRESENCE
    11/08/2002 COURT RESERVES AND RETAINS JURISDICTION AS TO
    11/08/2002 RESTITUTION // LOTT
    11/08/2002 SCORE SHEET//TOTAL   181.2
    11/08/2002 AMENDED JUDGEMENT AS TO CRIME // LOTT
               OR BOOK: 2552  OR PAGE: 1194
    11/08/2002 ORDER REQUIRING TRANSCRIPTION OF TRIAL TESTIMONY
    11/14/2002 DOC COMMITMENT PACKET SENT TO ASO  11-13-2002//B
    11/14/2002 ADJUDICATORY JUDGMENT OF  110802
               OR BOOK: 2552  OR PAGE: 1195
    11/15/2002 REOPENED CASE CLOSED 11082002                     00000
    11/15/2002 NOTICE OF HEARING ON  112202  AT / 9:00 AM  / LO
    11/15/2002 MOTION FOR SUPERSEDEAS BOND
    11/20/2002 NOTICE OF FILING
    11/22/2002 APPEAL FILED 11222002                             00000
    11/22/2002 COURT MINUTES - MOTION FOR SUPERSEDEAS BOND ON C
    11/22/2002 NUMBER 01-2000CF2753A, 01-2000CF2660A - RULING:
    11/22/2002 P.D APPOINTED FOR APPEAL
    11/22/2002 APPLICATION FOR APPOINTMENT OF PUBLIC DEFENDER A
    11/22/2002 AFFIDAVIT OF INDIGENCY & PUBLIC DEFENDER APPOINT
    11/22/2002 //LOTT
    11/22/2002 NOTICE OF APPEAL REGARDING JUDGMENT/SENTENCE
    11/22/2002 DIRECTIONS TO THE CLERK
    11/22/2002 DESIGNATION TO REPORTER AND REPORTER'S ACKNOWLED
    11/22/2002 ***PUBLIC DEFENDER PUT ON AS SPECIAL PERSON***
    11/22/2002 STATEMENT OF JUDICIAL ACTS TO BE REVIEWED
    11/22/2002 DESIGNATION OF PUBLIC DEFENDER, SECOND JUDICIAL
    11/22/2002 FOR THE HANDLING OF APPEAL/FILED BY GORDON GROLA
    11/22/2002 MAILED CERTIFIED COPY OF NOTICE OF APPEAL AND CO
    11/22/2002 JUDGMENT/SENTENCE TO FIRST DISTRICT COURT OF APP
    11/22/2002 ONLY TO ATTORNEY GENERAL, ATTORNEY GROLAND, & NA
    11/22/2002 PUBLIC DEFENDER SECOND JUDICIAL CIRCUIT
    11/22/2002 COPY OF SEALED APPLICATION & AFFIDAVIT FOR SEARC
    11/22/2002 SEARCH WARRANT/RETURN PLACED IN FILE FROM COMPAN
    11/22/2002 2000-2660-CFA
    12/02/2002 LETTER FROM JON S. WHEELER ASSIGNS FIRST DISTRIC
    12/02/2002 APPEAL #1D02-4788
    12/02/2002 FIRST DISTRICT COURT OF APPEAL ORDER REQUIRES FI
    12/02/2002 ORDER OF INSOLVENCY WITHIN 30 DAYS
```

```
*prgrm name*
  Date: 11/18/2003                                              Page: 26
  Time: 16:20:17                                                *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                        ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                     PAGE: 26

 ** CRIMINAL ACTION DOCKET -------------------------------------------------
      DATE        DESCRIPTION                              DOC PG SEQ
-------------------------------------------------------------------------
    12/02/2002 FIRST DISTRICT COURT OF APPEAL DIRECTS APPELLANT
    12/02/2002 AMENDED NOTICE OF APPEAL WITH DATE OF RENDITION
    12/02/2002 BE REVIEWED WITHIN 10 DAYS
    12/04/2002 NOTICE OF HEARING ON  122002  AT / 9:00 AM  / LO
    12/04/2002 ORDER FINDING DEFENDANT INDIGENT  AND APPOINTING
    12/04/2002 DEFENDER OF THE EIGHTH JUDICIAL  CIRCUIT FOR HAN
    12/04/2002 OF APPEAL // LOTT
    12/18/2002 AMENDED NOTICE OF RESTITUTION/COSTS HEARING - JA
    12/18/2002 8, 2003 AT 9:00AM
    12/19/2002 THIRD ADDENDUM TO MOTION FOR JUDGEMENT FOR COSTS
    12/26/2002 FIRST DISTRICT COURT OF APPEAL ORDERS APPELLANT
    12/26/2002 CAUSE WITHIN 10. DAYS WHY APPEAL SHOULD NOT BE DI
    12/26/2002 FAILING TO COMPLY WITH COURT'S 11-27-02 ORDER RE
    12/26/2002 AMENDED NOTICE OF APPEAL WHICH STATE'S DATE OF R
    12/26/2002 ORDER TO BE REVIEWED
    12/30/2002 AMENDED NOTICE OF APPEAL/FILED BY JOHN KEARNS, A
    12/30/2002 PUBLIC DEFENDER
    01/06/2003 NOTICE OF FILING RECORD OF EXPENSES DUE AS RESTI
    01/07/2003 NOTICE TO ADVERSE PARTY OF REQUEST TO TAKE JUDIC
    01/07/2003 NOTICE
    01/08/2003 COURT MINUTES - MOTION FOR JUDGEMENT OF COSTS AN
    01/08/2003 RESTITUTION HEARING ON CASE NUMBER 01-2000CF2753
    01/08/2003 RULING:  GRANTED COSTS IN THE TOTAL AMOUNT OF
    01/08/2003 $56,459.74 / COSTS ARE REDUCED TO CIVIL JUDGEMEN
    01/08/2003 RESTITUTION ORDERED IN THE TOTAL AMOUNT $17,515.
    01/08/2003 RESTITUTION IS REDUCED TO CIVIL JUDGEMENT
    01/08/2003 SUMMARY OF RESTITUTION
    01/08/2003 SUMMARY OF COSTS
    01/08/2003 DEF MUST PAY RESTITUTION OF  17515.46 AS TO CNT:  00000  001
    01/08/2003 CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT OF $
               OR BOOK: 2584  OR PAGE: 1153
    01/08/2003 PAYABLE TO  JOHN QUIRELLO  // LOTT
    01/08/2003 CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT OF $
               OR BOOK: 2584  OR PAGE: 1154
    01/08/2003 PAYABLE TO  ALACHUA CO FIRE AND RESCUE  // LOTT
    01/08/2003 CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT OF $
               OR BOOK: 2584  OR PAGE: 1155
    01/08/2003 PAYABLE TO  UNIVERSITY PHYSICIANS  // LOTT
    01/08/2003 CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT OF $
               OR BOOK: 2584  OR PAGE: 1156
    01/08/2003 PAYABLE TO  SHANDS HOSPITAL AND CLINIC  // LOTT
    01/08/2003 ORDER AWARDING COSTS OF INVESTIGATION AND PROSEC
    01/08/2003 TO GAINESVILLE POLICE DEPARTMENT IN THE AMOUNT O
    01/08/2003 $7224.60 // LOTT
    01/08/2003 ORDER AWARDING COSTS OF INVESTIGATION AND PROSEC
    01/08/2003 TO ALACHUA COUNTY COURTHOUSE IN THE AMOUNT OF
    01/08/2003 $46,355.82//LOTT
    01/08/2003 ORDER AWARDING COSTS OF INVESTIGATION AND PROSEC
    01/08/2003 TO EIGHTH DISTRICT MEDICAL EXAMINER IN THE AMOUN
```

```
*prgrm -name*
  Date: 11/18/2003                                                Page: 27
  Time: 16:20:17                                                  *prgrm name*
               J.K. "BUDDY" IRBY, CLERK OF THE COURT
                     ALACHUA COUNTY, FLORIDA
---------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                      PAGE: 27

 ** CRIMINAL ACTION DOCKET ------------------------------------------------
     DATE        DESCRIPTION                                DOC PG SEQ
---------------------------------------------------------------------------
    01/08/2003 $895.00//LOTT
    01/08/2003 ORDER AWARDING COSTS OF INVESTIGATION AND PROSEC
    01/08/2003 TO FLORIDA DEPT OF LAW ENFORCEMENT IN THE AMOUNT
    01/08/2003 $1984.32//LOTT
    01/08/2003 ORDER DENYING MOTION FOR SUPERSEDEAS BOND // LOT
    01/10/2003 MAILED VOLUME I - II RECORD ON APPEAL AND TWO EN
    01/10/2003 COPIES OF EVIDENCE TO FIRST DISTRICT COURT OF AP
    01/10/2003 RECORD ONLY TO ATTORNEY GENERAL & PUBLIC DEFENDE
    01/13/2003 FAXED RESPONSE TO REQUEST FOR UPDATE FROM DEPART
    01/13/2003 CHILDREN AND FAMILIES, ATTENTION: JOANN STARK
    01/29/2003 ORDER ON DESIGNATION TO REPORTER//LOTT
    02/03/2003 ORDER ON DESIGNATION TO REPORTER//LOTT
    02/03/2003 MOTION FOR PAYMENT OF STATE WITNESS
    02/03/2003 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT CONCERNIN
    02/03/2003 PAYMENT OF EXPERT WITNESS
    02/03/2003 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE
    02/03/2003 AMOUNT OF $61.00 TO SHERATON GAINESVILLE HOTEL//
    02/03/2003 //PAID//
    02/03/2003 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
    02/03/2003 ALACHUA COUNTY ATTORNEY'S ANNOUCEMENT CONCERNING
    02/03/2003 PAYMENT OF EXPERT WITNESS
    02/03/2003 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE
    02/03/2003 AMOUNT OF $2250.00 TO RONALD H. USCINSKI, MD//LO
    02/03/2003 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
    02/03/2003 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT CONCERNIN
    02/03/2003 PAYMENT OF EXPERT WITNESS
    02/03/2003 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE A
    02/03/2003 OF $479.50 TO WRIGHT TRAVEL // LOTT // PAID
    03/03/2003 FIRST DISTRICT COURT OF APPEAL ORDER GRANTS COUR
    03/03/2003 MOTION FOR EXTENSION TO FILE TRANSCRIPTS BY 5-1-
    04/21/2003 TRANSCRIPT OF MOTION FOR SUPERSEDEAS BOND BEFORE
    04/21/2003 COURT REPORTER LAURIE ANN CHAFFIN, ORIGINAL & 2
    05/01/2003 TRANSCRIPTS VOLUME I - XVII JURY TRIAL HELD BEFO
    05/01/2003 LOTT ON 9-10-02 - 9-23-02, COURT REPORTERS STACE
    05/01/2003 CHERYL MCDONOUGH, ORIGINAL AND 2 COPIES
    05/01/2003 TRANSCRIPT OF PRETRIAL MOTION HELD 9-4-02 BEFORE
    05/01/2003 COURT REPORTER STACEY BRYANT, ORIGINAL AND 2 COP
    05/01/2003 TRANSCRIPT OF PRETRIAL MOTION HELD 9-5-02 BEFORE
    05/01/2003 COURT REPORTER STACEY BRYANT, ORIGINAL AND 2 COP
    05/05/2003 TRANSCRIPT OF JURY TRIAL HELD 9-23-02 THROUGH 9-
    05/05/2003 VOLUMES XVIII-XX HELD BEFORE JUDGE LOTT, COURT R
    05/05/2003 STACEY BRYANT, ORIGINAL AND 2 COPIES
    05/06/2003 TRANSCRIPT OF SENTENCING HEARING HELD 11-8-02 BE
    05/06/2003 LOTT, COURT REPORTER STACEY BRYANT, ORIGINAL & 2
    05/07/2003 MAILED SUPPLEMENTAL VOLUME III AND TRANSCRIPTS V
```

```
*prgrm name*
   Date: 11/18/2003                                            Page: 28
   Time: 16:20:17                                              *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                    PAGE: 28

** CRIMINAL ACTION DOCKET -----------------------------------------------
     DATE        DESCRIPTION                               DOC PG SEQ
-------------------------------------------------------------------------
     05/07/2003 XXVII TO FIRST DISTRICT COURT OF APPEAL, ATTORNE
     05/07/2003 AND PUBLIC DEFENDER
     05/15/2003 DESIGNATION OF PUBLIC DEFENDER OF SECOND JUDICIA
     05/15/2003 FOR HANDLING OF APPEAL
     06/17/2003 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
     06/17/2003 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT CONCERNIN
     06/17/2003 PAYMENT OF EXPERT WITNESS
     06/17/2003 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE A
     06/17/2003 OF $9,710.00//PAID//LOTT
     09/22/2003 FIRST DISTRICT COURT OF APPEAL ORDER GRANTS APPE
     09/22/2003 MOTION TO SUPPLEMENT RECORD ON APPEAL WITH JURY
     09/23/2003 SUPPLEMENTAL DIRECTIONS TO THE CLERK OF THE ABOV
     09/23/2003 COURT
     09/23/2003 MOTION FOR ORDER DIRECTING COURT REPORTER TO TRA
     09/23/2003 NOTES
     09/24/2003 ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOT
     09/26/2003 COPY AFFIDAVIT FROM COURT REPORTER'S OFFICE
     10/10/2003 SUPPLEMENTAL DIRECTIONS TO THE CLERK OF THE ABOV
     10/10/2003 COURT
     10/10/2003 MOTION FOR ORDER DIRECTING COURT REPORTER TO TRA
     10/10/2003 NOTES
     10/16/2003 ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOT
     10/23/2003 AMENDED REQUEST FOR EXTENSION OF TIME TO PREPARE
     10/23/2003 ON APPEAL [COPY]
     10/24/2003 REQUEST FOR DOCUMENTS 940.04/SENT         △△
     11/03/2003 AFFIDAVIT FROM COURT REPORTER'S OFFICE
     11/05/2003 CORRECTED ORDER DIRECTING COURT REPORTER TO TRAN
     11/05/2003 NOTES//TURNER
     11/10/2003 AMENDED MOTION FOR ORDER DIRECTING COURT REPORTE
     11/10/2003 TRANSCRIBE NOTES
     11/10/2003 LETTER TO COURT REPORTER BETTY SUE VINCENT FROM
     11/10/2003 ASSISTANT TO ASSISTANT PUBLIC DEFENDER NADA CARE
     11/10/2003 ATTACHMENTS
     11/10/2003 FIRST DISTRICT COURT OF APPEAL ORDER GRANTS APPE
     11/10/2003 MOTION TO SUPPLEMENT RECORD ON APPEAL WITHIN 30
     11/12/2003 SUPPLEMENTAL DIRECTIONS TO THE CLERK OF THE ABOV
     11/12/2003 COURT
     11/18/2003 TRANSCRIPT OF JURY SELECTION HELD 9-9-02, COURT
     11/18/2003 STACEY BRYANT, VOLUMES I & II, ORIGINAL + 2 COPI
```

# DISTRICT COURT OF APPEAL, FIRST DISTRICT
## Tallahassee, Florida 32399-1850
## Telephone No. (850) 488-6151

September 18, 2003

**CASE NO.: 1D02-4788**
L.T. No. : 2000-2753-CFA

Brian Herlihy                         v.          State Of Florida

---

Appellant / Petitioner(s),                        Appellee / Respondent(s).

---

## BY ORDER OF THE COURT:

Appellant's motion filed September 16, 2003, seeking to supplement the record on appeal with a copy of the jury selection from January 9, 2002, is granted. Counsel for movant shall ensure preparation and transmittal of the supplemental record within 30 days of this date and time for service of the initial brief is extended to 30 days thereafter.

I HEREBY CERTIFY that the foregoing is (a true copy of) the original court order.

Served:

Hon. Nancy Daniels, P.D.        Nada Carey, A.P.D.        Hon. Charlie Crist, A.G.
Hon. J.K. "Buddy" Irby, Clerk

am

_Jon S. Wheeler_
JON S. WHEELER, CLERK



IN THE CIRCUIT COURT OF THE **EIGHTH**
JUDICIAL CIRCUIT, IN AND FOR **ALACHUA**
COUNTY, FLORIDA

**BRIAN HERLIHY,**

     Defendant/Appellant,

v.

                         Circuit Case No. **2000-2753-CFA**
                         1st DCA Case No. **1D02-4788**

**STATE OF FLORIDA,**

     Appellee.
_____/

## SUPPLEMENTAL DIRECTIONS TO THE
## CLERK OF THE ABOVE-ENTITLED COURT

Please prepare an original and two copies of a Supplemental Record on Appeal

to include the following:

1.    The transcript of the jury selection held on September 9, 2002; and

2.    A copy of these directions.

Please prepare the Supplemental Record on Appeal on receipt of this pleading,

pursuant to the **September 18, 2003**, order of the District Court of Appeal which

requires that they be filed on or before **October 20, 2003** (see attached copy), and

forward the original to **Hon. Jon S. Wheeler**, Clerk, First District Court of Appeal, 301

Martin Luther King, Jr., Boulevard, Tallahassee, FL 32399-1850; and copies to **Hon.**

**Charlie Crist**, Attorney General, The Capital, Tallahassee, FL 32399-1050, and **Hon.**

**Nancy A. Daniels**, Public Defender, Second Judicial Circuit, Leon County Courthouse,

301 South Monroe Street, Suite 401, Tallahassee, FL 32301.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished by U.S. Mail to **ROBERT WHEELER**, Assistant Attorney General, at The

Capital, PL01, Tallahassee, FL 32399-1050; appellant, **BRIAN HERLIHY**, #G06137,

Gulf Correctional Institution, 500 Ike K. Steele Road, Wewahitchka, FL 32465; and

**BETTY SUE VINCENT or STACEY BRYANT,** Official Court Reporters, c/o Court

Administrator's Office, 201 East University Avenue, Gainesville, FL 32601, on this date,

September 19, 2003.

Respectfully submitted,

NANCY A. DANIELS
PUBLIC DEFENDER
SECOND JUDICIAL CIRCUIT

**NADA M. CAREY**
Assistant Public Defender
Florida Bar No. **0648825**
Leon County Courthouse
301 South Monroe Street, Suite 401
Tallahassee, FL 32301
(850) 488-2458

COUNSEL FOR APPELLANT

2



# DISTRICT COURT OF APPEAL, FIRST DISTRICT
## Tallahassee, Florida 32399-1850
## Telephone No. (850) 488-6151

September 18, 2003

**CASE NO.: 1D02-4788**
L.T. No.: 2000-2753-CFA

Brian Herlihy                    v.          State Of Florida

---

Appellant / Petitioner(s),                              Appellee / Respondent(s).

---

## BY ORDER OF THE COURT:

Appellant's motion filed September 16, 2003, seeking to supplement the record on appeal with a copy of the jury selection from January 9, 2002, is granted. Counsel for movant shall ensure preparation and transmittal of the supplemental record within 30 days of this date and time for service of the initial brief is extended to 30 days thereafter.

I HEREBY CERTIFY that the foregoing is (a true copy of) the original court order.

Served:

Hon. Nancy Daniels, P.D.      Nada Carey, A.P.D.          Hon. Charlie Crist, A.G.
Hon. J.K. "Buddy" Irby, Clerk

am

JON S. WHEELER, CLERK

RECEIV

SEP 18 2003

PUBLIC DEFENDER
2nd JUDICIAL CIRCUIT

IN THE CIRCUIT COURT OF THE **EIGHTH** JUDICIAL CIRCUIT, IN AND FOR **ALACHUA** COUNTY, FLORIDA

**BRIAN HERLIHY,**

     Defendant/Appellant,

v.

**STATE OF FLORIDA**

_____/

Circuit Case No. **2000-2753-CFA**
1st DCA Case No. **1D02-4788**

## MOTION FOR ORDER DIRECTING
## COURT REPORTER TO TRANSCRIBE NOTES

Defendant/Appellant, **BRIAN HERLIHY.,** moves this Court pursuant to Rule 9.200, Florida Rules of Appellate Procedure to enter an Order directing that **BETTY SUE VINCENT or STACEY BRYANT** to transcribe the jury selection held on September 9, 2002. The original and two copies of said proceedings are to be filed with the Clerk of the Circuit Court, **ALACHUA** County, Florida, **within 30 days of the District Court's order of September 18, 2003 (copy attached).**

Filed September 23, 2003, 9:26 a.m.
Clerk of Circuit Court and County Court
Alachua county, Florida
By:_____ Date: 11/18/03
Deputy Clerk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to **ROBERT WHEELER**, Assistant Attorney General, at The Capital, PL01, Tallahassee, FL 32399-1050; appellant, **BRIAN HERLIHY**, #G06137, Gulf Correctional Institution, 500 Ike K. Steele Road, Wewahitchka, FL 32465; and **BETTY SUE VINCENT or STACEY BRYANT,** Official Court Reporters, c/o Court Administrator's Office, 201 East University Avenue, Gainesville, FL 32601, on this date, September 19, 2003.

Respectfully submitted,

NANCY A. DANIELS
PUBLIC DEFENDER
SECOND JUDICIAL CIRCUIT

_Plan 6 104155_
_for_

**NADA M. CAREY**
Assistant Public Defender
Florida Bar No. **0648825**
Leon County Courthouse
301 South Monroe Street, Suite 401
Tallahassee, FL 32301
(850) 488-2458
COUNSEL FOR APPELLANT

2



# DISTRICT COURT OF APPEAL, FIRST DISTRICT
## Tallahassee, Florida 32399-1850
## Telephone No. (850) 488-6151

September 18, 2003

**CASE NO.: 1D02-4788**
L.T. No. : 2000-2753-CFA

Brian Herlihy                   v.        State Of Florida

---

Appellant / Petitioner(s),              Appellee / Respondent(s).

## BY ORDER OF THE COURT:

Appellant's motion filed September 16, 2003, seeking to supplement the record on appeal with a copy of the jury selection from January 9, 2002, is granted. Counsel for movant shall ensure preparation and transmittal of the supplemental record within 30 days of this date and time for service of the initial brief is extended to 30 days thereafter.

I HEREBY CERTIFY that the foregoing is (a true copy of) the original court order.

Served:

Hon. Nancy Daniels, P.D.       Nada Carey, A.P.D.        Hon. Charlie Crist, A.G.
Hon. J.K. "Buddy" Irby, Clerk

am

JON S. WHEELER, CLERK

RECEIV

SEP 1 8 2003

PUBLIC DEFENDER
2nd JUDICIAL CIRCUIT

0000326

IN THE CIRCUIT COURT OF THE **EIGHTH**
JUDICIAL CIRCUIT, IN AND FOR **ALACHUA**
COUNTY, FLORIDA

**BRIAN HERLIHY,**
     Defendant/Appellant,

v.

STATE OF FLORIDA

_____/

Circuit Case No. **2000-2753-CFA**
1st DCA Case No. **1D02-4788**

## ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOTES

This cause coming on to be heard upon defendant's motion for order directing court

reporter to transcribe the notes of certain proceedings in this cause necessary for appeal,

it is hereby

**ORDERED and ADJUDGED** that **BETTY SUE VINCENT or STACEY BRYANT,**

Official Court Reporters, is directed to transcribe the jury selection held  on September 9,

2002  Said notes of proceedings shall be filed with the Clerk of the Circuit Court, **ALACHUA**

County, Florida, within thirty (30) days of the District Court's order of **September 18, 2003.**

It is further **ORDERED and ADJUDGED** that the cost of transcribing the above

proceedings shall be borne by **ALACHUA** County, Florida.

**DONE AND ORDERED** this _24_ day of _Sept_ , 20 _03_

_____
**HON. MARTHA ANN LOTT**
Circuit Judge

copies to:
~~Robert Wheeler~~, Assistant Attorney General
~~Nada M. Carey~~,  Assistant Public Defender
**Betty Sue Vincent or Stacey Bryant**, Official Court Reporters

no env copy provided

FILED
CK 10
2003 SEP 24  PM 3: 47
J.K. "BUDDY" IRBY
CLERK OF COURTS
ALACHUA COUNTY FL.

as noted hereon this
24 day Sept 2003

0000327

DISTRICT COURT OF APPEAL, FIRST DISTRICT
CASE NO. 1D02-4788
L.T. NO.: 01-CF-2000-002753-A

BRIAN HERLIHY,

        Appellant/Petitioner,

vs.



STATE OF FLORIDA,

        Appellee/Respondent.

_____/

## A F F I D A V I T

    On behalf of the Court Reporting Department of the Eighth Judicial Circuit, I HEREBY CERTIFY:

1.    That the Court Reporting Department has been provided with an Order Of The Court directing the department to transcribe a jury selection held on January 9, 2002.

2.    The Court Reporting Department covered no jury selections on January 9, 2002.

3.    That the docket information on this case kept by the clerk's office shows no proceedings being held in this case on January 9, 2002.

4.    That, therefore, there are no proceedings to transcribe in the above-captioned case for the date of January 9, 2002.

    IN WITNESS WHEREOF, I have hereunto affixed my signature this 24th day of September, 2003.

                        Betty Sue Vincent, Director
                        Senior Managing Court Reporter
                        201 East University Avenue
                        Gainesville, Florida 32601
                        (352) 491-4402

Copies to:
Alachua County Clerk of Court
Honorable Charlie Crist, Attorney General
Honorable Nancy Daniels, Public Defender

2003 SEP 26 PM 3:15
FILED
CK 13

IN THE CIRCUIT COURT OF THE **EIGHTH** JUDICIAL CIRCUIT, IN AND FOR **ALACHUA** COUNTY, FLORIDA

**BRIAN HERLIHY,**

      Defendant/Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Circuit Case No. **01-CF-2000-002753-A**

1st DCA Case No. **1D02-4788**

## SUPPLEMENTAL DIRECTIONS TO THE
## CLERK OF THE ABOVE-ENTITLED COURT

Please prepare an original and two copies of a Supplemental Record on Appeal to include the following:

    1.    The transcript of the trial proceedings held on September 9, 2002; and

    2.    A copy of these directions.

Please prepare the Supplemental Record on Appeal on receipt of this pleading, pursuant to the **October 7, 2003**, order of the District Court of Appeal which requires that they be filed on or before **November 7, 2003** (see attached copy), and forward the original to **Hon. Jon S. Wheeler**, Clerk, First District Court of Appeal, 301 Martin Luther King, Jr., Boulevard, Tallahassee, FL 32399-1850; and copies to **Hon. Charlie Crist**, Attorney General, The Capital, Tallahassee, FL 32399-1050, and **Hon. Nancy A. Daniels**, Public Defender, Second Judicial Circuit, Leon County Courthouse, 301 South Monroe Street, Suite 401, Tallahassee, FL 32301.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished by U.S. Mail to **ROBERT WHEELER**, Assistant Attorney General, at The

Capital, PL01, Tallahassee, FL 32399-1050; appellant, **BRIAN HERLIHY**, #G06137,

Gulf Correctional Institution, 500 Ike Steele Road, Wewahitchka, FL 32465; and **BETTY**

**SUE VINCENT**, Senior Managing Court Reporter, 201 East University, Gainesville, FL

32601, on this date, October 8, 2003.

Respectfully submitted,

NANCY A. DANIELS
PUBLIC DEFENDER
SECOND JUDICIAL CIRCUIT

NADA M. CAREY
Assistant Public Defender
Florida Bar No. **0648825**
Leon County Courthouse
301 South Monroe Street, Suite 401
Tallahassee, FL 32301
(850) 488-2458

COUNSEL FOR APPELLANT

2

0000330



## DISTRICT COURT OF APPEAL, FIRST DISTRICT
### Tallahassee, Florida 32399-1850
### Telephone No. (850) 488-6151

October 7, 2003

**CASE NO.: 1D02-4788**
L.T. No. : 2000-2753-CFA

Brian Herlihy                    v.            State Of Florida

_____

Appellant / Petitioner(s),                      Appellee / Respondent(s).

## BY ORDER OF THE COURT:

Appellant's amended motion filed October 2, 2003, seeking to supplement the record on appeal with a transcript of the jury selection preceedings held on September 9, 2002, is granted. Counsel for movant shall ensure preparation and transmittal of the supplemental record within 30 days of this date and time for service of the initial brief is extended to 30 days thereafter.

I HEREBY CERTIFY that the foregoing is (a true copy of) the original court order.

Served:

Nada Carey, A.P.D.          Hon. Nancy Daniels, P.D.          Hon. Charlie Crist, A.G.
Hon. J.K. "Buddy" Irby, Clerk

am

JON S. WHEELER, CLERK

RECEIVED

OCT 07 2003

PUBLIC DEFENDER
2nd JUDICIAL CIRCUIT

0000331

IN THE CIRCUIT COURT OF THE **EIGHTH**
JUDICIAL CIRCUIT, IN AND FOR **ALACHUA**
COUNTY, FLORIDA

**BRIAN HERLIHY,**

     Defendant/Appellant,

v.

    Circuit Case No. **01-CF-2000-002753-A**
1st DCA Case No. **1D02-4788**

**STATE OF FLORIDA**
_____/

### MOTION FOR ORDER DIRECTING
### COURT REPORTER TO TRANSCRIBE NOTES

    Defendant/Appellant, **BRIAN HERLIHY.,** moves this Court pursuant to Rule 9.200,

Florida Rules of Appellate Procedure to enter an Order directing that **BETTY SUE**

**VINCENT,** Senior Managing Court Reporter, is to transcribe the trial proceedings held on

September 9, 2002,. The original and two copies of said proceedings are to be filed with the

Clerk of the Circuit Court, **ALACHUA** County, Florida, **within 30 days of the District**

**Court's order of October 7, 2003 (copy attached).**

Filed _____October 10, 2003_____
Clerk of Circuit Court and County Court
Alachua county, Florida
By:_____Date: _october 16, 2003_
Deputy Clerk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to **ROBERT WHEELER**, Assistant Attorney General, at The Capital, PL01, Tallahassee, FL 32399-1050; appellant, **BRIAN HERLIHY**, #G06137, Gulf Correctional Institution, 500 Ike Steele Road, Wewahitchka, FL 32465; and **BETTY SUE VINCENT**, Senior Managing Court Reporter, 201 East University, Gainesville, FL 32601, on this date, October 8, 2003.

Respectfully submitted,

NANCY A. DANIELS
PUBLIC DEFENDER
EIGHTH JUDICIAL CIRCUIT

**NADA M. CAREY**
Assistant Public Defender
Florida Bar No. **0648825**
Leon County Courthouse
301 South Monroe Street, Suite 401
Tallahassee, FL 32301
(850) 488-2458
COUNSEL FOR APPELLANT

2

0000333



## DISTRICT COURT OF APPEAL, FIRST DISTRICT
### Tallahassee, Florida 32399-1850
### Telephone No. (850) 488-6151

October 7, 2003

**CASE NO.: 1D02-4788**
L.T. No. : 2000-2753-CFA

Brian Herlihy                    v.        State Of Florida

---

Appellant / Petitioner(s),                          Appellee / Respondent(s).

---

## BY ORDER OF THE COURT:

Appellant's amended motion filed October 2, 2003, seeking to supplement the record on appeal with a transcript of the jury selection proceedings held on September 9, 2002, is granted. Counsel for movant shall ensure preparation and transmittal of the supplemental record within 30 days of this date and time for service of the initial brief is extended to 30 days thereafter.

I HEREBY CERTIFY that the foregoing is (a true copy of) the original court order.

Served:

Nada Carey, A.P.D.          Hon. Nancy Daniels, P.D.          Hon. Charlie Crist, A.G.
Hon. J.K. "Buddy" Irby, Clerk

am

JON S. WHEELER, CLERK

RECEIVED

OCT 0 7 2003

PUBLIC DEFENDER
2nd JUDICIAL CIRCUIT

0000334

IN THE CIRCUIT COURT OF THE **EIGHTH**
JUDICIAL CIRCUIT, IN AND FOR **ALACHUA**
COUNTY, FLORIDA

**BRIAN HERLIHY,**
    Defendant/Appellant,

v.

**STATE OF FLORIDA**
_____/

Circuit Case No. **01-CF-2000-002753-A**
1ˢᵗ DCA Case No. **1D02-4788**

## ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOTES

This cause coming on to be heard upon defendant's motion for order directing court

reporter to transcribe the notes of certain proceedings in this cause necessary for appeal,

it is hereby

**ORDERED and ADJUDGED** that **BETTY SUE VINCENT**, Senior Managing Court

Reporter, is directed to transcribe the trial proceedings held on September 7, 2002 Said

notes of proceedings shall be filed with the Clerk of the Circuit Court, **ALACHUA** County,

Florida, within thirty (30) days of the District Court's order of **October 7, 2003**.

It is further **ORDERED and ADJUDGED** that the cost of transcribing the above

proceedings shall be borne by **ALACHUA** County, Florida.

**DONE AND ORDERED** this _____ day of _____, 2003.

_____
**HON. MARTHA ANN LOTT**
Circuit Judge

copies to:
**Robert Wheeler**, Assistant Attorney General
**Nada M. Carey,** Assistant Public Defender
**Betty Sue Vincent**, Senior Managing Court Reporter

0000335

IN THE CIRCUIT COURT OF THE **EIGHTH** JUDICIAL CIRCUIT, IN AND FOR **ALACHUA** COUNTY, FLORIDA

**BRIAN HERLIHY,**
Defendant/Appellant,

v.

Circuit Case No. **01-CF-2000-002753-A**
1st DCA Case No. **1D02-4788**

STATE OF FLORIDA
_____/

## ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOTES

This cause coming on to be heard upon defendant's motion for order directing court reporter to transcribe the notes of certain proceedings in this cause necessary for appeal, it is hereby

**ORDERED and ADJUDGED** that **BETTY SUE VINCENT**, Senior Managing Court Reporter, is directed to transcribe the trial proceedings held on September 7, 2002  Said notes of proceedings shall be filed with the Clerk of the Circuit Court, **ALACHUA** County, Florida, within thirty (30) days of the District Court's order of **October 7, 2003**.

It is further **ORDERED and ADJUDGED** that the cost of transcribing the above proceedings shall be borne by **ALACHUA** County, Florida.

**DONE AND ORDERED** this __14__ day of __Oct__ 2003.

~~HON. MARTHA ANN LOTT~~
Circuit Judge

copies to:
**Robert Wheeler**, Assistant Attorney General
**Nada M. Carey,** Assistant Public Defender
**Betty Sue Vincent**, Senior Managing Court Reporter

Copies furnished to the person this
__14__ day of __Oct__ , 20 __03__
L___ A. H_____

0000336

DISTRICT COURT OF APPEAL, FIRST DISTRICT
CASE NO. 1D02-4788
L.T. NO.: 01-CF-2000-002753-A


BRIAN HERLIHY,

                      Appellant/Petitioner,

vs.

STATE OF FLORIDA,

                      Appellee/Respondent.

_____/



### AMENDED
### REQUEST FOR EXTENSION OF TIME
### TO PREPARE TRANSCRIPT ON APPEAL

       An extension of time in which to prepare the transcript on appeal in the above-styled case is requested by Betty Sue Vincent on behalf of the Judicial Court Reporter's office of the Eighth Judicial Circuit for the following reasons:

1.     The jury selection will be approximately 250 pages.
2.     Two court reporters handled the jury selection on the requested date.
3.     One of the court reporters no longer works for our department which results in it taking longer to get the work completed.

       Therefore, an extension of time of 30 days, with a due date of November 17, 2003, is respectfully requested.


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Honorable Charlie Crist, Attorney General, Department of Legal Affairs, The Capitol, Tallahassee, Florida 32399-1050; Honorable Nancy Daniels, Public Defender, Second Judicial Circuit, Suite 401, Leon County Courthouse, 301 S. Monroe Street, Tallahassee, Florida 32301; Alachua County Clerk of Court; Delight Kilyan, Scopist, and Anne Beard, Supervisor - Electronic Division, 201 East University Avenue, Gainesville, Florida 32601; this 21st day of October, 2003.


                           *Betty Sue Vincent*
                        BETTY SUE VINCENT
                        JUDICIAL COURT REPORTER
                        EIGHTH JUDICIAL CIRCUIT
                        201 East University Avenue
                        Gainesville, Florida 32601

DISTRICT COURT OF APPEAL, FIRST DISTRICT
CASE NO. 1D02-4788
L.T. NO.: 01-CF-2000-002753-A


BRIAN HERLIHY,

          Appellant/Petitioner,

vs.

STATE OF FLORIDA,

          Appellee/Respondent.
_____/

## A F F I D A V I T

On behalf of the Court Reporting Department of the Eighth Judicial Circuit, I HEREBY CERTIFY:

1. That the Court Reporting Department has been provided with an Order Of The Court directing the department to transcribe a trial proceeding held on September 7, 2002.

2. The Court Reporting Department covered no trial proceeding on September 7, 2002.

3. That the date of September 7, 2002 is a Saturday, and to the best of our knowledge nothing during the course of this trial was held on Saturday.

4. That, therefore, there are no proceedings to transcribe in the above-captioned case for the date of September 7, 2002.

IN WITNESS WHEREOF, I have hereunto affixed my signature this 24th day of October, 2003.


Betty Sue Vincent, Director
Senior Managing Court Reporter
201 East University Avenue
Gainesville, Florida 32601
(352) 491-4402


Copies to:
Alachua County Clerk of Court
Honorable Charlie Crist, Attorney General
Honorable Nancy Daniels, Public Defender

J.K. "BUDDY" IRBY
CLERK OF COURTS
ALACHUA COUNTY, FL
2003 NOV -3 PH 3: 53
FILED
OK 14

0000338

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,
     Plaintiff,

vs.

BRIAN HERLIHY,
     Defendant.

_____/

CASE NO.: 01-2000-CF-2753-A
CRIMINAL DIVISION II

1st DCA CASE NO.: 1D02-4788

### CORRECTED ORDER DIRECTING
### COURT REPORTER TO TRANSCRIBE NOTES

THIS CAUSE came before the Court on the Defendant's MOTION FOR ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOTES of certain proceedings in this cause necessary for appeal, it is hereby

CONSIDERED, ORDERED AND ADJUDGED that BETTY SUE VINCENT, Senior Managing Court Reporter, is directed to transcribe the trial proceedings held on 9 September 2002. Said notes of proceedings shall be filed with the Clerk of the Circuit Court, Alachua County, Florida, within thirty (30) days of the District Court's order of 7 October 2003. It is further

ORDERED AND ADJUDGED that the cost of transcribing the above proceedings shall be borne by Alachua County, Florida.

DONE AND ORDERED in Chambers in Gainesville, Alachua County, Florida, this 4 day of November, 2003.

LARRY GIBBS TURNER,
Circuit Judge

Page 1

0000339

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been delivered to the following by U.S. Mail and/or hand delivery this ___5___ day of November, 2003:

Betty Sue Vincent, Senior Managing Court Reporter

Robert Wheeler, Esq.
Assistant Attorney General
The Capital, PL-01
Tallahassee, FL 32399-1050

Nada M. Carey, Esq.
Assistant Public Defender
Leon County Courthouse
301 South Monroe Street, Suite 401
Tallahassee, FL 32301

Lois A. Houston,
Judicial Assistant

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Jan Phillips, Personnel Specialist, Alachua County Courthouse, 201 E. University Avenue, Gainesville, FL 32601 (352) 374-3648, within 2 working days of your receipt of this notice; if you are hearing or voice impaired, call 1-800-955-8771.

Page 2

IN THE CIRCUIT COURT OF THE **EIGHTH**
JUDICIAL CIRCUIT, IN AND FOR **ALACHUA**
COUNTY, FLORIDA

**BRIAN HERLIHY,**

      Defendant/Appellant,

v.

                          Circuit Case No. **01-CF-2000-002753-A**
                          1st DCA Case No. **1D02-4788**

STATE OF FLORIDA

                   /

### AMENDED MOTION FOR ORDER DIRECTING
### COURT REPORTER TO TRANSCRIBE NOTES

      Defendant/Appellant, **Brian Herlihy,** moves this Court pursuant to Rule 9.200,

Florida Rules of Appellate Procedure to enter an Order directing that **Betty Sue Vincent**

**or assigned court reporter**, to transcribe the trial proceedings held on September 9,

2002.

      The original motion had the correct date listed on it but the date on the order was

inadvertently listed as September 7, 2002.

      The original and two copies of said proceedings are to be filed with the Clerk of the

Circuit Court, **ALACHUA** County, Florida, **within 30 days of the District Court's order**

**of  October 7, 2003 (copy of order and original motion attached).**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished by U.S. Mail to **ROBERT WHEELER**, Assistant Attorney General, at The Capital,

PL01, Tallahassee, FL 32399-1050; appellant, **BRIAN HERLIHY**, #G06137, Gulf

Correctional Institution, 500 Ike Steele Road, Wewahitchka, FL 32465; and **BETTY SUE**

**VINCENT**, Director, Senior Managing Court Reporter, 201 East University, Gainesville, FL

32602, on this date, November 4, 2003.

Respectfully submitted,

NANCY A. DANIELS
PUBLIC DEFENDER
SECOND JUDICIAL CIRCUIT

**NADA M. CAREY**
Assistant Public Defender
Florida Bar No. **0648825**
Leon County Courthouse
301 South Monroe Street, Suite 401
Tallahassee, FL 32301
(850) 488-2458
COUNSEL FOR APPELLANT

# DISTRICT COURT OF APPEAL, FIRST DISTRICT
## Tallahassee, Florida 32399-1850
## Telephone No. (850) 488-6151

November 6, 2003

**CASE NO.: 1D02-4788**
L.T. No. : 2000-2753-CFA

Brian Herlihy                    v.        State Of Florida

_____

Appellant / Petitioner(s),                    Appellee / Respondent(s).

## BY ORDER OF THE COURT:

Appellant's motion filed October 31, 2003, seeking to supplement the record on appeal with copies of defendant's motion to suppress evidence and motion to suppress statements, filed September 3, 2002, is granted.  Counsel for movant shall ensure preparation and transmittal of the supplemental record within 30 days of this date and time for service of the initial brief is extended to 30 days thereafter.

I HEREBY CERTIFY that the foregoing is (a true copy of) the original court order.

Served:

Nada Carey, A.P.D.        Hon. Nancy  Daniels, P.D.        Hon. Charlie  Crist, A.G.
Hon. J.K. "Buddy" Irby, Clerk

am

_____
JON S. WHEELER, CLERK



IN THE CIRCUIT COURT OF THE **EIGHTH**
JUDICIAL CIRCUIT, IN AND FOR **ALACHUA**
COUNTY, FLORIDA

**BRIAN HERLIHY,**

      Defendant/Appellant,

v.

      Circuit Case No.  **2000-2753-CFA**
      1st DCA Case No.  **1D02-4788**

STATE OF FLORIDA,

      Appellee.

                  /

## SUPPLEMENTAL DIRECTIONS TO THE
## CLERK OF THE ABOVE-ENTITLED COURT

      Please prepare an original and two copies of a Supplemental Record on Appeal
to include the following:

      1.    A copy of the defendant's motion to suppress evidence and motion to
suppress statements, filed September 3, 2002; and

      2.    A copy of these directions.

      Please prepare the Supplemental Record on Appeal on receipt of this pleading,
pursuant to the **November 6, 2003**, order of the District Court of Appeal which requires
that they be filed on or before **December 5, 2003** (see attached copy), and forward the
original to **Hon. Jon S. Wheeler**, Clerk, First District Court of Appeal, 301 Martin Luther
King, Jr., Boulevard, Tallahassee, FL 32399-1850; and copies to **Hon. Charlie Crist**,
Attorney General, The Capital, Tallahassee, FL 32399-1050, and **Hon. Nancy A.**
**Daniels**, Public Defender, Second Judicial Circuit, Leon County Courthouse, 301 South
Monroe Street, Suite 401, Tallahassee, FL 32301.

*03 NOV 12  AM 10:03*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished by U.S. Mail to **ROBERT WHEELER**, Assistant Attorney General, at The

Capital, PL01, Tallahassee, FL 32399-1050, and appellant, **BRIAN HERLIHY**,

#G06137, Gulf Correctional Institution, 500 Ike Steele Road, Wewahitchka, FL 32465,

on this date, November 7, 2003.

Respectfully submitted,

NANCY A. DANIELS
PUBLIC DEFENDER
SECOND JUDICIAL CIRCUIT

**NADA M. CAREY**
Assistant Public Defender
Florida Bar No. **0658825**
Leon County Courthouse
301 South Monroe Street, Suite 401
Tallahassee, FL 32301
(850) 488-2458

COUNSEL FOR APPELLANT

2

0000345



# DISTRICT COURT OF APPEAL, FIRST DISTRICT
## Tallahassee, Florida 32399-1850
## Telephone No. (850) 488-6151

November 6, 2003

**CASE NO.: 1D02-4788**
L.T. No. : 2000-2753-CFA

Brian Herlihy                          v.          State Of Florida

_____

Appellant / Petitioner(s),                          Appellee / Respondent(s).

## BY ORDER OF THE COURT:

Appellant's motion filed October 31, 2003, seeking to supplement the record on appeal with copies of defendant's motion to suppress evidence and motion to suppress statements, filed September 3, 2002, is granted.  Counsel for movant shall ensure preparation and transmittal of the supplemental record within 30 days of this date and time for service of the initial brief is extended to 30 days thereafter.

I HEREBY CERTIFY that the foregoing is (a true copy of) the original court order.

Served:

Nada  Carey, A.P.D.          Hon. Nancy  Daniels, P.D.          Hon. Charlie  Crist, A.G.
Hon. J.K. "Buddy" Irby, Clerk

am

JON S. WHEELER, CLERK

RECEIV[ED]

NOV 0 6 2003

PUBLIC DEFENDER
2nd JUDICIAL CIRCUIT

**IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA**

**STATE OF FLORIDA,**
**Plaintiff,**

**CASE NO:    2000-2753-CFA
                    2000-2660-CFA**

vs.

**BRIAN HERLIHY,**
**Defendant.**

_____/

## DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

**COMES NOW** the Defendant, **Brian Herlihy,** by and through his undersigned

attorney, and pursuant to Florida Rules of Criminal Procedure 3.190; Article 1, Sections

9, 12 of the Florida Constitution, and the Fourth and Fourteenth amendments to the United

States Constitution; moves this Court to suppress evidence in this case.

As grounds for this Motion the Defendant states the following:

1.      The Defendant is seeking to suppress any and all testimony by Sergeant

Valerie Dawson and/or Orlando Alvarez relating to items observed or seized during their

illegal entry into Brian Herlihy's apartment during the morning hours of August 2, 2000.

2.      The Defendant states that the evidence was illegally seized, without a

warrant, in violation of the fourth and fourteenth Amendments to the United States

Constitution and Article I, Sections 9 and 12 of the Constitution of the State of Florida.

3.      The evidence was obtained in violation of the Defendants right to privacy as

guaranteed by Article I, Section 23 of the Constitution of the State of Florida.

4.      Factually, the testimony will show that on August 2, 2000, Office Orlando

Alvarez and Sergeant Valerie Dawson responded to the scene of Brian Herlihy's apartment

regarding an alleged injury to a child.  When they arrived shortly after 10:00 am on that

State v. Herlihy
Case No.: 2000-2753-CFA / 2000-2660-CFA
Motion to Suppress Evidence
Page 2

date, Mr. Herlihy and his girlfriend, Crystal Quirillo, and the child had already left and were
on the way to Shands Teaching Hospital.

5.      According to Sworn Testimony of both Officer Alveraz and Sergeant Dawson,
the two law enforcement officers decided to enter the apartment to make sure there was
"no evidence of foul play" at the scene.  Certain observations were made while the law
enforcement officers were unlawfully in Mr. Herlihy's apartment and the Defendant, at this
time, based upon the above and foregoing moves to suppress any and all observations
made by these two (2) police officers.

6.      Thereafter, other members of the Gainesville Police Department entered the
Defendant's apartment without a search warrant and without consent of the Defendant,
Brian Herlihy, made observations, took photographs, and collected evidence, all without
lawful authority and in contravention of the Defendant's rights as guaranteed by the Florida
Constitution in the fourth and fourteenth amendments to the United States Constitution.

7.      Other grounds will be argued at the hearing on this motion.

**WHEREFORE**, the Defendant, **Brian Herlihy,** respectfully moves this Honorable
Court to grant this Motion suppressing in the cause any and all evidence allegedly
observed and or seized by Officer Alvarez and or Sergeant Dawson on August 2, 2000.

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been
furnished by hand-delivery to Jeanne Singer, Esquire, State Attorney's Office, P.O. Box

State v. Herlihy
Case No.: 2000-2753-CFA / 2000-2660-CFA
Motion to Suppress Evidence
Page 3

1437, Gainesville, FL 32602 on this 3rd day of September, 2002.

LAW OFFICES OF GROLAND & ASSOCIATES, P.A.

**Gordon H. Groland, Esquire**
Florida Bar # 137259
**John H. Tedder, Esquire**
Florida Bar #0398616
Post Office Box 2848
Gainesville, FL 32602
Phone: (352) 373-4669 / 373-2885 Fax

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,
      Plaintiff,

vs.

BRIAN HERLIHY,
      Defendant.

                /

**CASE NO:**   **2000-2753-CFA**
                  **2000-2660-CFA**

## MOTION TO SUPPRESS STATEMENTS

    **COMES NOW** the Defendant, **Brian Herlihy,** by and through his undersigned attorney, and pursuant to Rule 3.190, Florida Rules of Criminal Procedure, moves this Honorable Court to suppress any and all statements made by the Defendant at the Gainesville Police Department on August 2, 2000 before he was duly advised of his Constitutional Rights.

    As grounds for this Motion the Defendant states the following:

    1. The Defendants statements or admissions were made in violation of the Defendants Miranda Rights and the Fifth and Sixth Amendments to the United States Constitution. <u>Miranda v. Arizona</u> 384 U. S. 436 (1966).

    2. The statements and/or admissions were the fruit of an illegal detention of the Defendant, Brian Herlihy.

    3. The statements and/or admissions were made after the Defendant, Brian Herlihy, requested a consultation with an attorney.

    4. The Defendant, Brian Herlihy, was contacted by law enforcement at Shands Hospital in Gainesville on August 2, 2000, shortly after the victim in this case, Robbie Quirillo, age four (4) months, was taken to the hospital by ambulance and was immediately admitted to the Pedicatic Intensive Care Unit (PICU).

    5. The Defendant, Brian Herlihy, was thereafter taken in a police car from Shands

State v. Brian Herlihy
Case No.: 2000-2753-CFA/2000-2660-CFA
Motion to Suppress Statements
Page 2

Hospital to the Gainesville Police Department between 12:00 pm and 1:00 pm on Wednesday, August 2, 2002. The Gainesville Police Department, and more specifically Detective Helen Legall had determined that since the Defendant was the last person with the child that he was responsible for the injuries. This Detective and other officers from the Gainesville Police Department after consulting with medical personnel determined that the babies injuries were the result of what was described as "Shaken Baby Syndrome" (SBS).

6. The Defendant was asked to consent to a search of his apartment and he complied. A Police Officer was positioned at the Defendant's apartment during the early afternoon hours and the Crime Scene Investigators appeared at the Defendant's apartment during the early afternoon hours and began processing and photographing the Defendant's apartment. The Defendant was also asked to give consent to search his motor vehicle at 2:55 pm and he complied.

7. The Defendant was taken to the Gainesville Police Department and placed in an interrogation room between the hours of 1:00 p.m. through 4:00 p.m. He was questioned extensively by Detective Legall and other detectives who intermittently came into the room and then left. No tape recording was taken of this alleged statement.

8. During the interview/interrogation of the Defendant, Brian Herlihy, he was at one point told that he was "a lying son-of-a-bitch," and was not told at any time that he was free to leave.

9. The lead police detective assigned to the case, Helen Legall, admits in her deposition that the Defendant was questioned from shortly after 1:00 p.m. for in excess of

State v. Brian Herlihy
Case No.: 2000-2753-CFA/2000-2660-CFA
Motion to Suppress Statements
Page 3

two and one-half (2 ½) hours up to just before 4:00 p.m. on that date, and the Defendant

was never advised of his Constitutional Rights at any time until the questioning was

concluded at 3:55 p.m. on that date.

**WHEREFORE**, the Defendant, Brian Herlihy, respectfully requests that this

Honorable Court suppress any and all statements made to law enforcement on August 2,

2000, between the hours of 1:00 p.m. and 4:00 p.m.

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by hand

delivery to Jeanne Singer, Esquire, State Attorney's Office, PO Box 1437, Gainesville, FL

32602 on this 3RD day of September, 2001.

LAW OFFICES OF GROLAND & ASSOCIATES, P.A.

**Gordon H. Groland, Esquire**
Fla Bar #137259
Post Office Box 2848
Gainesville, FL 32602
Phone: (352) 373-4669 / 373-2885 Fax

0000352

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,
        Plaintiff,

vs.                            Case No. 2000-2753-CF-A

BRIAN PATRICK HERLIHY,      Division: II
        Defendant.
_____/

## MEMORANDUM OF LAW IN OPPOSITION
## TO MOTION TO SUPPRESS EVIDENE FILED BY DEFENDANT

THE STATE OF FLORIDA, by and through the undersigned Assistant State Attorney, files this Memorandum of Law in Opposition to the Motion to Suppress Evidence filed by the defendant, Brian Herlihy.

The State contends and evidence adduced at hearing supports a finding that entry into the defendant's residence at approximately 10:00 A.M. on 2 August 2002 was legal and permissible on two (2) grounds:

1. The defendant, by his specific call to 911 – Gainesville Police Department Dispatch and by his actions when personnel responding to his apartment were summoned in consented to the entry of law enforcement officers(see 911 tape offered into evidence and Johnson v. State, 386 So.2d 302 (Fla. 5th DCA, 1980); and,

2. The "exigency rule", an exception to the warrant requirement, specifically applies in this case. The right of police to enter and investigate in an emergency, without an accompanying intent either to seize or arrest, is inherent in the very nature of their duties as peace officers and derives from the common law. State v. Mann, 440 So. 2d 406 (Fla. 4th DCA, 1983)

At the time Officers Alvarez, King and Dawson arrived on scene, the "exigency" was not necessarily over, although the rescue unit had left the scene, en-route to the hospital with the child. The circumstances were such that further investigation of the apartment was justified for the purpose of determining if there was evidence that might shed some light upon the cause of the child's condition, which in turn might have been of assistance in his diagnosis and treatment. See: Wooten v. State of Florida, 398 So.2d 963 (Fla. 1st DCA, 1981).

FILED IN OPEN COURT
8-5, 2002
_____ D.C.

BRIAN HERLIHY
Memorandum of Law in Opposition to Motion to Suppress Evidence Filed by Defendant
Case No. 2000-2753-CF-A
Page 2

Further, it is well within the "exigency rule" when officers are summoned through a 911 call; and as a result, they walk through (sweep) the residence to determine whether there are other persons in the residence with information regarding the emergency or who may need aid (i.e., other children r injured persons). See: In the Interest of J.B., 621 So.2d 489 (Fla 4th DCA, 1993).

The criterion of the exigency rule is the reasonableness of the belief of the police as to the existence of an emergency, not the existence of an emergency in fact. State v. Hetzko, 283 So.2d 49 (Fla. 4th DCA 1973)

The reasonableness of the officers' response to an emergency situation is a question of fact for the trial court. In the Interest of J.B., supra.

In this case, the facts support the reasonableness of the officers' response. Their entry was pursuant to the defendant's 911 call and within minutes of the child's removal to the hospital. The purpose for the entry was to contact possible witnesses to the event; to make sure there were no other persons in need of service; and, to assure that there was no obvious evidence of foul play.

Attached are copies of cases where similar factual scenarios were held to properly meet the "exigency rule".

Walker v. State, 617 So.2d 404 (Fla. 3rd DCA, 1993)

Allen v. State, 638 So.2d 577 (Fla. 1st DCA, 1994)

State v. Moses, 480 So.2d 146 (Fla. 2nd DCA, 1985)

Campbell v. State, 477 So.2d 1068 (Fla. 2nd DCA, 1985)

State v. Boyd, 615 So.2d 786 (Fla. 2nd DCA, 1993)

See also: Mincey v. Arizona, 437 U.S. 385 (1978), where the Court wrote: "We do not question the right of the police to respond to emergency situations...the Fourth Amendment does not bar police officers from making warrantless entries and searches when they reasonably believe that a person within is in need of immediate aid. Similarly, when the police come upon

BRIAN HERLIHY

Memorandum of Law in Opposition to Motion to Suppress Evidence Filed by Defendant
Case No. 2000-2753-CF-A
Page 3

the scene of a homicide, they may make a prompt warrantless search of the area to see if there are other victims or if a killer is still on the premises. The need to protect or preserve life or avoid serious injury is justification for what would be otherwise illegal absent an exigency or emergency. And, the police may seize any evidence that is in plain view during the course of their legitimate emergency activities."

On the issue of the later search of the residence by Investigator Tina Millard and Sgt. Valerie Dawson, the State relies on the uncontroverted sworn testimony of Investigator David Cannon, Investigator Helen Legall and Sgt. Dawson where it was shown that the defendant voluntarily consented to the search both orally and in writing to members of the Gainesville Police Department prior to their entering into and collecting evidence from the defendant's residence.

Filed in good faith this 4th day of September, 2002.

WILLIAM P. CERVONE
STATE ATTORNEY


JEANNE M. SINGER
Chief Assistant State Attorney
Florida Bar No. 0243604
120 West University Avenue
Gainesville, FL 32601

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Memorandum has been furnished to Gordon Groland, Esquire by hand-delivery this _____ day of September, 2002.


JEANNE M. SINGER
Chief Assistant State Attorney

0000355

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,
        Plaintiff,

vs.                          Case No. 2000-2753-CF-A

BRIAN PATRICK HERLIHY,      Division: II
        Defendant.
_____/

## MEMORANDUM OF LAW IN OPPOSITION
## TO MOTION TO SUPPRESS STATEMENTS FILED BY DEFENDANT

THE STATE OF FLORIDA, by and through the undersigned Assistant State Attorney, files this Memorandum of Law in Opposition to the Motion to Suppress Statements Filed by the Defendant, Brian Herlihy and says:

Evidence adduced at the hearing on this motion unequivocally supports the premise that the defendant, Brian Herlihy, was not a "suspect"; focus of the investigation or in custody at the time he was interviewed at the Gainesville Police Department from 1:20 PM until 3:55 P.M. when he did become the focus of the investigation and was advised of his rights pursuant to the Miranda decision. See Ramirez v. State, 739 So.2d 568 (Fla. 1999); Johnson v. State 800 So.2d 275 (Fla. 1st DCA, 2001); State v. Scott, 786 So.2d 206 (Fla. 4th DCA, 2001); Ramsey v. State, 731 So.2d 79 (Fla. 3rd DCA, 1999)

Filed in good faith this 4th day of September, 2002.

                        WILLIAM P. CERVONE
                        STATE ATTORNEY

                        JEANNE M. SINGER
                        Chief Assistant State Attorney
                        Florida Bar No. 0243604
                        120 West University Avenue
                        Gainesville, FL 32601

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Memorandum has been furnished to Gordon Groland, Esquire by hand-delivery this 4th day of September, 2002.

                        JEANNE M. SINGER
                        Chief Assistant State Attorney
                        Florida Bar No. 0243604

FILED IN OPEN COURT
9-5, 2002
D.C.

0000356

STATE OF FLORIDA

COUNTY OF ALACHUA

I, J.K. "Buddy" Irby, Clerk of the Circuit Court for the County of Alachua, State of Florida, do hereby certify that the foregoing pages 320 - 356 contain a true transcript of the supplemental record in the case of BRIAN P. HERLIHY v. STATE OF FLORIDA and a correct recital and copy of all such papers and proceedings in this cause as appears from the records and files of my office that have been directed to be included in said record pursuant to Fla. R. App.p. 9.200.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court this November 19, 2003.

J.K. "Buddy" Irby
Clerk of the Circuit Court
Alachua County, Florida

By _Shelley J. Carr_

Shelley J. Carr
Deputy Clerk



I:\USERS\YMC\WORD\YVONNE\CIRCUIT CRIMINAL DOCUMENTS\CERT-PG-SUP.FEL.DOC