# EXHIBIT

# EE

*202-1-17814*
*B*

# In the District Court of Appeal
### FIRST DISTRICT
## of Florida

BRIAN PATRICK HERLIHY
Appellant

v.

STATE OF FLORIDA
Appellee

}
}
}
}
}
}
}
}
}
}
}
}
}
}



Doc __
04·21·2004

CASE  D.  01-2000-CF-2753-A

APPEAL NO. 1D02-4788
VOLUME XXXI

## SUPPLEMENTAL
# RECORD

### HONORABLE LARRY G. TURNER
#### TRIAL JUDGE

## APPEAL FROM THE CIRCUIT COURT
## 8th JUDICIAL CIRCUIT FOR
## ALACHUA COUNTY, FLORIDA

**FOR APPELLANT**
NADA M. CAREY
ASSISTANT PUBLIC DEFENDER
LEON COUNTY COURTHOUSE
APPEALS DIVISION - 4TH FLOOR
301 SOUTH MONROE
TALLAHASSEE, FLORIDA 32399

**FOR APPELLEE**
HONORABLE CHARLIE CRIST
ATTORNEY GENERAL'S OFFICE
THE CAPITOL
DEPARTMENT OF LEGAL AFFAIRS
CRIMINAL APPEAL SECTION
TALLAHASSEE, FLORIDA 32399-1050

Created on 4/16/04

IN THE CIRCUIT COURT
OF THE EIGHTH
JUDICIAL CIRCUIT, IN
AND FOR ALACHUA
COUNTY, FLORIDA

BRIAN PATRICK HERLIHY

       Appellant

vs.

CASE NO.2000-2753-CFA

APPEAL NO. 1D02-4788

STATE OF FLORIDA
       Appellee

| INDEX INSTRUMENT | DATE FILED | PAGE NO. |
|---|---|---|
| DOCKET LINES | | |
| EVIDENCE LIST | | |
| **VOLUME I** | | |
| ARREST | 08-11-2000 | 1-3 |
| FIRST APPEARANCE ORDER | 08-11-2000 | 4 |
| SEALED ENVELOPE SAID TO CONTAIN COPIES OF APPLICATION & AFFIDAVIT FOR SEARCH WARRANT | 08-16-2000 | 5 |
| NOTICEOF APPEARANCE OF COUNSEL | 08-22-2000 | 6 |
| STIPULATION FOR SUBSTITUTION OF COUNSEL | 08-25-2000 | 7 |
| STATE OF FLORIDA IN THE CIRCUIT COURT EIGHTH JUDICIAL CIRCUIT INDICTMENT FOR FIRST DEGREE MURDER TRUE BILL | 08-29-2000 | 8-9 |

Created on 4/16/04

| | | |
|---|---|---|
| ORDER ALLOWING SUBSTITUTION OF COUNSEL | 08-29-2000 | 10 |
| MOTION TO WITHDRAW | 08-30-2000 | 11 |
| WRITTEN PLEA OF NOT GUILTY, DEMAND FOR DISCOVERY AND DEMAND FOR JURY TRIAL | 08-30-2000 | 12 |
| FIRST APPEARANCE ORDER | 08-21-2000 | 13 |
| ORDER GRANTING MOTION TO WITHDRAW | 08-31-2000 | 14 |
| MOTION TO SET BOND | 09-29-2000 | 15-18 |
| STIPULATION FOR BOND | 10-13-2000 | 19-20 |
| ORDER SETTING BOND | 10-13-2000 | 21-22 |
| CASH APPEARANCE BOND  (SEE FRONT AND BACK) | 10-17-2000 | 23-24 |
| MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND MOTION TO EXCUSE THE DEFENDANT | 11-09-2000 | 25-26 |
| ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE AND EXCUSING DEFENDANT FROM CASE MANAGEMENT CONFERENCE ON NOVEMBER 20,2000 | 11-15-2000 | 27 |
| MOTION TO REVOKE BOND | 05-14-2001 | 28-29 |
| COPIES OF COMPLAINT AFFIDAVIT FROM BROWARD COUNTY | 05-13-2001 | 30-35 |
| ORDER REVOKING BOND AND DIRECTING CLERK TO ISSUE CAPIAS | 05-14-2001 | 36 |
| BOND INFORMATION | 05-16-2001 | 37 |
| FIRST APPEARANCE ORDER | 06-06-2001 | 38-41 |
| CASH APPEARANCE BOND | 06-13-2001 | 41A |
| COPIES OF COMPLAINT AFFIDAVIT FROM BROWARD COUNTY, FLORIDA | 07-18-2001 | 42-58 |
| SECOND MOTION TO REVOKE BOND | 07-20-2001 | 59-61 |
| SECOND MOTION TO REVOKE BOND HEARING | 07-20-2001 | 62 |

Created on 4/16/04

| | | |
|---|---|---|
| ORDER REVOKING CASH BOND AND DIRECTING THE ISSUANCE OF CAPIAS | 07-20-2001 | 63 |
| MOTION TO CONTINUE | 07-26-2001 | 64-66 |
| MOTION TO SET ASIDE BOND ESTREATURE | 10-21-2001 | 67-68 |
| ORDER GRANTING MOTION TO SET ASIDE BOND ESTREATURE | 10-26-2001 | 69-70 |
| BOND INFORMATION | 10-29-2001 | 71 |
| COPY OF VOUCHER CHECK PAYABLE TO LOIS HERLIHY (BOND REIMBURSEMENT | 11-02-2001 | 72 |
| UNOPPOSED MOTION TO CONTINUE TRIAL | 11-06-2001 | 73-74 |
| ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE | 11-30-2001 | 75-76 |
| MOTION FOR COURT ORDER ALLOWING DEFENDANT TO GET COPIE S OF CHILD PROTECTION TEAM RECORDS | 01-22-2002 | 77 |
| UNOPPOSED MOTION TO CONTINUE TRIAL | 02-01-2002 | 78-79 |
| AMENDED FIRST APPEARANCE ORDER AS TO BAIL, WITH ATTACHED FIRST APPEARANCE ORDER AND ALACHUA COUNTY WARRANT/CAPIAS MITTIMUS | 03-15-2002 | 80-84 |
| MOTION TOREINSTATE PREVIOUS BOND | 03-27-2002 | 85-86 |
| MOTION FOR ORDER ALLOWING ISSUANCE OF SUBPOENAS DUCES TECUM FOR EMPLOYMENT AND EDUCATIONAL RECORDS OF DEFENDANT | 04-16-2002 | 87-88 |
| MOTION TO CONTINUE TRIAL TERM | 06-26-2002 | 89 |
| MOTION TO CONTINUE CAUSE | 06-26-2002 | 90 |
| ADDENDUM TO MOTION TO CONTINUE CAUSE | 06-28-2002 | 91 |
| ORDER GRANTING DEFENDANT'S MOTION FOR COURT ORDER ALLOWING CHILD PROTECTION TEAM TO TURN OVER COPIES OF RECORDS | 08-26-2002 | 92 |

DEFENDANT'S MOTION IN LIMINE · 09-03-2002 · 93-97

STATE'S PROPOSED JURY INSTRUCTION REGARDING
DEMONSTRATION EVIDENCE · 09-04-2002 · 98

REQUEST TO ADJOURN TRIAL AT OR NEAR 5:00 P.M.
ON WEDNESDAY, SEPTEMBER 11,2002 AND
WEDNESDAY, SEPTEMBER 18, 2002 · 09-04-2002 · 99

STIPULATION ON ADMISSION OF MEDICAL
RECORDS AND REPORTS · 09-05-2002 · 100

STIPULATION ON ADMISSION OF 911 CALL
INTO EVIDENCE · 09-05-2002 · 101

MOTION FOR RECONSIDERATION OF ADMISSIBILITY
OF TESTIMONY OF DEPUTY CATHY LONG · 09-06-2002 · 102-130

ENVELOPE SAID TO CONTAIN JURORS' NOTES
FROM JURY SELECTION · 09-09-2002 · 131

ENVELOPE SAID TO CONTAIN JURORS' NOTES
FROM JURY SELLECTION · 09-09-2002 · 132

ENVELOPE SAID TO CONTAIN JURORS' NOTES
FROM JURY SELECTION · 09-09-2002 · 133

DEFENDANT'S MOTION FOR REHEARING AND
A DEMAND FOR A RICH ARDSON INQUIRY ON THE
ISSUE OF THE ADMISSIBILITY OF A COMPACT DISC
PURPORTING TO SHOW A DEMONSTRATION OF
SBS (SHAKEN BABY SYNDROME) · 09-09-2002 · 134-135

DECORUM ORDER AS TO MEDIA · 09-09-2002 · 136

ORDER DENYING MOTION FOR RECONSIDERATION
OF ADMISSIBILITY OF TESTIMONY OF DEPUTY
CATHY LONG · 09-09-2002 · 137

DEFENDANT'S RESPONSE IN OPPOSITION TO STATE'S
MOTION FOR RECONSIDERATION OF ADMISSIBILITY
OF TESTIMONY OF DEPUTY CLERK KATHY LONG · 09-09-2002 · 138-143

ORDER GRANTING MOTION FOR RELEASE
OF EVIDENCE · 09-10-2002 · 144

| | | |
|---|---|---|
| STATE'S PROPOSED JURY INSTRUCTION REGARDING DEMONSTRATION EVIDENCE | 09-10-2002 | 145 |
| MOTION FOR REHEARING ON THE ISSUE OF WHETHER THE DEFENSE OR THE STATE OF FLORIDA OPENED THE DOOR SO AS TO CAUSE THE ADMISSIBILITY OF CERTAIN EVIDENCE | 09-20-2002 | 146-147 |
| INSTRUCTION TO JURY REGARDING WITNESS TESTIFYING OUT OF ORDER | 09-20-2002 | 148 |
| 2.02 (a) WHEN THERE ARE LESSER INCLUDED CRIMES OR ATTEMPTS REGARDING EVIDENCE | 09-24-2002 | 149-151 |
| JURY INSTRUCTIONS | 09-25-2002 | 152-169 |
| VERDICT | 09-25-2002 | 170 |
| MOTION FOR RE-HEARING ON ISSUE OF ADMISSIBILITY OF COMPACT DISC PRESENTATION | 09-25-2002 | 171 |

**VOLUME II**

| | | |
|---|---|---|
| DEFENDANT'S MOTION FOR SANCTIONS AGAINST STATE FOR WITHHOLDING CRITICAL TESTIMONY, DEMAND FOR RICHARDSON HEARING, AND MOTION FOR MISTRIAL | 09-25-2002 | 172-218 |
| MOTION TO REOPEN DEFENDANT'S CASE AND ALLOW PREVIOUSLY LISTED STATE WITNESSES TO TESTIFY | 09-25-2002 | 219-220 |
| MOTION FOR NEW TRIAL | 10-03-2002 | 221-222 |
| ORDER DENYING MOTION FOR NEW TRIAL | 10-29-2002 | 223 |
| REALTIME TRANSCRIPT PROCEEDINGS: MOTION TO DISMISS INDICTMENT, HELD ON 09-05-2002 | 11-08-2002 | 224-267 |
| DECORUM ORDER AS TO MEDIA | 11-08-2002 | 268-272 |
| AMENDED DECORUM ORDER AS TO MEDIA | 11-08-2002 | 273-275 |
| SEALED ENVELOPE SAID TO CONTAIN PSI REPORT | 11-08-2002 | 276 |

| | | |
|---|---|---|
| PHOTOGRAPH OF THE CHILD | 11-08-2002 | 277 |
| ORDER REQUIRING TRANSCRIPTION OF TRIAL TESTIMONY | 11-08-2002 | 278 |
| JUDGMENT | 11-08-2002 | 279 |
| AMENDED JUDGMENT AS TO CRIME | 11-08-2002 | 280 |
| SENTENCE AS TO COUNT 1, AND OTHER PROVISIONS | 11-08-2002 | 282-282 |
| FINGERPRINTS OF DEFENDANT | 11-08-2002 | 283 |
| ORDER ESTABLISHING MONETARY SUMS | 11-08-2002 | 284-285 |
| CRIMINAL CODE SCORESHEET | 11-08-2002 | 286-287 |
| CIVIL RESTITUTION LIEN ORDER | 11-08-2002 | 288 |
| STATE OF FLORIDA UNIFORM COMMITMENT TO CUSTODY OF DEPARTMENT OF CORRECTIONS | 11-13-2002 | 289 |
| MOTION FOR SUPERSEDEAS BOND | 11-15-2002 | 290-293 |
| APPLICATION FOR APPOINTMENT OF PUBLIC DEFENDER/AFFIDAVIT OF INDIGENCY AND RELEASE OF FINANCIAL INFORMATION | 11-22-2002 | 294 |
| INFORMATION RECEIVED FROM COMMONWEALTH OF PENNSYLVANIA RE: DEFENDANT BRIAN PATRICK HERLIHY | 11-22-2002 | 295-299 |
| INFORMATION RECEIVED FROM COMMONWEALTH OF PENNSYLVANIA RE: DEFENDANT BRIAN PATRICK HERLIHY | 11-22-2002 | 300-304 |
| NOTICE OF APPEAL | 11-22-2002 | 305- |
| DESIGNATION TO REPORTER AND REPORTER'S ACKNOWLEDGEMENT | 11-22-2002 | 306-308 |
| DIRECTIONS TO THE CLERK | 11-22-2002 | 309 |
| STATEMENT OF JUDICIAL ACTS TO BE REVIEWED | 11-22-2002 | 310-312 |

DESIGNATION OF PUBLIC DEFENDER, SECOND
JUDICIAL CIRCUIT, FOR THE HANDLING OF
APPEAL                                           11-22-2002              313

ORDER FINDING DEFENDANT INDIGENT AND
APPOINTING PUBLIC DEFENDER OF THE
EIGHTH JUDICIAL CIRCUIT FOR HANDLING OF
APPEAL                                           12-04-2002              314-315

AMENDED NOTICE OF APPEAL                          12-30-2002              316


SUPPLEMENTAL RECORD ON APPEAL
VOLUME III
ORDER ON DESIGNATION TO REPORTER                  01-29-2003              317

ORDER ON DESIGNATION TO REPORTER                  02-03-2003              318

FIRST DISTRICT COURT OF APPEAL ORDER              03-03-2003              319


TRANSCRIPTS
VOLUME IV
JURY TRIAL VOLUME I HELD 9-10-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT          05-01-2003              1-107

VOLUME V
JURY TRIAL VOLUME II HELD 9-10-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                         05-01-2003              108-310

VOLUME VI
JURY TRIAL VOLUME III HELD 9-11-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                         05-01-2003              311-435

VOLUME VII
JURY TRIAL VOLUME IV HELD 9-11-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT          05-01-2003              436-568

VOLUME VIII
JURY TRIAL VOLUME V HELD 9-12-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT          05-01-2003              569-674

VOLUME IX
JURY TRIAL VOLUME VI HELD 9-12-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL

MCDONOUGH                                                  05-01-2003                    675-834

**VOLUME X**
JURY TRIAL VOLUME VII HELD 9-13-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT      05-01-2003                    835-961

**VOLUME XI**
JURY TRIAL VOLUME VIII HELD 9-13-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                                  05-01-2003                    962-1098

**VOLUME XII**
JURY TRIAL VOLUME IX HELD 9-17-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                                  05-01-2003                    1099-1204

**VOLUME XIII**
JURY TRIAL VOLUME X HELD 9-17-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT      05-01-2003                    1205-1368

**VOLUME XIV**
JURY TRIAL VOLUME XI HELD 9-18-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT      05-01-2003                    1369-1503

**VOLUME XV**
JURY TRIAL VOLUME XII HELD 9-18-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                                  05-01-2003                    1504-1673

**VOLUME XVI**
JURY TRIAL VOLUME XIII HELD 9-19-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                                  05-01-2003                    1674-1787

**VOLUME XVII**
JURY TRIAL VOLUME XIV HELD 9-19-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT      05-01-2003                    1788-1961

**VOLUME XVIII**
JURY TRIAL VOLUME XV HELD 9-20-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT      05-01-2003                    1962-2088

**VOLUME XIX**
JURY TRIAL VOLUME XVI HELD 9-20-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                                  05-01-2003                    2089-2176

**VOLUME XX**
JURY TRIAL VOLUME XVII HELD 9-23-02 BEFORE
JUDGE LOTT, COURT REPORTER CHERYL
MCDONOUGH                                            05-01-2003                    2177-2267

**VOLUME XXI**
JURY TRIAL VOLUME XVIII HELD 9-23-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY
BRYANT                                               05-02-2003                    2268-2432

**VOLUME XXII**
JURY TRIAL VOLUME XIX HELD 9-24-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY
BRYANT                                               05-02-2003                    2433-2522

**VOLUME XXIII**
JURY TRIAL VOLUME XX HELD 9-25-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY
BRYANT                                               05-02-2003                    2523-2534

**VOLUME XXIV**
MOTION FOR SUPERSEDEAS BOND HEARING
HELD 11-22-02 BEFORE JUDGE LOTT, COURT
REPORTER LAURIE ANN CHAFFIN                          04-21-2003                    2535-2560

**VOLUME XXV**
PRETRIAL MOTION HEARING HELD 9-4-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY
BRYANT                                               05-01-2003                    2561-2745

**VOLUME XXVI**
PRETRIAL MOTION HEARING HELD 9-5-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT             05-01-2003                    2746-2853

**VOLUME XXVII**
SENTENCING HEARING HELD 11-8-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT             05-06-2003                    2854-2934


**SUPPLEMENTAL RECORD ON APPEAL**
**VOLUME XXVIII**
FIRST DISTRICT COURT OF APPEAL ORDER                 09-22-2003                    320

SUPPLEMENTAL DIRECTIONS TO THE CLERK
OF THE ABOVE-ENTITLED COURT                          09-23-2003                    321-323

MOTION FOR ORDER DIRECTING COURT

| | | |
|---|---|---|
| REPORTER TO TRANSCRIBE NOTES | 09-23-2003 | 324-326 |
| ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOTES | 09-24-2003 | 327 |
| COPY OF AFFIDAVIT {COURT REPORTER} | 09-26-2003 | 328 |
| SUPPLEMENTAL DIRECTIONS TO THE CLERK OF THE ABOVE-ENTITLED COURT | 10-10-2003 | 329-331 |
| MOTION FOR ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOTES | 10-10-2003 | 332-335 |
| ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOTES | 10-14-2003 | 336 |
| AMENDED REQUEST FOR EXTENSION OF TIME TO PREPARE TRANSCRIPT ON APPEAL | 10-22-2003 | 337 |
| AFFIDAVIT {COURT REPORTER} | 11-03-2003 | 338 |
| CORRECTED ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOTES | 11-05-2003 | 339-340 |
| AMENDED MOTION FOR ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOTES | 11-10-2003 | 341-342 |
| FIRST DISTRICT COURT OF APPEAL ORDER | 11-10-2003 | 343 |
| SUPPLEMENTAL DIRECTIONS TO THE CLERK OF THE ABOVE-ENTITLED COURT | 11-12-2003 | 344-346 |
| DEFENDANT'S MOTION TO SUPPRESS EVIDENCE | 09-03-2002 | 347-349 |
| MOTION TO SUPPRESS STATEMENTS | 09-03-2002 | 350-352 |

***CLERK'S NOTE: THE FOLLOWING DOCUMENTS ARE INCLUDED HERE BECAUSE THEY WERE INADVERTENTLY OMITTED FROM THE ORIGINAL RECORD ON APPEAL***

| | | |
|---|---|---|
| MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO SUPPRESS EVIDENCE FILED BY DEFENDANT | 09-05-2002 | 353-355 |
| MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO SUPPRESS STATEMENTS FILED BY | | |

Created on 4/16/04

| | | |
|---|---|---|
| DEFENDANT | 09-05-2002 | 356 |

**TRANSCRIPTS**
**VOLUME XXIX**
JURY SELECTION VOLUME I HELD 9-9-02 BEFORE
JUDGE LOTT, COURT REPORTER BETTY SUE
VINCENT                                              11-18-2003              2935-3106

**VOLUME XXX**
JURY SELECTION VOLUME II HELD 9-9-02 BEFORE
JUDGE LOTT, COURT REPORTER STACEY BRYANT      11-18-2003              3107-3308

**SUPPLEMENTAL RECORD**
**VOLUME XXXI**
NOTICE OF CROSS-APPEAL                          04-07-2004              357-360

AMENDED NOTICE OF CROSS-APPEAL                  04-15-2004              361-364

*prgrm name*
```
   Date: 04/16/2004                                          Page: 1
   Time: 13:44:26                                            *prgrm name*
```
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                  PAGE: 1

-----------------------DEFENDANT NAME INFORMATION-------------------------

```
     TYPE --: 0
     NAME --: HERLIHY, BRIAN PATRICK              SUFFIX ----:
     ADDRESS: 19401 NW 10TH ST
     ADDRES2:
     CITY --: PEMBROOKE PINES        STATE: FL    ZIP -------: 33029
     ST ID#: 03796298                             DOB -------: 10/11/1970
     PLACE OF BIR> USA (UNITED STATES OF AMERICA)
     CITIZENSHIP : 1        RACE ----: W          SEX -------: M   HGT: 510
     HAIR COLOR -: BRO      EYE COLOR: BRO        WEIGHT ----: 185
     DL/ST NO ---: F
     SOC SEC NO -:          DIST MRKS: SCAR OVER RT EYE
     DEF STATUS -:          STAT DATE:
     EMPLY/SCHL -: ALTERNATE PH #                 TEL # -----: 3056210420
     COMMENT ----: UPD 06-05-2001 LC
     FBI # ------:                                DPT OF CORR:
```

```
     ----------------------- CASE INFORMATION ------------------------
     CASE: 012000CF002753A  DATE FILE W/CLERK: 08102000  S.A. NO----:
     CASE CROSS REF:                   PUB DEF LIEN: GPDG
```

```
     ----------------------- ARREST INFORMATION ----------------------
     BK DATE-: 03152002     BK NO---: 200200003610  ARST AGCY> ASO
     OFF LOC->                                       ARST DT-: 0810200
     OFFCR NO:              CUST LOC> DEPARTMENT OF THE JAIL
```

```
     ----------------------- COURT INFORMATION -----------------------
     NXT CRT DATE--: 09092002
     COURT TYPE----> DAY CERTAIN TRIAL             JUDGE> 5
     DEF TYP/CNSL--> 3/0100 PUBLIC DEFENDER
     PROS ATTY-----> 0076   SINGER, JEANNE M
     SPDY TRIAL CMP: 02062001   PTI LGTH:   MTHS  DEFRD PROS LGTH:   MTHS
```

```
     ----------------------- POST SENTENCE INFORMATION ---------------------
     MSG TYPE-------: P   APPEAL FILED: 11222002   MANDATE DATE:
     REOPENED REASON: V   REOPENED DTE: 06052001   CLOSED DATE-: 11082002
```

```
     ----------------------------- FINE INFORMATION -----------------------
     FINE ASSESSED: 56,773.74  FINE PD/ADJ:     .00  FINE BALANCE: 56,773.
     REST ASSESSED: 17,515.46  REST PD/ADJ:     .00  REST BALANCE: 17,515.
```

```
*prgrm name*
   Date: 04/16/2004                                              Page: 2
   Time: 13:44:26                                                *prgrm name*
                   J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                      PAGE: 2

   ** BOND **------------------------------------------------------------------
   NUMBER   ISEQ PSEQ TYPE   AMOUNT  STAT  POSTED    RETURNED    JUDGMENT  SATISFCT'N
   --------------------------------------------------------------------------------
   119603     000      BB  $50,000.00  RL 10/16/2000 05/16/2001
   00118713B  000      BB  $50,000.00  RL 06/11/2001

   ** BENCH WARRANT / CAPIAS ** ------------------------------------------------
      B/C ORDERED      ISSUED      SERVED   RECALLED    STATUS      JUDGE
   --------------------------------------------------------------------------------
      CP 08/29/2000 08/29/2000 08/31/2000             EXECUTED     CATES, ROBER
      CP 05/14/2001 05/15/2001 06/05/2001             EXECUTED     LOTT, MARTHA
      CP 07/20/2001 07/20/2001 03/14/2002             EXECUTED     TURNER, LARR

   ** COURT EVENT HISTORY-------------------------------------------------------
      ISEQ PSEQ           TYPE           DATE    TIME   LOC     JUDGE
   --------------------------------------------------------------------------------
                  BOND HEARING          10/17/2000 01:30  2E   CHANCE, CHESTER
                  CASE MANAGEMENT       12/18/2000 01:30  3A   CHANCE, CHESTER
                  CASE MANAGEMENT       01/17/2001 01:30  3A   CHANCE, CHESTER
                  CASE MANAGEMENT       02/19/2001 01:30  3A   CHANCE, CHESTER
                  CASE MANAGEMENT       03/19/2001 01:30  3A   LOTT, MARTHA AN
                  PRE TRIAL CONFERENCE  02/20/2002 01:30  3D   LOTT, MARTHA AN
                  PRE TRIAL CONFERENCE  07/17/2002 01:30  3D   LOTT, MARTHA AN
                  TRIAL STATUS CONF     09/04/2002 02:00  3D   LOTT, MARTHA AN
                  JURY SELECTION        09/09/2002 09:00  3D   LOTT, MARTHA AN
                  DAY CERTAIN TRIAL     09/09/2002 09:00  4A   LOTT, MARTHA AN
```

```
*prgrm name*
    Date: 04/16/2004                                           Page: 3
    Time: 13:44:27                                             *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                          ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                     PAGE: 3
----------------------- INITIAL CHARGE INFORMATION -----------------------

        STATUS------> ARRESTED         CHRG SEQ NO-----: 001
        OBTS NO-----: 0102021473       CITATION NO-----:
        DATE OF OFF-: 08102000         OFFENSE CODE----> 2196
        NCIC CODE---: 0912             LEVEL/DEGREE----: F/C
        STATUTE NO--: 78204  1A        MURDER
        ACTIVITY---->                  GEN OFF CHAR----: N
        WEAPONS----->                  DRUG TYPE------->
        RANGE------->                  AMOUNT----------: 000000
        UNIT-------->                  WORTHLESS CK AMT: 00000000


        ----------------------- PROSECUTOR CHARGE INFORMATION -----------------------

        STATUS------> SAME             CHRG SEQ NO-----: 001
        OBTS NO-----: 0102021473       S. A. FILE DATE-: 08292000
        FNL DEC DATE: 08292000         FINAL ACTION----> FILED
        DATE OF OFF-: 08102000         OFFENSE CODE----> 2192
        NCIC CODE---: 0912             LEVEL/DEGREE----: F/C
        STATUTE NO--: 78204  1A        MURDER FIRST DEGREE
        ACTIVITY---->                  GEN OFF CHAR----: N
        WEAPONS----->                  DRUG TYPE------->
        RANGE------->                  AMOUNT----------: 000000
        UNIT-------->                  WORTHLESS CK AMT: 00000000


                                                          C SEQ: 001
        ----------------------- COURT CHARGE INFORMATION -----------------------

        MANSLAUGHTER
        STATUS-------> REDCD           DATE OF OFF----: 08102000 OBTS NO: 0102021473
        OFFENSE CODE-> 2198            NCIC CODE------: 0909      LEV/DEG: F/S
        STATUTE NO---: 78207
        ACTIVITY----->                 GEN OFF CHAR---: N         WEAPONS>
        DRUG TYPE---->                 RANGE---------->           AMOUNT-: 000000
        UNIT--------->                 APPEARANCE-----> 03        CONT--->
        CRT DISP DATE: 11082002        CRT ACT TAKEN--> ADJUDICATED GUILTY
        TRIAL TYPE---: 2               FINAL PLEA-----> NOT GUILTY
        VERDICT------> GJ              REMANDED?------:
        PSI?---------:                 PSI RETURN DATE: 00000000
        COMMENT------:
```

```
*prgrm name*
   Date: 04/16/2004                                         Page: 4
   Time: 13:44:27                                           *prgrm name*
              J.K. "BUDDY" IRBY, CLERK OF THE COURT
                    ALACHUA COUNTY, FLORIDA
-----------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                 PAGE: 4

---------------------- SENTENCE INFORMATION  CNT: 001  -----------------
      DEF TYP/CNSL> 3 0100     PUBLIC DEFENDER
      PROS ATTY---> 0076       SINGER, JEANNE M
      JUDGE-------> MAL        LOTT, MARTHA ANN
      IMPOSED DTE-: 11082002   EFFECTIVE DATE-: 11082002 JURIS RET-:
      ASMT AMOUNT-> 05677374   ASMT BAL-:  56,773.74   GDLNS WVD--:
      REST AMOUNT-: 01751546   REST BAL-:  17,515.46   REST D/DATE:
      CNTY OF SUPV> ALACHUA    SUPV RATE:               SUPV AMOUNT:
      CONF TYPE---> STATE PRISON CONF LGTH:    15 y m d CONF SUSP:    y m
      COM SRV HRS-:             COM CTL LGTH:    y  m  d DRG CNF TRM: 000y00m00
      PROB TYPE--->             PROB LENGTH-:    y  m  d PRB TRM DT:
      SENT TRM DTE:             DL SUSP/REV-: 00y00m00d CR TIME SRV:  0347
      STATUS------>             REF CASE/SEQ NO: 01       0
      SENTENCE PROVISIONS---------->
      SPECIAL SENTENCE PROVISIONS-->
      ADD SENT/CMT:                                   SUPV BAL-:        .0


   * * C R I M I N A L   F I N E S   A S S E S S M E N T   D A T A * *

--- FINE ASSESSMENTS --------------------------------------------------

SEQ ST SEQ ST FILED PHASE  ASMT DATE  DUE DATE  ASMT AMT   TOTAL PTD   BALANCE
=======================================================================
001  001   08/29/2000 COURT  11/08/2002 01/08/2003  56773.74     .00  56773.7

---DIST-----ASSESSED----- P-T-D--          ---DIST-----ASSESSED-----P-T-D-
  ** NO DIST CONTROL XXX RECORD **

 ** NO PAYMENT RECORD **

 ** CRIMINAL ACTION DOCKET ----------------------------------------------
      DATE        DESCRIPTION                            DOC PG SEQ
-----------------------------------------------------------------------
      08/10/2000 CASE OPENED - ON VIEW ARREST            00000
      08/11/2000 FIRST APPEARANCE ORDER// CURTIN
      08/11/2000 THE DEFENDANT BE RELEASED ON STANDARD CONDITIONS
      08/11/2000 (F.S. 903.047) AND THE FOLLOWING CONDITIONS:
      08/11/2000 BAIL SET IN THE AMOUNT OF $ 500,000.00
      08/11/2000 THE COURT FINDS THE DEFENDANT IS ELIGIBLE
      08/11/2000 FOR AND APPOINTS THE PUBLIC DEFENDER, PENDING
      08/11/2000 THE FILING OF A FINANCIAL AFFIDAVIT AND PAYMENT
      08/11/2000 $40.00 APPLICATION WITHIN 7 DAYS (FS 27.52)
      08/11/2000 PHOTO IDENTIFICATION NOT FILED
      08/11/2000 BAIL SET AT    500000.00                00000  000
      08/11/2000 SA ASSIGNED:  FERRERO, DENISE R         00000
      08/11/2000 PD ASSIGNED:  MOLLICA, SALVATORE D      00000
```

```
*prgrm name*
  Date: 04/16/2004                                                 Page: 5
  Time: 13:44:27                                                   *prgrm name*
                  J.K. "BUDDY" IRBY, CLERK OF THE COURT
                        ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                        PAGE: 5

 ** CRIMINAL ACTION DOCKET -------------------------------------------------
     DATE        DESCRIPTION                                       DOC PG SEQ
 -------------------------------------------------------------------------------
   08/17/2000 SA ASSIGNED:  SINGER, JEANNE M                       00000
   08/22/2000 NOTICE OF APPEARANCE: G GROLAND  (CURRENTLY REP
   08/25/2000 STIPULATION FOR SUBSTITUTION OF COUNSEL
   08/29/2000 ORDER ALLOWING SUBSTITUTION OF COUNSEL / GORDON
   08/29/2000 SUBSTITUTED AS COUNSEL // CHANCE
   08/29/2000 INDICTMENT FILED FOR FIRST DEGREE MURDER
   08/29/2000 ARRAIGNMENT            SET FOR 09192000              00000
   08/29/2000 CAPIAS      ISSUED                                  00000
   08/29/2000 CAPIAS      ORDERED                                 00000
   08/29/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H        00000
   08/30/2000 MOTION TO WITHDRAW
   08/30/2000 WRITTEN PLEA OF NOT GUILTY
   08/30/2000 DEMAND FOR DISCOVERY
   08/30/2000 AND DEMAND FOR JURY TRIAL
   08/31/2000 CAPIAS      SERVED                                  00000
   08/31/2000 CASE MANAGEMENT       SET FOR 11222000              00000
   08/31/2000 DEFENDANT REARRESTED ON   08312000                 00000
   08/31/2000 DEF NAME AT RARST HERLIHY, BRIAN PATRICK            00000
   08/31/2000 FIRST APPEARANCE ORDER// CRENSHAW
   08/31/2000 DEFENDANT HELD WITHOUT BAIL
   08/31/2000 DEFENDANT WILL CONSULT PRIVATE COUNSEL
   08/31/2000 PHOTO IDENTIFICATION NOT FILED
   08/31/2000 ORDER GRANTING MOTION TO WITHDRAW / GORDON GROLA
   08/31/2000 RETAINED AS PRIVATE COUNSEL // CHANCE
   09/18/2000 MOTION TO COMPEL DISCOVERY
   09/18/2000 STATE'S DISCOVERY EXHIBIT
   09/18/2000 DEMAND FOR RECIPROCAL DISCLOSURE
   09/21/2000 CASE MANAGEMENT        SET FOR 11202000             00000
   09/21/2000 NOTICE ISSUED TO: DEFENDANT                         00000
   09/21/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H        00000
   09/29/2000 MOTION TO SET BOND
   10/02/2000 BOND HEARING          SET FOR 10172000              00000
   10/02/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H        00000
   10/02/2000 NOTICE OF HEARING ON  103000  AT / 2:00PM  /
   10/13/2000 ORDER SETTING BOND / $50,000.00 CASH // CHANCE
   10/13/2000 SPECIAL CONDITIONS:
   10/13/2000 NO CONTACT WITH VICTIM'S FAMILY OR EXTENDED FAMI
   10/13/2000 NO CONTACT WITH CHILDREN UNDER THE AGE OF 16 YEA
   10/13/2000 MUST RESIDE IN BROWARD CO., FLORIDA WITH HIS PAR
   10/13/2000 AT 19401 NW 10 ST, PEMBROKE PINES, FL UNTIL FURT
   10/13/2000 ORDER OF THE COURT AND SHALL NOT LEAVE BROWARD C
   10/13/2000 WITHOUT PERMISSION FROM THE COURT EXCEPT TO TRAV
   10/13/2000 TO GAINESVILLE, FL TO MEET WITH HIS ATTORNEYS OR
   10/13/2000 MAKE COURT APPEARANCES IN CONNECTION WITH THESE
   10/13/2000 IF DEFENDANT HAS A PASSPORT, SHALL SURRENDER TO
```

```
*prgrm name*
  Date: 04/16/2004                                           Page: 6
  Time: 13:44:27                                             *prgrm name*
              J.K. "BUDDY" IRBY, CLERK OF THE COURT
                   ALACHUA COUNTY, FLORIDA
-----------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                 PAGE: 6

** CRIMINAL ACTION DOCKET ---------------------------------------------
     DATE       DESCRIPTION                             DOC PG SEQ
-----------------------------------------------------------------------
   10/13/2000 STATE ATTORNEY'S OFFICE OR ANOTHER DESIGNATED AG
   10/13/2000 SHALL NOT BECOME EMPLOYED IN THE MEDICAL OR HEAL
   10/13/2000 SECTOR DURING THE PENDENCY OF THIS CASE
   10/13/2000 SHALL WITHIN 10 DAYS OF POSTING BOND BE REFERRED
   10/13/2000 FAMILY DOCTOR IN BROWARD CO. TO A PSYCHIATRIST F
   10/13/2000 EVALUATION TO DETERMINE WHETHER OR NOT THE DEFEN
   10/13/2000 SHOULD BE ON ANY MEDICATION FOR DEPRESSION OR OT
   10/13/2000 MEDICAL PROBLEM
   10/13/2000 STIPULATION FOR BOND
   10/17/2000 BLANKET BOND POSTED ON  2000-02660-CFA          00000
   10/17/2000 BOND SET AT    50000.00 POSTED BLANKET BOND      00000 000
   10/17/2000 STATUS OF BOND IS  OPEN              BOND #: 1   00000 000
   10/17/2000 BLANKET BOND    BOND POSTED ON 10/16/2000        00000 000
   10/17/2000 BLANKET BOND POSTED FOR 2000-02660-CFA           00000
   10/17/2000 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY          00000
   10/20/2000 RTN MAIL 10182000/TO BRIAN HERLIHY/FOR CASE MANA
   10/20/2000 11202000/UNABLE TO FORWARD/CRC
   11/09/2000 MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AN
   11/09/2000 MOTION TO EXCUSE THE DEFENDANT
   11/15/2000 ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANC
   11/15/2000 EXCUSING DEFENDANT FROM CASE MANAGEMENT CONFEREN
   11/15/2000 ON 11202000 / CONTINUED TO 12182000 // CHANCE
   11/15/2000 NOTICE OF TAKING DEPOSITIONS
   11/15/2000 NOTICE OF TAKING DEPOSITIONS
   11/16/2000 CASE MANAGEMENT     SET FOR 12182000             00000
   11/16/2000 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY          00000
   11/16/2000 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H     00000
   11/27/2000 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   12/18/2000 ORDER ON CASE MANAGEMENT CONFERENCE// CHANCE
   12/18/2000 CASE MANAGEMENT     SET FOR 01172001             00000
   12/21/2000 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY          00000
   12/27/2000 NOTICE OF HEARING ON  01032001  AT / 1:45 PM  /
   12/27/2000 MOTION TO MODIFY A CONDITION OF RELEASE
   01/03/2001 COURT MINUTES ON MOTION TO COMPEL - CANCELLED/
   01/03/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   01/17/2001 ORDER ON CASE MANAGEMENT CONFERENCE// CHANCE
   01/17/2001 CASE MANAGEMENT     SET FOR 02192001             00000
   01/18/2001 NOTICE ISSUED TO: DEFENDANT                      00000
   01/18/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY          00000
   01/18/2001 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H     00000
   01/22/2001 AMENDED NOTICE OF TAKING DEPOSITION
   02/05/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   02/05/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   02/14/2001 NOTICE OF TAKING DEPOSITIONS
   02/15/2001 NOTICE OF TAKING DEPOSITIONS
```

*prgrm name*
```
   Date: 04/16/2004                                              Page: 7
   Time: 13:44:27                                                *prgrm name*
```
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                          ALACHUA COUNTY, FLORIDA
-----------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                  PAGE: 7

** CRIMINAL ACTION DOCKET --------------------------------------------
      DATE        DESCRIPTION                              DOC PG SEQ
-----------------------------------------------------------------------
```
   02/15/2001 NOTICE OF TAKING DEPOSITIONS
   02/15/2001 NOTICE OF TAKING DEPOSITIONS
   02/15/2001 NOTICE OF TAKING DEPOSITIONS
   02/15/2001 NOTICE OF TAKING DEPOSITIONS
   02/19/2001 CASE MANAGEMENT      SET FOR 03192001         00000
   02/19/2001 DEFENDANT SIGNED NOTICE FOR  031901   CASE MANAGE
   02/20/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY       00000
   02/20/2001 AMENDED NOTICE OF TAKING DEPOSITION
   02/21/2001 NOTICE OF CANCELLATION OF DEPOSITION AT THE STAT
   02/21/2001 REQUEST
   02/27/2001 NOTICE OF HEARING ON  03052001  AT / 11:00 AM  /
   03/05/2001 COURT MINUTES ON MOTION TO MODIFY CONDITIONS OF
   03/05/2001 RELEASE - MOTION DENIED / ORDER TO BE PREPARED
   03/05/2001 BY STATE ATTORNEY /
   03/16/2001 NOTICE OF TAKING DEPOSITIONS
   03/19/2001 ORDER ON CASE MANAGEMENT CONFERENCE// LOTT
   03/19/2001 PRE TRIAL CONFERENCE SET FOR 09262001         00000
   03/19/2001 JURY SELECTION       SET FOR 10082001         00000
   03/20/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY       00000
   03/20/2001 NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY       00000
   03/23/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   03/27/2001 NOTICE OF TAKING DEPOSITIONS
   03/27/2001 NOTICE OF TAKING DEPOSITIONS
   03/27/2001 AMENDED NOTICE OF TAKING DEPOSITION
   03/30/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   04/04/2001 AMENDED NOTICE OF TAKING DEPOSITION
   04/24/2001 NOTICE OF CANCELLATION OF DEPOSITION
   05/03/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   05/14/2001 MOTION TO REVOKE BOND
   05/14/2001 ORDER REVOKING BOND AND DIRECTING CLERK TO ISSUE
   05/14/2001 CAPIAS//LOTT
   05/14/2001 CAPIAS      ORDERED                           00000
   05/15/2001 CAPIAS      ISSUED                            00000
   05/16/2001 STATUS OF BOND IS  RELEASED         BOND #: 1 00000   000
   05/22/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   05/22/2001  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
   05/22/2001  $ 50.75 // PAID
   06/01/2001 NOTICE OF TAKING DEPOSITIONS
   06/05/2001 CAPIAS      SERVED                            00000
   06/06/2001 DEFENDANT REARRESTED ON   06052001            00000
   06/06/2001 DEF NAME AT RARST HERLIHY, BRIAN PATRICK      00000
   06/06/2001 FIRST APPEARANCE ORDER// NILON
   06/06/2001 THE DEFENDANT BE RELEASED ON STANDARD CONDITIONS
   06/06/2001 (F.S. 903.047) AND THE FOLLOWING CONDITIONS:
   06/06/2001 BAIL SET IN THE AMOUNT OF $ 50,000.00 BLANKET WI
```

```
*prgrm name*
  Date: 04/16/2004                                            Page: 8
  Time: 13:44:28                                              *prgrm name*
                   J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                   PAGE: 8

** CRIMINAL ACTION DOCKET ---------------------------------------------------
   DATE       DESCRIPTION                                     DOC PG SEQ
-------------------------------------------------------------------------------
   06/06/2001 2000-2660-CFA
   06/06/2001 DEFENDANT WILL CONSULT PRIVATE COUNSEL
   06/06/2001 PHOTO IDENTIFICATION FILED IN CASE # 2000-2660-C
   06/06/2001 AFFIDAVIT OF INDIGENCY-NOT APPOINTED//NILON
   06/13/2001 BOND SET AT    50000.00 POSTED BLANKET BOND     00000 000
   06/13/2001 STATUS OF BOND IS  OPEN              BOND #: 0  00000 000
   06/13/2001 BLANKET BOND    BOND POSTED ON 06/11/2001       00000 000
   06/13/2001 BLANKET BOND POSTED FOR 2000-02660-CFA          00000
   06/13/2001 BLANKET BOND POSTED ON 2000-02660-CFA           00000
   06/19/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   06/19/2001   LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
   06/19/2001 $59.50
   07/02/2001 NOTICE OF TAKING DEPOSITION
   07/02/2001 NOTICE OF TAKING DEPOSITION
   07/10/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   07/11/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   07/11/2001   LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
   07/11/2001 $59.50
   07/20/2001 ORDER REVOKING CASH BOND AND DIRECTING THE ISSUA
   07/20/2001 CAPIAS //TURNER
   07/20/2001 CAPIAS     ISSUED                                00000
   07/20/2001 CAPIAS     ORDERED                               00000
   07/20/2001 SECOND MOTION TO REVOKE BOND HEARING / 07202001
   07/20/2001 1:30 PM BEFORE JUDGE TURNER
   07/20/2001 SECOND MOTION TO REVOKE BOND
   07/23/2001 STATUS OF BOND IS  RELEASED          BOND #: 0  00000 000
   07/25/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   07/26/2001 MOTION TO CONTINUE
   07/26/2001 NOTICE OF HEARING ON  08102001  AT / 11:00 AM  /
   07/31/2001 NOTICE OF CANCELLATION OF TAKING DEPOSITION
   08/02/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   08/08/2001 NOTICE OF TAKING DEPOSITION OF JOHN QUIRELLO
   08/08/2001 NOTICE OF TAKING DEPOSITION OF KIM BRAGG/BRANDY
   08/08/2001 AND DORIS BRIDWELL
   08/10/2001 COURT MINUTES ON MOTION TO CONTINUE - ATTORNEY W
   08/10/2001 SPEEDY TRIAL / MOTION GRANTED/PRETRIAL CONFERENC
   08/10/2001 CONTINUED TO JANUARY 2002/
   08/10/2001 PRE TRIAL CONFERENCE SET FOR 01302002            00000
   08/13/2001 NOTICE ISSUED TO: DEFENDANT                      00000
   08/13/2001 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H     00000
   08/20/2001 NOTICE OF CANCELLATION OF TAKING DEPOSITION
   09/05/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   09/06/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   09/06/2001   CHARTONE, INC.  IN THE AMOUNT OF $ 277.20 // PA
   09/07/2001 NOTICE OF TAKING DEPOSITIONS
```

```
*prgrm name*
   Date: 04/16/2004                                          Page: 9
   Time: 13:44:28                                            *prgrm name*
                   J.K. "BUDDY" IRBY, CLERK OF THE COURT
                        ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                 PAGE: 9

  ** CRIMINAL ACTION DOCKET -------------------------------------------
     DATE        DESCRIPTION                               DOC PG SEQ
  -------------------------------------------------------------------------
     09/07/2001 NOTICE OF TAKING DEPOSITIONS
     09/07/2001 NOTICE OF TAKING DEPOSITIONS
     09/21/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     09/21/2001  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     09/21/2001 $70.00
     09/21/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     09/21/2001  LEBLANC COURT REPORTING  IN THE AMOUNT OF $ 129
     09/21/2001 NOTICE OF CANCELLATION OF TAKING DEPOSITION
     09/21/2001 AMENDED NOTICE OF TAKING DEPOSITION AS TO TIME
     10/10/2001 MOTION TO SET ASIDE BOND ESTREATURE
     10/23/2001 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
     10/26/2001 COURT MINUTES ON MOTION TO SET ASISE BOND
     10/26/2001 ESTREATURE - GRANTED/BOND MONEY TO BE RETURNED T
     10/26/2001 FAMILY/
     10/26/2001 ORDER GRANTING MOTION TO SET ASIDE BOND ESTREATU
     11/02/2001 RESTITUTION CHECK MAILED: $ 50,000.00  TO  LOIS
     11/06/2001 UNOPPOSED MOTION TO CONTINUE TRIAL
     11/21/2001 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     11/21/2001  CHARTONE INC.  IN THE AMOUNT OF $ 277.20 // PAI
     11/27/2001 NOTICE OF HEARING ON  113001  AT / 1:30PM  / LOT
     11/30/2001 ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE -
     11/30/2001 ORDERED AND ADJUDGED THAT THE DEFENDANT'S MOTION
     11/30/2001 AND THE SAME IS HEREBY GRANTED AND THIS CASE IS
     11/30/2001 RESCHEDULED FOR PRE-TRIAL CONFERENCE ON
     11/30/2001 MARCH 20, 2002 AT 1:30PM WITH TRIAL TO BE SCHEDU
     11/30/2001 COMMENCING ON THE WEEK OF MAY 13, 2002 WITH MAY
     11/30/2001 8TH TRIAL STATUS // LOTT
     12/12/2001 NOTICE OF TAKING DEPOSITIONS
     12/26/2001 NOTICE OF TAKING DEPOSTION - DR. ROHLING
     12/26/2001 NOTICE OF TAKING DEPOSTION - BETH TALAGA
     01/04/2002 NOTICE OF CANCELLATION OF TAKING DEPOSITION
     01/14/2002 NOTICE OF TAKING DEPOSITIONS
     01/14/2002 NOTICE OF TAKING DEPOSITIONS
     01/16/2002 DEFENDANT'S WITNESS LIST
     01/22/2002 MOTION FOR COURT ORDER ALLOWING DEFENDANT TO GET
     01/22/2002 COPIES OF CHILD PROTECTION TEAM RECORDS
     01/24/2002 PRE TRIAL CONFERENCE SET FOR 02202002          00000
     01/24/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H     00000
     02/01/2002 UNOPPOSED MOTION TO CONTINUE TRIAL
     02/14/2002 NOTICE OF HEARING ON  030602  AT / 10:00AM  / LO
     02/25/2002 PRE TRIAL CONFERENCE SET FOR 03202002          00000
     02/25/2002 TRIAL STATUS CONF    SET FOR 04032002          00000
     02/25/2002 JURY SELECTION       SET FOR 04082002          00000
     02/25/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H     00000
     02/25/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H     00000
```

*prgrm name*
```
 Date: 04/16/2004                                              Page: 10
 Time: 13:44:28                                                *prgrm name*
```
              J.K. "BUDDY" IRBY, CLERK OF THE COURT
                     ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                    PAGE: 10

 ** CRIMINAL ACTION DOCKET ------------------------------------------------
    DATE        DESCRIPTION                                DOC PG SEQ
--------------------------------------------------------------------------------

| DATE | DESCRIPTION | DOC | PG SEQ |
|------|-------------|-----|--------|
| 02/25/2002 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H | 00000 | |
| 02/27/2002 | NOTICE OF TAKING DEPOSITIONS | | |
| 02/27/2002 | NOTICE OF TAKING DEPOSITIONS | | |
| 02/27/2002 | NOTICE OF TAKING DEPOSITIONS | | |
| 03/11/2002 | PRE TRIAL CONFERENCE SET FOR 07172002 | 00000 | |
| 03/11/2002 | TRIAL STATUS CONF    SET FOR 08072002 | 00000 | |
| 03/11/2002 | JURY SELECTION       SET FOR 08122002 | 00000 | |
| 03/11/2002 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H | 00000 | |
| 03/11/2002 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H | 00000 | |
| 03/11/2002 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H | 00000 | |
| 03/14/2002 | NOTICE OF CANCELLATION OF TAKING DEPOSITION | | |
| 03/14/2002 | AMENDED NOTICE OF TAKING DEPOSITION | | |
| 03/14/2002 | CAPIAS       SERVED | 00000 | |
| 03/15/2002 | DEFENDANT REARRESTED ON   03142002 | 00000 | |
| 03/15/2002 | DEF NAME AT RARST HERLIHY, BRIAN PATRICK | 00000 | |
| 03/15/2002 | FIRST APPEARANCE ORDER// CRENSHAW | | |
| 03/15/2002 | THE DEFENDANT BE RELEASED ON STANDARD CONDITIONS | | |
| 03/15/2002 | (F.S. 903.047) AND THE FOLLOWING CONDITIONS: | | |
| 03/15/2002 | BAIL SET IN THE AMOUNT OF $ 100,000.00 | | |
| 03/15/2002 | THE DEFENDANT REPRESENTS HE/SHE WILL CONSULT PRI | | |
| 03/15/2002 | COUNSEL | | |
| 03/15/2002 | PHOTO IDENTIFICATION FILED IN CASE # 2000-2660-C | | |
| 03/15/2002 | AMENDED FIRST APPEARANCE ORDER AS TO BAIL | | |
| 03/15/2002 | $1,000,000.00 // CRENSHAW | | |
| 03/27/2002 | NOTICE OF HEARING ON  040302  AT / 9:00AM  / LOT | | |
| 03/27/2002 | MOTION TO REINSTATE PREVIOUS BOND | | |
| 03/27/2002 | NOTICE OF CANCELLATION OF TAKING DEPOSITION | | |
| 04/03/2002 | COURT MINUTES ON MOTION TO REINSTATE PREVIOUS | | |
| 04/03/2002 | BOND - | | |
| 04/03/2002 | -DENIED/ORDER TO BE PREPARED BY STATE ATTORNEY/ | | |
| 04/05/2002 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | |
| 04/05/2002 | NOTICE OF TAKING DEPOSITIONS | | |
| 04/10/2002 | NOTICE OF TAKING DEPOSITIONS | | |
| 04/16/2002 | MOTION FOR ORDER ALLOWING ISSUANCE OF SUBPOENAS | | |
| 04/16/2002 | TECUM FOR EMPLOYMENT AND EDUCATIONAL RECORDS OF | | |
| 04/16/2002 | DEFENDANT | | |
| 04/22/2002 | SUBPOENA DUCES TECUM HEARING / 04252002 AT 1:30 | | |
| 04/22/2002 | COURTROOM 3D BEFORE JUDGE LOTT | | |
| 04/23/2002 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND | | |
| 04/23/2002 | LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT | | |
| 04/23/2002 | $ 26.25 // PAID | | |
| 05/06/2002 | COURT MINUTES ON MOTION FOR SUBPOENAS DUCES TECU | | |
| 05/06/2002 | EMPLOYMENT RECORDS AND EDUCATIONAL RECORDS OF | | |
| 05/06/2002 | DEFENDANT - GRANTED AS TO EMPLOYMENT/GRANTED AS | | |
| 05/06/2002 | MILITARY AND EDUCATION WITH THE FOLLOWING PROVIS | | |

```
*prgrm name*
   Date: 04/16/2004                                        Page: 11
   Time: 13:44:29                                          *prgrm name*
                 J.K. "BUDDY" IRBY, CLERK OF THE COURT
                      ALACHUA COUNTY, FLORIDA
----------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                 PAGE: 11

** CRIMINAL ACTION DOCKET ---------------------------------------------
     DATE        DESCRIPTION                            DOC PG SEQ
----------------------------------------------------------------------
    05/06/2002 MILITARY AND EDUCATIONAL RECORDS WILL BE DELIVER
    05/06/2002 THE CLERK'S OFFICE UNDER SEAL/ORDER TO BE PREPAR
    05/06/2002 BY STATE ATTORNEY/
    05/06/2002 AMENDED NOTICE FOR SUBPOENA DUCES TECUM HEARING
    05/06/2002 MONDAY, MAY 6, 2002 AT 1:30PM
    05/22/2002 NOTICE OF TAKING DEPOSITION
    05/22/2002 NOTICE OF TAKING DEPOSITIONS
    05/24/2002 NOTICE OF TAKING DEPOSITION
    06/04/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    06/04/2002  VANLANDINGHAM, DURSCHER &VANLANDINGHAM IN THE
    06/04/2002 OF 120.90/PAID/
    06/05/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
    06/06/2002 NOTICE OF TAKING DEPOSITION(S)
    06/06/2002 NOTICE OF CANCELLATION OF DEPOSITION
    06/20/2002 DEPOSITION OF HELEN LEGALL
    06/20/2002 RETURN OF SERVICE - UNSERVED
    06/20/2002 RETURN OF SERVICE - SERVED
    06/20/2002 RETURN OF SERVICE - SERVED
    06/20/2002 RETURN OF SERVICE - SERVED
    06/20/2002 RETURN OF SERVICE - SERVED
    06/20/2002 RETURN OF SERVICE - SERVED
    06/20/2002 RETURN OF SERVICE - SERVED
    06/25/2002 NOTICE OF TAKING DEPOSITIONS
    06/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    06/26/2002 VANLANDINGHAM, DURSCHER & VANLANDINGHAM IN THE A
    06/26/2002 OF $37.55 // PAID
    06/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    06/26/2002 LEBLANC COURT REPORTING SERVICES IN THE AMOUNT O
    06/26/2002 $129.50 // PAID
    06/26/2002 MOTION TO CONTINUE CAUSE
    06/26/2002 NOTICE OF HEARING ON  071102  AT / 8:45AM  / LOT
    06/28/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    06/28/2002 ADDENDUM TO MOTION TO CONTINUE CASE
    06/28/2002 NOTICE OF DEPOSITION
    07/05/2002 RETURN OF SERVICE - SERVED
    07/05/2002 RETURN OF SERVICE - SERVED
    07/10/2002 RETURN OF SERVICE - SERVED AS TO ANGIE HARN
    07/11/2002 TRIAL STATUS CONF    SET FOR 09042002         00000
    07/11/2002 JURY SELECTION       SET FOR 09092002         00000
    07/11/2002 MOTION TO CONTINUE CASE
    07/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H    00000
    07/11/2002 NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H    00000
    07/12/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    07/12/2002 NOTICE OF TAKING DEPOSITIONS
    07/12/2002 NOTICE OF TAKING DEPOSITIONS
```

```
*prgrm name*
  Date: 04/16/2004                                            Page: 12
  Time: 13:44:29                                              *prgrm name*
              J.K. "BUDDY" IRBY, CLERK OF THE COURT
                    ALACHUA COUNTY, FLORIDA
------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                  PAGE: 12

 ** CRIMINAL ACTION DOCKET ---------------------------------------------
    DATE        DESCRIPTION                           DOC PG SEQ
------------------------------------------------------------------------
    07/12/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
    07/12/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
    07/15/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
    07/16/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
    07/17/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    07/17/2002 *SPECIAL CASE MGMT ON 080202 AT 9:00 A.M.*
    07/17/2002 DEFENDANT SIGNED NOTICE FOR  080202  CASE MANAGE
    07/18/2002 AMENDED NOTICE OF DEPOSITION
    07/18/2002 SUBPOENA DUCES TECUM
    07/19/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    07/19/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    07/19/2002 NOTICE OF TAKING DEPOSITION(S)
    07/22/2002 ORDER SCHEDULING SPECIAL CASE MANAGEMENT CONFERE
    07/22/2002 AUGUST 2, 2002 AT 9:00AM // LOTT
    07/23/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
    07/23/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
    07/24/2002 RETURN OF SERVICE - SERVED
    07/24/2002 RETURN OF SERVICE - SERVED
    07/24/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
    07/24/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    07/25/2002 CHARTONE, INC  IN THE AMOUNT OF $ 26.29 / PAID
    07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    07/25/2002 CHARTONE  IN THE AMOUNT OF $ 448.85 / PAID
    07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    07/25/2002  SHANDS HEALTH CARE  IN THE AMOUNT OF $ 25.00
    07/25/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    07/25/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
    07/25/2002 $223.55
    07/25/2002 RETURN OF SERVICE - SERVED
    07/26/2002 RETURN OF SERVICE - SERVED
    07/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    07/30/2002 NOTICE OF TAKING DEPOSITION(S)
    08/02/2002 COURT MINUTES - CASE MANAGEMENT ON CASE NUMBERS
    08/02/2002 2000-2660CFA, 2000-2753CFA - RULING:  REMAIN ON
    08/02/2002 CURRENT COURT DATES
    08/06/2002 NOTICE OF TAKING DEPOSITIONS
    08/06/2002 NOTICE OF TAKING DEPOSITIONS
    08/06/2002 AMENDED NOTICE OF TAKING DEPOSITION
    08/06/2002 NOTICE OF TAKING DEPOSITIONS
    08/08/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/08/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/08/2002 NOTICE OF TAKING DEPOSITIONS
    08/09/2002 NOTICE OF TAKING DEPOSITION(S)
    08/13/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
```

```
*prgrm name*
   Date: 04/16/2004                                           Page: 13
   Time: 13:44:30                                             *prgrm name*
                  J.K. "BUDDY" IRBY, CLERK OF THE COURT
                       ALACHUA COUNTY, FLORIDA
----------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                              PAGE: 13

 ** CRIMINAL ACTION DOCKET ----------------------------------------------
    DATE         DESCRIPTION                             DOC PG SEQ
----------------------------------------------------------------------
    08/13/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/13/2002 RETURN OF SERVICE - SERVED
    08/13/2002 RETURN OF SERVICE - SERVED
    08/13/2002 RETURN OF SERVICE - SERVED
    08/13/2002 RETURN OF SERVICE - SERVED
    08/13/2002 RETURN OF SERVICE - SERVED
    08/13/2002 RETURN OF SERVICE - SERVED
    08/14/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/14/2002 RETURN OF SERVICE - SERVED
    08/14/2002 RETURN OF SERVICE - SERVED
    08/14/2002 RETURN OF SERVICE - SERVED
    08/14/2002 RETURN OF SERVICE - SERVED
    08/14/2002 RETURN OF SERVICE - SERVED
    08/14/2002 RETURN OF SERVICE - SERVED
    08/14/2002 RETURN OF SERVICE - SERVED
    08/14/2002 RETURN OF SERVICE - UNSERVED
    08/14/2002 NOTICE OF TAKING DEPOSITION(S)
    08/14/2002 NOTICE OF TAKING DEPOSITION(S)
    08/15/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/15/2002 RETURN OF SERVICE - SERVED
    08/15/2002 RETURN OF SERVICE - SERVED
    08/15/2002 AMENDED NOTICE OF TAKING DEPOSTITION(S)
    08/15/2002 NOTICE OF TAKING DEPOSITIONS
    08/16/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
    08/16/2002 NOTICE OF TAKING DEPOSITION(S)
    08/16/2002 NOTICE OF TAKING DEPOSITION
    08/16/2002 AMENDED NOTICE OF TAKING DEPOSITION
    08/20/2002 RETURN OF SERVICE - SERVED
    08/20/2002 RETURN OF SERVICE - SERVED
    08/22/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/22/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    08/22/2002 RETURN OF SERVICE - UNSERVED
    08/23/2002 WITNESS SUBPOENA
    08/23/2002 TRANSCRIPT OF DEPOSITION OF ANNE ELIZABETH DICKI
    08/23/2002 TRANSCRIPT OF DEPOSITION OF KEVIN PUTANSU
    08/23/2002 TRANSCRIPT OF DEPOSITION OF JOHN HELLRUNG, M.D.
    08/26/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
    08/26/2002 ORDER GRANTING DEFENDANT'S MOTION FOR COURT ORDE
    08/26/2002 ALLOWING CHILD PROTECTION TEAM TO TURN OVER COPI
    08/26/2002 RECORDS // LOTT
    08/27/2002 LETTER FROM DEFENSE ATTORNEY TO JUDGE LOTT
    08/27/2002 TRANSCRIPT OF DEPOSITION HELD ON 08162002
    08/28/2002 SUBPOENA FOR TRIAL
    08/28/2002 NOTICE OF TAKING TELEPHONIC DEPOSITION
    08/28/2002 NOTICE OF TAKING DEPOSITIONS
```

```
*prgrm name*
   Date: 04/16/2004                                              Page: 14
   Time: 13:44:30                                              *prgrm name*
                 J.K. "BUDDY" IRBY, CLERK OF THE COURT
                       ALACHUA COUNTY, FLORIDA
-----------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                     PAGE: 14

 ** CRIMINAL ACTION DOCKET --------------------------------------------
      DATE        DESCRIPTION                              DOC PG SEQ
-----------------------------------------------------------------------
      08/29/2002 MOTION FOR ORDER IN LIMINE PRECLUDING REFERENCE
      08/29/2002 DEFENDANT'S LACK OF PRIOR CONVICTIONS
      08/29/2002 MOTION FOR ORDER IN LIMINE PRECLUDING ANY REFERE
      08/29/2002 TO THE POSSIBLE SENTENCE THAT MAY BE IMPOSED UPO
      08/29/2002 CONVICTION
      08/29/2002 STATE'S PRE-TRIAL MOTION FOR RULING ON THE
      08/29/2002 ADMISSIBILITY OF PHOTOGRAPHS
      08/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
      08/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
      08/29/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
      08/30/2002 MOTION FOR PERMISSION TO CALL MEDICAL WITNESS AT
      08/30/2002 CERTAIN
      08/30/2002 MOTION FOR PERMISSION TO UTILIZE DEMONSTRATIVE A
      08/30/2002 MOTION FOR ORDER IN LIMINE PRECLUDING ANY REFERE
      08/30/2002 THE POSSIBLE SENTENCE THAT MAY BE IMPOSED UPON
      08/30/2002 CONVICTION HEARING / 090402 AT 9:00 AM
      08/30/2002 STATE'S PRE-TRIAL MOTION FOR RULING ON THE
      08/30/2002 ADMISSIBILITY OF PHOTOGRAPHS HEARING / 09042002
      08/30/2002 9:00 AM BEFORE JUDGE LOTT
      08/30/2002 MOTION FOR ORDER IN LIMINE PRECLUDING REFERENCE
      08/30/2002 DEFENDANT'S LACK OF PRIOR CONVICTIONS HEARING /
      08/30/2002 AT 9:00 AM
      08/30/2002 MOTION FOR PERMISSION TO CALL MEDICAL WITNESS AT
      08/30/2002 CERTAIN HEARING / 09042002 AT 9:00 AM
      08/30/2002 MOTION FOR PERMISSION TO UTILIZE DEMONSTRATIVE A
      08/30/2002 HEARING / 09042002 AT 9:00 AM
      08/30/2002 AMENDED NOTICE OF TAKING DEPOSITION
      08/30/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
      08/30/2002 SUBPOENA FOR TRIAL
      09/03/2002 MOTION TO ALLOW JURORS TO TAKE WRITTEN NOTES DUR
      09/03/2002 TRIAL
      09/03/2002 MOTION IN LIMINE TO PERMIT TESTIMONY CONCERNING
      09/03/2002 LOCATION OF INTERACTION WITH DEFENDANT HEARING /
      09/03/2002 AT 9:00 AM BEFORE JUDGE LOTT
      09/03/2002 MOTION TO ALLOW JURORS TO TAKE WRITTEN NOTES DUR
      09/03/2002 TRIAL HEARING / 090402 AT 9:00 AM BEFORE JUDGE L
      09/03/2002 MOTION IN LIMINE TO PERMIT TESTIMONY CONCERNING
      09/03/2002 LOCATION OF INTERACTION WITH DEFENDANT
      09/03/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
      09/03/2002 MOTION TO SUPPRESS STATEMENTS
      09/03/2002 DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
      09/03/2002 DEFENDANT'S MOTION IN LIMINE
      09/03/2002 DEFENDANT'S MOTION TO STRIKE TESTIMONY ABOUT AND
      09/03/2002 USE OF A COMPACT DISC PURPORTING TO SHOW HOW AN
      09/03/2002 INCIDENT OF SHAKEN BABY SYNDROME OCCURS
```

```
*prgrm name*
  Date: 04/16/2004                                                    Page: 15
  Time: 13:44:30                                                     *prgrm name*
                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                          PAGE: 15

  ** CRIMINAL ACTION DOCKET -----------------------------------------------
       DATE        DESCRIPTION                                     DOC PG SEQ
-------------------------------------------------------------------------------
     09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO DISMISS
     09/04/2002 INDICTMENT AND CHARGES OF FIRST DEGREE MURDER AN
     09/04/2002 MEMORANDUM OF LAW IN SUPPORT THEREOF BECAUSE OF
     09/04/2002 DESTRUCTION OF EXCULPATORY EVIDENCE ON CASE NUMB
     09/04/2002 2000-2660CFA, 2000-2753CFA - RULING:  TO BE RESC
     09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO SUPPRESS E
     09/04/2002 ON CASE NUMBERS 2000-2753CFA, 2000-2660CFA - RUL
     09/04/2002 RESERVED UNTIL 090502
     09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO SUPPRESS
     09/04/2002 STATEMENTS ON CASE NUMBERS 2000-2660CFA, 2000-27
     09/04/2002 RULING: RESERVED UNTIL 090502
     09/04/2002 REQUEST TO ADJOURN TRIAL AT OR NEAR 5:00 PM ON
     09/04/2002 WEDNESDAY SEPTEMBER 11, 2002 AND WEDNESDAY SEPTE
     09/04/2002 18, 2002
     09/04/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
     09/04/2002 MEDICAL WITNESS AT TIME CERTAIN ON CASE NUMBERS
     09/04/2002 2000-2753CFA, 2000-2660CFA - RULING:  TO BE RESC
     09/04/2002 COURT MINUTES - STATE'S MOTION FOR ORDER IN LIMI
     09/04/2002 PRECLUDING REFERENCE TO DEFENDANT'S LACK OF PRIO
     09/04/2002 CONVICTIONS ON CASE NUMBERS 2000-2753CFA, 2000-2
     09/04/2002 -RULING:  TO BE RESCHEDULED
     09/04/2002 COURT MINUTES:  STATE'S MOTION FOR ORDER IN LIMI
     09/04/2002 PRECLUDING ANY REFERENCE TO THE POSSIBLE SENTENC
     09/04/2002 MAY BE IMPOSED UPON CONVICTION ON CASE NUMBERS
     09/04/2002 2000-2753CFA, 2000-2660CFA - RULING:  TO BE RESC
     09/04/2002 COURT MINUTES - STATE'S MOTION TO ALLOW JURORS T
     09/04/2002 WRITTEN NOTES DURING TRIAL ON CASE NUMBERS 2000-
     09/04/2002 AND 2000-2660CFA - RULING:  TO BE RESCHEDULED
     09/04/2002 COURT MINUTES - DEFENDANT'S MOTION IN LIMINE 1 T
     09/04/2002 ON CASE NUMBERS 2000-2753CFA, 2000-2660CFA - RUL
     09/04/2002 TO BE RESCHEDULED
     09/04/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
     09/04/2002 UTILIZE DEMONSTRATIVE AID ON CASE NUMBERS 2000-2
     09/04/2002 2000-2660CFA - RULING:  TO BE RESCHEDULED
     09/04/2002 COURT MINUTES - DEFENDANT'S MOTION TO STRIKE TES
     09/04/2002 ABOUT AND USE OF A COMPACT DISC PURPORTING TO SH
     09/04/2002 AN INCIDENT OF SHAKEN BABY SYNDROME OCCURS ON CA
     09/04/2002 NUMBERS 2000-2753CFA, 2000-2660CFA - RULING:  TO
     09/04/2002 RESCHEDULED
     09/04/2002 COURT MINUTES - STATE'S PRE-TRIAL MOTION FOR RUL
     09/04/2002 THE ADMISSIBILITY OF PHOTOGRAPHS ON CASE NUMBERS
     09/04/2002 2000-2753CFA, 2000-2660CFA - RULING:  TO BE RESC
     09/04/2002 COURT MINUTES - STATE'S MOTION IN LIMINE TO PERM
     09/04/2002 TESTIMONY CONCERNING LOCATION OF INTERACTION WIT
     09/04/2002 DEFENDANT ON CASE NUMBERS 2000-2753CFA, 2000-266
```

```
*prgrm name*
  Date: 04/16/2004                                              Page: 16
  Time: 13:44:30                                                *prgrm name*
                 J.K. "BUDDY" IRBY, CLERK OF THE COURT
                       ALACHUA COUNTY, FLORIDA
------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                     PAGE: 16

** CRIMINAL ACTION DOCKET ----------------------------------------------------
     DATE          DESCRIPTION                              DOC PG SEQ
------------------------------------------------------------------------------
    09/04/2002 RULING:  TO BE RESCHEDULED
    09/04/2002 DEFENDANT SIGNED NOTICE FOR  090902   JURY SELECT
    09/04/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    09/04/2002 STATE'S PROPOSED JURY INSTRUCTION REGARDING
    09/04/2002 DEMONSTRATION EVIDENCE
    09/04/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    09/04/2002 RETURN OF SERVICE - SERVED
    09/04/2002 RETURN OF SERVICE - SERVED
    09/04/2002 RETURN OF SERVICE - SERVED
    09/04/2002 EVIDENCE CONTROL FORM
    09/04/2002 SEVERAL EVIDENCE CONTROL FORMS
    09/05/2002 STIPULATION ON ADMISSION OF 911 CALL INTO EVIDEN
    09/05/2002 STIPULATION ON ADMISSION OF MEDICAL RECORDS AND
    09/05/2002 MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO SUP
    09/05/2002 STATEMENTS FILED BY DEFENDANT
    09/05/2002 DEFENDANT SIGNED NOTICE FOR  090902   JURY SELECT
    09/05/2002 COURT MINUTES - STATE'S MOTION IN LIMINE TO PERM
    09/05/2002 TESTIMONY CONCERNING LOCATION OF INTERACTION WIT
    09/05/2002 DEFENDANT ON CASE NUMBERS 012000CF2753A, 012000C
    09/05/2002 -RULING:  GRANTED
```

▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

```
    09/05/2002 2) DISSECTION OF THE SKULL 3) DEVELOPMENT OF CHI
    09/05/2002 4) PHOTOS OF RETINA ON CASE NUMBERS 012000CF2753
    09/05/2002 012000CF2660A - RULING:  1) GRANTED 2) GRANTED
    09/05/2002 3) GRANTED 4) GRANTED
    09/05/2002 COURT MINUTES - STATE'S PRE-TRIAL MOTION FOR RUL
    09/05/2002 THE ADMISSIBILITY OF PHOTOGRAPHS: 5) TAKEN BY AL
    09/05/2002 COLEMAN ON CASE NUMBERS 012000CF2753A, 012000CF2
    09/05/2002 -RULING:  5) GRANTED
    09/05/2002 COURT MINUTES - DEFENDANT'S MOTION TO STRIKE TES
    09/05/2002 ABOUT AND USE OF A COMPACT DISC PURPORTING TO SH
    09/05/2002 AN INCIDENT OF SHAKEN BABY SYNDROME OCCURS ON CA
    09/05/2002 NUMBER 012000CF2753A, 012000CF2660A - RULING:  D
    09/05/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
    09/05/2002 UTILIZE DEMONSTRATIVE AID ON CASE NUMBERS 012000
    09/05/2002 AND 012000CF2660A - RULING:  GRANTED
    09/05/2002 COURT MINUTES - DEFENDANT'S MOTION IN LIMINE 1 T
    09/05/2002 ON CASE NUMBERS 012000CF2753A, 012000CF2660A - R
    09/05/2002 1) GRANTED 2) GRANTED 3) GRANTED NO RECREATION O
    09/05/2002 DEMONSTRATION 4) STIPULATED 5) WITHDRAWN 6) DENI
    09/05/2002 SUBJECT TO DEFENSE OBJECTING 7) WITHDRAWN 8) GRA
    09/05/2002 9) GRANTED SUBJECT TO REVIEW
    09/05/2002 COURT MINUTES - STATE'S MOTION TO ALLOW JURORS T
    09/05/2002 WRITTEN NOTES DURING TRIAL ON CASE NUMBERS
```

*prgrm name*
```
 Date: 04/16/2004                                              Page: 17
 Time: 13:44:30                                              *prgrm name*
```

                    J.K. "BUDDY" IRBY, CLERK OF THE COURT
                         ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                   PAGE: 17

** CRIMINAL ACTION DOCKET -----------------------------------------------------
      DATE         DESCRIPTION                             DOC PG SEQ
--------------------------------------------------------------------------------
```
09/05/2002 012000CF2753A, 012000CF2660A - RULING:  GRANTED
09/05/2002 IS TO SECURE ENVELOPES EVERY NIGHT, ALL NOTES IN
09/05/2002 DIFFERENT ENVELOPE EVERY DAY
09/05/2002 COURT MINUTES - STATE'S MOTION FOR ORDER IN LIMI
09/05/2002 PRECLUDING ANY REFERENCE TO THE POSSIBLE SENTENC
09/05/2002 MAYBE IMPOSED UPON CONVICTION ON CASE NUMBERS
09/05/2002 012000CF2753A, 012000CF2660A - STIPULATED
09/05/2002 COURT MINUTES - STATE'S MOTION FOR ORDER IN LIMI
09/05/2002 PRECLUDING REFERENCE TO DEFENDANT'S LACK OF PRIO
09/05/2002 CONVICTIONS ON CASE NUMBER 012000CF2753A, 012000
09/05/2002 -RULING: GRANTED
09/05/2002 COURT MINUTES - DEFENDANT'S MOTION TO DISMISS
09/05/2002 INDICTMENT ON CASE NUMBERS 012000CF2753A, 012000
09/05/2002 -RULING: DENIED
09/05/2002 COURT MINUTES - STATE'S MOTION FOR PERMISSION TO
09/05/2002 MEDICAL WITNESS AT TIME CERTAIN ON CASE NUMBERS
09/05/2002 012000CF2753A, 012000CF2660A - RULING:  DENIED
09/05/2002 TRANSCRIPT - DEPOSITION OF WILLIAM FRANK HAMILTO
09/05/2002 TRANSCRIPT - DEPOSITION OF ANNE ELIZABETH DICKIS
09/05/2002 TRANSCRIPT - TELEPHONIC DEPOSITION OF BERNARD MA
09/05/2002 TRANSCRIPT - DEPOSITION OF JAMIE LYNN SNODGRASS
09/05/2002 TRANSCRIPT - DEPOSITION OF SERGEANT VALERIE DAWS
09/05/2002 TRANSCRIPT - DEPOSITION OF WILLIAM FRANK HAMILTO
09/05/2002 TRANSCRIPT - DEPOSITION OF DR RONALD QUISLING
09/05/2002 TRANSCRIPT - DEPOSITION OF HARVEY G ROHLING JR,
09/05/2002 TRANSCRIPT - DEPOSITION OF SURENDER RAJASEKARAN,
09/05/2002 TRANSCRIPT - DEPOSITION OF OFFICER ORLANDO ALVAR
09/05/2002 TRANSCRIPT - DEPOSITION OF DR FRANK AGEE
09/05/2002 TRANSCRIPT - DEPOSITION OF OFFICER LARRY VINCENT
09/05/2002 TRANSCRIPT - DEPOSITION OF DETECTIVE DUANE DIEHL
09/05/2002 TRANSCRIPT - DEPOSITION OF HELEN LEGALL
09/05/2002 TRANSCRIPT - DEPOSITION OF RICHARD KREINEST, M.D
09/05/2002 TRANSCRIPT - DEPOSITION OF FIREFIGHTER KENNETH A
09/05/2002 JOHNSON
09/05/2002 TRANSCRIPT - DEPOSITION OF FIREFIGHTER WILLIAM B
09/05/2002 BLAIR
09/05/2002 TRANSCRIPT - DEPOSITION OF FIREFIGHTER DENNIS ME
09/05/2002 TRANSCRIPT - DEPOSITION OF OFFICER DARYL WAYNE B
09/05/2002 TRANSCRIPT - DEPOSITION OF ELIZABETH TALAGA
09/05/2002 TRANSCRIPT - DEPOSITION OF LAWRENCE LEVINE, M.D.
09/05/2002 TRANSCRIPT - DEPOSITION OF HOWARD LEE ROGERS, M.
09/06/2002 MOTION FOR RECONSIDERATION OF ADMISSIBILITY OF
09/06/2002 TESTIMONY OF DEPUTY CATHY LONG
09/06/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
09/06/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
```

```
*prgrm name*
    Date: 04/16/2004                                              Page: 18
    Time: 13:44:30                                               *prgrm name*
              J.K. "BUDDY" IRBY, CLERK OF THE COURT
                    ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                    PAGE: 18

 ** CRIMINAL ACTION DOCKET -----------------------------------------------------
       DATE        DESCRIPTION                                  DOC PG SEQ
-------------------------------------------------------------------------------
    09/06/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
    09/06/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/06/2002  ANDERSON REPORTING SERVICES, INC.  IN THE AMOUN
    09/06/2002 $ 87.45 /// PAID
    09/06/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/06/2002  GAINESVILLE REPORTERS  IN THE AMOUNT OF $ 335.5
    09/06/2002 // PAID
    09/06/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
    09/06/2002  ESQUIRE DEPOSITION SERVICES  IN THE AMOUNT OF $
    09/06/2002 // PAID
    09/06/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
    09/06/2002 WITNESS SUBPOENA
    09/09/2002 SUBPOENA FOR TRIAL
    09/09/2002 DEFENDANT'S MOTION FOR REHEARING AND A DEMAND FO
    09/09/2002 RICHARDSON INQUIRY ON THE ISSUE OF THE ADMISSIBI
    09/09/2002 A COMPACT DISC PURPORTING TO SHOW A DEMONSTRATIO
    09/09/2002 SBS (SHAKEN BABY SYNDROME)
    09/09/2002 DEFENDANT'S RESPONSE IN OPPOSITION TO STATE'S MO
    09/09/2002 FOR RECONSIDERATION OF ADMISSIBILITY OF TESTIMON
    09/09/2002 DEPUTY KATHY LONG
    09/09/2002 WITNESS SUBPOENA
    09/09/2002 MOTION TO TAKE CONTINUING DEPOSITION OF RONALD
    09/09/2002 QUISLING, M.D.
    09/09/2002 ORDER DENYING MOTION FOR RECONSIDERATION OF
    09/09/2002 ADMISSIBILITY OF TESTIMONY OF DEPUTY CATHY LONG
    09/09/2002 DECORUM ORDER AS TO MEDIA - MEDIA PERSONNEL SHAL
    09/09/2002 REMAIN IN THE GALLERY SEATING DURING THE JURY SE
    09/09/2002 AND TRIAL
    09/09/2002 -TV20 AND THE GAINESVILLE SUN IS/ARE THE ONLY ME
    09/09/2002 HAS/HAVE REQUESTED AND HAS/HAVE BEEN AUTHORIZED
    09/09/2002 BRING A STILL CAMERA AND/OR VIDEO CAMERA INTO TH
    09/09/2002 COURTROOM FOR JURY SELECTION AND TRIAL.  NO
    09/09/2002 UNAUTHORIZED MEDIA WILL BE ALLOWED TO BRING A CA
    09/09/2002 INTO THE COURTROOM
    09/09/2002 -ONLY ONE STILL CAMERA/OR ONE VIDEO CAMERA WILL
    09/09/2002 ALLOWED IN THE COURTROOM.  NO FLASHES WILL BE AL
    09/09/2002 THE STILL PHOTOGRAPHER AND/OR VIDEOGRAPHER MUST
    09/09/2002 IN THE GALLERY.  NO PHOTOGRAPHS OR VIDEO OF THE
    09/09/2002 WILL BE ALLOWED.  NO DISRUPTED MOVEMENT WILL BE
    09/09/2002 ALLOWED
    09/09/2002 -NO INTERVIEWS WILL BE CONDUCTED INSIDE THE COUR
    09/09/2002 //LOTT
    09/09/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
    09/09/2002 DEFENDANT SIGNED NOTICE FOR  090902  JURY SELECT
    09/09/2002 DAY CERTAIN TRIAL    SET FOR 09092002           00000
```

```
*prgrm name*
   Date: 04/16/2004                                          Page: 19
   Time: 13:44:31                                            *prgrm name*
                  J.K. "BUDDY" IRBY, CLERK OF THE COURT
                       ALACHUA COUNTY, FLORIDA
---------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                  PAGE: 19

** CRIMINAL ACTION DOCKET ------------------------------------------------
   DATE          DESCRIPTION                              DOC PG SEQ
---------------------------------------------------------------------------
   09/09/2002 DEFENDANT'S SUPPLEMENTAL WITNESS LIST
   09/09/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   09/09/2002 MINUTES OF THE CLERK - JURY TRIAL
   09/10/2002 STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT
   09/10/2002 TRANSCRIPT OF DEPOSITION AS TO CRYSTAL QUIRELLO
   09/10/2002 TRANSCRIPT OF DEPOSITION OF SERGEANT STEVEN WEAV
   09/10/2002 TRANSCRIPT OF DEPOSITION OF CORPORAL WHITNEY STO
   09/10/2002 TRANSCRIPT OF DEPOSITION OF KATHLEEN MARIE MORRI
   09/10/2002 TRANSCRIPT OF DEPOSITION OF CHRISTINA MILLARD
   09/10/2002 TRANSCRIPT OF DEPOSITION OF HELEN LEGALL
   09/10/2002 TRANSCRIPT OF DEPOSITION OF OFFICER JAMES CHRIST
   09/10/2002 JACKSON
   09/10/2002 TRANSCRIPT OF OFFICER ROBERT L KING, III
   09/10/2002 TRANSCRIPT OF LIEUTENANT WILLIAM THOMAS HALVOSA
   09/10/2002 TRANSCRIPT OF DEPOSITION OF RICHARD DAVIS,SR
   09/10/2002 TRANSCRIPT OF DEPOSITION OF DETECTIVE ALAN COLEM
   09/10/2002 TRANSCRIPT OF DEPOSITION OF DETECTIVE DAVID KEIT
   09/10/2002 CANNON
   09/10/2002 TRANSCRIPT OF DEPOSITION OF STEPHEN NELSON, MD
   09/10/2002 TRANSCRIPT OF DEPOSITION OF SERGEANT ROBERT BART
   09/10/2002 TRANSCRIPT OF DEPOSITION OF DORIS MARIE BRIDWELL
   09/10/2002 ORDER GRANTING MOTION FOR RELEASE OF EVIDENCE /
   09/10/2002 THE FOLLOWING ARTICLES SHALL BE RELEASED FROM EV
   09/10/2002 BY THE CLERK OF THE COURT TO JEANNE M SINGER SAI
   09/10/2002 EVIDENCE BEING PARTICULARLY DESCRIBED AS FOLLOWS
   09/10/2002 PAGES OF LEGAL CORRESPONDENCE WHICH WERE PART OF
   09/10/2002 STATE'S EXHIBIT #5 IN EVIDENCE UPON JOINT STIPUL
   09/10/2002 OF STATE AND DEFENSE // LOTT
   09/11/2002 RETURN OF SERVICE - UNSERVED
   09/13/2002 TRANSCRIPT OF DEPOSITION OF SALVADOR CUMELLA
   09/13/2002 TRANSCRIPT OF DEPOSITION OF DETECTIVE HELEN LEGA
   09/13/2002 TRANSCRIPT OF DEPOSITION OF DAVID SAMUEL ANDREW
   09/13/2002 STEWART, MD
   09/13/2002 TRANSCRIPT OF DEPOSITION OF MICHAEL BELL, MD
   09/13/2002 TRANSCRIPT OF DEPOSITION OF JONATHAN L WILLIAMS,
   09/13/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   09/13/2002  ESQUIRE DEPOSITION SERVICES  IN THE AMOUNT OF $
   09/13/2002 // PAID
   09/13/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
   09/13/2002  HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF $ 23.
   09/13/2002 // PAID
   09/16/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
   09/16/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
   09/16/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
   09/16/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
```

```
*prgrm name*
  Date: 04/16/2004                                          Page: 20
  Time: 13:44:31                                            *prgrm name*
             J.K. "BUDDY" IRBY, CLERK OF THE COURT
                   ALACHUA COUNTY, FLORIDA
------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                 PAGE: 20

 ** CRIMINAL ACTION DOCKET -------------------------------------------
    DATE        DESCRIPTION                             DOC PG SEQ
------------------------------------------------------------------------
  09/16/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
  09/16/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
  09/17/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
  09/17/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
  09/19/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
  09/19/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
  09/19/2002 LETTER TO JUDGE LOTT FROM JUROR #96
  09/19/2002 LETTER FROM STEPHAN P MICKLE UNITED STATES DISTR
  09/19/2002 JUDGE (FAX)
  09/19/2002 LETTER TO JUDGE FROM JUROR #73
  09/19/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
  09/19/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
  09/20/2002 STATE'S PROPOSED JURY INSTRUCTION REGARDING
  09/20/2002 DEMONSTRATION EVIDENCE
  09/20/2002 LETTER TO JUDGE FROM JURY
  09/20/2002 LETTER TO JUDGE FROM JUROR #73
  09/20/2002 INSTRUCTION TO JURY REGARDING WITNESS TESTIFYING
  09/20/2002 OF ORDER
  09/20/2002 MOTION FOR REHEARING ON THE ISSUE OF WHETHER THE
  09/20/2002 DEFENSE OR THE STATE OF FLORIDA OPENED THE DOOR
  09/20/2002 TO CAUSE THE ADMISSIBILITY OF CERTAIN EVIDENCE
  09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
  09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
  09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
  09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
  09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
  09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
  09/24/2002 LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS
  09/24/2002 FEE TRAVEL AND PER DIEM ALLOWANCE
  09/24/2002 QUESTIONS FROM JURY
  09/24/2002 QUESTIONS FROM JURY
  09/24/2002 NOTES FROM TRIAL
  09/25/2002 MOTION TO REOPEN DEFENDANT'S CASE AND ALLOW PREV
  09/25/2002 LISTED STATE WITNESSES TO TESTIFY
  09/25/2002 LETTER FROM JURORS
  09/25/2002 DEFENDANT'S MOTION FOR SANCTIONS AGAINST STATE F
  09/25/2002 WITHHOLDING CRITICAL TESTIMONY, DEMAND FOR RICHA
  09/25/2002 HEARING, AND MOTION FOR MISTRIAL
  09/25/2002 MOTION FOR RE-HEARING ON ISSUE OF ADMISSIBILITY
  09/25/2002 COMPACT DISC PRESENTATION
  09/25/2002 JURY INSTRUCTIONS
  09/25/2002 VERDICT -- GUILTY OF MANSLAUGHTER, A LESSER INCL
  09/25/2002 OFFENSE
  09/25/2002 DEFENDANT SIGNED NOTICE FOR  102902  SENTENCING
  09/25/2002 DISPOSITION          SET FOR 10292002           00000
```

```
*prgrm name*
   Date: 04/16/2004                                          Page: 21
   Time: 13:44:31                                            *prgrm name*
                  J.K. "BUDDY" IRBY, CLERK OF THE COURT
                       ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                  PAGE: 21

** CRIMINAL ACTION DOCKET -------------------------------------------------
     DATE        DESCRIPTION                              DOC PG SEQ
-------------------------------------------------------------------------
     09/25/2002 *PLACED ON DIV I DISPOSITION DOCKET PER JUDGE*
     09/25/2002 PSI ORDERED - PSI DUE 101802
     09/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     09/26/2002  HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF $ 85.
     09/26/2002 // PAID
     09/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     09/26/2002  EXPERT DIGITAL SOLUTIONS, INC.  IN THE AMOUNT O
     09/26/2002 $275.00 // PAID
     09/26/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     09/26/2002  HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF $ 8.5
     09/26/2002 // PAID
     09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
     09/27/2002 / PAID // PIERCE
     09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
     09/27/2002 CONCERNING PAYMENT OF STATE WITNESS
     09/27/2002 MOTION FOR PAYMENT FOR TRAVEL OF STATE WITNESS
     09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
     09/27/2002 / PAID // PIERCE
     09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
     09/27/2002 CONCERNING PAYMENT OF STATE WITNESS
     09/27/2002 MOTION FOR PAYMENT FOR TRAVEL OF STATE WITNESS
     09/27/2002 MOTION FOR PAYMENT OF LODGING FOR A STATE WITNES
     09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
     09/27/2002 CONCERNING PAYMENT OF COSTS
     09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF LODGING FOR
     09/27/2002 WITNESS / PAID // PIERCE
     09/27/2002 MOTION FOR PAYMENT OF STATE WITNESS
     09/27/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
     09/27/2002 CONCERNING PAYMENT OF STATE WITNESS
     09/27/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
     09/27/2002 /PAID // PIERCE
     09/30/2002 RETURN OF SERVICE - SERVED
     09/30/2002 RETURN OF SERVICE - SERVED
     09/30/2002 RETURN OF SERVICE - SERVED
     09/30/2002 RETURN OF SERVICE - UNSERVED
     09/30/2002 RETURN OF SERVICE - SERVED
     09/30/2002 RETURN OF SERVICE - SERVED
     09/30/2002 RETURN OF SERVICE - UNSERVED
     09/30/2002 RETURN OF SERVICE - SERVED
     09/30/2002 RETURN OF SERVICE - SERVED
     09/30/2002 RETURN OF SERVICE - SERVED
     10/03/2002 MOTION FOR NEW TRIAL
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $105.00//PAID
```

```
*prgrm name*
  Date: 04/16/2004                                              Page: 22
  Time: 13:44:31                                               *prgrm name*
               J.K. "BUDDY" IRBY, CLERK OF THE COURT
                     ALACHUA COUNTY, FLORIDA
-------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                   PAGE: 22

  ** CRIMINAL ACTION DOCKET -----------------------------------------------
       DATE        DESCRIPTION                              DOC PG SEQ
-------------------------------------------------------------------------
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $54.25//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $21.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $77.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $105.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $175.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $105.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $56.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $226.18//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $177.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $245.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $101.50//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $119.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $178.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $245.70//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $50.40//PAID
```

```
*prgrm name*
  Date: 04/16/2004                                              Page: 23
  Time: 13:44:31                                                *prgrm name*
               J.K. "BUDDY" IRBY, CLERK OF THE COURT
                     ALACHUA COUNTY, FLORIDA
------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                     PAGE: 23

** CRIMINAL ACTION DOCKET ----------------------------------------------
     DATE         DESCRIPTION                             DOC PG SEQ
------------------------------------------------------------------------
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $108.50//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $84.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $134.75//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $197.75//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $76.27//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT
     10/07/2002 $105.00//PAID
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  LIGHT-WORK LABS  IN THE AMOUNT OF $ 20.00//PAID
     10/07/2002 ORDER FOR PAYMENT OF EXPERT WITNESS FEE TO BERNA
     10/07/2002 MARIA, M.D.M.B.A. IN THE AMOUNT OF $5500.00 // L
     10/07/2002 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
     10/07/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT CONCERNIN
     10/07/2002 PAYMENT OF EXPERT WITNESS
     10/07/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/07/2002  WRIGHT TRAVEL  IN THE AMOUNT OF $ 572.50//PAID
     10/08/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/08/2002  ESQUIRE DEPOSITION SERVICES  IN THE AMOUNT OF $
     10/08/2002 // PAID
     10/08/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/08/2002  HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF $ 126
     10/08/2002 // PAID
     10/08/2002 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
     10/08/2002 ALACHUA CO. ATTORNEY'S ANNOUNCEMENT CONCERNING P
     10/08/2002 OF EXPERT WITNESS
     10/08/2002 ORDER FOR PAYMENT OF EXPERT WITNESS FEE / $3300.
     10/08/2002 GAINESVILLE PATHOLOGY GROUP // LOTT //////// PAI
     10/15/2002 REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND
     10/15/2002  BERNARD L. MARIA, MD., M.B.A.  IN THE AMOUNT OF
     10/15/2002 $7955.49/PAID /
     10/15/2002 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
     10/15/2002 ALACHUA COUNTY ATTORNEY'S ANNOUCEMENT CONCERNING
     10/15/2002 PAYMENT OF EXPERT WITNESS
     10/15/2002 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE A
```

```
*prgrm name*
   Date: 04/16/2004                                        Page: 24
   Time: 13:44:31                                          *prgrm name*

            J.K. "BUDDY" IRBY, CLERK OF THE COURT
                  ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                 PAGE: 24


** CRIMINAL ACTION DOCKET --------------------------------------------------
     DATE        DESCRIPTION                              DOC PG SEQ
--------------------------------------------------------------------------------
     10/15/2002 OF $8,000.0 TO STEPHEN J. NELSON, MD., PA,//PIER
     10/15/2002 MOTION FOR PAYMENT OF STATE WITNESS
     10/15/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
     10/15/2002 CONCERNING PAYMENT OF STATE WITNESS
     10/15/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
     10/15/2002 / PAID // LOTT
     10/15/2002 MOTION FOR PAYMENT OF STATE WITNESS
     10/15/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
     10/15/2002 CONCERNING PAYMENT OF STATE WITNESS
     10/15/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVE
     10/15/2002 / PAID // LOTT
     10/17/2002 LETTER TO JUDGE LOTT FROM PROBATION AND PAROLE
     10/17/2002 ORDER SETTING DISPOSITION DATE / FRIDAY, 8 NOVEM
     10/17/2002 2002 AT 9:00 AM // LOTT
     10/29/2002 ORDER DENYING MOTION FOR NEW TRIAL // LOTT
     10/30/2002 MOTION FOR JUDGEMENT FOR COSTS
     10/30/2002 NOTICE OF HEARING ON  110802  AT / 9:00AM  / LOT
     10/31/2002 WITNESS SUBPOENA PAID
     11/01/2002 ADDENDUM TO MOTION FOR JUDGMENT FOR COSTS
     11/07/2002 SECOND ADDENDUM TO MOTION FOR JUDGEMENT FOR COST
     11/08/2002 MOTION FOR ADVANCE PAYMENT OF STATE WITNESS / PA
     11/08/2002 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT
     11/08/2002 CONCERNING PAYMENT OF STATE WITNESS
     11/08/2002 ORDER GRANTING MOTION FOR PAYMENT OF STATE WITNE
     11/08/2002 //PAID
     11/08/2002 PICTURE OF VICTIM
     11/08/2002 TRANSCRIPT OF MOTION TO DISMISS INDICTMENT ON 09
     11/08/2002 BEFORE JUDGE LOTT
     11/08/2002 PSI (ENVELOPE)
     11/08/2002 DECORUM ORDER AS TO MEDIA;
     11/08/2002 -MEDIA PERSONNEL SHALL REMAIN IN THE GALLERY SEA
     11/08/2002 DURING THE JURY SELECTION, TRIAL OR HEARING
     11/08/2002 -GAINESVILLE SUN IS THE ONLY MEDIA WHO HAS REQUE
     11/08/2002 AND HAS BEEN AUTHORIZED TO BRING A STILL CAMERA
     11/08/2002 THE COURTROOM FOR JURY SELECTION, TRIAL OR HEARI
     11/08/2002 -ONLY ONE STILL CAMERA WILL BE ALLOWED IN COURTR
     11/08/2002 -NO INTERVIEWS RELATED TO THIS TRIAL/HEARING WIL
     11/08/2002 CONDUCTED INSIDE THE COURTHOUSE // LOTT
     11/08/2002 AMENDED DECORUM ORDER AS TO MEDIA // LOTT
     11/08/2002 PRESENT WITH ATTORNEY                       00000
     11/08/2002 TRIAL TYPE/JURY AS TO CNT:                  00000    001
     11/08/2002 DEF PLED NOT GLTY AS TO CNT:                00000    001
     11/08/2002 DEFENDANT FOUND GUILTY BY JURY AS TO CNT:   00000    001
     11/08/2002 ADJUDICATED GUILTY            AS TO CNT:    00000    001
     11/08/2002 DEFENDANT SENTENCED AS TO CNT:              00000    001
```

```
*prgrm name*
  Date: 04/16/2004                                            Page: 25
  Time: 13:44:31                                              *prgrm name*
                J.K. "BUDDY" IRBY, CLERK OF THE COURT
                     ALACHUA COUNTY, FLORIDA
------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                  PAGE: 25

** CRIMINAL ACTION DOCKET -----------------------------------------------
    DATE        DESCRIPTION                              DOC PG SEQ
------------------------------------------------------------------------
  11/08/2002 DEFENDANT ASSESSED    314.00 AS TO CNT:      00000 001
  11/08/2002 DEF SENTENCED TO PRISON   15 y  m  d AS TO CNT: 00000 001
  11/08/2002 DEF GIVEN CREDIT FOR TIME SRVD  0347 days ON CNT 00000 001
  11/08/2002 ORDER ESTABLISHING MONETARY SUMS - TOTAL SUMS OR
  11/08/2002 SHALL BE PAID THROUGH THE CLERK OF COURT IN FULL
  11/08/2002 //LOTT
  11/08/2002 VICTIM NOTIFICATION DATA SHEET
  11/08/2002 RESTITUTION LIEN ORDER - EVIDENTIARY HEARING TO
  11/08/2002 DEFENDANT DOES NOT WAIVE HIS PRESENCE
  11/08/2002 COURT RESERVES AND RETAINS JURISDICTION AS TO
  11/08/2002 RESTITUTION // LOTT
  11/08/2002 SCORE SHEET//TOTAL  181.2
  11/08/2002 AMENDED JUDGEMENT AS TO CRIME // LOTT
             OR BOOK: 2552  OR PAGE: 1194
  11/08/2002 ORDER REQUIRING TRANSCRIPTION OF TRIAL TESTIMONY
  11/14/2002 DOC COMMITMENT PACKET SENT TO ASO  11-13-2002//B
  11/14/2002 ADJUDICATORY JUDGMENT OF  110802
             OR BOOK: 2552  OR PAGE: 1195
  11/15/2002 REOPENED CASE CLOSED 11082002                 00000
  11/15/2002 NOTICE OF HEARING ON  112202  AT / 9:00 AM  / LO
  11/15/2002 MOTION FOR SUPERSEDEAS BOND
  11/20/2002 NOTICE OF FILING
  11/22/2002 APPEAL FILED 11222002                         00000
  11/22/2002 COURT MINUTES - MOTION FOR SUPERSEDEAS BOND ON C
  11/22/2002 NUMBER 01-2000CF2753A, 01-2000CF2660A - RULING:
  11/22/2002 P.D APPOINTED FOR APPEAL
  11/22/2002 APPLICATION FOR APPOINTMENT OF PUBLIC DEFENDER A
  11/22/2002 AFFIDAVIT OF INDIGENCY & PUBLIC DEFENDER APPOINT
  11/22/2002 //LOTT
  11/22/2002 NOTICE OF APPEAL REGARDING JUDGMENT/SENTENCE
  11/22/2002 DIRECTIONS TO THE CLERK
  11/22/2002 DESIGNATION TO REPORTER AND REPORTER'S ACKNOWLED
  11/22/2002 ***PUBLIC DEFENDER PUT ON AS SPECIAL PERSON***
  11/22/2002 STATEMENT OF JUDICIAL ACTS TO BE REVIEWED
  11/22/2002 DESIGNATION OF PUBLIC DEFENDER, SECOND JUDICIAL
  11/22/2002 FOR THE HANDLING OF APPEAL/FILED BY GORDON GROLA
  11/22/2002 MAILED CERTIFIED COPY OF NOTICE OF APPEAL AND CO
  11/22/2002 JUDGMENT/SENTENCE TO FIRST DISTRICT COURT OF APP
  11/22/2002 ONLY TO ATTORNEY GENERAL, ATTORNEY GROLAND, & NA
  11/22/2002 PUBLIC DEFENDER SECOND JUDICIAL CIRCUIT
  11/22/2002 COPY OF SEALED APPLICATION & AFFIDAVIT FOR SEARC
  11/22/2002 SEARCH WARRANT/RETURN PLACED IN FILE FROM COMPAN
  11/22/2002 2000-2660-CFA
  12/02/2002 LETTER FROM JON S. WHEELER ASSIGNS FIRST DISTRIC
  12/02/2002 APPEAL #1D02-4788
  12/02/2002 FIRST DISTRICT COURT OF APPEAL ORDER REQUIRES FI
  12/02/2002 ORDER OF INSOLVENCY WITHIN 30 DAYS
```

```
*prgrm name*
  Date: 04/16/2004                                           Page: 26
  Time: 13:44:32                                             *prgrm name*
                   J.K. "BUDDY" IRBY, CLERK OF THE COURT
                        ALACHUA COUNTY, FLORIDA
-----------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                  PAGE: 26

 ** CRIMINAL ACTION DOCKET -------------------------------------------
     DATE         DESCRIPTION                             DOC PG SEQ
-----------------------------------------------------------------------
     12/02/2002 FIRST DISTRICT COURT OF APPEAL DIRECTS APPELLANT
     12/02/2002 AMENDED NOTICE OF APPEAL WITH DATE OF RENDITION
     12/02/2002 BE REVIEWED WITHIN 10 DAYS
     12/04/2002 NOTICE OF HEARING ON  122002  AT / 9:00 AM  / LO
     12/04/2002 ORDER FINDING DEFENDANT INDIGENT AND APPOINTING
     12/04/2002 DEFENDER OF THE EIGHTH JUDICIAL  CIRCUIT FOR HAN
     12/04/2002 OF APPEAL // LOTT
     12/18/2002 AMENDED NOTICE OF RESTITUTION/COSTS HEARING - JA
     12/18/2002 8, 2003 AT 9:00AM
     12/19/2002 THIRD ADDENDUM TO MOTION FOR JUDGEMENT FOR COSTS
     12/26/2002 FIRST DISTRICT COURT OF APPEAL ORDERS APPELLANT
     12/26/2002 CAUSE WITHIN 10 DAYS WHY APPEAL SHOULD NOT BE DI
     12/26/2002 FAILING TO COMPLY WITH COURT'S 11-27-02 ORDER RE
     12/26/2002 AMENDED NOTICE OF APPEAL WHICH STATE'S DATE OF R
     12/26/2002 ORDER TO BE REVIEWED
     12/30/2002 AMENDED NOTICE OF APPEAL/FILED BY JOHN KEARNS, A
     12/30/2002 PUBLIC DEFENDER
     01/06/2003 NOTICE OF FILING RECORD OF EXPENSES DUE AS RESTI
     01/07/2003 NOTICE TO ADVERSE PARTY OF REQUEST TO TAKE JUDIC
     01/07/2003 NOTICE
     01/08/2003 COURT MINUTES - MOTION FOR JUDGEMENT OF COSTS AN
     01/08/2003 RESTITUTION HEARING ON CASE NUMBER 01-2000CF2753
     01/08/2003 RULING:  GRANTED COSTS IN THE TOTAL AMOUNT OF
     01/08/2003 $56,459.74 / COSTS ARE REDUCED TO CIVIL JUDGMEN
     01/08/2003 RESTITUTION ORDERED IN THE TOTAL AMOUNT $17,515.
     01/08/2003 RESTITUTION IS REDUCED TO CIVIL JUDGEMENT
     01/08/2003 SUMMARY OF RESTITUTION
     01/08/2003 SUMMARY OF COSTS
     01/08/2003 DEF MUST PAY RESTITUTION OF  17515.46 AS TO CNT: .00000  001
     01/08/2003 CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT OF $
                   OR BOOK: 2584  OR PAGE: 1153
     01/08/2003 PAYABLE TO  JOHN QUIRELLO · // LOTT
     01/08/2003 CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT OF $
                   OR BOOK: 2584  OR PAGE: 1154
     01/08/2003 PAYABLE TO  ALACHUA CO FIRE AND RESCUE  // LOTT
     01/08/2003 CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT OF $
                   OR BOOK: 2584  OR PAGE: 1155
     01/08/2003 PAYABLE TO  UNIVERSITY PHYSICIANS  // LOTT
     01/08/2003 CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT OF $
                   OR BOOK: 2584  OR PAGE: 1156
     01/08/2003 PAYABLE TO  SHANDS HOSPITAL AND CLINIC  // LOTT
     01/08/2003 ORDER AWARDING COSTS OF INVESTIGATION AND PROSEC
     01/08/2003 TO GAINESVILLE POLICE DEPARTMENT IN THE AMOUNT O
     01/08/2003 $7224.60 // LOTT
     01/08/2003 ORDER AWARDING COSTS OF INVESTIGATION AND PROSEC
     01/08/2003 TO ALACHUA COUNTY COURTHOUSE IN THE AMOUNT OF
     01/08/2003 $46,355.82//LOTT
     01/08/2003 ORDER AWARDING COSTS OF INVESTIGATION AND PROSEC
     01/08/2003 TO EIGHTH DISTRICT MEDICAL EXAMINER IN THE AMOUN
```

```
                 J.K. "BUDDY" IRBY, CLERK OF THE COURT
                       ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                   PAGE: 27

 ** CRIMINAL ACTION DOCKET -----------------------------------------------
    DATE        DESCRIPTION                               DOC PG SEQ
--------------------------------------------------------------------------
    01/08/2003 $895.00//LOTT
    01/08/2003 ORDER AWARDING COSTS OF INVESTIGATION AND PROSEC
    01/08/2003 TO FLORIDA DEPT OF LAW ENFORCEMENT IN THE AMOUNT
    01/08/2003 $1984.32//LOTT
    01/08/2003 ORDER DENYING MOTION FOR SUPERSEDEAS BOND // LOT
    01/10/2003 MAILED VOLUME I - II RECORD ON APPEAL AND TWO EN
    01/10/2003 COPIES OF EVIDENCE TO FIRST DISTRICT COURT OF AP
    01/10/2003 RECORD ONLY TO ATTORNEY GENERAL & PUBLIC DEFENDE
    01/13/2003 FAXED RESPONSE TO REQUEST FOR UPDATE FROM DEPART
    01/13/2003 CHILDREN AND FAMILIES, ATTENTION: JOANN STARK
    01/29/2003 ORDER ON DESIGNATION TO REPORTER//LOTT
    02/03/2003 ORDER ON DESIGNATION TO REPORTER//LOTT
    02/03/2003 MOTION FOR PAYMENT OF STATE WITNESS
    02/03/2003 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT CONCERNIN
    02/03/2003 PAYMENT OF EXPERT WITNESS
    02/03/2003 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE
    02/03/2003 AMOUNT OF $61.00 TO SHERATON GAINESVILLE HOTEL//
    02/03/2003 //PAID//
    02/03/2003 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
    02/03/2003 ALACHUA COUNTY ATTORNEY'S ANNOUCEMENT CONCERNING
    02/03/2003 PAYMENT OF EXPERT WITNESS
    02/03/2003 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE
    02/03/2003 AMOUNT OF $2250.00 TO RONALD H. USCINSKI, MD//LO
    02/03/2003 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
    02/03/2003 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT CONCERNIN
    02/03/2003 PAYMENT OF EXPERT WITNESS
    02/03/2003 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE A
    02/03/2003 OF $479.50 TO WRIGHT TRAVEL // LOTT // PAID
    03/03/2003 FIRST DISTRICT COURT OF APPEAL ORDER GRANTS COUR
    03/03/2003 MOTION FOR EXTENSION TO FILE TRANSCRIPTS BY 5-1-
    04/21/2003 TRANSCRIPT OF MOTION FOR SUPERSEDEAS BOND BEFORE
    04/21/2003 COURT REPORTER LAURIE ANN CHAFFIN, ORIGINAL & 2
    05/01/2003 TRANSCRIPTS VOLUME I - XVII JURY TRIAL HELD BEFO
    05/01/2003 LOTT ON 9-10-02 - 9-23-02, COURT REPORTERS STACE
    05/01/2003 CHERYL MCDONOUGH, ORIGINAL AND 2 COPIES
    05/01/2003 TRANSCRIPT OF PRETRIAL MOTION HELD 9-4-02 BEFORE
    05/01/2003 COURT REPORTER STACEY BRYANT, ORIGINAL AND 2 COP
    05/01/2003 TRANSCRIPT OF PRETRIAL MOTION HELD 9-5-02 BEFORE
    05/01/2003 COURT REPORTER STACEY BRYANT, ORIGINAL AND 2 COP
    05/05/2003 TRANSCRIPT OF JURY TRIAL HELD 9-23-02 THROUGH 9-
    05/05/2003 VOLUMES XVIII-XX HELD BEFORE JUDGE LOTT, COURT R
    05/05/2003 STACEY BRYANT, ORIGINAL AND 2 COPIES
    05/06/2003 TRANSCRIPT OF SENTENCING HEARING HELD 11-8-02 BE
    05/06/2003 LOTT, COURT REPORTER STACEY BRYANT, ORIGINAL & 2
    05/07/2003 MAILED SUPPLEMENTAL VOLUME III AND TRANSCRIPTS V
```

```
*prgrm name*
    Date: 04/16/2004                                              Page: 28
    Time: 13:44:32                                                *prgrm name*
              J.K. "BUDDY" IRBY, CLERK OF THE COURT
                   ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                    PAGE: 28

 ** CRIMINAL ACTION DOCKET ----------------------------------------------------
      DATE        DESCRIPTION                              DOC PG SEQ
--------------------------------------------------------------------------------
      05/07/2003 XXVII TO FIRST DISTRICT COURT OF APPEAL, ATTORNE
      05/07/2003 AND PUBLIC DEFENDER
      05/15/2003 DESIGNATION OF PUBLIC DEFENDER OF SECOND JUDICIA
      05/15/2003 FOR HANDLING OF APPEAL ·
      06/17/2003 MOTION FOR PAYMENT OF EXPERT WITNESS FEE
      06/17/2003 ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT CONCERNIN
      06/17/2003 PAYMENT OF EXPERT WITNESS
      06/17/2003 ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE A
      06/17/2003 OF $9,710.00//PAID//LOTT
      09/22/2003 FIRST DISTRICT COURT OF APPEAL ORDER GRANTS APPE
      09/22/2003 MOTION TO SUPPLEMENT RECORD ON APPEAL WITH JURY
      09/23/2003 SUPPLEMENTAL DIRECTIONS TO THE CLERK OF THE ABOV
      09/23/2003 COURT
      09/23/2003 MOTION FOR ORDER DIRECTING COURT REPORTER TO TRA
      09/23/2003 NOTES
      09/24/2003 ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOT
      09/26/2003 COPY AFFIDAVIT FROM COURT REPORTER'S OFFICE
      10/10/2003 SUPPLEMENTAL DIRECTIONS TO THE CLERK OF THE ABOV
      10/10/2003 COURT
      10/10/2003 MOTION FOR ORDER DIRECTING COURT REPORTER TO TRA
      10/10/2003 NOTES
      10/16/2003 ORDER DIRECTING COURT REPORTER TO TRANSCRIBE NOT
      10/23/2003 AMENDED REQUEST FOR EXTENSION OF TIME TO PREPARE
      10/23/2003 ON APPEAL [COPY]
      10/24/2003 REQUEST FOR DOCUMENTS 940.04/SENT            ⌒⌒
      11/03/2003 AFFIDAVIT FROM COURT REPORTER'S OFFICE
      11/05/2003 CORRECTED ORDER DIRECTING COURT REPORTER TO TRAN
      11/05/2003 NOTES//TURNER
      11/10/2003 AMENDED MOTION FOR ORDER DIRECTING COURT REPORTE
      11/10/2003 TRANSCRIBE NOTES
      11/10/2003 LETTER TO COURT REPORTER BETTY SUE VINCENT FROM
      11/10/2003 ASSISTANT TO ASSISTANT PUBLIC DEFENDER NADA CARE
      11/10/2003 ATTACHMENTS
      11/10/2003 FIRST DISTRICT COURT OF APPEAL ORDER GRANTS APPE
      11/10/2003 MOTION TO SUPPLEMENT RECORD ON APPEAL WITHIN 30
      11/12/2003 SUPPLEMENTAL DIRECTIONS TO THE CLERK OF THE ABOV
      11/12/2003 COURT
      11/18/2003 TRANSCRIPT OF JURY SELECTION HELD 9-9-02, COURT
      11/18/2003 STACEY BRYANT, VOLUMES I & II, ORIGINAL + 2 COPI
      11/19/2003 MAILED SUPPLEMENTAL RECORD ON APPEAL VOLUME XXVI
      11/19/2003 TRANSCRIPTS VOLUMES XXIX-XXX TO FIRST DISTRICT C
      11/19/2003 APPEAL, ATTORNEY GENERAL AND ASSISTANT PUBLIC DE
      04/07/2004 MEMO FROM ATTORNEY GENERAL TO CLERK RE: CROSS-AP
      04/07/2004 NOTICE OF CROSS-APPEAL FILED BY ATTORNEY GENERAL
      04/08/2004 LETTER TO FIRST DISTRICT COURT OF APPEAL WITH CE
```

```
*prgrm name*                                                      Page: 29
   Date: 04/16/2004                                              *prgrm name*
   Time: 13:44:33
                J.K. "BUDDY" IRBY, CLERK OF THE COURT
                     ALACHUA COUNTY, FLORIDA
--------------------------------------------------------------------------------
CASE #: 01-2000-CF-002753-A                                       PAGE: 29

 ** CRIMINAL ACTION DOCKET ------------------------------------------------------
      DATE         DESCRIPTION                               DOC PG SEQ
--------------------------------------------------------------------------------
      04/08/2004 COPY OF NOTICE OF CROSS-APPEAL, COPY OF LETTER T
      04/08/2004 ATTORNEY GENERAL AND PUBLIC DEFENDER
      04/15/2004 AMENDED NOTICE OF CROSS-APPEAL FILED BY ATTORNEY
      04/15/2004 MAILED CERTIFIED COPY OF AMENDED NOTICE OF CROSS
      04/15/2004 ATTACHMENTS TO FIRST DISTRICT COURT OF APPEAL/LE
      04/15/2004 TO ATTORNEY GENERAL AND ASSISTANT PUBLIC DEFENDE
```

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY


STATE OF FLORIDA,

     *Plaintiff/Cross-Appellant,*

v.                     **CASE NO.   2000-2753-CFA**

BRIAN HERLIHY,

     *Defendant/Appellant.*
_____/

### NOTICE OF CROSS-APPEAL

     The State cross-appeals to the First District Court of Appeal,
the order of this court rendered by Circuit Judge Martha Ann Lott
September 9, 2002.  The nature of the order is a non-final order
denying reconsideration of a verbal ruling which excluded testimony
by Deputy Cathy Long.


[The State's cross-appeal is authorized by the First DCA's order of
March 30, 2004; a copy of that order is attached as Ex. A. The
trial court's order denying reconsideration is attached as Ex. B.]

J.K. "BUDDY" IRBY
CLERK OF COURTS
ALACHUA COUNTY FL.

04 APR -7 PM 4: 50

FILED
CK 23

1

## CERTIFICATE OF SERVICE

I certify a copy of this NOTICE has been sent by U.S. mail to Herlihy's appellate attorney: **NADA M. CAREY**, Assistant Public Defender, Leon County Courthouse, 301 South Monroe Street, Tallahassee, Florida 32301; on April 6th, 2004.

Respectfully submitted,

**CHARLES J. CRIST, JR.**
**ATTORNEY GENERAL**

**Charlie McCoy**
Senior Assistant Attorney General
Florida Bar No. 333646

Office of the Attorney General
The Capitol, Suite P1-01
Tallahassee, Florida 32399-1050
(850) 414-3300

2

**DISTRICT COURT OF APPEAL, FIRST DISTRICT**
**Tallahassee, Florida 32399-1850**
**Telephone No. (850) 488-6151**

March 30, 2004

**CASE NO.: 1D02-4788**
L.T. No. : 2000-2753-CFA

Brian Herlihy                    v.        State Of Florida

_____

Appellant / Petitioner(s),              Appellee / Respondent(s).

                                        4/9/04
**BY ORDER OF THE COURT:**            Notice of (cross-appeal

    Having received no timely objection, appellee's motion to allow belated cross-appeal, filed March 10, 2004, is granted.  Appellee shall file a notice of cross-appeal within 10 days of the date of this order.

    Appellee's unopposed motion for extension of time in which to serve its answer brief, filed on March 10, 2004, is granted.  Time for service of the answer brief is extended to 30 days from the date of this order.  4/29/04
                                                                AB

    I HEREBY CERTIFY that the foregoing is (a true copy of) the original court order.

Served:

Hon. Nancy  Daniels, P.D.        Nada  Carey, A.P.D.        Charlie  Mccoy, A.A.G.

Hon. Charlie  Crist, A.G.

am

_____
JON S. WHEELER, CLERK



IN THE CIRCUIT COURT OF THE
EIGHTH JUDICIAL CIRCUIT, IN
AND FOR ALACHUA COUNTY,
FLORIDA

STATE OF FLORIDA,

        Plaintiff,

vs.

                       CASE NO.   01-2000-CF-2660-A
                                  01-2000-CF-2753-A
                       DIVISION:  II

BRIAN PATRICK HERLIHY,

        Defendant(s).

_____//

ED IN OPEN COURT
9-09   2002
Steve Donsley
D.C.

## ORDER DENYING MOTION FOR RECONSIDERATION OF ADMISSIBILITY OF TESTIMONY OF DEPUTY CATHY LONG

        THIS CAUSE having come before the Court without a hearing in the State's Motion for

Reconsideration of Admissibility of Testimony of Deputy Cathy Long, it is hereby;

        ORDERED AND ADJUDGED that the State's Motion for Reconsideration of Admissibility

of Testimony of Deputy Cathy Long is hereby *DENIED.*

ORDERED in Chambers at Gainesville, Alachua County, Florida this 9 day of September, 2002.

MARTHA ANN LOTT
CIRCUIT JUDGE

### CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a true copy of the foregoing has been furnished on this 9 day
of September 2002, to the following:

H. Stephen Pennypacker, Asst State Attorney
Jeanne Singer, Chief Asst State Attorney

Gordon Groland, Defense Attorney

Judicial Assistant

0000360

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY

STATE OF FLORIDA,
     *Plaintiff/Cross-Appellant,*

v.                         **CASE NO.  2000-2753-CFA**

BRIAN HERLIHY,
     *Defendant/Appellant.*
_____/

### AMENDED NOTICE OF CROSS-APPEAL

The State cross-appeals to the First District Court of Appeal, the verbal order of this court issued by Circuit Judge Martha Ann Lott September 5, 2002.  The nature of the order is a non-final order excluding testimony by Deputy Cathy Long.  (Ex. A). Reconsideration of that ruling was denied by written order rendered September 9, 2002.  (Ex. B).

### CERTIFICATE OF SERVICE

I certify a copy of this AMENDED NOTICE OF CROSS-APPEAL has been sent by U.S. mail to Herlihy's appellate attorney:  **NADA M. CAREY**, Assistant Public Defender, Leon County Courthouse, 301 South Monroe Street, Tallahassee, Florida  32301; on April /3th, 2004.

               Respectfully submitted,

               **CHARLES J. CRIST, JR.**
               **ATTORNEY GENERAL**

               Charlie McCoy
               Senior Assistant Attorney General
               Florida Bar No. 333646
               Office of the Attorney General
               The Capitol, Suite Pl-01
               Tallahassee, Florida  32399-1050
               (850) 414-3300

1

1      THE COURT:  I'm sorry.  I didn't follow that.

2  Argue that again.

3      MR. PENNYPACKER:  They say that with the chronic

4  subdural hematoma that had to have existed for some

5  period of time, their doctors will say that if it had

6  been bleeding, you would have seen evidence of it in

7  the form of lethargy, fussiness, or something like that

8  in the child.  The testimony that he didn't appear that

9  way rebuts their theory of the case.

10      . THE COURT:  It may be relevant to that issue.  I'm

11  not ruling on that at this time.

12      All right.  We are to paragraph number --

13      MR. GROLAND:  That motion in limine for the record

14  is granted?

15      THE COURT:  Which paragraph are you looking at

16  now?

17      MR. GROLAND:  The last one we were just talking

18  about now.

19      THE COURT:  Let me get to it.  Which paragraph is

20  it?

21      MS. SINGER:  That's Cathy Long.

22      THE COURT:  Cathy Long, that's number nine in the

23  motion.  The motion in limine is granted as to

24  paragraph number nine, subject to review if the state

25  presents case law that says that this evidence may be

1     admissible to show the defendant's state of mind.  Of

2     course if they have some real strong case law as to

3     those other issues that I have indicated they cannot go

4     into, I'll be glad to review that case law.

5          But it appears to me that there may be a legal

6     issue as to whether or not that evidence is admissible

7     for purposes of showing the defendant's state of mind

8     and I see no other possibility at this time.  So it's

9     subject to review as to that specifically.  That takes

10    care of the motion in limine.

11         MS. SINGER:  State has the photographs, your

12    Honor.  Does the Court wish to start going through

13    that?  One of the paragraphs in Mr. Groland's motion in

14    limine were the Polaroids, which we do intend to use.

15         MR. GROLAND:  Mr. Singer?

16         MS. SINGER:  Yes.

17         MR. GROLAND:  Can I just ask that before we get

18    into the many individual photographs, we take a look at

19    the compact disk first and my one motion directed to

20    it?

21         THE COURT:  Yes.  We're gonna look at the compact

22    disk first.

23         MS. SINGER:  Your Honor, does the Court mind

24    stepping down and watching it on this laptop right

25    here?

Stacey K. Bryant, RPR
Judicial Court Reporter

0002822    0002558000363

IN THE CIRCUIT COURT OF THE
EIGHTH JUDICIAL CIRCUIT, IN
AND FOR ALACHUA COUNTY,
FLORIDA

STATE OF FLORIDA,

        Plaintiff,

vs.

BRIAN PATRICK HERLIHY,

        Defendant(s).

_____//

CASE NO.   01-2000-CF-2660-A
                01-2000-CF-2753-A
DIVISION:  II

FILED IN OPEN COURT
9-09    2002
Steve Donaly
             D.C.

## ORDER DENYING MOTION FOR RECONSIDERATION OF ADMISSIBILITY OF TESTIMONY OF DEPUTY CATHY LONG

**THIS CAUSE** having come before the Court without a hearing in the State's Motion for

Reconsideration of Admissibility of Testimony of Deputy Cathy Long, it is hereby;

**ORDERED AND ADJUDGED** that the State's Motion for Reconsideration of Admissibility

of Testimony of Deputy Cathy Long is hereby *DENIED*.

ORDERED in Chambers at Gainesville, Alachua County, Florida this 9 day of September, 2002.

MARTHA ANN LOTT
CIRCUIT JUDGE

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true copy of the foregoing has been furnished on this 9 day
of September 2002, to the following:

H. Stephen Pennypacker, Asst State Attorney
Jeanne Singer, Chief Asst State Attorney

Gordon Groland, Defense Attorney

Judicial Assistant

0000364

STATE OF FLORIDA

COUNTY OF ALACHUA

I, J.K. "Buddy" Irby, Clerk of the Circuit Court for the County of Alachua, State of

Florida, do hereby certify that the foregoing page 357 - 364 contain a true transcript of the

supplemental record in the case of BRIAN P. HERLIHY v. STATE OF FLORIDA and a

correct recital and copy of all such papers and proceedings in this cause as appears from

the records and files of my office that have been directed to be included in said record

pursuant to Fla. R. App.p. 9.200.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said

Court this April 16, 2004.

J.K. "Buddy" Irby
Clerk of the Circuit Court
Alachua County, Florida

By _____
· Shelley J. Carr
Deputy Clerk

I:\USERS\YMC\WORD\YVONNE\CIRCUIT CRIMINAL DOCUMENTS\CERT-PG-SUP.FEL.DOC