# EXHIBIT II

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRIAN PATRICK HERLIHY,  NOT FINAL UNTIL TIME EXPIRES TO
 FILE MOTION FOR REHEARING AND
Appellant/Cross-Appellee, DISPOSITION THEREOF, IF FILED.

v.  CASE NO. 1D02-4788

STATE OF FLORIDA,

Appellee/Cross-Appellant.
_____/

Opinion filed   November 3, 2004.

An appeal and cross-appeal from an order from the Circuit Court for Alachua County.
Martha Ann Lott, Judge.

Nancy A. Daniels, Public Defender, and Nada M. Carey, Assistant Public Defender, Tallahassee, Attorneys for Appellant.

Charles J. Crist, Jr., Attorney General, and Charlie McCoy, Senior Assistant Attorney General, Tallahassee, Attorneys for Appellee.

PER CURIAM.

AFFIRMED.

BOOTH, VAN NORTWICK and PADOVANO, JJ., CONCUR.

# M A N D A T E

### From

## DISTRICT COURT OF APPEAL OF FLORIDA
## FIRST DISTRICT

To the Honorable Judges of the Circuit Court for Alachua County

WHEREAS, in that certain cause filed in this Court styled:

BRIAN PATRICK HERLIHY                                Case No : 1D02-4788

v.                                                   Lower Tribunal Case No : 2000-2753-CFA

STATE OF FLORIDA

Docketed 11/22/04 Florida Attorney General

The attached opinion was issued on November 3, 2004.

YOU ARE HEREBY COMMANDED that further proceedings, if required, be had in accordance with said opinion, the rules of Court, and the laws of the State of Florida.

WITNESS the Honorable JAMES R. WOLF, Chief Judge

of the District Court of Appeal of Florida, First District,

and the Seal of said Court done at Tallahassee, Florida,

on this 19th day of November 2004.

JON S. WHEELER, Clerk
District Court of Appeal of Florida, First District