# EXHIBIT
# MM

# M A N D A T E

From

## DISTRICT COURT OF APPEAL OF FLORIDA
## FIRST DISTRICT

To the Honorable Judges of the Circuit Court for Alachua County

WHEREAS, in that certain cause filed in this Court styled:

**BRIAN HERLIHY**                                    Case No : 1D05-5203

v.                                                  Lower Tribunal Case No : 00-2753-CF-A

**STATE OF FLORIDA**

The attached opinion was issued on April 24, 2006.

YOU ARE HEREBY COMMANDED that further proceedings, if required, be had in accordance

with said opinion, the rules of Court, and the laws of the State of Florida.

WITNESS the Honorable CHARLES J. KAHN, JR., Chief Judge

of the District Court of Appeal of Florida, First District,

and the Seal of said Court done at Tallahassee, Florida,

on this 10th day of May 2006.

JON S. WHEELER, Clerk
District Court of Appeal of Florida, First District