# EXHIBIT
# NN

*208-1-11939*
*F*

# In the District Court of Appeal
## FIRST DISTRICT
## of Florida

BRIAN PATRICK HERLIHY
Appellant

v.

STATE OF FLORIDA
Appellee

CASE NO.: 01-2000-CF-2753-A

*4-25-8 CH.*

VOLUME I
APPEAL NO. 1D08-*1588*

3.850

# RECORD

## HONORABLE PETER K. SIEG
### TRIAL JUDGE

**APPEAL FROM THE CIRCUIT COURT
8th JUDICIAL CIRCUIT FOR
ALACHUA COUNTY, FLORIDA**

**FOR APPELLANT**
MARY E. FITZGIBBONS, ESQUIRE
FITZGIBBONS LAW FIRM, P.A.
22 NORTH ORLANDO AVENUE
KISSIMMEE, FL 34741

**FOR APPELLEE**
HONORABLE BILL MCCOLLUM
ATTORNEY GENERAL'S OFFICE
THE CAPITOL
DEPARTMENT OF LEGAL AFFAIRS
CRIMINAL APPEAL SECTION
TALLAHASSEE, FLORIDA 32399-1050

Created on 4/4/08

IN THE CIRCUIT COURT
OF THE EIGHTH
JUDICIAL CIRCUIT, IN
AND FOR ALACHUA
COUNTY, FLORIDA

BRIAN PATRICK HERLIHY
      Appellant

vs.

CASE NO. 01-2000-CF-2753-A
APPEAL NO. 1D08-

STATE OF FLORIDA
      Appellee

| INDEX INSTRUMENT | DATE FILED | PAGE NO. |
|---|---|---|
| DOCKET LINES | | |
| **VOLUME I** | | |
| MOTION FOR POST-CONVICTION RELIEF | 11-28-2007 | 1-8 |
| NOTICE OF FILING | 11-28-2007 | 9 |
| SUPPLEMENTAL AFFIDAVIT OF DR. SCHEIBNER | 11-27-2007 | 10-28 |
| MOTION FOR LEAVE TO SUPPLEMENT DEFENDANT'S MOTION FOR POST-CONVICTION RELIEF | 11-28-2007 | 29-30 |
| HEARING FOR DIVISION I | 01-29-2008 | 31 |
| ORDER GRANTING MOTION FOR LEAVE TO SUPPLEMNENT DEFENDANT'S MOTION FOR POST-CONVICTION RELIEF | 02-05-2008 | 32-33 |
| HEARING FOR DIVISION I | 02-14-2008 | 34 |
| NOTICE OF FILING | 03-03-2008 | 35 |

Created on 4/4/08

AFFIDAVIT OF JENNIFER LEIGH SALTER          03-03-2008          36-41

NOTICE OF FILING          03-04-2008          42-43

AFFIDAVIT OF LOIS HERLTHY          03-04-2008          44-46

FINAL ORDER DENYING MOTION FOR          03-04-2008          47-50
POST-CONVICTION RELIEF

NOTICE OF APPEAL          04-02-2008          51-52

CRTR5925                                    Summary

| Case Number | Status | Judge |
|---|---|---|
| 2000 CF 002753 A | CLOSED | ROSIER, PHYLLIS M |

| In The Matter Of | Action |
|---|---|
| HERLIHY, BRIAN PATRICK | MANSLAUGHTER |

| Party | | Attorneys |
|---|---|---|
| HERLIHY, BRIAN PATRICK | DFNDT | FITZGIBBONS, MARY ELIZABETH |
| HERLIHY, BRIAN PATRICK | AKA | |
| BECKER, MICHAEL L | CNSLR | BECKER, MICHAEL L |

| Opened | Disposed | Case Type |
|---|---|---|
| 08/10/2000 | Undisposed | FELONY |

Comments:

| Charge: | 782.07 | Speed: | Zone: |
|---|---|---|---|

Description:  MANSLAUGHTER

Amnd Chrg:

Description:


Disposition: Adjudicated          Disposition Date:   11/08/2002
             Guilty/Deliquent in
             Juvenile Court

Plea: Not Guilty                  Decision: Guilty Adjudication

Sentence:
| Amount:   0.00 | Traffic Points: | Restrictions: |
|---|---|---|
| License Suspended Days: | Start Date: | End Date: |
| Jail Time: 150⌐00⌐ 00 | Start Date: | End Date: |

Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation: 000⌐00⌐00   Start Date:          End Date:

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr       Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 08/10/00 | CASE OPENED - ON VIEW ARREST | | 0.00 |
| 2 | 08/11/00 | FIRST APPEARANCE ORDER// CURTIN | | 0.00 |

CRTR5925                                          Summary

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 3 | 08/11/00 | THE DEFENDANT BE RELEASED ON STANDARD<br>CONDITIONS                    - | | 0.00 |
| 4 | 08/11/00 | (F.S. 903.047) AND THE FOLLOWING<br>CONDITIONS: | | 0.00 |
| 5 | 08/11/00 | BAIL SET IN THE AMOUNT OF $ 500,000.00 | | 0.00 |
| 6 | 08/11/00 | THE COURT FINDS THE DEFENDANT IS ELIGIBLE<br>                    - | | 0.00 |
| 7 | 08/11/00 | FOR AND APPOINTS THE PUBLIC DEFENDER,<br>PENDING | | 0.00 |
| 8 | 08/11/00 | THE FILING OF A FINANCIAL AFFIDAVIT AND<br>PAYMENT OF THE          - | | 0.00 |
| 9 | 08/11/00 | $40.00 APPLICATION WITHIN 7 DAYS (FS 27.52) | | 0.00 |
| 10 | 08/11/00 | PHOTO IDENTIFICATION NOT FILED | | 0.00 |
| 11 | 08/11/00 | BAIL SET AT   500000.00 | | 0.00 |
| 12 | 08/11/00 | SA ASSIGNED:  FERRERO, DENISE R | | 0.00 |
| 13 | 08/11/00 | PD ASSIGNED:  MOLLICA, SALVATORE D | | 0.00 |
| 14 | 08/17/00 | SA ASSIGNED:  SINGER, JEANNE M | | 0.00 |
| 15 | 08/22/00 | NOTICE OF APPEARANCE: G GROLAND<br>(CURRENTLY REP BY PD) | | 0.00 |
| 16 | 08/25/00 | STIPULATION FOR SUBSTITUTION OF COUNSEL | | 0.00 |
| 17 | 08/29/00 | ORDER ALLOWING SUBSTITUTION OF COUNSEL /<br>GORDON GROLAND | | 0.00 |
| 18 | 08/29/00 | SUBSTITUTED AS COUNSEL // CHANCE | | 0.00 |
| 19 | 08/29/00 | INDICTMENT FILED FOR FIRST DEGREE MURDER | | 0.00 |
| 20 | 08/29/00 | ARRAIGNMENT          SET FOR 09192000 | | 0.00 |
| 21 | 08/29/00 | CAPIAS     ISSUED | | 0.00 |
| 22 | 08/29/00 | CAPIAS     ORDERED | | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------------------------------------------------------------|------------------|-------------|
| 23 | 08/29/00 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON<br>H | | 0.00 |
| 24 | 08/30/00 | MOTION TO WITHDRAW | | 0.00 |
| 25 | 08/30/00 | WRITTEN PLEA OF NOT GUILTY | | 0.00 |
| 26 | 08/30/00 | DEMAND FOR DISCOVERY | | 0.00 |
| 27 | 08/30/00 | AND DEMAND FOR JURY TRIAL | | 0.00 |
| 28 | 08/31/00 | CAPIAS     SERVED | | 0.00 |
| 29 | 08/31/00 | CASE MANAGEMENT      SET FOR 11222000 | | 0.00 |
| 30 | 08/31/00 | DEFENDANT REARRESTED ON    08312000 | | 0.00 |
| 31 | 08/31/00 | DEF NAME AT RARST HERLIHY, BRIAN PATRICK | | 0.00 |
| 32 | 08/31/00 | FIRST APPEARANCE ORDER// CRENSHAW | | 0.00 |
| 33 | 08/31/00 | DEFENDANT HELD WITHOUT BAIL | | 0.00 |
| 34 | 08/31/00 | DEFENDANT WILL CONSULT PRIVATE COUNSEL | | 0.00 |
| 35 | 08/31/00 | PHOTO IDENTIFICATION NOT FILED | | 0.00 |
| 36 | 08/31/00 | ORDER GRANTING MOTION TO WITHDRAW / GORDON<br>GROLAND | | 0.00 |
| 37 | 08/31/00 | RETAINED AS PRIVATE COUNSEL // CHANCE | | 0.00 |
| 38 | 09/18/00 | MOTION TO COMPEL DISCOVERY | | 0.00 |
| 39 | 09/18/00 | STATE'S DISCOVERY EXHIBIT | | 0.00 |
| 40 | 09/18/00 | DEMAND FOR RECIPROCAL DISCLOSURE | | 0.00 |
| 41 | 09/21/00 | CASE MANAGEMENT      SET FOR 11202000 | | 0.00 |
| 42 | 09/21/00 | NOTICE ISSUED TO: DEFENDANT | | 0.00 |
| 43 | 09/21/00 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON<br>H | | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------------------------------------------------------------------|----------------------------------|-------------|
| 44 | 09/29/00 | MOTION TO SET BOND | | 0.00 |
| 45 | 10/02/00 | BOND HEARING          SET FOR 10172000 | | 0.00 |
| 46 | 10/02/00 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON<br>H | | 0.00 |
| 47 | 10/02/00 | NOTICE OF HEARING ON  103000  AT / 2:00PM<br>/ | | 0.00 |
| 48 | 10/13/00 | ORDER SETTING BOND / $50,000.00 CASH //<br>CHANCE | | 0.00 |
| 49 | 10/13/00 | SPECIAL CONDITIONS: | | 0.00 |
| 50 | 10/13/00 | NO CONTACT WITH VICTIM'S FAMILY OR<br>EXTENDED FAMILY | | 0.00 |
| 51 | 10/13/00 | NO CONTACT WITH CHILDREN UNDER THE AGE OF<br>16 YEARS | | 0.00 |
| 52 | 10/13/00 | MUST RESIDE IN BROWARD CO., FLORIDA WITH<br>HIS PARENTS | | 0.00 |
| 53 | 10/13/00 | AT 19401 NW 10 ST, PEMBROKE PINES, FL<br>UNTIL FURTHER | | 0.00 |
| 54 | 10/13/00 | ORDER OF THE COURT AND SHALL NOT LEAVE<br>BROWARD CO. | | 0.00 |
| 55 | 10/13/00 | WITHOUT PERMISSION FROM THE COURT EXCEPT<br>TO TRAVEL | | 0.00 |
| 56 | 10/13/00 | TO GAINESVILLE, FL TO MEET WITH HIS<br>ATTORNEYS OR TO | | 0.00 |
| 57 | 10/13/00 | MAKE COURT APPEARANCES IN CONNECTION WITH<br>THESE CASES | | 0.00 |
| 58 | 10/13/00 | IF DEFENDANT HAS A PASSPORT, SHALL<br>SURRENDER TO THE | | 0.00 |
| 59 | 10/13/00 | STATE ATTORNEY'S OFFICE OR ANOTHER<br>DESIGNATED AGENCY | | 0.00 |
| 60 | 10/13/00 | SHALL NOT BECOME EMPLOYED IN THE MEDICAL<br>OR HEALTHCARE | | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------|---------|---------|
| 61 | 10/13/00 | SECTOR DURING THE PENDENCY OF THIS CASE | | 0.00 |
| 62 | 10/13/00 | SHALL WITHIN 10 DAYS OF POSTING BOND BE<br>REFERRED BY HIS | | 0.00 |
| 63 | 10/13/00 | FAMILY DOCTOR IN BROWARD CO. TO A<br>PSYCHIATRIST FOR AN | | 0.00 |
| 64 | 10/13/00 | EVALUATION TO DETERMINE WHETHER OR NOT THE<br>DEFENDANT | | 0.00 |
| 65 | 10/13/00 | SHOULD BE ON ANY MEDICATION FOR DEPRESSION<br>OR OTHER | | 0.00 |
| 66 | 10/13/00 | MEDICAL PROBLEM | | 0.00 |
| 67 | 10/13/00 | STIPULATION FOR BOND | | 0.00 |
| 68 | 10/17/00 | BLANKET BOND POSTED ON  2000-02660-CFA | | 0.00 |
| 69 | 10/17/00 | BOND SET AT    50000.00 POSTED BLANKET BOND | | 0.00 |
| 70 | 10/17/00 | STATUS OF BOND IS  OPEN<br>BOND #: 119603 | | 0.00 |
| 71 | 10/17/00 | BLANKET BOND     BOND POSTED ON 10/16/2000 | | 0.00 |
| 72 | 10/17/00 | BLANKET BOND POSTED FOR 2000-02660-CFA | | 0.00 |
| 73 | 10/17/00 | NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY | | 0.00 |
| 74 | 10/20/00 | RTN MAIL 10182000/TO BRIAN HERLIHY/FOR<br>CASE MANAGEMENT | | 0.00 |
| 75 | 10/20/00 | 11202000/UNABLE TO FORWARD//CRC | | 0.00 |
| 76 | 11/09/00 | MOTION TO CONTINUE CASE MANAGEMENT<br>CONFERENCE AND | | 0.00 |
| 77 | 11/09/00 | MOTION TO EXCUSE THE DEFENDANT | | 0.00 |
| 78 | 11/15/00 | ORDER GRANTING DEFENDANT'S MOTION FOR<br>CONTINUANCE AND | | 0.00 |
| 79 | 11/15/00 | EXCUSING DEFENDANT FROM CASE MANAGEMENT<br>CONFERENCE | | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------|------|------|
| 80 | 11/15/00 | ON 11202000 / CONTINUED TO 12182000 //<br>CHANCE | | 0.00 |
| 81 | 11/15/00 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 82 | 11/15/00 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 83 | 11/16/00 | CASE MANAGEMENT       SET FOR 12182000 | | 0.00 |
| 84 | 11/16/00 | NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY | | 0.00 |
| 85 | 11/16/00 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON<br>H | | 0.00 |
| 86 | 11/27/00 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 87 | 12/18/00 | ORDER ON CASE MANAGEMENT CONFERENCE//<br>CHANCE | | 0.00 |
| 88 | 12/18/00 | CASE MANAGEMENT       SET FOR 01172001 | | 0.00 |
| 89 | 12/21/00 | NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY | | 0.00 |
| 90 | 12/27/00 | NOTICE OF HEARING ON' 01032001  AT / 1:45<br>PM  / CHANCE | | 0.00 |
| 91 | 12/27/00 | MOTION TO MODIFY A CONDITION OF RELEASE | | 0.00 |
| 92 | 01/03/01 | COURT MINUTES ON MOTION TO COMPEL -<br>CANCELLED/ | | 0.00 |
| 93 | 01/03/01 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 94 | 01/17/01 | ORDER ON CASE MANAGEMENT CONFERENCE//<br>CHANCE | | 0.00 |
| 95 | 01/17/01 | CASE MANAGEMENT       SET FOR 02192001 | | 0.00 |
| 96 | 01/18/01 | NOTICE ISSUED TO: DEFENDANT | | 0.00 |
| 97 | 01/18/01 | NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY | | 0.00 |
| 98 | 01/18/01 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON<br>H | | 0.00 |
| 99 | 01/22/01 | AMENDED NOTICE OF TAKING DEPOSITION | | 0.00 |

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 100 | 02/05/01 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 101 | 02/05/01 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | / | 0.00 |
| 102 | 02/14/01 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 103 | 02/15/01 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 104 | 02/15/01 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 105 | 02/15/01 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 106 | 02/15/01 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 107 | 02/15/01 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 108 | 02/19/01 | CASE MANAGEMENT      SET FOR 03192001 | | 0.00 |
| 109 | 02/19/01 | DEFENDANT SIGNED NOTICE FOR  031901  CASE<br>MANAGEMENT | | 0.00 |
| 110 | 02/20/01 | NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY | | 0.00 |
| 111 | 02/20/01 | AMENDED NOTICE OF TAKING DEPOSITION | | 0.00 |
| 112 | 02/21/01 | NOTICE OF CANCELLATION OF DEPOSITION AT<br>THE STATE'S | | 0.00 |
| 113 | 02/21/01 | REQUEST | | 0.00 |
| 114 | 02/27/01 | NOTICE OF HEARING ON  03052001  AT / 11:00<br>AM  / CHANCE | | 0.00 |
| 115 | 03/05/01 | COURT MINUTES ON MOTION TO MODIFY<br>CONDITIONS OF | | 0.00 |
| 116 | 03/05/01 | RELEASE - MOTION DENIED / ORDER TO BE<br>PREPARED | | 0.00 |
| 117 | 03/05/01 | BY STATE ATTORNEY / | | 0.00 |
| 118 | 03/16/01 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 119 | 03/19/01 | ORDER ON CASE MANAGEMENT CONFERENCE// LOTT | | 0.00 |

CRTR5925                                Summary

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|---------------------------------------------------------------------|-------------------------------|-------------|
| 120 | 03/19/01 | PRE TRIAL CONFERENCE SET FOR 09262001 | | 0.00 |
| 121 | 03/19/01 | JURY SELECTION    SET FOR 10082001 | | 0.00 |
| 122 | 03/20/01 | NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY | | 0.00 |
| 123 | 03/20/01 | NOTICE ISSUED TO BONDSMAN: LOIS HERHIHY | | 0.00 |
| 124 | 03/23/01 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 125 | 03/27/01 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 126 | 03/27/01 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 127 | 03/27/01 | AMENDED NOTICE OF TAKING DEPOSITION | | 0.00 |
| 128 | 03/30/01 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 129 | 04/04/01 | AMENDED NOTICE OF TAKING DEPOSITION | | 0.00 |
| 130 | 04/24/01 | NOTICE OF CANCELLATION OF DEPOSITION | | 0.00 |
| 131 | 05/03/01 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 132 | 05/14/01 | MOTION TO REVOKE BOND | | 0.00 |
| 133 | 05/14/01 | ORDER REVOKING BOND AND DIRECTING CLERK TO ISSUE | | 0.00 |
| 134 | 05/14/01 | CAPIAS//LOTT | | 0.00 |
| 135 | 05/14/01 | CAPIAS     ORDERED | | 0.00 |
| 136 | 05/15/01 | CAPIAS     ISSUED | | 0.00 |
| 137 | 05/16/01 | STATUS OF BOND IS   RELEASED BOND #: 119603 | | 0.00 |
| 138 | 05/22/01 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO | | 0.00 |
| 139 | 05/22/01 | LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT OF | | 0.00 |
| 140 | 05/22/01 | $ 50.75 // PAID | | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------------------------------|-------------------------------|-------------|
| 141 | 06/01/01 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 142 | 06/05/01 | CAPIAS      SERVED | | 0.00 |
| 143 | 06/06/01 | DEFENDANT REARRESTED ON    06052001 | | 0.00 |
| 144 | 06/06/01 | DEF NAME AT RARST HERLIHY, BRIAN PATRICK | | 0.00 |
| 145 | 06/06/01 | FIRST APPEARANCE ORDER// NILON | | 0.00 |
| 146 | 06/06/01 | THE DEFENDANT BE RELEASED ON STANDARD CONDITIONS             - | | 0.00 |
| 147 | 06/06/01 | (F.S. 903.047) AND THE FOLLOWING CONDITIONS: | | 0.00 |
| 148 | 06/06/01 | BAIL SET IN THE AMOUNT OF $ 50,000.00 BLANKET WITH | | 0.00 |
| 149 | 06/06/01 | 2000-2660-CFA | | 0.00 |
| 150 | 06/06/01 | DEFENDANT WILL CONSULT PRIVATE COUNSEL | | 0.00 |
| 151 | 06/06/01 | PHOTO IDENTIFICATION FILED IN CASE # 2000-2660-CFA | | 0.00 |
| 152 | 06/06/01 | AFFIDAVIT OF INDIGENCY-NOT APPOINTED//NILON | | 0.00 |
| 153 | 06/13/01 | BOND SET AT    50000.00 POSTED BLANKET BOND | | 0.00 |
| 154 | 06/13/01 | STATUS OF BOND IS  OPEN BOND #: 00118713B | | 0.00 |
| 155 | 06/13/01 | BLANKET BOND    BOND POSTED ON 06/11/2001 | | 0.00 |
| 156 | 06/13/01 | BLANKET BOND POSTED FOR 2000-02660-CFA | | 0.00 |
| 157 | 06/13/01 | BLANKET BOND POSTED ON  2000-02660-CFA | | 0.00 |
| 158 | 06/19/01 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO | | 0.00 |
| 159 | 06/19/01 | LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT OF $ | | 0.00 |
| 160 | 06/19/01 | $59.50 | | 0.00 |

CRTR5925                            Summary

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|--------------------------------------------------------------------|------------------------------|-------------|
| 161 | 07/02/01 | NOTICE OF TAKING DEPOSITION | | 0.00 |
| 162 | 07/02/01 | NOTICE OF TAKING DEPOSITION | | 0.00 |
| 163 | 07/10/01 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 164 | 07/11/01 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO | | 0.00 |
| 165 | 07/11/01 | LEBLANC COURT REPORTING SERVICES   IN THE AMOUNT OF $ | | 0.00 |
| 166 | 07/11/01 | $59.50 | | 0.00 |
| 167 | 07/20/01 | ORDER REVOKING CASH BOND AND DIRECTING THE ISSUANCE OF | | 0.00 |
| 168 | 07/20/01 | CAPIAS //TURNER | | 0.00 |
| 169 | 07/20/01 | CAPIAS      ISSUED | | 0.00 |
| 170 | 07/20/01 | CAPIAS      ORDERED | | 0.00 |
| 171 | 07/20/01 | SECOND MOTION TO REVOKE BOND HEARING / 07202001 AT | | 0.00 |
| 172 | 07/20/01 | 1:30 PM BEFORE JUDGE TURNER | | 0.00 |
| 173 | 07/20/01 | SECOND MOTION TO REVOKE BOND | | 0.00 |
| 174 | 07/23/01 | STATUS OF BOND IS   RELEASED BOND #: 00118713B | | 0.00 |
| 175 | 07/25/01 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 176 | 07/26/01 | MOTION TO CONTINUE | | 0.00 |
| 177 | 07/26/01 | NOTICE OF HEARING ON  08102001  AT / 11:00 AM  / LOTT | | 0.00 |
| 178 | 07/31/01 | NOTICE OF CANCELLATION OF TAKING DEPOSITION | | 0.00 |
| 179 | 08/02/01 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 180 | 08/08/01 | NOTICE OF TAKING DEPOSITION OF JOHN QUIRELLO | | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 181 | 08/08/01 | NOTICE OF TAKING DEPOSITION OF KIM<br>BRAGG/BRANDY TAYLOR/ | | 0.00 |
| 182 | 08/08/01 | AND DORIS BRIDWELL | | 0.00 |
| 183 | 08/10/01 | COURT MINUTES ON MOTION TO CONTINUE -<br>ATTORNEY WAIVES | | 0.00 |
| 184 | 08/10/01 | SPEEDY TRIAL / MOTION GRANTED/PRETRIAL<br>CONFERENCE | | 0.00 |
| 185 | 08/10/01 | CONTINUED TO JANUARY 2002/ | | 0.00 |
| 186 | 08/10/01 | PRE TRIAL CONFERENCE SET FOR 01302002 | | 0.00 |
| 187 | 08/13/01 | NOTICE ISSUED TO: DEFENDANT | | 0.00 |
| 188 | 08/13/01 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON<br>H | | 0.00 |
| 189 | 08/20/01 | NOTICE OF CANCELLATION OF TAKING DEPOSITION | | 0.00 |
| 190 | 09/05/01 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 191 | 09/06/01 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 192 | 09/06/01 | CHARTONE, INC.  IN THE AMOUNT OF $ 277.20<br>// PAID | | 0.00 |
| 193 | 09/07/01 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 194 | 09/07/01 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 195 | 09/07/01 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 196 | 09/21/01 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 197 | 09/21/01 | LEBLANC COURT REPORTING SERVICES  IN THE<br>AMOUNT OF | | 0.00 |
| 198 | 09/21/01 | $70.00 | | 0.00 |
| 199 | 09/21/01 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr     Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|-----------------------------------------------------|---------------|-------------|
| 200 | 09/21/01 | LEBLANC COURT REPORTING   IN THE AMOUNT OF $ 129.50 | | 0.00 |
| 201 | 09/21/01 | NOTICE OF CANCELLATION OF TAKING DEPOSITION | | 0.00 |
| 202 | 09/21/01 | AMENDED NOTICE OF TAKING DEPOSITION AS TO TIME | | 0.00 |
| 203 | 10/10/01 | MOTION TO SET ASIDE BOND ESTREATURE | | 0.00 |
| 204 | 10/23/01 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 205 | 10/26/01 | COURT MINUTES ON MOTION TO SET ASISE BOND | | 0.00 |
| 206 | 10/26/01 | ESTREATURE - GRANTED/BOND MONEY TO BE RETURNED TO | | 0.00 |
| 207 | 10/26/01 | FAMILY/ | | 0.00 |
| 208 | 10/26/01 | ORDER GRANTING MOTION TO SET ASIDE BOND ESTREATURE/LOTT | | 0.00 |
| 209 | 11/02/01 | RESTITUTION CHECK MAILED: $ 50,000.00   TO LOIS HERLIHY | | 0.00 |
| 210 | 11/06/01 | UNOPPOSED MOTION TO CONTINUE TRIAL | | 0.00 |
| 211 | 11/21/01 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO | | 0.00 |
| 212 | 11/21/01 | CHARTONE INC.  IN THE AMOUNT OF $ 277.20 // PAID | | 0.00 |
| 213 | 11/27/01 | NOTICE OF HEARING ON  113001  AT / 1:30PM / LOTT | | 0.00 |
| 214 | 11/30/01 | ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE - | | 0.00 |
| 215 | 11/30/01 | ORDERED AND ADJUDGED THAT THE DEFENDANT'S MOTION BE | | 0.00 |
| 216 | 11/30/01 | AND THE SAME IS HEREBY GRANTED AND THIS CASE IS | | 0.00 |
| 217 | 11/30/01 | RESCHEDULED FOR PRE-TRIAL CONFERENCE ON | | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------|---------|---------|
| 218 | 11/30/01 | MARCH 20, 2002 AT 1:30PM WITH TRIAL TO BE<br>SCHEDULED | | 0.00 |
| 219 | 11/30/01 | COMMENCING ON THE WEEK OF MAY 13, 2002<br>WITH MAY | | 0.00 |
| 220 | 11/30/01 | 8TH TRIAL STATUS // LOTT | | 0.00 |
| 221 | 12/12/01 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 222 | 12/26/01 | NOTICE OF TAKING DEPOSTION - DR. ROHLING | | 0.00 |
| 223 | 12/26/01 | NOTICE OF TAKING DEPOSTION - BETH TALAGA | | 0.00 |
| 224 | 01/04/02 | NOTICE OF CANCELLATION OF TAKING DEPOSITION | | 0.00 |
| 225 | 01/14/02 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 226 | 01/14/02 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 227 | 01/16/02 | DEFENDANT'S WITNESS LIST | | 0.00 |
| 228 | 01/22/02 | MOTION FOR COURT ORDER ALLOWING DEFENDANT<br>TO GET | | 0.00 |
| 229 | 01/22/02 | COPIES OF CHILD PROTECTION TEAM RECORDS | | 0.00 |
| 230 | 01/24/02 | PRE TRIAL CONFERENCE SET FOR 02202002 | | 0.00 |
| 231 | 01/24/02 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON<br>H | | 0.00 |
| 232 | 02/01/02 | UNOPPOSED MOTION TO CONTINUE TRIAL | | 0.00 |
| 233 | 02/14/02 | NOTICE OF HEARING ON  030602  AT / 10:00AM<br>/ LOTT | | 0.00 |
| 234 | 02/25/02 | PRE TRIAL CONFERENCE SET FOR 03202002 | | 0.00 |
| 235 | 02/25/02 | TRIAL STATUS CONF    SET FOR 04032002 | | 0.00 |
| 236 | 02/25/02 | JURY SELECTION       SET FOR 04082002 | | 0.00 |
| 237 | 02/25/02 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON<br>H | | 0.00 |

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|----------------------------------------------|------------|------------|
| 238 | 02/25/02 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H | | 0.00 |
| 239 | 02/25/02 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H | | 0.00 |
| 240 | 02/27/02 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 241 | 02/27/02 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 242 | 02/27/02 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 243 | 03/11/02 | PRE TRIAL CONFERENCE SET FOR 07172002 | | 0.00 |
| 244 | 03/11/02 | TRIAL STATUS CONF    SET FOR 08072002 | | 0.00 |
| 245 | 03/11/02 | JURY SELECTION    SET FOR 08122002 | | 0.00 |
| 246 | 03/11/02 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H | | 0.00 |
| 247 | 03/11/02 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H | | 0.00 |
| 248 | 03/11/02 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON H | | 0.00 |
| 249 | 03/14/02 | NOTICE OF CANCELLATION OF TAKING DEPOSITION | | 0.00 |
| 250 | 03/14/02 | AMENDED NOTICE OF TAKING DEPOSITION | | 0.00 |
| 251 | 03/14/02 | CAPIAS    SERVED | | 0.00 |
| 252 | 03/15/02 | DEFENDANT REARRESTED ON    03142002 | | 0.00 |
| 253 | 03/15/02 | DEF NAME AT RARST HERLIHY, BRIAN PATRICK | | 0.00 |
| 254 | 03/15/02 | FIRST APPEARANCE ORDER// CRENSHAW | | 0.00 |
| 255 | 03/15/02 | THE DEFENDANT BE RELEASED ON STANDARD CONDITIONS    - | | 0.00 |
| 256 | 03/15/02 | (F.S. 903.047) AND THE FOLLOWING CONDITIONS: | | 0.00 |
| 257 | 03/15/02 | BAIL SET IN THE AMOUNT OF $ 100,000.00 | | 0.00 |

2000 CF 002753 A  HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr  Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 258 | 03/15/02 | THE DEFENDANT REPRESENTS HE/SHE WILL CONSULT PRIVATE | | 0.00 |
| 259 | 03/15/02 | COUNSEL | | 0.00 |
| 260 | 03/15/02 | PHOTO IDENTIFICATION FILED IN CASE # 2000-2660-CFA | | 0.00 |
| 261 | 03/15/02 | AMENDED FIRST APPEARANCE ORDER AS TO BAIL | | 0.00 |
| 262 | 03/15/02 | $1,000,000.00 // CRENSHAW | | 0.00 |
| 263 | 03/27/02 | NOTICE OF HEARING ON  040302  AT / 9:00AM / LOTT | | 0.00 |
| 264 | 03/27/02 | MOTION TO REINSTATE PREVIOUS BOND | | 0.00 |
| 265 | 03/27/02 | NOTICE OF CANCELLATION OF TAKING DEPOSITION | | 0.00 |
| 266 | 04/03/02 | COURT MINUTES ON MOTION TO REINSTATE PREVIOUS | | 0.00 |
| 267 | 04/03/02 | BOND - | | 0.00 |
| 268 | 04/03/02 | -DENIED/ORDER TO BE PREPARED BY STATE ATTORNEY/ | | 0.00 |
| 269 | 04/05/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 270 | 04/05/02 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 271 | 04/10/02 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 272 | 04/16/02 | MOTION FOR ORDER ALLOWING ISSUANCE OF SUBPOENAS DUCES | | 0.00 |
| 273 | 04/16/02 | TECUM FOR EMPLOYMENT AND EDUCATIONAL RECORDS OF | | 0.00 |
| 274 | 04/16/02 | DEFENDANT | | 0.00 |
| 275 | 04/22/02 | SUBPOENA DUCES TECUM HEARING / 04252002 AT 1:30 PM | | 0.00 |
| 276 | 04/22/02 | COURTROOM 3D BEFORE JUDGE LOTT | | 0.00 |

CRTR5925                                      Summary

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|-------|-------|-------|
| 277 | 04/23/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 278 | 04/23/02 | LEBLANC COURT REPORTING SERVICES  IN THE<br>AMOUNT OF | | 0.00 |
| 279 | 04/23/02 | $ 26.25 // PAID | | 0.00 |
| 280 | 05/06/02 | COURT MINUTES ON MOTION FOR SUBPOENAS<br>DUCES TECUM FOR | | 0.00 |
| 281 | 05/06/02 | EMPLOYMENT RECORDS AND EDUCATIONAL RECORDS<br>OF | | 0.00 |
| 282 | 05/06/02 | DEFENDANT - GRANTED AS TO<br>EMPLOYMENT/GRANTED AS TO | | 0.00 |
| 283 | 05/06/02 | MILITARY AND EDUCATION WITH THE FOLLOWING<br>PROVISION: | | 0.00 |
| 284 | 05/06/02 | MILITARY AND EDUCATIONAL RECORDS WILL BE<br>DELIVERED TO | | 0.00 |
| 285 | 05/06/02 | THE CLERK'S OFFICE UNDER SEAL/ORDER TO BE<br>PREPARED | | 0.00 |
| 286 | 05/06/02 | BY STATE ATTORNEY/ | | 0.00 |
| 287 | 05/06/02 | AMENDED NOTICE FOR SUBPOENA DUCES TECUM<br>HEARING - | | 0.00 |
| 288 | 05/06/02 | MONDAY, MAY 6, 2002 AT 1:30PM | | 0.00 |
| 289 | 05/22/02 | NOTICE OF TAKING DEPOSITION | | 0.00 |
| 290 | 05/22/02 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 291 | 05/24/02 | NOTICE OF TAKING DEPOSITION | | 0.00 |
| 292 | 06/04/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 293 | 06/04/02 | VANLANDINGHAM, DURSCHER &VANLANDINGHAM<br>IN THE AMOUNT | | 0.00 |
| 294 | 06/04/02 | OF 120.90/PAID/ | | 0.00 |

CRTR5925                                        Summary

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 295 | 06/05/02 | DEFENDANT'S SUPPLEMENTAL WITNESS LIST | | 0.00 |
| 296 | 06/06/02 | NOTICE OF TAKING DEPOSITION(S) | | 0.00 |
| 297 | 06/06/02 | NOTICE OF CANCELLATION OF DEPOSITION | | 0.00 |
| 298 | 06/20/02 | DEPOSITION OF HELEN LEGALL | | 0.00 |
| 299 | 06/20/02 | RETURN OF SERVICE - UNSERVED | | 0.00 |
| 300 | 06/20/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 301 | 06/20/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 302 | 06/20/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 303 | 06/20/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 304 | 06/20/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 305 | 06/20/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 306 | 06/25/02 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 307 | 06/26/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 308 | 06/26/02 | VANLANDINGHAM, DURSCHER & VANLANDINGHAM IN<br>THE AMOUNT | | 0.00 |
| 309 | 06/26/02 | OF $37.55 // PAID | | 0.00 |
| 310 | 06/26/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 311 | 06/26/02 | LEBLANC COURT REPORTING SERVICES IN THE<br>AMOUNT OF | | 0.00 |
| 312 | 06/26/02 | $129.50 // PAID | | 0.00 |
| 313 | 06/26/02 | MOTION TO CONTINUE CAUSE | | 0.00 |
| 314 | 06/26/02 | NOTICE OF HEARING ON  071102  AT / 8:45AM<br>/ LOTT | | 0.00 |

CRTR5925                                          Summary

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------|------------------|-------------|
| 315 | 06/28/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 316 | 06/28/02 | ADDENDUM TO MOTION TO CONTINUE CASE | | 0.00 |
| 317 | 06/28/02 | NOTICE OF DEPOSITION | | 0.00 |
| 318 | 07/05/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 319 | 07/05/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 320 | 07/10/02 | RETURN OF SERVICE - SERVED AS TO ANGIE HARN | | 0.00 |
| 321 | 07/11/02 | TRIAL STATUS CONF    SET FOR 09042002 | | 0.00 |
| 322 | 07/11/02 | JURY SELECTION       SET FOR 09092002 | | 0.00 |
| 323 | 07/11/02 | MOTION TO CONTINUE CASE | | 0.00 |
| 324 | 07/11/02 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON<br>H | | 0.00 |
| 325 | 07/11/02 | NOTICE ISSUED TO DEF ATTY: GROLAND, GORDON<br>H | | 0.00 |
| 326 | 07/12/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 327 | 07/12/02 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 328 | 07/12/02 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 329 | 07/12/02 | NOTICE OF TAKING TELEPHONIC DEPOSITION | | 0.00 |
| 330 | 07/12/02 | NOTICE OF TAKING TELEPHONIC DEPOSITION | | 0.00 |
| 331 | 07/15/02 | NOTICE OF TAKING TELEPHONIC DEPOSITION | | 0.00 |
| 332 | 07/16/02 | NOTICE OF TAKING TELEPHONIC DEPOSITION | | 0.00 |
| 333 | 07/17/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 334 | 07/17/02 | *SPECIAL CASE MGMT ON 080202 AT 9:00 A.M.* | | 0.00 |
| 335 | 07/17/02 | DEFENDANT SIGNED NOTICE FOR  080202  CASE<br>MANAGEMENT | | 0.00 |

2000 CF 002753 A  HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------|---------|---------|
| 336 | 07/18/02 | AMENDED NOTICE OF DEPOSITION | | 0.00 |
| 337 | 07/18/02 | SUBPOENA DUCES TECUM | | 0.00 |
| 338 | 07/19/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 339 | 07/19/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 340 | 07/19/02 | NOTICE OF TAKING DEPOSITION(S) | | 0.00 |
| 341 | 07/22/02 | ORDER SCHEDULING SPECIAL CASE MANAGEMENT<br>CONFERENCE - | | 0.00 |
| 342 | 07/22/02 | AUGUST 2, 2002 AT 9:00AM // LOTT | | 0.00 |
| 343 | 07/23/02 | NOTICE OF TAKING TELEPHONIC DEPOSITION | | 0.00 |
| 344 | 07/23/02 | NOTICE OF TAKING TELEPHONIC DEPOSITION | | 0.00 |
| 345 | 07/24/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 346 | 07/24/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 347 | 07/24/02 | NOTICE OF TAKING TELEPHONIC DEPOSITION | | 0.00 |
| 348 | 07/24/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 349 | 07/25/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 350 | 07/25/02 | CHARTONE, INC  IN THE AMOUNT OF $ 26.29 /<br>PAID | | 0.00 |
| 351 | 07/25/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 352 | 07/25/02 | CHARTONE  IN THE AMOUNT OF $ 448.85 / PAID | | 0.00 |
| 353 | 07/25/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 354 | 07/25/02 | SHANDS HEALTH CARE  IN THE AMOUNT OF $<br>25.00 | | 0.00 |
| 355 | 07/25/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |

CRTR5925                                        Summary

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|-------------------------------------------------------|----------------|------------|
| 356 | 07/25/02 | LEBLANC COURT REPORTING SERVICES   IN THE<br>AMOUNT OF | | 0.00 |
| 357 | 07/25/02 | $223.55 | | 0.00 |
| 358 | 07/25/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 359 | 07/26/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 360 | 07/29/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 361 | 07/30/02 | NOTICE OF TAKING DEPOSITION(S) | | 0.00 |
| 362 | 08/02/02 | COURT MINUTES - CASE MANAGEMENT ON CASE<br>NUMBERS | | 0.00 |
| 363 | 08/02/02 | 2000-2660CFA, 2000-2753CFA - RULING:<br>REMAIN ON | | 0.00 |
| 364 | 08/02/02 | CURRENT COURT DATES | | 0.00 |
| 365 | 08/06/02 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 366 | 08/06/02 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 367 | 08/06/02 | AMENDED NOTICE OF TAKING DEPOSITION | | 0.00 |
| 368 | 08/06/02 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 369 | 08/08/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 370 | 08/08/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 371 | 08/08/02 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |
| 372 | 08/09/02 | NOTICE OF TAKING DEPOSITION(S) | | 0.00 |
| 373 | 08/13/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 374 | 08/13/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 375 | 08/13/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 376 | 08/13/02 | RETURN OF SERVICE - SERVED | | 0.00 |

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------------------------------------|-------------------------------|-------------|
| 377 | 08/13/02 | RETURN OF SERVICE - SERVED |  | 0.00 |
| 378 | 08/13/02 | RETURN OF SERVICE - SERVED |  | 0.00 |
| 379 | 08/13/02 | RETURN OF SERVICE - SERVED |  | 0.00 |
| 380 | 08/13/02 | RETURN OF SERVICE - SERVED |  | 0.00 |
| 381 | 08/14/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT |  | 0.00 |
| 382 | 08/14/02 | RETURN OF SERVICE - SERVED |  | 0.00 |
| 383 | 08/14/02 | RETURN OF SERVICE - SERVED |  | 0.00 |
| 384 | 08/14/02 | RETURN OF SERVICE - SERVED |  | 0.00 |
| 385 | 08/14/02 | RETURN OF SERVICE - SERVED |  | 0.00 |
| 386 | 08/14/02 | RETURN OF SERVICE - SERVED |  | 0.00 |
| 387 | 08/14/02 | RETURN OF SERVICE - SERVED |  | 0.00 |
| 388 | 08/14/02 | RETURN OF SERVICE - SERVED |  | 0.00 |
| 389 | 08/14/02 | RETURN OF SERVICE - UNSERVED |  | 0.00 |
| 390 | 08/14/02 | NOTICE OF TAKING DEPOSITION(S) |  | 0.00 |
| 391 | 08/14/02 | NOTICE OF TAKING DEPOSITION(S) |  | 0.00 |
| 392 | 08/15/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT |  | 0.00 |
| 393 | 08/15/02 | RETURN OF SERVICE - SERVED |  | 0.00 |
| 394 | 08/15/02 | RETURN OF SERVICE - SERVED |  | 0.00 |
| 395 | 08/15/02 | AMENDED NOTICE OF TAKING DEPOSTITION(S) |  | 0.00 |
| 396 | 08/15/02 | NOTICE OF TAKING DEPOSITIONS |  | 0.00 |
| 397 | 08/16/02 | DEFENDANT'S SUPPLEMENTAL WITNESS LIST |  | 0.00 |
| 398 | 08/16/02 | NOTICE OF TAKING DEPOSITION(S) |  | 0.00 |

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr   Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 399 | 08/16/02 | NOTICE OF TAKING DEPOSITION | | 0.00 |
| 400 | 08/16/02 | AMENDED NOTICE OF TAKING DEPOSITION | | 0.00 |
| 401 | 08/20/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 402 | 08/20/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 403 | 08/22/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 404 | 08/22/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 405 | 08/22/02 | RETURN OF SERVICE - UNSERVED | | 0.00 |
| 406 | 08/23/02 | WITNESS SUBPOENA | | 0.00 |
| 407 | 08/23/02 | TRANSCRIPT OF DEPOSITION OF ANNE ELIZABETH DICKISON, MD | | 0.00 |
| 408 | 08/23/02 | TRANSCRIPT OF DEPOSITION OF KEVIN PUTANSU | | 0.00 |
| 409 | 08/23/02 | TRANSCRIPT OF DEPOSITION OF JOHN HELLRUNG, M.D. | | 0.00 |
| 410 | 08/26/02 | DEFENDANT'S SUPPLEMENTAL WITNESS LIST | | 0.00 |
| 411 | 08/26/02 | ORDER GRANTING DEFENDANT'S MOTION FOR COURT ORDER | | 0.00 |
| 412 | 08/26/02 | ALLOWING CHILD PROTECTION TEAM TO TURN OVER COPIES OF | | 0.00 |
| 413 | 08/26/02 | RECORDS // LOTT | | 0.00 |
| 414 | 08/27/02 | LETTER FROM DEFENSE ATTORNEY TO JUDGE LOTT | | 0.00 |
| 415 | 08/27/02 | TRANSCRIPT OF DEPOSITION HELD ON 08162002 | | 0.00 |
| 416 | 08/28/02 | SUBPOENA FOR TRIAL | | 0.00 |
| 417 | 08/28/02 | NOTICE OF TAKING TELEPHONIC DEPOSITION | | 0.00 |
| 418 | 08/28/02 | NOTICE OF TAKING DEPOSITIONS | | 0.00 |

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 419 | 08/29/02 | MOTION FOR ORDER IN LIMINE PRECLUDING<br>REFERENCE TO | | 0.00 |
| 420 | 08/29/02 | DEFENDANT'S LACK OF PRIOR CONVICTIONS | | 0.00 |
| 421 | 08/29/02 | MOTION FOR ORDER IN LIMINE PRECLUDING ANY<br>REFERENCE | | 0.00 |
| 422 | 08/29/02 | TO THE POSSIBLE SENTENCE THAT MAY BE<br>IMPOSED UPON | | 0.00 |
| 423 | 08/29/02 | CONVICTION | | 0.00 |
| 424 | 08/29/02 | STATE'S PRE-TRIAL MOTION FOR RULING ON THE | | 0.00 |
| 425 | 08/29/02 | ADMISSIBILITY OF PHOTOGRAPHS | | 0.00 |
| 426 | 08/29/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 427 | 08/29/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 428 | 08/29/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 429 | 08/30/02 | MOTION FOR PERMISSION TO CALL MEDICAL<br>WITNESS AT TIME | | 0.00 |
| 430 | 08/30/02 | CERTAIN | | 0.00 |
| 431 | 08/30/02 | MOTION FOR PERMISSION TO UTILIZE<br>DEMONSTRATIVE AID | | 0.00 |
| 432 | 08/30/02 | MOTION FOR ORDER IN LIMINE PRECLUDING ANY<br>REFERENCE TO | | 0.00 |
| 433 | 08/30/02 | THE POSSIBLE SENTENCE THAT MAY BE IMPOSED<br>UPON | | 0.00 |
| 434 | 08/30/02 | CONVICTION HEARING / 090402 AT 9:00 AM | | 0.00 |
| 435 | 08/30/02 | STATE'S PRE-TRIAL MOTION FOR RULING ON THE | | 0.00 |
| 436 | 08/30/02 | ADMISSIBILITY OF PHOTOGRAPHS HEARING /<br>09042002 AT | | 0.00 |
| 437 | 08/30/02 | 9:00 AM BEFORE JUDGE LOTT | | 0.00 |

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------|------|------|
| 438 | 08/30/02 | MOTION FOR ORDER IN LIMINE PRECLUDING<br>REFERENCE TO | | 0.00 |
| 439 | 08/30/02 | DEFENDANT'S LACK OF PRIOR CONVICTIONS<br>HEARING / 090402 | | 0.00 |
| 440 | 08/30/02 | AT 9:00 AM | | 0.00 |
| 441 | 08/30/02 | MOTION FOR PERMISSION TO CALL MEDICAL<br>WITNESS AT TIME | | 0.00 |
| 442 | 08/30/02 | CERTAIN HEARING / 09042002 AT 9:00 AM | | 0.00 |
| 443 | 08/30/02 | MOTION FOR PERMISSION TO UTILIZE<br>DEMONSTRATIVE AID | | 0.00 |
| 444 | 08/30/02 | HEARING / 09042002 AT 9:00 AM | | 0.00 |
| 445 | 08/30/02 | AMENDED NOTICE OF TAKING DEPOSITION | | 0.00 |
| 446 | 08/30/02 | DEFENDANT'S SUPPLEMENTAL WITNESS LIST | | 0.00 |
| 447 | 08/30/02 | SUBPOENA FOR TRIAL | | 0.00 |
| 448 | 09/03/02 | MOTION TO ALLOW JURORS TO TAKE WRITTEN<br>NOTES DURING | | 0.00 |
| 449 | 09/03/02 | TRIAL | | 0.00 |
| 450 | 09/03/02 | MOTION IN LIMINE TO PERMIT TESTIMONY<br>CONCERNING | | 0.00 |
| 451 | 09/03/02 | LOCATION OF INTERACTION WITH DEFENDANT<br>HEARING / 090402 | | 0.00 |
| 452 | 09/03/02 | AT 9:00 AM BEFORE JUDGE LOTT | | 0.00 |
| 453 | 09/03/02 | MOTION TO ALLOW JURORS TO TAKE WRITTEN<br>NOTES DURING | | 0.00 |
| 454 | 09/03/02 | TRIAL HEARING / 090402 AT 9:00 AM BEFORE<br>JUDGE LOTT | | 0.00 |
| 455 | 09/03/02 | MOTION IN LIMINE TO PERMIT TESTIMONY<br>CONCERNING | | 0.00 |
| 456 | 09/03/02 | LOCATION OF INTERACTION WITH DEFENDANT | | 0.00 |

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|----------------------------------------------------------------|-------------------------------|-------------|
| 457 | 09/03/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 458 | 09/03/02 | MOTION TO SUPPRESS STATEMENTS | | 0.00 |
| 459 | 09/03/02 | DEFENDANT'S MOTION TO SUPPRESS EVIDENCE | | 0.00 |
| 460 | 09/03/02 | DEFENDANT'S MOTION IN LIMINE | | 0.00 |
| 461 | 09/03/02 | DEFENDANT'S MOTION TO STRIKE TESTIMONY ABOUT AND | | 0.00 |
| 462 | 09/03/02 | USE OF A COMPACT DISC PURPORTING TO SHOW HOW AN | | 0.00 |
| 463 | 09/03/02 | INCIDENT OF SHAKEN BABY SYNDROME OCCURS | | 0.00 |
| 464 | 09/04/02 | COURT MINUTES - DEFENDANT'S MOTION TO DISMISS | | 0.00 |
| 465 | 09/04/02 | INDICTMENT AND CHARGES OF FIRST DEGREE MURDER AND | | 0.00 |
| 466 | 09/04/02 | MEMORANDUM OF LAW IN SUPPORT THEREOF BECAUSE OF STATE'S | | 0.00 |
| 467 | 09/04/02 | DESTRUCTION OF EXCULPATORY EVIDENCE ON CASE NUMBERS | | 0.00 |
| 468 | 09/04/02 | 2000-2660CFA, 2000-2753CFA - RULING:  TO BE RESCHEDULED | | 0.00 |
| 469 | 09/04/02 | COURT MINUTES - DEFENDANT'S MOTION TO SUPPRESS EVIDENCE | | 0.00 |
| 470 | 09/04/02 | ON CASE NUMBERS 2000-2753CFA, 2000-2660CFA - RULING: | | 0.00 |
| 471 | 09/04/02 | RESERVED UNTIL 090502 | | 0.00 |
| 472 | 09/04/02 | COURT MINUTES - DEFENDANT'S MOTION TO SUPPRESS | | 0.00 |
| 473 | 09/04/02 | STATEMENTS ON CASE NUMBERS 2000-2660CFA, 2000-2753CFA - | | 0.00 |
| 474 | 09/04/02 | RULING: RESERVED UNTIL 090502 | | 0.00 |

CRTR5925                    Summary

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|-----------------------------------------------------------|------------------|-------------|
| 475 | 09/04/02 | REQUEST TO ADJOURN TRIAL AT OR NEAR 5:00<br>PM ON | | 0.00 |
| 476 | 09/04/02 | WEDNESDAY SEPTEMBER 11, 2002 AND WEDNESDAY<br>SEPTEMBER | | 0.00 |
| 477 | 09/04/02 | 18, 2002 | | 0.00 |
| 478 | 09/04/02 | COURT MINUTES - STATE'S MOTION FOR<br>PERMISSION TO CALL | | 0.00 |
| 479 | 09/04/02 | MEDICAL WITNESS AT TIME CERTAIN ON CASE<br>NUMBERS | | 0.00 |
| 480 | 09/04/02 | 2000-2753CFA, 2000-2660CFA - RULING:  TO<br>BE RESCHEDULED | | 0.00 |
| 481 | 09/04/02 | COURT MINUTES - STATE'S MOTION FOR ORDER<br>IN LIMINE | | 0.00 |
| 482 | 09/04/02 | PRECLUDING REFERENCE TO DEFENDANT'S LACK<br>OF PRIOR | | 0.00 |
| 483 | 09/04/02 | CONVICTIONS ON CASE NUMBERS 2000-2753CFA,<br>2000-2660CFA | | 0.00 |
| 484 | 09/04/02 | -RULING:  TO BE RESCHEDULED | | 0.00 |
| 485 | 09/04/02 | COURT MINUTES:  STATE'S MOTION FOR ORDER<br>IN LIMINE | | 0.00 |
| 486 | 09/04/02 | PRECLUDING ANY REFERENCE TO THE POSSIBLE<br>SENTENCE THAT | | 0.00 |
| 487 | 09/04/02 | MAY BE IMPOSED UPON CONVICTION ON CASE<br>NUMBERS | | 0.00 |
| 488 | 09/04/02 | 2000-2753CFA, 2000-2660CFA - RULING:  TO<br>BE RESCHEDULED | | 0.00 |
| 489 | 09/04/02 | COURT MINUTES - STATE'S MOTION TO ALLOW<br>JURORS TO TAKE | | 0.00 |
| 490 | 09/04/02 | WRITTEN NOTES DURING TRIAL ON CASE NUMBERS<br>2000-2753CFA | | 0.00 |
| 491 | 09/04/02 | AND 2000-2660CFA - RULING:  TO BE<br>RESCHEDULED | | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr      Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|----------------------------------------------------------------------|-------------------------------|-------------|
| 492 | 09/04/02 | COURT MINUTES - DEFENDANT'S MOTION IN LIMINE 1 THRU 9 | | 0.00 |
| 493 | 09/04/02 | ON CASE NUMBERS 2000-2753CFA, 2000-2660CFA - RULING: | | 0.00 |
| 494 | 09/04/02 | TO BE RESCHEDULED | | 0.00 |
| 495 | 09/04/02 | COURT MINUTES - STATE'S MOTION FOR PERMISSION TO | | 0.00 |
| 496 | 09/04/02 | UTILIZE DEMONSTRATIVE AID ON CASE NUMBERS 2000-2753CFA, | | 0.00 |
| 497 | 09/04/02 | 2000-2660CFA - RULING:  TO BE RESCHEDULED | | 0.00 |
| 498 | 09/04/02 | COURT MINUTES - DEFENDANT'S MOTION TO STRIKE TESTIMONY | | 0.00 |
| 499 | 09/04/02 | ABOUT AND USE OF A COMPACT DISC PURPORTING TO SHOW HOW | | 0.00 |
| 500 | 09/04/02 | AN INCIDENT OF SHAKEN BABY SYNDROME OCCURS ON CASE | | 0.00 |
| 501 | 09/04/02 | NUMBERS 2000-2753CFA, 2000-2660CFA - RULING:  TO BE | | 0.00 |
| 502 | 09/04/02 | RESCHEDULED | | 0.00 |
| 503 | 09/04/02 | COURT MINUTES - STATE'S PRE-TRIAL MOTION FOR RULING ON | | 0.00 |
| 504 | 09/04/02 | THE ADMISSIBILITY OF PHOTOGRAPHS ON CASE NUMBERS | | 0.00 |
| 505 | 09/04/02 | 2000-2753CFA, 2000-2660CFA - RULING:  TO BE RESCHEDULED | | 0.00 |
| 506 | 09/04/02 | COURT MINUTES - STATE'S MOTION IN LIMINE TO PERMIT | | 0.00 |
| 507 | 09/04/02 | TESTIMONY CONCERNING LOCATION OF INTERACTION WITH | | 0.00 |
| 508 | 09/04/02 | DEFENDANT ON CASE NUMBERS 2000-2753CFA, 2000-2660CFA - | | 0.00 |

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------------------------------------------|-------------------|-------------|
| 509 | 09/04/02 | RULING:  TO BE RESCHEDULED | | 0.00 |
| 510 | 09/04/02 | DEFENDANT SIGNED NOTICE FOR  090902  JURY<br>SELECTION | | 0.00 |
| 511 | 09/04/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 512 | 09/04/02 | STATE'S PROPOSED JURY INSTRUCTION REGARDING | | 0.00 |
| 513 | 09/04/02 | DEMONSTRATION EVIDENCE | | 0.00 |
| 514 | 09/04/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 515 | 09/04/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 516 | 09/04/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 517 | 09/04/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 518 | 09/04/02 | EVIDENCE CONTROL FORM | | 0.00 |
| 519 | 09/04/02 | SEVERAL EVIDENCE CONTROL FORMS | | 0.00 |
| 520 | 09/05/02 | STIPULATION ON ADMISSION OF 911 CALL INTO<br>EVIDENCE | | 0.00 |
| 521 | 09/05/02 | STIPULATION ON ADMISSION OF MEDICAL<br>RECORDS AND REPORTS | | 0.00 |
| 522 | 09/05/02 | MEMORANDUM OF LAW IN OPPOSITION TO MOTION<br>TO SUPPRESS | | 0.00 |
| 523 | 09/05/02 | STATEMENTS FILED BY DEFENDANT | | 0.00 |
| 524 | 09/05/02 | DEFENDANT SIGNED NOTICE FOR  090902  JURY<br>SELECTION | | 0.00 |
| 525 | 09/05/02 | COURT MINUTES - STATE'S MOTION IN LIMINE<br>TO PERMIT | | 0.00 |
| 526 | 09/05/02 | TESTIMONY CONCERNING LOCATION OF<br>INTERACTION WITH | | 0.00 |
| 527 | 09/05/02 | DEFENDANT ON CASE NUMBERS 012000CF2753A,<br>012000CF2660A | | 0.00 |

CRTR5925                           Summary

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|-------------------------------------------------------------------|-------------------------------|-------------|
| 528 | 09/05/02 | -RULING:  GRANTED | | 0.00 |
| 529 | 09/05/02 | COURT MINUTES - STATE'S PRE-TRIAL MOTION FOR RULING ON | | 0.00 |
| 530 | 09/05/02 | THE ADMISSIBILITY OF PHOTOGRAPHS:  1) AUTOPSY | | 0.00 |
| 531 | 09/05/02 | 2) DISSECTION OF THE SKULL 3) DEVELOPMENT OF CHILD | | 0.00 |
| 532 | 09/05/02 | 4) PHOTOS OF RETINA ON CASE NUMBERS 012000CF2753A, | | 0.00 |
| 533 | 09/05/02 | 012000CF2660A - RULING:  1) GRANTED 2) GRANTED | | 0.00 |
| 534 | 09/05/02 | 3) GRANTED 4) GRANTED | | 0.00 |
| 535 | 09/05/02 | COURT MINUTES - STATE'S PRE-TRIAL MOTION FOR RULING ON | | 0.00 |
| 536 | 09/05/02 | THE ADMISSIBILITY OF PHOTOGRAPHS: 5) TAKEN BY ALAN | | 0.00 |
| 537 | 09/05/02 | COLEMAN ON CASE NUMBERS 012000CF2753A, 012000CF2660A | | 0.00 |
| 538 | 09/05/02 | -RULING:  5) GRANTED | | 0.00 |
| 539 | 09/05/02 | COURT MINUTES - DEFENDANT'S MOTION TO STRIKE TESTIMONY | | 0.00 |
| 540 | 09/05/02 | ABOUT AND USE OF A COMPACT DISC PURPORTING TO SHOW HOW | | 0.00 |
| 541 | 09/05/02 | AN INCIDENT OF SHAKEN BABY SYNDROME OCCURS ON CASE | | 0.00 |
| 542 | 09/05/02 | NUMBER 012000CF2753A, 012000CF2660A - RULING:  DENIED | | 0.00 |
| 543 | 09/05/02 | COURT MINUTES - STATE'S MOTION FOR PERMISSION TO | | 0.00 |
| 544 | 09/05/02 | UTILIZE DEMONSTRATIVE AID ON CASE NUMBERS 012000CF2753A | | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|---------------------------------------------------------------------|-------------------------------|-------------|
| 545 | 09/05/02 | AND 012000CF2660A - RULING:  GRANTED | | 0.00 |
| 546 | 09/05/02 | COURT MINUTES - DEFENDANT'S MOTION IN LIMINE 1 THRU 9 | | 0.00 |
| 547 | 09/05/02 | ON CASE NUMBERS 012000CF2753A, 012000CF2660A - RULING: | | 0.00 |
| 548 | 09/05/02 | 1) GRANTED 2) GRANTED 3) GRANTED NO RECREATION OF THE | | 0.00 |
| 549 | 09/05/02 | DEMONSTRATION 4) STIPULATED 5) WITHDRAWN 6) DENIED | | 0.00 |
| 550 | 09/05/02 | SUBJECT TO DEFENSE OBJECTING 7) WITHDRAWN 8) GRANTED | | 0.00 |
| 551 | 09/05/02 | 9) GRANTED SUBJECT TO REVIEW | | 0.00 |
| 552 | 09/05/02 | COURT MINUTES - STATE'S MOTION TO ALLOW JURORS TO TAKE | | 0.00 |
| 553 | 09/05/02 | WRITTEN NOTES DURING TRIAL ON CASE NUMBERS | | 0.00 |
| 554 | 09/05/02 | 012000CF2753A, 012000CF2660A - RULING: GRANTED - CLERK | | 0.00 |
| 555 | 09/05/02 | IS TO SECURE ENVELOPES EVERY NIGHT, ALL NOTES IN | | 0.00 |
| 556 | 09/05/02 | DIFFERENT ENVELOPE EVERY DAY | | 0.00 |
| 557 | 09/05/02 | COURT MINUTES - STATE'S MOTION FOR ORDER IN LIMINE | | 0.00 |
| 558 | 09/05/02 | PRECLUDING ANY REFERENCE TO THE POSSIBLE SENTENCE THAT | | 0.00 |
| 559 | 09/05/02 | MAYBE IMPOSED UPON CONVICTION ON CASE NUMBERS | | 0.00 |
| 560 | 09/05/02 | 012000CF2753A, 012000CF2660A - STIPULATED | | 0.00 |
| 561 | 09/05/02 | COURT MINUTES - STATE'S MOTION FOR ORDER IN LIMINE | | 0.00 |
| 562 | 09/05/02 | PRECLUDING REFERENCE TO DEFENDANT'S LACK OF PRIOR | | 0.00 |

CRTR5925                                          Summary

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------------------------------------------|---------------------------------|-------------|
| 563 | 09/05/02 | CONVICTIONS ON CASE NUMBER 012000CF2753A,<br>012000CF2660A | | 0.00 |
| 564 | 09/05/02 | -RULING: GRANTED | | 0.00 |
| 565 | 09/05/02 | COURT MINUTES - DEFENDANT'S MOTION TO<br>DISMISS | | 0.00 |
| 566 | 09/05/02 | INDICTMENT ON CASE NUMBERS 012000CF2753A,<br>012000CF2660A | | 0.00 |
| 567 | 09/05/02 | -RULING: DENIED | | 0.00 |
| 568 | 09/05/02 | COURT MINUTES - STATE'S MOTION FOR<br>PERMISSION TO CALL | | 0.00 |
| 569 | 09/05/02 | MEDICAL WITNESS AT TIME CERTAIN ON CASE<br>NUMBERS | | 0.00 |
| 570 | 09/05/02 | 012000CF2753A, 012000CF2660A - RULING:<br>DENIED | | 0.00 |
| 571 | 09/05/02 | TRANSCRIPT - DEPOSITION OF WILLIAM FRANK<br>HAMILTON, M.E. | | 0.00 |
| 572 | 09/05/02 | TRANSCRIPT - DEPOSITION OF ANNE ELIZABETH<br>DICKISON, MD | | 0.00 |
| 573 | 09/05/02 | TRANSCRIPT - TELEPHONIC DEPOSITION OF<br>BERNARD MARIA, MD | | 0.00 |
| 574 | 09/05/02 | TRANSCRIPT - DEPOSITION OF JAMIE LYNN<br>SNODGRASS | | 0.00 |
| 575 | 09/05/02 | TRANSCRIPT - DEPOSITION OF SERGEANT<br>VALERIE DAWSON | | 0.00 |
| 576 | 09/05/02 | TRANSCRIPT - DEPOSITION OF WILLIAM FRANK<br>HAMILTON, M.E. | | 0.00 |
| 577 | 09/05/02 | TRANSCRIPT - DEPOSITION OF DR RONALD<br>QUISLING | | 0.00 |
| 578 | 09/05/02 | TRANSCRIPT - DEPOSITION OF HARVEY G<br>ROHLING JR, M.D. | | 0.00 |
| 579 | 09/05/02 | TRANSCRIPT - DEPOSITION OF SURENDER<br>RAJASEKARAN, M.D. | | 0.00 |

CRTR5925

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------|------|------|
| 580 | 09/05/02 | TRANSCRIPT - DEPOSITION OF OFFICER ORLANDO<br>ALVAREZ | | 0.00 |
| 581 | 09/05/02 | TRANSCRIPT - DEPOSITION OF DR FRANK AGEE | | 0.00 |
| 582 | 09/05/02 | TRANSCRIPT - DEPOSITION OF OFFICER LARRY<br>VINCENT SEAL | | 0.00 |
| 583 | 09/05/02 | TRANSCRIPT - DEPOSITION OF DETECTIVE DUANE<br>DIEHL | | 0.00 |
| 584 | 09/05/02 | TRANSCRIPT - DEPOSITION OF HELEN LEGALL | | 0.00 |
| 585 | 09/05/02 | TRANSCRIPT - DEPOSITION OF RICHARD<br>KREINEST, M.D. | | 0.00 |
| 586 | 09/05/02 | TRANSCRIPT - DEPOSITION OF FIREFIGHTER<br>KENNETH A | | 0.00 |
| 587 | 09/05/02 | JOHNSON | | 0.00 |
| 588 | 09/05/02 | TRANSCRIPT - DEPOSITION OF FIREFIGHTER<br>WILLIAM B | | 0.00 |
| 589 | 09/05/02 | BLAIR | | 0.00 |
| 590 | 09/05/02 | TRANSCRIPT - DEPOSITION OF FIREFIGHTER<br>DENNIS MEREDITH | | 0.00 |
| 591 | 09/05/02 | TRANSCRIPT - DEPOSITION OF OFFICER DARYL<br>WAYNE BROWN | | 0.00 |
| 592 | 09/05/02 | TRANSCRIPT - DEPOSITION OF ELIZABETH TALAGA | | 0.00 |
| 593 | 09/05/02 | TRANSCRIPT - DEPOSITION OF LAWRENCE<br>LEVINE, M.D. | | 0.00 |
| 594 | 09/05/02 | TRANSCRIPT - DEPOSITION OF HOWARD LEE<br>ROGERS, M.D. | | 0.00 |
| 595 | 09/06/02 | MOTION FOR RECONSIDERATION OF<br>ADMISSIBILITY OF | | 0.00 |
| 596 | 09/06/02 | TESTIMONY OF DEPUTY CATHY LONG | | 0.00 |
| 597 | 09/06/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |

CRTR5925                                Summary

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------------------|------------------|-------------|
| 598 | 09/06/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 599 | 09/06/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 600 | 09/06/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 601 | 09/06/02 | ANDERSON REPORTING SERVICES, INC.  IN THE<br>AMOUNT OF | | 0.00 |
| 602 | 09/06/02 | $ 87.45 /// PAID | | 0.00 |
| 603 | 09/06/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 604 | 09/06/02 | GAINESVILLE REPORTERS  IN THE AMOUNT OF $<br>335.50 | | 0.00 |
| 605 | 09/06/02 | // PAID | | 0.00 |
| 606 | 09/06/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 607 | 09/06/02 | ESQUIRE DEPOSITION SERVICES  IN THE<br>AMOUNT OF $ 150.00 | | 0.00 |
| 608 | 09/06/02 | // PAID | | 0.00 |
| 609 | 09/06/02 | DEFENDANT'S SUPPLEMENTAL WITNESS LIST | | 0.00 |
| 610 | 09/06/02 | WITNESS SUBPOENA | | 0.00 |
| 611 | 09/09/02 | SUBPOENA FOR TRIAL | | 0.00 |
| 612 | 09/09/02 | DEFENDANT'S MOTION FOR REHEARING AND A<br>DEMAND FOR A | | 0.00 |
| 613 | 09/09/02 | RICHARDSON INQUIRY ON THE ISSUE OF THE<br>ADMISSIBILITY OF | | 0.00 |
| 614 | 09/09/02 | A COMPACT DISC PURPORTING TO SHOW A<br>DEMONSTRATION OF | | 0.00 |
| 615 | 09/09/02 | SBS (SHAKEN BABY SYNDROME) | | 0.00 |
| 616 | 09/09/02 | DEFENDANT'S RESPONSE IN OPPOSITION TO<br>STATE'S MOTION | | 0.00 |

CRTR5925                              Summary

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr      Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|----------------------------------------------|----------------------|-------------|
| 617 | 09/09/02 | FOR RECONSIDERATION OF ADMISSIBILITY OF TESTIMONY OF | | 0.00 |
| 618 | 09/09/02 | DEPUTY KATHY LONG | | 0.00 |
| 619 | 09/09/02 | WITNESS SUBPOENA | | 0.00 |
| 620 | 09/09/02 | MOTION TO TAKE CONTINUING DEPOSITION OF RONALD | | 0.00 |
| 621 | 09/09/02 | QUISLING, M.D. | | 0.00 |
| 622 | 09/09/02 | ORDER DENYING MOTION FOR RECONSIDERATION OF | | 0.00 |
| 623 | 09/09/02 | ADMISSIBILITY OF TESTIMONY OF DEPUTY CATHY LONG // LOTT | | 0.00 |
| 624 | 09/09/02 | DECORUM ORDER AS TO MEDIA - MEDIA PERSONNEL SHALL | | 0.00 |
| 625 | 09/09/02 | REMAIN IN THE GALLERY SEATING DURING THE JURY SELECTION | | 0.00 |
| 626 | 09/09/02 | AND TRIAL | | 0.00 |
| 627 | 09/09/02 | -TV20 AND THE GAINESVILLE SUN IS/ARE THE ONLY MEDIA WHO | | 0.00 |
| 628 | 09/09/02 | HAS/HAVE REQUESTED AND HAS/HAVE BEEN AUTHORIZED TO | | 0.00 |
| 629 | 09/09/02 | BRING A STILL CAMERA AND/OR VIDEO CAMERA INTO THE | | 0.00 |
| 630 | 09/09/02 | COURTROOM FOR JURY SELECTION AND TRIAL.  NO | | 0.00 |
| 631 | 09/09/02 | UNAUTHORIZED MEDIA WILL BE ALLOWED TO BRING A CAMERA | | 0.00 |
| 632 | 09/09/02 | INTO THE COURTROOM | | 0.00 |
| 633 | 09/09/02 | -ONLY ONE STILL CAMERA/OR ONE VIDEO CAMERA WILL BE | | 0.00 |
| 634 | 09/09/02 | ALLOWED IN THE COURTROOM.  NO FLASHES WILL BE ALLOWED. | | 0.00 |

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 635 | 09/09/02 | THE STILL PHOTOGRAPHER AND/OR VIDEOGRAPHER<br>MUST REMAIN | | 0.00 |
| 636 | 09/09/02 | IN THE GALLERY.   NO PHOTOGRAPHS OR VIDEO<br>OF THE JURY | | 0.00 |
| 637 | 09/09/02 | WILL BE ALLOWED.   NO DISRUPTED MOVEMENT<br>WILL BE | | 0.00 |
| 638 | 09/09/02 | ALLOWED | | 0.00 |
| 639 | 09/09/02 | -NO INTERVIEWS WILL BE CONDUCTED INSIDE<br>THE COURTHOUSE/ | | 0.00 |
| 640 | 09/09/02 | //LOTT | | 0.00 |
| 641 | 09/09/02 | DEFENDANT'S SUPPLEMENTAL WITNESS LIST | | 0.00 |
| 642 | 09/09/02 | DEFENDANT SIGNED NOTICE FOR   090902   JURY<br>SELECTION | | 0.00 |
| 643 | 09/09/02 | DAY CERTAIN TRIAL    SET FOR 09092002 | | 0.00 |
| 644 | 09/09/02 | DEFENDANT'S SUPPLEMENTAL WITNESS LIST | | 0.00 |
| 645 | 09/09/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 646 | 09/09/02 | MINUTES OF THE CLERK - JURY TRIAL | | 0.00 |
| 647 | 09/10/02 | STATE'S SUPPLEMENTAL DISCOVERY EXHIBIT | | 0.00 |
| 648 | 09/10/02 | TRANSCRIPT OF DEPOSITION AS TO CRYSTAL<br>QUIRELLO | | 0.00 |
| 649 | 09/10/02 | TRANSCRIPT OF DEPOSITION OF SERGEANT<br>STEVEN WEAVER | | 0.00 |
| 650 | 09/10/02 | TRANSCRIPT OF DEPOSITION OF CORPORAL<br>WHITNEY STOUT | | 0.00 |
| 651 | 09/10/02 | TRANSCRIPT OF DEPOSITION OF KATHLEEN MARIE<br>MORRISTON | | 0.00 |
| 652 | 09/10/02 | TRANSCRIPT OF DEPOSITION OF CHRISTINA<br>MILLARD | | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------|------|------|
| 653 | 09/10/02 | TRANSCRIPT OF DEPOSITION OF HELEN LEGALL | | 0.00 |
| 654 | 09/10/02 | TRANSCRIPT OF DEPOSITION OF OFFICER JAMES<br>CHRISTOPHER | | 0.00 |
| 655 | 09/10/02 | JACKSON | | 0.00 |
| 656 | 09/10/02 | TRANSCRIPT OF OFFICER ROBERT L KING, III | | 0.00 |
| 657 | 09/10/02 | TRANSCRIPT OF LIEUTENANT WILLIAM THOMAS<br>HALVOSA | | 0.00 |
| 658 | 09/10/02 | TRANSCRIPT OF DEPOSITION OF RICHARD<br>DAVIS,SR | | 0.00 |
| 659 | 09/10/02 | TRANSCRIPT OF DEPOSITION OF DETECTIVE ALAN<br>COLEMAN | | 0.00 |
| 660 | 09/10/02 | TRANSCRIPT OF DEPOSITION OF DETECTIVE<br>DAVID KEITH | | 0.00 |
| 661 | 09/10/02 | CANNON | | 0.00 |
| 662 | 09/10/02 | TRANSCRIPT OF DEPOSITION OF STEPHEN<br>NELSON, MD | | 0.00 |
| 663 | 09/10/02 | TRANSCRIPT OF DEPOSITION OF SERGEANT<br>ROBERT BARTLEY | | 0.00 |
| 664 | 09/10/02 | TRANSCRIPT OF DEPOSITION OF DORIS MARIE<br>BRIDWELL | | 0.00 |
| 665 | 09/10/02 | ORDER GRANTING MOTION FOR RELEASE OF<br>EVIDENCE / | | 0.00 |
| 666 | 09/10/02 | THE FOLLOWING ARTICLES SHALL BE RELEASED<br>FROM EVIDENCE | | 0.00 |
| 667 | 09/10/02 | BY THE CLERK OF THE COURT TO JEANNE M<br>SINGER SAID | | 0.00 |
| 668 | 09/10/02 | EVIDENCE BEING PARTICULARLY DESCRIBED AS<br>FOLLOWS: 24 | | 0.00 |
| 669 | 09/10/02 | PAGES OF LEGAL CORRESPONDENCE WHICH WERE<br>PART OF THE | | 0.00 |

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------|---------|---------|
| 670 | 09/10/02 | STATE'S EXHIBIT #5 IN EVIDENCE UPON JOINT<br>STIPULATION | | 0.00 |
| 671 | 09/10/02 | OF STATE AND DEFENSE // LOTT | | 0.00 |
| 672 | 09/11/02 | RETURN OF SERVICE - UNSERVED | | 0.00 |
| 673 | 09/13/02 | TRANSCRIPT OF DEPOSITION OF SALVADOR<br>CUMELLA | | 0.00 |
| 674 | 09/13/02 | TRANSCRIPT OF DEPOSITION OF DETECTIVE<br>HELEN LEGALL | | 0.00 |
| 675 | 09/13/02 | TRANSCRIPT OF DEPOSITION OF DAVID SAMUEL<br>ANDREW | | 0.00 |
| 676 | 09/13/02 | STEWART, MD | | 0.00 |
| 677 | 09/13/02 | TRANSCRIPT OF DEPOSITION OF MICHAEL BELL,<br>MD | | 0.00 |
| 678 | 09/13/02 | TRANSCRIPT OF DEPOSITION OF JONATHAN L<br>WILLIAMS, MD | | 0.00 |
| 679 | 09/13/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 680 | 09/13/02 | ESQUIRE DEPOSITION SERVICES   IN THE<br>AMOUNT OF $ 200.50 | | 0.00 |
| 681 | 09/13/02 | // PAID | | 0.00 |
| 682 | 09/13/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 683 | 09/13/02 | HARMON'S PHOTOS AR NICE   IN THE AMOUNT OF<br>$ 23.00 | | 0.00 |
| 684 | 09/13/02 | // PAID | | 0.00 |
| 685 | 09/16/02 | LAW ENFORCEMENT OFFICER CERTIFICATION OF<br>WITNESS | | 0.00 |
| 686 | 09/16/02 | FEE TRAVEL AND PER DIEM ALLOWANCE | | 0.00 |
| 687 | 09/16/02 | LAW ENFORCEMENT OFFICER CERTIFICATION OF<br>WITNESS | | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------|------|------|
| 688 | 09/16/02 | FEE TRAVEL AND PER DIEM ALLOWANCE | | 0.00 |
| 689 | 09/16/02 | LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS | | 0.00 |
| 690 | 09/16/02 | FEE TRAVEL AND PER DIEM ALLOWANCE | | 0.00 |
| 691 | 09/17/02 | LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS | | 0.00 |
| 692 | 09/17/02 | FEE TRAVEL AND PER DIEM ALLOWANCE | | 0.00 |
| 693 | 09/19/02 | LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS | | 0.00 |
| 694 | 09/19/02 | FEE TRAVEL AND PER DIEM ALLOWANCE | | 0.00 |
| 695 | 09/19/02 | LETTER TO JUDGE LOTT FROM JUROR #96 | | 0.00 |
| 696 | 09/19/02 | LETTER FROM STEPHAN P MICKLE UNITED STATES DISTRICT | | 0.00 |
| 697 | 09/19/02 | JUDGE (FAX) | | 0.00 |
| 698 | 09/19/02 | LETTER TO JUDGE FROM JUROR #73 | | 0.00 |
| 699 | 09/19/02 | LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS | | 0.00 |
| 700 | 09/19/02 | FEE TRAVEL AND PER DIEM ALLOWANCE | | 0.00 |
| 701 | 09/20/02 | STATE'S PROPOSED JURY INSTRUCTION REGARDING | | 0.00 |
| 702 | 09/20/02 | DEMONSTRATION EVIDENCE | | 0.00 |
| 703 | 09/20/02 | LETTER TO JUDGE FROM JURY | | 0.00 |
| 704 | 09/20/02 | LETTER TO JUDGE FROM JUROR #73 | | 0.00 |
| 705 | 09/20/02 | INSTRUCTION TO JURY REGARDING WITNESS TESTIFYING OUT | | 0.00 |
| 706 | 09/20/02 | OF ORDER | | 0.00 |
| 707 | 09/20/02 | MOTION FOR REHEARING ON THE ISSUE OF WHETHER THE | | 0.00 |

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------------------------------|-------------------------------|-------------|
| 708 | 09/20/02 | DEFENSE OR THE STATE OF FLORIDA OPENED THE DOOR SO AS | | 0.00 |
| 709 | 09/20/02 | TO CAUSE THE ADMISSIBILITY OF CERTAIN EVIDENCE | | 0.00 |
| 710 | 09/24/02 | LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS | | 0.00 |
| 711 | 09/24/02 | FEE TRAVEL AND PER DIEM ALLOWANCE | | 0.00 |
| 712 | 09/24/02 | LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS | | 0.00 |
| 713 | 09/24/02 | FEE TRAVEL AND PER DIEM ALLOWANCE | | 0.00 |
| 714 | 09/24/02 | LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS | | 0.00 |
| 715 | 09/24/02 | FEE TRAVEL AND PER DIEM ALLOWANCE | | 0.00 |
| 716 | 09/24/02 | LAW ENFORCEMENT OFFICER CERTIFICATION OF WITNESS | | 0.00 |
| 717 | 09/24/02 | FEE TRAVEL AND PER DIEM ALLOWANCE | | 0.00 |
| 718 | 09/24/02 | QUESTIONS FROM JURY | | 0.00 |
| 719 | 09/24/02 | QUESTIONS FROM JURY | | 0.00 |
| 720 | 09/24/02 | NOTES FROM TRIAL | | 0.00 |
| 721 | 09/25/02 | MOTION TO REOPEN DEFENDANT'S CASE AND ALLOW PREVIOUSLY | | 0.00 |
| 722 | 09/25/02 | LISTED STATE WITNESSES TO TESTIFY | | 0.00 |
| 723 | 09/25/02 | LETTER FROM JURORS | | 0.00 |
| 724 | 09/25/02 | DEFENDANT'S MOTION FOR SANCTIONS AGAINST STATE FOR | | 0.00 |
| 725 | 09/25/02 | WITHHOLDING CRITICAL TESTIMONY, DEMAND FOR RICHARDSON | | 0.00 |
| 726 | 09/25/02 | HEARING, AND MOTION FOR MISTRIAL | | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 727 | 09/25/02 | MOTION FOR RE-HEARING ON ISSUE OF<br>ADMISSIBILITY OF | | 0.00 |
| 728 | 09/25/02 | COMPACT DISC PRESENTATION | | 0.00 |
| 729 | 09/25/02 | JURY INSTRUCTIONS | | 0.00 |
| 730 | 09/25/02 | VERDICT -- GUILTY OF MANSLAUGHTER, A<br>LESSER INCLUDED | | 0.00 |
| 731 | 09/25/02 | OFFENSE | | 0.00 |
| 732 | 09/25/02 | DEFENDANT SIGNED NOTICE FOR  102902<br>SENTENCING | | 0.00 |
| 733 | 09/25/02 | DISPOSITION          SET FOR 10292002 | | 0.00 |
| 734 | 09/25/02 | *PLACED ON DIV I DISPOSITION DOCKET PER<br>JUDGE* | | 0.00 |
| 735 | 09/25/02 | PSI ORDERED - PSI DUE 101802 | | 0.00 |
| 736 | 09/26/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 737 | 09/26/02 | HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF<br>$ 85.40 | | 0.00 |
| 738 | 09/26/02 | // PAID | | 0.00 |
| 739 | 09/26/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 740 | 09/26/02 | EXPERT DIGITAL SOLUTIONS, INC.  IN THE<br>AMOUNT OF | | 0.00 |
| 741 | 09/26/02 | $275.00 // PAID | | 0.00 |
| 742 | 09/26/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 743 | 09/26/02 | HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF<br>$ 8.50 | | 0.00 |
| 744 | 09/26/02 | // PAID | | 0.00 |

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------|---------|---------|
| 745 | 09/27/02 | ORDER GRANTING MOTION FOR PAYMENT OF STATE<br>TRAVEL / | | 0.00 |
| 746 | 09/27/02 | / PAID // PIERCE | | 0.00 |
| 747 | 09/27/02 | ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT | | 0.00 |
| 748 | 09/27/02 | CONCERNING PAYMENT OF STATE WITNESS | | 0.00 |
| 749 | 09/27/02 | MOTION FOR PAYMENT FOR TRAVEL OF STATE<br>WITNESS | | 0.00 |
| 750 | 09/27/02 | ORDER GRANTING MOTION FOR PAYMENT OF STATE<br>TRAVEL / | | 0.00 |
| 751 | 09/27/02 | / PAID // PIERCE | | 0.00 |
| 752 | 09/27/02 | ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT | | 0.00 |
| 753 | 09/27/02 | CONCERNING PAYMENT OF STATE WITNESS | | 0.00 |
| 754 | 09/27/02 | MOTION FOR PAYMENT FOR TRAVEL OF STATE<br>WITNESS | | 0.00 |
| 755 | 09/27/02 | MOTION FOR PAYMENT OF LODGING FOR A STATE<br>WITNESS | | 0.00 |
| 756 | 09/27/02 | ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT | | 0.00 |
| 757 | 09/27/02 | CONCERNING PAYMENT OF COSTS | | 0.00 |
| 758 | 09/27/02 | ORDER GRANTING MOTION FOR PAYMENT OF<br>LODGING FOR STATE | | 0.00 |
| 759 | 09/27/02 | WITNESS / PAID // PIERCE | | 0.00 |
| 760 | 09/27/02 | MOTION FOR PAYMENT OF STATE WITNESS | | 0.00 |
| 761 | 09/27/02 | ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT | | 0.00 |
| 762 | 09/27/02 | CONCERNING PAYMENT OF STATE WITNESS | | 0.00 |
| 763 | 09/27/02 | ORDER GRANTING MOTION FOR PAYMENT OF STATE<br>TRAVEL / | | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------------------------------|----------------------------------|-------------|
| 764 | 09/27/02 | /PAID // PIERCE | | 0.00 |
| 765 | 09/30/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 766 | 09/30/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 767 | 09/30/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 768 | 09/30/02 | RETURN OF SERVICE - UNSERVED | | 0.00 |
| 769 | 09/30/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 770 | 09/30/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 771 | 09/30/02 | RETURN OF SERVICE - UNSERVED | | 0.00 |
| 772 | 09/30/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 773 | 09/30/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 774 | 09/30/02 | RETURN OF SERVICE - SERVED | | 0.00 |
| 775 | 10/03/02 | MOTION FOR NEW TRIAL | | 0.00 |
| 776 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 777 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE<br>AMOUNT OF | | 0.00 |
| 778 | 10/07/02 | $105.00//PAID | | 0.00 |
| 779 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 780 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE<br>AMOUNT OF | | 0.00 |
| 781 | 10/07/02 | $54.25//PAID | | 0.00 |
| 782 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 783 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE<br>AMOUNT OF | | 0.00 |

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|----------------------------------------------------------------|-------------------------------|-------------|
| 784 | 10/07/02 | $21.00//PAID | | 0.00 |
| 785 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO | | 0.00 |
| 786 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT OF | | 0.00 |
| 787 | 10/07/02 | $77.00//PAID | | 0.00 |
| 788 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO | | 0.00 |
| 789 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT OF | | 0.00 |
| 790 | 10/07/02 | $105.00//PAID | | 0.00 |
| 791 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO | | 0.00 |
| 792 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT OF | | 0.00 |
| 793 | 10/07/02 | $175.00//PAID | | 0.00 |
| 794 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO | | 0.00 |
| 795 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT OF | | 0.00 |
| 796 | 10/07/02 | $105.00//PAID | | 0.00 |
| 797 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO | | 0.00 |
| 798 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT OF | | 0.00 |
| 799 | 10/07/02 | $56.00//PAID | | 0.00 |
| 800 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO | | 0.00 |
| 801 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT OF | | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|-----|-----|-----|
| 802 | 10/07/02 | $226.18//PAID | | 0.00 |
| 803 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 804 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE<br>AMOUNT OF | | 0.00 |
| 805 | 10/07/02 | $177.00//PAID | | 0.00 |
| 806 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 807 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE<br>AMOUNT OF | | 0.00 |
| 808 | 10/07/02 | $245.00//PAID | | 0.00 |
| 809 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 810 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE<br>AMOUNT OF | | 0.00 |
| 811 | 10/07/02 | $101.50//PAID | | 0.00 |
| 812 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 813 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE<br>AMOUNT OF | | 0.00 |
| 814 | 10/07/02 | $119.00//PAID | | 0.00 |
| 815 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 816 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE<br>AMOUNT OF | | 0.00 |
| 817 | 10/07/02 | $178.00//PAID | | 0.00 |
| 818 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 819 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE<br>AMOUNT OF | | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|-----------------------------------------------|---------------|-------------|
| 820 | 10/07/02 | $245.70//PAID |  | 0.00 |
| 821 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO |  | 0.00 |
| 822 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT OF |  | 0.00 |
| 823 | 10/07/02 | $50.40//PAID |  | 0.00 |
| 824 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO |  | 0.00 |
| 825 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT OF |  | 0.00 |
| 826 | 10/07/02 | $108.50//PAID |  | 0.00 |
| 827 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO |  | 0.00 |
| 828 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT OF |  | 0.00 |
| 829 | 10/07/02 | $84.00//PAID |  | 0.00 |
| 830 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO |  | 0.00 |
| 831 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT OF |  | 0.00 |
| 832 | 10/07/02 | $134.75//PAID |  | 0.00 |
| 833 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO |  | 0.00 |
| 834 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT OF |  | 0.00 |
| 835 | 10/07/02 | $197.75//PAID |  | 0.00 |
| 836 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO |  | 0.00 |
| 837 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE AMOUNT OF |  | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|-----------------------------------------------------------------|--------------------------------|-------------|
| 838 | 10/07/02 | $76.27//PAID | | 0.00 |
| 839 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 840 | 10/07/02 | LEBLANC COURT REPORTING SERVICES  IN THE<br>AMOUNT OF | | 0.00 |
| 841 | 10/07/02 | $105.00//PAID | | 0.00 |
| 842 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 843 | 10/07/02 | LIGHT-WORK LABS  IN THE AMOUNT OF $<br>20.00//PAID | | 0.00 |
| 844 | 10/07/02 | ORDER FOR PAYMENT OF EXPERT WITNESS FEE TO<br>BERNARD L | | 0.00 |
| 845 | 10/07/02 | MARIA, M.D.M.B.A. IN THE AMOUNT OF<br>$5500.00 // LOTT | | 0.00 |
| 846 | 10/07/02 | MOTION FOR PAYMENT OF EXPERT WITNESS FEE | | 0.00 |
| 847 | 10/07/02 | ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT<br>CONCERNING | | 0.00 |
| 848 | 10/07/02 | PAYMENT OF EXPERT WITNESS | | 0.00 |
| 849 | 10/07/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 850 | 10/07/02 | WRIGHT TRAVEL  IN THE AMOUNT OF $<br>572.50//PAID | | 0.00 |
| 851 | 10/08/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 852 | 10/08/02 | ESQUIRE DEPOSITION SERVICES  IN THE<br>AMOUNT OF $ 383.30 | | 0.00 |
| 853 | 10/08/02 | // PAID | | 0.00 |
| 854 | 10/08/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL<br>JUSTICE FUND) TO | | 0.00 |
| 855 | 10/08/02 | HARMON'S PHOTOS AR NICE  IN THE AMOUNT OF<br>$ 126.50 | | 0.00 |

CRTR5925                              Summary

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr   Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------------|------------------|-------------|
| 856 | 10/08/02 | // PAID | | 0.00 |
| 857 | 10/08/02 | MOTION FOR PAYMENT OF EXPERT WITNESS FEE | | 0.00 |
| 858 | 10/08/02 | ALACHUA CO. ATTORNEY'S ANNOUNCEMENT CONCERNING PAYMENT | | 0.00 |
| 859 | 10/08/02 | OF EXPERT WITNESS | | 0.00 |
| 860 | 10/08/02 | ORDER FOR PAYMENT OF EXPERT WITNESS FEE / $3300.00 TO | | 0.00 |
| 861 | 10/08/02 | GAINESVILLE PATHOLOGY GROUP // LOTT //////// PAID | | 0.00 |
| 862 | 10/15/02 | REQUEST FOR PAYMENT (LOCAL CRIMINAL JUSTICE FUND) TO | | 0.00 |
| 863 | 10/15/02 | BERNARD L. MARIA, MD., M.B.A.  IN THE AMOUNT OF $ | | 0.00 |
| 864 | 10/15/02 | $7955.49/PAID / | | 0.00 |
| 865 | 10/15/02 | MOTION FOR PAYMENT OF EXPERT WITNESS FEE | | 0.00 |
| 866 | 10/15/02 | ALACHUA COUNTY ATTORNEY'S ANNOUCEMENT CONCERNING | | 0.00 |
| 867 | 10/15/02 | PAYMENT OF EXPERT WITNESS | | 0.00 |
| 868 | 10/15/02 | ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE AMOUNT | | 0.00 |
| 869 | 10/15/02 | OF $8,000.0 TO STEPHEN J. NELSON, MD., PA,//PIERCE | | 0.00 |
| 870 | 10/15/02 | MOTION FOR PAYMENT OF STATE WITNESS | | 0.00 |
| 871 | 10/15/02 | ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT | | 0.00 |
| 872 | 10/15/02 | CONCERNING PAYMENT OF STATE WITNESS | | 0.00 |
| 873 | 10/15/02 | ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVEL / | | 0.00 |
| 874 | 10/15/02 | / PAID // LOTT | | 0.00 |

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr   Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|--------------------------------------------------------------------|-------------------------------|-------------|
| 875 | 10/15/02 | MOTION FOR PAYMENT OF STATE WITNESS | | 0.00 |
| 876 | 10/15/02 | ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT | | 0.00 |
| 877 | 10/15/02 | CONCERNING PAYMENT OF STATE WITNESS | | 0.00 |
| 878 | 10/15/02 | ORDER GRANTING MOTION FOR PAYMENT OF STATE TRAVEL / | | 0.00 |
| 879 | 10/15/02 | / PAID // LOTT | | 0.00 |
| 880 | 10/17/02 | LETTER TO JUDGE LOTT FROM PROBATION AND PAROLE | | 0.00 |
| 881 | 10/17/02 | ORDER SETTING DISPOSITION DATE / FRIDAY, 8 NOVEMBER | | 0.00 |
| 882 | 10/17/02 | 2002 AT 9:00 AM // LOTT | | 0.00 |
| 883 | 10/29/02 | ORDER DENYING MOTION FOR NEW TRIAL // LOTT | | 0.00 |
| 884 | 10/30/02 | MOTION FOR JUDGEMENT FOR COSTS | | 0.00 |
| 885 | 10/30/02 | NOTICE OF HEARING ON  110802  AT / 9:00AM / LOTT | | 0.00 |
| 886 | 10/31/02 | WITNESS SUBPOENA PAID | | 0.00 |
| 887 | 11/01/02 | ADDENDUM TO MOTION FOR JUDGMENT FOR COSTS | | 0.00 |
| 888 | 11/07/02 | SECOND ADDENDUM TO MOTION FOR JUDGEMENT FOR COSTS | | 0.00 |
| 889 | 11/08/02 | MOTION FOR ADVANCE PAYMENT OF STATE WITNESS / PAID | | 0.00 |
| 890 | 11/08/02 | ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT | | 0.00 |
| 891 | 11/08/02 | CONCERNING PAYMENT OF STATE WITNESS | | 0.00 |
| 892 | 11/08/02 | ORDER GRANTING MOTION FOR PAYMENT OF STATE WITNESS// | | 0.00 |
| 893 | 11/08/02 | //PAID | | 0.00 |

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------------------------------------------------------------------------|----------------------------------|-------------|
| 894 | 11/08/02 | PICTURE OF VICTIM | | 0.00 |
| 895 | 11/08/02 | TRANSCRIPT OF MOTION TO DISMISS INDICTMENT<br>ON 090502 | | 0.00 |
| 896 | 11/08/02 | BEFORE JUDGE LOTT | | 0.00 |
| 897 | 11/08/02 | PSI (ENVELOPE) | | 0.00 |
| 898 | 11/08/02 | DECORUM ORDER AS TO MEDIA; | | 0.00 |
| 899 | 11/08/02 | -MEDIA PERSONNEL SHALL REMAIN IN THE<br>GALLERY SEATING | | 0.00 |
| 900 | 11/08/02 | DURING THE JURY SELECTION, TRIAL OR HEARING | | 0.00 |
| 901 | 11/08/02 | -GAINESVILLE SUN IS THE ONLY MEDIA WHO HAS<br>REQUESTED | | 0.00 |
| 902 | 11/08/02 | AND HAS BEEN AUTHORIZED TO BRING A STILL<br>CAMERA INTO | | 0.00 |
| 903 | 11/08/02 | THE COURTROOM FOR JURY SELECTION, TRIAL OR<br>HEARING. | | 0.00 |
| 904 | 11/08/02 | -ONLY ONE STILL CAMERA WILL BE ALLOWED IN<br>COURTROOM | | 0.00 |
| 905 | 11/08/02 | -NO INTERVIEWS RELATED TO THIS<br>TRIAL/HEARING WILL BE | | 0.00 |
| 906 | 11/08/02 | CONDUCTED INSIDE THE COURTHOUSE // LOTT | | 0.00 |
| 907 | 11/08/02 | AMENDED DECORUM ORDER AS TO MEDIA // LOTT | | 0.00 |
| 908 | 11/08/02 | PRESENT WITH ATTORNEY | | 0.00 |
| 909 | 11/08/02 | TRIAL TYPE/JURY AS TO CNT: : Seq #: 001 | | 0.00 |
| 910 | 11/08/02 | DEF PLED NOT GLTY AS TO CNT: : Seq #: 001 | | 0.00 |
| 911 | 11/08/02 | DEFENDANT FOUND GUILTY BY JURY AS TO CNT:<br>: Seq #: 001 | | 0.00 |
| 912 | 11/08/02 | ADJUDICATED GUILTY          AS TO CNT:<br>: Seq #: 001 | | 0.00 |

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 913 | 11/08/02 | DEFENDANT SENTENCED AS TO CNT: : Seq #: 001 | | 0.00 |
| 914 | 11/08/02 | DEFENDANT ASSESSED    314.00 AS TO CNT: :<br>Seq #: 001 | | 0.00 |
| 915 | 11/08/02 | DEF SENTENCED TO PRISON    15 y  m  d AS<br>TO CNT: : Seq #: 001 | | 0.00 |
| 916 | 11/08/02 | DEF GIVEN CREDIT FOR TIME SRVD  0347 days<br>ON CNT: : Seq #: 001 | | 0.00 |
| 917 | 11/08/02 | ORDER ESTABLISHING MONETARY SUMS - TOTAL<br>SUMS ORDERED | | 0.00 |
| 918 | 11/08/02 | SHALL BE PAID THROUGH THE CLERK OF COURT<br>IN FULL // | | 0.00 |
| 919 | 11/08/02 | //LOTT | | 0.00 |
| 920 | 11/08/02 | VICTIM NOTIFICATION DATA SHEET | | 0.00 |
| 921 | 11/08/02 | RESTITUTION LIEN ORDER - EVIDENTIARY<br>HEARING TO BE SET | | 0.00 |
| 922 | 11/08/02 | DEFENDANT DOES NOT WAIVE HIS PRESENCE | | 0.00 |
| 923 | 11/08/02 | COURT RESERVES AND RETAINS JURISDICTION AS<br>TO | | 0.00 |
| 924 | 11/08/02 | RESTITUTION // LOTT | | 0.00 |
| 925 | 11/08/02 | SCORE SHEET//TOTAL   181.2 | | 0.00 |
| 926 | 11/08/02 | AMENDED JUDGEMENT AS TO CRIME // LOTT<br>2552-1194- | | 0.00 |
| 927 | 11/08/02 | ORDER REQUIRING TRANSCRIPTION OF TRIAL<br>TESTIMONY//LOTT | | 0.00 |
| 928 | 11/08/02 | RESTITUTION<br>ORIGINAL AMOUNT OWED: $17515.46<br>BALANCE DUE AT CONVERSION: $17515.46 | 17,515.46 | 17,515.46 |
| 929 | 11/08/02 | CF/SANTA FE CEN<br>ORIGINAL AMOUNT OWED: $2.85<br>BALANCE DUE AT CONVERSION: $2.85 | 2.85 | 2.85 |

CRTR5925                              Summary

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------------------------------------------------------------------|----------------------------------|-------------|
| 930 | 11/08/02 | CF-STATE LEF<br>ORIGINAL AMOUNT OWED: $3.00<br>BALANCE DUE AT CONVERSION: $3.00 | 3.00 | 3.00 |
| 931 | 11/08/02 | CF $200 F-CJF<br>ORIGINAL AMOUNT OWED: $195.00<br>BALANCE DUE AT CONVERSION: $195.00 | 195.00 | 195.00 |
| 932 | 11/08/02 | CF $50 C.V.<br>ORIGINAL AMOUNT OWED: $49.00<br>BALANCE DUE AT CONVERSION: $49.00 | 49.00 | 49.00 |
| 933 | 11/08/02 | CF TEEN COURT<br>ORIGINAL AMOUNT OWED: $2.85<br>BALANCE DUE AT CONVERSION: $2.85 | 2.85 | 2.85 |
| 934 | 11/08/02 | CF JAC<br>ORIGINAL AMOUNT OWED: $2.85<br>BALANCE DUE AT CONVERSION: $2.85 | 2.85 | 2.85 |
| 935 | 11/08/02 | CF FACI COST<br>ORIGINAL AMOUNT OWED: $50.00<br>BALANCE DUE AT CONVERSION: $50.00 | 50.00 | 50.00 |
| 936 | 11/08/02 | CF LOCAL LEF<br>ORIGINAL AMOUNT OWED: $2.00<br>BALANCE DUE AT CONVERSION: $2.00 | 2.00 | 2.00 |
| 937 | 11/08/02 | CF TEEN CT S/C<br>ORIGINAL AMOUNT OWED: $0.15<br>BALANCE DUE AT CONVERSION: $0.15 | 0.15 | 0.15 |
| 938 | 11/08/02 | CF JAC S/C<br>ORIGINAL AMOUNT OWED: $0.15<br>BALANCE DUE AT CONVERSION: $0.15 | 0.15 | 0.15 |
| 939 | 11/08/02 | CF C.V. S/C<br>ORIGINAL AMOUNT OWED: $1.00<br>BALANCE DUE AT CONVERSION: $1.00 | 1.00 | 1.00 |
| 940 | 11/08/02 | CF F-CJF S/C<br>ORIGINAL AMOUNT OWED: $5.00<br>BALANCE DUE AT CONVERSION: $5.00 | 5.00 | 5.00 |
| 941 | 11/08/02 | CF/SANTA FE S/C<br>ORIGINAL AMOUNT OWED: $0.15<br>BALANCE DUE AT CONVERSION: $0.15 | 0.15 | 0.15 |
| 942 | 11/14/02 | DOC COMMITMENT PACKET SENT TO ASO<br>11-13-2002//BLB | | 0.00 |
| 943 | 11/14/02 | ADJUDICATORY JUDGMENT OF  110802<br>2552-1195- | | 0.00 |

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------|------|------|
| 944 | 11/15/02 | REOPENED CASE CLOSED 11082002 | | 0.00 |
| 945 | 11/15/02 | NOTICE OF HEARING ON  112202  AT / 9:00 AM<br>/ LOTT | | 0.00 |
| 946 | 11/15/02 | MOTION FOR SUPERSEDEAS BOND | | 0.00 |
| 947 | 11/20/02 | NOTICE OF FILING | | 0.00 |
| 948 | 11/22/02 | APPEAL FILED 11222002 | | 0.00 |
| 949 | 11/22/02 | COURT MINUTES - MOTION FOR SUPERSEDEAS<br>BOND ON CASE | | 0.00 |
| 950 | 11/22/02 | NUMBER 01-2000CF2753A, 01-2000CF2660A -<br>RULING: DENIED | | 0.00 |
| 951 | 11/22/02 | P.D APPOINTED FOR APPEAL | | 0.00 |
| 952 | 11/22/02 | APPLICATION FOR APPOINTMENT OF PUBLIC<br>DEFENDER AND             - | | 0.00 |
| 953 | 11/22/02 | AFFIDAVIT OF INDIGENCY & PUBLIC DEFENDER<br>APPOINTED // | | 0.00 |
| 954 | 11/22/02 | //LOTT | | 0.00 |
| 955 | 11/22/02 | NOTICE OF APPEAL REGARDING<br>JUDGMENT/SENTENCE | | 0.00 |
| 956 | 11/22/02 | DIRECTIONS TO THE CLERK | | 0.00 |
| 957 | 11/22/02 | DESIGNATION TO REPORTER AND REPORTER'S<br>ACKNOWLEDGMENT | | 0.00 |
| 958 | 11/22/02 | ***PUBLIC DEFENDER PUT ON AS SPECIAL<br>PERSON*** | | 0.00 |
| 959 | 11/22/02 | STATEMENT OF JUDICIAL ACTS TO BE REVIEWED | | 0.00 |
| 960 | 11/22/02 | DESIGNATION OF PUBLIC DEFENDER, SECOND<br>JUDICIAL CIRCUIT, | | 0.00 |
| 961 | 11/22/02 | FOR THE HANDLING OF APPEAL/FILED BY GORDON<br>GROLAND, ESQUIRE | | 0.00 |

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 962 | 11/22/02 | MAILED CERTIFIED COPY OF NOTICE OF APPEAL<br>AND COPY OF | | 0.00 |
| 963 | 11/22/02 | JUDGMENT/SENTENCE TO FIRST DISTRICT COURT<br>OF APPEAL/LETTER | | 0.00 |
| 964 | 11/22/02 | ONLY TO ATTORNEY GENERAL, ATTORNEY<br>GROLAND, & NANCY DANIELS | | 0.00 |
| 965 | 11/22/02 | PUBLIC DEFENDER SECOND JUDICIAL CIRCUIT | | 0.00 |
| 966 | 11/22/02 | COPY OF SEALED APPLICATION & AFFIDAVIT FOR<br>SEARCH WARRANT/ | | 0.00 |
| 967 | 11/22/02 | SEARCH WARRANT/RETURN PLACED IN FILE FROM<br>COMPANION CASE | | 0.00 |
| 968 | 11/22/02 | 2000-2660-CFA | | 0.00 |
| 969 | 12/02/02 | LETTER FROM JON S. WHEELER ASSIGNS FIRST<br>DISTRICT COURT OF | | 0.00 |
| 970 | 12/02/02 | APPEAL #1D02-4788 | | 0.00 |
| 971 | 12/02/02 | FIRST DISTRICT COURT OF APPEAL ORDER<br>REQUIRES FILING FEE OR | | 0.00 |
| 972 | 12/02/02 | ORDER OF INSOLVENCY WITHIN 30 DAYS | | 0.00 |
| 973 | 12/02/02 | FIRST DISTRICT COURT OF APPEAL DIRECTS<br>APPELLANT TO FILE | | 0.00 |
| 974 | 12/02/02 | AMENDED NOTICE OF APPEAL WITH DATE OF<br>RENDITION OF ORDER TO | | 0.00 |
| 975 | 12/02/02 | BE REVIEWED WITHIN 10 DAYS | | 0.00 |
| 976 | 12/04/02 | NOTICE OF HEARING ON  122002  AT / 9:00 AM<br>/ LOTT | | 0.00 |
| 977 | 12/04/02 | ORDER FINDING DEFENDANT INDIGENT AND<br>APPOINTING PUBLIC | | 0.00 |
| 978 | 12/04/02 | DEFENDER OF THE EIGHTH JUDICIAL  CIRCUIT<br>FOR HANDLING | | 0.00 |
| 979 | 12/04/02 | OF APPEAL // LOTT | | 0.00 |

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 980 | 12/18/02 | AMENDED NOTICE OF RESTITUTION/COSTS<br>HEARING - JANUARY | | 0.00 |
| 981 | 12/18/02 | 8, 2003 AT 9:00AM | | 0.00 |
| 982 | 12/19/02 | THIRD ADDENDUM TO MOTION FOR JUDGEMENT FOR<br>COSTS | | 0.00 |
| 983 | 12/26/02 | FIRST DISTRICT COURT OF APPEAL ORDERS<br>APPELLANT TO SHOW | | 0.00 |
| 984 | 12/26/02 | CAUSE WITHIN 10 DAYS WHY APPEAL SHOULD NOT<br>BE DISMISSED FOR | | 0.00 |
| 985 | 12/26/02 | FAILING TO COMPLY WITH COURT'S 11-27-02<br>ORDER REQUIRING | | 0.00 |
| 986 | 12/26/02 | AMENDED NOTICE OF APPEAL WHICH STATE'S<br>DATE OF RENDITION OF | | 0.00 |
| 987 | 12/26/02 | ORDER TO BE REVIEWED | | 0.00 |
| 988 | 12/30/02 | AMENDED NOTICE OF APPEAL/FILED BY JOHN<br>KEARNS, ASSISTANT | | 0.00 |
| 989 | 12/30/02 | PUBLIC DEFENDER | | 0.00 |
| 990 | 01/06/03 | NOTICE OF FILING RECORD OF EXPENSES DUE AS<br>RESTITUTION | | 0.00 |
| 991 | 01/07/03 | NOTICE TO ADVERSE PARTY OF REQUEST TO TAKE<br>JUDICIAL | | 0.00 |
| 992 | 01/07/03 | NOTICE | | 0.00 |
| 993 | 01/08/03 | COURT MINUTES - MOTION FOR JUDGEMENT OF<br>COSTS AND | | 0.00 |
| 994 | 01/08/03 | RESTITUTION HEARING ON CASE NUMBER<br>01-2000CF2753A - | | 0.00 |
| 995 | 01/08/03 | RULING:  GRANTED COSTS IN THE TOTAL AMOUNT<br>OF | | 0.00 |
| 996 | 01/08/03 | $56,459.74 / COSTS ARE REDUCED TO CIVIL<br>JUDGEMENT | | 0.00 |

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 997 | 01/08/03 | RESTITUTION ORDERED IN THE TOTAL AMOUNT<br>$17,515.46 | | .0.00 |
| 998 | 01/08/03 | RESTITUTION IS REDUCED TO CIVIL JUDGEMENT | | 0.00 |
| 999 | 01/08/03 | SUMMARY OF RESTITUTION | | 0.00 |
| 1000 | 01/08/03 | SUMMARY OF COSTS | | 0.00 |
| 1001 | 01/08/03 | DEF MUST PAY RESTITUTION OF  17515.46 AS<br>TO CNT: : Seq #: 001 | | 0.00 |
| 1002 | 01/08/03 | CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT<br>OF $ 4372.96<br>2584-1153- | | 0.00 |
| 1003 | 01/08/03 | PAYABLE TO   JOHN QUIRELLO  // LOTT | | 0.00 |
| 1004 | 01/08/03 | CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT<br>OF $ 432.00<br>2584-1154- | | 0.00 |
| 1005 | 01/08/03 | PAYABLE TO   ALACHUA CO FIRE AND RESCUE  //<br>LOTT | | 0.00 |
| 1006 | 01/08/03 | CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT<br>OF $ 4511.00<br>2584-1155- | | 0.00 |
| 1007 | 01/08/03 | PAYABLE TO   UNIVERSITY PHYSICIANS  // LOTT | | 0.00 |
| 1008 | 01/08/03 | CIVIL RESTITUTION LIEN ORDER IN THE AMOUNT<br>OF $ 8199.50<br>2584-1156- | | 0.00 |
| 1009 | 01/08/03 | PAYABLE TO   SHANDS HOSPITAL AND CLINIC  //<br>LOTT | | 0.00 |
| 1010 | 01/08/03 | ORDER AWARDING COSTS OF INVESTIGATION AND<br>PROSECUTION | | 0.00 |
| 1011 | 01/08/03 | TO GAINESVILLE POLICE DEPARTMENT IN THE<br>AMOUNT OF | | 0.00 |
| 1012 | 01/08/03 | $7224.60 // LOTT | | 0.00 |
| 1013 | 01/08/03 | ORDER AWARDING COSTS OF INVESTIGATION AND<br>PROSECUTION | | 0.00 |
| 1014 | 01/08/03 | TO ALACHUA COUNTY COURTHOUSE IN THE AMOUNT<br>OF | | 0.00 |

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1015 | 01/08/03 | $46,355.82//LOTT | | 0.00 |
| 1016 | 01/08/03 | ORDER AWARDING COSTS OF INVESTIGATION AND<br>PROSECUTION | | 0.00 |
| 1017 | 01/08/03 | TO EIGHTH DISTRICT MEDICAL EXAMINER IN THE<br>AMOUNT OF | | 0.00 |
| 1018 | 01/08/03 | $895.00//LOTT | | 0.00 |
| 1019 | 01/08/03 | ORDER AWARDING COSTS OF INVESTIGATION AND<br>PROSECUTION | | 0.00 |
| 1020 | 01/08/03 | TO FLORIDA DEPT OF LAW ENFORCEMENT IN THE<br>AMOUNT OF | | 0.00 |
| 1021 | 01/08/03 | $1984.32//LOTT | | 0.00 |
| 1022 | 01/08/03 | ORDER DENYING MOTION FOR SUPERSEDEAS BOND<br>// LOTT | | 0.00 |
| 1023 | 01/08/03 | COST PROSECUTIO<br>ORIGINAL AMOUNT OWED: $56459.74<br>BALANCE DUE AT CONVERSION: $56459.74 | 56,459.74 | 56,459.74 |
| 1024 | 01/10/03 | MAILED VOLUME I - II RECORD ON APPEAL AND<br>TWO ENVELOPES | | 0.00 |
| 1025 | 01/10/03 | COPIES OF EVIDENCE TO FIRST DISTRICT COURT<br>OF APPEAL / | | 0.00 |
| 1026 | 01/10/03 | RECORD ONLY TO ATTORNEY GENERAL & PUBLIC<br>DEFENDER | | 0.00 |
| 1027 | 01/13/03 | FAXED RESPONSE TO REQUEST FOR UPDATE FROM<br>DEPARTMENT OF | | 0.00 |
| 1028 | 01/13/03 | CHILDREN AND FAMILIES, ATTENTION: JOANN<br>STARK | | 0.00 |
| 1029 | 01/29/03 | ORDER ON DESIGNATION TO REPORTER//LOTT | | 0.00 |
| 1030 | 02/03/03 | ORDER ON DESIGNATION TO REPORTER//LOTT | | 0.00 |
| 1031 | 02/03/03 | MOTION FOR PAYMENT OF STATE WITNESS | | 0.00 |
| 1032 | 02/03/03 | ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT<br>CONCERNING | | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr      Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|---------|---------|---------|
| 1033 | 02/03/03 | PAYMENT OF EXPERT WITNESS | | 0.00 |
| 1034 | 02/03/03 | ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE | | 0.00 |
| 1035 | 02/03/03 | AMOUNT OF $61.00 TO SHERATON GAINESVILLE HOTEL//LOTT// | | 0.00 |
| 1036 | 02/03/03 | //PAID// | | 0.00 |
| 1037 | 02/03/03 | MOTION FOR PAYMENT OF EXPERT WITNESS FEE | | 0.00 |
| 1038 | 02/03/03 | ALACHUA COUNTY ATTORNEY'S ANNOUCEMENT CONCERNING | | 0.00 |
| 1039 | 02/03/03 | PAYMENT OF EXPERT WITNESS | | 0.00 |
| 1040 | 02/03/03 | ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE | | 0.00 |
| 1041 | 02/03/03 | AMOUNT OF $2250.00 TO RONALD H. USCINSKI, MD//LOTT/PAID | | 0.00 |
| 1042 | 02/03/03 | MOTION FOR PAYMENT OF EXPERT WITNESS FEE | | 0.00 |
| 1043 | 02/03/03 | ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT CONCERNING | | 0.00 |
| 1044 | 02/03/03 | PAYMENT OF EXPERT WITNESS | | 0.00 |
| 1045 | 02/03/03 | ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN THE AMOUNT | | 0.00 |
| 1046 | 02/03/03 | OF $479.50 TO WRIGHT TRAVEL // LOTT // PAID | | 0.00 |
| 1047 | 03/03/03 | FIRST DISTRICT COURT OF APPEAL ORDER GRANTS COURT REPORTER | | 0.00 |
| 1048 | 03/03/03 | MOTION FOR EXTENSION TO FILE TRANSCRIPTS BY 5-1-03 | | 0.00 |
| 1049 | 04/21/03 | TRANSCRIPT OF MOTION FOR SUPERSEDEAS BOND BEFORE JUDGE LOTT | | 0.00 |
| 1050 | 04/21/03 | COURT REPORTER LAURIE ANN CHAFFIN, ORIGINAL & 2 COPIES | | 0.00 |

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 1051 | 05/01/03 | TRANSCRIPTS VOLUME I - XVII JURY TRIAL<br>HELD BEFORE JUDGE | | 0.00 |
| 1052 | 05/01/03 | LOTT ON 9-10-02 - 9-23-02, COURT REPORTERS<br>STACEY BRYANT & | | 0.00 |
| 1053 | 05/01/03 | CHERYL MCDONOUGH, ORIGINAL AND 2 COPIES | | 0.00 |
| 1054 | 05/01/03 | TRANSCRIPT OF PRETRIAL MOTION HELD 9-4-02<br>BEFORE JUDGE LOTT | | 0.00 |
| 1055 | 05/01/03 | COURT REPORTER STACEY BRYANT, ORIGINAL AND<br>2 COPIES | | 0.00 |
| 1056 | 05/01/03 | TRANSCRIPT OF PRETRIAL MOTION HELD 9-5-02<br>BEFORE JUDGE LOTT | | 0.00 |
| 1057 | 05/01/03 | COURT REPORTER STACEY BRYANT, ORIGINAL AND<br>2 COPIES | | 0.00 |
| 1058 | 05/05/03 | TRANSCRIPT OF JURY TRIAL HELD 9-23-02<br>THROUGH 9-25-02 | | 0.00 |
| 1059 | 05/05/03 | VOLUMES XVIII-XX HELD BEFORE JUDGE LOTT,<br>COURT REPORTER | | 0.00 |
| 1060 | 05/05/03 | STACEY BRYANT, ORIGINAL AND 2 COPIES | | 0.00 |
| 1061 | 05/06/03 | TRANSCRIPT OF SENTENCING HEARING HELD<br>11-8-02 BEFORE JUDGE | | 0.00 |
| 1062 | 05/06/03 | LOTT, COURT REPORTER STACEY BRYANT,<br>ORIGINAL & 2 COPIES | | 0.00 |
| 1063 | 05/07/03 | MAILED SUPPLEMENTAL VOLUME III AND<br>TRANSCRIPTS VOLUME IV - | | 0.00 |
| 1064 | 05/07/03 | XXVII TO FIRST DISTRICT COURT OF APPEAL,<br>ATTORNEY GENERAL | | 0.00 |
| 1065 | 05/07/03 | AND PUBLIC DEFENDER | | 0.00 |
| 1066 | 05/15/03 | DESIGNATION OF PUBLIC DEFENDER OF SECOND<br>JUDICIAL CIRCUIT | | 0.00 |
| 1067 | 05/15/03 | FOR HANDLING OF APPEAL | | 0.00 |

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------|------|------|
| 1068 | 06/17/03 | MOTION FOR PAYMENT OF EXPERT WITNESS FEE | | 0.00 |
| 1069 | 06/17/03 | ALACHUA COUNTY ATTORNEY'S ANNOUNCEMENT<br>CONCERNING | | 0.00 |
| 1070 | 06/17/03 | PAYMENT OF EXPERT WITNESS | | 0.00 |
| 1071 | 06/17/03 | ORDER FOR PAYMENT OF EXPERT WITNESS FEE IN<br>THE AMOUNT | | 0.00 |
| 1072 | 06/17/03 | OF $9,710.00//PAID//LOTT | | 0.00 |
| 1073 | 09/22/03 | FIRST DISTRICT COURT OF APPEAL ORDER<br>GRANTS APPELLANT'S | | 0.00 |
| 1074 | 09/22/03 | MOTION TO SUPPLEMENT RECORD ON APPEAL WITH<br>JURY SELECTION | | 0.00 |
| 1075 | 09/23/03 | SUPPLEMENTAL DIRECTIONS TO THE CLERK OF<br>THE ABOVE-ENTITLED | | 0.00 |
| 1076 | 09/23/03 | COURT | | 0.00 |
| 1077 | 09/23/03 | MOTION FOR ORDER DIRECTING COURT REPORTER<br>TO TRANSCRIBE | | 0.00 |
| 1078 | 09/23/03 | NOTES | | 0.00 |
| 1079 | 09/24/03 | ORDER DIRECTING COURT REPORTER TO<br>TRANSCRIBE NOTES//LOTT | | 0.00 |
| 1080 | 09/26/03 | COPY AFFIDAVIT FROM COURT REPORTER'S OFFICE | | 0.00 |
| 1081 | 10/10/03 | SUPPLEMENTAL DIRECTIONS TO THE CLERK OF<br>THE ABOVE-ENTITLED | | 0.00 |
| 1082 | 10/10/03 | COURT | | 0.00 |
| 1083 | 10/10/03 | MOTION FOR ORDER DIRECTING COURT REPORTER<br>TO TRANSCRIBE | | 0.00 |
| 1084 | 10/10/03 | NOTES | | 0.00 |
| 1085 | 10/16/03 | ORDER DIRECTING COURT REPORTER TO<br>TRANSCRIBE NOTES//TURNER | | 0.00 |

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr       Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|--------|--------|--------|
| 1086 | 10/23/03 | AMENDED REQUEST FOR EXTENSION OF TIME TO<br>PREPARE TRANSCRIPT | | 0.00 |
| 1087 | 10/23/03 | ON APPEAL [COPY] | | 0.00 |
| 1088 | 10/24/03 | REQUEST FOR DOCUMENTS 940.04/SENT<br>□□ | | 0.00 |
| 1089 | 11/03/03 | AFFIDAVIT FROM COURT REPORTER'S OFFICE | | 0.00 |
| 1090 | 11/05/03 | CORRECTED ORDER DIRECTING COURT REPORTER<br>TO TRANSCRIBE | | 0.00 |
| 1091 | 11/05/03 | NOTES//TURNER | | 0.00 |
| 1092 | 11/10/03 | AMENDED MOTION FOR ORDER DIRECTING COURT<br>REPORTER TO | | 0.00 |
| 1093 | 11/10/03 | TRANSCRIBE NOTES | | 0.00 |
| 1094 | 11/10/03 | LETTER TO COURT REPORTER BETTY SUE VINCENT<br>FROM LEGAL | | 0.00 |
| 1095 | 11/10/03 | ASSISTANT TO ASSISTANT PUBLIC DEFENDER<br>NADA CAREY WITH | | 0.00 |
| 1096 | 11/10/03 | ATTACHMENTS | | 0.00 |
| 1097 | 11/10/03 | FIRST DISTRICT COURT OF APPEAL ORDER<br>GRANTS APPELLANT'S | | 0.00 |
| 1098 | 11/10/03 | MOTION TO SUPPLEMENT RECORD ON APPEAL<br>WITHIN 30 DAYS | | 0.00 |
| 1099 | 11/12/03 | SUPPLEMENTAL DIRECTIONS TO THE CLERK OF<br>THE ABOVE-ENTITLED | | 0.00 |
| 1100 | 11/12/03 | COURT | | 0.00 |
| 1101 | 11/18/03 | TRANSCRIPT OF JURY SELECTION HELD 9-9-02,<br>COURT REPORTER | | 0.00 |
| 1102 | 11/18/03 | STACEY BRYANT, VOLUMES I & II, ORIGINAL +<br>2 COPIES | | 0.00 |
| 1103 | 11/19/03 | MAILED SUPPLEMENTAL RECORD ON APPEAL<br>VOLUME XXVIII AND | | 0.00 |

CRTR5925                              Summary

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr   Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|----------------------------------------------------------------------|-------------------------------|-------------|
| 1104 | 11/19/03 | TRANSCRIPTS VOLUMES XXIX-XXX TO FIRST DISTRICT COURT OF | | 0.00 |
| 1105 | 11/19/03 | APPEAL, ATTORNEY GENERAL AND ASSISTANT PUBLIC DEFENDER | | 0.00 |
| 1106 | 04/07/04 | MEMO FROM ATTORNEY GENERAL TO CLERK RE: CROSS-APPEAL | | 0.00 |
| 1107 | 04/07/04 | NOTICE OF CROSS-APPEAL FILED BY ATTORNEY GENERAL | | 0.00 |
| 1108 | 04/08/04 | LETTER TO FIRST DISTRICT COURT OF APPEAL WITH CERTIFIED | | 0.00 |
| 1109 | 04/08/04 | COPY OF NOTICE OF CROSS-APPEAL, COPY OF LETTER TO | | 0.00 |
| 1110 | 04/08/04 | ATTORNEY GENERAL AND PUBLIC DEFENDER | | 0.00 |
| 1111 | 04/15/04 | AMENDED NOTICE OF CROSS-APPEAL FILED BY ATTORNEY GENERAL | | 0.00 |
| 1112 | 04/15/04 | MAILED CERTIFIED COPY OF AMENDED NOTICE OF CROSS-APPEAL AND | | 0.00 |
| 1113 | 04/15/04 | ATTACHMENTS TO FIRST DISTRICT COURT OF APPEAL/LETTER ONLY | | 0.00 |
| 1114 | 04/15/04 | TO ATTORNEY GENERAL AND ASSISTANT PUBLIC DEFENDER CAREY | | 0.00 |
| 1115 | 04/16/04 | MAILED VOLUME XXXI SUPPLEMENTAL RECORD ON APPEAL TO FIRST | | 0.00 |
| 1116 | 04/16/04 | DISTRICT COURT OF APPEAL, ATTORNEY GENERAL AND ASSISTANT | | 0.00 |
| 1117 | 04/16/04 | PUBLIC DEFENDER NADA CAREY | | 0.00 |
| 1118 | 06/21/04 | REQUEST FOR EXHIBITS/EVIDENCE FROM DEFENDANT'S MOTHER | | 0.00 |
| 1119 | 07/02/04 | CLERK'S RESPONSE TO REQUEST FOR EXHIBITS/EVIDENCE | | 0.00 |
| 1120 | 07/19/04 | REQUEST FOR CRIMINAL DOCUMENTS | | 0.00 |

2000 CF 002753 A    HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|-------------------------------------------------|-------------|-------------|
| 1121 | 07/21/04 | RESPONSE TO REQUEST FOR DOCUMENTS | | 0.00 |
| 1122 | 07/28/04 | LETTER FROM DEFENDANT REQUESTING COPIES OF EVIDENCE | | 0.00 |
| 1123 | 08/02/04 | LETTER TO JUDGE LOTT FROM DEFENDANT | | 0.00 |
| 1124 | 08/02/04 | LETTER TO  DEFENDANT FROM JUDGE TURNER | | 0.00 |
| 1125 | 08/26/04 | COPIES OF REQUESED EVIDENCE SENT | | 0.00 |
| 1126 | 11/23/04 | MANDATE AND OPINION AFFIRMED | | 0.00 |
| 1127 | 11/23/04 | MANDATE FILED 11232004 | | 0.00 |
| 1128 | 12/22/04 | RETURNED FROM FIRST DISTRICT COURT OF APPEAL RECORD ON | | 0.00 |
| 1129 | 12/22/04 | APPEAL VOLUME I-III, TRANSCRIPT IV-XXVII, SUPPLEMENTAL | | 0.00 |
| 1130 | 12/22/04 | XXVIII, TRANSCRIPT XXIX-XXX, SUPPLEMENTAL XXXI AND COPY OF | | 0.00 |
| 1131 | 12/22/04 | EVIDENCE | | 0.00 |
| 1132 | 01/07/05 | REPORTED AS CONVICTED FELON TO SUPERVISOR OF ELECTIONS | | 0.00 |
| 1133 | 08/10/05 | MOTION TO VACATE SENTENCE AND CONVICTION PURSUANT TO | | 0.00 |
| 1134 | 08/10/05 | -FLA.R.CR.P. 3.850 AND MEMORANDUM OF LAW | | 0.00 |
| 1135 | 08/11/05 | CASE REOPENED 08102005 POST CONV RELIEF MOTION | | 0.00 |
| 1136 | 08/17/05 | SA ASSIGNED:  BROCKWAY, PAMELA K | | 0.00 |
| 1137 | 09/30/05 | ORDER DENYING MOTION FOR POST-CONVICTION RELIEF// | | 0.00 |
| 1138 | 09/30/05 | //JUDGE SIEG | | 0.00 |
| 1139 | 10/03/05 | CERTIFICATE OF SERVICE - PCR ORDER TO DEFENDANT | | 0.00 |

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------|---------|---------|
| 1140 | 10/03/05 | REOPENED CASE CLOSED 09302005 | | 0.00 |
| 1141 | 10/27/05 | APPEAL FILED 10272005 | | 0.00 |
| 1142 | 10/27/05 | NOTICE OF APPEAL OF ORDER DENYING 3.850<br>MOTION | | 0.00 |
| 1143 | 10/27/05 | DIRECTIONS TO THE CLERK | | 0.00 |
| 1144 | 10/27/05 | STATEMENT OF JUDICIAL ACTS TO BE REVIEWED | | 0.00 |
| 1145 | 10/27/05 | PAYMENT OF $50 FOR APPEAL FILING FEE | | 0.00 |
| 1146 | 10/28/05 | NOTICE OF APPEAL, AMENDED | | 0.00 |
| 1147 | 10/28/05 | STATEMENT OF JUDICIAL ACTS TO BE REVIEWED,<br>AMENDED | | 0.00 |
| 1148 | 10/28/05 | DIRECTIONS TO THE CLERK, AMENDED | | 0.00 |
| 1149 | 10/28/05 | LETTER FORWARDING RECORD ON APPEAL, VOLUME<br>I 3.850 RECORD, | | 0.00 |
| 1150 | 10/28/05 | CERTIFIED COPY OF NOTICE OF APPEAL AND<br>AMENDED NOTICE OF | | 0.00 |
| 1151 | 10/28/05 | APPEAL AND COPY OF ORDER TO FIRST DISTRICT<br>COURT OF APPEAL, | | 0.00 |
| 1152 | 10/28/05 | RECORD ONLY TO ATTORNEY GENERAL AND<br>ATTORNEY MENGERS | | 0.00 |
| 1153 | 11/03/05 | LETTER FROM FIRST DISTRICT COURT OF APPEAL<br>ASSIGNS FIRST | | 0.00 |
| 1154 | 11/03/05 | APPEAL #1D05-5203 | | 0.00 |
| 1155 | 11/10/05 | REFUND CHECK #50076513 IN THE AMOUNT OF<br>$50.00 PAYABLE TO | | 0.00 |
| 1156 | 11/15/05 | ATTORNEY MENGERS FOR REIMBURSMENT OF<br>APPEAL FILING FEE | | 0.00 |
| 1157 | 04/26/06 | ORDER FROM FIRST DISTRICT COURT OF APPEAL<br>DENIES APPELLANT | | 0.00 |
| 1158 | 04/26/06 | REQUEST FOR ORAL ARGUMENT | | 0.00 |

CRTR5925                                    Summary

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1159 | 05/12/06 | MANDATE FILED 05122006 | | 0.00 |
| 1160 | 05/12/06 | MANDATE FROM FIRST DISTRICT COURT OF APPEALS AND OPINION | | 0.00 |
| 1161 | 05/12/06 | AFFIRMED | | 0.00 |
| 1162 | 06/15/06 | APPEAL CLERK NOTES: ITEMS RETURNED FROM DCA VOLUME I 3.850 | | 0.00 |
| 1163 | 06/15/06 | RECORD ON APPEAL | | 0.00 |
| 1164 | 08/25/06 | CASE REOPENED 08252006 POST CONV RELIEF MOTION | | 0.00 |
| 1165 | 08/25/06 | MOTION FOR POST CONVICTION RELIEF - PRO SE | | 0.00 |
| 1166 | 08/25/06 | APPENDIX IN SUPPORT OF RULE 3.850 POST CONVICTION RELIE | | 0.00 |
| 1167 | 08/25/06 | APPENDIX IN SUPPORT OF RULE 3.850 POST CONVICTION RELIE | | 0.00 |
| 1168 | 08/25/06 | MOTION FOR POST CONVICTION RELIEF - PRO SE | | 0.00 |
| 1169 | 08/31/06 | COLLATERAL RELIEF DETERMINATION MADE FOR MOTION FOR | | 0.00 |
| 1170 | 08/31/06 | RELIEF FROM JUDGMENT-NEW TRIAL [3.850] | | 0.00 |
| 1171 | 12/31/06 | CASE JUDGE REASSIGNED | 0.00 | 0.00 |
| 1172 | 02/06/07 | CASE LAW IN FILE | 0.00 | 0.00 |
| 1173 | 02/08/07 | ORDER DENYING, IN PART, MOTION FOR POST CONVICTION RELIEF, SCHEDULING AN EVIDENTIARY HEARING, IN PART, AND APPOINTING OFFICE OF THE PUBLIC DEFENDER 2/6/07 /MAL | 0.00 | 0.00 |
| 1174 | 02/13/07 | MOTION TO STRIKE, OR IN THE ALTERNATIVE, STATE'S RESPONSE TO DEFENDANT'S RULE 3.8540 MOTION FOR POST CONVICTION RELIEF FILED BY STATE OF FLORIDA | 0.00 | 0.00 |
| 1175 | 02/19/07 | ORDER DIRECTING STATE TO FILE A WRITTEN RESPONSE 2/13/07 /MAL | 0.00 | 0.00 |

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------------------------------------------------------------|------------------|-------------|
| 1176 | 04/11/07 | NOTICE OF APPEARANCE<br>FILED BY MARY ELIZABETH FITZGIBBONS, ESQ. | 0.00 | 0.00 |
| 1177 | 04/13/07 | LETTER FROM CLERK TO ATTORNEY FITZGIBBONS | 0.00 | 0.00 |
| 1178 | 04/25/07 | DEFENDANT'S MOTION FOR SUBSTITUTION OF<br>COUNSEL | 0.00 | 0.00 |
| 1179 | 05/08/07 | ORDER GRANTING SUBSTITUTION OF COUNSEL<br>(MARY FITZGIBBONS)//ROSIER | 0.00 | 0.00 |
| 1180 | 05/17/07 | DEFENDANT'S RESPONSE TO MOTION TO STRIKE,<br>OR IN THE ALTERNATIVE, STATE'S RESPONSE TO<br>DEFENDANT'S RULE 3.850 MOTION FOR POST<br>CONVICTION RELIEF | 0.00 | 0.00 |
| 1181 | 05/21/07 | (COPY) DEFENDANT'S RESPONSE TO MOTION TO<br>STRIKE, OR IN THE ALTERNATIVE, STATE'S<br>RESPONSE TO DEFENDANT'S RULE 3.850 MOTION<br>FOR POST CONVICTION RELIEF | 0.00 | 0.00 |
| 1182 | 06/20/07 | STATE'S SUPPLEMENT TO MOTION TO STRIKE, OR<br>IN THE ALTERNATIVE, STATE'S RESPONSE TO<br>DEFENDANT'S RULE 3.850 MOTION FOR POST<br>CONVICTION RELIEF, RESPONDING TO<br>DEFENDANT'S RESPONSE OF MAY 16, 2007 | 0.00 | 0.00 |
| 1183 | 06/21/07 | NOTICE OF APPEARANCE OF CO-COUNSEL: JOSHUA<br>SILVERMAN | 0.00 | 0.00 |
| 1184 | 08/20/07 | ORDER SCHEDULING CASE MANAGEMENT<br>CONFERENCE / 08302007 AT 1:30 PM // LOTT | 0.00 | 0.00 |
| 1185 | 08/20/07 | MEMO TO JUDICIAL ASST   FROM   CLERK<br>(INCLUDES RESPONSE FROM JUDICIAL ASST.) | 0.00 | 0.00 |
| 1186 | 08/30/07 | HEARING NOTES-RULING: NOV 1 AND 2 FOR POST<br>CONVICTION HEARING<br>09282007 CASE MANAGMENT DEFENSE COUNSEL TO<br>DO ORDER TO TRANSPORT | 0.00 | 0.00 |
| 1187 | 09/07/07 | ORDER SCHEDULING HEARINGS ON PENDING<br>POST-CONVICTION RELIEF MATTERS//JUDGE LOTT | 0.00 | 0.00 |
| 1188 | 09/14/07 | DEFENDANT'S RESPONSE TO STATE'S SUPPLEMENT<br>TO MOTION TO STRIKE, OR IN THE<br>ALTERNATIVE, STATE'S RESPONSE TO<br>DEFENDANT'S RULE 3.850 MOTION FOR POST<br>CONVICTION RELIEF, RESPONDING TO<br>DEFENDANT'S RESPONSE OF MAY 16, 2007 | 0.00 | 0.00 |

Case 1:09-cv-00052-MR-GR3  Document 21-48  Filed 05/12/11  Page 70 of 125

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|-------------------------------------------------------------|-------------------------------|-------------|
| 1189 | 09/14/07 | NOTICE OF FILING - AFFIDAVIT OF DR. VIERA SCHEIBNER | 0.00 | 0.00 |
| 1190 | 09/24/07 | NOTICE OF FILING - OATH PAGE | 0.00 | 0.00 |
| 1191 | 09/26/07 | NOTICE OF FILING - ATTACHED AFFIDAVITS | 0.00 | 0.00 |
| 1192 | 09/28/07 | HEARING NOTES | 0.00 | 0.00 |
| 1193 | 09/28/07 | DEFENDANT'S MOTION FOR LEAVE TO AMEND MOTION FOR POSTCONVICTION RELIEF WITH NOTICE OF FILING AND SUPPLEMENTAL AFFIDAVIT OF LOIS N. HERLIHY ATTACHED | 0.00 | 0.00 |
| 1194 | 10/29/07 | FAXEDLETTER FROM J SILVERMAN TO M BECKER | 0.00 | 0.00 |
| 1195 | 10/29/07 | CASE CITATION | 0.00 | 0.00 |
| 1196 | 10/29/07 | COPY OF NOTICE OF FILING | 0.00 | 0.00 |
| 1197 | 10/29/07 | ORDER GRANTING IN PART, THE STATE'S MOTION TO STRIKE AND DISMISSING GROUND ONE OF DEFENDANT'S MOTION FOR POST CONVICTION RELIEF /MAL | 0.00 | 0.00 |
| 1198 | 10/29/07 | CERTIFICATE OF SERVICE OF POST CONVICTION RELIEF ORDER | 0.00 | 0.00 |
| 1199 | 10/30/07 | XXXX | 0.00 | 0.00 |
| 1200 | 11/28/07 | OBTS POST-COURT ENTRY Count: 1 POST SENTENCE PHASE Date Reopened: 11/28/2007 Reason Reopened: Motion for Post Conviction Relief | 0.00 | 0.00 |
| 1201 | 11/28/07 | MOTION FOR POST CONVICTION RELIEF | 0.00 | 0.00 |
| 1202 | 11/28/07 | NOTICE OF FILING SUPPORTING DOCUMENTS OF MOTION FOR POST CONVICTION RELIEF | 0.00 | 0.00 |
| 1203 | 11/28/07 | MOTION FOR LEAVE TO SUPPLEMENT DEFENDANT'S MOTION FOR POST-CONVICTION RELIEF | 0.00 | 0.00 |
| 1204 | 01/29/08 | HEARING NOTES | 0.00 | 0.00 |
| 1205 | 01/31/08 | CHECK REQUEST/ EMAIL | 0.00 | 0.00 |

CRTR5925                              Summary

2000 CF 002753 A   HERLIHY, BRIAN PATRICK

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr     Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|------------------------------------------------------------|-------------------------------|-------------|
| 1206 | 02/05/08 | ORDER SCHEDULING STATUS CONFERENCE (02142008)// LOTT | 0.00 | 0.00 |
| 1207 | 02/05/08 | ORDER GRANTING MOTION FOR LEAVE TO SUPPLEMENT DEFENDANT'S MOTION FOR POST-CONVICTION RELIEF //LOTT | 0.00 | 0.00 |
| 1208 | 02/14/08 | HEARING NOTES | 0.00 | 0.00 |
| 1209 | 03/03/08 | NOTICE OF FILING | 0.00 | 0.00 |
| 1210 | 03/03/08 | AFFIDAVIT OF JENNIFER LEIGH SALTER | 0.00 | 0.00 |
| 1211 | 03/04/08 | NOTICE OF FILING | 0.00 | 0.00 |
| 1212 | 03/04/08 | AFFIDAVIT OF LOIS HERLIHY | 0.00 | 0.00 |
| 1213 | 03/04/08 | FINAL ORDER DENYING MOTION FOR POST CONVICTION RELIEF //LOTT | 0.00 | 0.00 |
| 1214 | 03/05/08 | CERTIFICATE OF SERVICE OF POST CONVICTION RELIEF ORDER | 0.00 | 0.00 |
| 1215 | 03/05/08 | XXXX | 0.00 | 0.00 |
| 1216 | 04/02/08 | NOTICE OF APPEAL | 0.00 | 0.00 |
| 1217 | 04/02/08 | ENVELOPE FROM INCOMING MAIL | 0.00 | 0.00 |
| 1218 | 04/02/08 | LETTER FORWARDING NOTICE OF APPEAL | 0.00 | 0.00 |

```
              Totals By:  COURTS COSTS       74,289.20       74,289.20
                          INFORMATION             0.00            0.00
              *** End of Report ***
```

Evidence Inventory for  01-2000-CF-002_8-A

## STATE OF FLORIDA vs HERLIHY, BRIAN

**DEFENDANT HERLIHY, BRIAN**

Object ID: 850542          ID:          Identified:          Exhibit: D.  A          Marked:

    Class: DOCUMENTS                              Status: Available

Description: 2 page copy of a Diagram of Apartment and bed (MOVED TO VOLUME II IN TRIAL AS STATE'S 62).

    Location: /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/

**PLAINTIFF STATE OF FLORIDA**

Object ID: 850544          ID:          Identified:          Exhibit: S.  1          Marked:

    Class: DOCUMENTS                              Status: Available

Description: 1 page original titled "Consent to Search" dated 8/2/2000 for residence search ( (MOVED TO VOLUME II IN TRIAL AS STATE'S 72).

    Location: /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/

Object ID: 850545          ID:          Identified:          Exhibit: S.  2          Marked:

    Class: DOCUMENTS                              Status: Available

Description: 1 page original titled "Consent to Search" dated 8/2/2000 for vehicle search (NOT USED IN TRIAL).

    Location: /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/

Object ID: 850546          ID:          Identified:          Exhibit: S.  3          Marked:

    Class: DOCUMENTS                              Status: Available

Description: 1 page original of a document titled "Waiver" Case Report No. 00-13656 dated 8/2/2000 for Brian Herlihy (MOVED TO VOLUME II IN TRIAL

    Location: /CLERK/CRIMINAL/CRIMINAL EVIDENCE VAULT/

00CF2753A 

## IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
## IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,

     Plaintiff,

                    Case No.: 02-2753-CF-A

vs.

BRIAN HERLIHY,

     Defendant.

_____/

### MOTION FOR POST-CONVICTION RELIEF

    COMES NOW, BRIAN HERLIHY (hereinafter also referred to as "Mr. Herlihy"), and pursuant to Florida Rule of Criminal Procedure 3.850, and hereby moves this Honorable Court for an order vacating his Judgment and Sentence in the instant case, and states:

    1.    On or about August 4, 2000, law enforcement arrested Mr. Herlihy based on allegations of aggravated child abuse in Alachua County, Florida, of Baby Robert Quirillo (hereinafter also referred to as "Baby Quirillo"). Then, on or about August 10, 2000, Baby Quirillo died.

    2.    Thereafter, on August 29, 2000, Mr. Herlihy was indicted for first degree murder.

    3.    Mr. Herlihy pled not guilty and proceeded to a jury trial in the Circuit Court of the Eighth Judicial Circuit, in and for Alachua County, Florida, the Hon. Martha Ann Lott presiding. Gordon Groland, Esq. and John Tedder, Esq. served as trial counsel for Mr. Herlihy.



1

4. Subsequently, on September 25, 2002, the jury convicted Mr. Herlihy of manslaughter. On November 8, 2002, the Court sentenced Mr. Herlihy to 15 years in prison.

5. A timely Notice of Appeal was filed on December 30, 2002. Nada M. Carey, Esq., of the Office of the Public Defender, represented Mr. Herlihy in connection with his appeal. There were no issues of ineffective assistance of trial counsel raised or cognizable on appeal. The appeal was affirmed without opinion by the First District Court of Appeals on November 3, 2004. The appellate mandate issued on November 19, 2004.

6. On or about August 10, 2005, then-defense counsel David Mengers, Esq., filed a Motion for Post-Conviction Relief under Rule 3.850, Fla.R.Crim.P., on behalf of Mr. Herlihy. The Motion presented only one ground for relief, *i.e.*, the failure of Mr. Herlihy's trial counsel to request a hearing under Frye v. United States, 293 F. 1013 (D.C. Cir. 1923) to determine the admissibility of the medical diagnosis offered by State witness(es) that the death of Baby Quirillo was caused by the so-called Shaken Baby Syndrome ("SBS").

7. The aforesaid Motion for Post-Conviction Relief was denied without an order to show cause on September 29, 2005. Mr. Herlihy appealed this decision and the First District Court of Appeal affirmed without opinion on or about May 10, 2006.

8. Thereafter, on or about August 25, 2006, Mr. Herlihy filed a second Motion for Post-Conviction Relief under Rule 3.850. In his Motion, Mr. Herlihy essentially stated two grounds for relief: (1) that he was denied his Constitutional right to effective assistance of counsel because his trial attorneys failed to follow up on the key

2

information presented by medical expert Dr. Viera Scheibner in a report citing vaccine injury and other causes for Baby Quirillo's medical crisis and death, to discover other important medical issues, and/or present this critical medical information concerning Baby Quirillo to the jury (hereinafter also referred to as "Ground One"; and (2) that he was denied his Constitutional right to effective assistance of counsel because his trial attorneys failed to call Detective Weaver as a defense witness to impeach Detective Legall regarding the purported confession of Mr. Herlihy (hereinafter also referred to as "Ground Two").

9.     The Court denied Ground Two in an Order dated February 9, 2007. Thereafter, in a subsequent Order dated October 29, 2007, the Court also denied Ground One without prejudice. In so doing, the Court indicated that if Mr. Herlihy intended to refile Ground One, he would be permitted to do so within thirty (30) days; and then, he would be entitled to appeal the denial of Ground Two within thirty (30) days of this Court's ruling on Ground One. *See* October 29, 2007 Order at page 3. In reliance on this Order, Mr. Herlihy is hereby re-filing Ground One with the Court, and awaiting the Court's decision on that Ground prior to his filing a notice of appeal as to Ground Two.

10.     The instant Motion for Post-Conviction Relief is timely as it has been filed with the permission of the Court within the thirty (30) day time limitation set forth in the Court's October 29, 2007 Order.

11.     Mr. Herlihy submits that the instant Motion for Post-Conviction Relief is not impermissibly successive for all of the reasons set forth in: (a.) Section II of his prior, *pro se* Motion for Post-Conviction Relief, at pages 2-6; (b.) Defendant's Response to Motion to Strike, etc., filed on or about May 16, 2007; and (c.) Defendant's Response

3

000003

11/27/2007   14:37  40734316           FITZGIBBONS                    #0604 P.005 /009

to State's Supplement to Motion to Strike, etc., filed on or about September 14, 2007.
Mr. Herlihy reasserts and realleges the facts, arguments and cases alleged therein, with
the clarifications set forth in Paragraph 12, *infra*.

12.    The crux of Ground One, restated herein, is that trial counsel (*e.g.*, Mr.
Groland) possessed Dr. Scheibner's report in November, 2000, but improperly failed to:
(a.) share the findings with Mr. Herlihy; (b.) discover other key medical information
regarding Baby Quirillo with the assistance of these findings; or (c.) utilize any of this
missing, key medical information during pre-trial preparation and trial.  To clarify, the
report of Dr. Scheibner attached to the *pro se* Motion of Mr. Herlihy was, unbeknownst
to him, redated on or about July 11, 2006, with updates (*e.g.*, updated citations).  Also,
the *pro se* Motion incorrectly indicated that the report was originally transmitted in
October, 2000.  Mr. Herlihy's confusion was exacerbated by the fact that he was
incarcerated and trial counsel had failed to forward a copy of the November, 2000 report
to Mr. Herlihy.  To further clarify this situation and eliminate any confusion, Dr.
Scheibner has furnished a Supplemental Affidavit in support of this Motion for the
Court's reference.  Attached to that Supplemental Affidavit is a copy of what Dr.
Scheibner attests is her original report, and correspondence with the office of trial counsel
from the Fall of 2000 concerning said report. *See* Supplemental Affidavit of Dr.
Scheibner at Exhibit "D." This correspondence demonstrates that in or about October,
2000, Dr. Scheibner was contacted on behalf of Mr. Herlihy and asked to review the
circumstances surrounding the death of Baby Quirillo, which she did; thereafter, Dr.
Scheibner generated her original report and forwarded it directly to the office of his trial

4

counsel on or about November 20, 2000.   *See* Supplemental Affidavit of Dr. Scheibner Exh. "A" through "D" and para. 3-6.

13.    At trial, Mr. Herlihy's counsel attempted to refute the State's theory that Baby Quirillo died of SBS.  However, Mr. Herlihy submits that in so doing, trial counsel focused on the difficult birth of Baby Quirillo and the existence of prior injury and old subdural hematoma(s).  Trial counsel failed to investigate and/or present to the jury the critical, additional information provided and/or flowing from Dr. Scheibner's report (*e.g.*, that multiple vaccinations were a key factor in Baby Quirillo's death) or to even advise Mr. Herlihy of this information.

14.    As a result of trial counsel's deficient performance, Mr. Herlihy was unaware of the key information contained in and/or flowing from Dr. Scheibner's report before trial, during trial, or at the time Mr. Mengers filed Mr. Herlihy's first post-conviction relief motion.  Hence, in his original post-conviction motion, Mr. Herlihy was not in a position to file this claim based on Dr. Scheibner's report.

15.    This Court has attempted to equate the Frye issue raised in Mr. Menger's original post-conviction motion with Ground One raised for the first time in Mr. Herlihy's *pro se* motion.  However, Mr. Herlihy respectfully submits that an attack on SBS theory in general as a form of "junk science" is a defensive tactic (*e.g.*, possibly even cognizable pre-trial, *in limine*) distinct from any detailed inquiry into the actual cause(s) of Baby Quirillo's medical crises and death.

16.    Moreover, the fact that trial counsel presented testimony of medical experts to dispute the State's SBS theory should not be considered dispositive of Mr. Herlihy's instant motion.  By analogy, what if trial counsel had failed to present to the

jury that Baby Quirillo was a haemophiliac infant prone to sudden bleeding? Should such deficient performance by defense counsel be immunized from relief under 3.850, Fla.R.Crim.P. simply because defense counsel previously argued that a pre-existing injury resulted in the infant's death, and/or attacked the theory of SBS, as a general principle?

17.  Mr. Herlihy submits that to the extent vaccination or other medical intervention injured Baby Quirillo (e.g., rendering him diabetic, causing him to bleed, etc.) is a consideration separate and apart from any previously presented by defense counsel prior to submission of Mr. Herlihy's *pro se* Motion for Post-Conviction Relief. Indeed, in an SBS case such as this one, Mr. Herlihy was properly entitled to an effective defense wherein the jury was privy to each and every significant medical issue of Baby Quirillo relating to his tendency to bleed, be it genetic, natural causes, accident, or induced by medication (e.g., vaccination, corticosteroids), and its cumulative effect on the infant's condition. Furthermore, had defense counsel followed up on the report of Dr. Scheibner, the information presented in the reports of Dr. Mohammed Ali Al-Bayati, Ph.D., DABT, DABVT, and Dr. F. Edward Yazbak, M.D., FAAP (relied on by Mr. Herlihy in his *pro se* Motion for Post Conviction Relief and similarly relied on in the instant Motion) would have been easily discoverable.

18.  Post-conviction relief is appropriate where, as here, trial counsel's failure to investigate the key information in Dr. Scheibner's report and/or to discover the information presented in the reports of Drs. Al-Bayati and Yazbak was deficient performance by any objective standard; indeed, there is reasonable likelihood that the jury would have acquitted Mr. Herlihy if they had been apprised of the additional medical

6

crises of Baby Quirillo discussed in the report of Dr. Schreibner that, unfortunately, were never revealed to them during trial. *See* Strickland v. Washington, 466 U.S. 668 (1984); Floyd v. State, 808 So.2d 175 (Fla. 2002).

19.    As to Ground One, Mr. Herlihy further reasserts and realleges herein, with the exception of the clarifications noted in Paragraph 12, *supra*, the facts, law and citations set forth in:  (a.) Ground One, second full paragraph of page 7 through page 34, of his *pro se* Motion for Post-Conviction Relief; (b.) Defendant's Response to Motion to Strike, etc., filed on or about May 16, 2007; and (c.) Defendant's Response to State's Supplement to Motion to Strike, etc., filed on or about September 14, 2007.

20.    Accordingly, Mr. Herlihy requests that this Honorable Court determine, on the face of the record, or after evidentiary hearing, as appropriate, that his Motion satisfies the requirements of Rule 3.850, Fla.R.Crim.P., and vacate his conviction and sentence, with such other relief as this Court deems just and proper.

WHEREFORE, Mr. Herlihy respectfully moves this Court to:

1.     . Grant this Motion for Post Conviction Relief, vacate the Judgment and Sentence as entered, and remand this cause for jury trial proceedings; or, in the alternative,

2.     Order the State to show cause as to why this Motion should not be granted; and thereafter, prior to the adjudication of this motion,

3.     Order a full and fair evidentiary hearing with Mr. Herlihy present and represented by counsel, in order for Mr. Herlihy to sustain, if necessary, his burden of proof and persuasion; or in the alternative,

7

4.    Grant any other or further relief as this Court deems necessary in the interest of justice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular U.S. Mail, postage pre-paid, this 27ᵗʰ day of November, 2007, to the Office of the State Attorney, 120 W. University Ave., Gainesville FL 32602.

By: _____

Mary E. Fitzgibbons
Fitzgibbons Law Firm P.A.
22 N. Orlando Ave.
Kissimmee FL 34741
Phone: (407) 343-1777
Fax:    (407) 343-1677
Fla. Bar No.: 0056480
Attorney for Brian Herlihy

## OATH

Under penalties of perjury, I declare that I have read the foregoing Motion for Post-Conviction Relief and that the facts stated in the aforesaid Motion are true.

_____
BRIAN HERLIHY

8



00CF2753A

## IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
## IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,

    Plaintiff,

                         Case No.: 02-2753-CF-A

vs.

BRIAN HERLIHY,

    Defendant.

_____/

### NOTICE OF FILING

COMES NOW, Defendant, BRIAN HERLIHY, and hereby files the following document in support of his Motion for Post-Conviction Relief dated November 27, 2007, to be filed included in the Appendix to said Motion:

    Supplemental Affidavit of Dr. Viera Scheibner

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular U.S. Mail, postage pre-paid, this 27th day of November, 2007, to the Office of the State Attorney, 120 W. University Ave., Gainesville FL 32602.

By: _____
Mary E. Fitzgibbons
Fitzgibbons Law Firm P.A.
22 N. Orlando Ave.
Kissimmee FL 34741
Phone: (407) 343-1777
Fax:    (407) 343-1677
Fla. Bar No.: 0056480
Attorney for Brian Herlihy





2O

## SUPPLEMENTAL AFFIDAVIT OF DR. VIERA SCHEIBNER

STATE OF __NSW__ )

COUNTY OF __COOK__ )

THE AFFIANT upon being duly sworn deposes and states:

1.     My name is DR. VIERA SCHEIBNER. I am over 21 years of age and competent to testify in this case.

2.     I understand that I am swearing under oath to the accuracy of this Affidavit, under penalty of perjury, and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

3.     As I have previously stated, in or about October, 2000, I was contacted on behalf of Defendant Brian Herlihy in connection with the criminal case of *State v. Herlihy* in the Circuit Court in and for Alachua County, Florida, Case No.: 01-2000-CF-2753-A. Specifically, I was asked to review the circumstances surrounding the death of three and a half month old Baby Robert Quirello. In the following paragraphs, I set forth explanations and documentation supporting the fact that I did indeed generate a preliminary report re: Baby Quirello and forward it to legal counsel for Mr. Herlihy during Fall, 2000.

4.     In particular, I corresponded via facsimile with legal counsel for Mr. Herlihy in a letter dated October 7, 2000, indicating that I would give a written opinion on the case after examining the relevant documents. A true and correct copy of this

i

letter dated October 7, 2000 (with the exception of any more recent facsimile notations on the top of the document), is attached as Exhibit "A" hereto.

5.  In response, I received letters dated October 9, 2000, from legal counsel for Mr. Herlihy re: my examination of the relevant documents and preparation of information for the defense. True and correct copies of these letters (with the exception of any more recent facsimile notations on the top of the document) are attached as Exhibits "B" and "C" hereto.

6.  Thereafter, on or about November 20, 2000, I sent via facsimile to legal counsel for Mr. Herlihy what I considered to be a preliminary report on Baby Quirello. A true and correct copy of this report (without additional enclosures and with the exception of any more recent facsimile notations on the top of the document) and accompanying cover letter are attached as Exhibit "D" hereto.

7.  Subsequently, I communicated via facsimile in a letter dated December 7, 2000 with the office of legal counsel for Mr. Herlihy re: certain legal matters I had past involvement in (e.g., legal cases relating to vaccine reactions).   A true and correct copy of this letter (with the exception of any more recent facsimile notations on the top of the document) is attached as Exhibit "E" hereto.

8.    Thereafter, in 2006, I reprinted and updated my report, redating it in the process. However, in my opinion and to the best of my knowledge, in all material respects, the substance of the update was the same as that of the report I transmitted to legal counsel for Mr Herlihy in Fall, 2000. My opinion re: the role of multiple vaccinations in causing the tragic injuries and death of Baby Quirillo has remained unchanged from Fall, 2000 to date.

Further affiant says not,

Sworn to and subscribed before me this __27__ day of November, 2007.

_Notary Public, or_ other person
Authorized to administer an oath

Personally known __✓__ or _____ produced identification

Type of identification produced:

My commission expires:   2011

11/26/2007  16:06  1073411600                      FITSCHEIBNG                        01207 P.019  1117
     02/18/2007  09:52   6124787639PM               VIERASCHEIBNER                            PAGE  85

# FAXED

## Dr Viera Scheibner
PRINCIPAL RESEARCH SCIENTIST (RETIRED)

178 Govetts Leap Road,
Blackheath NSW 2785
Australia
Tel: +61 2 47 878203
Fax: +61 2 47 878868

Groland, Quirk & Salter
Attorneys and Councelors at Law
500 East University Ave, Suite A
POB 2848, Gainsville, Florida 32602  .  Blackheath 7.10.2000.

Dear Mrs Salter,

Thank you for your fax of October 6, 2000 in regard to Lois
Herlihy's son, who is charged with first degree murder of an
infant. Yes, I indicated when Lois rang me that I agree to
give a written opinion on this case after examining the
relevant documents.

Please, send me the documents so that I can start on my report.
I will be leaving for a 2-week overseas lecture tour next
Saturday, but will resume my work on this report in November.
Please, let me have your deadlines.

Please, send all relevant documents and correspondence to the
address on my letterheads.

My charge for preparing reports of this kind is $450, plus any
out of pocket expenses (phone calls, copying) which in the past
have amounted to something like an additional $50.

Sincerely,

**EXHIBIT A**

000013

LAW OFFICES OF

# GROLAND, QUIRK & SALTER, P.A.

### ATTORNEYS & COUNSELORS AT LAW
900 EAST UNIVERSITY AVENUE, SUITE A
POST OFFICE BOX 2848
GAINESVILLE, FLORIDA 32602
TELEPHONE (352) 373-4460
TELEFAX (352) 373-2885

GORDON R. GROLAND
KEVIN D. QUIRK
DAVID P. SALTER
JENNIFER L. SALTER

C. GARY MOODY
ANTHONY J. SALZMAN
LINDA WINCHENBACH
of counsel

**EXHIBIT B**

311 S.E. 1st Avenue
Ocala, Florida 34470
Telephone: 352/351-9010
Telefax: 352/779-3283

CRIMINAL LAW
PERSONAL INJURY
WRONGFUL DEATH
TRIAL PRACTICE

October 9, 2000

Viera Scheibner, PhD.
178 Govetts Leap Road
Blackheath, NSW 2785
Australia

FAX 610247878988

RE:   Brian Herlihy

Dear Dr. Scheibner:

Enclosed, please find all the materials and relevant documentation that we have received thus far. In addition, there are some handwritten statements regarding the days events written by Brian himself. The next deadline that we have with regard to Brian's case is a Hearing to Set Bond on October 30, 2000. Brian is being held without bond and we are attempting to get a bond amount set. I understand you are very busy, especially with the lecture tour that you are going on for the next two weeks, however, any time that you can devote to beginning to look through these documents and preparing any information for us before October 30, 2000, would be greatly appreciated.

Please feel free to contact us toll free at 1-888-248-6885, or you may contact us by fax at 1-352-373-2885.

Sincerely,

Jennifer L. Salter

JLS/clc

000014

VIERASCHEIBNER

LAW OFFICES OF

# GROLAND, QUIRK & SALTER, P.A.

ATTORNEYS & COUNSELLORS AT LAW

GAINESVILLE, FLORIDA 32602

**EXHIBIT C**

October 9, 2000

Viera Scheibner, Ph.D.
178 Govett Leap Road
Blackheath, NSW 2785
Australia

FAX 011612478752288

RE:    Brian Herbly

Dear Dr. Scheibner:

This letter via fax is to confirm that we mailed out the documents in reference to Brian Herlihy's case. The documents were shipped via Federal Express today, and you should receive them by the end of business on Friday - your time. We would appreciate any information or direction you may be able to provide to us. I thank you in advance for your cooperation.

Please contact us toll free at 1-888-248-6883 or you may contact us by fax at 1-352-377-2885, with any questions or comments that you may have.

Sincerely,

Jennifer L. Salter

JLS/clc

VIERA SCHEIBER

LAW OFFICES OF

# GROLAND, QUIRK & SALTER, P.A.

ATTORNEYS & COUNSELORS AT LAW

GAINESVILLE, FLORIDA 32602

---

## FAX COVER SHEET

TO: Viera Scheibner Phh                     DATE: 10.9.00

FROM: ( ) Gordon H. Groland        ( ) Kevin D. Quirk
      ( ) David P. Salter          ( ✓ ) Jennifer L. Salter

Other: _Lynn Carolini_

FAX NUMBER: 011612478 8988     NUMBER OF PAGES (including cover)  2

RE: _Brian Herlihy_      _letter re discovery shipment_
                         (Name of Document)

CASE NO.: _____

✓ This is the only form of delivery of the transmitted document.

___ Original sent via Regular U.S. Mail.
                 materials
✓ Original sent via Federal Express/Other Express delivery.

COMMENTS: _____

_____

_____

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity names above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by telephone (collect) and return the original message to us at the above address via U.S. postal service. We will reimburse you for postage and/or telephone expenses.

000016

11/26/2017   18:18   407343.677
02/18/2007   09:30   6124767890^

FOTOSIEBCN3
VIERASCHEIBNER

#1442 P.008   117
PAGE   02

# FAXED   *Dr Viera Scheibner*

### PRINCIPAL RESEARCH SCIENTIST (RETIRED)

178 Govetts Leap Road.
Blackheath NSW 2785
Australia
Tel: +61 2 47 878203
Fax: +61 2 47 878988

Groland Quirk & Salter, P.A.
Attorneys and Counselors at Law
500 East University Ave, Suite A
POB 2848, Gainesville, Fl 32602.                  Blackheath 20.11.2000.

Attn Jennifer L. Salter

Dear Ms Salter.                    **EXHIBIT D**

Re: Brian Nerliby

Enclosed, please, find my report on vaccine injuries of baby
Robbie Quirello.

Please, let me know whether the enclosed report is suitable for
your purposes and I will then send you the original with all
enclosures.

Please, note that my fee for this report is $450, plus $50 out of
pocket expenses (total $500) payable by International Money Order
converted into Australian dollars. Thank you.

Yours sincerely,


39 PAGES (INCL)


000017

11/26/2??? 16:09 4?71431?7?
02/10/2007. 09:30    612478789?

F????2?2?5??
VIERASCHEIBNER

#?58? ?.??? ???
PAGE  03

# Dr Viera Scheibner

PRINCIPAL RESEARCH SCIENTIST (RETIRED)

178 Coveto Loop Road,
Blackheath NSW 2785
Austrana
Tel. +61 ? 47 878203
Fax +61 ? 47 878088

## REPORT ON VACCINE INJURIES OF BABY ROBERT QUIRELLO

By Dr Viera Scheibner,
Principal Reasearch Scientist, Retired

The events of the 2nd of August 2000,
based on Mr Herlihy's statements to the police
--------------------------------------------------

On 2nd of August 2000, Brian Patrick Herlihy (thereafter Brian),
the defendant, was busy with dipping and washing his dogs on the
balcony of his house when Crystal Quirello (thereafter Crystal),
the mother of the diseased baby Robert Quirello (thereafter
Robbie), walked in and asked Brian to look after her baby, while
she was going to attend to some errands.

After washing his hands, Brian took the baby, kissed his forehead
and said "Hey, Buddy, how are you?" Robbie laughed and smiled at
Brian. During a brief conversation with Crystal, Robbie started
to fuss and Brian asked Crystal when he last ate. Crystal said
"About 5 minutes ago".

"Robbie had a little spit up on his outfit which was unusual".
Brian then made Robbie's bottle and started feeding him. Crystal
seemed in a hurry to go. She also wanted for all of them to go
to Cedar Key for the afternoon. Brian did not want to go. When
changing Robbie's nappy, Brian commented how tight Robbie's one-
sy was and Crystal said "take it of him then". When Brian took
the one-sy off Robbie he noticed "red blotches all over his back,
chest and stomach". Crystal said "He gets heat rash real bad".
"I've never seen heat rash like that. Crystal did not seem
alarmed, so I left it go" Brian wrote. During a short discussion
with Crystal about whether Brian should take a shower, Brian
noticed Robbie spitting up and wiped him up. Brian did not want
to leave Robbie alone while taking the shower. Crystal was in a
hurry and asked Brian to walk her down to his truck which she was
going to use for her errands. When Brian objected, she said "he
[Robbie] will be fine". When Brian got back to his bedroom after
walking Crystal to his truck, Robbie "had formula all over his
mouth and running along his neckline, so I grabbed his burping
cloth and wiped it up. He seemed a little 'dazed'. I did not see
Crystal "burp " him after she gave him the rest of the bottle and
wondered if she had. I picked him up and burped him. He had a
little one, but spit up a lot of formula. I played with him
and picked him up and plopped him down on the pillow on his back.
It wasn't rough, I always swing him and play with him like that
and had no problems before". After propping Robbie up on his
bed, Brian asked Robbie to say "goo" for him, which Robbie did
after a few times being asked, and Brian then went to the toilet.
About five minutes later, Brian was back with Robbie and saw that
he rolled over so that he could only see his feet. Robbie was
not moving and Brian pulled him up. He shook him slightly
once to see if he was asleep, and said "Robbie! wake up! Are you

once to see if he was asleep, and said "Ro e! wake up! Are you
all right?" Then blew in his face to see if his eyes would open.
"His arms got real relaxed his eyes were closed and I heard

27/11/2007  18:44    61247872988                VIERASCHEIBNER

11/26/2007  16:10  4073431677
02/10/2007  09:30    6124787B9P           FITFRIDPRONS                    0C40: P.01E  ?!!"
                                          VIERASCHEIBNER               PAGE  04

him gurgling. I felt myself started to panic. I felt his
heartbeat, but he wasn't breathing. I couldn't believe this was
happening. I cradled him in my left arm and gave him a breath,
placing my mouth over his nose and mouth. It was a puff and
watched his chest to see if it would rise and fall, but with
short puffs like that it's hard to tell. I waited a few seconds
and gave him another breath. I got no response. I felt helpless
and said "Please, Robbie, don't die baby". I had to call 911,
but I don't have a phone in my room" To find the phone, Brian
placed Robbie down on the pillow and ran downstairs and hit the
pager button on the cordless phone and heard the phone beeping in
the bedroom. Brian ran back and found the phone. He grabbed it
and gave Robbie a quick breath and called 911. "I told them I
had a 3 and 1/2 months old who was unresponsive and not
breathing. They told me to give him rescue breaths, I told them
I was and wasn't getting a response. I was crying and they asked
me what the address was, I told them and then Robbie began to
have formula pouring out of his mouth and mouth. I placed him
on the floor and laid him on his side so if he started breathing
he wouldn't aspirate on it. I saw red in the formula that was
coming up of his nose. I told 911 this and they were telling me
rescue was on its way. They asked me to do a 'finger sweep' which
I did and said to Robbie "Please don't die". Brian also said
words to the effect why did this had to happen today? When he
saw paramedics going to the wrong building he ran out and
directed them to his house. One medic said "I don't have the
right stuff" and left and the other was fumbling around and
nobody was breathing for Robbie. So, Brian grabbed the
resuscitation bag and placed the mask over Robbie's nose and
mouth and gave him a breath himself. The medic then tried to
put the equipment together to use on Robbie. The bike-patrol
medics arrived and pulled Brian out of the room and tried to
console him. He told them that Crystal was his girlfriend and
Robbie was her son and that she went out to run an errand. Soon
after Crystal arrived and when she saw the medics working on
Robbie started crying. Brian told her "I'm sorry I left him
alone, I failed you and Robbie".

I leave the diary here. It provides a perfectly plausible story.
Only an innocent person would communicate this way, including
saying the last words about being sorry for leaving Robbie alone
while it was clear that the baby was only left alone for about 5
minutes while Brian went to the toilet, and was vomiting right
after being dropped off by his mother Crystal and nothing that
happened or could have happened in those 5 minutes would have
caused the observed serious symtoms.

### WHAT CAUSED BABY ROBBIE TO VOMIT AND DEVELOP BRAIN AND RETINAL HAEMORRHAGES?

Robbie was born on March 22, 2000, slightly premature at 36 weeks
gestation. There was a birth trauma there: broken clavicle.

However, he seemed to be doing reasonably well and was given his
first set of 6 vaccines on May 9, 2000, when 7 weeks old. It was
the following vaccines:

11/26/2007  16:10  4079431677
02/10/2007  09:30   6124787890             VIEPASCHEILPNER                    PAGE  05

DTaP1 (three in one); SKB a918 ac L leg
OPV/IPV1 (undiferentiated Connaught RO668 L leg
Hib1; Connaught VA510AA R leg
HepB1; SKB 3198AZ R leg

On 19 July, 2000, Robbie was given the second set of 6 vaccines
as follows:

DTaP2 SKB 956A2; R thigh
OPV/IPV2 Connaught R1433 R thigh
Hib2 Lederle 468487 L thigh
HepB2 SKB 3198A2 L thigh

There is no record of a dose of hepB at birth.

The diary of events available to me does not contain any
information about any possible reactions to the first lot of 6
vaccines as above.  This does not mean that there were no
reactions, clinical or subclinical.

The documented symptoms suffered by baby Robbie, appear to have
occurred 14 days after the second lot of 6 vaccines.  This is not
unusual, because the so-called delayed vaccine reactions are a
rule rather than an exception, as documented by Wilkins (1988).
Wilkins (1988) documented that if reactions to vaccines are
triggered by the formation of circulating immune complexes, then
the reactions would not occur immediately.  She stated: "...If
one assumes that the adverse reaction to the DPT vaccine my
result from an immunologic intravascular complexing of
particulate antigen (whole-cell or disrupted pertussis organisms)
with specific antibody to produce a Jarisch-Herxheimer reaction,
then the adverse reaction may not occur within 24 hours of
inoculation...If the postinoculation interval is extended to 2
weeks, an additional 93 case infants (now representing a total of
98 case infants) might have been at risk for an adverse reaction
to DTP vaccine."  And: "The DTP vaccine will not be exhonorated
from causing an infants' sudden death until, tissues from suspect
infants have been examined and shown not to contain insoluble
immune complexes to pertussis antigen."

As demonstrated by Lewis et al. (1986), administration of the DPT
vaccines does result in the formation of vaccine-specific
circulating immune complexes (CIC's).  They described petechial
and urticarial rash in a 4-months old baby 5 hours after given
DTP vaccines.  Subsequent antigenic analysis of the CIC's showed
them to be composed of vaccine-specific antigens with
complementary antibodies.  They also described the test which
detects such antibodies.  The test for these CIC's has not been
done in the case of baby Robbie.  As shown by the available
records, baby Robbie had his torso covered with urticaria
(described by Brian as "red blotches") when Brian undressed him
and it is reasonable to conclude that the rash was one of the
signs of the CIC's development; moreover, the rash could have
developed already after his first dose of 6 vaccines as above,

3

27/11/2007  18:44     61247878988                VIERASCHEIBNER

particularly since his mother told Brian that baby Robbie
suffered what she called "heat rash". It is quite likely that
that's what she was told by a doctor when she enquired about the
persistent rash, namely, that its was only a heat rash.

Torch (1982 and 1986a, and 1986b) demonstrated that DPT vaccines
cause infant deaths and brain encephalopathy which includes brain
haemorrhages. Not only he demonstrated that there are increasing
numbers of deaths with the increasing interval from the DPT
injections, he also described brain oedema and haemorrhages
caused by these vaccines.

Acellular pertussis vaccine of the type given to Robbie, is
advertised as less reactogenic than the whole-cell pertussis
vaccine. However, this vaccine caused unexpectedly high level
of neurological reactions, such as the hypotonic-hyporesponsive
episodes in the Swedish babies who participated in the so-called
Swedish Trial of the acellular vaccines. They expected 20 deaths
and experienced 45 (plus one accidental death). None of these
deaths occurred before vaccination, even though a group of
babies was given the first dose at 2 months and another group
at 3 months. I emphasise, not a single death occured before
vaccination. 45 deaths instead of the expected 20 is highly
significant, yet all were judged as unrelated to vaccination
(Olin et al. 1997). Importantly, the trial protocol only allowed
for reactions that occurred wthin 48 hours of vaccination. This
means, that the actual rate of reactions was more in the order of
a rate 100-times that which was recorded and admitted.

Retinal haemorrhages caused by hepatitis B vaccines were
described by Devine et al.(1996). They described a case of a
young man who developed retinal haemorhages after both the first
and second injections of this vaccine. The authors concluded
that the causal relationship was indicated by the close proximity
to the vaccine (1 week) and the reappearance of the retinal
haemorrhages after the second dose.

Interestingly, Goldwater et al. (1990) described tests which
clearly differentiate babies who died from trauma from those who
died without any trauma, such as SIDS. They tested sera from
babies who died from trauma and from those who died as SIDS for
cross-linked degradation products (XLFDPs) using D-D1 test
(Diagnostica Stago, Asnieres, France) which utilizes a monoclonal
antibody directed against the fibrin degradation product, D-dimer
molecule. The mean XLFDP levels for SIDS sera was 1792 mgL (BD
+-1498) and from controls sera was 56.6mgL (SD=-34.9). The high
levels of XLFDP seen in sera of SIDS cases most probably reflect
a massive consumptive coagulopathy. Even though the authors
admitted that pathogenic mechanism underlying this is uncertain,
they wrote that it is possible that in some cases it may be
related to bacterial toxaemia. This would concur with their
previous findings (Bettelheim et al. 1989) of toxigenic
Escherichia coli isolation from the intestine contents of SIDS
cases. Importantly, intravascular coagulation is known to occur
in other conditions caused by E. coli verotoxins, including

haemolytic uraemic syndrome, the pathogenesis of which involves
platelet aggregation and embolisation, which then results in
haemorrhages into several organs.

Vaccines and antibiotics are known toxic substances which cause
proliferation of toxigenic E. coli in the gut.

Again, such tests for the presence of toxigenic E. coli (the
Limulus test) have not been performed on baby Robbie.

Vaccines contain a number of substances which are toxic, starting
with foreign proteins (antigens): bacteria and viruses or their
protein envelopes) and continuing with formaldehyde, aluminium
phosphate and aluminium hydroxide, mercury compounds and other
toxic substances called adjuvants, which are known to cause
anaphylactic (=hypersensitivity) reactions (Parfentjev 1955;
Gupta et al. 1995 and many others). Far from providing immunity,
vaccine injections actually increase the susceptibility of the
recipients to the disease which the vaccines are supposed to
prevent, and also to other, unrelated, bacterial and viral
infections. This explains the well-documented 300% increase in
the reported cases of whooping cough after 1978 when the
individual US states mandated the DPT vaccines and which affected
mainly the 2 to 6 months babies, the well-vaccinated age group,
as well as regular epidemics in fully vaccinated populations
(Hutchins et al. 1988). This also explains the very high
incidence of ear infections, bronchiolitis and other respiratory
infections in the recipients of vaccines (Craighead 1975).

Vaccines, such as the whooping cough (pertussis) vaccine are
actually used in animal experiments to induce the so-called
experimental allergic encephalomyelitis (Levine et al.1966). As
shown by Behan et al.(1973), such encephalomyelitis may be
connected with brain haemorrhaging (=haemorrhagic
encephalomyelitis). There are a number of mechanisms that
explain this process, disseminated vasculomyelinopathy being one
of them (Raik 1980). Also, Raik (1980) stated that the numerous
central nervous system abnormalities which follow antecedent
infections and vaccinations appear to share a common pathogenesis
involving the immune system. Antigen-antibody complexes are
formed following the introduction of foreign antigen by injection
or inoculation cause vascular injury with secondary damage to
myelin.

5

11/26/2007  16:13 4073431677
     02/10/2007  09:30   612470789

FITNESSECNS
VIERASCHEISNEF

#0848 P.014 /117
PAGE  08

## SUMMARY OF MY FINDINGS OF THE CAUSE OF ROBBIE'S INJURIES

The diary of events as described in detail by Brian Herlihy is plausible and clearly indicates that there was no shaking of Robbie that could have caused any injury, neither before or after the documented serious neurological symptoms appeared.  The appearance of serious neurological symptoms, preceded by vomiting, can plausibly and clearly be explained as linked to the documented vaccine administration and did not require any physical violence.  Brian only attempted to revive Robbie after he developed serious neurological signs and gave him competent resuscitation by gently puffing breaths into him and, when the medics arrived, by correctly using the bag while one of the medics was fumbling around.

It is well-documented in medical records that Robbie was given a multitude of vaccines starting as early as at 7 weeks of his short life, and, again at about 3 months of his age.  Twelve vaccines in all.  This represented a potent toxic cocktail, bcca, in short succession, just over 2 months apart.  Most vaccines given to babies contain merthiolate (a mercury derivate) which cumulatively may exceed the safe level of such toxic substance. And this is before we even take into consideration the amount foreign proteins (antigens) and other toxic substances which such vaccines contain.  According to immunological research, vaccine injections do not immunise; rather they sensitise, make the recipients more susceptible to the disease which the vaccine is supposed to prevent and also to a host of unrelated bacterial and viral infections (Parfentjev 1955, Craighead 1975). To enhance the immune response, vaccines contain adjuvants, which are toxic substances and which further enhance the sensitisation effect of the foreign antigens in the vaccines.  According to Gupta et al. (1993), adjuvants in themselves are toxic and cause undesirable side effects.  Some of the side effects can be ascribed to unintentional stimulation of different mechanisms of the immune system, while the others may reflect the known general adverse pharmacological reactions.  It is a compromise between a requirement of adjuvanticity and what is considered an acceptable level of side effects.

This is enough to cause brain and retinal haemorrhages in small babies such as baby Robbie.  This also explains why the US has such a high infant mortality rivalling the rates in the Third World: it is the mandatory vaccination, resulting in some 98% of all US babies being vaccinated with such toxic substances.  Until about 1990, the "recommended" (=mandated) vaccines included only DTP and Polio, vaccines (4 in all) at 2, 4, and 6 months of age. The pathological findings in the babies who died from such vaccines were minimal: mostly petechial haemorrhages into the lungs, pericardium, thymus and other organs.  Since 1990s, babies are given DTP, Polio, Hib and hepB vaccines.  This explains why

6

02/10/2007  09:30   6124787699                    VIERASCHEIBNER                         PAGE  09

the pathological findings these days include brain and retinal haemorrhages, instead of just the minimal pathological finding of petechial haemorrhages. The Hib vaccine causes meningeal (subdural or subarachnoid) haemorrhages because the Haemophilus influenzae type B bacterium has a predilection for meninges (it causes meningitis). Retinal haemorrhages as a rule accompany such meningeal haemorrhages because of a direct connection between the brain and the eyes. The HepB vaccine does not make the situation any better, quite to the contrary. Indeed, hepB vaccination of newborns resulted in SIDS moving into the first days of life. That could have been the reason why the American Academy of Pediatrics (AAP) withdrew the recommendation for hepB vaccination of the newborn babies and changed it instead to a recommendation to start with the hepB vaccine at 6 months. This, of course, would almost completely camouflage the lethal effect of this vaccine.

In conclusion, baby Robbie's injuries and death were caused by the 12 vaccines which he received within his short 3 and a half months life.

20. Nov, 2005.

# FAXED

## Dr Viera Scheibner    **EXHIBIT E**

PRINCIPAL RESEARCH SCIENTIST (RETIRED)

178 Govetts Leap Road,
Blackheath NSW 2785
Australia
Tel. +61 2 47 879200
Fax: +61 2 47 878988

Groland, Quirk & Salter, P.A.
Attorneys and Counselors at Law
500 East University Ave, Suite A
Gainesville, Fl 32602.                    Blackheath 7.12.2000.
Attn Dave Barber

Re: Brian Herlihy

Dear Mr Barber,

The following are the names, addresses and phone numbers of
attorneys etc as requested.

1.  On December 11, 1995, the College of Physicians, Montreal
    (a licensing body of medical doctors in Quebec, Canada)
    recognised me as an expert on vaccination and SIDS and I
    gave evidence before the Disciplinary Committe of the
    College in a case of a medical doctor who published a book
    The Medical Mafia and was accused of defaming medical
    profession.

During 1998, the Disciplinary Committee admitted further evidence
from several other experts and in the end stated to the effect
that they were not sure whether the hearings were legal, because
they should have had three judges, not just one, presiding over
the hearings.

The medical doctor in question handed in her resignation from
the College, even though she was not required to do so.

2.  Ros Oliver, a solicitor of Anstan, Whetham & Guest, 21 South
    Street, Bridport, Dorset DT6 3NR UK; Tel 01308 4222; Fax
    01308 4277.

    The case was R v Nigel George Buffet, a boyfriend accused of
    shaking a baby of his girlfrend.  The child was repeatedly
    vaccinated despite serious reactions to previous vaccine
    doses.

My report was admitted in evidence and presented and read in
court per proxy. The jury acquitted Nigel.

This was in 1996, and I am not sure whether the same persons are
still there.

3.  The Coroners Inquest in Perth, Western Australia.  Baby Dylan
    died one week after his first dose of DPT and OPV.  The
    Coroner's Office rang me and requested medical literature
    linking vaccination and SIDS, which I supplied.  The Coroner
    ruled that Dylan died of natural causes, however:

*   The 'informed consent' procedure be followed by ........
    ........

* The distribution of an informative pamphlet on vaccination to parents before vaccination

* That medical practitioners satisfy themselves that the parents have read the pamphlets and have understood the pamphlets.

* That the death of Dylan be reported as a vaccine adverse event

* That all medical practitioners familiarise themselves with the Western Australian Regulations requiring the reporting of vaccine adverse events

* That the Regulations be enforced

The Western Australian branch of the Australian Medical Association told the Western Australian Newspaper 'It is inexplicable why the Coroner would make recommendations about the process of immunisation when he hasn't found immunisation was implicated in ther baby's death'.

I have no doubt that the Coroner's decision was motivated by the medical lterature I supplied for him.

This happened in 1997.

4.  A case of a Court Marshall at Fort Polk, Louisiana.  A young soldier's baby son had a serious reaction to vaccination and he was accused of shaken baby syndrome. The baby survived for over a year while cared for by the maternal gradparents, even though he was blind and quadruplegic, until it was placed in foster care just before the planned date of the Court Marshall, where the baby died due to a documented gross medical negligence.

After reading my original report, I was informed that the US Government was going to suppress my evidence.  However, the Military Judge ordered the US Government to pay for my travelling and other costs to give evidence in his Court Marshall and asked me to rebuke the US Government's comments, which I did.  After reading my rebuttal, the charges were dropped.

This happened in early 2000.  I am not sure without consulting the military attorney how much more information I can provide for you about this case.  Please, let me know whether you would wish me to do so.

There are a few other cases, in which a Solomonian decision was reached, whereby the accused person was found guilty but the sentence was very lenient.

Yours sincerely,

2

Print postage online - Go to USPS.com/postage



USPS
CPU

Mailed From 34
11/27/2007
031A 000319

**PLEASE PRESS FIRMLY**　　　　　　　　　　**PLEASE PRE**



# EXPRESS®
# MAIL

**TES POSTAL SERVICE**

## Flat Rate
## Mailing Envelope

### For Domestic and International Use

*Visit us at usps.com*

When use
affix custo
(PS Form



EB285122731US

EXPRESS
MAIL

UNITED STATES POSTAL SERVICE®

**Addressee Copy**
Label 11-B, March 2004

**Post Office To Addressee**

| ORIGIN (POSTAL SERVICE USE ONLY) | | |
|---|---|---|
| D ZIP Code | Day of Delivery | Postage |
| | ☐ Next ☐ 2nd ☐ 3rd Del. Day | $ |
| ite Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| | Month    Day | $ |
| o.   Day   Year | Scheduled Time of Delivery | COD Fee / Insurance Fee |
| me Accepted | ☐ Noon ☐ 3 PM | $ / $ |
| ☐ AM | Military | Total Postage & Fees |
| ☐ PM | ☐ 2nd Day ☐ 3rd Day | $ |
| st Rate ☐ or Weight | Int'l Alpha Country Code | Acceptance Emp. Initials |
| lbs.   ozs. | | |

| DELIVERY (POSTAL USE ONLY) | | | |
|---|---|---|---|
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.    Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.    Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.    Day | | | |

**CUSTOMER USE ONLY**

**(PLEASE PRINT)**   PHONE ( )

**TO: (PLEASE PRINT)**   PHONE ( )

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

☐ ☐ ☐ ☐ ☐ + ☐ ☐ ☐ ☐

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

ALACHUA COUNTY, FL

Clerk Of Circuit Court
& County Court

**OR PICKUP OR TRACKING**
**www.usps.com**
1-800-222-1811

for its material content, recyclability, and manufacturing characteristics.

SILVER

00CF2753A 

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,

      Plaintiff,

                        Case No.: 02-2753-CF-A

vs.

BRIAN HERLIHY,

      Defendant.

_____/

## MOTION FOR LEAVE TO SUPPLEMENT DEFENDANT'S
## MOTION FOR POST-CONVICTION RELIEF

COMES NOW, BRIAN HERLIHY (hereinafter also referred to as "Mr. Herlihy"), and pursuant to Florida Rule of Criminal Procedure 3.850, and hereby moves this Honorable Court for leave to supplement his instant motion for post-conviction relief, and in support thereof states as follows:

1.    Mr. Herlihy has filed his present Motion for Post-Conviction Relief on or about November 28, 2007, with the leave of the Court, within thirty (30) days as set forth in the Court's October 29, 2007 Order.

2.    However, the efforts of counsel to contact individuals involved in the trial preparation and/or trial of Mr. Herlihy's case are ongoing, and due to the intervening Thanksgiving Holiday and the many issues involved in said Motion, counsel for Mr. Herlihy moves for additional time of forty-five (45) days to supplement the present Motion.

3.    Such leave is routinely afforded by Florida Courts.

4.    The State does / does not oppose this Motion for Leave to Supplement Motion for Post-Conviction Relief.



1

000029

WHEREFORE, Mr. Herlihy respectfully moves this Court to grant him leave of

an additional forty-five (45) days to supplement the present Motion for Post-Conviction

Relief and for such other relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by

regular U.S. Mail, postage pre-paid, this 27th day of November, 2007, to the Office of

the State Attorney, 120 W. University Ave., Gainesville FL 32602.

By: _____

Mary E. Fitzgibbons
Fitzgibbons Law Firm P.A.
22 N. Orlando Ave.
Kissimmee FL 34741
Phone: (407) 343-1777
Fax:    (407) 343-1677
Fla. Bar No.: 0056480
Attorney for Brian Herlihy

2

000030

# HEARINGS FOR DIVISION I

**DATE:** _1/ 29/ 2008_

### JUDGE LOTT

**S/A:** **BECKER**
**D/A:** **SILVERMAN**

### STATE OF FLORIDA
-VS-

Herlihy, Brian

**C/R** _Original_

**BALIFF** _Dennis_

**CLERK** _MrC_

**MOTION TO:** **STATUS HEARING**

**CASE NUMBER(S)** 01- 2000 - CF - 2753 -A _R86_

**STATE WITNESSES**                          **DEFENSE WITNESSES**

RULING: _Sa not present. Continued until we el(co't 2-1t-2008._

**ORDER TO BE PREPARED BY:**

___ **STATE ATTORNEY**      ___ **DEFENSE ATTORNEY**      ___ **J.A.**

**JUDGE HAS FILE____**          **CLERK HAS RETURNED FILE_____**

①

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,

        Plaintiff,

vs.

BRIAN HERLIHY,

        Defendant.

**CASE NO.:**    **01-2002-CF-002753-A**

**DIVISION:**    **I**

## ORDER GRANTING MOTION FOR LEAVE TO SUPPLEMENT DEFENDANT'S MOTION FOR POST-CONVICTION RELIEF

**THIS CAUSE** comes before the Court upon Defendant's "Motion for Leave to Supplement Defendant's Motion for Post-Conviction Relief," filed November 28, 2007. Upon consideration of the motion and the record, this Court finds and concludes as follows:

1.    Defendant requests an additional forty-five (45) days to supplement his motion for post-conviction relief. Because more than forty-five (45) days have passed since the instant motion was filed, this request is moot.

2.    A status conference on Defendant's motion for post-conviction relief is scheduled for February 14, 2008. Defendant may supplement his motion for post-conviction relief at that time.

3.    Therefore, it is **ORDERED AND ADJUDGED** that:

    Defendant's "Motion for Leave to Supplement Defendant's Motion for Post-Conviction Relief" is hereby **GRANTED**. Defendant may supplement his motion for post-conviction relief at the time of the status conference scheduled for February 14, 2008.

    **DONE AND ORDERED** in Chambers on this ___5___ day of February 2008.

MARTHA ANN LOTT,
CIRCUIT JUDGE



000032

ORDER GRANTING MOTION FOR LEAVE TO SUPPLEMENT DEFENDANT'S MOTION FOR POST-
CONVICTION RELIEF
STATE VS. BRIAN HERLIHY
CASE NO. 01-2002-CF-002753-A
PAGE 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true copy of the foregoing Order was furnished by U.S. Mail/hand
delivery, on this ___5___ day of February 2008, to the following:

Mary E. Fitzgibbons, Esquire                    Michael Becker, Assistant State Attorney
Fitzgibbons Law Firm P.A.                       State Attorney's Office
22 North Orlando Avenue
Kissimmee, FL 34741
Counsel for Defendant

Joshua Silverman, Esquire
Silverman & Vorhis, P.A.
20 West University Avenue, Ste. 202
Gainesville, FL 32601
Co-Counsel for Defendant


Priscilla Holloway, Judicial Assistant

000033

# HEARINGS FOR DIVISION I

**DATE:  2/ 14/ 2008**

**JUDGE LOTT**

S/A:  **BECKER**
D/A:  **SILVERMAN**

## STATE OF FLORIDA
### -VS-

**HERLIHY, BRIAN**

C/R  Carol Dunne

BALIFF  Don Dennis

CLERK  Bazinet

**MOTION TO :**    STATUS CONFERENCE

CASE  NUMBER(S)    01- 2000 - CF- 2753-A

**STATE WITNESSES**                    **DEFENSE WITNESSES**

RULING:  ~~see dispute testimony subpoena~~
On march 3, 2008 the Judge will ~~announce~~ ~~approve~~ announce
a Ruling. on Evd. Hearing

### ORDER TO BE PREPARED BY:

___ STATE ATTORNEY    ___ DEFENSE ATTORNEY    ___ J.A.

JUDGE HAS FILE___        CLERK HAS RETURNED FILE___ ✓

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA
    Plaintiff,

CASE NO.:   01-2000-CF-002753-A

vs.

DIVISION:   I

BRIAN PATRICK HERLIHY,
    Defendant.
_____/

## NOTICE OF FILING

    COMES NOW the Defendant, by and through the undersigned attorney, and hereby files in support of his pending Motion for Post-Conviction Relief under Fla.R.Crim.Pro. 3.850 the following document:  Affidavit of Jennifer Leigh Salter, dated March 3, 2008, with copies of Exhibits A and B attached thereto.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via electronic mail to Assistant State Attorney Michael Becker (beckerm@sao8.org) this 3rd day of March, 2008.

THE LAW OFFICE OF
SILVERMAN & VORHIS

_____
JOSHUA M. SILVERMAN, ESQ.
Florida Bar No. 524891
20 W. University Ave., Suite 202
Gainesville, FL 32601
(352) 337-8373 (phone)
(352) 505-6188 (fax)
joshua@lawgainesville.com



000035



IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA
    Plaintiff,                        CASE NO.:   01-2000-CF-002753-A

vs.                                DIVISION:   I

BRIAN PATRICK HERLIHY,
    Defendant.
_____/

### AFFIDAVIT OF JENNIFER LEIGH SALTER

I, JENNIFER LEIGH SALTER, being duly sworn, hereby state as follows:

1. In or about September – October of 2000, I was employed as an attorney by the Law Offices of Groland, Quirk, and Salter in Gainesville, Florida.

2. At that time, and as part of my employment at Groland, Quirk, and Salter, I performed work for the defense of Brian Patrick Herlihy in the above-styled case.

3. My responsibilities in the above-styled case included contacting Dr. Viera Scheibner in an effort to retain her services as an expert witness for Mr. Herlihy's defense.

4. On October 9, 2000, I mailed to Dr. Scheibner all materials and relevant documentation regarding the above-styled case for her review. I included with the materials a cover letter. A true and correct copy of my October 9, 2000 cover letter to Dr. Scheibner is attached hereto as Exhibit A.

5. On October 9, 2000, I faxed a letter to Dr. Scheibner to inform her that the materials regarding Mr. Herlihy's case were on their way to her. A true and correct copy of my October 9, 2000 fax to Dr. Scheibner is attached hereto as Exhibit B.

6. I do not specifically recall receiving or reviewing a report from Dr. Scheibner after October 9, 2000. However, I left the employment of Groland, Quirk, and Salter shortly after October, 2000. Based upon my review of documents submitted by Mr. Herlihy's current counsel, it appears that Dr. Scheibner submitted her report to Groland, Quirk, and Salter on November 20, 2000. It is possible that I had left the employment of Groland, Quirk, and Salter prior to November 20, 2000, and thus was not in a position to see Dr. Scheibner's report.





State v. Brian Herlihy
Case No. 01-2000-CF-02753-A
Affidavit of Jennifer Leigh Salter
Page 2/2

     RESPECTFULLY SUBMITTED and signed this 3rd day of March, 2008 at Gainesville, Alachua County, Florida.

_JENNIFER LEIGH SALTER_

Sworn to and subscribed before me this 3rd day of March, 2008 by JENNIFER LEIGH SALTER, who is personally known to me.

_NOTARY PUBLIC_

JOSHUA M. SILVERMAN
Comm# DD0673941
Expires 5/14/2011
Florida Notary Assn., Inc

000037

State v. Brian Patrick Herlihy
Case No. 01-2000-CF-002753-A
Affidavit of Jennifer Leigh Salter

**EXHIBIT A**

000038

11/29/2007   12:07  4073431677

**LAW OFFICES OF**
# GROLAND, QUIRK & SALTER, P.A.
**ATTORNEYS & COUNSELORS AT LAW**
010 EAST UNIVERSITY AVENUE, SUITE A
POST OFFICE BOX 2023
**GAINESVILLE, FLORIDA 32602**
TELEPHONE (352) 373-4000
TELEFAX (352) 373-2085

GORDON H. GROLAND
ELTON B. QUIRK
DAVE P. SALTER
JENNIFER L. SALTER

C. GARY MOODY
ANTHONY J. SALEMAN
LINDA WINCHENBACH
of counsel

## EXHIBIT B

37 S.E. 1st Avenue
Ocala, Florida 34478
Telephone 352/351-4015
Telefax: 352/373-2085

CRIMINAL LAW
PERSONAL INJURY
WRONGFUL DEATH
TRIAL PRACTICE

October 9, 2000

Viera Scheibner, PhD.
178 Govetts Leap Road
Blackheath, NSW 2785
Australia

FAX 610247878988

RE:   Brian Herlihy

Dear Dr. Scheibner:

Enclosed, please find all the materials and relevant documentation that we have received thus far. In addition, there are some handwritten statements regarding the days events written by Brian himself. The next deadline that we have with regard to Brian's case is a Hearing to Set Bond on October 30, 2000. Brian is being held without bond and we are attempting to get a bond amount set. I understand you are very busy, especially with the lecture tour that you are going on for the next two weeks, however, any time that you can devote to beginning to look through these documents and preparing any information for us before October 30, 2000, would be greatly appreciated.

Please feel free to contact us toll free at 1-888-248-6883, or you may contact us by fax at 1-352-373-2085.

Sincerely,

Jennifer L. Salter

JLS/clc

000039

State v. Brian Patrick Herlihy
Case No. 01-2000-CF-002753-A
Affidavit of Jennifer Leigh Salter

**EXHIBIT B**

2008 MAR -3 PM 4: 03

JK ☐ ☐ ☐ ☐ BY
CLERK OF COURTS
ALACHUA COUNTY, FL.

FILED
CK 35

LAW OFFICES OF

# GROLAND, QUIRK & SALTER, P.A.

ATTORNEYS & COUNSELLORS AT LAW

GAINESVILLE, FLORIDA 32602

## EXHIBIT C

October 9, 2001

Vesna Schreiber, M.D.
178 Govetts Leap Road
Blackheath, NSW 2785
Australia

FAX 011 61 24 7875 288

RE:    Brian Herlihy

Dear Dr. Schreiber:

This letter via fax is to confirm that we mailed out the documents in reference to Brian Herlihy's case. The documents were shipped via Federal Express today, and you should receive them by the end of business on Friday - your time. We would appreciate any information or direction you may be able to provide to us. I thank you in advance for your cooperation.

Please contact us toll free at 1-888-248-6883 or you may contact us by fax at 1-352-375-2835 with any questions or comments that you may have.

Sincerely,

Jennifer L. Salter

JLS/clc

IN THE CIRCUIT COURT OF THE
EIGHTH JUDICIAL CIRCUIT, IN AND
FOR ALACHUA COUNTY, FLORIDA

CASE NO.: 01-2000-CF-002753-A

DIVISION: II

STATE OF FLORIDA,
    Plaintiff,

vs.

BRIAN PATRICK HERLIHY,
    Defendant.
_____/

### NOTICE OF FILING

COMES NOW, the Defendant, BRIAN PATRICK HERLIHY, by and through the undersigned counsel, and hereby files in support of his pending Motion for Post-Conviction Relief under Fla.R.Crim.P. 3.850 the following document: original Affidavit of Lois Herlihy dated March 1, 2008, with copy of Exhibit "A" thereto.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via facsimile and U.S. mail on the Office of the State Attorney, 120 W. University Ave., Gainesville FL 32602, on this 3rd day of March, 2008.

By _____

Mary Elizabeth Fitzgibbons Esq.
Fitzgibbons Law Firm, P.A.
22 N. Orlando Ave.
Kissimmee, Florida 34741
Phone: 407 343-1777
Fax:    407 343-1677
Fla Bar No.: 0056480
Attorney for Defendant





000042



**CPU** U.S. PO

**$ 1(**

PB 1P 000
3656209          MAILED   M
EXFL                       3



# EXPRESS®
# MAIL
**ATES POSTAL SERVICE**

## Flat Rate
## Mailing Envelope
**For Domestic and International Use**

**Visit us at usps.com**



EB4LLL1847OUS

re:

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Addressee Copy**
Label 11-B, March 2004

**Post Office To Addressee**

DELIVERY (POSTAL USE ONLY)

| ORIGIN (POSTAL SERVICE USE ONLY) | | |
|---|---|---|
| PO ZIP Code | Day of Delivery | Postage |
| | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ |
| | Scheduled Date of Delivery | Return Receipt Fee |
| Date Accepted | Month    Day | $ |
| Mo.    Day    Year | Scheduled Time of Delivery | COD Fee    Insurance Fee |
| Time Accepted ☐ AM ☐ PM | ☐ Noon ☐ 3 PM | $    $ |
| | Military | Total Postage & Fees |
| Flat Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day | $ |
| ___ lbs. ___ ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

**FROM:** (PLEASE PRINT)    PHONE (

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

**TO:** (PLEASE PRINT)    PHONE (

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

000043

1954-442-1826

### AFFIDAVIT OF LOIS HERLIHY

STATE OF FLORIDA        )

COUNTY OF Broward )

THE AFFIANT upon being duly sworn, under penalty of perjury, deposes and states as follows:

1.      My name is LOIS HERLIHY.  I am over 21 years of age and competent to testify in this case.

2.      My son, BRIAN HERLIHY, currently has a Rule 3.850 Motion for Post Conviction Relief pending in his criminal case before the Circuit Court in Gainesville, Florida.

3.      On or about February 8, 2008, I was in the process of reviewing boxes of legal documents in the above-referenced case.  These boxes of documents had been sent from the law office of Gordon H. Groland, Esq.

4.      One of the documents was an Account QuickReport, a true and correct copy of which is attached as Exhibit "A" hereto.  I had never come across this particular document before.

1

2008 MAR -4  AM 11: 51

J.K. "BUDDY" IREY
CLERK OF COURTS
ALACHUA COUNTY FL

FILED
CK 13



000044

4

5.    Said Exhibit "A" contains a reference to a check dated January 16, 2001 to

Viera Scheibner, Ph.D. for professional fees.

Further affiant says not,

*Lois Herlihy* (signature)

**LOIS HERLIHY**

Sworn to and subscribed before me this __1__ day of __March__ , 2008.

_____ (signature)

Notary Public, or other person
Authorized to administer an oath

Personally known ___ or produced identification X

Type of identification produced: FL Drivers License

My commission expires:  8/27/2009

LELE M GILLESPIE
Comm# DD0424368
Expires 8/27/2009
Florida Notary Assn., Inc

2

000045

EXHIBIT A



## IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
## IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,

        Plaintiff,

vs.

BRIAN PATRICK HERLIHY,

        Defendant.

CASE NO.:   01-2000-CF-002753-A

DIVISION:  II

---

### FINAL ORDER DENYING MOTION FOR POST-CONVICTION RELIEF

THIS CAUSE comes before the Court upon Defendant's "Motion for Post-Conviction Relief," filed November 28, 2007, pursuant to Florida Rule of Criminal Procedure 3.850. This motion amends Ground One of the motion for post-conviction relief which was filed on August 25, 2006. Ground Two of that motion was denied on February 8, 2007. After a status conference, this Court dismissed Ground One without prejudice to Defendant amending the claim and refiling it. Upon consideration of the motion and the record, this Court finds and concludes as follows:

1.     "A defendant may not raise claims of ineffective assistance of counsel on a piecemeal basis by filing successive motions." *Jones v. State*, 591 So. 2d 911, 914 (Fla. 1991). On August 10, 2005, Defendant filed a motion for post-conviction relief alleging ineffective assistance of counsel for failure to request a *Frye* hearing prior to the admission of opinion evidence on "Shaken Baby Syndrome." *See* Motion for Post-Conviction Relief (filed August 10, 2005). On September 28, 2005, this Court entered an order denying Defendant's motion on the merits. *See* Order Denying Motion for Post-Conviction Relief. Defendant appealed the denial order. On April 24, 2006, the First District Court of Appeal affirmed the decision of this Court



000047

Case 1:09-cv-0005?-MP-GRJ   Document 21-48   Filed 03/22/11   Page 120 of 125

FINAL ORDER DENYING MOTION FOR POST-CONVICTION RELIEF
STATE V. BRIAN PATRICK HERLIHY
CASE NO. 01-2000-CF-002753-A
PAGE 2

with a written opinion. *Herlihy v. State*, 927 So. 2d 146 (Fla. 1st DCA 2006). For the reasons

stated below, this Court finds that Ground One of the instant motion is successive in light of the

claim raised in the August 2005 motion; and, even if it is not successive, it is without merit.

2.     Ground One of Defendant's motion alleges that trial counsel was ineffective for

failure to "share the findings [of Dr. Scheibner's report] with [Defendant]"; for failure to

"discover other key medical information regarding [the victim] with the assistance of these

findings"; and, for failure to "utilize any of this missing, key medical information during pre-trial

preparation and trial."

3.     Despite Defendant's allegation that he was unaware of the contents of Dr.

Scheibner's report at the time he filed his original rule 3.850 motion in August 2005, it is

undisputed that Defendant's mother was aware of the contents of the report prior to trial, as she

is the person who initially contacted Dr. Scheibner and requested the report. *See* Motion for

Post-Conviction Relief (filed August 25, 2006); Correspondence between Dr. Scheibner and

Trial Counsel (Exhibit A of the instant motion). In addition, according to Lois Herlihy,

Defendant's mother, trial counsel did *not* contact Dr. Scheibner regarding the report. *See id.* at 7;

Affidavit of Lois Herlihy. However, in the instant motion, Defendant attaches letters which

indicate that trial counsel *did* contact Dr. Scheibner regarding the report. Thus, counsel could

not have erred for failing to contact Dr. Scheibner because counsel *did* contact Dr. Scheibner.

The only issue is whether counsel erred by failing to pursue the information contained in the

report.

4.     Though Defendant claims that counsel erred by failing to pursue a defense based

upon Dr. Scheibner's report, it is undisputed that counsel did use two medical experts on

"Shaken Baby Syndrome" both prior to and during trial. Dr. Yazbak, one of Defendant's current experts, in a report attached to Defendant's August 2006 rule 3.850 motion, describes the two experts who testified for the defense at trial as "prominent[,]" "renowned[,]" and "recognized authorit[ies] on Shaken Baby Syndrome (SBS)." The relevant testimony of these experts is attached to this Court's order filed on October 29, 2007. Unlike the experts who testified for the defense at trial, Dr. Scheibner is not a medical doctor and her report does not express a medical opinion. *See* Report on Vaccine Injuries of Baby Injuries of Baby Robert Quirello. Thus, Defendant fails to show how trial counsel's decision to present a defense based on the opinion of two prominent, renowned and recognized medical experts on SBS, rather than a defense based on the opinion of Dr. Scheibner, was error.

5.    Based on the foregoing, it is **ORDERED AND ADJUDGED** that:

Defendant's "Motion for Post-Conviction Relief" is hereby **DENIED** as to Ground One. Defendant may appeal this decision, and the order entered on February 8, 2007, which denied Ground Two of his motion, to the First District Court of Appeal within thirty (30) days of this Order's effective date.

**DONE AND ORDERED** in Chambers on this  5  day of March 2008.

**MARTHA ANN LOTT,**
CIRCUIT JUDGE

FINAL ORDER DENYING MOTION FOR POST-CONVICTION RELIEF
STATE V. BRIAN PATRICK HERLIHY
CASE NO. 01-2000-CF-002753-A
PAGE 4

**ATTACHMENTS**:

All of the documents cited in this Order have been provided to the parties through prior orders or are attached to Defendant's motions as exhibits. These documents are not attached to this Order for that reason.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Order was furnished by U.S. Mail/hand delivery, on this _3_ day of March 2008, to the following:

Mary Fitzgibbons, Esquire                    Michael Becker, Assistant State Attorney
Fitzgibbons Law Firm, P.A.                   State Attorney's Office
12 South Orlando Drive
Kissimmee, FL 34741

Joshua Silverman, Esquire
The Law Office of Silverman & Vorhis
20 West University Avenue, Ste. 202
Gainesville, FL 32601

Priscilla Holloway, Judicial Assistant

*g*

## IN THE
## EIGHTH JUDICIAL CIRCUIT COURT

### ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,

      Plaintiff,

Case No. 01-2000-CF-002753-A

vs.

BRIAN PATRICK HERLIHY,

      Defendant.

_____/

### <u>NOTICE OF APPEAL</u>

NOTICE IS HEREBY GIVEN that BRIAN PATRICK HERLIHY,

Defendant/Appellant, by and through the undersigned counsel, appeals to the

District Court of Appeal, First Appellate District of Florida, the order of this

Court filed on March 3, 2008. The nature of the order is an order summarily

denying Mr. Herlihy's postconviction motion filed pursuant to Florida Rule

of Criminal Procedure 3.850.





000051

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail, postage pre-paid this 31st day of March, 2008, to:

Office of the State Attorney
120 W. University Ave.
Gainesville FL 32602

Office of the Attorney General
Criminal Appeals
The Capitol, PL-01
Tallahassee FL 32399-1050

Mary E. Fitzgibbons, Esq.
Fitzgibbons Law Firm, P.A.
22 N. Orlando Ave.
Kissimmee FL 34741
Phone: (407) 343-1777
Fax:    (407) 343-1677
Fla. Bar No.: 0056480
Counsel for Appellant

2

000052

STATE OF FLORIDA

COUNTY OF ALACHUA

I, J.K. "Buddy" Irby, Clerk of the Circuit Court for the County of Alachua, State of Florida, do hereby certify that the foregoing pages 1 – 52 contain a true transcript of the 3.850 record in the case BRIAN P. HERLIHY v. STATE OF FLORIDA and a correct recital and copy of all such papers and proceedings in this cause as appears from the records and files of my office that have been directed to be included in said record pursuant to Fla. R. App.p. 9.200.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court this April 4, 2008.

J.K. "Buddy" Irby
Clerk of the Circuit Court
Alachua County, Florida

By Shelley Carr

Shelley Carr
Deputy Clerk

I:\USERS\YMC\WORD\PAM\APPEALS\CIRCUIT CRIMINAL DOCUMENTS\CERT-PG-3850.FEL.DOC