**EXHIBIT "A"**

## ARTICLES

# The Whiplash Shaken Infant Syndrome: Manual Shaking by the Extremities With Whiplash-Induced Intracranial and Intraocular Bleedings, Linked With Residual Permanent Brain Damage and Mental Retardation

John Caffey, M.D.

*From the Departments of Radiology and Pediatrics, University of Pittsburgh School of Medicine, and the Children's Hospital of Pittsburgh*

The theme of this report is fourfold: (1) it presents the essential clinical manifestations of the *whiplash shaken infant syndrome;* (2) it presents evidence which indicates that many so-called *battered babies* are really *shaken babies;* (3) it emphasizes the high vulnerability of the infantile head, brain and eyes to habitual, manual, whiplash stresses of ordinary shaking by the extremities; and (4) it supports the hypothesis that casual, habitual, manual whiplash shaking (WLS) of infants is a substantial primary, frequent cause of later mental retardation and permanent brain damage.

Subdural hematomas, intraocular bleedings and multiple traction changes in the long bones were the essential elements in our first descriptions of the *original six battered babies* in 1945.[1] In 1972 we reported that shaking was the probable major cause of traction stresses in the periosteums of the long bones, and also of intracranial and intraocular bleedings.[2]

Today we direct your attention to some important new evidence on the pathogenicity of WLS; some new examples of admitted WLS; necropsy findings in two cases; two cases of residual mental retardation at 12 months, which became evident several months after admitted WLS during early infancy; and one case of fatal cerebral palsy in an infant 10 months of age, who had been manually shaken at 2 months. We shall also evaluate the diagnostic significance of manual whiplash shaking, of the findings in the history, physical examination, necropsies and fundoscopic examinations. The pathogenic significance of subdural hematomas, the excessive pliability of the immature skull and brain, and the cumulative, progressive intra-

cranial bleedings engendered by habitual but mild WLS will be correlated.

### EVIDENCE FOR THE PATHOGENICITY OF WLS DERIVED FROM THE RADIOGRAPHIC CHANGES IN THE LONG BONES OF SO-CALLED BATTERED BABIES

The first suggestions that many supposedly *battered infants* were actually *shaken infants* came from radiographic studies of scores of supposedly battered babies during several decades. Finally, it became conclusively clear that a reasonable explanation for the pathogenesis of these common lesions—metaphyseal avulsions and subperiosteal hemorrhages—was traction-stretching stresses on the periosteums, induced by grabbing the infant by the extremities or by the thorax, and then shaking them, which in turn induced whiplashing of the head onto the thorax. WLS of the head was the reasonable explanation for the presence of bilateral subdural hematomas and bilateral intraocular hemorrhages, combined with concurrent absence of external signs of trauma to the head and neck

(Received April 13, 1973; accepted for publication May 1974.)

Read in part as the Fourth Cornelius G. Dyke Memorial Lecture at the Neurological Institute, Columbia-Presbyterian Medical Center, New York City, May 2, 1973.

ADDRESS FOR REPRINTS: Department of Radiology, Children's Hospital of Pittsburgh, 125 DeSoto Street, Pittsburgh, Pennsylvania 15213.

the extremities in more than half of our
cases.

## EVIDENCE DERIVED FROM ADMISSION BY THE ASSAILANT IN THE HISTORIES OF SO-CALLED BATTERED BABIES

...rect evidence of trauma through admission
...e parent-assailant or the statement of a wit-
...s rarely obtained or obtainable. Usually there
...o witnesses. The medical history of manual
...s is practically never obtained because it is
...dered innocuous by both the parent-assailant
...he questioning physician. Although our evi-
...ce, based on admission by the assailant, is
...ger, it is valuable because it is reliable.

...y far the most extensive anecdotal proof of
...ogenic manual WLS comes from the confes-
...s to the savage shakings of dozens of infants by
...nfant-nurse[1,6] who whiplashed three infants to
...h, maimed two others, and shook uncounted
...rs during a period of nine years. She stated
... "one of her babies" died after she had
...unded it on the back to get a bubble up." Prior
... coroner's inquest she broke down and con-
...ed that "baby K refused to drink her bottle so I
...ed her by both arms and shook her until her
...d bobbed and she became faint. Then I quickly
...her down." After a preliminary investigation,
...Coroner charged that this infant-nurse had
...sed the infants' deaths during her "uncontrol-
...le fits of anger and uncontrollable urge to grasp
...nts between the elbows and shoulders and
...te them as long as they persisted in crying."
...o others of the whiplashed babies were said to
...e been manhandled so severely that they be-
...e painfully injured. One year after the Coro-
...s inquest, two fathers, who had employed this
...e nurse to care for their two infants earlier, re-
...ted that each of the infants had become retard-
...mentally. As soon as the Coroner's report be-
...e known to the community, "dozens" of
...thers reported that their infants had been sig-
...cantly injured by this same nurse, and a review
...he office records of several pediatricians con-
...ed additional injuries to many other infants
...m the same source. It is amazing that this in-
...l-nurse was able to continue her brutal WLS
...ctices during the long period of nine years in
...enlightened academic community, on the in-
...ts of well-educated parents and on the patients
...well-trained expert pediatricians. This was due
...large part to the absence of external signs of
...uma after violent often repeated pathogenic
...king.

...Necropsies were done in two of the three fatal
...es. The protocols are dated 1948 and 1956 for
...bies H and K, respectively.

*Baby H, 12 days of age, premature girl was well
until tonight, when she awakened crying as if in
pain. There were no external signs of trauma. Nu-
trition good, respirations deep and gasping, anteri-
or fontanel bulged slightly, diffuse hemorrhages in
the ocular fundi. Death three hours after admis-
sion. No history of trauma, no fracture of calvaria.
Necropsy findings: skin normal, thymus large. Mi-
croscopic focal hemorrhages in the myocardium;
pinkish cellular exudate in the pulmonary alveoli;
small subcapsular laceration of the liver filled
with fresh blood, liver capsule intact. Brain and
head: bulging anterior fontanel, bilateral subdural
hematomas, bilateral subarachnoid bleedings,
subpial bleeding, lacerations of the cerebral paren-
chyma, pyknosis and death of ganglion cells and
large perivascular bleedings. Eyes: optic nerves
congested and edematous; external bleeding
throughout the fibrous layer of the retina with
scattered hemorrhages in its inner nuclear layer.*

*Baby K, girl 11 weeks of age. Chief complaint:
bulging of anterior fontanel. Fell asleep well but
awakened crying and lethargic; semicomatose on
arrival, tachypneic, fontanel bulging, reflexes hy-
peractive, ocular fundi invisible (bleeding?), mod-
erate generalized cyanosis. Cerebrospinal fluid
was bloody, gross fresh blood. Infant turned
greyish and died 2 hours after admission. No exter-
nal signs of trauma on the face or head. There was
a small "sheet" burn at the left knee and a short su-
perficial scratch in the abdominal wall. No evi-
dence of fractures. Several small foci of atelectasis
in the lungs. Brain: no external signs of trauma to
the head; bilateral subdural hematomas with sub-
arachnoid hemorrhages, as well, over both cerebral
hemispheres; extensive bleedings at the sites of at-
tachment of the bridging cerebral veins to the
superior sagittal sinus. Microscopic findings: ex-
tensive subarachnoid but no intracerebral bleed-
ings; eyes not examined.*

The findings in these two necropsies demon-
strate that the manual WLS by an adult assailant
was pathogenic, especially to the brains and eyes.
The harmful effects of manual shaking are proba-
bly maximal at the tender ages of these two shaken
infants. The absence of any external signs of trau-
ma to the head notwithstanding the presence of
massive intracranial and intraocular hemorrhages
is especially noteworthy and significant in the pa-
thogenesis of the intracranial and intraocular
bleedings.

Guthkelch[5] found subdural bleedings in 13 of 23
abused infants, 22 of whom were younger than 18
months. Five of the 13 had no external signs of
head trauma or cranial fracture. At necropsy, in
one case bleedings over the cerebral cortex, and in
another extensive cortical bruisings were found at

0000015

surgical exploration. In two additional cases, not included above, the clinical histories indicated that shaking rather than beating (battering) was the cause of subdural hematomas. In one infant 6 months of age, convulsions and a bulging fontanel, without a history of trauma or external physical signs of trauma, suggested the presence of subdural hematomas. This infant died three days later. At necropsy, several of the bridging cerebral veins were torn from their attachments at the falx cerebri. Also the edge of the underlying brain was torn and bruised. Trauma of any kind was denied at first by the mother, but later she admitted that she "held him up and shook him several times, to clear his throat and stop his coughing." The second patient, 6 months of age, was admitted to the hospital with complaints of vomiting and convulsions which led to a provisional diagnosis of meningitis. There were no external signs of trauma to the head, trunk or extremities and no fractures of the skull or long bones. The anterior fontanel, however, bulged. Subdural hemorrhages were found and treated. Soon after discharge of this patient from the hospital, his twin brother was admitted with a broken femur. The first twin returned shortly thereafter with recurrence of subdural hematomas. He now showed oval bruises on the skin of the arms which fitted exactly the sites where the pads of the thumbs and fingers of an assailant might have been applied, when he seized and shook him. At first the mother denied traumatic injury of any kind but later she admitted that the father "might have shaken him when he cried at night." Guthkelch thus discovered two cases: one fatal, with intracranial and intraocular hemorrhages, induced by admitted manual WLS; and in one case intracranial hemorrhages and ruptures of the cerebral bridging veins were demonstrated at necropsy.

In Helfer and Kempe's monograph, *The Battered Child*,[3] Weston reported two infants who had been shaken to death and who had subdural hematomas at necropsy. In the same monograph, Steele and Pollock describe two infants who were "shaken, roughed up and spanked," but who apparently did not develop intracranial hemorrhages.

Silverman[7] found massive traumatic involucrums and metaphyseal avulsions in the bones of the legs of a premature infant 7 months of age who apparently had been shaken manually many times since the second month. The mother shook her after grabbing her by the legs and inverting her. We have observed two infants who have developed typical bone changes after a single, violent jerk of that extremity; and in a third, 8 months of age, after manual shaking by an enraged and jealous sibling brother 8 years of age. Subdural hema-

toma was not detected in any of these three.

Fractures of the spine with local injuries to the spinal cord of one infant were attributed by Swischuk[4] to manual WLS.

A bizarre example of pathogenic manual WLS was reported by Guarnaschelli and associates.[9] An infant 2 months of age was treated for "sunken fontanelle" (Caída de Mollera) by his Mexican grandmother. Two days before admission to the hospital, she had attempted to raise the sunken fontanel by a series of therapeutic maneuvers which terminated in holding the infant topsy-turvy by its ankles, with its head over a pan of water, and then shaking the infant up and down while an assistant slapped and pounded on the soles of its feet. The sunken fontanel did rise and had become bulgy when admitted to the hospital. Subhyaloid hemorrhages were found in the ocular fundi and the pupils were fixed. There were no signs of external trauma to the head, trunk or extremities. Clonic seizures developed and the cerebrospinal fluid from the cranial subdural space and the lumbar subarachnoidal space contained fresh blood. The clinical signs subsided after treatment of the subdural hematomas. The infant died 8 months later at 10 months of age from pneumonia and quadriplegia. In this case, manual longitudinal WLS of the inverted infant with concurrent pounding of the soles of its feet induced longitudinal whiplash and jerking stresses to the head which resulted in permanent severe generalized brain damage—with cerebral palsies. It is possible that when the head is in the dependent position while being shaken, the vulnerability to intracranial and intraocular bleeding is increased.

Mushin and Morgan[10] record the story of an infant 3 months of age who appears to have been subjected to a prolonged session of WLS. The father at first attempted to "strangle the infant with a blanket," but when the infant convulsed during this assault and became stuporous, the father apparently repented, and then with the mother spent the rest of the night manually shaking the comatose infant in a belated effort to revive it. The next morning the infant was admitted to the hospital with extensive bruising of the skin and bilateral intraocular bleedings. It died 24 hours later. Necropsy findings included bilateral large subdural hematomas and widely scattered intraocular hemorrhages in the retinas. Microscopic examinations disclosed extensive intraretinal, hyaloid and small vitreous hemorrhages. In this case it is likely that the stresses of strangling as well as those of manual WLS contributed to the intraocular changes and possibly the subdural hematomas. In view of the fact that both parents spelled each other during several hours in vigor-

000816   000811

rysmal manual shaking, the probabilities are [...] that the head of the infant was subjected to [...] ral hundred individual whiplash stresses from [...] king alone.

## EVIDENCE FROM THE PHYSICAL EXAMINATION ON THE PATHOGENICITY OF MANUAL SHAKING

The most characteristic pattern of physical [find]ings in the whiplashed infant is the absence of [exter]nal signs of trauma to the head and the soft [parts] of the face and neck, and of the facial bones [and] calvaria, in the presence of massive traumatic [int]racranial and intraocular bleedings. This is an [ext]raordinary diagnostic contradiction. It is, in [lar]ge part, responsible for the frequent failures to [dia]gnose subdural hematoma and retinal hemor-[rh]age, and the failure to attribute them to manual [sh]aking and whiplashing of the head. It is obvious [th]at in such cases, routine examinations of the oc-[u]lar fundi in both sick and well infants would pro-[vi]de a convenient and accurate method for the [ea]rly diagnosis of bleedings in the eyes, and more [ef]fective treatment and prevention of WLS. Fun-[d]oscopic visualization should become a routine [p]ractice in the examination of infants for the de-[te]ction of the pathogenic whiplash shaking.

## EVIDENCE FROM OTHER TESTS ON THE PATHOGENICITY OF WHIPLASH SHAKING

In selected cases cerebral pneumography, cere-[b]ral angiography and isotopic scanning are all val-[u]able procedures in the diagnosis of subdural he-[m]atoma and intracerebral hemorrhages. In the [m]ass routine detection of subdural hematomas, [l]ess hazardous and more convenient complemen-[ta]ry procedures such as electroencephalography, [s]onography and perhaps electroretinography [c]ould be employed in selected cases after the fun-[d]oscopic changes were demonstrated.

## EVIDENCE OF PATHOGENIC WLS IN NECROPSIES

In two cases the most significant findings were [l]imited to bleedings in the brains and eyes, in the [s]ubdural, subarachnoid and subpial spaces and in [t]he cerebral substance itself. In one necropsy the [o]ptic nerve was congested and edematous. Exten-[s]ive hemorrhages were demonstrated in both the [fi]brous and nuclear layers of the retina. The walls [o]f the inferior and superior sagittal sinuses were [la]cerated at the sites of the attachments of the [b]ridging cerebral veins. Clots of blood covered [p]arts of the falx cerebri. Ganglion cells were [s]parse and some were pyknotic. The only signifi-[ca]nt finding outside the head was a subcapsular

hemorrhage in the liver in one case. Microscopic focal bleedings in the myocardium were also found in one case. There were no external signs of trauma to the head in either of the infants.

## THE PATHOGENIC SIGNIFICANCE OF OCULAR LESIONS IN BATTERED AND WLS INFANTS

In the first six reported *so-called battered babies*,[1] retinal hemorrhages were present in two, both of whom had subdural hematomas. Intraocular hemorrhages have been reported in several *so-called battered infants* since. Similar ocular lesions have been reported in *shaken infants* by Mushin and Morgan in one case; in two infants, victims of the "shaking infant-nurse" (see above); in two cases by Guthkelch[6] and one by Guarnaschelli.[9] Mushin[12] found ocular changes in 12 of 19 *battered infants*, all 12 of whom had permanent impairment of vision in one or both eyes.

In 1964 Kiffney[11] found bilateral retinal detachments behind incomplete cataracts in one so-called battered infant 7 months of age, which were originally diagnosed as retinoblastomas. In follow-up studies of 16 battered infants, Maroteaux and associates[13] found plaques in the ocular fundi which tended to be located in the periphery of the temporal segments of the retinas. The authors state that these lesions cannot be satisfactorily explained on the basis of battering and they question the validity of the term "battered child" for all abused infants, and its worldwide use in English. They propose that some of the affected infants are the victims of overvigorous *manipulations*, not battering. We agree with them and believe that many of these infants are whiplash-shaken rather than beaten, especially those with intracranial and intraocular bleedings. They also report resorption (lysis) of the nasal septum of several abused infants in France, a lesion which I have never seen personally, nor have I seen reported in an abused infant in America. Aron and associates[14] found similar retinal spots located in the peripheries of the temporal segments of the fundi, some with retinal detachments in all 18 abused infants. More than half of these lesions had persisted for more than ten years and one as long as 19 years.

In 1967 Gilkes and Mann[15] stated that they had found only one reference, that of Kiffney, on the status of the eyes of abused infants. In their cases, they were impressed with the extensive spread and the persistence of the signs of ocular hemorrhages, both preretinal and intraretinal, and by the presence of gross papilledema in some cases. These authors cite the patients of Wallis who suffered from subdural hematomas induced by the parents who "gripping the infants by the ankles

Case 1:09-cv-00[...]-MP-GRJ  Document 21-56  File[...] 03/22/11  Page 5 of 49

.swung him in a circle around their head" (so-called cracking the whip); and the infant of Breinin who "had a traumatic retinopathy" after having been gripped by the chest and shaken violently.

Eleven abused infants studied by Harcourt and Hopkins[16] had ocular complications, eight had permanent impairments of visual acuity and ten had intraocular bleedings. In five abused infants Freindly[17] found vitreous hemorrhages, bilateral cataracts, dislocated lenses and retinal detachments. The first case is possibly an example of bilateral cataracts from manual whiplash shaking in view of the lack of a history of trauma and lack of external signs of trauma to the head. In these reports by ophthalmologists manual shaking was admitted in three cases and was probable in several others. In the interesting report of Phelps[18] two infants, 31 days and 2 months of age, respectively, had numerous pale-centered retinal hemorrhages which were totally unexplained; there was no history of trauma and there were no external signs of trauma on the bodies. It is possible that in such cases, manual WLS is the primary causal traumatic factor.

The pathogenesis of retinal hemorrhages in the manual WLS of infants and children cannot be evaluated satisfactorily without a consideration of the incidence, nature, and persistence of idiopathic retinal hemorrhages of the newborn. Sezen[19] found retinal hemorrhages in 14% of 1,238 newly born infants immediately after birth. Between the third and fifth day this incidence of 14% had diminished to 2.6%. This indicates that most of the idiopathic retinal hemorrhages of the newborn infant disappear during the first weeks of life, in contrast to the observations of Aron[14] who found that the retinal hemorrhages in abused infants persisted for ten years and in one case for 19 years. Planten and Schaaf[20] concluded that idiopathic retinal hemorrhages of the newborn infant appear in 20% to 30%, but that they cannot be causally related to increased intracranial pressure during labor, they rarely occur during breech deliveries or cesarean section, and are rarely associated with subdural hematomas or other signs of brain damage. Schlaeder and others[21] detected idiopathic retinal hemorrhages, directly after delivery by the vacuum method (ventouse), to be about three times as frequent as after normal delivery (41/100 compared to 15/100). Baum and Bullpit[22] compared the incidence of idiopathic retinal hemorrhages and idiopathic conjunctival hemorrhages in the newly born infant. Retinal hemorrhages seemed to result from several causes: increase in the blood viscosity and polycythemia (RBC) appeared to be the major causal factors. Conjunctival hemorrhages on the other hand ap-

peared to result principally from increases in [...] cephalic pressures. The preponderance of the [...] dence from several sources indicates that the i[...] pathic retinal hemorrhages of the newborn in[...] are not due to trauma at time of birth and the [...] nal hemorrhages found in battered and shaken [...] fants are probably caused by postnatal man[...] shaking.

## SIGNIFICANCE OF SUBDURAL HEMATOMA IN PATHOGENESIS OF T[...] SHAKEN INFANT

Subdural hematoma is the most common, m[...] injurious and the least understood lesion in [...] *shaken infant*, and it is also the most frequently[...] detected. It is by far the most frequent caus[...] death of so-called battered infants. Infantile s[...] dural hematomas are caused by trauma in prac[...] ally all cases, and they are bilateral in more th[...] 80% of cases. They remain undiagnosed in m[...] cases owing to the lack of a history of trauma, [...] vagueness of the clinical picture and the usual[...] agnostic paradox of massive intracranial bleed[...] in the absence of external signs of trauma to[...] head and face. Diagnostic changes of bleeding[...] the ocular fundi are also commonly present. T[...] are missed of course when the fundi are not [...] quately examined. Blood in the subdural and c[...] brospinal fluid often confirms the diagnosis. Bl[...] apparently is rarely identified in the urine. [...]

According to Ingraham and Matson[23] the [...] quency and accuracy of diagnosis depends larg[...] on the intensity of the search for subdural hem[...] mas. General practitioners and pediatricians o[...] narily do not have a high index of suspicion [...] subdural bleedings owing to the vagueness of[...] clinical findings and the failure of parents to [...] the history of trauma voluntarily when questio[...] by the physician. Ingraham and Matson found[...] dural hematomas from all causes to be lesion[...] sentially of the first year of life with a peak-ag[...] cidence of 6 months. In their study of 319 case[...] agnosis was made during the second through [...] fifth months in 32, 30, 27 and 28 cases, respec[...] ly, and during the 20th through the 24th month[...] only three, one, one and six cases, respectiv[...] Their histories disclosed a high incidence of [...] common infantile complaints as vomiting, [...] hyperirritability, 41%; infections, 39%; st[...] 32%; history of birth trauma, 26%; and of p[...] tal trauma, 20%. The absence of a history of [...] ma of any kind in 54% is significant and sug[...] that whiplash shaking may be the cause in [...] patients. Their common physical finding[...] cluded fever, 57%; hyperactive reflexes,[...] bulging fontanel, 36%; anemia, 31%; enl[...] head, 29%; abnormal ocular fundi, 22%; par[...]

J000018

000813

and fractures of the skull, 9%. The absence of [bulg]ing fontanel in 64%, of enlarged head in 71%, [fu]ndus changes in 78%, of paralyses in 81% and [fra]ctures of the skull in 91% is noteworthy. Signs [of ex]ternal trauma to the soft tissues of the head [and] neck were apparently so rare that they were [not] included in the records. It is manifest from [the] results in a relatively large, carefully studied [gro]up of infants suffering from proved subdural [hem]atoma, that subdural hematoma should never [be ex]cluded because of an absence of a history of [trau]ma, or absence of external signs of trauma to [the] head or eyes in the physical examination.

These facts indicate that many features of post-[trau]matic subdural hematomas are not satisfacto-[ril]y explained or understood; namely, the nature [of t]he primary causal trauma in more than half of [the] cases, the exact causal mechanisms of the com-[bin]ation of subdural and intraocular bleedings, or [vu]lnerability of the affected structures and tissues [to] whiplash stresses. The usual presumption that [th]e chronic subdural hematomas are caused by a [sin]gle acute traumatic episode which produces [im]mediate and massive hematomas which then [ma]intain their volume or increase in volume due [to] oncotic pressures is far from proved. Many of [the]se facts are better explained theoretically on [th]e basis of repeated subdural bleedings induced [b]y repeated whiplash shaking which causes pro-[gre]ssive cumulative changes in the hematomas [ov]er several weeks or months.

## THE NATURE OF THE WHIPLASH STRESSES AND THE RESISTANCE OF THE INFANTILE HEAD TO THESE STRESSES

The normal infantile brain and its blood vessels [a]re highly vulnerable to whiplash stresses owing [to] several normal structural features. The infantile [he]ad is relatively heavier and the neck muscles of [in]fancy are weaker than at any other age level. [The] whiplash stresses on the head from shaking [th]e infant by the extremities and trunk are thus [ma]ximized in the infant, in comparison with chil-[d]ren whose heads are relatively less in weight and [w]hose cervical muscles relatively and absolutely [s]tronger. The pliable sutures and fontanels are [re]latively larger and more stretchable in the in-[fa]ntile calvaria, which induces excessive tearing [f]orces at the attachments of vessels to the more [r]igid fixed soft tissues, such as the falx cerebri, [w]hen the head is shaken. The infantile brain case [i]s more supple, so that less forceful whiplash [s]tresses can stretch the brain and its blood vessels [m]ore easily. Special lacerating stresses are thus [a]pplied to the cerebral bridging veins at the fixed [s]ites of their attachments to the walls of the sagit-

tal sinuses. The infantile brain is unmyelinated and is softer than older myelinated brains. This permits excessive stretching of both brain and ves-sels. The relatively greater volume of cerebrospi-nal fluid in the infantile ventricles and in the subarachnoid spaces shift farther and faster during whiplash shaking stresses, and thus increase their stretching effects on the more resistant brain pa-renchyma and attachments of the blood vessels.

Thus the heavy infantile head with its soft brain, supported poorly by normally weak cervi-cal muscles, fulcrumed on the atlas through the occipital condyles and pivoted on the axis is highly vulnerable to many kinds of whiplash stresses on the head such as shaking, jolting and jerking, espe-cially when they are repeated during long periods.

Shaking of the infant trunk causes a two-phase cycle of rapid, repeated, to-and-fro, alternating, acceleration-deceleration flexions of the head ventrad until the chin strikes the anterior chest wall (sternum), followed immediately by similar but reverse companion extensions of the head on the neck dorsad until the occiput strikes the back (upper thoracic spine). Infants are rarely subject-ed to a single manual shake. Commonly they are shaken in paroxysms which may be repeated fre-quently or infrequently over periods of days or weeks, or months in the case of habitual shak-ing. Many infants receive dozens and scores of whiplash stresses, some hundreds. It is obvious that although the single manual shake of an infant may be less forceful and pathogenic than the sin-gle whiplash in an automobile accident, the sum-mation of the injurious effects of the many repeat-ed but less forceful manual shakings may be much more harmful to the brain and the intracranial blood vessels and also to the veins in the eyes. The extremities of the shaker thus may become handles and levers for mishandling (whiplashing) the head; and the hands of an angry parent or jeal-ous older sibling may become "deadly weapons" in either violent whiplash shaking assaults or in protracted habitual less violent casual shakings. Violent or habitual milder slapping or cuffing of the infant's head with the open hand could cause similar but probably less frequent intracranial and intraocular bleedings.

Ommaya, an experienced investigator of whip-lash stresses on the brains of small experimental animals, wrote me recently in a personal commu-nication that he agreed with me on the high risk of the whiplash shaking mechanism owing to the high vulnerability of the human infantile calvaria and brain. He and his associates[24] found that the crucial factor in whiplash injuries to the mature head is the inertial effect of the easily deformable brain moving with a time lag after rotating dis-

placement of its much less deformable mature container, the skull. Attachments to the outer surfaces of the brain and the inner surfaces of the skull are thus subjected to powerful tensile and shearing forces. He and his colleagues[23] also found that experimental cerebral concussion as well as gross bruises of the brain and upper cervical cord could be produced by rotational displacement *alone* of the head on the neck. In 1971 Ommaya and Hirsch[24] supported the hypothesis that approximately one half of the potential for brain injury during impact on the head is causally related to head rotation. Rotation of the head is of course a consistent additional stress in the manual ventrodorsal shaking of infants.

Manual whiplash shaking of the head may be a major causal factor in sudden unexplained infantile deaths ("cot" or "crib" death) associated with epidural hemorrhages of cervical spine reported by Towbin,[27] who found such lesions in four infants who were apparently in good health and died suddenly without apparent cause. There was no history of birth trauma or postnatal trauma. They may have suffered unadmitted manual shaking which caused no physical signs of external trauma. Unfortunately the status of the ocular fundi is not mentioned and the possibility of manual shaking was not considered.

### THE LATENT WLS INFANT SYNDROME

In 1972[2] we raised questions on the probabilities of WLS during early infancy being one of the primary causes of permanent brain damage and mental retardation. In this paper, we have already reported three cases which establish a direct linkage between admitted manual WLS and mental retardation in two,[4] and severe motor deficits (cerebral palsy) in the third.[9] In follow-up studies of three groups of so-called *battered infants*,[28-30] many of whom may have been shaken infants, the incidences of mental retardation were surprisingly high in two groups (77% and 62%). In the third 33% were functionally retarded.

*Habitual, moderate, casual manual whiplash shaking* appears to be practiced to some degree nearly everywhere by many types of parents or parent-surrogates for a wide variety of reasons. The common motives for habitual casual whiplash shaking are punitive for minor misbehavior and disciplinary in normal training. The exact frequency, violence and pathogenicity of this type of infantile "mild" assault have never been studied and are not known, even approximately. However, in view of the high vulnerability of all normal infantile brains to several kinds of whiplash stresses, and the usual repetition of these casual milder shakings over protracted periods, it seems reason-

able to hypothecate that habitual whiplash shakings are pathogenic to some degree in many such cases. It follows that whiplash shaking may be responsible for repeated, small but cumulative intracranial and intraocular bleedings which slowly engender progressive, cumulative permanent disorders of the brain and eyes such as permanent cerebral palsies, mental retardation and permanent impairments of vision. These facts being true, it is highly probable that the routine regular examinations of the ocular fundi in all, even apparently healthy babies, would detect the residues of retinal hemorrhages and make possible the early stoppage of habitual casual shaking. More important, a massive educational campaign on the potential hazards of the habitual casual manual shaking of infants might prevent the development of "mild" mental retardation and "mild" cerebral palsies in thousands of otherwise normal healthy infants. It is possible that many slow-learning and clumsy children with IQs of 90 might have been intelligent and normally mobile children with IQs of 120, had they not been habitually shaken and whiplashed during infancy.

### SUMMARY

Our evidence, both direct and circumstantial, indicates that manual whiplash shaking of infants is a common primary type of trauma in the so-called *battered infant syndrome*. It appears to be the major cause in these infants who suffer from subdural hematomas and intraocular bleedings. The label *"battered infant"* is a misnomer in many cases which may interfere with early diagnosis and proper preventive treatment.

The essential elements in the *infantile whiplash shaking syndrome* present an extraordinary diagnostic contradiction. They include intracranial and intraocular hemorrhages, in the absence of signs of external trauma to the head or fractures of the calvaria, and are associated with traction lesions of the periosteums of the long bones in the absence of fractures and traumatic changes in the overlying skin of the extremities. Usually there is no history of trauma of any kind.

Habitual, prolonged, casual whiplash shakings may produce an insidious progressive clinical picture, the *latent whiplash shaken infant syndrome*, which is often inapparent to both parents and physicians. It usually first becomes evident at school age when minor *idiopathic* cerebral motor defects are first detected along with mild idiopathic mental retardation. Permanent impairments of vision and hearing may also be identified at this time for the first time when the children are 5 to 6 years of age. The actual number of such cases is incalculable from current evidence but it

0000020

...s to be substantial.

...concept of the *whiplash shaken infant syn*... warrants careful diagnostic consideration ...infants with unexplained convulsions, hy... itability, bulging fontanel, paralyses, and ...ful vomiting singly or in combination. The ...e careful examination of the ocular fundi of ...fants should provide a superior screening ...od for early and massive detection of patho... whiplash shakings along with radiographic ...ination of the long bones for confirmation in ...propriate cases.

...urrent evidence, though manifestly incom... e and largely circumstantial, warrants a na... wide educational campaign on the potential ...ogenicity of habitual, manual, casual whip... shaking of infants, and on all other habits, ...ctices and procedures in which the heads of ...nts are habitually jerked and jolted (whip...ed).

...he proposed nationwide educational cam...n against the shaking, slapping, jerking, and ...ing of infants' heads is summarized in the fol...ing stanza:

Guard well your baby's precious head,
Shake, jerk and slap it never,
Lest you bruise his brain and twist his mind,
Or whiplash him dead, forever.

J.C.

## REFERENCES

Caffey, J.: Multiple fractures in the long bones of infants suffering from subdural hematoma. Amer. J. Roentgen., 56:163, 1946.

Caffey, J.: On the theory and practice of shaking infants, its potential residual effects of permanent brain damage and mental retardation. Amer. J. Dis. Child., 124:161, 1972.

Personal communication from Dr. Robert Salinger, Pediatrician, who first detected the guilt of the infant nurse and provided me with much valuable first hand information.

Benton, R.: Kids get on my nerves. Master Detective, 53:44, 1957.

Newsweek, 48 (pt. 1) 90, 1956.

Guthkelch, A. N.: Infantile subdural hematoma and its relationship to whiplash injuries. Brit. Med. J., 2:430, 1971.

Helfer, R. E., and Kempe, C. H.: The Battered Child. Chicago: University of Chicago Press, 1965.

Silverman, F. N.: The battered child syndrome. JAMA, 199:163, 1962.

Swischuk, L. E.: Spine and spinal cord trauma in the battered child syndrome. Radiology, 92:733, 1969.

Guarnaschelli, J., et al.: "Fallen fontanelle" (Caida de Mollera); a variant of the battered child syndrome. Amer. J. Dis. Child., 124:1545, 1972.

10. Mushin, A. S., and Morgan, G.: Ocular damage in the battered babe syndrome. Brit. J. Ophthal., 55:343, 1971.

11. Kiffney, G. T.: Ocular damage in the "battered child." Arch. Ophthal., 72:231, 1964.

12. Mushin, A. S.: Ocular damage in the batter-baby syndrome. Brit. Med. J., Aug. 14, 1971, p. 402.

13. Maroteaux, P., et al.: The sequela of Silverman's syndrome. Presse Med., 75:711, 1967.

14. Aron, J. J., et al.: Ocular signs observed in the syndrome of Silverman. Ann. Oculist., 208:533, 1970.

15. Gilkes, M. J., and Mann, T. P.: Fundi of battered babes. Lancet, II:48, 1967.

16. Harcourt, B., and Hopkins, D.: Ophthalmic manifestations of the battered-baby syndrome. Brit. Med. J., 3:398, 1971.

17. Freindly, D. S.: Ocular manifestations of physical child abuse. Trans. Amer. Acad. Ophthal. Otolaryng., 75:318, 1971.

18. Phelps, C. D.: The association of pale-centered retinal hemorrhages with intracranial bleeding in infancy: A report of two cases. Amer. J. Ophthal., 72:348, 1971.

19. Sezen, F.: Retinal hemorrhages in newborn infants. Brit. J. Ophthal., 55:248, 1970.

20. Planten, J. T., and Schaaf, P. C.: Retinal hemorrhages in the newborn. Ophthalmologica, 162:213, 1971.

21. Schlaeder, G., et al.: Retinal hemorrhages in the newborn after vacuum delivery and spontaneous delivery. Gynec. Obstet., 70:98, 1925.

22. Baum, J., and Bulpitt, C. J.: Retinal and conjunctival hemorrhage in the newborn. Arch. Dis. Child., 45:344, 1970.

23. Ingraham, F. D., and Matson, D. D.: Neurosurgery of Infancy and Childhood. Springfield, Ill.: Charles C Thomas, Publisher, 1967.

24. Ommaya, A. K., and Yarnell, P.: Subdural hematoma after whiplash injury. Lancet, 1969, p. 237.

25. Ommaya, A. K., et al.: Whiplash injury and brain damage: An experimental study. JAMA, 204:285, 1968.

26. Ommaya, A. K., and Hirsch, A. E.: Tolerance of cerebral concussions from head impact and whiplash in primates. J. Biomechanics, 4:13, 1971.

27. Towbin, A.: Sudden infant death ("cot" and "crib" death) related to spinal injury. Lancet, II:940, 1967.

27a. Harris, L. S., and Adelson, L.: Spinal injury and sudden infant death: A second look. Amer. J. Clin. Path., 52(3):289, 1969.

28. Elmer, E.: Children in Jeopardy: A Study of Abused Minors and Their Families. Pittsburgh: University of Pittsburgh Press, 1967.

29. Morse, C. W., et al.: A three-year study of abused and neglected children. Amer. J. Dis. Child., 120:439, 1970.

30. Martin, H., In Kempe's Helping the Battered Child and Its Family. Philadelphia: J. B. Lippincott Co., 1972.

## ACKNOWLEDGMENT

Dr. Michael Kashgarian, Pathologist, Yale School of Medicine, provided data from the necropsies of babies H and K.

EXHIBIT    "B"

J Neurosurg 66:409–415, 1987

# The shaken baby syndrome

## A clinical, pathological, and biomechanical study

Ann-Christine Duhaime, M.D., Thomas A. Gennarelli, M.D., Lawrence E. Thibault, Sc.D., Derek A. Bruce, M.D., Susan S. Margulies, M.S.E., and Randall Wiser, M.S.E.

Division of Neurosurgery and Department of Bioengineering, University of Pennsylvania, Philadelphia, Pennsylvania

✔ Because a history of shaking is often lacking in the so-called "shaken baby syndrome," diagnosis is usually based on a constellation of clinical and radiographic findings. Forty-eight cases of infants and young children with this diagnosis seen between 1978 and 1985 at the Children's Hospital of Philadelphia were reviewed. All patients had a presenting history thought to be suspicious for child abuse, and either retinal hemorrhages with subdural or subarachnoid hemorrhages or a computerized tomography scan showing subdural or subarachnoid hemorrhages with interhemispheric blood. The physical examination and presence of associated trauma were analyzed; autopsy findings for the 13 fatalities were reviewed. All fatal cases had signs of blunt impact to the head, although in more than half of them these findings were noted only at autopsy. All deaths were associated with uncontrollably increased intracranial pressure.

Models of 1-month-old infants with various neck and skull parameters were instrumented with accelerometers and shaken and impacted against padded or unpadded surfaces. Angular accelerations for shakes were smaller than those for impacts by a factor of 50. All shakes fell below injury thresholds established for subhuman primates scaled for the same brain mass, while impacts spanned concussion, subdural hematoma, and diffuse axonal injury ranges. It was concluded that severe head injuries commonly diagnosed as shaking injuries require impact to occur and that shaking alone in an otherwise normal baby is unlikely to cause the shaken baby syndrome.

KEY WORDS · shaken baby syndrome · head injury · child abuse

THE term "whiplash shaken baby syndrome" was coined by Caffey[3] to describe a clinicopathological entity occurring in infants characterized by retinal hemorrhages, subdural and/or subarachnoid hemorrhages, and minimal or absent signs of external trauma. Because a nursemaid admitted that she had held several such children by the arms or trunk and shaken them, the mechanism of injury was presumed to be a whiplash-type motion of the head, resulting in tearing of the bridging veins. Such an injury was believed to be frequently associated with fatalities in infantile child abuse and has been postulated as a cause of developmental delay in survivors.[4,15]

While the term "shaken baby syndrome" has become well entrenched in the literature of child abuse, it is characteristic of the syndrome that a history of shaking in such cases is usually lacking.[12] Shaking is often assumed, therefore, on the basis of a constellation of clinical findings and on the computerized tomography (CT) picture of subarachnoid and subdural hematomas,

particularly in the posterior interhemispheric fissure.[17] Because of the ambiguous circumstances of such injuries, medicolegal questions are particularly troublesome, and the neurosurgeon is often consulted to give an opinion as to whether the findings are consistent with child abuse or accidental injury.

This paper reviews all cases of the shaken baby syndrome seen at the Children's Hospital of Philadelphia (CHOP) between January, 1978, and March, 1985. To better study the mechanism of injury, autopsy results in all fatal cases were reviewed, and the biomechanics of this injury were studied in a series of infant models. Based on these observations, we believe that shaking alone does not produce the shaken baby syndrome.

## Clinical Studies

### Clinical Material and Methods

All reports submitted to the Suspected Child Abuse and Neglect team were reviewed. Since house officers

409

TABLE 1

*Initial clinical criteria for diagnosis of shaken baby syndrome*

| Diagnosis* | Cases | | No. of Deaths |
|---|---|---|---|
| | No. | Percent | |
| retinal hemorrhage + SAH or SDH | 29 | 60 | 5 |
| retinal hemorrhage + SAH & SDH | 10 | 21 | 5 |
| bilateral chronic SDH | 3 | 6 | 0 |
| SAH &/or SDH & interhemispheric blood on CT | 6 | 13 | 3 |
| total | 48 | 100 | 13 |

* SAH = subarachnoid hemorrhage; SDH = subdural hemorrhage; CT = computerized tomography.

TABLE 2

*Best history in 48 cases of shaken baby syndrome*

| Etiology | Cases | |
|---|---|---|
| | No. | Percent |
| shaking only | 1 | 2 |
| fall or accidental blunt trauma | 15 | 31 |
| strike or fall plus shaking | 10 | 21 |
| strike only | 3 | 6 |
| trauma or shaking denied, caretakers in attendance | 8 | 17 |
| history unknown, caretakers not in attendance | 10 | 21 |
| cardiopulmonary resuscitation | 1 | 2 |

TABLE 3

*Trauma associated with shaken baby syndrome in 48 cases*

| Associated Trauma | Cases | |
|---|---|---|
| | No. | Percent |
| no evidence of blunt impact to head | 18 | 37.5 |
| no extracranial trauma | 12 | 25.0 |
| additional extracranial trauma | 6 | 12.5 |
| acute | 3 | 6.25 |
| old trauma only | 3 | 6.25 |
| evidence of blunt impact to head | 30 | 62.5 |
| skull fractures | 12 | 25.0 |
| cranial soft-tissue contusions | 18 | 37.5 |
| additional extracranial trauma | 18 | 37.5 |
| acute | 15 | 31.25 |
| old trauma only | 3 | 6.25 |

and emergency room personnel are well trained in recognizing the clinical manifestations associated with this syndrome, it is considered that essentially all cases seen at CHOP are reported to this group.

Suspicion of shaking was based on history, clinical findings, and CT data. All subjects met the following criteria: presence of retinal hemorrhages with subdural and/or subarachnoid hemorrhage, bilateral chronic subdural hematomas, or a CT scan showing subdural or subarachnoid hemorrhages with interhemispheric blood. In addition, all patients were judged to have histories suggestive of child abuse or neglect; well-documented, witnessed accidental trauma was excluded. Histories were obtained from several interviews with caretakers by physicians, social workers, and in some cases law enforcement agents. Caretakers were routinely asked specifically about shaking.

Associated trauma data were obtained from physical examination, skull radiographs, CT scans, and skeletal surveys. All fatal cases were examined by the Philadelphia Medical Examiner, and pathology data were obtained from that office.

*Results*

Fifty-seven patients with suspected shake injury were identified. Of these, detailed clinical information was available in 48 cases. These patients ranged in age from 1 month to 2 years (mean 7.85 months). Thirty-one patients were male (65%). There were 13 fatalities (27%). Initial clinical criteria for diagnosis of the shaken baby syndrome are listed in Table 1. Thirty-nine patients (81%) had retinal hemorrhages plus subarachnoid and/or subdural hemorrhages. The remainder had bilateral chronic subdural hematomas (6%) or the above-mentioned CT findings without retinal hemorrhages (13%).

The most common presenting complaints were lethargy, breathing difficulty, irritability, poor feeding, and seizures. Best history is listed in Table 2; the most common histories were accidental blunt trauma (usually a fall) in 15 (31%) and blunt trauma plus shaking in 10 (21%); trauma and shaking were denied in eight (17%). In three cases (6%) the child was struck by the caretaker. In eight additional cases the history was unknown, usually because the child was left alone or

with a babysitter. There were two cases (4%) with no history to explain the present findings, but both children were known to have been abused previously or subsequently. One case was associated with cardiopulmonary resuscitation (2%). In only one case was a history of shaking alone obtained; this child was reportedly shaken when she appeared to have difficulty in breathing associated with a respiratory infection.

Associated trauma observed clinically, radiographically, or at autopsy is listed in Table 3. The presence of scalp contusion, subgaleal or subperiosteal hemorrhage, and/or skull fracture was considered evidence of blunt impact to the head. Twelve cases (25%) had intracranial findings associated with the shaken baby syndrome alone, with no findings of associated blunt trauma to the head and no extracranial trauma. Six additional cases (13%) had the syndrome without signs of blunt head trauma but did have associated extracranial trauma. Thirty cases (63%) had findings of blunt impact to the head in addition to the intracranial findings of the shaken baby syndrome. Of these, 12 (25%) had skull fractures and 18 (38%) had significant cranial soft-tissue contusions. Most of the fractures were in the occipital or parieto-occipital region.

Clinical history, physical findings, hospital course, intracranial pressure (ICP, when measured), and pathological findings of the 13 fatalities are listed in Ta

000818

Case 1:09-cv-00052-MP-GRJ   Document 21-56   Filed 03/22/11   Page 11 of 49

# The shaken baby syndrome

**TABLE 4**
*Clinical and pathological findings in 13 fatal cases of shaken baby syndrome\**

| Factor | Case 1 | Case 2 | Case 3 | Case 4 | Case 5 | Case 6 | Case 7 | Case 8 | Case 9 | Case 10 | Case 11 | Case 12 | Case 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| age (mos) | 24 | 7 | 3 | 22 | 11 | 9 | 8 | 5 | 10 | 13 | 24 | 4 | 19 |
| sex | F | M | M | M | F | F | F | M | F | M | M | M | F |
| history | | | | | | | | | | | | | |
|   fall or hit | + | | + | + | + | | | + | + | + | + | + | + |
|   shaking | | | + | | | | | | | | + | | + |
|   trauma denied | | | + | | | | | | | | | + | |
|   unknown | | + | | | | + | + | | | | | | |
| initial examination | | | | | | | | | | | | | |
|   unresponsive | + | + | + | + | + | + | + | + | + | + | + | + | + |
|   retinal hemorrhages | + | + | | + | | | + | + | + | + | + | + | |
|   cranial impact | + | | | + | | | | | | + | + | + | + |
|   extracranial trauma | + | | | + | + | | | | | | | + | + |
| intracranial pressure | ↑↑ | NM | ↑↑ | ↑↑ | ↑↑ | NM | ↑↑ | NM | ↑↑ | NM | ↑↑ | ↑↑ | ↑↑ |
| survival time (days) | 2 | 2 | 7 | 2 | 3 | 2 | 2 | 1 | 1 | 1 | 4 | 1 | 1 |
| pathology | | | | | | | | | | | | | |
|   cranial contusions | + | + | + | + | + | + | + | + | + | + | + | + | + |
|   skull fracture(s) | ++ | | | ++ | ++ | | | | | | | + | + |
|   subdural hematoma | + | + | + | + | + | + | + | + | + | + | + | + | + |
|   subarachnoid hemorrhage | + | + | + | + | + | + | + | + | + | + | + | + | + |
|   hemispheric contusions | + | + | | + | | + | | + | | | | | + |
|   white matter tears | + | | | | | + | | | + | | | | + |
|   diffuse brain swelling | + | + | + | + | + | + | + | + | + | + | + | + | + |

\* ↑↑ = increased; NM = not measured; + = factor present; ++ = severe.

4 and 5. Mean age in this group was 12.23 months; 54% were male. All of these children arrived at the hospital in an essentially unresponsive state, and all died from the effects of uncontrollably increased ICP associated with massive brain swelling. In only one case was a subdural hematoma thought to be of significant size to warrant surgical intervention, and drainage was ineffective in controlling elevated ICP.

Pathological examination showed that all of the children who died had evidence of blunt head trauma. Eight had soft-tissue contusions and five had contusions and skull fractures. In seven cases, however, impact findings were noted only at autopsy, and had not been apparent prior to death. All fatal cases had subdural and subarachnoid bleeding. Focal cerebral contusions and lacerations occurred in six. Microscopic examination was performed in three cases and showed corpus callosum hemorrhages, cortical laminar necrosis, or white matter hemorrhages. All children had diffuse and usually massive brain swelling.

## Biomechanical Studies

### Whole Infant Models

To test the hypothesis that infants are particularly susceptible to injury from shaking because of a relatively large head and weak neck, we constructed models of 1-month-old infants that were implanted with an accelerometer to measure the results of shaking or impact manipulations. Since the mechanical properties of the infant neck have not been studied, three models were built with different neck structures in order to include the range of limiting conditions that might exist in the live infant. Both a fixed center of rotation with zero resistance (hinge model) and moving centers of rotation with low and moderate resistance (rubber neck models) were tested.

### Experimental Methods

The heads and bodies of the models were adapted from Just Born dolls. Head circumference was 36 cm, coronal width was 10 cm, anteroposterior diameter was 10.75 cm, and height from vertex to base (calculated from a line drawn from chin to caudal occiput) was 9.0 cm; values were comparable to human infants. Brain weight for an infant of this size was assumed to be 500 gm.[1] The ideal weight of the head was estimated by balance-weight measurements of several infants with an average age of 1 month, and was 770 to 870 gm. The heads of the models were tightly filled with cotton, with water added until the desired weight range was reached. The water was absorbed by the cotton and distributed so that no sloshing of the contents occurred. The heads were reweighed after neck insertion and sealing and at the end of all experiments.

Neck length from the skull base to the T-1 vertebra

0000024
000819

A. C. Duhaime, *et al.*

TABLE 5

*Summary of findings in 13 fatal cases of shaken baby syndrome*

| Factor | Finding |
|---|---|
| **age (mos)** | |
| mean | 12.23 |
| range | 3–24 |
| **sex M/F** | 7/6 |
| **history** | |
| fall or hit (three with shaking) | 10 |
| unknown | 3 |
| **initial examination** | |
| unresponsive | 13 |
| retinal hemorrhages | 9 |
| cranial impact | 6 |
| extracranial trauma | 5 |
| **intracranial pressure** | |
| measured, unable to control | 9 |
| not measured | 4 |
| **survival time (days)** | |
| range | 1–7 |
| mean | 2.2 |
| **pathology** | |
| cranial contusions | 13 |
| skull fracture(s) | 5 |
| subdural hematomas (one requiring surgery) | 13 |
| subarachnoid hemorrhage | 13 |
| unilateral | 3 |
| diffuse | 3 |
| multifocal | 7 |
| hemispheric contusions | 6 |
| diffuse, multiple | 3 |
| focal, coup-contrecoup | 3 |
| white matter tears | 4 |
| gross | 2 |
| microscopic | 2 |
| diffuse brain swelling (11 with herniation evident) | 13 |

TABLE 6

*Mean acceleration and time course of shakes and impacts in all models*

| Manipulation | No. | Peak Tangential Acceleration (G) | Time (msec) | Angular Velocity (radians/sec) | Angular Acceleration (radians/sec²) |
|---|---|---|---|---|---|
| shakes | 69 | 9.29 | 106.6 | 60.68 | 1138.54 |
| impacts | 60 | 428.18 | 20.9 | 548.63 | 52,475.70 |

TABLE 7

*Effects of neck condition and "skull" on mean peak tangential acceleration and time course of shakes and impacts*

| Variant | Shakes | | Impacts | |
|---|---|---|---|---|
| | Acceleration (G) | Time (msec) | Acceleration (G) | Time (msec) |
| hinge neck | 13.85 | 92.7 | 423.42 | 18.6 |
| flexible rubber neck | 5.70 | 93.3 | 427.78 | 21.4 |
| stiff rubber neck | 7.02 | 130.5 | 433.33 | 22.8 |
| skull | 9.86 | 107.4 | 436.12 | 20.2 |
| no skull | 8.89 | 103.5 | 427.04 | 21.6 |

TABLE 8

*Effect of impact surface on mean peak tangential acceleration and time course*

| Surface of Impact | Acceleration (G) | Time (msec) |
|---|---|---|
| padded surface | 380.60 | 24.22 |
| metal bar | 489.51 | 17.13 |

was measured from lateral neck films of several normal infants with an average age of 1 month and ranged from 3.5 to 4.5 cm; all models were therefore given neck lengths of 4.0 cm. Necks were embedded in Castolite resin* superiorly, which was also used to seal the head. The interior part of the neck was secured in dental stone.† The stuffed body was then replaced around the dental stone "thorax," with lead weights added as necessary to reach the thorax to reach a total body weight of 3 to 4 kg. Arms and legs were not weighted, so the slightly low total weight for age reflects an attempt to approximate trunk:head weight ratios.

Model 1 had a hinge neck made from a 360° steel hinge, 3.6 cm in width, placed in the horizontal plane to allow complete anteroposterior angulation of the head. The center of rotation was 3.3 cm below the estimated level of the skull base (approximating at the C-6 vertebral level). Model 2 had a 1.9-cm diameter hollow rubber neck with a 0.8-cm lumen. This neck

did not support the weight of the head in the upright position but did not kink when the head was allowed to fall unsupported. Model 3 had a 2.9-cm rubber neck with a 1.2-cm lumen. This neck was able to support the head in the vertical position but allowed full passive movement of the head. In all models, head motion was limited in the anteroposterior direction by the occiput striking the upper back and the chin striking the chest.

To test for the effect of the deformability of the model heads on impact, all models were tested with and without an external "pseudoskull" made from thermoplastic.‡ This "skull" was 1/8 in. thick and was molded to the occipital, parietal, temporal, and posterior frontal areas, with the facial area uncovered. The "skulls" weighed 170 to 200 gm.

Data were recorded from a piezoelectric accelerometer§ embedded in a small piece of thermoplastic and attached to the vertex in a coronal plane through the

center of
itive vio
excursio
perimen
the expo
terior pl
describe
each ser
either a
tested at
fied and

Angu
ured pe
center o
calculat
Transla

**Results**

The
("shake
eration
shown
was p <

*Shak*
angular
in Fig.
shaking
acceler
The ac
than th
average
tions b

* Resin manufactured by Buehler Ltd., Evanston, Illinois.
† Dental stone, Glastone Type IV, manufactured by Ransom and Randolph Co., Toledo, Ohio

‡ Polyform thermoplastic manufactured by Rolyan Medical Products, Menomonee Falls, Wisconsin.
§ Accelerometer manufactured by Endevco Corp., San Juan Capistrano, California.

| Sho
Model
Capistr

000820

0000025

Case 1:09-cv-00052-MP-GRJ   Document 21-56   Filed 03/22/11   Page 13 of 49



FIG. 1. Representative tangential acceleration traces for infant models undergoing shake *(upper)* and impact *(lower)* manipulations. While manipulations of the infant models were performed as described, with a series of shakes followed by an impact, the magnitude of the impact accelerations was so much greater than that associated with the shakes that different scales are used to display the respective acceleration traces.

center of the neck. Each model was subjected to repetitive violent shaking, allowing the head to travel its full excursion several times, by adult male and female experimenters. The models were held by the thorax facing the experimenter and were shaken in the anteroposterior plane, since this is the motion most commonly described in the shaken baby syndrome. At the end of each series of shakes the occiput was impacted against either a metal bar or a padded surface. Each model was tested at least 20 times. Acceleration traces were amplified and recorded.‖

Angular accelerations were calculated from the measured peak tangential accelerations by using C-6 as the center of rotation in all cases. Angular velocity was calculated as the time integral of the acceleration curve. Translational forces were assumed to be minimal.

## Results

The data were collected from 69 shaking episodes ("shakes") and 60 "impacts." Typical tangential acceleration traces for shake and impact manipulations are shown in Fig. 1. The criterion for significant difference was p < 0.01 in all cases.

*Shakes Versus Impacts.* Angular acceleration and angular velocity for each shake and impact are shown in Fig. 2. Mean peak tangential acceleration for 69 shaking episodes was 9.29 G; mean peak tangential acceleration for 60 impacts was 428.18 G (Table 6). The accelerations due to impact are significantly greater than those obtained by shaking (p < 0.0001); on the average, impact accelerations exceed shake accelerations by a factor of nearly 50 times. Mean time interval

‖ Shock amplifier, Model 2740 A, and pulse memory unit, Model 2743, manufactured by Endevco Corp., San Juan Capistrano, California.



FIG. 2. Angular acceleration versus angular velocity for shakes and impacts, with injury thresholds from primate experiments scaled to 500-gm brain weight. DAI = diffuse axonal injury; SDH = subdural hematoma.

for shakes was 106.6 msec and for impacts was 20.9 msec. This difference is significant at the p = 0.001 level.

*Effects of Neck Condition.* Mean tangential accelerations and time courses for shakes and impacts for each neck condition are presented in Table 7. There is no significant difference between the hinge neck, the flexible rubber neck, and the stiff rubber neck in the mean acceleration resulting from impacts (423.4, 427.8, and 433.3 G, respectively) or in the mean time course (18.6, 21.4, and 22.8 msec, respectively). With shakes, the more flexible neck is associated with higher accelerations (mean 13.85 G) than the two rubber neck models (mean 5.7 and 7.0 G) (p < 0.001). There is an inverse relationship between neck stiffness and time duration of a shake: the stiff rubber neck was associated with a longer time course than the more flexible rubber neck (130.5 msec and 93.3 msec, respectively) (p < 0.001).

*Effects of "Skull."* The presence of a hard thermoplastic "skull" did not change the magnitude or time course of accelerations associated with shaking of the models. The acceleration magnitude and time course were also unchanged when the models were impacted. These data are shown in Table 7.

*Effects of Impact Surface.* Impact against a padded surface was associated with significantly smaller acceleration (mean 380.6 G) and longer time course (mean 24.22 msec) than that against a metal bar (mean 489.5 G and 17.13 msec) (p < 0.001). Data are shown in Table 8.



A. C. Duhaime, *et al.*

## Discussion

Clinical head injury can be classified into two major categories according to the distribution of pathological damage, whether focal or diffuse.[10] Such a distinction is important for treatment and prognosis, as well as for establishing the biomechanical conditions necessary to produce a given injury type. It has been established both experimentally and clinically that most focal injuries are associated with impact loading, resulting in contact phenomena, while diffuse injuries are associated with impulsive loading conditions resulting from acceleration-deceleration phenomena.[6] Damage to the brain occurs as a result of these biomechanical forces and from the secondary effects of ischemia due to altered autoregulation or brain swelling.

The shaken baby syndrome has been postulated to result from the effects of nonimpact acceleration-deceleration forces. It has been suggested that the back and forth movement of the head alone is sufficient to cause tearing of bridging veins, resultant subdural hematomas, and death.[8,13] The relatively large size of an infant's head, weakness of the neck musculature, softness of the skull, relatively large subarachnoid space, and high water content of the brain have been postulated to contribute to the susceptibility of shaking injuries in infants.[4,14]

While shaking alone has been considered sufficient to cause a fatal injury, the usual lack of history of the true mechanism of injury in these cases has hampered accurate clinicopathological correlations. It is of interest, however, that in a recent series of fatal cases of infantile head injuries from suspected child abuse,[5] white matter tears were found similar to those described by Lindenberg and Freytag[11] in blunt trauma in infancy. In addition, lesions in the distribution typical of diffuse axonal injury, like those found in adult head injury and in subhuman primates subjected to high acceleration-deceleration injury,[7] were described in some cases. In fact, at least one of Caffey's original cases[3] included "lacerations of the cerebral parenchyma." Shaking alone was the presumed mechanism of these injuries.

As experience has accumulated in experimental angular acceleration injury it has become clear that, besides the magnitude of the acceleration, another important biomechanical factor influencing injury type is the time interval over which the acceleration occurs. Thus, large angular accelerations occurring over shorter time periods tend to result in subdural hematoma, while longer intervals are associated with diffuse axonal injury.[6] A tolerance scale relating these two factors to resultant injury has been developed for the subhuman primate by Thibault and Gennarelli.[16] Values above certain critical limits result in a particular type of injury such as concussion, subdural hematoma, or diffuse axonal injury. When such a curve is scaled for the brain mass of an infant the size of our models, it can be seen that the angular acceleration and velocity associated with shaking occurs well below the injury range, while

the values for impacts span concussion, subdural, and diffuse axonal injury ranges (Fig. 2). This was true for all neck conditions with and without skulls. A padded surface decreases the magnitude of acceleration and lengthens the time course to some extent, but these impacts also fall in the injury range.

These results are consistent with the observation that the fatal cases of the shaken baby syndrome in this series were all associated with evidence of blunt impact to the head. This preponderance of blunt trauma has also been found in at least one other series of nonaccidental head trauma in childhood in which the mechanism of injury was investigated.[9] It is of interest that in more than half of our fatal cases, no evidence of external trauma was noted on the initial physical examination, which helped to contribute to the diagnosis of "shaken baby syndrome." Skull fractures and scalp contusions were found at autopsy, however, most often in the occipital or parieto-occipital region. In addition, several babies had parenchymal lesions in a distribution consistent with diffuse axonal injury.[11]

While some reports on the shaken baby syndrome mention brain swelling, in most reports the subdural collections themselves have been postulated as the cause of death. In this series, all fatalities were consequent to uncontrollable brain swelling, and it is clear that drainage of the small collections present would have been useless in controlling the ICP. The problem of acute brain swelling is particularly common in the pediatric population, and its cause is poorly understood.[2] Whether high accelerations in the anteroposterior direction have some particular association to this complication remains to be investigated.

It is our conclusion that the shaken baby syndrome, at least in its most severe acute form, is not usually caused by shaking alone. Although shaking may, in fact, be a part of the process, it is more likely that such infants suffer blunt impact. The most common scenario may be a child who is shaken, then thrown into or against a crib or other surface, striking the back of the head and thus undergoing a large, brief deceleration. This child then has both types of injury — impact with its resulting focal damage, and severe acceleration-deceleration effects associated with impact causing shearing forces on the vessels and parenchyma. Unless a child has predisposing factors such as subdural hygromas, brain atrophy, or collagen-vascular disease, fatal cases of the shaken baby syndrome are not likely to occur from the shaking that occurs during play, feeding, or in a swing, or even from the more vigorous shaking given by a caretaker as a means of discipline.

### Acknowledgments

The authors are grateful to Lucy Rorke, M.D., Giustino Tomei, M.D., Karen Hess, M.S.E., Toni Siedl, M.S.W., and Thomas Langfitt, M.D., for advice and assistance with this project.

0000027

000822

# The shaken baby syndrome

xdural, and
vas true for
. A padded
ration and
, but these

rvation that
me in this
lunt impact
trauma has
of nonacci-
the mecha-
erest that in
evidence of
physical ex-
he diagnosis
es and scalp
, most often
In addition,
distribution

y syndrome
he subdural
l as the cause
consequent
is clear that
would have
problem of
on in the pe-
understood.[2]
sterior direc-
iis complica-

y syndrome,
not usually
cing may, in
ely that such
mon scenario
own into or
e back of the
decceleration.
- impact with
celeration-de-
ausing shear-
ma. Unless a
bdural hygro-
disease, fatal
not likely to
play, feeding,
orous shaking
line.

M.D., Giustino
ll, M.S.W., and
rtance with this

## References

1. Adams RD, Victor M: **Principles of Neurology**, ed 2. New York: McGraw-Hill, 1981, pp 387–417
2. Bruce DA, Alavi A, Bilaniuk L, et al: Diffuse cerebral swelling following head injuries in children: the syndrome of "malignant brain edema." **J Neurosurg** 54:170–178, 1981
3. Caffey J: On the theory and practice of shaking infants. Its potential residual effects of permanent brain damage and mental retardation. **Am J Dis Child** 124:161–169, 1972
4. Caffey J: The whiplash shaken infant syndrome: manual shaking by the extremities with whiplash-induced intracranial and intraocular bleedings, linked with residual permanent brain damage and mental retardation. **Pediatrics** 54:396–403, 1974
5. Calder IM, Hill I, Scholtz CL: Primary brain trauma in non-accidental injury. **J Clin Pathol** 37:1095–1100, 1984
6. Gennarelli TA, Thibault LE: Biomechanics of head injury, in Wilkins RH, Rengachary SS (eds): **Neurosurgery.** New York: McGraw-Hill, 1985, pp 1531–1536
7. Gennarelli TA, Thibault LE, Adams JH, et al: Diffuse axonal injury and traumatic coma in the primate. **Ann Neurol** 12:564–574, 1982
8. Guthkelch AN: Infantile subdural haematoma and its relationship to whiplash injuries. **Br Med J** 2:430–431, 1971
9. Hahn YS, Raimondi AJ, McLone DG, et al: Traumatic mechanisms of head injury in child abuse. **Childs Brain** 10:229–241, 1983
10. Langfitt TW, Gennarelli TA: A holistic view of head injury including a new clinical classification, in Grossman RG, Gildenberg PL (eds): **Head Injury: Basic and Clinical Aspects.** New York: Raven Press, 1982, pp 1–14
11. Lindenberg R, Freytag E: Morphology of brain lesions from blunt trauma in early infancy. **Arch Pathol** 87:298–305, 1982
12. Ludwig S, Warman M: Shaken baby syndrome: a review of 20 cases. **Ann Emerg Med** 13:104–107, 1984
13. McClelland CQ, Rekate H, Kaufman B, et al: Cerebral injury in child abuse: a changing profile. **Childs Brain** 7:225–235, 1980
14. Merten DF, Osborne DRS: Craniocerebral trauma in the child abuse syndrome. **Pediatr Ann** 12:882–887, 1983
15. Sarsfield JK: The neurological sequelae of non-accidental injury. **Dev Med Child Neurol** 16:826–827, 1974
16. Thibault LE, Gennarelli TA: Biomechanics of diffuse brain injuries, in: **Proceedings of the Fourth Experimental Safety Vehicle Conference.** New York: American Association of Automotive Engineers, 1985
17. Zimmerman RA, Bilaniuk LT, Bruce D, et al: Computed tomography of craniocerebral injury in the abused child. **Radiology** 130:687–690, 1979

Manuscript received June 16, 1986.
*Address reprint requests to:* Ann-Christine Duhaime, M.D., Division of Neurosurgery, University of Pennsylvania, Philadelphia, Pennsylvania 19014.

0000028
000023

17 Bach JF. The c... ... ... ... susceptibility to autoimmune and allergic diseases. ... ... Sci 2002;2:17,81-1-21.

18 Yu L, Robles DT, A... ... A, Barr P, Rewers M, Edelman E, et al. Early expression of anti-insulin autoantibodies of man and the NOD mouse: evidence for early determination of subsequent diabetes. Proc Natl Acad Sci USA 2000;97:1701-6.

19 Marron R, Wolf-Eichmann D, Dukielochen G, Schreimann WA, Kolb H, Noards J JG, et al. Development of type I diabetes despite severe hereditary B-lymphocyte deficiency. N Engl J Med 2001;344:1036-40.

20 Imagawa A, Hanafusa T, Itoh N, Waguri M, Yamamoto J, et al. Immunological abnormalities in islets at diagnosis paralleled further deterioration of glycaemic control in patients with recent-onset type I (insulin-dependent) diabetes mellitus. Diabetologia 1996;22:574-8.

21 Herold RC, Megarbus W, Auger JA, Poumian-Ruiz E, Taylor L, Dunderson D, et al. Anti-CD3 monoclonal antibody in new-onset type I A diabetes mellitus. N Engl J Med 2002;346:1692-8.

22 Fasih AK, Liddle CN, Farquharson MA, Richmond JA, Weir BA. The histopathology of the pancreas in type I diabetes (insulin dependent) mellitus: a 25-year review of deaths in patients under 20 years of age in the United Kingdom. Diabetologia 1986;29:267-74.

23 Verge CF, Gianani R, Kawasaki E, Yu L, Pietropaolo M, Jackson RA, et al. Prediction of type I diabetes in first-degree relatives using a combination of insulin, GAD, and ICA512bdc/IA-2 autoantibodies. Diabetes 1996;45:928-33.

24 LaGasse JM, Brantley MS, Leech NJ, Rowe RE, Monks S, Palmer JP, et al. Successful prospective prediction of type IA diabetes in schoolchildren through multiple defined autoantibodies: an 8-year follow-up of the Washington Sta... ... ... ...rediction study. Diabetes Care 2002;25:505-11.

25 Johnson SB. Screening programs to identify children at risk for diabetes mellitus: psychological impact on children and parents. J Pediatr Endocrinol Metab 2001;14:1533-9.

26 Barker J, Klingensmith G, Barriga K, Rewers M. Clinical characteristics of type I diabetic children identified by a genetic screening and intensive follow-up program. Diabetes 2003;52(suppl 1):A186.

27 Turner R, Stratton I, Horton V, Manley S, Zimmet P, Mackay IR, et al. UKPDS 25: autoantibodies to islet-cell cytoplasm and glutamic acid decarboxylase for prediction of insulin requirement in type 2 diabetes. Lancet 1997;350:1288-93.

28 Atkinson MA, Leiter EH. The NOD mouse model of type IA diabetes: as good as it gets? Nat Med 1999;5:601-4.

29 Diabetes Control and Complications Trial. Epidemiology of Diabetes Interventions and Complications Research Group. Retinopathy and nephropathy in patients with type I diabetes four years after a trial of intensive therapy. N Engl J Med 2000;342:381-9.

30 Vojta T, Duckworth WC. Genetically engineered insulin analogs: diabetes in the new millennium. Pharmacol Rev 2000;52:1-9.

31 Bull GB, Owen DR. Insulin glargine. Lancet 2000;356:443-3.

32 Meyer L, Guerci B. Metformin and insulin in type IA diabetes: the first step. Diabetes Care 2003;26:1653-8.

33 Shapiro AM, Lakey JR, Ryan EA, Korbutt GS, Toth E, Warnock GL, et al. Islet transplantation in seven patients with type IA diabetes mellitus using a glucocorticoid-free immunosuppressive regimen. N Engl J Med 2000;343:230-8.

EXHIBIT    "C"

## Evidence based case report

# Perimacular retinal folds from childhood head trauma

P E Lantz, S H Sinal, C A Stanton, R G Weaver Jr

Editorials by Geddes and Plunkett and Harding et al

Department of Pathology, Wake Forest University School of Medicine, Winston-Salem, NC 27157, USA
P E Lantz
associate professor
C A Stanton
associate professor

Department of Paediatrics, Wake Forest University School of Medicine
S H Sinal
professor

Department of Ophthalmology, Wake Forest University School of Medicine
R G Weaver Jr
associate professor

Correspondence to:
P E Lantz plantz@wfubmc.edu

BMJ 2004;328:754-6

A previously healthy 14 month old child was transferred to our medical centre with a severe head injury. The father had collected the boy and his 5 year old brother from their mother at his workplace car park and taken them home while their mother went to work. The children had been watching television while the father prepared dinner. After hearing something fall, the father found the boy on the floor with the television covering the right side of the head and anterior chest. A homemade television stand was partially across the child's lower legs. His older brother stated, "television fell." As soon as the father removed the television, he noticed the child's head beginning to swell. A neighbour drove them to the local hospital. According to the father and the neighbour, the child never stopped breathing and no resuscitative efforts were attempted.

Cranial computed tomography showed extensive head injuries. He had soft tissue swelling of the scalp, diffuse cerebral oedema with a subdural haematoma overlying the frontal convexities and layering along the falx cerebri, a left sided skull fracture adjacent to a widely diastatic coronal suture, cerebral contusions beneath the fracture, and a rightward midline shift measuring 8 mm. The paediatric ophthalmologist described bilateral dot and blot intraretinal haemorrhages, preretinal haemorrhages, and perimacular retinal folds (fig 1).

The child's condition deteriorated, and he died 18 hours after the incident. Child Protective Services removed the 5 year old sibling from the home because the retinal haemorrhages and retinal folds were considered diagnostic of abusive head trauma from shaking. This action was taken despite the father's repeated detailed, consistent account provided to emergency staff, the paediatric child abuse specialist, paediatric intensive care doctors, and law enforcement authorities.

## Postmortem evidence

A forensic autopsy showed no direct trauma to the orbits or eyes. There were prominent bilateral scalp contusions with soft tissue and intramuscular haemorrhage, symmetrical parietal skull fractures with coronal sutural diastasis, and a lacerated dura mater with extrusion of brain and blood. In addition to bilateral subdural and subarachnoid haemorrhages, a thin epidural haematoma partially covered the frontoparietal, calvarial lamina interna. The brain showed bilateral cortical contusions, severe cerebral oedema, and diffuse anoxic-ischemic injury. Postmortem ocular examination showed haemorrhages of the optic nerve sheaths with subdural haemorrhage greater than subarachnoid haemorrhage. Both eyes had extensive retinal haemorrhages with perimacular retinal folds (fig 2). Retinoschisis and peripapillary intraretinal haemorrhages were evident, and the retinal haemorrhages extended from the posterior pole to the ora serrata affecting the preretinal, intraretinal, and subretinal layers.

When investigators went to the house to recover the television before the family returned home, it was still on the carpeted floor. The 480 mm screen television with built in videocassette recorder weighed 19.5 kg. The homemade television stand measured 762 mm (height)×635 mm (width)×308 mm (depth) and had a bottom drawer that held videotapes. A greasy smudged area on the glass of the television corresponded with the impact site on the child's head.

A re-enactment in which a 11.4 kg weight (similar to the child's weight at autopsy of 11.8 kg) was placed on the partially opened drawer caused the television and

Details of the included studies are on bmj.com

0000029

000824

television stand to readily topple forward. According to investigators, the family home was 7.8 km from the workplace and about 6 km from the local hospital. Based on the distance and estimated driving times plus workplace time clock records, the father was home with the children about 20 minutes when the incident happened. The day after the incident, while in foster care, the 3 year old sibling corroborated the father's account. Despite all this evidence, the paediatric ophthalmologist repeated that perimacular retinal folds coincident with retinal haemorrhages were considered specific for shaken baby syndrome secondary to retinal traction exerted by the oscillating vitreous.

## Search for published evidence

We were unable to find a published report of perimacular retinal folds in a childhood non-abusive head injury. We therefore did a systematic review of the medical literature on perimacular retinal folds associated with abusive head trauma in infants and young children. Our background question became: "In infants and young children with an acute intracranial injury, are perimacular retinal folds specific for head injury from vitreoretinal traction occurring during cycles of acceleration and deceleration (shaken baby syndrome)?"

We searched the Medline (1966-2003) database using the terms retinal folds and child abuse and uncovered seven non-comparative case series articles.[1-7] We also examined references cited in these articles plus review articles and book chapters on ocular findings in child abuse mentioning or discussing perimacular retinal folds relative to non-accidental head injury. Similar searches in the Cochrane Library, ISI Web of Science, and Ovid found no additional articles.

## Results

We found 42 articles and book chapters discussing perimacular retinal folds in childhood abusive head trauma. Seventeen mentioned the presence of retinal folds in non-accidental head injury but did not comment on specificity or formative mechanism. A table on bmj.com gives details of the remaining articles. All but two of the articles are non-comparative clinical or autopsy case series, case reports, review articles, or book chapters.

The two studies that included controls both showed bias in selection of controls and contained no cases with perimacular retinal folds but discussed the postulated causal mechanism.[8 9] In the prospective controlled study, the authors reported on 79 children younger than 3 years who had sustained head injuries.[8] The manner of injury in one case was indeterminate. Three children, including one who died, had non-accidental head injury diagnosed, all of whom had retinal haemorrhages; 72 of the 75 children with non-abusive injuries were managed by observation alone. No perimacular retinal folds were observed; however, the presumed causative mechanism of traumatic retinoschisis and retinal folds was discussed.

The second controlled study was a prospective autopsy study that examined the presence and location of ocular findings in 169 childhood deaths.[9] Ocular haemorrhages (retinal, peripheral retinal, optic nerve sheath and intrascleral) were more likely in craniocer-



Fig 1   Clinical image highlighting temporal portion of perimacular retinal fold at 2-3 o'clock area in left eye with a blood vessel bending over the fold (magnification ×5)

ebral trauma than in non-head injuries and natural diseases. Although case selection was purportedly random, the study contained a disproportionately high number of deaths from child abuse compared with natural and non-abusive causes. Case selection depended on the pathologist's willingness to participate in the study, and we were told by one of the authors that pathologists were more willing to participate when they believed that the deaths were abusive or suspicious (M Gilliland, personal communication, 2002). Perimacular retinal folds were not noted, but the authors concluded that acceleration-deceleration injury to the retina accounts for peripheral retinal haemorrhages and retinal folds.

## Supporting evidence

The references cited to support statements about the specificity or causal mechanism of perimacular retinal folds and abusive head injury in the articles we found are all non-comparative observational reports, unsystematic review articles, and book chapters. Seventy per cent of the articles cited four non-comparative case series.[1 2 3 10] We assessed the quality of this evidence.

Gaynon et al reported on two infants with presumed shaken baby syndrome who had retinal folds and concluded that these folds may be a hallmark



Fig 2   Transilluminated retinal image of right eye at autopsy showing ordinate, elevated, perimacular retinal fold and extensive retinal haemorrhages

755

0000030

000825

of shaking injuries in child abuse victims.[1] One infant reportedly fell 4½ ft to the floor while being carried down a stairway.

Massicotte et al reported the ocular findings at autopsy of three children with perimacular retinal folds.[2] Two infants had sustained direct head trauma, but in the other there was no physical or forensic evidence of direct head trauma. They observed that the vitreous had partially separated from the retina but remained attached to the internal limiting membrane at the apices of the folds and the vitreous base. They concluded that their study confirmed the role of vitreous traction in formation of perimacular folds and proved that shaking alone caused these folds and shaking was never an accidental phenomenon.

Elner et al reviewed the ocular and autopsy findings in 10 consecutive children who died of suspected child abuse.[3] Perimacular retinal folds were observed in three children, all of whom had evidence of blunt head injuries.

Greenwald et al reported five cases of children in whom definite or probable physical abuse during infancy was associated with traumatic retinoschisis.[10] They hypothesised that when an infant is shaken, the head is subjected to repetitive accelerations and decelerations causing the relatively dense lens to move forward and back within the ocular fluids. Transmission of force through firm attachments between the lens, vitreous gel, and particularly the macular retina presumably would result in appreciable traction on the retina causing it to split and creating the surrounding folds.

## Discussion

Statements in the medical literature that perimacular retinal folds are diagnostic of shaken baby syndrome are not supported by objective scientific evidence. Non-comparative observational reports and unsystematic narrative review articles contain insufficient evidence to provide unbiased support for or against diagnostic specificity, and inferences about associations, causal or otherwise, cannot be determined. Clinical and autopsy evidence of ocular lesions must therefore be considered alongside other physical findings and a thorough investigation before concluding whether a head injury is caused by abuse. The pull in our case had ocular haemorrhages (peripheral retinal, optic nerve sheath and intracranial) and retinoschisis, which again some people consider specific for child abuse. Unfortunately, the evidence for these assumptions has similar problems to

that for perimacular retinal folds. An evidence based analysis of index medical publications on shaken baby syndrome from 1966-1998 uncovered a weak scientific evidence base.[11] Selection bias, inappropriate controls, and the lack of precise criteria for case definition were identified as important problems with the data. Many studies contained a fallacy of assumption, selecting cases by the presence of the clinical findings that were sought as diagnostically valid. Unsystematic reviews and consensus statements often mingled opinion with facts and added no original supporting evidence.

Perimacular retinal folds are associated with increased neurological morbidity and mortality in infants and children with abusive head injuries.[8] The reported incidence of perimacular retinal folds in shaken baby syndrome varies from 8% in a consecutive clinical case series to 50% in a sequential autopsy case series.[4] [12] Clinical and autopsy studies with appropriately matched controls are needed to determine the causal mechanism of perimacular retinal folds and their specificity for abusive head injury. Until good evidence is available, we urge caution in interpreting eye findings out of context.

Contributors: PKL conceived the idea, collected the articles, and wrote the initial draft. All authors contributed to the review process, writing, and final editing of the paper. PKL is the guarantor.

Competing interests: None declared.

1  Gaynon MW, Koh K, Marmor MF, Frankel LR. Retinal folds in the shaken baby syndrome. Am J Ophthalmol 1988;106:423-5.
2  Massicotte SJ, Folberg R, Torczynski E, Gilliland MD, Luckenbach MW. Vitreoretinal traction and perimacular retinal folds in the eyes of deliberately traumatised children. Ophthalmology 1991;98:1124-7.
3  Elner SG, Elner VM, Arnall M, Albert DM. Ocular and associated findings in suspected child abuse. A necropsy study. Arch Ophthalmol 1990;108:1094-101.
4  Hess DB, Wilkinson WS. Late ophthalmic manifestations of the shaken baby syndrome. J Pediatr Ophthalmol Strabismus 1990;27:290-303.
5  Marshall DH, Brownstein S, Dorey MW, Addison DJ, Carpenter B. The spectrum of postmortem ocular findings in victims of shaken baby syndrome. Can J Ophthalmol 2001;36:377-83.
6  Mills M. Funduscopic lesions associated with mortality in shaken baby syndrome. J Am Assoc Pediatr Ophthalmol Strabismus 1998;2:67-71.
7  Munger CE, Peiffer RL, Bouldin TW, Kylstra JA, Thompson RL. Ocular and associated neuropathologic observations in suspected whiplash shaken infant syndrome: a retrospective study of 12 cases. Am J Forensic Med Pathol 1993;14:1193-1200.
8  Buys YM, Levin AV, Enzenauer RW, Elder JE, Letourneau MA, Humphreys RP, et al. Retinal findings after head trauma in infants and young children. Ophthalmology 1992;99:1718-23.
9  Gilliland MD, Luckenbach MW, Chenier TC. Systemic and ocular findings in 169 prospectively studied child deaths: retinal hemorrhages usually mean child abuse. Forensic Sci Int 1994;68:117-32.
10  Greenwald MJ, Weiss A, Oesterle CS, Friendly DS. Traumatic retinoschisis in battered babies. Ophthalmology 1986;93:618-25.
11  Donohoe M. Evidence-based medicine and shaken baby syndrome. Part I: literature review, 1966-1998. Am J Forensic Med Pathol 2003;24:239-42.
12  Kivlin JD, Simons KB, Lazoritz S, Ruttum MS. Shaken baby syndrome. Ophthalmology 2000;107:1246-54.

(Accepted 28 January 2004)

---

## Submitting articles to the BMJ

We are now inviting all authors who want to submit a paper to the BMJ to do so via the web (http://submit.bmj.com).

Benchpress is a website where authors deposit their manuscripts and submit them to read them and record their decisions. Reviewers' details are also held on the system, and when asked to review a paper reviewers will be invited to access the site to see the relevant papers. The system is secure, protected by passwords, so that authors see only their own papers and reviewers see only those they are meant to.

Anyone with an internet connection and a web browser can use the system.

The system provides all our guidance and forms and allows authors to suggest reviewers for their paper. Authors get an immediate acknowledgement that their submission has been received, and they can watch the progress of their manuscript. The record of their submission, including editors' and reviewers' reports, remains on the system for future reference.

This system itself offers extensive help, and the BMJ Online Submission Team will help authors and reviewers if they get stuck.

Benchpress is accessed via http://submit.bmj.com or via a link from bmj.com.

0000031

000826

EXHIBIT   "D"

Letters

## Subdural and retinal haemorrhages are not necessarily signs of abuse

EDITOR—The "serious data gaps, flaws of logic, and inconsistency of case definition" shown up by the evidence based case report of the shaken baby syndrome (p 754) and highlighted in the accompanying editorial (pp 719 and 720) will be of interest to the many parents who over the past 10 years have maintained that they have been wrongly accused and convicted of causing their children's injuries.

Furthermore, the recent evidence emphasised by Geddes and Plunkett that trivial falls and other minor injuries can give rise to the allegedly characteristic signs of subdural and retinal haemorrhages is consistent with a triad of possible alternative explanations for shaken baby syndrome. This triad has emerged from an analysis of 98 parental accounts reported to the support group the Five Percenters, each of the three being compatible with a distinct type of neuropathology.

The first is minor trauma (37% of cases). This group gives a history of minor trauma (such as a fall from a bed or sofa) with either immediate loss of consciousness or delayed presentation of an acute subdural bleed and retinal haemorrhages. This is in line with the recently reported series from the United States of independently witnessed minor falls resulting in an acute intracranial bleed, the retinal haemorrhages being caused by a sudden rise in retinal venous pressure as in Terson's syndrome.

The second is birth injury (29% of cases). The clinical presentation in this second group is quite different. There is a general period of variable length of non-specific symptoms such as vomiting and lethargy warranting repeated medical consultations until computed tomography shows the presence of a chronic subdural haemorrhage. The most likely aetiology is a subdural bleed at birth, which, though usually associated with prematurity or a difficult labour, can follow a normal delivery.

The third is respiratory arrest (23% of cases). In this group the precipitating event is suggestive of respiratory arrest—often followed by attempts at resuscitation—that could result in the subdural and retinal haemorrhages characteristic of hypoxic encephalopathy. The findings that severe traumatic brain damage is not, as previously thought, present in these cases contradicts the assumption that such injuries could only have been induced by violent shaking.

A fourth type of presentation, epileptiform seizures (12%) is presumably secondary to underlying intracranial disease—and is thus uninformative about possible aetiology.

These three patterns of clinical events—in the absence of other circumstantial evidence for non-accidental injury—offer a more credible explanation than shaken baby syndrome for the presence of subdural and retinal haemorrhages. It should be noted that shaking has never been directly observed or proved to cause such injuries but is rather an inference based on (contested) theories of

biomechanics. By contrast, consistent parental testimony tallies with descriptions from independent witnesses. Furthermore, each pattern of clinical events is consistent with a distinctive type of neuropathology of acute subdural, chronic subdural, or the thin subdurals of hypoxic encephalopathy.

While we recognise the limitations of the volunteered parental testimony on which this analysis is based, the same triad of presentations—designated as acute encephalopathic, idiopathic subdural, and hyperacute presentation—has also been independently identified from an extended database of cases of suspected non-accidental injury (see previous letter). These findings necessarily raise disturbing questions about the validity of the opinions expressed by medical experts in the courts. They warrant further, urgent, and appropriate scientific investigation.

James Le Fanu general practitioner
Mawbey Brough Health Centre, London SW8 2UD

Hitesh Edmonds director
The Five Percenters, PO Box 25212, London SE14 5WB
shb3@fircon.co.uk

Competing interests: JLeF—none declared. HE-E is director of a voluntary organisation providing advice, information, and support to parents who assert that they have been wrongly accused of shaken baby syndrome. Neither the nor any individual in the organisation has any financial competing interests.

1 Lantz PE, Sinal SH, Stanton CA, Weaver RG Jr. Perimacular retinal folds from childhood head trauma. BMJ 2004;328:754-6. (27 March.)
2 Geddes JF, Plunkett J. The evidence base for the shaken baby syndrome. BMJ 2004;328:719-20. (27 March.)
3 Harding B, Risdon RA, Krous HF. Shaken baby syndrome. BMJ 2004;328:720-1. (27 March.)
4 Plunkett J. Fatal pediatric head injuries caused by short-distance falls. Am J Forensic Med Pathol 2001;22:1-12.
5 Terson A. De l'hémorragie dans le corps vitre au cours de l'hémorragie cerebrale. Clin Ophthalmol 1900;6:309-14.
6 Geddes J, Tasker R, Hackshaw A, Nickols C, Adams G, Whitwell H, Scheimberg I. Dural haemorrhage in non-traumatic infant deaths: does it explain the bleeding in "shaken baby syndrome"? Neuropathol Appl Neurobiol 2003;29:14-22.
7 Clemetson CAB, Goldsmith WJ, Edwards L. Haematuria and retinal haemorrhage in infancy. Subdural and peubulc head injury. BMJ Rapid Response, bmj.com.
8 Uscinski RH. Shaken baby syndrome: an odyssey. Presentation of evidence, shaken baby syndrome. Haematoma bleeds in babies may not indicate violent abuse. bmj.com Rapid Response. 2nd/2929/329/416/b document 17 July 2002.

## Reluctance in child protection must be for several reasons

EDITOR—In his news item Dyer reports that doctors are reluctant to work on child protection committees. I have yet to meet a paediatrician who is genuinely keen to do child protection work. Not surprisingly, the Royal College of Paediatrics and Child Health is experiencing enormous difficulties filling the relevant posts.

Most paediatricians in training today do not wish to do community paediatrics in the future. It is certainly essential to have a named paediatrician for child protection in every hospital, but, ironically, in my experience, even the named paediatricians for child protection in some cases are reluctant to show passion in this field.

This general reluctance must be for several reasons, not least a lack of proper training. The royal college should look into this with an open mind. Also, why should only paediatricians have the responsibility for child protection work? There is no reason why other medical specialties such as general practice and orthopaedics should not take equal responsibility.

Ashok Banhaya staff paediatrician
Epsom and St Helier University Hospitals Trust,
Epsom KT18 7EG
banhaya@aol.com

Competing interests: None declared.

1 Dyer O. Doctors reluctant to work on child protection committees, survey shows. BMJ 2004;328:307. (7 February.)

## Labouring in water

### Method is unclear

EDITOR—The method of the study by Cluett et al comparing labouring in water with standard augmentation in managing dystocia requires clarification. The authors have not defined the criteria by which the first stage of labour was diagnosed, thus putting into question the diagnosis of dystocia.

In current practice an expectant policy is advocated especially during the latent phase of labour, to avoid unnecessary intervention. It is unclear whether the authors have taken this into account and whether some women were inappropriately recruited.

We think that an alternative arm of the study should have included an expectant group without recourse to water immersion or augmentation and thus the true impact of water immersion would be defined. The inclusion of women with both intact and ruptured membranes in each study arm further adds to difficulty in evaluating the true effect of water immersion.

Jamal Zaidi consultant obstetrician and gynaecologist
Conquest Hospital, St Leonards on Sea,
East Sussex TN37 7RD
jamal.zaidi@esha.nhs.uk

Sharda Baddi senior house officer
University of Brighton, East Sussex

Competing interests: None declared.

1 Cluett ER, Pickering RM, Getliffe K, Saunders NJ. Randomised controlled trial of labouring in water compared with standard of augmentation for management of dystocia in first stage of labour. BMJ 2004;328:314. (7 February.)

### Findings do not fully support conclusions

EDITOR—The study by Cluett et al, comparing labour in water with standard augmentation for dystocia, tackles an important area. Too often modern obstetrics concentrates on major medical interventions and neglects the low tech solutions that many women would prefer.

Despite the study's robust design the findings do not fully support the conclusions. Neither of the primary outcomes (epidural rates and assisted delivery rates) differed significantly between the two groups: only by combining all outcome

0000032
000827

REVIEW

EXHIBIT   "E"

# Evidence-Based Medicine and Shaken Baby Syndrome
## Part I: Literature Review, 1966–1998

*Mark Donohoe, MD*

(Am J Forensic Med Pathol 2003;24: 239–242)

In recent years, there has been a clear move toward basing medical practice and opinions on the best available medical and scientific evidence. This process has been termed *evidence-based medicine* (EBM) and involves a review of the quality of evidence that is available in various diseases and fields of inquiry within medicine.

This is the first of 2 articles that attempts to formally rank the available medical scientific evidence by internationally accepted methods, to determine the degree of confidence that can be held on various claims about the condition termed *shaken baby syndrome* (SBS). Areas with good scientific evidence are identified, and shortcomings in the research and publications on the subject are addressed.

Approximately half of all indexed medical publications on the subjects of SBS and shaken-impact syndrome were published before 1999 and half since that time. Given that 1998/1999 is regarded as the turning point in acceptance of the tenets and practice of EBM, it seemed reasonable to assess the quality of evidence before 1999 and compare it with the quality of evidence on the same subject matter since that time. At the conclusion of Part II, the 2 periods are compared to determine the extent to which EBM has affected the field of SBS in terms of quality of available evidence.

The aim of this review is to be neutral on the subject of SBS. Neutrality is difficult to define in this field, in part because of the polarization of opinions on the highly emotional subject of infant injury and death and in part because of clear data deficiencies arising from difficulties in performing experiments. It is clearly unethical to intentionally shake infants to induce trauma, and there is an obvious problem

Manuscript received December 2, 2002; accepted May 29, 2003.
From Mosman, New South Wales, Australia.
Address correspondence and reprint requests to Mark Donohoe, PO Box 328, Mosman, New South Wales, Australia. E-mail: drmark@bigpond.net.au
Copyright © 2003 by Lippincott Williams & Wilkins
0195-7910/03/2403-0239
DOI: 10.1097/01.paf.0000083635.85457.97

with studies and reports that rely on either indirect or disputed evidence of the occurrence, severity, or type of trauma.

Many studies lacking these critical data make the obvious logical error of selecting cases by the presence of the very clinical findings and test results they seek to validate as diagnostic. Not surprisingly, such studies tend to find their own case selection criteria pathognomonic of SBS.

*Neutrality* in this review simply means that there is no selective quotation of the available literature, and literature is not chosen to support any particular view. The assessment is of the methods and quality of the actual research, and until this assessment is complete, the content, findings, and recommendations are irrelevant. At the end of the ranking, those studies that achieve the highest QER scores are reviewed for their content, findings, and recommendations. Their outcomes are collated, and the entire published data set is then reviewed as a whole to determine the summarized recommendations, noting areas of agreement, conflict, or controversy. From this, the problems with the published evidence are noted, and data gaps are identified. Recommendations can then be made according to the summarized data.

In assessment of the quality of the available scientific evidence, the author has taken an approach recently defined worldwide as an appropriate scale for review of quality of evidence. This approach has been described recently in context of setting Australian clinical guidelines.

Genuine hypothesis testing requires use of appropriate research methodologies, including collection of relevant control data, and suitable statistical analysis. The interpretation of individual study findings may be constrained by factors such as whether the cohort examined was adequately representative of the patient population in general. Replication across studies and in independent research centers is a key factor in the reliability of evidence.

Compelling evidence comes from consistent findings in 2 or more well-constructed, controlled trials or population-based epidemiologic studies (i.e., level I or level II evidence). By contrast, clinical practice guidelines with level IV evidence represent consensus statements of the expert panel according to clinical experience and limited scientific data. Although these statements may influence current practice,

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

0000033

000828

Donohoe    *The American Journal of Forensic Medicine and Pathology* • Volume 24, Number 3, September 2003

they are likely to be modified in response to further research findings. Data from a single case series without control subjects provide little more than a stimulus for subsequent hypothesis testing.

## Quality of Evidence Ratings

I: Consistent evidence obtained from more than 2 independent, randomized, and controlled studies or from 2 independent, population-based epidemiologic studies. Studies included here are characterized by sufficient statistical power, rigorous methodologies, and inclusion of representative patient samples. Meta-analysis of smaller, well-characterized studies may support key findings.

II: Consistent evidence from 2 randomized controlled studies from independent centers, a single multicenter randomized controlled study, or a population-based epidemiologic study. Data included here have sufficient statistical power, rigorous methodologies, and the inclusion of representative patient samples.

III-1: Consistent evidence obtained from 2 or more well-designed and controlled studies performed by a single research group.

III-2: Consistent evidence obtained from more than 1 study but in which such studies have methodologic constraints, such as limited statistical power, or the inclusion of patient samples that may be nonrepresentative.

III-3: Evidence obtained from a single case study or a selected cohort study.

III-4: Conflicting evidence obtained from 2 or more well-designed and controlled studies.

IV: Consensus opinions of authorities according to clinical experience or descriptive reports.

## SBS: Literature Review (1966–1998)

### Overview and Methods

The entire Biomednet Medline database (http://www.biomednet.com/db/medline) was searched by using the search term *shaken baby syndrome* and Internet Explorer in late November 1998. Other articles identified that had not yet been indexed on MEDLINE but had been published were also included.

The entire set of retrieved articles was reviewed, and those in which SBS was only peripherally mentioned or in which SBS was unrelated to the original article were omitted. Letters and brief correspondence were also discarded, unless they added new information or data on SBS. Articles in non-English journals that lacked an English abstract were also generally excluded from assessment.

These exclusions reduced the initial list of 71 articles to 54, which were reviewed, categorized, and ranked according to the QER above. To these was added the important study by Jayawant et al. from *BMJ* of December 5, 1998. The editorial was omitted because it added nothing to the original article.

It was impossible to review the full original article in many cases, although all of the major articles were reviewed in full. The remainder was assessed for categorization by using the authors' abstracts.

Each article was assigned to 1 of 4 categories: (1) randomized controlled trial; (2) case series with or without controls (with date, series size recorded); (3) single case reports; and (4) other, including review articles, opinion pieces, and articles on social implications.

## Results of Quality of Evidence Ratings

Fifty-four articles or abstracts were reviewed. One was a randomized controlled trial.[34] This trial was not relevant to the general topic of SBS because it assessed a diagnostic technique (electroretinograph) that proved unsuccessful in diagnosis. Twenty-six were case series.[1,2,7,9,11,13–15,18,19,26,28–30,33,36,39,42,45–50,52,53] Twenty-five were retrospective studies, and 1 was prospective.

In total, 307 SBS cases were claimed to have been assessed among the 23 articles in which numbers of SBS patients were provided, with a mean study size of 13 cases and a median of 7 cases per series.

Selection criteria for SBS cases were unstated in 12 articles, based on presumption or suspicion in 10, and confirmed in 4 by confession or conviction. Two studies had appropriate control groups, 3 had inappropriate control groups, and 21 were case series without control groups. Twelve studies were case reports:[3–5,8,10,17,22,24,31,32,51,55]

Retinal pathology in suspected SBS, 5 cases

Blunt head injury at autopsy, 1 case

Subdural hemorrhage (SDH) and retinal hemorrhage (RH) as a result of fall and chest compression, 1 case

Shaking causing traumatic aneurism, 1 case

Arteriovenous malformation, not SBS, as cause, 1 case

Intentional asphyxia and shaking of 15-week-old baby, 1 case

Magnetic resonance imaging value in diagnosis, 1 case

Raised intracranial pressure as cause of RH, 1 case

Fifteen were "other" articles[6,12,16,20,21,23,25,27,37,38,40,41,43,44,54]

Historical reviews of SBS, 10 articles

Opinion papers without original material, 3 articles

Social issues and SBS, 1 article

Review of imaging in SBS (computed tomography versus magnetic resonance imaging), 1 article

## RESULTS

The randomized controlled trial was unrelated in any aspect of interest in this review and addressed a method of assessment of the retinae that proved to be unsuccessful.

Of the case series, the flaws noted above are relevant. All but 1 was retrospective, and all but 5 had no control population to compare cases with. Three of those that did

240

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.
0000034
000829

Case 1:09-cv-00052-JP-GRJ   Document 21-56   Filed 03/22/11   Page 22 of 49

include controls chose insufficient or inappropriate controls (head impact trauma, without healthy controls or other illness unrelated to head injury). This shortcoming would normally have excluded these studies from the literature review (because they do not fulfill criteria for inclusion). Given the difficulties inherent in assessment of SBS and of identifying appropriate control groups, however, these articles have been included as QER III-2.

In studies with confirmed (i.e., admitted or observed) trauma and SBS, there were few common findings, apart from the presence of SDH accompanied by RH in 80% of examined cases. Some articles attempt to measure other risk factor, and the study by Jayawant et al.[42] is noteworthy in this respect.

Finally, the "other" articles do little but summarize opinions and summarize past data. Such articles do not add to the quality of understanding of the condition, nor are they necessarily accurate in what has become a rather emotionally charged area of research and polarized opinion.

In this article, the quality of evidence, rather than the predominance of findings, is being assessed. The issue of the evidence for SBS appears analogous to an inverted pyramid, with a small database (most of it poor-quality original research, retrospective in nature, and without appropriate control groups) spreading to a broad body of somewhat divergent opinions. One may need reminding that repeated opinions based on poor-quality data cannot improve the quality of evidence.

## Data Gaps Identified

There exist major data gaps in the medical literature about SBS. There is a very obvious lack of clear definition of cases. For valid studies, some method of determining cases of actual proven shaking must be found, and appropriate control groups (trauma without shaking, other illness, healthy controls) must be defined and assessed blindly. This gold standard has yet to be achieved in even a single study in the field of SBS. There is a lack of useful and specific laboratory or other markers proven to identify SBS. There is poor definition and quantification of the social and family risk factors to provide guidance on likelihood of abuse for a given set of circumstances. Last, there is a strong need for a checklist or other diagnostic or management tool to assess cases and to quantify index of suspicion of shaking.

## CONCLUSIONS

There was no evidence on the subject of SBS that exceeded QER III-2 by the end of 1998, which means that there was inadequate scientific evidence to come to a firm conclusion on most aspects of causation, diagnosis, treatment, or any other matters pertaining to SBS.

The majority of evidence achieved only a level of QER IV, opinions that shed no new light upon SBS and did not add

to knowledge about SBS. Many of the authors repeated the logical flaw that if RH and SDH are nearly always seen in SBS, the presence of RH and SDH "prove" that a baby was shaken intentionally. Many other studies assumed that the presence of RH and SDH was sufficient to make the diagnosis of SBS in terms of case selection.

The remainder of articles are QER III-3, and as noted above, the inclusion of case series without controls would normally not occur. Thus, the data available in the medical literature by the end of 1998 were inadequate to support *any* standard case definitions, or *any* standards for diagnostic assessment.

Before 1999, there existed serious data gaps, flaws of logic, inconsistency of case definition, and a serious lack of tests capable of discriminating NAI cases from natural injuries. By 1999, there was an urgent need for properly controlled, prospective trials into SBS, using a variety of controls. Without published and replicated studies of that type, the commonly held opinion that the finding of SDH and RH in an infant was strong evidence of SBS was unsustainable, at least from the medical literature.

## REFERENCES

1. Schmidt US, Mittelviefhaus K, Hansen LL. *Klin Monatsbl Augenheilkd.* [Retinal hemorrhage in the infant as an indication of shaken baby trauma]. 1997;211:354–358.
2. Matthews GP, Das A. Dense vitreous hemorrhages predict poor visual and neurological prognosis in infants with shaken baby syndrome. *J Pediatr Ophthalmol Strabismus.* 1996;33:260–265.
3. Weissgold DJ, Budenz DL, Hood I, et al. Ruptured vascular malformation masquerading as battered/shaken baby syndrome: a nearly tragic mistake. *Surv Ophthalmol.* 1995;39:509–512.
4. Gransy JC, Chapotte C, Moorigal JP, et al. [Shaken baby syndrome]. *Ann Fr Anesth Reanim.* 1994;13:133–134.
5. Poepel B, Seiberth V, Knorz MC, et al. [Eye manifestations of shaken baby syndrome: case presentation]. *Ophthalmologe.* 1994;91:380–382.
6. Spaide RF, Swengel RM, Scharre DW, et al. Shaken baby syndrome. *Am Fam Physician.* 1990;41:1145–1152.
7. Alexander R, Sato Y, Smith W, et al. Incidence of impact trauma with cranial injuries ascribed to shaking. *Am J Dis Child.* 1990;144:724–726.
8. Keithahn MA, Bennett SR, Cameron D, et al. Retinal folds in Terson syndrome. *Ophthalmology.* 1993;100:1187–1190.
9. Duhaime AC, Gennarelli TA, Thibault LE, et al. The shaken baby syndrome: a clinical, pathological, and biomechanical study. *J Neurosurg.* 1987;66:409–415.
10. Lambert SR, Johnson TE, Hoyt CS. Optic nerve sheath and retinal hemorrhages associated with the shaken baby syndrome. *Arch Ophthalmol.* 1986;104:1509–1512.
11. Wilkinson WS, Han DP, Rappley MD, et al. Retinal hemorrhage predicts neurologic injury in the shaken baby syndrome. *Arch Ophthalmol.* 1989;107:1472–1474.
12. D'Lugoff MI, Baker DJ. Case study: shaken baby syndrome: one disorder with two victims. *Public Health Nurs.* 1998;15:243–249.
13. Ludwig S, Warman M. Shaken baby syndrome: a review of 20 cases. *Ann Emerg Med.* 1984;13:104–107.
14. Shannon P, Smith CR, Deck J, et al. Axonal injury and the neuropathology of shaken baby syndrome. *Acta Neuropathol (Berl).* 1998;95:625–631.
15. Odom A, Christ E, Kerr N, et al. Prevalence of retinal hemorrhages in pediatric patients after in-hospital cardiopulmonary resuscitation: a prospective study. *Pediatrics.* 1997;99:E3.
16. Wong JS, Wong PK, Yeoh RL. Ocular manifestations in shaken baby syndrome. *Singapore Med J.* 1995;36:391–392.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

000830   0000035

Case 1:09-cv-00052-MP-GRJ   Document 21-56   Filed 08/22/11   Page 23 of 49

17. Lam CH, Montes J, Farmer JP, et al. Traumatic aneurysm from shaken baby syndrome: case report. *Neurosurgery*. 1996;39:1252–1255.
18. Betz P, Puschel K, Miltner E. et al. Morphometrical analysis of retinal hemorrhages in the shaken baby syndrome. *Forensic Sci Int*. 1996;78: 71–80.
19. Haseler LJ, Arcinue E, Danielsen ER, et al. Evidence from proton magnetic resonance spectroscopy for a metabolic cascade of neuronal damage in shaken baby syndrome. *Pediatrics*. 1997;99:4–14.
20. Cox LA. The shaken baby syndrome: diagnosis using CT and MRI. *Radiol Technol*. 1996;67:513–520.
21. Chiocca EM. Shaken baby syndrome: a nursing perspective. *Pediatr Nurs*. 1995;21:133–38.
22. Jansson B. [Shaken baby syndrome: severe brain injuries caused by child abuse can be detected by fundus oculi examination]. *Lakartidningen*. 1994;91:491–494, 499.
23. Lancon JA, Haines DE, Parent AD. Anatomy of the shaken baby syndrome. *Anat Rec*. 1998;253:13–18.
24. Fernandes YB, Maciel Jûnior JA, Guedes CM, et al. [Shaken baby syndrome: report of a case]. *Ar Qneuropiquiatr*. 1995;53:649–653.
25. Nashelsky MB, Dix JD. The time interval between lethal infant shaking and onset of symptoms: a review of the shaken baby syndrome literature. *Am J Forensic Med Pathol*. 1995;16:154–157.
26. Han DP, Wilkinson WS. Late ophthalmic manifestations of the shaken baby syndrome. *J Pediatr Ophthalmol Strabismus*. 1990;27:299–303.
27. American Academy of Pediatrics Committee on Child Abuse and Neglect. Shaken baby syndrome: inflicted cerebral trauma. *Pediatrics*. 1993;92:872–875.
28. Gaynon MW, Koh K, Marmor MF, et al. Retinal folds in the shaken baby syndrome. *Am J Ophthalmol*. 1988;106:423–425.
29. Roussey M, Debadie A, Botrémieux P, et al. [Not-always-apparent abuse: the shaken baby syndrome]. *Arch Fr Pediatr*. 1987;44:441–444.
30. Apolo JO. Bloody cerebrospinal fluid: traumatic tap or child abuse? *Pediatr Emerg Care*. 1987;3:93–95.
31. Spaide RF. Shaken baby syndrome: ocular and computed tomographic findings. *J Clin Neuroophthalmol*. 1987;7:108–111.
32. Levin AV, Magnusson MR, Rafto SE, et al. Shaken baby syndrome diagnosed by magnetic resonance imaging. *Pediatr Emerg Care*. 1989; 5:181–186.
33. Brenner SL, Fischer H, Mann-Gray S. Race and the shaken baby syndrome: experience at one hospital. *J Natl Med Assoc*. 1989;81:183–184.
34. Fishman CD, Dasher WB 3rd, Lambert SR. Electroretinographic findings in infants with the shaken baby syndrome. *J Pediatr Ophthalmol Strabismus*. 1998;35:22–26.
35. Duhaime AC, Christian CW, Rorke LB, et al. Nonaccidental head injury in infants: the "shaken-baby syndrome." *N Engl J Med*. 1998;18(338): 1822–1829.
36. Kapoor S, Schiffman J, Tang R, et al. The significance of white-centered retinal hemorrhages in the shaken baby syndrome. *Pediatr Emerg Care*. 1997;13:183–185.
37. Coody D, Brown M, Montgomery D, et al. Shaken baby syndrome: identification and prevention for nurse practitioners. *J Pediatr Health Care*. 1994;8:50–56.
38. Hansen KK. Folk remedies and child abuse: a review with emphasis on caida de mollera and its relationship to shaken baby syndrome. *Child Abuse Negl*. 1998;22:117–127.
39. Loh JK, Chang DS, Kuo TH, et al. Shaken baby syndrome. *Kao Hsiung I Hsueh Ko Hsueh Tsa Chih*. 1998;14:112–116.
40. Butler GL. Shaken baby syndrome. *J Psychosoc Nurs Ment Health Serv*. 1995;33:47–50.
41. Shaken baby syndrome: inflicted cerebral trauma: Committee on Child Abuse and Neglect, 1993–1994. *Del Med J*. 1997;69:365–370.
42. Jayawant S, Rawlinson A, Gibbon F, et al. Subdural haemorrhages in infants: population based study. *BMJ*. 1998;317:1558–1561.
43. Dorfman DH, Paradise JE. Emergency diagnosis and management of physical abuse and neglect of children. *Curr Opin Pediatr*. 1995;7:297–301.
44. Williams DF, Mieler WF, Williams OA. Posterior segment manifestations of ocular trauma. *Retina*. 1990;10(suppl 1):S35–44.
45. Closset M, Leclerc F, Hue V, et al. [Is pericerebral hemorrhage a cause of severe malaise in infants? ]. *Pediatrie (Bucur)*. 1992;47:459–465.
46. Munger CE, Peiffer RL, Bouldin TW, et al. Ocular and associated neuropathologic changes in suspected whiplash shaken infant syndrome: a retrospective study of 12 cases. *Am J Forensic Med Pathol*. 1993;14:193–200.
47. Toyazier G, Rayet I, Miguet D, et al. [Cerebro-meningeal hemorrhage in infants: shaken children? abuse or accidents? 3 cases]. *Pediatrie*. 1988; 43:535–538.
48. Bass M, Kravath RE, Glass L. Death-scene investigation in sudden infant death. *N Engl J Med*. 1986;315:100–105.
49. Hadley MN, Sonntag VK, Rekate HL, et al. The infant whiplash-shake injury syndrome: a clinical and pathological study. *Neurosurgery*. 1989; 24:536–540.
50. Harada K, Hayashi T, Asogawa S, et al. [Vitreous hemorrhage after accidental head injury with chest compression: case report]. *No To Shinkei*. 1994;46:1095–1099.
51. Starling SP, Holden JR, Jenny C. Abusive head trauma: the relationship of perpetrators to their victims. *Pediatrics*. 1995;95:259–262.
52. Budenz DL, Farber MG, Mirchandani HG, et al. Ocular and optic nerve hemorrhages in abused infants with intracranial injuries. *Ophthalmology*. 1994;101:559–565.
53. Ward JD. Pediatric issues in head trauma. *New Horiz*. 1995;3:539–545.
54. Rabl W, Ambach E, Tributsch W. [Asphyxia protracted after shaking trauma]. *Arch Kriminol*. 1991;187:137–145.
55.

© 2003 Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

0000036

000831

EXHIBIT   "F"

# Ocular and Associated Systemic Findings in Suspected Child Abuse

## A Necropsy Study

Susan G. Elner, MD; Victor M. Elner, MD, PhD; Michael Arnall, MD; Daniel M. Albert, MD

• We reviewed complete ocular and systemic necropsy findings of 10 consecutive children who died of suspected child abuse. All 10 children had evidence at necropsy of blunt head trauma, although external signs of blunt trauma occasionally were covert. Ocular injuries were observed in 7 of the 10 cases and when present always included retinal, vitreous, and subdural optic nerve hemorrhages. In 5 cases, intrascleral hemorrhage from the circle of Zinn occurred at the sclera–optic nerve junction. In 4 cases, traumatic retinoschisis or tractional retinal folds were present. Anterior segment findings were uniformly consistent with blunt trauma. Hemosiderin, indicating old hemorrhage, was present in 3 cases. Intracranial hemorrhage, present in all cases with abnormal ocular findings, was always accompanied by signs of direct head trauma, such as subgaleal hemorrhage, skull fracture, cerebral contusion, or external contusions, which were sometimes subtle or hidden beneath the hair.

(Arch Ophthalmol. 1990;108:1094-1101)

P̲hysical child abuse frequently results in significant morbidity and death for its victims.[1-4] Child abuse and its numerous physical manifestations

Accepted for publication March 20, 1990.
From the Department of Ophthalmology, Kellogg Eye Center (Drs S. G. Elner and V. M. Elner), and the Department of Pathology (Dr V. M. Elner), University of Michigan, Ann Arbor; Office of the Medical Examiner, District 21, Ft Myers, Fla (Dr Arnall); and Howe Laboratory of Ophthalmology, Massachusetts Eye and Ear Infirmary, Boston (Dr Albert).
Reprint requests to Kellogg Eye Center, University of Michigan, 1000 Wall St, Ann Arbor, MI 48105 (Dr V. M. Elner).

have been reported with increased frequency. Ocular injuries due to physical child abuse, particularly retinal hemorrhages, occur often.[3,4,7,8] The recent ophthalmic literature stresses the shaken baby syndrome[9-11] and its constellation of ocular, systemic, and computed tomographic (CT) findings. In contrast to whiplash shaking, recent reports from Japan[12] and the United States[13] indicate that blunt trauma is commonly associated with child abuse. To assess the pathogenesis of ocular injury and death associated with alleged child abuse, we reviewed the ocular and systemic necropsy findings of 10 consecutive children who died of suspected child abuse. All 10 children had evidence of blunt trauma at necropsy, but the signs of clinically observable blunt trauma occasionally were covert. Pathologic ocular findings were present in 7 of the 10 children. In this report, we present the postmortem ocular and systemic findings of these 7 cases.

## MATERIALS AND METHODS

Complete autopsies, including ocular examination, were performed in 10 consecutive cases of suspected child abuse. Both eyes of all 10 patients were examined grossly and histopathologically. Gross pathologic examination with selective histopathologic correlation was performed on nonocular tissues. Hematoxylin-eosin, periodic acid–Schiff, and Perls' iron stains were performed in all cases.

Ocular pathologic findings were categorized as involving the anterior segment (Fig 1), retina and vitreous (Figs 2 and 3), and optic nerve (Fig 4). Particular attention was paid to gross pathologic findings of head injuries (Fig 5), including subdural hematoma (Fig 6), and histopathologic intra-

cranial findings (Fig 7). Other pathologic findings consistent with physical child abuse were also sought.

### REPORT OF CASES

Case 1.—A 17-month-old boy was brought to the hospital "comatose and shaking after a fall from a high chair." Head CT showed multiple hemorrhagic contusions of the left frontal lobe and massive left hemispheric edema. Autopsy revealed small contusions of the back and scalp, a small left temporal abrasion, and a dermatographic handprint at the left costophrenic margin. Widening of skull sutures, subgaleal hemorrhage, subdural hematoma, and a hemorrhagic contusion of the left frontal lobe (Fig 5, bottom right) were also noted. In addition to fresh subdural hemorrhage, Perls' iron stain revealed deposits of hemosiderin at the dura mater–hematoma interface (Fig 7, bottom). Ocular examination revealed posterior subcapsular cataract, subhyaloid and intraretinal hemorrhages (Fig 2, top), and peripheral chorioretinal adhesions. The optic nerves showed papilledema as well as disc and subdural hemorrhages. Intrascleral hemorrhage at the sclera–optic nerve junction extended from the circle of Zinn to the subdural hemorrhage. Perls' iron stain demonstrated hemosiderin in the sensory retina (Fig 3, left) and at the sclera–optic nerve junction, where fresh hemorrhage was also present.

Case 2.—A 4-year-old girl was hospitalized in a coma with agonal respirations. A brain flow scan was normal but CT revealed subarachnoid hemorrhage and cerebral edema but no subdural hemorrhage. Autopsy demonstrated subarachnoid and subdural hemorrhages with extensive cerebral edema. Multiple contusions of the back, upper and lower extremities, labia minora, tongue, and head, including the ear, brow, cheek, upper lip, and periorbital regions, were noted. The lip mucosa contained teeth



Fig 1.—Anterior segment pathologic findings. Top, Voesius' ring (arrow). Bottom, Voesius' ring with iris pigment epithelium (arrow) adherent to the lens capsule. The lens epithelium beneath the pigment is edematous (hematoxylin-eosin, original magnification X32).





Fig 2.—Retinal pathologic findings. Top, Severe intraretinal (arrow) and subretinal (asterisk) hemorrhages as well as full-thickness hemorrhagic retinal necrosis are seen (hematoxylin-eosin, original magnification X32). Center, The edge of a large schisis cavity is seen within the macula. The inner retinal layer (arrows) has been torn from the remaining outer retina. Hemorrhage lines the schisis cavity and is found in the retina, vitreous, and subretinal space (hematoxylin-eosin, original magnification X13). Bottom, A tractional retinal fold of temporal macula also is noted clinically. The inner limiting membrane has been torn from the fold (arrow) and surrounding retina, which shows full-thickness hemorrhagic necrosis (asterisk) (hematoxylin-eosin, original magnification X8).

000833

0000038

 

Fig 3.—Retinal findings indicative of old injury. Left, Gliotic nerve fiber layer contains hemosiderin (blue) following resorption of hemorrhage (Perls' iron stain, original magnification ×79). Right, Resolving subsensory retinal hemorrhage contains macrophages (straight arrows) engulfing debris from lysed erythrocytes. Fresh preretinal hemorrhage and hemosiderin (curved arrow) in the choroid indicate injuries of different ages (hematoxylin-eosin, original magnification, ×79).



Fig 4.—Optic nerve pathologic findings. Top left, Subdural optic nerve hemorrhage (arrow). Top center, Subdural (straight arrow) and subarachnoid (curved arrow) hemorrhages as well as florid papilledema and associated optic disc and peripapillary retinal hemorrhages are present (hematoxylin-eosin, original magnification ×4). Top right, Peripapillary intrascleral hemorrhage (straight arrows) originating from the circle of Zinn resulted from force transmitted to the optic nerve–eye junction. In this case, it is continuous with the subdural hemorrhage. Papilledema and severe optic disc, retinal, and subhyaloid (curved arrow) hemorrhages are evident (hematoxylin-eosin, original magnification ×6). Bottom left, Infarct (arrow) of the optic nerve (shown at top left) shows axonal loss and microcystic change. Massive subdural hemorrhage (asterisk), papilledema, and retinal and subinternal limiting membrane hemorrhages are also seen (hematoxylin-eosin, original magnification ×6). Bottom center, Severe intrascleral hemorrhage (arrow) from the circle of Zinn has dissected into the surrounding sclera and is continuous with the subdural hemorrhage (asterisk). Intraretinal and periretinal hemorrhages are also present (hematoxylin-eosin, original magnification ×13). Bottom right, Hemosiderin deposits (blue) in perineural scar tissue are indicative of old, organized hemorrhage. Fresh, subdural optic nerve hemorrhage was also present (Perls' iron stain, original magnification ×79).



Fig 5.—Gross pathologic features of head injury. Head injuries, except subdural hematoma, usually indicate direct trauma. Top left, Multiple skin and soft-tissue contusions (arrows) are evident on the forehead and over the zygoma. A parieto-occipital subdural hematoma, not found by computed tomography prior to death, was present. Top center, Subgaleal hemorrhage (arrows); superficial to the skull, occurs from hair pulling or direct blows. Top right, Skin contusions (arrows) from direct trauma are frequently small, inconspicuous, and hidden under the hair but may be the only external signs of severe intracranial injury. Bottom left, A linear parietal fracture (arrow) due to direct trauma is shown. The unfused skull sutures are spread by a hypoxic, edematous brain. Bottom right, A cerebral contusion, intraparenchymal hemorrhage, and surrounding edema are seen. Multiple hemorrhagic contusions (arrows) are present just beneath the cortical surface.

imprints. Subgaleal and bilateral temporalis muscle hemorrhages were found. Postmortem ocular findings included angle recession and early posterior subcapsular cataract. The posterior segment showed vitreous hemorrhage, extensive intraretinal hemorrhages, retinoschisis, and serous retinal detachment. The optic nerves showed papilledema, disc hemorrhages, focal infarction, and subdural hemorrhage (Fig 4, top center). Hemorrhage was also found in extraocular muscles and orbital tissues surrounding the optic nerves.

CASE 3.—A 5-month-old infant boy was found dead in his crib. Autopsy revealed small abrasions on the scalp and nose, severe diaper rash, a torn frenulum, subgaleal (Fig 5, top center) and subdural hemorrhages, and cerebral edema. No brain lacerations were found. Epidural and subdural hemorrhages surrounded the spinal cord. Ocular examination revealed vitreous, intraretinal, and subretinal hemorrhages as well as subdural, subarachnoid, and pial optic nerve hemorrhages. Intrascleral hemorrhage surrounded the optic nerve. Extensive necrosis of the retinal nerve fiber layer and focal optic nerve infarcts were also found.

CASE 4.—A 7-month-old infant boy "fell from a changing table." A CT scan demonstrated subdural hematoma, and he was deemed brain dead. Premortem fundus examination showed extensive retinal hemorrhage, papilledema, and a crescentic retinal fold temporal to the macula (Fig 2, bottom). Autopsy revealed no external signs of injury, but roentgenograms demonstrated a vertebral compression fracture at T-8 and a linear fracture of the parietal bone (Fig 5, bottom left). Subgaleal, subdural, and subarachnoid hemorrhages, cerebral contusion and edema, and widened skull sutures were present (Fig 5, bottom left). A mesenteric hemorrhage was also found. Ocular examination demonstrated Vossius' ring (Fig 1); vitreous, intraretinal, and subretinal hemorrhages; retinoschisis; retinal edema; bilateral perimacular retinal folds (Fig 2, bottom); and subdural and subarachnoid optic nerve hemorrhages.

CASE 5.—A 7-month-old infant girl was hospitalized with mental status changes 1 week after "falling down." Ocular examination revealed a choroidal tear; retinal edema; and vitreous, preretinal, intraretinal, and subretinal hemorrhages. Head CT prior to death revealed subarachnoid hem-

orrhage and cerebral edema but no subdural hematoma. Postmortem examination demonstrated multiple contusions on the forehead, occiput (Fig 5, top right), cheek, chest, abdomen, and right temporal region. Subgaleal, subdural, and subarachnoid hemorrhages were present, as were cerebral edema, widened skull sutures, and mesenteric hemorrhage. Histopathologic ocular examination revealed extensive intraretinal, subretinal, and vitreous hemorrhages. Perimacular retinal folds and retinoschisis (Fig 2, center) were also present. Subdural and subarachnoid optic nerve hemorrhages were associated with bilateral intrascleral hemorrhages surrounding the optic nerve (Fig 4, bottom center).

CASE 6.—A 12-month-old girl found unresponsive at home had been admitted to the hospital 9 days previously for burns from suspected child abuse. Premortem funduscopy showed retinal hemorrhages and papilledema bilaterally. The vitreous was torn from the right macula with subhyaloid hemorrhage. A CT scan showed no evidence of intracranial hemorrhage (Fig 6, center and right). Postmortem examination demonstrated burns, contusions, and abra-



Fig 8.—Necropsy findings of subdural hematoma were absent on a premortem computed tomographic scan. Left, A large subdural hematoma (arrow) is seen over the left parieto-occipital convexity of the brain. Center, A parieto-occipital hematoma is not visible on a computed tomographic scan of the patient shown at left. Right, A computed tomographic cut inferior to that seen in center. No subdural hemorrhage, midline shift, or ventricular abnormalities are visible.

sions of the temporal region (Fig 5, bottom left), forehead, nose, occiput, arm, and thigh. One heel was ulcerated and a blister was present on the other foot. Subgaleal and subdural hemorrhage (Fig 6, left) and cerebral edema were noted. Histopathologic ocular examination revealed posterior subcapsular cataract, vitreous hemorrhage, acute and organizing retinal hemorrhages (Fig 3, right), perimacular retinal folds, and retinoschisis. The optic nerves showed focal infarcts, intrascleral hemorrhage from the circle of Zinn, acute and organizing subdural and subarachnoid hemorrhages, and organizing hemorrhage surrounding the optic nerve and extending into orbital tissue (Fig 4, top left and bottom left). Perls' iron stain demonstrated hemosiderin in the sensory retina and in tissues surrounding the optic nerve, including sclera, dural sheath, and orbital tissue (Fig 4, bottom right).

Case 7.—An unresponsive 4-month-old infant boy brought to the hospital was deemed brain dead. Several days earlier, during hospitalization for aspiration pneumonia, facial bruises were noted. A premortem CT scan demonstrated a subdural hematoma and cerebral edema. Ophthalmologic examination demonstrated bilateral retinal hemorrhages. Postmortem examination revealed multiple contusions of the forehead, temporal region, back, and buttocks. Gross findings included a subdural hematoma and cerebral edema (Fig 7, top), acute bronchopneumonia, and pulmonary edema but no brain lacerations. Histopathologic ocular examination revealed vitreous, subhyaloid, and intraretinal hemorrhages; multifocal perimacular retinoschisis; and intraneural, subarachnoid, and subdural optic nerve hemorrhages (Fig 4, top right). Perls' iron stain demonstrated hemosiderin in brain and ocular tissue.

## RESULTS

Ocular injuries were present in 7 of 0 children who died of alleged child abuse (Table). In all 7 cases, eyes contained vitreous hemorrhage, subdural optic nerve hemorrhage (Fig 4), and recent retinal hemorrhage (Figs 2 through 4). Hemorrhagic retinoschisis (Fig 2) and retinal folds temporal to the macula (Fig 2) were present in 4 and 3 cases, respectively. One eye exhibited a choroidal rupture. Intraparenchymal optic nerve hemorrhage (Fig 4) was present in 4 of 7 cases, and intrascleral hemorrhage from the circle of Zinn at the sclera-optic nerve junction (Fig 4) was found in 5 of 7 cases. Four cases demonstrated anterior segment injuries due to blunt trauma, including cataract, Vossius' ring (Fig 1), or angle recession. In 3 cases, hemosiderin indicating old hemorrhage was found in the retina (Fig 3), optic nerve sheaths, or perineural or-

bital tissues (Fig 4), or around blood vessels in the sclera surrounding the optic nerve (Fig 4).

Autopsy revealed that all seven patients with eye injuries died of head trauma (Table). Subdural hematoma (Figs 6 and 7) and subarachnoid hemorrhage were found at autopsy in six and three cases, respectively. In one case of purported acute head injury, the subdural hematoma stained positively for hemosiderin at autopsy, indicating old hemorrhage (Fig 7). Subgaleal hemorrhage (Fig 5), resulting from hair pulling or blunt trauma, was present in six of the seven cases. Head contusions (Fig 5) were a common external sign of blunt head trauma but were sometimes subtle or hidden beneath the hair (Fig 5). A skull fracture

| | Case No. | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Retinal hemorrhage | + | + | + | + | + | + | + |
| Vitreous hemorrhage | + | + | + | + | + | + | + |
| Subdural optic nerve hemorrhage | + | + | + | + | + | + | + |
| Intraneural optic nerve hemorrhage | + | + | – | – | – | + | + |
| Intrascleral peripapillary hemorrhage | + | – | + | – | + | + | + |
| Retinoschisis | – | – | – | + | + | – | + |
| Hemosiderin deposition | – | – | – | + | – | + | + |
| Perimacular retinal fold | – | – | + | + | + | + | – |
| | | | | | | | |
| Subdural hemorrhage | – | + | + | + | + | + | + |
| Presence on premortem computed tomographic scan | – | – | * | – | – | + | + |
| Subarachnoid hemorrhage | – | + | – | + | – | – | + |
| Subgaleal hemorrhage | + | + | + | + | + | + | + |
| External, visible head contusions | + | + | – | + | + | + | + |
| Skull fracture | – | – | – | + | – | – | – |
| Mesenteric hemorrhage | – | – | + | + | + | – | – |

*Plus sign indicates present; minus sign, absent.

Case 1:09-cv-00052-WJ-SRJ · Document 21-56 · Filed 03/23/11 · Page 29 of 49

(Fig 5) was present in one case in which no external signs of blunt trauma were seen. Additional evidence of trauma included mesenteric hemorrhage in two children and a dermatographic handprint in another.

Head CT was performed prior to death in six of our seven cases (Table). In three cases, the subdural hematoma could not be detected on a CT scan, but autopsy revealed a significant subdural hematoma. Retinal hemorrhages, however, were consistently found in all cases that demonstrated postmortem subdural hematoma.

## COMMENT

Head trauma is the leading cause of death in alleged child abuse[14] and is frequently accompanied by ophthalmic manifestations. Children younger than 2 years are particularly prone to the head and neck injuries that result from child abuse.[3] Our findings confirm these observations (Table). Nine of the 10 consecutive alleged child abuse victims we examined were younger than 2 years and 7 were 1 year or younger. All 7 fatally abused children with ocular injuries were found to have postmortem evidence of direct head trauma.

Anterior segment injuries in child abuse are usually the result of direct eye trauma[3] and commonly include hyphema, subconjunctival hemorrhage, cataract, lens subluxation, and glaucoma with corneal opacification.[4] Cataract was the most common anterior segment injury in our cases. The angle recession and Vossius' ring (Fig 1) in our cases also indicate direct trauma.

Posterior segment hemorrhage occurs in 84% to 80% of children who suffer abuse.[1,3,7] We found retinal hemorrhages in 7 of the 10 allegedly fatally abused children and in all 7 children who exhibited ocular injury. The hemorrhages were most frequently seen in the posterior fundus. Injury was often so severe that hemorrhagic inner or full-thickness retinal necrosis was evident (Fig 2). Recent clinical studies of abused children have also stressed characteristic ophthalmoscopic features, including hemorrhagic retinoschisis[9] and perimacular retinal folds.[10] In 4 of our cases, massive intraretinal hemorrhage dissected the internal limiting membrane or necrotic nerve fiber layer, producing varying degrees of retinoschisis (Fig 2). Perimacular folds (Fig 2) were also noted in 3 cases, each of which had clinical evidence of severe retinal trauma with either macular schisis, traumatic vitreous separation from

the macula, or full-thickness macular hemorrhage and a choroidal tear. The folded retina was hemorrhagic and often necrotic, with either taut vitreous fibrils emanating from the crest of the fold or the inner retinal layers torn from the retinal surface. The histopathologic appearances of the retinal hemorrhages, folds, and schisis in our cases were strikingly similar to those reported by Cox[11] in experimental blunt, nonperforating eye trauma. Retinal injuries, including retinal detachment,[4,14,12] may result in retinal vascular attenuation and gliosis,[11] macular scarring and cysts,[12] chorioretinal atrophy,[16] and optic nerve atrophy,[7] all of which may cause profound visual loss in abused children.

The pathogenesis of retinal and vitreous hemorrhage in abused children has been attributed to (1) acute intracranial hypertension following cerebral injury, resulting in retinal venous hypertension[1]; (2) venous transmission to the brain and eyes (Purtscher's retinopathy) of acute intrathoracic or intra-abdominal forces during compressive injury,[18] particularly in cases of sexual abuse[19]; and (3) direct head trauma.[7] The full-thickness hemorrhagic retinal necrosis in five of the seven patients with ocular injuries, and hemorrhagic retinoschisis and perimacular retinal folds in four of these seven patients, suggest that severe anteroposterior acceleration-deceleration forces as proposed by Greenwald et al[3] directly produce retinal injuries in abused children who die of blunt head injury. That such trauma may be repeated is indicated by positive stains for hemosiderin in three cases. Blunt head trauma, seen in all of our patients with ocular injuries, may be necessary to produce significant vitreoretinal traction, resulting in the constellation of severe retinal injuries seen in these children.

Subdural optic nerve hemorrhages (Fig 4), present in all seven fatal cases of patients with eye injury, are not thought to be extensions of intracranial, subdural, or subarachnoid hemorrhages, or to result from transmission of increased intracranial venous pressure. Rather, they are caused by local rupture of dural-pial bridging vessels.[20,21] Subdural hemorrhages may result from severe intracranial hypertension, which is transmitted to the optic nerve subarachnoid space and causes increased pressure within and subsequent hydrostatic rupture of optic nerve dural-pial vessels.[22] Direct trauma to the optic nerve during acceleration-deceleration or blunt injury may also result in hemorrhage





Fig 7.—Intracranial histopathologic findings that reflect initial injuries with superimposed cerebral hypoxia and edema. Top, Subdural hemorrhage may result from shearing of bridging vessels (curved arrow), cerebral contusions, or lacerations. The hypoxic, edematous cerebral tissue shows diffuse pallor; pericellular and perivascular microcavitation (straight arrows); and pyknotic, eosinophilic neurons (hematoxylin-eosin, original magnification X32). Bottom, Dura mater with underlying hematoma is seen. Fresh hemorrhage and hemosiderin at the dural-hematoma interface (arrows) indicate repeated hemorrhage (hematoxylin-eosin, original magnification X76). Iron staining of an adjacent histopathologic section showed intense positivity for hemosiderin.

0000042

000837

EXHIBIT   "G"

Today's Approach to Migraine management

scape          Home   Site Map   Marketplace   My Medscape   CME Center   Feedback   Help Desk

NOTE: To view the article with Web enhancements, go to:
http://www.medscape.com/AANS/NF/1999/v07.n04/nf0704.05.piat/nf0704.05.piat-01.html

# A Pitfall in the Diagnosis of Child Abuse: External Hydrocephalus, Subdural Hematoma, and Retinal Hemorrhages

Joseph H. Piatt, Jr, M.D., Departments of Neurosurgery and Pediatrics. Oregon Health Sciences University, Portland, Oregon

[Neurosurg Focus 7(4), 1999. © 1999 American Association of Neurological Surgeons]

## Abstract

External hydrocephalus has been associated with subdural hematomas in infancy, and the hematomas have been noted to be secondary to minor trauma or have even been described as spontaneous. The author reports the case of an infant with external hydrocephalus who developed retinal as well as subdural hemorrhages after sustaining a minor head injury. Although retinal hemorrhage in infancy has been considered virtually pathognomonic of child abuse, in the setting of external hydrocephalus a more cautious interpretation may be appropriate.

## Introduction

One clinical hallmarks of child abuse is a discrepancy between the traumatic lesion that the patient exhibits and the causative explanation offered by the caretaker[19] The explanation may appear to be discrepant on a developmental basis: the child, for example, is reported to have caused a self injury that is inconsistent with his developemental level. Or the discrepancy may be a mechanistic one: the severity of the injury is out of proportion with the forces purportedly involved in the accident. In the latter case, the physician must exercise diligence to rule out preexisting diseases, such as platelet disorders, deficiencies of coagulation factors, and osteogenesis imperfecta, that might render the child exceptionally susceptible to injury[8,11,17,32]

External hydrocephalus is a common condition characterized by diffuse enlargement of the subarachnoid spaces.[2,3,5,6,10,16,21,23,24,29,31,36,38,40,41] It is most often associated with macrocephaly, but there are children with normal or even small head circumferences in whom diffuse enlargement of the subarachnoid spaces has developed.[1,5,33] The description, "benign subdural effusions of infancy," was used to characterize this condition before the era of modern neuroimaging.[7,25,39] but it is a misnomer because the excessive fluid resides in the subarachnoid space rather than in the subdural space[4,44] In many instances a family history consistent with a dominant pattern of inheritance can be elicited. The natural history is generally benign, and there are normal developmental outcomes in most cases as well as imaging-documented resolution of abnormalities by the time the patient reaches school age.

Whereas enlargement of the subarachnoid spaces persists during infancy, the brain does not fill the space available within the cranial cavity, and a state of "craniocerebral disproportion" exists. The presence of craniocerebral disproportion that develops from any cause--external hydrocephalus, internal hydrocephalus, arachnoid cyst, or chronic subdural hematoma--makes the patient exceptionally susceptible to subdural

0000043
000838

hemorrhage after what would otherwise be inconsequential trauma[5,14,18,21,26,30,35,37] In particular, the prevalence of subdural hematoma in case series of patients with external hydrocephalus seems significant. In a study reported by Azais and Echenne[5] "spontaneous" subdural hemorrhage was demonstrated in five of 41 patients with "benign enlargement of the subarachnoid spaces" on ultrasonography and computerized tomography scanning. Laubscher, et al.[21] have described a "nonbattered" infant among their 22 patients with pericerebral subarachnoid space enlargement, in whom a "spontaneous" subdural "hygroma" developed that the authors attributed to the vulnerability of the bridging subarachnoid veins. Mori, et al.[26] have reported three infants with subdural hemorrhage of 20 patients with infantile subarachnoid fluid collection. Although they fall within the shadow of publication bias, these series suggest that the prevalence of subdural hematoma in infants with external hydrocephalus may be as high as 11%.

Caffey[9] who first described the shaken infant syndrome, recognized that infants with hydrocephalus were prone to the development of subdural hematomas, but neither he nor any subsequent author has arrived at the following logical conclusion: the development of a subdural hematoma after minor trauma in an infant with craniocerebral disproportion might be the occasion for unjustified accusations of child abuse. The concomitant presence of retinal hemorrhages in such an instance would reinforce that the diagnosis of inflicted injury is incorrect in such cases.

## Case Report

**History.** Emergency medical technicians were called to evaluate this 4-month-old boy because of status epilepticus.

**Presentation.** The child had been well except for the presence of macrocephaly. At 6 weeks of age his head circumference had been measured as 41.5 cm (> 95th percentile). On the day of presentation, his mother had been propping him up in a standing position against a piece of furniture in the presence of his father and paternal grandmother. The mother became distracted, and the infant fell, striking the back of his head on a carpeted floor. He cried immediately, but soon experienced a generalized convulsion. A sequence of generalized convulsions followed and ceased only after diazepam was administered rectally.

**Examination.** General physical assessment at the receiving hospital revealed no other injuries. The patient's head circumference measured 44.3 cm (> 95th percentile). Funduscopic examination demonstrated retinal, preretinal, and subhyaloid hemorrhages (Fig. 1).



Figure 1. Fundus drawings demonstrating extensive, deep blot hemorrhages in all four quadrants of both eyes. In this case report there were preretinal and subhyaloid hemorrhages in each eye as well. Both optic nerve heads were well perfused and had sharp margins. There were no abnormalities of the nerve fiber layer. (Drawings courtesy of William Rodden, M.D., Ashland, Oregon).

000839                     0000044

A computerized tomography scan of the head revealed a small acute subdural hematoma that was associated with bilateral low-density extracerebral fluid collections. On Day 3 postadmission magnetic resonance imaging established that these fluid collections reflected diffuse enlargement of the subarachnoid spaces (Fig. 2). A skeletal survey was negative.



Figure 2. Magnetic resonance imaging studies. Upper: A transaxial, $T_1$-weighted image of the head demonstrating a small left frontal subdural hematoma of mixed intensities (white arrow heads). There is a prominent, symmetrical, extracerebral fluid collection of the same intensity as ventricular cerebrospinal fluid (CSF) (white asterisk). Lower: Coronal, $T_2$-weighted image demonstrating that the extracerebral fluid remains at the same intensity as ventricular CSF, and anastomotic veins can be seen passing from the surface of the cortex to the dura through it (black arrows). The extracerebral fluid therefore represents enlargement of the subarachnoid space. These images are diagnostic of external hydrocephalus.

The patient recovered without specific treatment.

**Investigation of Physical Abuse.** An extensive police and social service investigation, which at the parents' request included polygraph testing, failed to uncover any risk factors or circumstances suspicious for child abuse.

**Diagnosis.** The infant was seen in pediatric neurosurgical consultation at age 6 months, at which time he was well. The only notable physical finding was a head circumference that measured 47 cm. The diagnosis of external hydrocephalus was made at this time.

**Follow-Up Course.** Under careful ophthalmological surveillance, the retinal hemorrhages were noted to clear within 3 months, and the subhyaloid hemorrhages cleared within 6 months. No amblyopia or other visual disturbance persisted.

The patient remained at his home in the care of his natural parents, and at his 18 month follow-up examination, his development was normal. His head circumference measured 51 cm. Magnetic resonance imaging of his head showed very mild prominence of the subarachnoid spaces and judged to be within normal limits. A telephone follow-up interview with the community physician of the patient when he was 44 months of age indicated excellent general health, perfectly normal development, and a stable family life.

## Discussion

The coexistence of subdural hematoma and retinal hemorrhage in an infant is considered virtually indicative that

0000045

000840



child abuse has occurred. The significance of these findings has been established over time by their frequent association with other typical signs of abuse: injuries at various ages and those affecting various body parts, as well as parental delay in seeking medical attention. In the case described here, however, no other injuries or suspicious circumstances were present, and the accusations of abuse grew entirely out of the perception that the mechanism of the injury was implausible. Although the question of inflicted injury can never be dismissed completely, the recognition of preexisting external hydrocephalus in this case at least partly undermines the explanation that the subdural hematomas were mechanistically implausible. Furthermore, the small volume of the hematomas and the absence of lasting neurological sequelae constitute additional evidence that the traumatic forces responsible for the injury case were not great. The child's subsequent healthy development in his home environment further validates the diagnosis that his injury was accidental.

The mechanism for the development of subdural hemorrhage in infants has been thought to be shear injury to the anastomotic veins, passing from the surface of the cerebral cortex to the dural venous sinuses, particularly the sagittal sinus.[12] Because the brain and the skull have differing viscoelastic properties, sudden forces applied to the head cause the brain to "slosh" inside the skull[34] Regardless of cause, craniocerebral disproportion compromises the natural mechanical stability of the brain within the skull. In cases in which external hydrocephalus is present, the bridging veins passing from the cerebral convexities to the dural venous sinuses may be rendered more vulnerable to shear injury by their long courses through the exaggerated subarachnoid spaces.

The association of retinal hemorrhage with catastrophic intracranial hemorrhage is familiar to all neurosurgeons. Aneurysmal subarachnoid hemorrhage is the paradigm, and the accepted mechanism is transmission of the sudden elevation of intracranial pressure to the central retinal vein and its choroidal anastomoses via the subarachnoid space of the optic nerve sheaths.[20,27] In infancy retinal hemorrhages have long been recognized as a distinctive feature of head injury caused by physical abuse[13,28,42] but the physical mechanisms remain to be clarified.[15] One possibility is that the rupture of retinal veins is caused by a pressure surge transmitted either from the cranial cavity through the subarachnoid space of the optic nerve sheaths or from the chest through the cervicocephalic veins (the so-called Purtscher retinopathy)[42] Another possibility, by analogy with subdural hemorrhage, is that a direct acceleration-deceleration insult to the globe causes shear stresses between the ocular tissues with differing mechanical properties; this mechanism of injury is especially prominent in autopsy cases.[15,22] Because a gradation of inflicted ocular injury corresponds to the gradation of severity of the associated intracranial injury[15,43] different mechanisms likely come into play in response to varying degrees of violence.

To the best of the author's knowledge, retinal hemorrhages have not been described before in association with minor trauma in the setting of external hydrocephalus. Whether or not external hydrocephalus imparts a special susceptibility to ocular hemorrhage is unknown; however, in the present case the involvement of the eyes seems severe in relation to the extent of the intracranial hemorrhage. One mechanistic hypothesis is that the subarachnoid spaces along the optic nerves may be dilated in the same manner as the intracranial subarachnoid spaces are. Furthermore, the dilated intracranial subarachnoid spaces may transmit pressure impulses more efficiently, and with less dampening than in the normal state. Intracranial compliance may be low in the setting of external hydrocephalus as well. A minor skull impact could therefore generate an exaggerated intracranial pressure impulse that might, in turn, be transmitted undampened out along the optic nerves and into the orbits as far as the globes. Because of the format of the imaging studies obtained in the case reported here, it was not possible to assess the subarachnoid spaces within the optic nerve sheaths, and so this explanation remains speculative.

Until its pathogenesis has been elucidated more thoroughly, the forensic interpretation of retinal hemorrhage should be handled cautiously in the setting of external hydrocephalus. In many familiar clinical situations, retinal hemorrhage is linked to the occurrence of sudden pressure transients within the cranial cavity. The mechanical properties of the cranium and its contents are abnormal in cases of external hydrocephalus, and the mechanical coupling of the cranium and eye may therefore be abnormal as well. The outcome of the case reported here

8/22/2000 10:48 AM

reinforces this line of reasoning and raises a concern that can only be settled by additional clinical experience and, perhaps, experimental data: in the setting of external hydrocephalus, retinal hemorrhage may not be pathognomonic of abusive injury.

**Address reprint requests to:** Joseph Piatt, M.D., Department of Neurosurgery (L472), Oregon Health Sciences University, Portland, Oregon 97201-3098. email: piattj@ohsu.edu.

# References

1. Akaboshi I, Ikeda T, Yoshioka S: Benign external hydrocephalus in a boy with autosomal dominant microcephaly. **Clin Genet** 49:160-162, 1996
2. Alvarez LA, Maytal J, Shinnar S: Idiopathic external hydrocephalus: natural history and relationship to benign familial macrocephaly **Pediatrics** 77:901-907, 1986
3. Andersson H, Elfverson J, Svendsen P: External hydrocephalus in infants.**Childs Brain** 11:398-402, 1984
4. Aoki N: Extracerebral fluid collections in infancy: role of magnetic resonance imaging in differentiation between subdural effusion and subarachnoid space enlargement.**J Neurosurg 81:**20-23, 1994
5. Azais M, Echenne B: [Idiopathic pericerebral swelling (external hydrocephalus) of infants.**Ann Pediatr** 39:550-558, 1992 (Fr)
6. Bode H, Strassburg HM: [Craniocerebral dysproportion--a contribution to the significance of extracerebral fluid collections in infancy.**Klin Padiatr** 199:399-402, 1987 (Ger)
7. Briner S, Bodensteiner J: Benign subdural collections of infancy.**Pediatrics** 67:802-804, 1981
8. Brown JK, Minns RA: Non-accidental head injury, with particular reference to whiplash shaking injury and medico-legal aspects. **Dev Med Child Neurol** 35:849-869, 1993
9. Caffey J: On the theory and practice of shaking infants. Its potential residual effects of permanent brain damage and mental retardation. **Am J Dis Child** 124:161-169, 1972
10. Carolan PL, McLaurin RL, Towbin RB, et al: Benign extra-axial collections of infancy**Pediatr Neurosci 12:**140-144, 1985
11. Dietrich AM, James CD, King DR, et al: Head trauma in children with congenital coagulation disorders.**J Pediatr Surg** 29:28-32, 1994
12. Duhaime AC, Gennarelli TA, Thibault LE, et al: The shaken baby syndrome. A clinical, pathological, and biomechanical study.**J Neurosurg** 66:409-415, 1987
13. Gilkes MJ, Mann TP: Fundi of battered babies.**Lancet** 2:468-469, 1967
14. Gout A, Gautier I, Bellaiche M, et al: [Idiopathic peri-cerebral enlargement in infants: simple anatomical variant or hemorrhagic risk factor?]**Arch Pediatr** 4:983-987, 1997 (Fr)
15. Green MA, Lieberman G, Milroy CM, et al: Ocular and cerebral trauma in non-accidental injury in infancy: underlying mechanisms and implications for paediatric practice.**Br J Ophthalmol** 80:282-287, 1996
16. Hamza M, Bodensteiner JB, Noorani PA, et al: Benign extracerebral fluid collections: a cause of macrocrania in infancy.**Pediatr Neurol** 3:218-221, 1987
17. Hymel KP, Abshire TC, Luckey DW, et al: Coagulopathy in pediatric abusive head trauma**Pediatrics 99:**371-375, 1997
18. Kapila A, Trice J, Spies WG, et al: Enlarged cerebrospinal fluid spaces in infants with subdural hematomas. **Radiology** 142:669-672, 1982
19. Kempe CH: Paediatric implications of the battered baby syndrome.**Arch Dis Child** 46:28-37, 1971
20. Khan SG, Frenkel M: Intravitreal hemorrhage associated with rapid increase in intracranial pressure (Terson's syndrome). **Am J Ophthalmol** 80:37-43, 1975
21. Laubscher B, Deonna T, Uske A, et al: Primitive megalencephaly in children: natural history, medium term prognosis with special reference to external hydrocephalus.**Eur J Pediatr** 149:502-507, 1990
22. Massicotte SJ, Folberg R, Torczynski E, et al: Vitreoretinal traction and perimacular retinal folds in the eyes of deliberately traumatized children.**Ophthalmology** 98:1124-1127, 1991
23. Maytal J, Alvarez LA, Elkin CM, et al: External hydrocephalus: radiologic spectrum and differentiation from cerebral atrophy. **AJR** 148:1223-1230, 1987

0000047

Case 1:09-cv-00052-MP-GRJ   Document 21-56   Filed 03/22/11   Page 35 of 49

24. Ment LR, Duncan CC, Geehr R: Benign enlargement of the subarachnoid spaces in the infant.J Neurosurg 54:504-508, 1981

25. Mori K, Handa H, Itoh M, et al: Benign subdural effusion in infants.J Comput Assist Tomogr 4:466-471, 1980

26. Mori K, Sakamoto T, Nishimura K, et al: Subarachnoid fluid collection in infants complicated by subdural hematoma. Childs Nerv Syst 9:282-284, 1993

27. Muller PJ, Deck JHN: Intraocular and optic nerve sheath hemorrhage in cases of sudden intracranial hypertension. J Neurosurg 41:160-166, 1974

28. Mushin A, Morgan G: Ocular damage in the battered-baby syndrome. Report of two cases.Br J Ophthalmol 55:343-347, 1971

29. Nickel RE, Gallenstein JS: Developmental prognosis for infants with benign enlargement of the subarachnoid spaces. Dev Med Child Neurol 29:181-186, 1987

30. Nishimura K, Mori K, Sakamoto T, et al: Management of subarachnoid fluid collection in infants based on a long-term follow-up study. Acta Neurochir 138:179-184, 1996

31. Nogueira GJ, Zaglul HF: Hypodense extracerebral images on computed tomography in children. "External hydrocephalus": a misnomer?Childs Nerv Syst 7:336-341, 1991

32. O'Hare AE, Eden OB: Bleeding disorders and non-accidental injury.Arch Dis Child 59:860-864, 1984

33. Odita JC: The widened frontal subarachnoid space. A CT comparative study between macrocephalic, microcephalic, and normocephalic infants and childrenChilds Nerv Syst 8:36-39, 1992

34. Ommaya AK, Faas F, Yarnell P: Whiplash injury and brain damage: an experimental studyJAMA 204:285-289, 1968

35. Page AC, Mohan D, Paxton RM: Arachnoid cysts of the middle fossa predispose to subdural haematoma formation fact or fiction? Acta Neurochir Suppl 42:210-215, 1988

36. Palencia Luaces R, Aldana Gómez J, Tresierra Unzaga F: [Idiopathic external hydrocephaly and familial macrocephaly in infancy.]An Esp Pediatr 36:186-188, 1992 (Sp)

37. Parsch CS, Krauss J, Hofmann E, et al: Arachnoid cysts associated with subdural hematomas and hygromas: analysis of 16 cases, long-term follow-up, and review of the literatureNeurosurgery 40:483-490, 1997

38. Pettit RE, Kilroy AW, Allen JH: Macrocephaly with head growth parallel to normal growth pattern: neurological, developmental, and computerized tomography findings in full-term infantsArch Neurol 37:518-521, 1980

39. Robertson WC Jr., Chun RW, Orrison WW, et al: Benign subdural collections of infancyJ Pediatr 94:382-386, 1979

40. Roshan K, Elizabeth C, Chacko A, et al: External hydrocephalus--a report of 16 cases from Oman.J Trop Pediatr 44:153-156, 1998

41. Shen WC, Yang CF, Chang T: Benign hydrocephalus in infants. A computed tomographic and clinical correlative study. Acta Radiol Suppl 369:689-691, 1986

42. Tomasi LG, Rosman NP: Purtscher retinopathy in the battered child syndrome.Am J Dis Child 129:1335-1337, 1975

43. Wilkinson WS, Han DP, Rappley MD, et al: Retinal hemorrhage predicts neurologic injury in the shaken baby syndrome.Arch Ophthalmol 107:1472-1474, 1989

44. Wilms G, Vanderschueren G, Demaerel PH, et al: CT and MR in infants with pericerebral collections and macrocephaly: benign enlargement of the subarachnoid spaces versus subdural collectionsAJNR 14:855-860, 1993

8/22/2000 10:48 A

0000048

000843

Case 1:09-cv-00052-MP-GRJ  Document 21-56  Filed 03/22/11  Page 36 of 49

A Pitfall in the Diagnosis of Child Abuse        http://www.medscape.com/...NF/1999/v07.n04/nf0704.05.piat/pnt-nf0704.05.piat.h



All material on this website is protected by copyright. Copyright © 1994-2000 by Medscape Inc. All rights reserved. This website also contains material copyrighted by 3rd parties. Medscape requires 3.x browsers or better from  Netscape or Microsoft.

000844    0000049

8/22/2000 10:48 A

Clinical review

17 Bach JF. The effect of infections on susceptibility to autoimmune and allergic diseases. N Engl J Med 2002;347:911-30.
18 Yu L, Robles DT, Abiru N, Kaur P, Rewers M, Kelemen K, et al. Early expression of anti-insulin autoantibodies of man and the NOD mouse: evidence for early determination of subsequent diabetes. Proc Natl Acad Sci USA 2000;97:1701-6.
19 Martin S, Wolf-Eichbaum D, Duinkerken G, Scherbaum WA, Kolb H, Noordzij JG, et al. Development of type 1 diabetes despite severe hereditary B-lymphocyte deficiency. N Engl J Med 2001;345:1036-40.
20 Imagawa A, Hanafusa T, Itoh N, Waguri M, Yamamoto K, Miyagawa J, et al. Immunological abnormalities in islets at diagnosis paralleled further deterioration of glycaemic control in patients with recent-onset type 1 (insulin-dependent) diabetes mellitus. Diabetologia 1999;42:574-6.
21 Harrold KL, Hagopian W, Anger JA, Pession-Brizzi L, Taylor L, Donaldson D, et al. Anti-CD38 monoclonal antibodies in type 1 diabetes mellitus. N Engl J Med 2002;348:1068-9.
22 Foulis AK, Liddle CN, Farquharson MA, Richmond JA, Weir RS. The histopathology of the pancreas in type 1 (insulin dependent) diabetes mellitus: a 25-year review of deaths in patients under 20 years of age in the United Kingdom. Diabetologia 1986;29:267-74.
23 Verge CF, Gianani R, Kawasaki E, Yu L, Pietropaolo M, Jackson RA, et al. Prediction of type 1 diabetes in first-degree relatives using a combination of insulin, GAD, and ICA512bdc/IA-2 autoantibodies. Diabetes 1996;45:926-33.
24 LaCava JM, Brantley MR, Leech NJ, Rowe RE, Monks R, Palmer JP, et al. Successful prospective prediction of type 1A diabetes in schoolchildren through multiple defined autoantibodies: an 8-year follow-up of the Washington State diabetes prediction study. Diabetes Care 2002;25:505-13.
25 Johnson SB. Screening programs to identify children at risk for diabetes mellitus: psychological impact on children and parents. J Pediatr Endocrinol Metab 2001;14:653-8.
26 Barker J, Klingensmith G, Barriga K, Rewers M. Clinical characteristics of type 1 diabetic children identified by a general screening and intensive follow-up program. Diabetes 2003;52(suppl 1):A186.
27 Turner R, Stratton I, Horton V, Manley S, Zimmer P, Mackay IR, et al. UKPDS 25: autoantibodies to islet-cell cytoplasm and glutamic acid decarboxylase for prediction of insulin requirement in type 2 diabetes. Lancet 1997;350:1288-93.
28 Atkinson MA, Leiter EH. The NOD mouse model of type 1A diabetes: as good as it gets? Nat Med 1999;5:601-4.
29 Diabetes Control and Complications Trial, Epidemiology of Diabetes Interventions and Complications Research Group. Retinopathy and nephropathy in patients with type 1A diabetes four years after a trial of intensive therapy. N Engl J Med 2000;342:381-9.
30 Nolte E, Beckwood WC. Genetically engineered insulin analogue diabetes in the new millennium. Pharmacol Rev 2000;52:1-9.
31 Roffi GB, Owens DR. Insulin glargine. Lancet 2000;356:443-5.
32 Meyer L, Guerci B. Metformin and insulin in type 1A diabetes: the first step. Diabetes Care 2003;26:1654-6.
33 Shapiro AM, Lakey JR, Ryan EA, Korbutt GS, Toth E, Warnock GL, et al. Islet transplantation in seven patients with type 1A diabetes mellitus using a glucocorticoid-free immunosuppressive regimen. N Engl J Med 2000;343:230-8.

## Evidence based case report

# Perimacular retinal folds from childhood head trauma

P E Lantz, S H Sinal, C A Stanton, R G Weaver Jr

Editorials by Geddes and Plunkett and Harding et al

Department of Pathology, Wake Forest University School of Medicine, Winston-Salem, NC 27157, USA
P E Lantz
associate professor
C A Stanton
associate professor

Department of Paediatrics, Wake Forest University School of Medicine
S H Sinal
professor

Department of Ophthalmology, Wake Forest University School of Medicine
R G Weaver Jr
associate professor

Correspondence to:
P E Lantz plantz@wfubmc.edu

BMJ 2004;328:754-6

A previously healthy 14 month old child was transferred to our medical centre with a severe head injury. The father had collected the boy and his 5 year old brother from their mother at his workplace car park and taken them home while their mother went to work. The children had been watching television while the father prepared dinner. After hearing something fall, the father found the boy on the floor with the television covering the right side of the head and anterior chest. A homemade television stand was partially across the child's lower legs. His older brother stated, "television fell." As soon as the father removed the television, he noticed the child's head beginning to swell. A neighbour drove them to the local hospital. According to the father and the neighbour, the child never stopped breathing and no resuscitative efforts were attempted.

Cranial computed tomography showed extensive head injuries. He had soft tissue swelling of the scalp, diffuse cerebral oedema with a subdural haematoma overlying the frontal convexities and layering along the falx cerebri, a left sided skull fracture adjacent to a widely diastatic coronal suture, cerebral contusions beneath the fracture, and a maximal midline shift measuring 8 mm. The paediatric ophthalmologist described bilateral dot and blot intraretinal haemorrhages, preretinal haemorrhages, and perimacular retinal folds (fig 1).

The child's condition deteriorated, and he died 18 hours after the incident. Child Protective Services removed the 5 year old sibling from the home because the retinal haemorrhages and retinal folds were considered diagnostic of abusive head trauma from shaking. This action was taken despite the father's repeated detailed, consistent account provided to emergency staff, the paediatric child abuse specialist, paediatric intensive care doctors, and law enforcement authorities.

## Postmortem evidence

A forensic autopsy showed no direct trauma to the orbits or eyes. There were prominent bilateral scalp contusions with soft tissue and intramuscular haemorrhage, symmetrical parietal skull fractures with coronal sutural diastasis, and a lacerated dura mater with extrusion of brain and blood. In addition to bilateral subdural and subarachnoid haemorrhages, a thin epidural haematoma partially covered the frontoparietal, calvarial lamina interna. The brain showed bilateral cortical contusions, severe cerebral oedema, and diffuse anoxic-ischemic injury. Postmortem ocular examination showed haemorrhages of the optic nerve sheaths with subdural haemorrhage greater than subarachnoid ocular haemorrhage. Both eyes had extensive retinal haemorrhages with perimacular retinal folds (fig 2). Retinoschisis and peripapillary intraretinal haemorrhages were evident, and the retinal haemorrhages extended from the posterior pole to the ora serrata affecting the preretinal, intraretinal, and subretinal layers.

When investigators went to the house to recover the television before the family returned home, it was still on the carpeted floor. The 480 mm screen television with built in videocassette recorder weighed 19.5 kg. The homemade television stand measured 762 mm (height)×635 mm (width)×508 mm (depth) and had a bottom drawer that held videotapes. A greasy smudged area on the glass of the television corresponded with the impact site on the child's head.

A re-enactment in which a 11.4 kg weight (similar to the child's weight at autopsy of 11.8 kg) was placed on the partially opened drawer caused the television and

Details of the included studies are on bmj.com

000845

0000050

0000051

television stand to readily topple forward. According to investigators, the family home was 7.8 km from the workplace and about 6 km from the local hospital. Based on the distance and estimated driving times plus workplace time clock records, the father was home with the children about 20 minutes when the incident happened. The day after the incident, while in foster care, the 3 year old sibling corroborated the father's account. Despite all this evidence, the paediatric ophthalmologist repeated that perimacular retinal folds coincident with retinal haemorrhages were considered specific for shaken baby syndrome secondary to retinal traction exerted by the oscillating vitreous.

## Search for published evidence

We were unable to find a published report of perimacular retinal folds in a childhood non-abusive head injury. We therefore did a systematic review of the medical literature on perimacular retinal folds associated with abusive head trauma in infants and young children. Our background question became: "In infants and young children with an acute intracranial injury, are perimacular retinal folds specific for head injury from vitreoretinal traction occurring during cycles of acceleration and deceleration (shaken baby syndrome)?"

We searched the Medline (1966-2003) database using the terms retinal folds and child abuse and uncovered seven non-comparative case series articles.[1-7] We also examined references cited in these articles plus review articles and book chapters on ocular findings in child abuse mentioning or discussing perimacular retinal folds relative to non-accidental head injury. Similar searches in the Cochrane Library, ISI Web of Science, and Ovid found no additional articles.

## Results

We found 42 articles and book chapters discussing perimacular retinal folds in childhood abusive head trauma. Seventeen mentioned the presence of retinal folds in non-accidental head injury but did not comment on specificity or formative mechanism. A table on bmj.com gives details of the remaining articles. All but two of the articles are non-comparative clinical or autopsy case series, case reports, review articles, or book chapters.

The two studies that included controls both showed bias in selection of controls and contained no cases with perimacular retinal folds but discussed the postulated causal mechanism.[8 9] In the prospective controlled study, the authors reported on 79 children younger than 3 years who had sustained head injuries.[8] The manner of injury in one case was indeterminate. Three children, including one who died, had non-accidental head injury diagnosed, all of whom had retinal haemorrhages; 72 of the 75 children with non-abusive injuries were managed by observation alone. No perimacular retinal folds were observed; however, the presumed causative mechanism of traumatic retinoschisis and retinal folds was discussed.

The second controlled study was a prospective autopsy study that examined the presence and location of ocular findings in 169 childhood deaths.[9] Ocular haemorrhages (retinal, peripheral retinal, optic nerve sheath and intrascleral) were more likely in craniocer-



Fig 1 Clinical image highlighting temporal portion of perimacular retinal fold at 2-3 o'clock area in left eye with a blood vessel bending over the fold (magnification ×6)

ebral trauma than in non-head injuries and natural diseases. Although case selection was purportedly random, the study contained a disproportionately high number of deaths from child abuse compared with natural and non-abusive causes. Case selection depended on the pathologist's willingness to participate in the study, and we were told by one of the authors that pathologists were more willing to participate when they believed that the deaths were abusive or suspicious (M Gilliland, personal communication, 2002). Perimacular retinal folds were not noted, but the authors concluded that acceleration-deceleration injury to the retina accounts for peripheral retinal haemorrhages and retinal folds.

## Supporting evidence

The references cited to support statements about the specificity or causal mechanism of perimacular retinal folds and abusive head injury in the articles we found are all non-comparative observational reports, unsystematic review articles, and book chapters. Seventy per cent of the articles cited four non-comparative case series.[1 3 4 14] We assessed the quality of this evidence.

Gaynon et al reported on two infants with presumed shaken baby syndrome who had retinal folds and concluded that these folds may be a hallmark



Fig 2 Transilluminated retinal image of right eye at autopsy showing orbita, elevated, perimacular retinal fold and extensive retinal haemorrhages

0000052

000847

Clinical review

of shaking injuries in child abuse victims.[1] One infant reportedly fell 1.5 m to the floor while being carried down a stairway.

Massicotte et al reported the ocular findings at autopsy of three children with perimacular retinal folds.[2] Two infants had sustained direct head trauma, but in the other there was no physical or forensic evidence of direct head trauma. They observed that the vitreous had partially separated from the retina but remained attached to the internal limiting membrane at the apices of the folds and the vitreous base. They concluded that their study confirmed the role of vitreous traction in formation of perimacular folds and proved that shaking alone caused these folds and shaking was never an accidental phenomenon.

Elner et al reviewed the ocular and autopsy findings in 10 consecutive children who died of suspected child abuse.[3] Perimacular retinal folds were observed in three children, all of whom had evidence of blunt head injuries.

Greenwald et al reported five cases of children in whom definite or probable physical abuse during infancy was associated with traumatic retinoschisis.[10] They hypothesised that when an infant is shaken, the head is subjected to repetitive accelerations and decelerations causing the relatively dense lens to move forward and back within the ocular fluids. Transmission of force through firm attachments between the lens, vitreous gel, and particularly the macular retina presumably would result in appreciable traction on the retina causing it to split and creating the surrounding folds.

## Discussion

Statements in the medical literature that perimacular retinal folds are diagnostic of shaken baby syndrome are not supported by objective scientific evidence. Non-comparative observational reports and unsystematic narrative review articles contain insufficient evidence to provide unbiased support for or against diagnostic specificity, and inferences about associations, causal or otherwise, cannot be determined. Clinical and autopsy evidence of ocular lesions must therefore be considered alongside other physical findings and a thorough investigation before concluding whether a head injury is caused by abuse. The child in our case had ocular haemorrhages (peripheral retinal, optic nerve sheath and intracleral) and retinoschisis, which again some people consider specific for child abuse. Unfortunately, the evidence for these assumptions has similar problems to

that for perimacular retinal folds. An evidence based analysis of indexed medical publications on shaken baby syndrome from 1966-1998 uncovered a weak scientific evidence base.[11] Selection bias, inappropriate controls, and the lack of precise criteria for case definition were identified as important problems with the data. Many studies committed a fallacy of assumption, selecting cases by the presence of the clinical findings that were sought as diagnostically valid. Unsystematic reviews and consensus statements often mingled opinion with facts and added no original supporting evidence.

Perimacular retinal folds are associated with increased neurological morbidity and mortality in infants and children with abusive head injuries.[8] The reported incidence of perimacular retinal folds in shaken baby syndrome varies from 6% in a consecutive clinical case series to 50% in a sequential autopsy case series.[1][12] Clinical and autopsy studies with appropriately matched controls are needed to determine the causal mechanism of perimacular retinal folds and their specificity for abusive head injury. Until good evidence is available, we urge caution in interpreting eye findings out of context.

Contributors: PEL conceived the idea, collected the articles, and wrote the initial draft. All authors contributed to the review process, writing, and final editing of the paper. PEL is the guarantor.

Competing interests: None declared.

1  Gaynon MW, Koh K, Marmor MF, Frankel LR. Retinal folds in the shaken baby syndrome. Am J Ophthalmol 1988;106:423-5.
2  Massicotte SJ, Folberg R, Torczynski E, Gilliland MG, Luckenbach MW. Vitreoretinal traction and perimacular retinal folds in the eyes of deliberately traumatised children. Ophthalmology 1991;98:1194-7.
3  Elner SG, Elner VM, Arnall M, Albert DM. Ocular and associated findings in suspected child abuse. A necropsy study. Arch Ophthalmol 1990;108:1094-101.
4  Han DP, Wilkinson WS. Late ophthalmic manifestations of the shaken baby syndrome. J Pediatr Ophthalmol Strabismus 1990;27:299-303.
5  Marshall DH, Brownstein S, Dorey MW, Addison DJ, Carpenter B. The spectrum of postmortem ocular findings in victims of shaken baby syndrome. Can J Ophthalmol 2001;36:377-83.
6  Mills M. Funduscopic lesions associated with mortality in shaken baby syndrome. J Am Assoc Pediatr Ophthalmol Strabismus 1998;2:67-71.
7  Munger CE, Peiffer RL, Bouldin TW, Kylstra JA, Thompson RL. Ocular and associated neuropathologic observations in suspected whiplash shaken infant syndrome: a retrospective study of 12 cases. Am J Forensic Med Pathol 1993;14:193-200.
8  Buys YM, Levin AV, Enzenauer RW, Elder JE, Letourneau MA, Humphreys RP, et al. Retinal findings after head trauma in infants and young children. Ophthalmology 1992;99:1718-23.
9  Gilliland MG, Luckenbach MW, Chenier TC. Systemic and ocular findings in 169 prospectively studied child deaths: retinal haemorrhages usually mean child abuse. Forensic Sci Int 1994;68:117-32.
10 Greenwald MJ, Weiss A, Oesterle CS, Friendly DS. Traumatic retinoschisis in battered babies. Ophthalmology 1986;93:618-25.
11 Donohoe M. Evidence-based medicine and shaken baby syndrome. Part 1: literature review, 1966-1998. Am J Forensic Med Pathol 2003;24:239-42.
12 Kivlin JD, Simons KB, Lazoritz S, Ruttum MS. Shaken baby syndrome. Ophthalmology 2000;107:1246-54.

(Accepted 26 January 2004)





000848

0000053

## References

Table

References

Greenwald MJ. The shaken baby syndrome. *Semin Ophthalmol* 1990;5:202-15.

Kaur B, Taylor D. Fundus haemorrhages in infancy. *Surv Ophthalmol* 1992;37:1-17.

Keithahn MA, Bennett SR, Cameron D, Mieler WF. Retinal folds in Terson syndrome. *Ophthalmology* 1993;100:1187-90.

American Academy of Pediatrics Committee on Child Abuse and Neglect. Shaken baby syndrome: inflicted cerebral trauma. *Pediatrics* 1993;92:872-5.

Meier P, Wiedemann P. Glaskörper- und fundusveränderungen beim Terson syndrom: Drei falldarstellungen. *Klin Monatsbl Augenheilkd* 1996;209:244-8.

Andrews AP. Ocular manifestations of child abuse. *Pa Med* 1996;99(suppl):71-5.

Rohrbach JM, Benz D, Friedrichs W, Thiel HJ, Wehner HD. Okuläre pathologie der kindesmißhandlung. *Klin Monatsbl Augenheilkd* 1997;210:133-8.

Ellis PS. The pathology of fatal child abuse. *Pathology* 1997;29:113-21.

Ophthalmology Child Abuse Working Party. Child abuse and the eye. *Eye* 1999;13:3-10.

Levin AV. Retinal haemorrhages and child abuse. In David TJ, ed. *Recent advances in pediatrics*. Vol 18. St Louis, MO: Churchill Livingstone, 2000:151-219.

Taylor D. Unnatural injuries. *Eye* 2000;14:123-50.

Levin AV. Ocular manifestations of child abuse. *Ophthalmol Clin North Am* 1990;3:249-64.

American Academy of Pediatrics Committee on Child Abuse and Neglect. Shaken baby syndrome: rotational cranial injuries-technical report. *Pediatrics* 2001;108:206-10.

Nadel FM, Posner JC. In the eye of the beholder. *Paediatr Ann* 2001;30:608-12.

Green MA, Lieberman G, Milroy CM, Parsons MA. Ocular and cerebral trauma in non-accidental injury in infancy: underlying mechanisms and implications for paediatric practice. *Br J Ophthalmol* 1996;80:282-7.

0000054

Gayle MO, Kissoon N, Hered RW, Harwood-Nuss A. Retinal haemorrhage in the young child: a review of aetiology, predisposed conditions, and clinical implications. *J Emerg Med* 1995;13:233-9.

Levin AV. Ophthalmology of shaken baby syndrome. *Neurosurg Clin N Am* 2002;13:201-11.

Greenwald MJ, Torczynski E, Mets MB. Acute retinal lesions in battered babies: Clinicopathological correlation of macular craters. *Ophthalmology* 1987;94(suppl):146.

Ober RR. Hemorrhagic retinopathy in infancy: a clinicopathologic report. *J Pediatr Ophthalmol Strabismus* 1980;17:17-20.

Drack AV, Petronio J, Capone A. Unilateral retinal haemorrhages in documented cases of child abuse. *Am J Ophthalmol* 1999;128:340-4.

Kivlin JD. Manifestations of the shaken baby syndrome. *Curr Opin Ophthalmol* 2001:12:158-63

Levin AV. Ocular manifestations of child abuse. In: Reece RM, Ludwig S, eds. *Child abuse: medical diagnosis and management*. Philadelphia, PA: Lippincott Williams and Wilkins, 2001:97-107.

Table

Articles referring to diagnostic specificity or causal mechanism of perimacular retinal folds (PRF) in childhood non-accidental head injury

| Reference | Publication date | Study type (No of cases) | Reference(s) cited re PRF |
|---|---|---|---|
| Gaynon MW et al[1] | 1988 | Clinical case series (2; 2 with PRF) | Case series [10] |
| Han DP et al.[4] | 1990 | Clinical case series (6; 2 with PRF) | Case series,[1] Abstract[w18*] |
| Greenwald MJ[w1] | 1990 | Review article | Case series[1;3;10] Case report[w19] Abstract[w18] |
| Massicotte SJ et al[2] | 1991 | Autopsy case series (3; 3 with PRF) | Case series[1;3] |
| Kaur B et al[w2] | 1992 | Review article | Case series[1;2] |

0000055

| | | | |
|---|---|---|---|
| Buys YM et al[6] | 1992 | Prospective clinical study; 0 with PRF | Case series[1;2] |
| Munger CE et al[7] | 1993 | Autopsy case series (12; 5 with PRF) | Case series[1;10] |
| Keithahn MAZ et a.[w3] | 1993 | Clinical adult case series (2; 2 with PRF) | Case series[1;2;3] |
| AAP Committee on Child Abuse & Neglect[w4] | 1993 | Position paper – Review article | Case series[10]<br><br>Review article[w12] |
| Gilliland MGF et al[9] | 1994 | Prospective autopsy study; 0 with PRF | Case series[1;2;7] |
| Meier P et al[w5] | 1996 | Clinical case series (2; 2 with PRF) | Case series[1;2;w3] |
| Andrews AP et al[w6] | 1996 | Review article | Case series[1;2] |
| Rohrbach JM et al[w7] | 1997 | Autopsy case report | Case series[1;2;3;10] |
| Ellis PS[w8] | 1997 | Review article | Case series[1;2] |
| Mills M[8] | 1998 | Clinical case series (10; 4 with PRF) | Case series[1;2] |
| Drack AV et al[w20] | 1999 | Clinical case series (4; 1 with PRF) | Case series[1;2] |
| Ophthalmology Child Abuse Working Group[w9] | 1999 | Consensus review article | Case series[1;2;3;7] |
| Levin AV[w10] | 2000 | Book chapter | Case series[1;2;6] |
| Taylor D[w11] | 2000 | Review article | Case report[w7]<br><br>Case series[1;2;3;7] |
| Levin AV[w22] | 2001 | Book chapter | Case series[10]<br><br>Book chapter[w10] |
| Kivlin JD[w21] | 2001 | Review article | Case series[1;2;6]<br><br>Review article[w1;11] |
| AAP Committee on Child Abuse & Neglect[w13] | 2001 | Technical report – review article | Case series[10]<br><br>Review article[w12] |

0000056

| | | | |
|---|---|---|---|
| | | | Book chapter[w10] |
| Nadel FM et al[w14] | 2001 | Case report; 0 with PRF | Case series[w15] |
| | | | Review article[w12;w16] |
| Marshall DH et al[5] | 2001 | Autopsy case series (6; 3 with PRF) | Case series[1;2] |
| | | | Review article[11] |
| Levin AV[w17] | 2002 | Review article | Case series[2] |

PRF = perimacular retinal fold.

*Reference w18 could not be verified as cited.

000852

0000057

Saturday 27 March 2004



# BMJ



EXHIBIT   "I"

# The evidence base for shaken baby syndrome

*We need to question the diagnostic criteria*

Editorial p 720
Clinical review p 754
Letters p 766
Personal view p 775

The phrase "shaken baby syndrome" evokes a powerful image of abuse, in which a carer shakes a child sufficiently hard to produce whiplash forces that result in subdural and retinal bleeding. The theory of shaken baby syndrome rests on core assumptions: shaking is always intentional and violent; the injury an infant receives from shaking is invariably severe; and subdural and retinal bleeding is the result of criminal abuse, unless proved otherwise.[1] These beliefs are reinforced by an interpretation of the literature by medical experts, which may on occasion be instrumental in a carer being convicted or children being removed from their parents. But what is the evidence for the theory of shaken baby syndrome?

Retinal haemorrhage is one of the criteria used, and many doctors consider retinal haemorrhage with specific characteristics pathognomonic of shaking. However, in this issue Patrick Lantz et al examine that premise (p 754) and conclude that it "cannot be supported by objective scientific evidence."[2] Their study comes hard on the heels of a recently published review of the literature on shaken baby syndrome from 1966 to 1998, in which Mark Donohoe found the scientific evidence to support a diagnosis of shaken baby syndrome to be much less reliable than generally thought.[3]

Shaken baby syndrome is usually diagnosed on the basis of subdural and retinal haemorrhages in an infant or young child,[1] although the diagnostic criteria are not uniform, and it is not unusual for the diagnosis to be based on subdural or retinal haemorrhages alone.[4] The website of the American Academy of Ophthalmology states that if the retinal haemorrhages have specific characteristics "shaking injury can be diagnosed with confidence regardless of other circumstances."[4] Having reviewed the evidence base for the belief that perimacular folds with retinal haemorrhages are diagnostic of shaking, Lantz et al were able to find only two flawed case-control studies, much of the published work displaying "an absence of … precise and reproducible case definition, and interpretations or conclusions that overstep the data."[2] Their conclusions are remarkably similar to those of Donohoe, who found that "the evidence for shaken baby syndrome appears analogous to an inverted pyramid, with a very small database (most of it poor quality original research, retrospective in nature, and without appropriate control groups) spreading to a broad body of somewhat divergent opinions."[3] His work entailed searching the literature, using the term "shaken baby syndrome" and then assessing the

methods of the articles retrieved, using the tools of evidence based inquiry. Reviewing the studies achieving the highest quality of evidence rating scores, Donohoe found that "there was inadequate scientific evidence to come to a firm conclusion on most aspects of causation, diagnosis, treatment, or any other matters," and identified "serious data gaps, flaws of logic, inconsistency of case definition."[3]

The conclusions of Lantz et al and of Donohoe make disturbing reading, because they reveal major shortcomings in the literature relating to a field in which the opportunity for scientific experimentation and controlled trials does not exist, but in which much may rest on interpretation of the medical evidence.[5]

If the concept of shaken baby syndrome is scientifically uncertain, we have a duty to re-examine the validity of other beliefs in the field of infant injury. The recent literature contains a number of publications that disprove traditional expert opinion in the field. A study of independently witnessed low level falls showed that such falls may prove fatal, causing both subdural and retinal bleeding.[6][7] A biomechanical analysis validates that serious injury or death from a low level fall is possible and casts doubt on the idea that shaking can directly cause retinal or subdural haemorrhages.[7][8] An important lucid interval may be present in an ultimately fatal head injury in an infant.[8] Neuropathological studies have shown that abused infants do not generally have severe traumatic brain injury and that the structural damage associated with death may be morphologically mild.[9][10] What is the relevance of the craniocervical injuries to corticospinal tracts, dorsal nerve roots, and so on that have been described?[10][11] We do not know. What is the force necessary to injure an infant's brain? Again, we do not know.

While most abused children indisputably show the signs of violence, not all do. No one would be surprised to learn that a fall from a two storey building or involvement in a high speed road traffic crash can cause retinal and subdural bleeding, but what is the minimum force required? "It is one thing clearly to state that a certain quantum of force is necessary to produce a subdural hematoma; it is quite another to use examples of obviously extreme force … and then suggest that they constitute the minimum force necessary."[10]

Research in the area of injury to infants is difficult. Quality evidence may need to be based on finite element

Additional references w1-w3 are on bmj.com

modelling from data on infants' skulls, brain, and neck structures, rather than living animals. Studies on immature animal models, if performed, will need to be validated against the known mechanical properties of the human infant. Pending completion of such studies, the reviews by Lantz and Donohoe are a valuable contribution and provide a salutary check for anyone wishing to cite the literature in support of an opinion. Their criticisms of lack of case definition or proper controls can be levelled at the whole literature on child abuse. If the issues are much less certain than we have been taught to believe, then to admit uncertainty sometimes would be appropriate for experts. Doing so may make prosecution more difficult, but a natural desire to protect children should not lead anyone to proffer opinions unsupported by good quality science. We need to reconsider the diagnostic criteria, if not the existence, of shaken baby syndrome.

J F Geddes retired (formerly reader in clinical neuropathology, Queen Mary, University of London)

London (j.f.geddes@doctors.org.uk)

J Plunkett forensic pathologist

Regina Medical Center, 1175 Nininger Road, Hastings, MN 55033, USA

Competing interests: JFG and JP have given evidence in criminal cases at the request of both prosecution and the defence.

1  American Academy of Pediatrics Committee on Child Abuse and Neglect. Shaken baby syndrome: rotational cranial injuries—technical report. Pediatrics 2001;108:206-10.
2  Lantz P, Sinal S, Stanton C, Weaver R. Perimacular retinal folds from childhood head trauma: Case report with critical appraisal of current literature. BMJ 2004;328:754-6.
3  Donohoe M. Evidence-based medicine and shaken baby syndrome. Part I: literature review, 1966-1998. Am J Forensic Med Pathol 2003;24:239-42.
4  American Academy of Ophthalmology. Shaken baby syndrome resources. www.aao.org/aao/education/library/shaken_baby.cfm (accessed 25 Feb 2004).
5  Milroy CM. Medical experts and the criminal courts. BMJ 2003;326:294-5.
6  Plunkett J. Fatal pediatric head injuries caused by short-distance falls. Am J Forensic Med Pathol 2001;22:1-12.
7  Ommaya AK, Goldsmith W, Thibault L. Biomechanics and neuropathology of adult and paediatric head injury. Br J Neurosurg 2002;16:220-42.
8  Denton S, Mileusnic D. Delayed sudden death in an infant following an accidental fall. Am J Forensic Med Pathol 2003;24:371-6.
9  Geddes JF, Hackshaw AK, Vowles GH, Nickols CD, Whitwell HL. Neuropathology of inflicted head injury in children. I. Patterns of brain damage. Brain 2001;124:1290-8.
10 Geddes JF, Vowles GH, Hackshaw AK, Nickols CD, Scott IS, Whitwell HL. Neuropathology of inflicted head injury in children. II. Microscopic brain injury in infants. Brain 2001;124:1299-306.
11 Shannon P, Smith CR, Deck J, Ang LC, Ho M, Becker L. Axonal injury and the neuropathology of shaken baby syndrome. Acta Neuropathol 1998;95:625-31.
12 People v Martinez, 51 P3d 1046 (2001) (R'hrg den. 2002) (cert. granted, 2002).

# Shaken baby syndrome

*Pathological diagnosis rests on the combined triad, not on individual injuries*

Shaken baby syndrome is a form of physical non-accidental injury to infants, characterised by acute encephalopathy with subdural and retinal haemorrhages, occurring in a context of inappropriate or inconsistent history and commonly accompanied by other apparently inflicted injuries.[1][2] Injuries to the neck and spinal cord may also be present. Controversy surrounds the precise causation of the brain injury, the retinal and subdural haemorrhages, as well as the degree of force required and whether impact in addition to whiplash forces is needed.[1][3][4] Although most discussion has concerned fatal injuries of this nature, not all are lethal, but they may be associated with subsequent neurological disability of varying severity.

Expert medical evidence about inflicted injury must have scientific validity, but applying the evidence based criteria appropriate to clinical practice entails some difficulties.[5] In clinical practice medical management of defined clinical problems can be compared and best practice distinguished by clinical outcomes. Conversely, in inflicted paediatric injuries, one is presented with the outcome, investigation follows rather than precedes that outcome, and the history may be incomplete or deliberately misleading. A need exists for an impartial and intelligent assessment, but how may this be achieved in practice?

Because of the serious implications of diagnosing inflicted injury such as shaken baby syndrome, every case must be evaluated in detail, taking account of all the circumstances surrounding the injury and considering the pathological features in full, rather than attempting to evaluate the significance of each component.

In shaken baby syndrome, it is the combined triad of subdural and retinal haemorrhage with brain damage, as well as the characteristics of each of these components, that allow a reconstruction of the mechanism of injury, and assessment of the degree of force employed. The application of rotational acceleration and deceleration forces to the infant's head causes the brain to rotate in the skull. Abrupt deceleration allows continuing brain rotation until bridging veins are stretched and ruptured, causing a thin layer of subdural haemorrhage on the surface of the brain. This is not a space occupying lesion; its importance is in indicating the mechanism of injury. The retinal haemorrhages, which are characteristically extensive, occupy much of the circumference of the globe and extend through all the layers of the retina and similarly result from rotational acceleration and deceleration forces.

The mechanism of brain damage is problematic. Traditional wisdom has suggested shearing forces operating within the brain substance with consequent axonal damage.[9] Geddes et al, in a careful neuropathological study of head injuries in children using β amyloid precursor protein immunostaining, observed that the predominant changes in infants with evidence of shaking were hypoxic-ischaemic rather than the diffuse axonal injury seen in older children and adults with fatal head trauma.[9][10] These authors thought that acceleration and deceleration forces might damage the neuraxis to cause apnoea, with consequent ischaemic insult causing diffuse cerebral oedema.

Unfortunately, this logical idea was followed in a second paper by the statement, "Although mechanisms of

Editorial p 719
Clinical review p 754
Letters p 766
Personal view p 775

BMJ 2004;328:720-1

000854    0000059

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

STATE OF FLORIDA,

    Plaintiff,

v.                                                    CASE NO. 01-2000-CF-002753-A

BRIAN PATRICK HERLIHY,

    Defendant.

_____

## ORDER DENYING MOTION FOR POST-CONVICTION RELIEF

    **THIS CAUSE** comes before this Court upon Defendant's "Motion to Vacate Sentence

and Conviction Pursuant to Fla. R. Cr. P. 3.850 and Memorandum of Law," [hereinafter 'PCR

Motion'] filed August 10, 2005.

    1.    Defendant alleges that trial counsel was ineffective for failing to request a *Frye*

Hearing prior to the admission of testimony which adduced that the victim died of Shaken Baby

Syndrome. Defendant claims that a *Frye* Hearing was in order because the diagnosis of Shaken

Baby Syndrome is not based on a scientific principle or discovery that is "sufficiently established

to have gained general acceptance in the particular field in which it belongs," nor is it

"sufficiently tested and accepted by the relevant scientific community." PCR Motion at 3 (citing

Frye v. United States, 293 F. 1013, 1014 (D.C. Cir. 1923) [hereinafter 'Frye'].

    2.    Frye states that in order to introduce expert testimony deduced from a scientific

principle or discovery, the principle or discovery "must be sufficiently established to have gained

general acceptance in the particular field in which it belongs." Frye at 1014. The ultimate

purpose of a Frye hearing is to "guarantee the reliability of new or novel scientific evidence,"

Brim v. State, 695 So. 2d 268, 271 (Fla. 1997); United States Sugar Corp. v. Henson, 823 So. 2d

104, 110 (Fla. 2002); therefore, a Frye hearing is not necessary where general acceptance of the

principle or discovery by the relevant scientific community is already recognized. Indeed, firmly

established scientific theories are never subject to Frye testing. See Daubert v. Merrell Dow

Pharmaceuticals, Inc., 509 U.S. 579 (1993).

     3.     Neither the United States Supreme Court, nor Florida appellate courts have

specifically addressed whether expert testimony on Shaken Baby Syndrome is subject to Frye

testing; however, Florida appellate courts recognize Shaken Baby Syndrome as an accepted

medical diagnosis and approve its use. See Dixon v. State, 691 So. 2d 515, 516 (Fla. 1st DCA

1997); Washington v. State, 737 So. 2d 1208 (Fla. 1st DCA 1999); N.L. v. Department of

Children and Family Services, 843 So. 2d 996 (Fla. 1st DCA 2003); Barber v. State, 781 So. 2d

425 (Fla. 5th DCA 2001); A.R. v. Department of Children and Families, 784 So. 2d 622, 623

(Fla. 5th DCA 2001); Moore v. State, 790 So. 2d 489, 491 (Fla. 5th DCA 2001).

     Jurisdictions outside of Florida acknowledge that the diagnosis of Shaken Baby

Syndrome is a result of extensive research and constitutes a widely accepted medical diagnosis.

See State v. Lopez, 306 S.C. 362, 367 (S.C. 1991); State v. McClary, 541 A.2d 96 (Conn. 1988);

State v. Leibhart, 266 Neb. 133 (Neb. 2003).

     4.     Defendant cites to a few articles which he purports criticize the diagnosis of

# Continued
# Next
# Volume