

1323

1    been developed that are the failure threshold for

2    various tissues.

3         You can say I can apply a force of such and such

4    to the brain at a certain direction for a certain

5    period of time and I'll get this.  I can do something

6    different to another part of the brain and I get a

7    different injury.  This stuff has actually been

8    remarkably remarkably mapped out.  I mean, that's the

9    basis for the structural safety features of cars, car

10   seats, I mean, everything we use in everyday life, the

11   surfaces we walk on are all based on these kinds of

12   studies.

13  BY MR. TEDDER:

14       Q    Now, Dr. Plunkett, the state indicates there have

15  been no experiments done with babies.  In your opinion, what

16  is the best way to do comparable experimentation?

17       A    Try to determine as best we can the structural

18  properties of the human infant and those kind of studies are

19  being done.  Unfortunately, it's usually with cadavers of

20  people whose baby has died.  Some of those studies have been

21  done, but they've been done on dead infants.

22            In Pennsylvania, for example, the next best way is

23  to use animal models to determine those failure

24  characteristics.  There have been a few animal studies that

25  have been done, not many.  There was one done, for example,

1324

1   on baby rats trying to replicate the shaken baby syndrome.

2   The author of that study, who was working under a contract

3   for a pharmaceutical firm, was not able to do it, could not

4   cause what is called the shaken baby syndrome at all under

5   any circumstances with those rats.  It was published in the

6   Journal of Neuro Trauma, which is a peer review journal, I

7   believe in either 1999 or 2000.

8           But that's what we need to do.  We need to develop

9   models as best we can, then test them and validate them,

10  validate the models based on more experimentation.

11      Q    Now I believe you indicated during

12  cross-examination that a short fall can cause death.

13      A    Yes.

14      Q    How is that?

15      A    Well, a short fall is going to have a contact time

16  of approximately five or ten thousandths of a second.  By

17  contact time, I mean the time over which your head goes from

18  a certain impact velocity, say 15 feet per second, which is

19  what it would be in about a 3-foot fall, down to zero.

20          So you have a very very short contact time.  You

21  have a relatively large -- and 15 feet per second is

22  relatively large.  It's ten miles an hour.  That's what I

23  can do a 100-yard dash in if I do it in 20 seconds.

24          So imagine doing a 100-yard dash at ten miles an

25  hour and having a brick wall at the end of it and running

Stacey K. Bryant, RPR
Judicial Court Reporter

000986

1325

1    into it.   That type of a very simple impact can generate a

2    force and acceleration well in excess of 100 times

3    deceleration of gravity and can kill you and does kill you.

4            Not so often in Florida because you don't have

5    much ice, but we see slips and falls in Minnesota in the

6    wintertime where somebody slips and falls, hits the back of

7    his or her head and dies.  It can happen.

8        Q    You indicated during cross-examination the autopsy

9    of the eyes would be different or the appearance of the eyes

10   at autopsy would be different than the way Robbie's eyes

11   appeared on admission to the hospital.

12       A    Well, certainly.

13       Q    In what ways, Doctor?

14       A    Well, I mean, the whole thing, the appearance of

15   everything in Robbie's autopsy is different from what it

16   would have been in terms of the brain, different from what

17   it was when he was admitted to the hospital.  I mean, it's

18   clear from the neuropathology report that Dr. Nelson is

19   describing a brain that has been on a respirator for eight

20   days, not one day, eight days.

21           The brain is dead.  Its been -- It's decomposing.

22   The eyes are dead.  There continues to be bleeding in those

23   eyes because of hypoxia because the brain is dead.  The

24   veins can't empty correctly.

25       Q    Now the state attorney also cross-examined you

Stacey K. Bryant, RPR
Judicial Court Reporter

000987

1326

1   regarding your testimony at deposition regarding

2   Mr. Herlihy's statement that Robbie was trapped between the

3   bed and the rail, the footboard of the bed.  And they asked

4   you the question, "The injury that you see in Robbie's

5   brain, is it your opinion that it is the result of having

6   been trapped between the bed?"  Answer, "No, no."  Question,

7   "Rail and mattress?"  Answer, "No, it's not, no."  You

8   attempted to follow-up on that response and the state didn't

9   allow you to do that as to what you meant.

10          When she questioned you about being trapped

11  between the bed and the mattress and you were indicating

12  that the injury to his brain was not as a result of being

13  trapped, what did you mean by that?

14      A    Could I refer to the transcript so I can just

15  simply continue to read that paragraph to finish the

16  paragraph to put it into the context in which it was given?

17      Q    Yes, sir.

18          MS. SINGER:  I'm going to lodge an objection to

19          that form of testimony, your Honor.  He did finish the

20          question and answer that I read.  If he needs to

21          refresh his recollection in order to expand, that's

22          fine.  But to read from the deposition I think would be

23          improper.

24          THE COURT:  The objection as phrased is sustained.

25          Doctor, you can use the deposition to refresh your

Stacey K. Bryant, RPR
Judicial Court Reporter

000988

1327

```
 1        recollection and then you can explain your previous

 2        answer.

 3                THE WITNESS:  Okay.

 4   BY MR. TEDDER:

 5        Q    Explain to the jury.

 6        A    My statement regarding injury referred to the

 7   initial injury, the initial subdural hematoma.  My statement

 8   was that the initial subdural hematoma was not caused by

 9   being trapped in that bed.  Being trapped between the rail

10   and the mattress may have aggravated a pre-existing brain

11   injury, a subdural hematoma, causing it to become

12   symptomatic.  But the trapping itself did not cause the

13   initial injury.

14                MR. TEDDER:  Thank you.  Your Honor, I have no

15        further questions.

16                THE COURT:  Ms. Singer, do you have any recross?

17                MR. GROLAND:  Your Honor, excuse me.

18                MR. TEDDER:  Oh, I'm sorry.  I would ask a chance

19        to talk to Mr. Groland, please.  I'm sorry.

20                (Brief pause.)

21   BY MR. TEDDER:

22        Q    Dr. Plunkett, regarding the cortical venous

23   thrombosis, could it have been a primary event in this case?

24        A    Yes, it could have been.

25        Q    How?
```



1      A    Well, Robbie could have had cortical venous

2   thrombosis as the cause of what was apparently an acute and

3   chronic subdural hematoma.  It is very very difficult

4   radiographically to distinguish those many times and

5   unfortunately Robbie's on a respirator for eight days.

6           So when you're looking at cortical venous

7   thrombosis in the autopsy photographs, which he has, you

8   just don't know if it's a primary event or not.  I don't

9   think that it is.  I don't think that it is.  I think it's

10  due to the fact that he's on a respirator, but I don't know

11  that for sure.

12           MR. TEDDER:  Thank you.  No further questions.

13           MS. SINGER:  I understand, your Honor, that my

14      recross is only as to the letter and the report; is

15      that correct?

16           THE COURT:  Correct.

17                   RECROSS-EXAMINATION

18  BY MS. SINGER:

19      Q    Dr. Plunkett, I only have one question then

20  because I cannot ask any other questions except on the new

21  matter.  I don't know if you need to have the new matter in

22  front of you.  I see you're gathering it up.

23      A    Probably not.

24      Q    As to your comment that the report was generated

25  on August 10th, 2000 and that the weight, the typographical

Src
1369

*Dr. Ronald Uscinski*
*Chronic Subdural Hematoma*

IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY

CASE NO: 01-2000-CF-2753-A

TRANSCRIPT ON APPEAL
VOLUME XI
(Pages 1369 - 1503)

STATE OF FLORIDA

*Volume XIV*
*1002-4788*

vs.

BRIAN PATRICK HERLIHY,

        Defendant.

_____/

**Proceedings:**        Jury trial

**Before:**        The Honorable Martha Ann Lott
        Circuit Judge

**Date:**        September 18, 2002

**Time:**        9:00 a.m.

**Place:**        Courtroom 4-A
        Alachua County Courthouse
        Gainesville, Florida

**Reporter:**        Stacey K. Bryant, RPR
        Judicial Court Reporter

03 MAY -1 PM 1:19
CLERK OF CIRCUIT COURT
& COUNTY COURT
ALACHUA COUNTY FL

**APPEARANCES:**

    Jeanne Singer, Assistant State Attorney
    Stephen Pennypacker, Assistant State Attorney
    120 W. University Avenue
    Gainesville, Florida 32608
      Appearing on behalf of the State of Florida

    Gordon Groland, Esquire
    John Tedder, Esquire
    Post Office Box 2848
    Gainesville, Florida 32602
      Attorneys for defendant

1370

1    INDEX TO PROCEEDINGS

2

3    PRELIMINARY MOTIONS: ........................... 1371

4

5    STATE'S CASE:

6

7                    DR. RONALD USCINSKI;

8    DIRECT EXAMINATION BY TEDDER: ................... 1389

9

10

11

12

13                    INDEX TO EXHIBITS

14

15   DEFENSE EXHBIIT NO. 4.......MARKED IN EVIDENCE.... 1394

16

17

18

19

20

21

22

23

24

25

Stacey K. Bryant, RPR
Judicial Court Reporter

1    his travel plans.

2          Mr. Tedder, you may go ahead and call your

3    witness.

4          MR. TEDDER:  Thank you, your Honor.

5          May it please the Court?  Defense would call

6    Dr. Ronald Uscinski.

7                DR. RONALD HENRY USCINSKI,

8    having been produced and first duly sworn, testified as

9    follows:

10                    DIRECT EXAMINATION

11   BY MR. TEDDER:

12        Q     Good morning, Dr. Uscinski.

13        A     Good morning.

14        Q     Would you please tell the jury your name, sir?

15        A     Yes.  My name is Ronald Henry Uscinski,

16   U-S-C-I-N --

17          THE COURT:  Would you mind spelling it?  You're

18   going to anyway.  If you'll spell your last name for

19   the court reporter.  Thank you.

20          THE WITNESS:  S-K-I.

21   BY MR. TEDDER:

22        Q     U-S-C-I-N-S-K-I.

23          Dr. Uscinski, where do you live?

24        A     I live in Virginia.  I live in Great Falls,

25   Virginia.

1390

1     Q    What do you -- How are you employed?

2     A    I'm self-employed.

3     Q    Self-employed.  What do you do, Doctor?

4     A    I'm a physician.

5     Q    Do you have any area of specialty?

6     A    Yes, I do.

7     Q    And what is that?

8     A    I'm a neurosurgeon, clinical neurosurgeon.

9     Q    Tell the jury where you went to undergraduate

10  school, please, sir?

11     A   Sure.  I graduated from North Babylon High School

12  in Long Island, New York, 1960.  Entered Fordham University

13  in 1960 to 1964 and was awarded a B.S.

14          1964 to 1968 I attended Georgetown University

15  Medical School and received an M.D. in 1968.

16          From 1968 to middle of 1969 I interned at the

17  Bronx Municipal Hospital Center, which is part of the Albert

18  Einstein University College of Medicine in New York.

19          From 1969 to 1971 I was a medical officer in the

20  United States Navy.

21          From 1971 through 1975 I was a resident in

22  neurosurgery at Georgetown University and affiliated

23  hospitals.

24          From 1975 till the end of 1976 I was a research

25  associate and consultant to neurosurgery at the National

1   Institute of Health, it's what was called the National

2   Institute of Neurologic and Communicative Disease and

3   Stroke.

4          And from 1977 on, until this date, I've been in

5   the practice of neurosurgery.

6       Q    Currently you still continue to practice

7   neurosurgery?

8       A    Yes, indeed.

9       Q    And have you ever had any articles that you've

10  written published?

11      A    Yes.

12      Q    Okay.  Can you tell us just briefly what kind of

13  articles you've had published?

14      A    Yes, they're very few.  I coauthored some articles

15  way back in the '80s about a phenomenon called

16  periventricular leukomalacia, P-E-R-I-V-E-N-T-R-I-C-U-L-A-R

17  L-E-U-K-O-M-A-L-A-C-I-A, which is a dysfunction of the

18  nervous system that affects neonates.

19          And I recently published, not exactly an article,

20  but a letter to the Editor for Debate in the British Journal

21  of Neurosurgery regarding the shaken baby syndrome.

22      Q    Now, you're licensed to practice medicine where,

23  sir?

24      A    Currently licensed in Washington, D.C., Maryland,

25  and Virginia.

 

1392

1    Q    Are you board certified?

2    A    Yes.

3    Q    In what area?

4    A    In neurosurgery.

5    Q    Now, as part of your professional experience in

6    your residency, practice, or any of your training for

7    medicine, did you ever receive training in neurology?

8    A    Neurology?

9    Q    Yes, sir.

10    A    Yes.  It wasn't formal training, but that's an

11    integral part of the training in neurosurgery and the

12    practice of neurosurgery.

13    Q    Do you keep yourself familiar with various

14    neurological articles?

15    A    Mainly neurosurgical articles.  There's lots and

16    lots of literature out there and the majority of my readings

17    nowadays are articles that are directly pertinent to

18    neurosurgery, as opposed to neurology, but I occasionally

19    look at articles in neurology also.

20    Q    And you have training in radiology, reading CAT

21    scans?

22    A    Same thing, same thing.

23    Q    How often do you read CAT scans?

24    A    Daily.

25    Q    Daily.  Okay.  And why do you read CAT scans?

1   A   Well, as part of it being, part of being a

2   neurosurgeon involves understanding the anatomy of the

3   structure you're going to be dealing with in a very direct

4   fashion, operating on it, and its physiology, how it's

5   working.

6        The discipline of radiology affords the surgeon

7   the opportunity to enhance his or her awareness of the

8   anatomy and physiology of the individual he's treating.  And

9   the central nervous system itself is unique, because it's

10  the only organ system involving bone.  So you can't actually

11  look at it.

12       What we try to do is image it and understand what

13  those images are doing in real life, and how what those

14  images are doing are affecting that particular individual.

15  So radiology is an integral part of the practice of

16  neurosurgery.

17  Q   Have you ever testified as an expert?

18  A   Yes.

19  Q   Can you tell us how many times?

20  A   In my entire career in court probably less than

21  50.

22       MR. TEDDER:  Your Honor, I would like to tender

23  Dr. Uscinski as an expert in the area of neurosurgery.

24       THE COURT:  Any objection?

25       MR. PENNYPACKER:  No objection, your Honor.

1394

```
 1              THE COURT:  Dr. Uscinski will be allowed to give
 2      his opinion testimony in the area of neurosurgery.
 3              MR. TEDDER:  Your Honor, may I approach the
 4      witness?
 5              THE COURT:  Yes.
 6  BY MR. TEDDER:
 7         Q    Dr. Uscinski, what is that that I just handed to
 8  you?
 9         A    That is a copy of my CV and it's not a current
10  one, but it's a copy of my CV.
11         Q    How old is it?
12         A    It's as of February of last year.
13         Q    Okay.  Is it accurate?
14         A    2001 it is.
15         Q    Is it accurate other than the fact it's not
16  completely up to date?
17         A    Yes.
18              MR. TEDDER:  Your Honor, I would like to offer --
19      have that marked and offered into evidence.
20              MR. PENNYPACKER:  No objection.
21              THE COURT:  It will be admitted as number?
22              THE CLERK:  That's 4, your Honor.
23              THE COURT:  4 in evidence for the defense.
24              (Defense Exhibit No. 4 was received in evidence.)
25  BY MR. TEDDER:
```

Stacey K. Bryant, RPR
Judicial Court Reporter

1    Q    Now, Dr. Uscinski, did coming down here to testify

2  affect your practice in any way?

3    A    Yes.

4    Q    How does it affect your practice?

5    A    I have four operations to do before the week is

6  out.

7    Q    Four operations to do?

8    A    Two tomorrow and two Friday.

9    Q    All right.  And how much do you charge to come and

10  testify in this case?

11    A    My fee for testifying out of state is $10,000 a

12  day.

13    Q    And is that because of your interruption to your

14  practice?

15    A    Yes.  Yes, I have to reschedule things.  I have to

16  trade off emergency calls with other physicians -- you

17  accumulate a load when you're out of town that way --

18  reschedule the patients, lose patients who are coming in to

19  see you for surgery if it's on those times, yes.

20    Q    Are you on call at various hospitals in the

21  Washington, D.C. area?

22    A    Yes.

23    Q    Emergency rooms?

24    A    Yes.

25    Q    And do you get called out in the middle of the

1    night for emergencies?

2         A    Not as much as I used to, but yes.

3         Q    Dr. Uscinski, do you think it's important to keep

4    an open mind as a doctor?

5         A    It's important to keep an open mind as a human

6    being.

7         Q    Do you look for new developments in medicine?

8         A    Yes.

9         Q    Do you know of any medical beliefs that were once

10   held to be true that are no longer held to be true?

11        A    True, yes.

12        Q    Can you give the jury an example of one?

13        A    Taking out tonsils in children.  That was done

14   universally in the '40s and '50s.  I had it done myself.

15   And you don't see very much of it anymore.  It's falling out

16   of favor.  It turns out the reasons for taking out tonsils

17   weren't really valid reasons.  They were afraid that the

18   tonsils would obstruct the airway and they don't actually do

19   that.

20        Q    I was going to ask you why tonsils used to be

21   taken out, you're saying because of what reason now?

22        A    Well, there were several reasons.  One of them was

23   if they got very enlarged they would obstruct the child's

24   airway.  They were called kissing tonsils.  That really

25   isn't the case.  Your tonsils are basically lymph glands and

1   if you get an infection in your arm sometimes you feel those

2   little lymph nodes underneath your armpits, or if you get a

3   scalp infection, you can feel them behind your head.  Lymph

4   glands are one of the things that we use to detect breast

5   and lung cancer.  That's when they get infiltrated with

6   tumor tissue, those being inflamed or infected, and the

7   lymphatic system is one of the body's mechanisms for

8   fighting off infection.

9          Little kids get a lot of sore throats.  When they

10  do, the tonsils get inflamed.  It turns out the tonsils are

11  fighting off the infection.  The fact that they're getting

12  enlarged is not necessarily a bad thing.  By taking away the

13  tonsils we're depriving the body of one of its immune

14  responses, and so we don't do it anymore.  That's one of the

15  arguments that we will use; little kids get lots of

16  infections, we got to take out the tonsils.  That has

17  nothing to do with getting infection.  They're actually

18  helping in this fighting off the infection.  Secondarily,

19  tonsils getting large you say, gee, they're gonna obstruct

20  the airway.  Well, they don't obstruct the airway.  You

21  breathe behind your tonsils.  So, those two reasons turned

22  out to be not very good reasons, so it's not done so much

23  anymore.

24      Q   About how long did it take for medicine to realize

25  it's not a good idea to take out tonsils?

Stacey K. Bryant, RPR
Judicial Court Reporter



1398

```
 1        A    A few decades.  It's still done occasionally,

 2   usually for very good reasons, for instance if you get an

 3   abscess in the tonsils you may have to drain the abscess.

 4   It's called peritonsil abscess.  But, as far as taking out

 5   tonsils, we don't see very much of that anymore, I would say

 6   for over 30 years now.

 7        Q    Okay.  Dr. Uscinski, are you aware of various

 8   tests that a neurologist might do to test motor tract injury

 9   to a person?

10        A    Sure, you do the same things.

11        Q    Tell the jury is one of those known as the

12   Babinski response?

13        A    Yes.

14        Q    Explain to the jury what that is?

15        A    Sure.  Felix Babinski was a 19th Century anatomist

16   and neurologist and basically when you're examining somebody

17   with respect to how their nervous system is working, one of

18   the things you do is basically testing out electrical

19   circuits.  You tap on a knee, you get a response.  You shine

20   the lights in the eye, you get a pupilar response.  You talk

21   to somebody, they answer you.  That tells you about how the

22   nervous system is working.

23            What Professor Babinski noticed is that if you

24   stroke the sole of someone's foot, an adult, the soles curl

25   downward and the foot flexes forward a little bit in the
```



1    norm.  In the abnormal, you get almost the opposite

2    response, the foot pulls -- instead of going downward, the

3    foot pulls upward, the toes fan apart and the first toe

4    comes upward.  And that's called an extensive Babinski

5    response.  And in an adult that's a pathologic response,

6    it's an abnormal response.

7            In an infant, before they walk, it's a normal

8    response and there are reasons for that.  The Babinski

9    response is a non-specific response on the part of the

10   nervous system to a stimulus.  That part of the nervous

11   system is operating in infants before they walk.  As the

12   child develops the ability to walk, meaning stands up,

13   starts taking steps, the area that's responsible for that

14   response becomes suppressed and superseded by a higher area

15   of cortical function.  That's the area that's responsible

16   for the child being able to walk.  So the Babinski response

17   changes from an extensor response in the infant, the neonate

18   to a flexor response in the toddler or a child who's getting

19   up and walking.

20       Q    Now, you're aware that Robbie Quirello in this

21   case was four-and-a-half-months old when he passed away?

22       A    Yes.

23       Q    And that Babinski test was done on Robbie when he

24   was in the hospital?

25       A    Yes.

1400

1    Q    Are you aware of what the results were of that

2  examination?

3    A    Yes.

4    Q    Tell the jury what they were and what your opinion

5  is on this.

6    A    Sure.  The Babinski response was an extensor

7  response, which is exactly what you would expect to see in a

8  four month old.  It's a normal response.

9    Q    So the baby's toe extended upward?

10    A    Yes, that doesn't mean there was nothing wrong

11  with the baby, but what it does mean is that's the exact

12  response you would expect to find in a four month old who is

13  perfectly normal and healthy.

14    Q    What time did you expect that response to change

15  in the child?  What's their response, is that what you said?

16  That's where somebody strokes the bottom of your foot and

17  you kind of turn your toe downward?

18    A    Right.

19    Q    Is that like a reaction to tickling?

20    A    Uh-huh.

21    Q    What rough age would you expect the child to

22  develop that?

23    A    Well, you're exactly right in your question, rough

24  age.  There is an age frame and it may vary from child to

25  child.  The point is, that when the Babinski response in an

1   individual child becomes a flexor response when the child is

2   up and walking independently, because that means that that

3   part of the nervous system has now developed enough so that

4   it can suppress the pathological response.

5       Q    If you would, please, describe cranial caudal

6   development for the jury, please.

7       A    Sure.  Cranial caudal development, the concept of

8   the cranial caudal development is a device that's used as a

9   teaching aid for people to understand how the nervous system

10  develops in infants.  And cranial caudal development refers

11  to what we see.  In a young baby, a young baby a few weeks

12  old, you really don't see very much because they're not

13  using their cerebrums.  They're using a part of the brain

14  called the brain stem, which is a very primitive part of the

15  brain.  When they turn their head around, their eyes may

16  move conjointly.  They may have some facial expressions.

17  Their arms flail all over the place.  Anybody that's had

18  children can see that.  That's not the cerebral cortex, of

19  course, those are lower structures.

20          The next thing you start to see is the baby starts

21  to focus, maybe follow a light with its eyes.  And that

22  happens usually several weeks after the baby is born.  Then

23  you'll see the baby start trying to turn his head and follow

24  a light.  You know, what's happening is the neck muscles are

25  becoming integrated with the muscles that allow you to

1    track.  The baby will start picking its head up and trying

2    to look around, and that occurs anywhere from around two,

3    three to five months, let's say.  Then you see them starting

4    to try to sit up a little bit, and they start getting

5    control over their upper extremities, and they can balance

6    themselves a little bit.  Then you start seeing them to

7    develop more fine motor movements with their hands.  They

8    can try to pick things up, fine objects, small objects off

9    the floor instead of using -- a little baby, when he tries

10   to pick something up first will use his fingers to grab

11   something up.  Later on they develop what's called an

12   opposable thumb, which usually happens somewhere after five

13   to seven months.  When they're able to oppose their thumb,

14   they develop what's called prehension and they pick

15   something up this way.  You don't see little babies use

16   their hands like this, but, you see, three to four or five

17   months old.  They may try to grab something, they will grab

18   it with their finger.  Later on when they can oppose their

19   thumb, that's when they become like little human beings.

20            Then after that they develop more truncal

21   stability, so they can try to pull themselves up into a

22   standing position.  Then they try to walk.  And finally the

23   last, but not least, which occurs later on, develop control

24   over their bowels and bladders because that's actually the

25   lowest part of the spinal cord.  When you develop, you

Stacey K. Bryant, RPR
Judicial Court Reporter

001006

 

1   develop from the top of the spinal cord on down.  That's why

2   it takes kids longest to get toilet trained.  This has

3   nothing to do with thinking, and learning, and articulating.

4   That's why the cortical function is also a process of

5   learning, and integration.  The neurons are there, but

6   they're not -- they're there and they're active, but they

7   haven't necessarily absorbed all the information.  I'm

8   talking here about learning, speech, communication, et

9   cetera.

10       Q    Doctor, are you also aware that a cortical thumb

11   test was done?

12       A    Yes.

13       Q    And what is that designed to measure?

14       A    Actually, it's what I just described.  The

15   cortical thumb is the thumb that does not have what's called

16   prehension.  Prehension is one of the things that

17   distinguishes us from other primates.  We can take our thumb

18   and oppose it.  That's what allows us to pick up a hammer,

19   write with a pen, play the piano, and shoot a gun.  It's one

20   of the factors that distinguishes us as human beings, and

21   you don't start seeing the cortical thumb until somewhere

22   between six and eight months of age at the time the baby

23   starts being able to pick up small objects.

24       Q    So would it have been unusual for a

25   four-and-a-half-month-old baby to not have a cortical thumb?

1       A    No, it would be usual.  What happens is that a

2   child -- when a little baby makes a fist before they have a

3   cortical thumb, the thumb goes into the fingers like this.

4   And again, if you look at little kids, and we've probably

5   all looked at little kids and I've said this, you can see

6   this.  When they start using their hands for prehension,

7   that's when you start seeing the thumb come out.

8         Actually, there's a movie 2001 that came out in

9   the 1960's, and there's a very telling scene -- I don't know

10  if you've seen it -- but it's got a bunch of apes --

11        MR. PENNYPACKER:  Your Honor, I would object to

12       the relevance of this I would really like to get on to

13       Robbie at some point if we can.

14        THE COURT:  Objection sustained.

15  BY MR. TEDDER:

16      Q    Just for the record you indicated when you said

17  the cortical thumb, you were wrapping your other fingers

18  around your thumb, correct?

19      A    Yes.

20      Q    Now, was there ever -- Let me ask you this:  Would

21  you agree or can a child suffer a subdural, an injury that

22  would cause a subdural hematoma during childbirth?

23      A    Sure.

24      Q    And if that happens, would you expect it to always

25  be immediately detected?

1     A     No.

2     Q     When, if ever, could it be detected?

3     A     You may never detect it.  You might not detect it

4  for several days, several weeks, several months, or never.

5     Q     Are you aware of the birth that Robbie Quirello

6  had in this case?

7     A     I'm sorry?

8     Q     Were you aware of what kind of childbirth Robbie

9  Quirello had in this case?

10     A     From what I understand of the medical records,

11  yes, it was a difficult childbirth.

12     Q     Now, were you aware of the Apgar scores that were

13  given to Robbie on his birth?

14     A     Yes.

15     Q     What do the Apgar scores mean to you?

16     A     They're a rough index of the ability of a baby to

17  sustain it's vital functions, blood pressure, pulse,

18  respiration, and respond in a baby's way, which is a

19  primitive way, but a way appropriate for a baby to exist in

20  the environment.  It does not tell you that the baby is

21  entirely healthy or whole.  It just tells you the baby is

22  functioning at a certain level.

23     Q     I believe Robbie was born with first zero Apgar

24  score as to his color, what would that mean to you?

25     A     It would mean that he was not exchanging air

1   adequately enough to oxygenate his blood.

2       Q    And I believe he had a one score after five

3   minutes, what would that mean?

4       A    I'm sorry?

5       Q    He had a one score after five minutes; what would

6   that mean?

7       A    It means he was getting better at it.

8       Q    Are there any neurological signs that you might

9   expect to see if a child had suffered an injury that caused

10  a subdural hematoma at birth?

11      A    You might not see anything at all.  Number one,

12  you might see a patient, you might see a child with a

13  subdural after a perfectly normal birth.  Number two, if a

14  child has a subdural, it might not be detected.

15      Q    The fact that -- were you aware that Robbie

16  Quirello had weak neck muscles?

17          MR. PENNYPACKER:  I would object to the leading

18          nature of the question.

19          THE COURT:  Overruled.

20          THE WITNESS:  By definition all babies have weak

21          neck muscles for two reasons.  It isn't just that

22          they're not developed.  It's that they're not getting

23          signals from the brain to do what they're supposed to

24          do.  That's part of the cranial caudal development.

25          That's why little babies can't get their heads up, or

1    part of it.

2   BY MR. TEDDER:

3        Q    I'm sorry?

4        A    Or part of it.

5        Q    Now you've had an opportunity to review the

6   records in this case, Robbie Quirello's medical records?

7        A    Yes.

8        Q    You're aware of the state's theory of what

9   happened to Robbie Quirello?

10       A    I believe so.

11       Q    Tell the jury what you believe happened to Robbie

12  Quirello based upon your review of the medical records?

13       A    I believe that this, Robbie Quirello, this little

14  baby had a chronic subdural hematoma.  It was undetected.

15  It was bleeding.  It re-bled and he obstructed his airway by

16  one of several mechanisms:  One, he vomited and when he

17  vomited, some of the vomit was lodged in his airway and

18  closed it off; two, the bleeding from the subdural hematoma

19  irritates the surface of the brain.  He had a seizure and

20  wasn't breathing.  And he either vomited after he had a

21  seizure, or vomited and had a seizure.  But in either event,

22  the end point was his airway became obstructed.  When his

23  airway became obstructed, his brain was deprived of oxygen.

24  The brain has an absolute metabolic requirement for oxygen,

25  it's a tracheal environ.  When you deprive the brain of

1    oxygen for four minutes, it starts to die.

2        Q    Are you aware of the theory known as shaken baby

3    syndrome?

4        A    Hypothesis, yes.

5        Q    Are you aware of any scientific studies that

6    support it?

7        A    That support it?  Scientific studies?

8        Q    Yes, sir?

9        A    No.

10       Q    Are you aware of any articles regarding it written

11   by Dr. Caffee?

12       A    Caffee, yes.

13       Q    And are you aware of any articles written about it

14   by a Dr. Gutgeltsch.

15       A    Gutgeltsch.

16       Q    Are you aware of articles written by him?

17       A    Yes.

18       Q    What can you tell the jury about those two

19   articles?

20       A    Actually Caffee wrote several articles about it

21   and Gutgeltsch wrote one, what he considered to be a major

22   article.  And they proposed shaking as a hypothesis and

23   nothing more than a hypothesis to explain previously

24   unexplained head injuries in children.  And they based that

25   hypothesis on some experimental work that was done by

1409

1   another neurosurgeon in which this particular neurosurgeon,

2   the other neurosurgeon, demonstrated that intracranial

3   injuries could be caused by whiplash injuries in animals,

4   adult animals, without the head impacting anything.  In

5   other words, without the head banging against anything.

6           The idea at the time, and very much today also, is

7   that you have to have an impact to get a brain injury, or --

8   and I'm gonna differentiate between a brain injury and what

9   I'm about to say -- a subdural hematoma.  It might be

10  appropriate to explain what a subdural hematoma is.

11       Q    Please do.

12       A    Okay.  This is not a diversion.  You need to know

13  this.  As I said earlier, the central nervous system is

14  unique because it's the only organ system that's completely

15  surrounded by bone and it is.  The brain is surrounded by

16  bone.  There are little openings in the skull that allow

17  various structures to get in and get out.  For instance, the

18  eyes, the optic nerves you see with, your spinal cord that

19  connects up with the brain.  And there are also structures

20  that allow blood vessels to get in and get out.

21          The very important concept here is that the brain

22  is a biological tissue, is living tissue, and, as living

23  tissue, it has to have sustenance, and it has to have three

24  kinds of sustenance -- actually, two kinds of sustenance,

25  and then something else.  The two kinds of sustenance it has



1   to have are that which is necessary for it to metabolize, to

2   work, to do what it does.  It needs glucose; and it needs

3   oxygen.  You're diabetic and your blood sugar goes all the

4   way down, you go into a coma, that's what happens when your

5   brain doesn't get glucose.  If your brain is deprived of the

6   oxygen, you start to die, that's the critical thing.

7          Now, how does the brain get -- and the third

8   thing, by the way, are the nutrients that the brain needs to

9   build itself, the various proteins, and lipids, et cetera,

10  that it needs to synthesize its chemicals.

11         So how does the brain get oxygen and glucose?  It

12  gets it through the circulatory system.  You've got to have

13  blood circulating to the brain and since it's in a closed

14  space, the blood also has to get out.  So you have to have

15  blood vessels supplying the brain, they're called arteries;

16  and you have to have blood vessels draining the brain,

17  called veins.  They all get into and out of the skull.

18         Blood itself belongs inside blood vessels.  It's a

19  carrier mechanism.  It's a transport mechanism, but its

20  effectiveness is true only if it stays inside blood vessels.

21  Once blood gets out of the blood vessels, it's not carrying

22  anything anymore, and there are certain elements in the

23  blood that are actually injurious or can be injurious to the

24  brain.  So the point is blood belongs inside blood vessels.

25         Okay.  We need to concern ourselves now with how

1   the blood gets in; and, more importantly, how it gets out.

2   There are three coverings around the brain.  You may or may

3   not have heard this before.  It's worth reiterating.  The

4   first one is a very tough, leathery, gray structure called

5   the dura mater, D-U-R-A M-A-T-E-R, and that is the outermost

6   covering and that covering is immediately inside the skull.

7   It is intimately attached to the skull.  And the dura mater

8   itself is also living tissue.  All the tissues we're going

9   to talk about are living tissues, which mean they have a

10  blood supply.

11          There is a space between the dura and the inside

12  of the skull, but it's not an actual space, it's a potential

13  space.  If you put something in there and you separate the

14  dura from the inside of the skull, you have now made an

15  actual space.  And we refer to that as the epidural space.

16  You have two pieces of bread together, you got something in

17  between them, you have a potential space.  You separate them

18  and you put peanut butter and jelly in there, and you've got

19  peanut butter and jelly in the epidural space.

20          The second layer is called the arachnoid,

21  A-R-A-C-H-N-O-I-D, and the reason it's called the arachnoid,

22  is there are filaments inside this layer that look like

23  strands of a spider's web, thus the word "arachnoid."  The

24  second layer, the arachnoid layer, is not thick and gray

25  looking, it's actually very thin.  It's completely, just

1412

1    about completely transparent in normal people, and it looks

2    very much like a very thin Saran wrap.

3            The space between the dura and the arachnoid is

4    called the subdural space, and it also is a potential space.

5    We're gonna come back to that space in a few seconds.

6            The space beneath the arachnoid is an actual

7    space.  On the other side of that space is the third layer,

8    called the pia mater, P-I-A  M-A-T-E-R, and that's actually

9    the outer layer of the brain.

10            The space between the dura matter and the pia

11   matter is an actual space and it is filled with a clear

12   watery fluid called cerebrospinal fluid, C-E-R-E-B-R-O-

13   S-P-I-N-A-L, fluid.  Now, cerebrospinal fluid looks exactly

14   like water, because it basically is water.  But it's got --

15   plus it's got a little bit of protein in it and it's got

16   some electrolytes, sodium, potassium, fluorides, chlorine.

17   Anyway, cerebrospinal fluid is manufactured by the brain

18   inside cavities in the brain called ventricles.  There are

19   four of them.  They all communicate with one another.  It

20   gets out through little openings around the base of the

21   brain, it percolates down the spinal canal, comes back up,

22   passively up the spinal canal, and passes through a series

23   of compartments called cisterns, wells, around the surface

24   of the brain, and the cerebral hemispheres, and eventually

25   is absorbed by structures called granulations and up around

1  the vertex of the skull, on either side of the midline.  And

2  cerebrospinal fluid is made and absorbed, it's a dynamic, a

3  dynamic process.  And the brain literally is floating in and

4  buffered by cerebrospinal fluid, so it's a protection.

5          So those are the three layers.

6          I -- let me continue a little bit here.  The blood

7  vessels that supply the brain are four in number.  They all

8  get up through the neck.  There are two in the front, two in

9  the back.  The two in the front are carotid arteries, the

10  two in the back go through the bones in the neck and are

11  called vertebral arteries.  They pass through the base of

12  the skull and they all cross-connect with each other.  And

13  those cross-connects, which is an anatomical circle -- and

14  which we don't need to know the name of it now -- from those

15  cross connects arise the blood vessels that eventually

16  nourish the brain itself.  They nourish, these blood vessels

17  nourish the cerebral hemisphere, the cerebellum, the brain

18  stem, all the structures.  If these blood vessels are

19  plugged up, that part of the brain starts to die.  You call

20  that a stroke.

21          Now, we've traced in the arterial side.  The blood

22  vessels get smaller, and smaller, and smaller, blood flowing

23  through them until they get to single celled, single wall,

24  tiny structures called capillaries and that's where the

25  exchange takes place, the oxygen, nutrients, and taking on



1  of the carbon dioxide, and waste material.  Then the blood

2  passes through progressively larger venous structures,

3  veins.  These veins coalesce, larger, larger, larger, and

4  eventually get up to the surface of the brain and leave the

5  brain and pass back through the pia, the arachnoid, the dura

6  and drain into major venous channels called sinuses,

7  S-I-N-U-S-E-S, which are several in number and which are

8  anatomically distinct and well documented.  The major one

9  that we know of is, for today is called the sagittal sinus

10  and it starts just in front of your, between your eyes, and

11  goes right smack in the midline in the dura to the back of

12  your head.  That particular sinus drains the majority of the

13  vertebral hemisphere.  There are also sinuses called the

14  transverse sinuses, which are inside the dura again and

15  travel to either side of the brain from the back of your

16  head to just behind your ears and drain into two large

17  draining channels, which eventually wind up in what's called

18  the jugular veins.

19       There are other sinuses, and I want to make a

20  point here, this is distinct from the paranasal sinuses that

21  you think about when you get a cold.  Those sinuses are

22  little openings in your bone, and they're little air

23  cavities in your bone.  That's not the same kind of thing

24  we're talking about.  The sinuses that I'm talking about

25  here are venous structures, they're not air structures.

1    And some of these other sinuses, one in particular

2    called the cavernous sinus, because to the anatomist it

3    looked like a cavern, it's very large, drain some of the

4    anterior parts of the brain, and also the venous drainage

5    from the optic nerves, the central retinal vein goes into

6    the cavernous sinus.

7    Okay.  Now, so you got the arterial and venous

8    system tracked out and you know something about it now.

9    The veins that drain the cerebral hemispheres are

10   anchored at various points.  One of the anchoring points is

11   where they pass through the arachnoid, and another anchoring

12   point is when they pass through the dura.  They actually

13   have some length between the arachnoid and the dura and

14   that's probably left over from when the baby was born,

15   because there's a lot of molding in the skull, and torsion

16   and distortion of the brain.  So there has to be some

17   ability of those veins to withstand that stretching.  It's

18   not a perfect system.  That's how people get subdurals;

19   that's how infants can get subdurals when they're born.

20   But anyway, those two tethering points there are

21   fixed.  If the brain, or those veins, achieve a certain

22   amount of acceleration, they will tear and they tend to tear

23   in the subdural space.  So you get slow seepage of venous

24   structures into the subdural space, and you get a collection

25   of blood.  The medical word for collection of blood is a



1416

1    hematoma, oma is mass, and hemat is blood, it's a mass of

2    blood, and since it's in the subdural space we refer to it

3    as subdural hematoma.  That's how you get hematomas in the

4    subdural space.

5        Q    What sort of problems arise if you have a subdural

6    hematoma?

7        A    The problems that arise have to do with a few

8    factors.  One, the fact that the nervous system is

9    completely surrounded by bone.  If something gets in there

10   and starts taking up space and starts enlarging, it starts

11   moving the brain.  The brain doesn't tolerate being moved

12   very well.  If you move it slowly over a long period of

13   time, it will accommodate.  If it moves rapidly it doesn't

14   accommodate well at all, and what you see clinically is

15   people going into a coma and they become paralyzed.

16           Subdurals tend to occur in two groups of people;

17   the very young and the very old, and for two different

18   reasons.  They occur in the very young because the skull has

19   expansive properties.  The brain about triples its size in

20   the first year of life.  Since the brain is growing, the

21   skull has to accommodate for this, so the skull is capable

22   of growing also.  If you put a mass in there, you can

23   accelerate the growth of the skull to accommodate the mass.

24   So you may not see anything with the child because the size

25   of skull is accommodating the mass, but the head may be too

1417

1    big, or you may see very mild symptoms, or you may see very

2    non-specific symptoms.

3           When you get to older people -- I hate to tell you

4    this but it's the truth -- the skull stays the same size,

5    but your brain gets smaller.  Sorry.  It's the truth.  The

6    brain gets smaller and that leaves a potential space and

7    that potential space allows for those veins to be torn again

8    and you can have blood accumulating again in the subdural

9    space.  Subdural hematomas in older people can actually also

10   achieve quite a large size before it becomes symptomatic,

11   depending upon how much shrinkage there is in the brain.

12   You tend to see subdurals in old people and young people,

13   chronic subdurals that is.

14        Q    Now, if you get blood on the brain, what can that

15   cause?

16        A    Blood on the brain?

17        Q    Yes, sir.

18        A    Well, blood is an irritant.  It belongs in blood

19   vessels, not out of the blood vessels.  And blood on the

20   brain, even though it may be separated by a membrane, the

21   arachnoid, can precipitate seizing.  So blood can cause

22   seizures.

23        Q    If a person has a seizure, can that cause a person

24   to stop breathing?

25        A    Yes.

Stacey K. Bryant, RPR
Judicial Court Reporter

001021

1    Q    How?

2    A    Well, when you're seizing, you're not exchanging

3 air effectively.  And if you're seizing continuously, you're

4 barely exchanging air at all.  You may not be exchanging air

5 at all.

6    Q    And did you review medical records indicating

7 whether or not Robbie had seized?

8    A    Yes.

9    Q    What did you notice from the records?

10    A    Well, he was seizing, and he was being treated for

11 seizures.

12    Q    Did you see anything in the medical records that

13 indicated he was having trouble breathing?

14    A    I'm sorry?

15    Q    Did you see anything in the records that indicated

16 he was having trouble breathing or not breathing?

17    A    Well, yes, I saw things.  I saw things, I saw

18 factors in the medical records that indicate that his brain

19 had been deprived of oxygen, not only that he was having

20 trouble breathing, but his brain had been deprived of

21 oxygen.

22    Q    What did you see in the records that show that?

23    A    When he was found, he had vomitus around his

24 mouth, and when the CT scan was done, you could see findings

25 in the CT scan that indicated that the brain had been

1    rendered anoxic, in other words the brain had not gotten

2    enough oxygen.

3        Q    How could you see that in the CT scan?

4        A    The CT scan is a radiographic procedure and it's

5    something we've already said I review all the time.  There

6    is a differentiation between gray matter of the brain, which

7    is on the cerebral cortex, which is the cell bodies of the

8    neurons, and the white matter of the brain, which are the

9    nerve fibers, the axons.  This goes into what a neuron and

10   an axon is and I'll be glad to show you if you want.

11            But anyway, the cell bodies tend to be

12   concentrated in the cerebral cortex, the cerebral hemisphere

13   that you're aware of.  The cell bodies tend to concentrated

14   on the surface of the cerebral cortex and they have

15   projections called axons, which some go down the spinal cord

16   and have to do with receiving sensation and motor function,

17   and some communicate with other cell bodies in other parts

18   of the cerebral cortex.  The cell bodies look grayer on the

19   scan and -- to the anatomists who dissect the brains -- and

20   the axons themselves, the cables, look whiter.

21            So the cell bodies are referred to as gray matter

22   and the axons are referred to as white matter.  And you can

23   see, you can differentiate gray matter and white matter on

24   the CT scan.  You can see what's referred to as cortical

25   ribbing, which means that you see definite anatomical

1  structures around the surface of the brain that follows the

2  contours of the brain.

3          When a brain has been rendered anoxic, you lose

4  the gray/white differentiation and the brain looks like a

5  homogeneous mass.

6      Q    Can a subdural hematoma begin to bleed again or

7  have new bleeding?

8      A    Can they?

9      Q    Yes.

10     A    Yes, they certainly can, chronic subdurals, yes.

11     Q    Is that part of the healing process?

12     A    It can be, yes, it is part of the healing process.

13     Q    How long would you expect, if a chronic subdural

14  began to have new bleeding, how long would you expect before

15  a symptom might arise, or is there any way to know?

16     A    I would say it would be a relatively short period

17  of time, probably minutes to hours; probably not more than

18  an hour, maybe two --

19     Q    Okay.

20     A    -- at the outside.

21     Q    Now, if -- explain to the jury why re-bleeding or

22  new bleeding is part of the healing process, or explain the

23  healing process of a subdural hematoma, please.

24     A    Sure.  Blood does not belong outside of blood

25  vessels; and when you get a sub -- now, on subdural

1   hematomas, when you get a subdural hematoma, the body begins

2   to initiate a process of getting rid of this blood.  It does

3   not belong in the subdural space.  So, over the first few

4   days, what happens is, the dura itself becomes part of the

5   healing process, and the dura begins to elaborate cells that

6   begin to surround this hematoma, this collection of blood.

7   Now, at about -- the cells start coming in within a few days

8   and what you see under a microscope is you begin to see

9   little cells begin to proliferate on the inside of the dura

10  against -- Here's the dura, here's the hematoma.  You start

11  to get a layer of cells in there.

12          After about two weeks, this layer of cells becomes

13  visible to the naked eye.  You know pathologically at an

14  autopsy when these cells start to proliferate because if

15  you're doing an autopsy on a patient, the blood, if the

16  blood is not attached at all to the dura, it should fall

17  right away from the dura by definition.  It's not, it's not

18  gonna be attached to the dura; it's separate.

19          Once the cells start proliferating and growing

20  around the subdural, the blood becomes a little more

21  adherent to the dura.  But here's the important thing:

22  After about two weeks this covering, or membrane, or

23  neomembrane, which is gray in color, and very vascular,

24  becomes visible to the naked eye.  Between two and four

25  weeks, this membrane begins to surround the subdural

1422

1   hematoma on the inside of the hematoma, the part that's up

2   against the arachnoid, as well as the part on the outside.

3           Now, this membrane is biologically active tissue.

4   Again, it's living tissue and it's there for a reason.  It's

5   got different types of cells in it.  One type of cell is the

6   supporting matrix of the membrane.  It's sort of like a

7   skeleton.  The other type of cell, are cells that are

8   referred to as endothelial cells.  They're little, tiny,

9   thin-walled capillaries.

10          Again, the way the subdural is absorbed is by

11  getting this membrane built, getting in substances that are

12  gonna remove the clot and transporting the waste material

13  away.  And the transportation systems are, is the

14  circulatory system and that's why you need these capillary

15  cells.

16          The third type of cell is an important cell.  The

17  third type of cell that was really discovered back in the

18  '70s and it elaborates an enzyme, elaborates enzymes called

19  fibrinolytic enzymes, F-I-B-R-I-N-O-L-Y-T-I-C.  Now, these

20  enzymes do something that's pretty important.  What they do

21  is they dissolve the blood clot.  Fibrin means a blood clot,

22  lysis means dissolve.  So the clotted material, in other

23  words, the subdural hematoma, and the subdural hematoma is

24  gonna have cells in it, red cells mainly, but some white

25  cells, because you have red and white cells in the blood,

1   and it's gonna have protein, protein matrix of the clot, and

2   have calcium in there, too, which has to do with the

3   clotting mechanism.

4          These cells begin to break down, and the protein

5   begins to break down.  And it's broken down by these

6   fibrinolytic enzymes.  This protein, the long-chain protein

7   molecules are broken up into shorter chains.  The blood

8   cells are broken down into protein molecules, that are

9   broken down into smaller ones, and this whole mess, which

10  starts out looking red, then becomes purple, then becomes

11  brown, and then becomes sort of brownish-yellow, and becomes

12  more and more liquid, is eventually absorbed by the

13  capillaries out.

14         This is a dynamic process and there is a problem

15  associated with these fibrinolytic enzymes.  The problem is

16  that they stop blood from clotting also, and capillaries are

17  very weak-walled structures.  They're only one cell thick,

18  and they tend to bleed.  The one thing you don't want next

19  to a leaking capillary is another cell that makes

20  fibrinolytic enzymes.

21         There was an experiment done in the 1970s, in

22  which a group of people with chronic subdural hematomas --

23  oh, by the way, the chronic subdural hematoma is the one

24  that's been around for weeks and months.  The acute subdural

25  hematoma is the one that just happened.  Now, by definition,

1   this is a little bit of a digression; but it's a very

2   important one.  The acute subdural hematoma is the one that

3   you find immediately.  Why?  Because it's acute.  Why is it

4   acute?  Because it's come to your attention and the patient

5   is very sick.

6           The chronic subdural hematoma is the one that's

7   been around for weeks or months.  Now, that tells you

8   something pretty important.  That tells you that the

9   original injury was missed.  It doesn't mean that the injury

10  was an intentional or non-intentional injury, it means the

11  injury was missed.  And the injury may have been trivial

12  enough to have been overlooked and not recognized with

13  regard to its importance.  I can tell you from personal

14  experience, I've operated on lots of people with chronic

15  subdurals, you're gonna see a video of one in a few minutes

16  where they didn't know where it came from.  They showed up,

17  obviously with a subdural that was several months old, not

18  recalling the original injury.  The chronic subdural

19  hematoma was the acute subdural hematoma once, but one that

20  escaped medical detection.  The reason it escaped medical

21  detection is the injury was not as severe as the person who

22  comes in very ill with an acute subdural.  It's almost a

23  different kind of animal.  That's a very important point,

24  and it's a point that gets missed.

25      Q    All right now.

 

1425

1    Doctor, if you expected that Robbie was not able

2  to breathe, not being properly oxygenated, would you expect

3  to see damage to other organs of his body on autopsy, or

4  through any other means?

5    A    I'm sorry.  Ask the question again.

6    Q    All right.  Because Robbie was not receiving

7  proper oxygen to his brain, would you expect other organs in

8  his body to also be damaged such as the brain was damaged?

9    A    Not at all.

10    Q    Why not?

11    A    Well, think it through.  The brain's a critical

12  organ.  If you're gonna see damage to the brain and other

13  organs, you just ruined the entire transplant industry.

14    Q    What do you mean by that, Doctor?

15    A    The brain dies.  That's why we have brain death,

16  so that you can save the rest of the organs.  The rest of

17  the organs are usually fine.  It's the brain that dies first

18  from lack of oxygen; the other organs can be perfectly okay.

19  That's why we can transport kidneys across the country in 24

20  hours packed in ice.  You can't do that with the brain.  You

21  can't do that with neural tissue.  Neural tissue has an

22  absolute metabolic requirement for oxygen.  Other organs can

23  go for a much longer time without oxygen.

24    Q    So is the brain the only organ that cannot be

25  transplanted from one person to another?

1426

```
 1        A    Not just, not just because of a lack of oxygen,
 2   but, yes, you don't transplant neural tissue that easily.
 3        Q    You can transplant a heart, right?
 4        A    Yes.
 5        Q    And other organs?
 6        A    Yes.  Their metabolic requirements for oxygen,
 7   their metabolic requirements for oxygen are quite different
 8   than the brain's.
 9        Q    How long after a person is brain dead and is not
10   on any sort of respirator, would you expect other organs to
11   begin to not be suitable for transplant?
12        A    I don't know the answer to the question.  I really
13   don't want to know the answer to the question, to be honest
14   with you, because I get called in to see people who are dead
15   and I don't want to rush that sort of stuff.  But I think it
16   varies from --
17            MR. PENNYPACKER:  Your Honor, I think he said he
18        didn't know the answer, so I don't want him to
19        speculate.
20            THE WITNESS:  No, but I --
21            THE COURT:  The objection is sustained.  You need
22        to rephrase the question.
23   BY MR. TEDDER:
24        Q    What do you believe, or what do you know about,
25   what do you know about other organs and when they die?
```

Stacey K. Bryant, RPR
Judicial Court Reporter

1427

1    A    They have -- they have variable time frames

2  through which they're suitable for transplants.  Corneas,

3  for instance, can be taken out after other organs are still

4  used.  Skin, I believe, also can.  Other organs, such as the

5  lungs or the heart, less time.  Liver, I think, also less

6  time.

7         But the brain is the critical one.  That's why we

8  put people on pumps, by the way, when they have cardiac

9  surgery.

10   Q    Have you ever witnessed an autopsy before?

11   A    Yes.

12   Q    Have you ever assisted in an autopsy?

13   A    Yes.

14   Q    Tell the jury what you have done with respect to

15  autopsies.

16   A    Well, I hate to say it, once in awhile one of my

17  patients dies and I want to know what's involved, so I get

18  an autopsy and tell the pathologist:  Look here, this is

19  what I did.  This is what I didn't do.  This is where we

20  need to concentrate, and try to give him some direction.  It

21  helps them.  It helps them.

22   Q    Did you look at the CAT scans that were done on

23  Robbie Quirello in this case?

24   A    Yes, I did.

25   Q    What did you see?

1     A     I saw fresh and old blood in the subdural space.

2     Q     Did you see any blood in the subarachnoid space?

3     A     Possibly.

4     Q     Is there any connection between bleeding in the
5 subdural space and blood appearing in the subarachnoid
6 space?

7     A     True.  Yeah, it's very well known that people
8 harboring chronic subdural hematoma may also have a small
9 amount of blood in the subarachnoid space.

10     Q     Can you explain to the jury why that is?

11     A     Well, it is most likely -- and this is a -- this
12 is an informed opinion -- that once in awhile red cells will
13 get through the arachnoid membrane.  There can also be small
14 tears in the arachnoid membrane that allows a few red cells
15 to escape in there, into the subarachnoid space, the actual
16 space.

17          But there's a characteristic difference between
18 blood in the subarachnoid space and blood in the subdural
19 space.  And that is, blood in the subarachnoid space doesn't
20 clot.  The reason it doesn't clot is that the protein
21 elements that are responsible for clotting are very
22 diffused.  It's real simple to figure it out.  Just take a
23 glass of water.  If you have the courage, prick your finger,
24 let a few drops of blood fall in the water.  What happens to
25 it?  It diffuses.  And if you put enough drops in the water

1   then you see the water is taking on a pinkish tinge.  What

2   happens is that blood is diffusing all through the

3   subarachnoid space.  So, you don't see clotted blood in the

4   subarachnoid space and you don't see local accumulations of

5   blood in the surbarachnoid space, only in the subdural

6   space.

7       Q    Did you have an opportunity to review the

8   pathological report of Dr. Bell, the doctor who did the

9   pathological examination of the eyes in this case?

10      A    I did.

11      Q    And did you see any mention in his report of

12  something known as Purtscher's retinopathy?

13      A    In his report?

14      Q    Yes.

15      A    No.

16      Q    Would you expect it to have been seen on

17  microscopic examination of the eyes?

18          MR. PENNYPACKER:  Objection, your Honor.  It's

19      beyond the scope of this witness's expertise.

20          THE COURT:  Objection sustained.

21          MR. TEDDER:  May we approach, please?

22          (Sidebar conference:)

23          MR. TEDDER:  Your Honor, I would submit that it's

24      not beyond the area of his expertise.  The state can

25      certainly cross-examine him on this.  The state didn't

1430

1   call Dr. Bell, but put us on notice that they intended

2   to have their experts, Dr. Levine, and I believe that

3   other expert, Dr. Nelson, refer to his report during

4   their testimony, which Dr. Levine did yesterday when he

5   referred to Dr. Bell's report and said there was some

6   sort of mention in there of viscous separation,

7   separation of the viscous matter from other portions of

8   the eye.

9        Yesterday, Dr. Levine, as you're well aware, came

10  up with two new findings that he failed to include

11  anywhere in any previous report and said that it was

12  part of the medical record because it was in the

13  photographs.  So I submit that I should be able to

14  present evidence that the microscopic examination of

15  this, these eyes, did not reveal the Purtscher's

16  retinopathy, or whatever that thing is called, and the

17  cut that he indicated he saw, without looking at the,

18  by looking at the photographs.

19       THE COURT:  You should be able to have this

20  witness testify if you have laid the predicate, if you

21  can get to it.  You have not indicated this witness has

22  the expertise to testify to that before.

23       (Sidebar conference concluded.)

24  BY MR. TEDDER:

25       Q   Dr. Uscinski, you indicated you've been present at

1    some autopsies?

2         A    Yes.

3         Q    Roughly how many?

4         A    I don't know, dozens.

5         Q    Have you read autopsy protocols before?

6         A    Autopsy?

7         Q    Protocols or reports?

8         A    Reports, yes.

9         Q    And you read the report Dr. Bell prepared in this

10   case --

11        A    Yes.

12        Q    -- who was the doctor who microscopically examined

13   the eyes?

14        A    Yes.

15        Q    Was there any part of that report that you did not

16   understand?

17        A    I don't believe so.  If you've got it, if you have

18   it, I would like to look at it.

19        Q    Yes, sir.

20             MR. TEDDER:  Sorry.  I forgot to ask if I could

21        approach the witness, your Honor.

22             THE COURT:  That's okay.

23             (Pause while witness examines document.)

24             THE WITNESS:  No, I think I understand.

25   BY MR. TEDDER:

Stacey K. Bryant, RPR
Judicial Court Reporter

1     **Q**   The finding that the doctor testified to yesterday

2  was called Pertsher's retinopathy.  It's spelled

3  P-E-R-T-S-H-E-R retinopathy, R-E-T-I-N-O-P-A-T-H-Y (sic).

4  Do you know what that means?

5     **A**   Roughly, yes.

6     **Q**   What does it mean?

7      MR. PENNYPACKER:  Roughly, your Honor, does not

8     make him an expert in ophthalmology.  Same objection.

9     I don't believe he is qualified to testify in this

10     area.

11     THE COURT:  The objection is sustained.

12  BY MR. TEDDER:

13     **Q**   Did you see any mention in Dr. Bell's report of

14  Purtscher's retinopathy?

15     MS. SINGER:  Same objection, your Honor.

16     THE COURT:  The objection is sustained.

17     **A**   No.

18  BY MR. TEDDER:

19     **Q**   Is there any part of the Dr. Bell's report you

20  didn't understand?

21     MR. PENNYPACKER:  Asked and answered, your Honor.

22     THE COURT:  Sustained.

23  BY MR. TEDDER:

24     **Q**   Did you see any mention in the report of any cut

25  in the eye?

1     A     Only the ones that were made by the person doing

2  the examination.

3     Q     Okay.  Would you expect someone who does a report

4  to include everything that they observed?

5     A     Yes, that's why we do reports.

6     Q     Tell the jury how reports should be done in your

7  opinion.

8     A     Well, you're recording information for different

9  reasons.  When I do an operative report I try to describe as

10  accurately what I did, how I did it, and why I did it,

11  because somebody may come, that patient may come to surgery

12  in the future and whoever is operating on that individual

13  the next time around needs to know what I did, how I did it,

14  and why I did it, and as accurately as possible.  You change

15  that person's anatomy.  So one reason for writing a report

16  is to help the other doctors who are taking care of the

17  patient later on.

18          Another reason we do reports nowadays,

19  unfortunately, is to justify what we're doing so we can be

20  reimbursed by HMOs, so we've got to do reports that way.

21          The third way we do reports is because we

22  recognize that somebody's life may hang on our words, and so

23  you want to be as accurate as possible.  You don't want to

24  omit stuff.  You want to include everything that's there.

25  Simple common sense.

1    Q    Now, you indicated earlier that you've actually

2  directed pathologists as to certain things you wanted him to

3  look for on autopsy?

4    A    Yes, sir.

5    Q    How easy would it be to destroy a subdural

6  hematoma, or membrane that surrounds a subdural hematoma?

7    A    Very easy.  If you're not looking for it, or at

8  it, and you throw the dura out, you're gonna throw the

9  membrane out, too.

10   Q    You were aware the dura was thrown out in this

11 case?

12   A    Yes.

13   Q    What would be your opinion as to the fact the dura

14 was thrown out in this case?

15   A    It shouldn't have been thrown out.

16   Q    What portions of Robbie's body would you have

17 expected the medical examiner to look at during this

18 autopsy, knowing they thought they had a theory of shaken

19 baby in this case?  What would you expect him to look at?

20      MR. PENNYPACKER:  Your Honor, I'm gonna object to

21      this area since he is not a pathologist.  He's not a

22      forensic anatomic or neuropathologist.  It's not in his

23      area.  Observing autopsies doesn't make him an expert

24      in that area.

25      MR. TEDDER:  But he knows the theory behind it,

1    your Honor.

2           MR. PENNYPACKER:  I know the theory behind it.

3           THE COURT:  The objection is sustained.  Thank you

4    both.

5           MR. TEDDER:  You're welcome, your Honor.

6    BY MR. TEDDER:

7      Q    Doctor, going back to the studies or -- Scratch

8    that.

9           Going back to the articles that were written by

10   Drs. Gutgeltsch and Caffee, did they refer to anybody else's

11   scientific studies in those articles?

12     A    There is actually only one scientific study they

13   referred to.

14     Q    What is that?

15     A    That was a study done by a neurosurgeon in 1968

16   named Omaya.

17     Q    Named Dr. Ommaya?

18     A    Yes.

19     Q    Do you personally know Dr. Ommaya?

20     A    Yes, I do.

21     Q    Tell the jury what you know about the study Dr.

22   Omaya did in 1968?

23     A    Sure.  I would be glad to.

24           At the time, this is back in the late '60s,

25   Dr. Omaya -- who is one of my teachers, and, by the way, is

1   covering for me while I'm here -- was interested in the

2   pathology and the physiology of head injury, how heads got

3   injured, how brains got injured, what the mechanisms were,

4   and what happens to the brain; not just anatomically, but

5   how what happened to the brain affected the rest of the

6   body.

7           One of things he was interested in was that on

8   rare occasions people would suffer injury to the brain in

9   motor vehicle accidents where the head had not contacted

10   anything.  In other words, just a pure whiplash, back and

11   forth.  Now, how did he know that people had brain injuries?

12   One, they would complain of double vision.  That's brain

13   function, not a spinal cord function.  Two, they might lose

14   consciousness, that's a concussion, that's brain function.

15   Three, occasionally, on rare occasions, somebody would wind

16   up with a subdural hematoma, usually a chronic one, but a

17   subdural hematoma.

18           So he devised an experiment, and he devised this

19   experiment through the Department of Transportation and

20   that's actually an important point because most of this

21   literature is not in the medical literature, this particular

22   article was however.  What he did was he constructed a

23   chair, and put it on wheels, and he put it on tracks, and he

24   put a piston behind it.  And they strapped monkeys in the

25   chair, Rhesus monkeys and -- adult Rhesus monkeys -- and

1   they hit the chair with a piston.  And that would give the

2   chair an impulse forward, and the animal's head would be

3   whipped back and forth.  And they photographed that action

4   through a high speed camera.

5          Now, they knew the accelerations they were

6   applying to the chair.  They knew the mass of the monkey's

7   head.  After they finished doing the experiment, they

8   examined the monkey for evidence of head injury.  They

9   looked at the pupilar reflexes, the reflexes in the body

10  extremities, and then they sacrificed the animals and looked

11  at the brains.

12          So he had a clinical examination with a known

13  injury, and a pathology examination, a post mortem

14  examination, and he was able to make intracranial injuries

15  in 19 animals.  And he was able to calculate how much of an

16  impulse it would take to cause an animal's head to whip back

17  and forth to give it an injury.  And the number was 40,000

18  radians per second squared.

19          I have an illustration of this which I can show

20  you now if you want or I can show it later.  Maybe I'll just

21  continue with this now and then show the pictures later.

22      Q    How would they know the amount of acceleration

23  they applied to the monkey?

24      A    Two ways:  One, they photographed it and they

25  could calculate the arc through which the monkey's head

1   moved.  Two, they put an instrument on the monkey in other

2   experiments called an accelerometer, which could measure the

3   accelerations.

4       Q    How would they know the weight of the monkey's

5   head?

6       A    Weight or mass?  They massed him.

7       Q    Okay.  The mass?

8       A    They knew the mass of the monkey's head.

9       Q    After the monkey was sacrificed?

10      A    Yes.

11      Q    And then?

12      A    And then they use a simple formula, force equals

13  mass, times acceleration, which is a physics formula.  And

14  since they knew the mass, and they knew the accelerations,

15  they could calculate the force.

16           Now, he did this with a series of animals, and he

17  did it with different animals, different types of monkeys,

18  monkeys of different sizes.  And they developed what's

19  called the "injury threshold," beyond which you would start

20  injuring animals.  And they actually used a lot of animals

21  to do this, but they found out some interesting things.

22           One --

23      Q    Doctor, if we tell that, tell the jury what you

24  mean by injury threshold.  I'm sorry.

25      A    Yes.  Okay.  If you apply an acceleration to an

1   animal with a certain mass of head and you multiply the

2   acceleration and the mass, you get a number, F.  If that

3   number goes up over a certain amount, you're gonna start

4   injuring animals.  If you keep it below that amount, you're

5   not.  That's an injury threshold.

6           Now, if you use a large group of animals, you can

7   use different types of -- you can use different percentages.

8   You're gonna injure five percent of the animals, you'll

9   injure 50 percent, you're gonna injure 90 percent.

10          He was able to produce concussions in 90 percent

11  of the animals with a certain amount of force and certain

12  amount of acceleration.  And the acceleration for the mass

13  of a monkey was 40,000 radians per second squared.  That

14  leads to the next point.  What is a radian, and what does

15  per second squared mean?

16          Okay.  A radian is part of a circle.  If you take

17  the radius of a circle, the radius is the distance from the

18  center of a circle to it's circumference, its periphery.

19          You take that distance and you lay it out along

20  the circumference of the circle and you get a certain arc,

21  and that arc is always the same amount.  I think it's

22  57.3 degrees or something like that.

23          So when an animal passes through one radian, you

24  know exactly how far it's gone, the animal's head passes

25  through one radian.

1440

1    Now, if you've got an animal that's getting a

2    whiplash injury, it's head is going to be going through an

3    arc, measuring from the top of the head to the neck, back

4    and forth, like this. Theoretically you can spin around in

5    a perfect circle that way, except you can't, your neck would

6    break, another important point. So, they were able to have

7    an animal go through a certain arc.

8    Now, that tells you one thing, but you need to

9    know something else, and that's acceleration, what

10   acceleration means. In order to understand acceleration,

11   you're gonna do something a little different. Imagine

12   you're driving in a car, and you're driving along in a

13   straight line at 60 miles an hour. And you're starting back

14   in infinity and you're winding up in infinity. You're

15   traveling along at a constant speed. That's -- the distance

16   that you're traveling per unit in time is called velocity.

17   Now, this is basic physics. And it's a little bit of a

18   digression, but it's an important digression and you need to

19   know this.

20   You are not accelerating. You're going in a

21   straight line. You punch down on the accelerator, something

22   happens. Whereas previously you would have been going at 60

23   miles an hour, or one mile a minute. In the space of ten

24   seconds, you accelerate from 60 to 70. You are accelerating

25   at a rate of one mile per second, per second. At the end of

1    the first second, you're going 61 miles an hour.  At the end

2    of the second second, you're going 62 miles an hour.  At the

3    end of the third second, you're going 63 miles an hour.  So

4    not only are you going faster, but you're going faster over

5    a certain specified rate.  That's acceleration.  It's

6    measured in distance traveled per second, per second, or

7    distance traveled per second squared.

8            Now, I want to keep this comprehensible.  I don't

9    want to get too elaborate, but that's acceleration.  That's

10   why we measure acceleration in terms of distance per second

11   squared, and that's why we measured acceleration in a circle

12   in terms of radians per second squared.

13           Now, Ommaya reasoned that if it took 30,000

14   radians per second squared to reach the injury threshold for

15   a monkey, he also knew something else.  The injury threshold

16   is what's called a biological constant.  And I've got a

17   graph that will explain that to you.  In other words, it

18   crosses species lines.  So if F equals MA, and F is a

19   biological constant, as acceleration goes up, mass has to go

20   down.

21           Let me explain that in a simple way.  Let's say

22   you have a number 20 and that's a constant number.  How many

23   different ways do you have to multiply two numbers to get

24   20, and what does that tell you?  You can multiply 20 by

25   one.  You can multiply 10 by 2.  You can multiply 5 by 4.

1442

1    You can multiply 4 by 5.  You can multiply 40 by one-half.

2    Okay?  So you always get the same answer, 20.  But what that

3    tells you is that one number, as one number goes up, the

4    other number has to go down.

5         So talking in terms of neurological tissue,

6    biological tissue, if F is a constant number -- and he

7    showed that it was -- as acceleration goes down, the mass

8    has to go up; as acceleration goes up, the mass has to go

9    down.  So Ommaya figured it was going to take, since it took

10   40,000 radians per second squared to injure the brain of a

11   little monkey, it was gonna take less to injure the brain of

12   an adult human being.  And he came up with a number,

13   experimentally derived by extension of about 4,000 radians

14   per second squared.  That's to injure the brain of an adult.

15   Now, using what we know now, should it take more

16   acceleration or less acceleration to injure the brain of a

17   baby?  The answer is it should take more, because a baby's

18   got less mass to its brain than an adult.

19         In 1987 -- now, let me backup a little bit.  He

20   published his information and the information was reviewed

21   and it was reviewed by several people, including

22   Dr. Gutgeltsch and Dr. Caffee.  Dr. Gutgeltsch and

23   Dr. Caffee looked at it and they didn't pay attention to the

24   math.  What they saw was that you could injure a brain by

25   something being shaken, by an individual being shaken back

1    and forth, and that's all they saw.  And they saw that as

2    the explanation for their unexplained injuries, i.e.,

3    subdural hematomas, particularly chronic ones.  You look

4    back at that, you say how could they have done it?  Believe

5    me, it happened.  And that's part of the birth of the shaken

6    baby syndrome.  That's the article that I wrote for the

7    British Journal of Neurosurgery.

8              Anyway carrying forward to 1987, the -- a

9    biomedical engineer named Lawrence Tibault questioned this

10   and he says this doesn't make sense.  So he did an

11   experiment.

12      Q    What is a biomedical engineer, Doctor?

13      A    What's a biomedical engineer?  That's a very

14   reasonable question.  They're people, they may be doctors,

15   they're usually not M.Ds., they're usually Ph.Ds, but

16   they're interested in what it takes to break tissue, how you

17   disrupt tissue, what kind of energy it takes to break bones,

18   to disrupt skin, and to injure a brain.  And they study this

19   stuff, study in laboratories.  It's the basis for safety

20   belts and head restraints and lots of other things.  And a

21   lot of this information is not in medical journals, it's in

22   the automotive industry journals, because those are the

23   people who have the big interest in safety.  So anyway --

24   and Tibault worked with the automotive industry.

25              He was very interested in this phenomenom of

1    shaking, and he devised an experiment.  What they did, what

2    he did was he got dolls that are the size of infants with

3    heads massed to the size of an infant's head.  And they put

4    it on a hinged neck, with no neck control, a real weak neck.

5    And then they put a little instrument on top of this called

6    an accelerometer.  They had volunteers shake these infants

7    back and forth, and then bang their heads against something,

8    and they measured the accelerations.  And they found that in

9    contradistinction to Ommaya's records that are 4,000 radians

10   per second squared for an adult, and therefore more for a

11   child, these people were able to achieve a mean of 1,137

12   radians per second squared, which is nowhere near the injury

13   threshold.  I've got graphs to show this, too.

14          The conclusion was the injuries that are

15   attributed to the shaken baby syndrome, that is, the

16   subdural hematomas, you don't seem to be able to get by

17   shaking.  You have to have an impact.

18          THE COURT:  We're gonna take a recess at this

19       point, unless you want to finish that paragraph,

20       Doctor?

21          THE WITNESS:  No.  We'll start with impact when we

22       get back.  That's great.

23          THE COURT:  All right.  We'll take a 15-minute

24       recess.

25          (Recess taken.)



1       (Before the jury.)

2           THE COURT:  Go ahead, Mr. Tedder.

3           MR. TEDDER:  Your Honor, may it please the Court?

4    BY MR. TEDDER:

5       Q    Mr. Uscinski, when we went to the recess, I

6    believe you were telling the jury about Dr. Tibault's

7    finding that impact was needed.  Finish up the study.

8    Impact was needed for what?

9       A    To reach the acceleration levels necessary to

10   cause injury.

11      Q    And?

12      A    Do you want me to explain that?

13      Q    Yes.

14      A    Okay.  Imagine yourself driving in a car that's

15   50 miles an hour, and you put your brakes on and you stop,

16   and you stop in three seconds.  The reduced, the

17   deceleration from 50 miles an hour down to zero is three

18   seconds.

19           Now, imagine yourself driving in a car 50 miles an

20   hour and driving into a brick wall.  Your deceleration time

21   is probably in the order of 100th of a second, maybe a

22   little more.  Okay?  That kind of deceleration is fatal.

23   You stop that quick, you're gonna disrupt your body, you're

24   gonna disrupt your brain, you're gonna die in the real

25   world.

1446

1    In the theoretical world you can conceptualize

2  that, and there have actually been some experiments done

3  with animals in which the animal's head was put in a helmet

4  and the helmet was decelerated that quickly, and a brain

5  injury was made.  In the real world you cannot have that

6  rapid a deceleration without an impact.  So that's the

7  reason that they're saying you have to have an impact.  The

8  reason is, again, you have to have an impact to have that

9  rapid a deceleration.

10    There are really two components to this kind of an

11  injury.  One of them is the focal injury that's generated at

12  the time of impact.  The other one is the diffuse injury

13  that's generated by the abrupt deceleration.  When we're

14  talking about shaking, you're talking about no external

15  injury, i.e., no impact.  But you can't get the kind of

16  decelerations to get the injuries that are being described

17  in shaking without an impact, because you can't get those

18  kinds of decelerations.

19    Q    Now, are you aware of the facts as Brian Herlihy

20  described them as far as what happened to Robbie Quirello to

21  his knowledge?

22    A    I believe so, yes.

23    Q    What is your opinion as to --

24    A    From the medical records.

25    Q    I'm sorry?

1   A   From the medical records, yes.

2   Q   Okay.  And you're aware that he told law

3   enforcement he found the baby pinned between the bed and the

4   footboard?

5   A   Right.

6   Q   What is your opinion regarding whether something

7   like that could have caused the subsequent event that led to

8   Robbie's death?

9   A   Well, I don't know about, I don't think that the

10  baby being pinned between a headboard -- I think it was a

11  headboard and a mattress has any bearing, but I think the

12  vomitus around the mouth has a lot of bearing.

13  Q   Why is that?

14  A   I think his airway was obstructed and he became

15  anoxic.

16  Q   And if you become anoxic, what can that do to your

17  brain?

18  A   It kills it.

19  Q   What does anoxic ischemic encephalopathy mean?

20  A   What does it mean?

21  Q   Yes.

22  A   It means exactly what I just said.  Anoxic

23  ischemic encephalopathy means no oxygen, oxygen deprivation

24  all over the brain.

25  Q   What does cerebral edema mean?

1       A      Cerebral edema?

2       Q      Yes.

3       A      Means swelling of the brain.

4       Q      What does vascular congestion mean?

5       A      It means that the blood vessels in the brain are

6  engorged.

7       Q      Okay.  Now, you are aware that there was also,

8  there's been testimony and evidence of retinal hemorrhaging?

9       A      I'm sorry?

10      Q      There's also been evidence and testimony that

11  Robbie had retinal hemorrhaging?

12      A      Yes.

13      Q      How would you explain to the jury that that could

14  happen to Robbie?

15      A      Retinal hemorrhages is literally bleeding in the

16  retina, which is the lining in the back of the eye.  And

17  among neurosurgeons this has long been known to reflect an

18  abrupt increase in retinal venous pressure, pressure of

19  blood, the pressure of blood in the veins in the retina, as

20  a reflection of an abrupt increase in intracranial pressure.

21  And retinal venous pressure mirrors intracranial pressure,

22  because the retinal vein drains into the cavernous sinus,

23  which is one of the major venous draining sinuses for the

24  head, for the brain, and also passes through the

25  subarachnoid space.  So any change in the pressure in the

1   subarachnoid space, that is, any change in the intracranial

2   pressure, will be reflected in a change in the retinal

3   venous pressure.

4          There is actually a test that's been devised

5   recently to use a term called venous

6   ophthalmodynamometry, V-E-N-O-U-S

7   O-P-H-T-H-A-L-M-O-D-Y-N-A-M-O-M-E-T-R-Y, as a way of

8   measuring intracranial pressure.  And I would say that prior

9   to the advent of CT scanning, which was done in the 1970s,

10  and I was around way back then, and even prior to the advent

11  of the shaken baby syndrome, the presence of retinal

12  hemorrhages was used as a diagnostic aid to detect the

13  presence of chronic subdural hematomas in children.  And if

14  you look at the old literature, you'll see that.

15      Q    Do you believe that a person can shake a baby the

16  way the state contends and cause the types of injuries that

17  Robbie had?

18      A    The types of injuries that Robbie had?

19      Q    Yes, sir.

20      A    I don't believe that.

21      Q    Why not?

22      A    Because if one were to shake a baby hard enough to

23  cause intracranial injuries, theoretically -- well,

24  theoretically, you can't do it, you have to have an impact,

25  one would expect to see injuries -- and if injuries existed

1450



1    in the brain at all, one would expect to see injuries in

2    other parts of the brain, that is the brain stem and the

3    upper cervical spinal cord, where most of the movement is

4    gonna take place.

5         Q    Doctor, you're aware in the medical records there

6    was evidence of Robbie's fontanel bulging and pulsating?

7         A    Yes.

8         Q    What is that evidence of?

9         A    That's evidence of increased intracranial

10   pressure.

11        Q    Now, the new bleeding that occurs in chronic

12   subdural hematomas, where does that blood come from?

13        A    The bleeding that occurs from chronic subdurals

14   re-bleeding is generally coming from the membrane itself,

15   because the membrane contains capillaries.  The capillaries

16   are very thin-walled vessels and right next to these

17   capillaries are the cells that elaborate fibrinolytic

18   enzymes.  There is literature to support the fact that

19   proves it.

20        Q    And what could cause those capillaries and

21   membranes to begin to bleed again?

22        A    No trauma, they can bleed spontaneously.

23        Q    Okay.  Has Dr. Ommaya recently published and

24   printed any articles regarding his studies from 1968 in the

25   British Journal of Neurosurgery?



1451

1    A    Well, he has published an article that is in the

2  British Journal of Neurosurgery.  Actually it's the same

3  journal that I published my letter in, and he has reviewed

4  all of his information once again, yes.

5    Q    What was his conclusion in that latest article?

6    A    The conclusions he has are the same as what he had

7  before, that the injuries attributed to shaking, i.e.,

8  subdural hematomas and retinal hemorrhages, do not seem to

9  be caused by shaking.  With regards to the subdural

10  hematomas impact is required, and with regards to the

11  retinal hemorrhages that they are more reflective of an

12  abrupt increase in retinal venous pressure as a reflected,

13  as a reflection of the increase in intracranial pressure.

14    Q    Some of the state's experts have indicated that

15  the baby has an extremely flexible neck and the child's neck

16  is less likely to be injured than an adult's neck.  What is

17  your opinion regarding that?

18    A    If that's true, why would you pick up a newborn

19  baby and support its neck and head?  If there's no, not

20  going to be any injury to the neck, why not let it flop, as

21  everybody does?  You know, babies do have weak necks.  And

22  because babies have weak necks, you would expect they would

23  be even more susceptible to getting an injury to their

24  nervous system by the excessive hypermobility of the neck.

25    Q    Is there any evidence that you've seen -- Go

1452

1    ahead, Doctor.

2        A    By the nervous system, I mean the brain stem and

3    the cervical spinal cord, not the brain.

4        Q    Did you see any evidence in this case of injury to

5    the cervical spinal cord?

6        A    The cervical spinal cord wasn't even examined, but

7    there was no evidence of injury to the brain stem.

8        Q    Doctor, do you want to show the jury the different

9    charts that you have?

10        A    Sure.

11            THE COURT:  Madam Bailiff, will you turn off these

12        overhead lights over the jury?  I think that will make

13        it easier for them to see.  And, of course, any of the

14        jurors that need to shift their position so that you

15        are able to see this screen again, feel free to do so.

16            THE WITNESS:  All right.  Before I start this,

17        these are a few photographs and slides that are taken

18        from a larger presentation which I am not gonna give

19        you today.  I don't think it's totally necessary.  I

20        will if I want, but we don't have to.  Okay?

21            MS. SINGER:  Your Honor, we're going to object to

22        this particular slide at this time.  We were not shown

23        this, and it appears to have writing on it.

24            THE WITNESS:  I've already said it all.

25            MS. SINGER:  Pardon?

1    THE WITNESS:   I've already said everything that's

2    in here.

3        MS. SINGER:   All right.  Well, I'm not arguing

4    with you.  I'm making an objection, sir.

5        THE COURT:   The objection is noted for the record

6    and overruled.  Go ahead.

7        THE WITNESS:   Okay.  This is what I alluded to

8    earlier.  The formula is force equals mass times

9    acceleration.  It's Newton's Second Law.  And this is

10   what I tried to explain:  That if F is a constant

11   number, and F is equal to force, then there has to be a

12   relationship between the other two numbers, mass and

13   acceleration.  As one goes up, the other one goes down;

14   but, conversely, as one goes down, the other one has to

15   go up.  This is a law of physics.  It was made long

16   before any laws in the United States were enacted or

17   the world for that matter.

18       Okay.  We talked about a radian.  This just

19   explains once again what a radian is.  It is an

20   arbitrary unit of measurement, an arc of a circle

21   measured by extending the radius of any given circle

22   along its circumference.  You know this.  There it is.

23   This is taken from my high school physics textbook.

24   This is circumference, that's a radian.

25       Now, you remember this formula, and you know what

Stacey K. Bryant, RPR
Judicial Court Reporter

# Continued
# Next
# Volume