# EXHIBIT TT

*£o8·1·11939*

# In the District Court of Appeal
## FIRST DISTRICT
## of Florida

*L-18·8 C.N.*

BRIAN PATRICK HERLIHY
    Appellant

v.

STATE OF FLORIDA
    Appellee

CASE NO.   01-2000-CF-2753-A

APPEAL NO.  1D08-1588

VOLUME VII

### SUPPLEMENTAL
# RECORD

## HONORABLE MARTHA ANN LOTT

### APPEAL FROM THE CIRCUIT COURT
### 8th JUDICIAL CIRCUIT FOR
### ALACHUA COUNTY, FLORIDA

**FOR APPELLANT**
MARY E. FITZGIBBONS, ESQUIRE
FITZGIBBONS LAW FIRM, P.A.
917 VERONA STREET
KISSIMMEE, FL 34741

**FOR APPELLEE**
HONORABLE BILL MCCOLLUM
ATTORNEY GENERAL
THE CAPITOL
DEPARTMENT OF LEGAL AFFAIRS
CRIMINAL APPEAL SECTION
TALLAHASSEE, FLORIDA 32399-1050

IN THE CIRCUIT COURT
OF THE EIGHTH
JUDICIAL CIRCUIT, IN
AND FOR ALACHUA
COUNTY, FLORIDA

BRIAN PATRICK HERLIHY
       Appellant

vs.

CASE NO. 01-2000-CF-2753-A
APPEAL NO. 1D08-1588

STATE OF FLORIDA
       Appellee

| INDEX INSTRUMENT | DATE FILED | PAGE NO. |
|---|---|---|
| DOCKET LINES | | |
| **VOLUME I** | | |
| MOTION FOR POST-CONVICTION RELIEF | 11-28-2007 | 1-8 |
| NOTICE OF FILING | 11-28-2007 | 9 |
| SUPPLEMENTAL AFFIDAVIT OF DR. SCHEIBNER | 11-27-2007 | 10-28 |
| MOTION FOR LEAVE TO SUPPLEMENT DEFENDANT'S MOTION FOR POST-CONVICTION RELIEF | 11-28-2007 | 29-30 |
| HEARING FOR DIVISION I | 01-29-2008 | 31 |
| ORDER GRANTING MOTION FOR LEAVE TO SUPPLEMNENT DEFENDANT'S MOTION FOR POST-CONVICTION RELIEF | 02-05-2008 | 32-33 |
| HEARING FOR DIVISION I | 02-14-2008 | 34 |
| NOTICE OF FILING | 03-03-2008 | 35 |

| | | |
|---|---|---|
| AFFIDAVIT OF JENNIFER LEIGH SALTER | 03-03-2008 | 36-41 |
| NOTICE OF FILING | 03-04-2008 | 42-43 |
| AFFIDAVIT OF LOIS HERLIHY | 03-04-2008 | 44-46 |
| FINAL ORDER DENYING MOTION FOR POST-CONVICTION RELIEF | 03-04-2008 | 47-50 |
| NOTICE OF APPEAL | 04-02-2008 | 51-52 |

**VOLUME II**

| | | |
|---|---|---|
| FIRST DISTRICT COURT OF APPEAL ORDER | 06-11-2008 | 53-57 |
| MOTION TO VACATE SENTENCE AND CONVICTION PURSUANT TO FLA.R.CR.P. 3.850 AND MEMORANDUM OF LAW | 08-10-2005 | 58-115 |
| ORDER DENYING MOTION FOR POST-CONVICTION RELIEF | 09-30-2005 | 116-119 |
| RULE 3.850 MOTION FOR POST CONVICTION RELIEF, CONTINUED NEXT VOLUME | 08-25-2006 | 120-253 |

**VOLUME III**

| | | |
|---|---|---|
| CONTINUED FROM PREVIOUS VOLUME, RULE 3.850 MOTION FOR POST CONVICTION RELIEF | 08-25-2006 | 254-289 |
| COLLATERAL RELIEF DETERMINATION MADE FROM MOTION [COMPUTER DOCKET ENTRY, NOT A DOCUMENT] | 08-31-2006 | ----- |
| CASE JUDGE REASSIGNED [COMPUTER DOCKET ENTRY, NOT A DOCUMENT] | 12-31-2006 | ----- |
| CASE LAW | 02-06-2007 | 290-314 |
| ORDER DENYING, IN PART, MOTION FOR POST CONVICTION RELIEF, SCHEDULING AN EVIDENTIARY HEARING, IN PART, AND APPOINTING OFFICE OF THE PUBLIC DEFENDER, CONTINUED NEXT VOLUME | 02-08-2007 | 315-454 |

**VOLUME IV**

| | | |
|---|---|---|
| CONTINUED FROM PREVIOUS VOLUME ORDER DENYING, IN PART, MOTION FOR POST CONVICTION RELIEF, SCHEDULING AN EVIDENTIARY HEARING, IN PART, AND APPOINTING OFFICE OF THE PUBLIC DEFENDER | 02-08-2007 | 455-489 |
| MOTION TO STRIKE, OR IN THE ALTERNATIVE, STATE'S RESPONSE TO DEFENDANT'S RULE 3.850 MOTION FOR POST CONVICTION RELIEF FILED BY STATE OF FLORIDA | 02-13-2007 | 490-505 |
| ORDER DIRECTING STATE TO FILE A WRITTEN RESPONSE | 02-19-2007 | 506 |
| DEFENDANT'S RESPONSE TO MOTION TO STRIKE, OR IN THE ALTERNATIVE, STATE'S RESPONSE TO DEFENDANT'S RULE 3.850 MOTION FOR POST CONVICTION RELIEF | 05-17-2007 | 507-512 |
| COPY OF ABOVE [NOT INCLUDED HERE BECAUSE IT IS DUPLICATIVE] | 05-21-2007 | ----- |
| STATE'S SUPPLEMENT TO MOTION TO STRIKE, OR IN THE ALTERNATIVE, STATE'S RESPONSE TO DEFENDANT'S RULE 3.850 MOTION FOR POST CONVICTION RELIEF, RESPONDING TO DEFENDANT'S RESPONSE OF MAY 16, 2007, CONTINUED NEXT VOLUME | 06-20-2007 | 513-655 |

**VOLUME V**

| | | |
|---|---|---|
| CONTINUED FROM PREVIOUS VOLUME, STATE'S SUPPLEMENT TO MOTION TO STRIKE, OR IN THE ALTERNATIVE, STATE'S RESPONSE TO DEFENDANT'S RULE 3.850 MOTION FOR POST CONVICTION RELIEF, RESPONDING TO DEFENDANT'S RESPONSE OF MAY 16, 2007, | 06-20-2007 | 656-752 |
| ORDER SCHEDULING CASE MANAGEMENT CONFERENCE` | 08-20-2007 | 753 |
| HEARING NOTES | 08-30-2007 | 754 |
| ORDER SCHEDULING HEARINGS ON PENDING | | |

| | | |
|---|---|---|
| POST-CONVICTION RELIEF MATTERS | 09-07-2007 | 755-756 |
| DEFENDANT'S RESPONSE TO STATE'S SUPPLEMENT TO MOTION TO STRIKE, OR IN THE ALTERNATIVE, STATE'S RESPONSE TO DEFENDANT'S RULE 3.850 MOTION FOR POST CONVICTION RELIEF, RESPONDING TO DEFENDANT'S RESPONSE OF MAY 16, 2007 | 09-14-2007 | 757-760 |
| NOTICE OF FILING – AFFIDAVIT OF VIERA SCHEIBNER | 09-14-2007 | 761-772 |
| NOTICE OF FILING – OATH PAGE | 09-24-2007 | 773-775 |
| NOTICE OF FILING – ATTACHED AFFIDAVITS | 09-26-2007 | 776-779 |
| HEARING NOTES | 09-28-2007 | 780 |
| DEFENDANT'S MOTION FOR LEAVE TO AMEND MOTION FOR POSTCONVICTION RELIEF WITH NOTICE OF FILING AND SUPPLEMENTAL AFFIDAVIT OF LOIS N. HERLIHY ATTACHED | 09-28-2007 | 781-785 |
| MEMO FROM J. SILVERMAN TO M. BECKER, STATE ATTORNEY OFFICE | 10-29-2007 | 786 |
| CASE CITATION | 10-29-2007 | 787-788 |
| COPY OF NOTICE OF FILING AFFIDAVIT OF LOIS N. HERLIHY | 10-29-2007 | 789-791 |
| ORDER GRANTING IN PART, THE STATE'S MOTION TO STRIKE AND DISMISSING GROUND ONE OF DEFENDANT'S MOTION FOR POST-CONVICTION RELIEF, CONTINUED NEXT VOLUME | 10-29-2007 | 792-856 |

**VOLUME VI**

| | | |
|---|---|---|
| CONTINUED FROM PREVIOUS VOLUME, ORDER GRANTING IN PART, THE STATE'S MOTION TO STRIKE AND DISMISSING GROUND ONE OF DEFENDANT'S MOTION FOR POST-CONVICTION RELIEF | 10-29-2007 | 857-1057 |

**VOLUME VII**

CONTINUED FROM PREVIOUS VOLUME,
ORDER GRANTING IN PART, THE STATE'S MOTION
TO STRIKE AND DISMISSING GROUND ONE OF
DEFENDANT'S MOTION FOR POST-CONVICTION
RELIEF                                          10-29-2007                    1058-1107

1    a radian is.  And then we're gonna look at the

2    observations that Ommaya made in 1968.  He created

3    injuries in the brain without impact, just with

4    shaking, at 40,000, at an acceleration of 40,000

5    radians per second squared.  Knowing what we know about

6    force equals mass times acceleration, he calculated

7    that with the larger mass of man, which is why he says

8    it's easier to injure the much larger brain in man, it

9    requires less acceleration.  He started out with six to

10   7,000.  He subsequently revised it down to 4,000.

11         This is an example of what's called the tolerance

12   curve.  And if you're on this side of the curve you're

13   not concussed, and if you cross over to this side of

14   the curve, you're concussed.  And this is measured in

15   radians per second squared.

16   BY MR. TEDDER:

17   Q    What do you mean by concussed, Doctor?

18   A    You're knocked out, you're unconscious.  After a

19   concussion, there are other curves for degeneration of the

20   subdural hematoma and other curves for direct injury to the

21   brain.  That's all been experimentally derived and you'll

22   see that in just a few seconds.

23         This is the experiment he did, he and others did,

24   where they correlated the mass of the brains in grams to

25   rotational accelerations to the brain, and they've got a

1   straight line there.  And they found out a ratio, which I'll

2   be happy to explain to you, but the point is they found out

3   a ratio with a constant through which, beyond which you

4   would get concussions, or later on subdurals, or later on

5   direct parenchymal injury to the brain.

6          I want to call your attention to something here.

7   Some of these are theoretically predicted and some are

8   experimentally derived.  The squirrel monkey as been

9   verified experimentally also, so it fits along this line and

10  you can see where the chimpanzee is quite close here, and

11  here's where a man would be.  Nobody has shaken a man,

12  nobody's banged a man over the head, at least outside of

13  Auschwitz, we don't do those things in this country or this

14  world for that matter, but I would point out to you the mass

15  of an infant's brain is about 450 milligrams at birth.

16          Okay.  This is the paper that was done in 1987 by

17  Tibault and Duhaim and they reached angular accelerations of

18  1,138 radians per second squared, not the 4,000 that Ommaya

19  predicted.  Whereas with impact they got 52,000 radians per

20  second squared.  And the important thing is in this graph

21  here.

22          This graph here predicts -- this graph here

23  illustrates again angular accelerations in radians per

24  second squared with angular velocity radians per second.

25          Now, angular velocity is how fast the head is

1   rotating at a certain instant in time, an angular

2   acceleration is how fast the head is either accelerating or

3   decelerating at an instant in time. And they're peak

4   values. When it's going its fastest and when it's either

5   accelerating or decelerating at its fastest. And look at

6   what they've got. Again, this is experimental data. This

7   is not anecdotal evidence and I'll explain what anecdotal

8   evidence is before or -- Well, anecdotal evidence.

9            The triangles represent impacts. The circles

10  represent shakes. These are the triangles. These are the

11  circles. This is injury threshold for concussion, beyond

12  which you should get a concussion. This is the injury

13  threshold for subdurals. This is the injury threshold for

14  diffused external injury.

15           At this time, since 1987, this is the only

16  experimental data that's out there. This shows that you

17  can't reach the acceleration thresholds necessary to cause

18  these injuries by shaking. You have to have an impact.

19           Okay. And again, what I said about the impact is,

20  in order to -- when you have an impact, you have the

21  necessary accelerations, or, if you put a minus sign in

22  front of it, decelerations, to give you those injuries in

23  the real world.

24           Okay. Enough said.

25           THE COURT: Another question, Mr. Tedder?

 1          MR. TEDDER:  Yes, ma'am.

 2   BY MR. TEDDER:

 3     Q    Dr. Uscinski, if I could, if you could go to the

 4   tape that you have regarding the surgery?

 5     A    Sure.

 6          THE WITNESS:  Okay.  We're having a little

 7   technical problem here.  My computer is sleeping.

 8          Oh, no, it's not.  Here we go.  We're okay.  Yes,

 9   we're okay.

10          (Pause in the proceedings.)

11          THE WITNESS:  We're going to be returning to that

12   presentation in just a few seconds to show you one

13   thing, after I show you this videotape.

14          Where's my buddy?  It's doing the same thing it

15   did before.

16          (Pause in the proceedings.)

17          THE WITNESS:  Okay.

18          THE COURT:  Thank you, Mr. West.

19          THE WITNESS:  Here we go.  All right.

20   BY MR. TEDDER:

21     Q    Explain to the jury what you're showing.

22     A    Yeah.  This is an operation on an adult male with

23   a chronic subdural hematoma.  He's had it for months.  He

24   didn't know how he got it.  We're in the middle of the

25   operation.  This is an operation -- I'm sorry, this tape has

1    been made for teaching purposes.  It demonstrates, it's a

2    much longer tape than this, but the point is it demonstrates

3    surgical technique, how to put people to sleep, more

4    importantly, how to wake them up again, and how to do the

5    surgery.

6              I'm just gonna give you some of the anatomy.

7    Patient's nose is up here where the red pointer is.  His

8    right ear is down here, the back of his head is down here,

9    and this is his right side.  The skin has been opened up

10   from the bone, or reflected or folded away from the surgical

11   site, and this is the skull.  You can notice its thickness

12   and underneath it is the dura.  This is in realtime.  This

13   is not a computer graphic.  This is an actual film of an

14   actual operation.  You can actually hear my voice in the

15   background.  I'm the one doing the surgery.

16             All right.  This is the dura.  This is what we

17   mentioned earlier.  What I'm doing is I'm making little

18   incisions in the dura here.

19             THE COURT:  You can go ahead and --

20             THE WITNESS:  We're on again.

21             THE COURT:  Okay.

22             THE WITNESS:  Okay.  We're inside the dura.  I

23   will point out one thing to you here that's not

24   critical, but helpful.  This dura is very vascular.  If

25   you think for a minute, you'll understand why it's

1    vascular.  It has been in the process of constructing

2    the subdural membrane for the past few weeks, so it has

3    a very luxurious blood supply.  It needed it, it still

4    needs it, it's in the process of resorbing, reabsorbing

5    the subdural hematoma.

6        While we're doing this, I will tell you about an

7    experiment that was done back in the 1970s, which has

8    been published in the Journal of Neurosurgery by a

9    group of Japanese neurosurgeons.  They did a very

10   interesting thing.  Neurosurgeons have known when you

11   operate on a patient with chronic subdural hematoma you

12   find fresh blood in it, as well as old blood.

13       Incidentally, we're peeling the dura away here

14   from the membrane.

15       What was done in this experiment is they admitted

16   a group of individuals with chronic, long-standing,

17   with membranes, subdural hematomas.  The day before

18   they operated on them, they took samples of their

19   peripheral blood.  They took the blood samples, and

20   they labeled the blood cells with radioactive chromium,

21   which is an isotope tracer.  It's perfectly harmless,

22   but when you reinject it back into the patient, you can

23   scan them and see where that blood has gone.  The

24   following day they took them to surgery and did this

25   kind of surgery.  They opened up the subdural, as you

1   see being done here, and they saved the blood from the

2   subdural.  In these patients they found 10 percent, by

3   volume, of the blood in the subdural hematoma contained

4   radioactive blood cells.  How did it get there?

5       The next step of the experiment was they analyzed

6   the subdural membrane.  There is a good depiction of a

7   subdural membrane.  You can see his intracranial

8   pressure is a little elevated.  How do we know it's

9   elevated?  Because the membrane is bulging out at you.

10      The dura has been opened up.  As I opened up the

11  dura you can see that there were little tags going from

12  the dura to the surface of the membrane.  Those are the

13  blood vessels that are going from the dura into the

14  membrane.  That's where all the traffic is taking

15  place.  That's where the cells are being moved in,

16  that's where the waste material is coming out.

17      And, if you look very carefully, I don't know if

18  you can see this or not, you're going to see little

19  black spots starting to appear on the surface of this

20  membrane.  Those are those blood cells.  They're

21  bleeding.  They're going to be bleeding on the inside

22  as well as on the outside.  That's what happens with

23  chronic subdurals.

24      The next step of the experiment that I've already

25  told you about, is these, the researchers analyzed

1    these membranes.  That's when they found the three

2    different types of cells; and, in particular, the types

3    of cells that elaborate enzymes called fibrinolytic

4    enzymes, which dissolve blood inside the subdural.

5    Since those cells are right next to the endothelial

6    cells where all this blood circulation is taking place,

7    they're going to be bleeding into the subdurals.

8    10 percent by volume per day.  Re-bleeding in the

9    subdurals is a dynamic process.  If it outpaces

10    reabsorption, you get worse.  If reabsorption outpaces

11    re-bleeding, you get better.  If anything happens where

12    you have a lot of re-bleeding all at once, you get very

13    sick.

14        Okay.  We will continue here.  Now this is

15    basically housekeeping, and all we're doing here is

16    just creating exposure.  Now, we're going to open the

17    membrane.  Now, if it's possible to turn the lights out

18    it will might be a good idea.

19        THE COURT:  Turn them down a little bit more.

20        THE WITNESS:  And I'll tell you why.  Things

21    happen very quickly when we open up this thing and

22    you're going to see a gush of fluid coming out.  If you

23    look in one spot the fluid is going to look a little

24    yellowish; if you look below it, it's going to look

25    reddish.  That's old blood and fresh blood all in the

1462

1    same subdural.  Then if you look into the depth of the

2    subdural, you're going to see clotted blood.  So you

3    see old blood, fresh blood, clotted blood inside the

4    same subdural hematoma.

5        Now, the little dark spots I told you about.

6    That's fresh bleeding occurring on the outer part of

7    the membrane and you see it's pulsating.  Why is it

8    pulsating?  Because he's alive and he's circulating.

9    We'll aspirate some of those dark spots off here.  You

10   can see the blood pooling right down here.  Some of

11   it's oozing from here.

12       Okay.  Again, this is not theory, you're seeing

13   it.

14       All right.  Now, we're gonna open up the dura.

15   Again, here's the dura, not opening up the dura,

16   opening the membrane.  There is the membrane, and as

17   you can see, it's pretty thin.  You're going to see in

18   a few seconds it's even thinner than you think.  Here

19   comes the gush.  There's dark fluid coming out and

20   there's lighter fluid coming out here.  Look at how

21   thin that membrane is compared to the dura.  Yellow

22   fluid, dark fluid.

23       I could say a better picture now.  All right.

24   We're almost done here.

25       What I'm saying here is we're gonna send this off



1  to the pathologist. I have just said: I know it is a

2  membrane. You know it's a membrane, but I want them to

3  see it. And the onus is on the pathologist to make

4  sure this stuff gets preserved. There's the membrane.

5  There's the dura. We're trimming some of it off; it

6  goes to the pathologist.

7      If you look in the depth of the wound right there

8  you see fresh, clotted blood, right there. You'll

9  never get a better picture than that. So you had old

10  yellow fluid, dark fresher fluid, and fresh clotted

11  blood right there, all within the same subdural

12  hematoma. Now, you're beginning to see the inner

13  membrane on the inside of the subdural right there.

14      There is one other thing I want to show you.

15      Good. Now I want to call your attention to one

16  more set of slides.

17      (Pause in the proceedings.)

18      THE WITNESS: All right. This is what you just

19  saw. This a chronic subdural hematoma with fluid. It

20  reflected the dura, there is the membrane.

21      Now, I want you to see something else that

22  probably looks very much like what you just saw on the

23  video. This is an operation on a patient with a

24  chronic subdural hematoma. There is the membrane,

25  there is the dura. There is the surgeon's finger.

1   Note the thickness of the skull.  This skull is a lot

2   thinner than the other one.  Why?  Because this patient

3   is one year old.  This is a child.  You see the same

4   pathologic process, the same pathologic process.

5       The dura is being peeled back.  There is the

6   membrane.  Again, there is the membrane.  Notice it

7   bulging out.  Now, the membrane is opened up same as

8   you saw before, very thin, very diaphanous with blood

9   inside, red blood.

10      Nature is simple.  Biological systems basically

11  stay the same.  You stubbed your toe as a child; you

12  stub your toe as an adult.

13      You get a cut, you get an inflammatory response,

14  you get a scab, and you get a scar.

15      You get an appendicitis as a child or as an adult.

16  You get an inflamed appendix, it either gets better or

17  you get operated on.  They both look the same under the

18  microscope.

19      You get a subdural hematoma as a child, you get a

20  subdural hematoma as an adult, you get the same process

21  of resorption.  You get the same membrane.  You get the

22  same re-bleeding.

23      Again, this is not -- well, it's a computer image,

24  but it's not a computer-generated image.  This is

25  reality.

1       This picture, by the way, the reason we don't have

2    it on video is it was made in 1961, one of my

3    professors did this operation.  It was not Dr. Ommaya

4    who did the surgery.

5  BY MR. TEDDER:

6       Q    Who was the doctor that did that, Dr. Uscinski?

7       A    It was a Dr. Stacy Rollins who was one of my,

8  another of my professors.  When he heard about my

9  involvement in this business, he called me over his house

10  and gave me those.

11            MR. PENNYPACKER:  I object to the hearsay, your

12    Honor.

13            THE COURT:  Sustained.

14            THE WITNESS:  Okay.  That's it.

15            THE COURT:  Turn the lights back up please, and,

16    Doctor, you want to have a seat?

17            THE WITNESS:  Yes, ma'am.

18  BY MR. TEDDER:

19       Q    Dr. Uscinski, you can have a seat and we'll get

20  back to these photographs in a moment.

21       A    Sure.

22       Q    Dr. Uscinski, was there ever a time when you

23  accepted the notion or theory of shaken baby?

24       A    Yes.

25       Q    What happened to cause you to change that opinion?

1    A    For a period of ten years -- I have academic

2    appointments at two universities, Georgetown and George

3    Washington, and I'm on the neurosurgical staff and teaching

4    staff of both of them.  For ten years I did all the

5    pediatric neurosurgery for Georgetown.  That was a fair

6    volume, 1983 to 1993, and they've asked me to come back with

7    them, too.

8        Anyway, I had read about the shaken baby syndrome,

9    and I assumed that it was real, simply because people were

10   writing about it and people were writing a lot about it.  On

11   occasion I would see a patient who was brought in with an

12   alleged history of shaking, specifically shaking.  I've

13   seen, I've seen abused children, and I'm aware of problems,

14   it's horrible.

15       However, I noticed that when it was brought in a

16   child that was alleged to be shaken, there was always a

17   better explanation.  For instance, they brought in a child

18   with a chronic subdural and said this incident happened on

19   this day, because the baby got sick this day.  And I said

20   that's not possible.  This is an old injury and they

21   re-bleed.  Or the patient gets brought in with a history

22   that's -- I'm told is shaking, and you get a history of the

23   parents, they were changing the baby on a changing table and

24   the baby fell down and hit his head and he got a skull

25   fracture.  So how are you going to get a skull fracture by

1   shaking?  You are not.  But you will get one with impact.

2          So the apparent explanation made no sense.  So I

3   had these questions about it.

4          And then in 1997 I was asked to review a murder

5   trial involving shaking, and by the same Dr. Ommaya, and I

6   looked at the scans on the child, and the baby had a chronic

7   subdural, and I had no question in my mind about it.  The

8   baby also had had anoxic insult to his brain.  And I was

9   asked if I would be willing to testify in the case.  And I

10  did.  And in preparation for that trial I read all of the

11  literature on shaking that's out there, everything, every

12  last paper.  I've got stacks of them back home.  And the

13  more I read, the more upset I got, because I've seen the

14  science, the science does not support it.  In fact, the

15  science actually contradicts it.  The literature that

16  supports it is clinical experience and innuendo, or

17  anecdotal experience.

18         Now, with all due respect to the people who are

19  writing this stuff, it's not science.  I will give you a

20  little thought experiment right now that shows you what vast

21  clinical experience really means.  Everybody in this

22  courtroom, including the court reporter, stop and look down

23  at the ground at your feet.  Everybody.  Good.  Do it.  Look

24  down.  Is it flat?  Is there anybody here who thinks it's

25  not flat?  Good.  No hands are up.

1    MS. SINGER:  I'm going to lodge an objection to

2    this type of testimony, asking the jury to participate

3    in a demonstration.  It is totally improper and I ask

4    that it be stricken from the record.

5    THE COURT:  The objection is sustained.

6  BY MR. TEDDER:

7    Q    Well, Doctor, I'll look down at the ground.

8    A    Okay.

9    Q    I see a flat floor.

10   A    Okay.  Good.  So do I.  And we will carry

11  ourselves outside this courtroom into the parking lot and

12  the ground looks flat.

13   Q    Yes.

14   A    We will now transport ourselves to Mojave desert

15  and the ground looks flat.  We're now in the pampas of south

16  America, and the ground looks flat.

17   MS. SINGER:  Objection, your Honor.

18   THE WITNESS:  We are now on the steppes of Europe

19  and the ground looks flat.

20   THE COURT:  Overruled.  Go ahead.

21   THE WITNESS:  We are now in the Outback of

22  Australia and the ground looks flat.  We are now in

23  Antarctica and the ground looks flat.  We are now in

24  the middle of the Atlantic Ocean and the ocean looks

25  flat.  We are now in the Pacific Ocean and the ocean

looks flat.  We are now in the Indian Ocean and the
ocean looks flat.  Are we not justified in assuming
that the earth is flat?  All of our experience shows us
that what's around us is flat.  That's anecdotal
evidence, that's a very good example of it.

However, there are a couple of facts that
contradict that.  Here is one fact:  There is a star
called the north star.  We know that that star always
seems to be in the same place in the sky.  And we know
if we go to one point on the earth it's right up above
us, up by the North Pole.

But there's another fact that makes a little
problem here, because we also know that as we get
farther, and farther, and farther away from it, at one
point it's going to disappear from the horizon.  And
that's when we get below the Equator.  And no matter
where we go below the Equator you're not gonna see that
star.

Now, when you think about that for a minute,
that's a problem.  Because, if the earth is flat, you
should see that star and it should never go below the
horizon unless the earth isn't flat.

And there is another problem, too.  Let's say that
a sailing ship is coming into a harbor and you're
standing at the dock watching it, and you've got a spy

1    glass.  The first thing you see on the horizon are the

2    top sails, then you see the main sails, then you see

3    the deck, and finally you see the hull.  And you think

4    about that for a minute and you say:  You know, that

5    doesn't really make sense either, because if the earth

6    is flat we should see everything all the way off in a

7    distance.  It should just get bigger as it will comes

8    to us.  The only explanation is the earth is not flat.

9         Such was the situation in 1491.  So you have

10   experience, the experience that you see in front of

11   you, which is anecdotal experience and facts that

12   contradict that, facts that are reproducible and that

13   will not go away.  That's the difference between vast

14   clinical experience and real facts, real, scientific

15   facts.

16   BY MR. TEDDER:

17        Q    Dr. Uscinski, it just occurred to me we also have

18   the CAT scans available that were taken from Robbie on the

19   day in question?

20        A    Yes, we do.

21        Q    Could you show those to the jury and explain what

22   you saw, please?

23        A    Sure.  Yes.

24             THE WITNESS:  Where is our buddy?

25             MS. SINGER:  Mr. West.  Do you need Mr. West?

1    THE WITNESS:  Yeah.  I think I know what's going

2    on.  We reconfigured the computer to adapt to this

3    projector.

4    MS. SINGER:  If we could wait just a second.  I'll

5    see if he's outside.

6  BY MR. TEDDER:

7    Q    Doctor, while she's searching for, kindly

8  searching for the gentleman who assists us, can you tell the

9  jury a little about CAT scans, how they're done?

10   A    Sure.  Sure.  Basically a CT scan is a very

11 glorified and well done x-ray, and it combines different

12 types of technology.  The first one is computer-generated

13 technology and the second one is highly sensitized x-rays.

14 The concept is that x-rays penetrate different types of,

15 penetrate body tissue.  Some have trouble with bone, for

16 instance, because it's very dense.  Let me show you what's

17 happening.

18   All right.  What a CT scan does is instead of

19 taking an x-ray picture of an individual, it takes an x-ray

20 of a, literally a slice of the body.  And it takes that

21 x-ray and translates it into an equation, a mathematical

22 equation, and then the beam of the x-ray changes slightly,

23 one degree or a half degree, depending upon the sensitivity,

24 and you take another picture, and another picture, and

25 another picture.  And you actually take it through almost

1472

1    180 degrees.  What you get are a set of 180 simultaneous

2    equations, and the computer solves those equations.  What

3    the out product of that is, is that instead of seeing an

4    x-ray, say through my forearm, that's half-an-inch thick,

5    and a series, and an entire series of them, from slightly

6    different angles, it averages them all together and flips

7    them 90 degrees, and you get a picture of my forearm as if

8    it were actually cut and you were looking directly inside

9    it.

10           Now, taking that concept and applying it to the

11   head, you take that same type of series of pictures, images,

12   starting at the base of the skull and working your way up,

13   and you get a whole set, again, a series of simultaneous

14   equations.  And when you translate those equations, you get

15   different images of the head, and its contents, the brain,

16   from one level, to the next level, to the next level, to the

17   next level.  So you're actually able to image the brain that

18   way.

19           One of the problems with x-rays before the advent

20   of CT scanning is that it didn't image soft tissue very

21   well.  It was great for bone.  That's one of the reasons

22   x-rays were developed in the first place.  You can see

23   bones, but you can't see soft tissues.  You can get a hint

24   of them, but not very much.

25           The advantage to CT scanning is that it's so

1    sensitive.  Not only can you image soft tissues, you can

2    image different densities of soft tissues.  So CT scanning

3    can image, not just the skull, but also the brain.  It can

4    image the ventricles, which are cavities in the brain which

5    contain the fluid.  It can image the subarachnoid spaces,

6    which has subarachnoid fluid in it.  If you give somebody a

7    contrast agent, you can actually image the blood vessels,

8    too.  And sometimes you can even see the blood vessels

9    without a contrast agent.  So CT scanning is a huge jump

10   forward for us.  It's an excellent diagnostic tool.

11           Now, it has its limitations.  All it shows you is

12   the anatomy.  It shows you what something looks like.  It

13   doesn't tell you what it's doing.  You can get some

14   indications of what something is doing depending on how the

15   anatomy is structured.  It doesn't tell you how well the

16   brain is working.  It only tells you that it's there.

17           MR. WEST:  It's saying it just can't recognize the

18       drive, I guess.

19           THE WITNESS:  I assure you it was working this

20       morning.

21           (Pause in the proceedings.)

22           MS. SINGER:  We're looking for ours, your Honor.

23           THE WITNESS:  The are some limitations to CT

24       scans.  There's another limitation to CT scanning,

25       which has actually been solved by another type of scan

1  called a magnetic resonance scan, which this child did

2  not have.  And that is, that the problems with x-rays

3  is they don't penetrate bone very well, so there are

4  certain areas where you may not see as accurately as

5  you would like to, particularly around the base of the

6  skull.

7          THE COURT:  I'm sorry, Doctor.  Wait just a

8  second.

9          THE WITNESS:  Yes, ma'am.

10         THE COURT:  I don't think that the court reporter

11  can hear with the other discussions going on.

12         THE WITNESS:  Oh, I'm sorry.

13         THE COURT:  So are you all finished conferring?

14         THE WITNESS:  We're trying another disk.

15     MR. GROLAND:  Thank you, Ms. Singer.

16     MR. WEST:  We're going to try the state's disk.

17         THE COURT:  All right.  If you'll hold up, Doctor.

18  Let Mr. West see if he can assist.

19     MR. PENNYPACKER:  Thank you, sir.

20         THE WITNESS:  This is a CT scan that was made at

21  the time this little boy was admitted to the hospital.

22  Do you want me to continue?

23  BY MR. TEDDER:

24     Q    Yes, sir.  First you indicated the CAT scan,

25  looking at the CAT scan, which side of the child's head is

1   the right versus the left?

2        A    Okay.  All right.  Well, first, this is what's

3   called a scalp tone.  It doesn't image very well here, but

4   this a lateral skull image taken from the side.  What you

5   will see very often when scans are made, you'll see a series

6   of lines going through this image.  Those are the different

7   levels that the scans that you're going to see are being

8   made through.  So it gives you an index of where you are

9   inside the head of the patient.

10       Q    These are first CAT scans of Robbie?

11       A    Yes.  This is a CT scan that was done August 2nd,

12  2000 at 10:28 in the morning.

13       Q    All right.

14       A    You have to be careful you don't get your right

15  sides and left sides confused here.  When a patient is put

16  into a scanner, the feet are toward the radiologist, so the

17  patient's right side is on the radiologist's left side.  So

18  as you look at the scan, the patient's right side is to the

19  left of the scan and the patient's left side is to the right

20  of the scan.  It's very confusing for surgeons, because we

21  operate from the top down.  The patient's right is on our

22  right.  Okay.

23            Now, this is a scan that's through the base of the

24  skull.  It's actually quite well down.  What you're seeing

25  here is the top of the neck and this little, this is an

1   artifact.  This is either nasogastric tube, a tube put into

2   the baby's stomach and, more likely, it's an endotracheal

3   tube, it's a breathing tube that was put into the baby.

4   Again, the brain has an absolute metabolic requirement for

5   oxygen.  And that's why when you take little babies out of

6   the mother, you slap them to get them breathing.  They got

7   to breathe right away, they gotta exchange air right away,

8   they've got to get oxygen up to the brain.  When somebody is

9   seizing, it's unconscious, they don't protect the airway

10   very well, if they've got a mouth full of vomitus and you

11   clean it out, you put a breathing tube in and you try to

12   help them with their respiration.  This is basic life

13   support, airway, breathing, airway and circulation.

14        All right.  Now, we're gonna go a little higher

15   up.  And we're up a little higher in the neck, and a little

16   higher up, and now you're seeing the bottoms of the jaw bone

17   here, and these are the cheeks, or the maxilla, and this is

18   the nasopharynx, and that's that tube.

19        Q    Doctor, do you see any evidence of injury to the

20   neck in these CAT scans?

21        A    No, no.

22        Q    Would you have been able to see it in these scans,

23   do you think?

24        A    You might.  You might see blood on the surrounding

25   soft tissues for instance if there was a neck injury, but

1    no, you don't see anything here, or blood inside the spinal

2    cord, but you don't see anything. So that's correct.

3         We're up a little higher now. This is an opening

4    at the bottom of the skull called the foramen magnum, which

5    is Latin for big hole. And what that does is it allows

6    egress and ingress of the spinal cord and to the blood

7    vessels that supply arterial blood to the brain.

8         Now, a little higher. Now you're seeing the

9    medulla, which is a structure of the brain and you're seeing

10   on the bottom the two cerebellar hemispheres. Not the

11   cerebral hemispheres, the cerebellar hemispheres.

12        Again a little higher. Now you're beginning to

13   see the globes of the eyes, and again, the cerebellar

14   hemispheres, the base of the skull. This is all whited out

15   again. This is one of the limitations of scanning of the

16   brain by x-ray. The image, the x-rays don't pass very

17   easily through the bone, which is exactly why bone looks

18   white. We're seeing an absence of penetration there.

19        Again, a little higher. You see the eyeballs.

20   Again a little higher and again a little higher. And you

21   see two other things here that are interesting pieces of

22   information here. One, you have this little dark area right

23   there. That's air and that's air in the eye socket. And

24   that was reported actually on the radiology report, and the

25   radiologist didn't have an explanation for it, but I believe

1   that I do.  And the reason is that behind your, in your eye

2   socket there is a little tunnel called the nasolacrymal

3   duct.  N-A-S-O-L-A-C-R-Y-M-A-L duct.  That duct goes from

4   the inside of your eyelid down to your nasopharynx.  It's a

5   channel and that's one reason why if you cry your nose gets

6   runny, too.  Some of those tears are leaking down there.

7   It's got a little valve on it.  It's a one-way valve.  It

8   allows tears to go down, but doesn't allow anything to go

9   back up again.  But you can perforate that valve if you have

10  a whole lot of pressure in your pharynx.  For instance,

11  scuba divers when they clear ear passages can sometimes blow

12  that out.  I did.  That's how I know this.

13          If this child's nasal pressure, air pressure in

14  his nasopharynx was increased suddenly and forcibly, such as

15  by bagging him, or trying to breathe for him, you can

16  perforate that and you can wind up getting something very

17  similar to what you're seeing right there.  This is indirect

18  evidence that somebody was trying to breathe for him very

19  vigorously.

20          And, there's something else here.  These white

21  areas that you see here are the lenses for the eye.  And if

22  you look at them -- you've probably never seen any of this

23  before, but in an unconscious patient they should be looking

24  straight up this way.  Now, they're not.  They're deviated

25  to one side.  That you can see in destructive lesions in the

1   brain and with a destructive lesion you should have

2   disruption of neural tissue, which is biological tissue, and

3   with that you should see bleeding inside the substance of

4   the brain, which we don't see here. You can see it.  If

5   this child is looking at somebody, only he was unconscious,

6   so he wasn't looking at anybody, or you can see it if

7   somebody is having a seizure.  And I think that's what

8   you're seeing.  I think you're seeing evidence on this scan

9   that he was seizing at the time the scan was made.  And we

10  know he was seizing throughout a large part of his

11  hospitalization.  So this simply fits.

12          All right.  We're going a little higher now.  Now

13  you're beginning to see the brain.  Now, you can get fooled

14  on this.  This is not all the same part of the brain.  What

15  you're seeing here are the right and left temporal lobes,

16  and what you're seeing here is the cerebellum.  Those are

17  two anatomically distinct structures.  They're separate from

18  one another.  It's just that everything looks homogeneous in

19  this picture.  The reason it looks homogeneous is because

20  there's loss of the gray white interface here and a lot of

21  smudging and that's what you see typically with somebody

22  that's been oxygen deprived.

23      Q    Dr. Uscinski, what's the white portion on the

24  right or the left side of the child?

25      A    Here?

1      **Q**    Yes.

2      **A**    Okay.  The head does not fit perfectly

3  symmetrically inside the scanner.  It's tilted a little bit

4  to one side, and what you're seeing here is a bone structure

5  called the petros pyramid.  You have one on the other side,

6  too, but since his head is tilted, it hasn't been caught.

7  Sometimes you can see anatomical variance where the petros

8  pyramid is a little high on one side also, but I think this,

9  and this is probably a combination of the other two, because

10  both of the structures are more or less symmetrical.

11  Although if you look carefully, you can see the eyes aren't

12  quite the same size either, or the shape either.  It's no

13  big deal.

14      Okay.  Now, there's something else I want to show

15  you.  Actually we started seeing it earlier and we're seeing

16  it more here, too.  This structure in the center here is

17  called the brain stem and that's part of it called the pons.

18  This is a cavity in the brain called a ventricle.  Here are

19  the two temporal lobes, the left temporal lobe and the right

20  temporal lobe.  And if you notice there is this dark space

21  in front of both temporal lobes, but this dark space has got

22  some gray stuff inside it also.  Gray is density inside it

23  also.

24      Now, the dark space is a combination of cerebral

25  spinal fluid and fluid in the subdural space.  This part is

1   cerebral spinal fluid around the pons and it's denser than

2   it should be probably because it's got high protein in it,

3   and probably because this baby's got chronic subdurals.  And

4   this area here around the temporal lobe is fluid in the

5   subdural space.  And I can show you that on this in serial

6   scans.  When you put them all together, there is very little

7   question about it.

8           All right.  We're gonna go up to the next level.

9   Now, from here on I'm gonna try to move a little quickly.

10  And I want you to focus your attention on this area right

11  here, which is at about 10 o'clock and it's around the area

12  of the right temporal lobe.  And as you focus on this, we're

13  gonna be moving higher up the head towards what's called the

14  vertex, which is the top of the child's head.

15      Q    Doctor, where is the right temporal lobe located?

16      A    The right temporal lobe is located -- you can

17  almost figure it out here.  It's just behind your right eye,

18  here is the eyeball.  There's the roof of the orbit on the

19  patient's right side right there.  So the temporal lobe is

20  above your ear and behind your eye.

21      Q    Okay.

22      A    Okay.  Now, watch this area.  You notice that

23  there's some radiodense material inside this area that there

24  isn't supposed to be, not normal.

25           Now, you see a large space there and we're gonna

1   come back to that space in a little bit.

2         Now, we're getting higher up you can see parts of

3   the temporal lobe and the frontal lobe.  Now if you look out

4   along the rim, again at about 10 o'clock right where I'm

5   pointing is that gray material that's right inside the

6   skull, but outside the brain.  Now, just keep an eye on it.

7   There it is again, clearer, clearer, clearer, more of it,

8   clearer, clearer, and it's beginning to lead to that white

9   area that you see right up at the top of the head.  That's

10  fresh blood.  It's nothing -- it's either a brain tumor or

11  fresh blood and we know this baby doesn't have a brain

12  tumor.  So what you have is fresh blood and grayish

13  radiodense material that are continuous with one another.

14  There is nothing else that that can be except a chronic

15  subdural hematoma with fresh blood.

16         You can see elements of that fresh blood in other

17  parts also.  You can see a little bit under the patient's

18  left side right here and you can see it later on along this

19  midline structure, which is radiodense here.  That's called

20  the falx.  That is an in-folding on the dura between the two

21  vertebral hemispheres.  There are two such in-foldings of

22  the dura in the brain.  One of them is the falx, which you

23  had demonstrated here; another one is called the tentorium,

24  which you can't really demonstrate on CT scan, it's a lot

25  better to do it on MRI scan.  And the tentorium is a tent,

1    literally it looks like a pup tent, and it's in-folding of

2    the dura that starts behind your ear and runs to the back of

3    your head on either side, sweeps inward and upward, and it

4    folds the cerebellum underneath, and it supplies supporting

5    structure for the two occipital lobes which sit on top of

6    the cerebellum.  So the tentorium folds upward, meets in the

7    midline, and is joined by the falx as it comes straight back

8    into the midline and it forms a triangular reflection of

9    dura.  And you can't image the tentorium very well with

10   these particular cuts, but you can image the falx.

11        Q    Dr. Uscinski, again, what is it that you see on

12   these CAT scans that shows you fresh blood?

13        A    Fresh and old blood.

14        Q    Yes.

15        A    All right.  We'll continue into this scan and you

16   see fresh blood again.  All right.  Now --

17        Q    Flesh blood reflected in white?

18        A    Yes.  The flesh blood is white and if you think

19   about it for a minute it makes real good sense.  It's the

20   whiter of the two.  You need two elements, you need one

21   element to help clot, and that's calcium.  You see calcium

22   in fresh blood and you see it in bone.  You also see

23   hemoglobin in fresh blood, which has iron in it.

24             Okay.  Let's go to the next segment.  Okay.

25             Now, this study also was done August the 2nd, only



1   this segment was done 1503, 3 o'clock in the afternoon,

2   several hours later; 10'clock to 3 o'clock.  Again, we're

3   starting at the base of the brain and working our way up.

4   Now we're at the orbits and look at the eyes.  They've

5   changed now.  They're looking the way they should, straight

6   ahead.  Okay.  You remember in the previous scan they were

7   deviated towards one side, your left, the patient's right.

8   Now they're looking straight ahead.  They're treating him

9   very heavily with anticonvulsants, but they're still having

10  a problem controlling the seizures.

11       Q    When the eyes were facing to the right in the

12  first CAT scan, what does that indicate to you?

13       A    To me, putting all the information together, the

14  clinical and radiographic information together, it indicates

15  the baby was seizing.  If he's got a destructive lesion in

16  his brain, why isn't he looking straight ahead now?  He's

17  still got a destructive lesion in his brain.  He doesn't.

18  We know that from the autopsy.  But they're loading him up

19  with anticonvulsants and in the record, I think the record

20  reflects that he is still seizing.

21            This is not a criticism of anybody.  I'm not being

22  critical of the treatment or anything like that.  I'm just

23  illustrating that these things really fit together.

24            Okay.  Now we're in the temporal region again

25  where we were a little earlier.  Now, if you look on the

1  right side again, there is more of this stuff and it's a

2  little lighter.

3      Q    What about on the other side?

4      A    It's a little bit on the other side, too.  It's

5  just that it's more clear on that side, so I decided to use

6  that side.  We can sit and pick these things apart for

7  hours.  Maybe you have hours.  I don't know that the Court

8  does.

9      Q    No.

10     A    I'll be happy to do it if you want.

11     Q    But there is evidence --

12          THE COURT:  You just answer the questions, Doctor,

13     and I'll rule on the objections if there are any.

14  BY MR. TEDDER:

15     Q    There is evidence of bilateral --

16     A    Yeah.  Oh, yeah, he's got evidence of bilateral

17  also.  He's got something else that is helpful to see here,

18  too.  I know that you haven't seen normals, but I'm an

19  expert and I can tell you this is not a normal brain.  It

20  has a homogeneous gray appearance.  It's not supposed to

21  look like that.  There is supposed to be a ribbing and a

22  margin of darker matter and lighter matter and gray matter

23  and the light matter.  And you don't see that

24  differentiation here and that's what you see in people who

25  have been anoxic.

1   Q    You see gray if they're anoxic?

2   A    It's all uniform, yeah.

3        Okay.  Now look, now I know you were paying

4   attention before, and you've got more white stuff here, and

5   it's even lighter than it was before, and it's in a space

6   here which would normally be thought of as the subarachnoid

7   space, only you've got fluid in here, only you've got this

8   stuff here.  This is fresh, clotted blood.  Blood does not

9   clot in the subarachnoid space.  Therefore, this is subdural

10  space.  And if that's subdural space, that's subdural

11  hematoma.  And we knew there was some stuff there before and

12  there's more now.  This is chronic subdural hematoma that

13  has continued to bleed.

14       Now, track that.  We're gonna go higher and we

15  even begin to see some up here in the front.  And higher,

16  and higher, and higher, and look where it's going.  Follow

17  it, follow it, follow it.  Now it's way out there on the

18  periphery again and it's connected to what we saw in the

19  first scan.  So if you put the two scans together,

20  understand the concept of layering them out in your head,

21  and thinking about things in three dimensions, as we're

22  supposed to do as surgeons, this is a chronic subdural

23  hematoma that has not only re-bled, but it's continued to

24  re-bleed.

25       Now, I don't believe anybody shook this baby while

1    he was in the hospital, and I don't believe he had an impact

2    between the first scan and the second scan either, but this

3    is what subdurals do.

4         Q    Continue to re-bleed?

5         A    Sure.  And they don't necessarily re-bleed from

6    vessels, they re-bleed from the membrane, as you saw in the

7    video, only it was on the other side of the membrane rather

8    than the one I exposed.

9              Okay.  This study was done the following day,

10   basically it shows you the same thing.

11        Q    We're now on August 3rd?

12        A    Yeah.

13        Q    The one you showed was the afternoon CAT scan?

14        A    The first, the morning and next the afternoon.

15        Q    Okay.

16        A    You can actually see some hemorrhaging in the eye

17   here, too.  You didn't see this before.  These are the

18   retinal hemorrhages that they described, I believe.  And I

19   know you're paying attention, but I also know that you're

20   getting a lot of information.  You didn't see that.

21             MS. SINGER:  I'm going to lodge an objection to

22        the discussion with the jury.

23             THE COURT:  The objection is sustained.  Doctor,

24        you need to just answer the questions.

25             THE WITNESS:  Okay.

.1488

BY MR. TEDDER:

    Q    What do you see here, Dr. Uscinski?

    A    You now see radiodense material inside the eye itself, right here. To a lesser extent on the patient's right side and also, I believe that those are the retinal hemorrhages. They may have been present at the time the baby came in, I don't have any doubts. I would expect them to be because I know his intracranial pressure was high. It's just they're becoming a little clearer now.

    Q    I'm going to ask why you didn't see those on the CAT scans on August the 2nd?

    A    I don't know. It may have been that they weren't quite as prominent or as pronounced as they were on that date on the 3rd. But again, you are dealing with a biological evolving process, even if it's an evolving process towards death. This is not -- Biological systems are not static systems. They are dynamic systems. And you can you get trapped in a CT scan, or any other kind of study, and think this is the way things are. No. This is the way things were at that time. And again, this is the way things looked at that time, not necessarily how well or truly they were working.

    Q    What else did you see on the CAT scan August 3rd, Doctor?

    A    Well, unfortunately, it's more of the same stuff.

1   You see a little more blood here that's layered out

2   backwards on the back of the tentorium.  You can get fluid

3   on this, too.

4          What they're looking at here and by "here" I mean

5   this radiodense area in the back that looks like it's in

6   back of the cerebellum, is not actually the cerebellum.

7   What you're seeing is an average of the images and you're

8   seeing part of the cerebellum below the tentorium, and then

9   you're seeing the occipital region below the cerebrum.  And

10  the tentorium is coming up in between the two, but you're

11  only seeing something in two dimensions that you're trying

12  to envision in three dimensions.  I can draw that for you if

13  you want.

14      Q    Okay.  Why don't you do that in a second.  Do you

15  see blood on either side bilaterally?

16      A    Yes.  You see things that you didn't see before.

17  You see blood here in the occipital region, and a little

18  more blood in the right temporal region also.  I haven't

19  concentrated on all the organs everywhere, just -- you can

20  see where it's fresh and you can see where it's old.

21      Q    Okay.

22      A    Okay.  Again, now, how do we know that this is in

23  the occipital region?  I will show you.

24          MS. SINGER:  Your Honor, I'm going to lodge an

25      objection to conversational testimony and ask that

1    questions be asked of the witness.

2           THE COURT:  The objection is overruled.  Go ahead.

3  BY MR. TEDDER:

4    Q    What do you see here, Dr. Uscinski?

5    A    This is temporal lobe, this is cerebellum.  Again,

6  this is temporal lobe, this is cerebellum.  The reason you

7  see elements of the cerebrum and cerebellum in the same

8  picture is because you've cut through your image, through

9  the tentorium.  Okay?  So you don't actually see the

10 tentorium because it's running in almost the same plane as

11 the scan you're taking, but you can see the differentiation

12 between the cerebral hemispheres and the cerebellum and this

13 stuff here is laying out over the tentorium.  The tentorium

14 is lower posteriorly than anteriorly, so the cerebellum is

15 going to bulge upward into what should be the image of the

16 cerebral hemisphere.

17   Q    All right.

18   A    Again, the same phenomenon, same concept and here

19 again we begin to see the gray material that's outside the

20 cerebral hemispheres in the subdural space that's dried

21 blood.

22   Q    What about on the other side?

23   A    It's probably the same thing, but it doesn't image

24 as well.

25         All right.  There's one other structure that you

1  see in here.  I mentioned earlier the fourth ventricle.

2  This little slit right in the midline here is the third

3  ventricle and there are two lateral ventricles.  I said

4  there were four in total.

5       You begin to see what's called the anterior horns

6  of the two lateral ventricles in this picture here.  And

7  again, you're seeing fresh blood and what we would

8  ordinarily think of as the subarachnoid space, but you're

9  not gonna see fresh clotted blood in the subarachnoid space

10  extending up to the first subdural.  It's got to be the

11  subdural space, it can't be anything else.

12       Q    Can you detect swelling of the brain from the CAT

13  scans?

14       A    You may.  Could there be brain swelling here?

15  Yes, I think there is brain swelling here and I think there

16  may be more here than previously.  And the reason I say that

17  is because the ventricles appear smaller here than they do

18  in previous scans.  And the only reason they could be

19  smaller is they're being squeezed by the swelling brain.  I

20  mean it's by no means the worst swelling I've ever seen and

21  I don't think that brain swelling is why this baby died.

22  And actually I can go back to that.

23       Again, you're still seeing elements of fresh blood

24  in the subdural space.  Okay.  The point about the

25  swelling -- let's go to the last scan.  All right.  This is

1   the last scan that was done August the 4th, 2:03 in the

2   afternoon.  Again the breathing tube is in place, which is

3   this tubular-looking artifact there in that scan.  And then

4   we'll come up here.

5            Again it's layers of blood out over the tentorium.

6   Actually, if you look at that, if I try to run those

7   pictures together in sequence fairly rapidly -- I'll run

8   them in the other direction and hope the computer doesn't

9   crash -- you can literally see the layering of the blood

10  over the tentorial surface.  There it is.  I'll run it back

11  the other way.

12       Q    Tentorial surface being the back of the head?

13       A    Yeah, the back -- It's the surface of the

14  tentorium and it's the upper surface of the tentorium that

15  the occipital lobes are resting on.  If you look at all the

16  these scans together and sort of flip them over like cards,

17  you can see you get the three-dimensional concept from a

18  series of two-dimensional images.  There you go.  Okay.

19            Now, that leads us to this area right here and

20  actually you can see some, you can see the falx right here,

21  and maybe a little bit of fresh blood layering on the falx

22  also.  And if you look down here -- well, let me get back a

23  little farther.  Okay.

24            This structure right here, which is darker, and is

25  immediately in front of the cerebellum, and immediately

1   behind the upper brain stem, is one of those cisterns that I

2   alluded to earlier.  It's a collection in the arachnoid,

3   subarachnoid space, of cerebral spinal fluid.  Cistern is a

4   well.  And that cistern is referred to as the ambient

5   cistern.  And when you have pathological brain swelling to

6   the extent that it's going to kill somebody, and the brain

7   swells, the brain gets swollen and you can die from brain

8   swelling, what happens is the intracranial swelling, the

9   swelling goes up, the intracranial pressure goes high.  It

10  exceeds arterial pressure, you don't refresh your brain, and

11  you die, again from lack of oxygen.  But this time not

12  because oxygen is not in the blood stream, it's because

13  oxygen is not getting up in the head to the brain.  But when

14  you get that kind of swelling, then the cistern becomes

15  obliterated because the temporal lobes swell immediately and

16  the cistern disappears radiographically.  This cistern never

17  disappears; it's present on all the scans.  So, he may have

18  had swelling, but swelling was not what killed him.  It was

19  anoxia that killed him.

20      Q    The cistern is where on that, Doctor?

21      A    It's almost in the middle of the head.  It's

22  called the ambient cistern or the cisterna ambiens.

23      Q    It slows the arterial blood flow?

24      A    No, it has nothing to do with arterial blood flow.

25  That cistern and all the cisterns are pockets where cerebral

1494

1   spinal fluid collects as it flows up around the surface of

2   the brain.   There are a lot, there are several different

3   cisterns, the ambient cistern is one.   There's one around

4   each optic nerve, there's one around the carotid artery, and

5   there's one in the fissure called the Sylvian fissure, which

6   is that area that I alluded to earlier where I said you

7   expect to see cerebral spinal fluid in that area, but what

8   you're seeing is fresh clotted blood.   Therefore, the fluid

9   that you're seeing there is really subdural fluid that has

10  pushed the arachnoid in and partially obliterated the

11  Sylvian cistern.

12      Q    Okay.   Thank you.

13      A    Let's see.   Is there anything else?   No.

14          All this area here that you're seeing is a dark

15  area that's outside the light area is in the subdural space.

16  There can be no question about that.   This is subdural

17  fluid.   This, if you would look at it at surgery would

18  either be the yellowish fluid or the dark brown fluid that

19  gushed out of the brain when we opened up the membrane.

20  Then deep inside would be the clotted blood, which is what

21  looks white here, but in reality to the naked eye is going

22  to be dark, clotted blood.

23          All right.   I think we've done enough here.

24      Q    Okay.

25          THE WITNESS:   Do you want me to leave this on?

1495

1     MS. SINGER:  Yes.  I'll have to go find, Mr. West.

2     THE WITNESS:  I shut the computer down.

3     MS. SINGER:  All right.

4     MR. TEDDER:  Dr. Uscinski, I just have a few more

5  questions.

6     THE COURT:  If you'll have a seat again, Doctor.

7     THE WITNESS:  Yes, ma'am.

8  BY MR. TEDDER:

9     Q     Dr. Uscinski, the patient that you performed the

10  operation on, that you had the videotape of that you showed

11  here, why did that patient first realize he had a problem?

12     A     When?

13     Q     Yeah.  When and why?

14     A     He had headaches.  He was referred to me by a

15  physician because he had persistent headaches and the

16  physician as part of his diagnostic evaluation did a CT scan

17  and found a subdural, surprisingly.  Actually he had

18  bilateral subdurals; he had one on each side.

19     Q     Okay.  And the portion of his brain that you were

20  operating on was where, with respect to his skull that you

21  showed the jury?

22     A     About two inches above his right ear.

23     Q     About here then?

24     A     Right about there.

25     Q     Okay.  Now, Doctor?

Stacey K. Bryant, RPR
Judicial Court Reporter

001099

1      MS. SINGER:  Mr. Tedder, Mr. West is here to turn

2   that off, if that's okay.

3      MR. TEDDER:  Well, actually I would like to

4   project some photographs here in evidence.

5      MS. SINGER:  All right.

6   BY MR. TEDDER:

7      Q    Dr. Uscinski, while he's getting that set up, I

8   would like to show you what's already been introduced in

9   evidence in the state's case, State's Exhibits 59, 60, and

10  61.  If you could just describe for the jury what those are,

11  if you know.

12     A    These are autopsy photographs.

13     Q    Okay.

14     A    And the calvarium or skull has been opened and

15  reflected backward, and you can see a brain with clotted

16  subdural hematoma over it, and you can see some dura.  You

17  can also see some liquid subdural hematoma in the reflected

18  bowl of the calvaria upside down, and you can see some dura

19  that is preserved there, and you can see the falx actually

20  also.

21     Q    Do you see any evidence of chronic subdural?

22     A    Yes, I do.

23     Q    Okay.

24     MR. TEDDER:  Your Honor, with your permission, if

25  we could, we would like to project these photographs so

1    the jury can see them.

2                THE COURT:  Yes.

3                THE WITNESS:  Do you want these?

4                MR. TEDDER:  Yes, sir.

5    BY MR. TEDDER:

6        Q    Could you look on the back of that exhibit?  Which

7    exhibit is that?  This is State's Exhibit Number 60 that's

8    being projected on the screen.

9                Dr. Uscinski, can you tell the jury what you see?

10       A    If you can dim the lights it may be a little

11   easier to see.  That's good.  That's better.  Okay.

12               This is reflected calvarium, skull, and it's

13   lifted off, lifted off the brain here.  The picture, there's

14   no substitute to the picture, but you can see some of the

15   dura has been peeled away from the front of the skull here,

16   and you can see some of the dura has been peeled away from

17   the back here, and you can see that midline in-folding of

18   dura called the falx.  Now, that midline in-folding actually

19   fits right in here.  This structure that you see, this

20   reflected calvarium like this, belongs up this way.  This is

21   dura.  And if you look here on the inside of the dura, you

22   see a stain.  And that stain is a little yellow on the dura,

23   and I -- you know, if you can project this to the jury, I

24   don't know if you can hand it to them or not, but I think

25   you should, because I believe that this area here is a

1   portion of the subdural membrane.  Some of it's been

2   destroyed, and some of it's still there.  And this is

3   subdural fluid.  And I think that's membrane.  And you

4   already know how thin that membrane is because you've seen

5   it in vivo, in life.  This is the same thing here.

6        Q    Okay.  Which exhibit is this?  It would be on the

7   back, Dr. Uscinski.  That was 60?

8        A    This is 60.

9        Q    This one is?

10       A    The next one is 59.  Okay.  You actually see this

11  a little better.  Same thing, same thing.  The inner surface

12  of the dura should be clear and homogenous and you see this

13  structure inside here.  I think that's some of the remnants

14  of a subdural membrane.

15       Q    Doctor, this side over here, is this like the top

16  of the skull, this here?

17       A    Yeah.  This is the occipital region of the skull,

18  this is the frontal region of the skull.  This area here is

19  flipped up and fits there.  This part of the dura here, is

20  flipped up and fits here.  This, as a matter of fact, it's

21  even a little bit of yellow stained, which is exactly what

22  you would expect to see in subdural chronic membrane.  I

23  believe that this tissue that you see right here, which is

24  just inside the dura, but not the dura, it is subdural

25  membrane.  And you can actually see, I believe, a little

1499

1    more clearly when you look at the photograph than this, of

2    this image.

3         Q    This part is the left side of the baby's head?

4         A    Yeah.  That should be the left side of the baby's

5    head.  But it's there.  It's there.

6         Q    All right.  What about the other photograph?

7         A    Well, you can't really see that too well at all.

8    The picture isn't clear enough for me to be able to say

9    anything definitive on this side, but I don't -- I believe

10   that's chronic subdural membrane as on the previous two

11   images.  So you've got -- again to go back to the initial,

12   the second one.

13             MR. PENNYPACKER:  Your Honor, I think he's already

14        explained the photo.  We don't need to see it again.

15             THE WITNESS:  Okay.

16             MR. TEDDER:  She hasn't ruled yet, sir.

17             Your Honor, he has something else he would like to

18        add if the Court will allow it.

19             THE COURT:  The objection is sustained if it is

20        repetitive.

21   BY MR. TEDDER:

22        Q    This is photograph number 60, Doctor?

23        A    Yes.

24        Q    Wrong way.  Now, on this one you can see yellow

25   area over here and is this yellow area over there?

1    A    I'm not sure about the yellow area on the right

2    side, but it, the picture isn't clear enough, but you can

3    certainly see it on the left side.  And putting these two

4    pictures together, and knowing what you know about the laws

5    of gravity, and about the fact that this clot is on an

6    angle, get my pointer straight -- here, and that fresh

7    subdural blood should slip off the surface of the brain.

8    That is obviously not slipping off the surface of the brain.

9    It's adhering.  The only way I think that it could be

10   adherent is that there is a healing process going on, which

11   means this subdural is weeks old, at least.

12   Q    So you're saying that fresh blood, that blood

13   would have just dripped off the brain?

14   A    If it was fresh acute subdural.

15          Now, one of the things that a pathologist does,

16   and I can say that because I've been there, is when they

17   take a brain like this, they wash it.  And the reason they

18   wash it is they're trying to irrigate the clot off to see if

19   it washes off.  If it doesn't wash off and it sticks like

20   that, it's not fresh.

21   Q    How would you characterize those black clots then?

22   A    They're stuck.  There is -- looks to be unless he

23   washed them off afterwards, and we don't know that.  He did

24   not specify on that.  I think he said likely adherent were

25   the words he used.  Likely adherent is like being likely

1  pregnant.  You either are or you aren't.

2      Q    And if it's likely adherent, how old --

3      A    He said adherent.

4      Q    How old would it be?

5      A    It's at least -- Well, it means, it can bleed

6  anywhere from several days to several weeks old.  It's hard

7  to tell how old it would be because again, the subdural is a

8  dynamic, the healing of a subdural is a dynamic process.

9      Q    Anything else we can show the jury on these

10 photographs, Doctor?

11     A    No.  That's enough.

12         THE COURT:  Do you have any other questions,

13     Mr. Tedder?

14         MR. TEDDER:  Yes, ma'am, just a couple.

15 BY MR. TEDDER:

16     Q    Dr. Uscinski, is it your opinion that the injuries

17 that Robbie Quirello suffered were caused by violent

18 shaking?

19     A    It's my opinion that they were not.  It's not my

20 opinion that they were.

21     Q    Okay.  What is your opinion as to the cause of

22 Robbie Quirello's death?

23     A    My opinion as to the cause of his death is that he

24 died from cerebral anoxia.

25     Q    Caused by what?

1      A      Either vomiting with obstruction of his airway, or

2    seizing associated with vomiting, obstructing his airway.

3      Q      Okay.  Doctor Uscinski, do you -- from your

4    examination of records in this case, do you believe any kind

5    of surgery could have been performed to save Robbie

6    Quirello's life?

7      A      I doubt -- I don't believe so.

8            MR. TEDDER:  Your Honor, I tender the witness.

9            THE COURT:  All right.  We are going to, of

10   course, recess for lunch at this time.

11           Ladies and gentlemen, it is approximately 12:30, a

12   little bit after, and we will reconvene the evidence in

13   this case at 2 o'clock.  So if you'll step back into

14   the jury room and put your notebooks in the locker and

15   then the bailiff will escort you to lunch.

16           (Outside the presence of the jury:)

17           THE COURT:  Doctor, you're released until 2

18   o'clock.  Of course, you're allowed to remain in the

19   courtroom.  I just need to check and make sure that

20   there's nothing else, I'm speaking from a legal

21   perspective, that needs to be addressed before we begin

22   again at 2 o'clock.  Is there anything that's gonna

23   have to be addressed before we reconvene at 2:00 for

24   additional evidence?

25           MS. SINGER:  No.  But I would ask that the witness

1    be advised that he is on the stand subject to

2    cross-examination, that he not participate in

3    discussion of this case with counsel or with other

4    witnesses.

5        THE COURT:  The rule has been invoked and, of

6    course, that pertains to every witness throughout the

7    trial.  And, of course, as I'm sure you know, Doctor,

8    that means you must not discuss this case or your

9    testimony with anyone except the four attorneys who are

10   trying this case.  And since you're in the middle of

11   your testimony, you can't confer with them over the

12   lunch recess.

13       MR. GROLAND:  We can have lunch together, though?

14       THE COURT:  You can certainly have lunch together

15   and discuss the weather or any of a number of topics

16   that have nothing to do with this case.

17       MR. GROLAND:  Okay.

18       THE COURT:  Good enough.  We'll be in recess until

19   1:45 for the attorneys.  Thank you.

20       (Lunch recess taken.)

21                    *  *  *  *  *

22

23

24

25

Stacey K. Bryant, RPR
Judicial Court Reporter

001107

STATE OF FLORIDA

COUNTY OF ALACHUA

I, J.K. "Buddy" Irby, Clerk of the Circuit Court for the County of Alachua, State of Florida, do hereby certify that the foregoing pages 53 - 1107 contain a true transcript of the supplemental record in the case BRIAN P. HERLIHY v. STATE OF FLORIDA and a correct recital and copy of all such papers and proceedings in this cause as appears from the records and files of my office that have been directed to be included in said record pursuant to Fla. R. App. 9.200.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court this June 16, 2008.

J.K. "Buddy" Irby
Clerk of the Circuit Court
Alachua County, Florida

By _Shelley Carr_

Shelley Carr
Deputy Clerk

I:\PUBLIC\APPEALS\WORD\PAM\APPEALS\CIRCUIT CRIMINAL DOCUMENTS\CERT-PG-SUP.FEL.DOC