# EXHIBIT WW

208-1-11939
F

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRIAN PATRICK HERLIHY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D08-1588

_____/

Opinion filed December 22, 2008.  01-2000-CF-2753-A

An appeal from the Circuit Court for Alachua County.
Martha Ann Lott, Judge.

Mary E. Fitzgibbons, Kissimmee, for Appellant.

Bill McCollum, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

BROWNING, C.J., WEBSTER and LEWIS, JJ., CONCUR.