# EXHIBIT XX

# M A N D A T E

From

## DISTRICT COURT OF APPEAL OF FLORIDA

## FIRST DISTRICT

To the Honorable Judges of the Circuit Court for Alachua County

WHEREAS, in the certain cause filed in this Court styled:

3.850

**BRIAN PATRICK HERLIHY**         Case No : 1D08-1588

v.                                Lower Tribunal Case No : 01-2000-CF-002753-A

**STATE OF FLORIDA**

> 6/25/09
> Florida Attorney
> General  MW

The attached opinion was issued on December 22, 2008.

YOU ARE HEREBY COMMANDED that further proceedings, if required, be had in accordance with said opinion, the rules of Court, and the laws of the State of Florida.

WITNESS the Honorable PAUL M. HAWKES, Chief Judge

of the District Court of Appeal of Florida, First District,

and the Seal of said Court done at Tallahassee, Florida,

on this 7th day of January 2009.

JON S. WHEELER, Clerk
District Court of Appeal of Florida, First District