# EXHIBIT YY

IN THE

## DISTRICT COURT OF APPEAL

First Appellate District of Florida

---

BRIAN PATRICK HERLIHY,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

Case No. 1D08-1588

---

### APPELLANT'S MOTION FOR CERTIFICATION, CLARIFICATION AND/OR WRITTEN OPINION

COMES NOW, BRIAN PATRICK HERLIHY, by and through the undersigned attorney, pursuant to Rule 9.330(a), Fla.R.App.P., and hereby moves this Honorable Court for certification, clarification, and/or written opinion as to the Court's Order dated December 22, 2008, and in support states as follows:

1.     On December 22, 2008, the Court issued an Order denying the appeal in the instant case. A true and correct copy of the December 22nd Order is attached hereto as Exhibit "A."

2.     The Court's December 22nd Order is at odds with the well-established principle that "[o]n appeal from the denial of relief, unless the

1

record shows conclusively that the appellant is entitled to no relief, the order shall be reversed and the cause remanded for an evidentiary hearing or other appropriate relief . . ." Fla.R.App.P. 9.141(b)(2)(D). *See also* Jefferson v. State, 799 So.2d 322 (Fla. 3d DCA 2001); Jones v. State, 384 So.2d 736 (Fla. 4th DCA 1980). Hence, the December 22nd Order denying the appeal creates an irreconcilable conflict with the case law of other District Courts of Appeal as well as the Florida Supreme Court. *See* Owen v. Crosby, 854 So.2d 182 (Fla. 2003).

3. Pursuant to Rule 9.330(a), Fla.R.App.P., Appellant respectfully requests certification on the following grounds: (a.) the Court's Order appears to be in a direct conflict with other District Courts of Appeal and/or Florida Supreme Court precedent, *see*, Paragraph 2., *supra*; and (b.) the decision is of great public importance insofar as it involves an issue of a deprivation of rights of Constitutional magnitude in a criminal case and the interpretation of Florida Supreme Court precedent.

4. Further, pursuant to Rule 9.330(a), Fla.R.App.P., Appellant also respectfully requests clarification and a written opinion to facilitate the certification process. The Court's December 22nd Order was entered without opinion, and counsel for Appellant expresses a belief, based upon a reasoned and studied professional judgment, that a written opinion will

2

provide a legitimate basis for further consideration of this matter (*e.g.*, Supreme Court review), based upon conflict with other District Courts of Appeal, the Florida Supreme Court and/or a question of great public importance.

WHEREFORE, Appellant, BRIAN PATRICK HERLIHY, prays this Honorable Court will enter an Order granting his Motion for Certification, Clarification, and/or Written Opinion, and such other relief as this Court deems just and proper.

I HEREBY CERTIFY that the statements required by Rule 9.330(a), Fla.R.App.P., have been furnished herein.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail, postage pre-paid / facsimile delivery to the Office of the Attorney General, Criminal Appeals, The Capitol, PL-01, Tallahassee FL 32399-1050, on this the 8th day of January, 2009.

By: _____
Mary Elizabeth Fitzgibbons
Fitzgibbons Law Firm, P.A.
917 Verona St.
Kissimmee FL 34741
Phone: 407 343-1777
Fax:   407 343-1677
Fla. Bar No.: 0056480
Attorney for Appellant

3

# EXHIBIT A

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRIAN PATRICK HERLIHY,

    Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D08-1588

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed December 22, 2008.

An appeal from the Circuit Court for Alachua County.
Martha Ann Lott, Judge.

Mary E. Fitzgibbons, Kissimmee, for Appellant.

Bill McCollum, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    AFFIRMED.

BROWNING, C.J., WEBSTER and LEWIS, JJ., CONCUR.