# EXHIBIT ZZ

DISTRICT COURT OF APPEAL, FIRST DISTRICT
301 S. Martin Luther King, Jr. Blvd.
Tallahassee, Florida 32399-1850
Telephone No. (850) 488-6151

January 28, 2009

**CASE NO.: 1D08-1588**
L.T. No. : 01-2000-CF-002753-A

Brian Patrick Herlihy     v.     State Of Florida

Appellant / Petitioner(s),                 Appellee / Respondent(s).

**BY ORDER OF THE COURT:**

Appellant's motion filed January 9, 2009, for certification, clarification and/or written opinion is denied.

    I HEREBY CERTIFY that the foregoing is (a true copy of) the original court order.

Served:

Mary E. Fitzgibbons      Jennifer J. Moore, A.A.G.      Hon. Bill Mc Collum, A.G.

jm

JON S. WHEELER, CLERK